MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
APPLE COMPUTER, INC.

ORIGINAL FILED
JAN 0 4 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE COMPUTER, INC.,

    Plaintiff,

v.

BURST.COM, INC.,

    Defendants.

Case No. C 06-00019 JL

**CIVIL LOCAL RULE 3-16 CERTIFICATION**

CIVIL LOCAL RULE 3-16 CERTIFICATION

1 | Pursuant to Civil Local Rule 3-16, Plaintiff Apple Computer, Inc. certifies that as of this date, other than the named parties and their shareholders, there is no interest to report under Civil Local Rule 3-16.

Dated: January 4, 2006

WEIL, GOTSHAL & MANGES LLP

By: _____
Matthew D. Powers
Attorney for Plaintiff
Apple Computer, Inc.