| | |
|---|---|
| 1 | MATTHEW D. POWERS (Bar No. 104795) |
| | matthew.powers@weil.com |
| 2 | NICHOLAS A. BROWN (Bar No. 198210) |
| | nicholas.brown@weil.com |
| 3 | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| 4 | 201 Redwood Shores Parkway |
| | Redwood Shores, CA  94065 |
| 5 | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | APPLE COMPUTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE COMPUTER, INC.,

　　　　　　Plaintiff,

　　v.

BURST.COM, INC.,

　　　　　　Defendant.

Case No. C 06-00019 JL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:   January 10, 2006          WEIL, GOTSHAL & MANGES LLP

　　　　　　　　　　　　　　　　　　　By:    /s/ Nicholas A. Brown
　　　　　　　　　　　　　　　　　　　　　　　　Nicholas A. Brown
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　APPLE COMPUTER, INC.