Apple Computer Inc. v. Burst.com, Inc.                                                                                              Doc. 5
Case 3:06-cv-00019-MHP   Document 5   Filed 01/11/2006   Page 1 of 1

<br>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Apple Computer Inc. | |
|       Plaintiff(s), | No. 06-00019 JL |
|    v. | NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |
| Burst.com, Inc. | |
|       Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**   (1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

      (2)   One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for April 5, 2006 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: January 11, 2006

Richard W. Wieking, Clerk
United States District Court

_Wings Hom_
By: Wings Hom, Deputy Clerk

reassig1.DCT

1