1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                  NORTHERN DISTRICT OF CALIFORNIA

7

8   APPLE COMPUTER,                          No. C 06-00019 MHP

9              Plaintiff(s),               **CLERK'S NOTICE**
                                           **(Scheduling Case Management Conference**
10      v.                                 **in Reassigned Case)**

11  BURST.COM, INC.,

12              Defendant(s).
    _____/

13

14        This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending

15  hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday,**

16  **April 3, 2006, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the

17  conference.  Plaintiff is responsible for forwarding a copy of the form for the Joint Case

18  Management Statement on all defendants, and shall also serve a copy of this notice on all

19  defendants.

20

21                                         Richard W. Wieking
                                           Clerk, U.S. District Court
22

23

24  Dated:  January 13, 2006               _____
                                           Anthony Bowser, Deputy Clerk to the
25                                         Honorable Marilyn Hall Patel
                                               (415) 522-3140

26

27

28

**United States District Court**
For the Northern District of California