ROBERT J. YORIO (#93178)
COLBY B. SPRINGER (#214868)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone No.: (650) 812-3400
Facsimile No.: (650) 812-3444

Attorneys for Defendant
BURST.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC. | CASE NO. C06-00019 MHP |
| Plaintiff, | STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT |
| v. | |
| BURST.COM, INC., | |
| Defendant. | Complaint Filed: January 4, 2006 |

Pursuant to the provisions of Local Rule 6-1, Plaintiff Apple Computer, Inc. and Defendant Burst.com, Inc., hereby stipulate to extend the Defendant's time to respond to the Complaint from January 26, 2006 through and including February 17, 2006.

SO STIPULATED.

Dated: January 25, 2006

WEIL, GOTSHAL & MANGES LLP

By _____
NICHOLAS A. BROWN

Attorneys for Plaintiff
APPLE COMPUTER, INC.

Dated: January 25, 2006

CARR & FERRELL LLP

By _____
ROBERT J. YORIO

Attorneys for Defendant
BURST.COM, INC.

{00169242v1}
STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND
TO PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT

IT IS SO ORDERED
Judge Marilyn H. Patel
No. C06-00019 JL