1  ROBERT J. YORIO (#93178)
   COLBY B. SPRINGER (#214868)
2  CARR & FERRELL LLP
   2200 Geng Road
3  Palo Alto, California 94303
   Telephone No.:    (650) 812-3400
4  Facsimile No.:    (650) 812-3444

5  Attorneys for Defendant
   BURST.COM, INC.

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9  APPLE COMPUTER, INC.              )  CASE NO.  C06-00019 JL
                                     )
10            Plaintiff,             )  STIPULATION TO EXTEND TIME FOR
                                     )  DEFENDANT TO RESPOND TO
11     v.                            )  PLAINTIFF'S COMPLAINT FOR
                                     )  DECLARATORY JUDGMENT
12                                   )
   BURST.COM, INC.,                  )
13                                   )  Complaint Filed:  January 4, 2006
                                     )
14            Defendant.             )
                                     )
15                                   )

16      Pursuant to the provisions of Local Rule 6-1, Plaintiff Apple Computer, Inc. and Defendant

17  Burst.com, Inc., hereby stipulate to further extend the Defendant's time to respond to the Complaint

18  filed January 4, 2006 from February 17, 2006 through and including March 20, 2006.

19  **SO STIPULATED.**

20

21  Dated:  February 16, 2006              WEIL, GOTSHAL & MANGES LLP

22                                         By _____

23                                             NICHOLAS A. BROWN

24                                         Attorneys for Plaintiff
                                           APPLE COMPUTER, INC.

25

26  Dated:  February 16, 2006              CARR & FERRELL LLP

27                                         By _____

28                                             COLBY B. SPRINGER

                                           Attorneys for Defendant
                                           BURST.COM, INC.

{00171291v1}
STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND
TO PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT                    Case No. C06-00019 JL