```
ROBERT J. YORIO (#93178)
COLBY B. SPRINGER (#214868)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone No.:   (650) 812-3400
Facsimile No.:   (650) 812-3444

Attorneys for Defendant
BURST.COM, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC.<br><br>Plaintiff,<br><br>v.<br><br>BURST.COM, INC.,<br><br>Defendant. | CASE NO. C06-00019 JL MHPK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT**<br><br>Complaint Filed: January 4, 2006 |

Pursuant to the provisions of Local Rule 6-1, Plaintiff Apple Computer, Inc. and Defendant Burst.com, Inc., hereby stipulate to further extend the Defendant's time to respond to the Complaint filed January 4, 2006 from February 17, 2006 through and including March 20, 2006.

**SO STIPULATED.**

Dated: February 16, 2006

WEIL, GOTSHAL & MANGES LLP

By _____
NICHOLAS A. BROWN

Attorneys for Plaintiff
APPLE COMPUTER, INC.

Dated: F[...]

CARR & FERRELL LLP

By _____
COLBY B. SPRINGER

Attorneys for Defendant
BURST.COM, INC.

GRANTED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

{00171291v1}
STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND
TO PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT

Case No. C06-00019 JL