ROBERT J. YORIO (#93178)
V. RANDALL GARD (#151677)
COLBY B. SPRINGER (#214868)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone No.: (650) 812-3400
Facsimile No.: (650) 812-3444

Attorneys for Defendant
BURST.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC. | CASE NO. C06-00019 JL |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT** |
| v. | |
| BURST.COM, INC., | |
| Defendant. | Complaint Filed: January 4, 2006 |

Pursuant to the provisions of Local Rule 6-1, Plaintiff Apple Computer, Inc. and Defendant Burst.com, Inc., hereby stipulate to further extend the Defendant's time to respond to the Complaint filed January 4, 2006 from March 20, 2006 through and including April 19, 2006.

**SO STIPULATED.**

Dated: March 10, 2006

                                       WEIL, GOTSHAL & MANGES LLP

                                       By _____
                                               NICHOLAS A. BROWN

                                       Attorneys for Plaintiff
                                       APPLE COMPUTER, INC.

Dated: March 10, 2006               CARR & FERRELL LLP

                                       By _____
                                               COLBY B. SPRINGER
                                       Attorneys for Defendant
                                       BURST.COM, INC.

STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND
TO PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT                  Case No. C06-00019 JL

dockets.Justia.com