```
 1  MATTHEW D. POWERS (Bar No. 104795)
    matthew.powers@weil.com
 2  NICHOLAS A. BROWN (Bar No. 198210)
    nicholas.brown@weil.com
 3  WEIL, GOTSHAL & MANGES LLP
    Silicon Valley Office
 4  201 Redwood Shores Parkway
    Redwood Shores, CA  94065
 5  Telephone:  (650) 802-3000
    Facsimile:  (650) 802-3100
 6
    Attorneys for Plaintiff
 7  APPLE COMPUTER, INC.

 8
    ROBERT J. YORIO (Bar No. 93178)
 9  ryorio@carrferrell.com
    COLBY B. SPRINGER (Bar No. 214868)
10  cspringer@carrferrell.com
    CARR & FERRELL LLP
11  2200 Geng Road
    Palo Alto, CA  94303
12  Telephone No.:   (650) 812-3400
    Facsimile No.:   (650) 812-3444
13
    Attorneys for Defendant
14  BURST.COM, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant. | Case No. C 06-00019 MHP <br><br> **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date: April 3, 2006 <br> Time: 4:00 p.m. <br> Hon. Marilyn Hall Patel <br><br> Complaint Filed: January 4, 2006 <br> Trial Date: None |

STIPULATED REQUEST TO CONTINUE CASE
MANAGEMENT CONFERENCE
SV1:\243058\01\57jm01!.DOC\15096.0006

Case No. C 06-00019 MHP

Pursuant to Civil Local Rule 6-2, Plaintiff Apple Computer, Inc. ("Apple") and Defendant Burst.com, Inc. ("Burst") hereby jointly request that the Court continue the Case Management Conference in this case, set for April 3, 2006, by approximately 30 days. As set forth in the accompanying Declaration of Nicholas Brown, Apple and Burst have been engaged in settlement discussions and believe that a brief continuance of the Case Management Conference would be beneficial. Accordingly, Apple and Burst hereby jointly request and stipulate that the Court continue the Case Management Conference until May 3, 2006 or any day thereafter convenient for the Court.

Dated: March 10, 2006

WEIL, GOTSHAL & MANGES LLP

By: _____/s/_____
Nicholas A. Brown
Attorneys for Apple Computer, Inc.

Dated: March 10, 2006

CARR & FERRELL

By: _____
Colby B. Springer
Attorneys for Burst.com, Inc.

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court hereby orders that the Case Management Conference in this matter scheduled for April 3, 2006 at 4 p.m. is reset to _____ at _____.

Dated: _____

_____
UNITED STATES DISTRICT COURT JUDGE