FILED

MAR 1 4 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  NICHOLAS A. BROWN (Bar No. 198210)
   nicholas.brown@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
4  201 Redwood Shores Parkway
   Redwood Shores, CA 94065
5  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
6
   Attorneys for Plaintiff
7  APPLE COMPUTER, INC.

8
   ROBERT J. YORIO (Bar No. 93178)
9  ryorio@carrferrell.com
   COLBY B. SPRINGER (Bar No. 214868)
10 cspringer@carrferrell.com
   CARR & FERRELL LLP
11 2200 Geng Road
   Palo Alto, CA 94303
12 Telephone No.:  (650) 812-3400
   Facsimile No.:  (650) 812-3444
13
   Attorneys for Defendant
14 BURST.COM, INC.

15

16                UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18

19 APPLE COMPUTER, INC.,                    Case No. C 06-00019 MHP

20              Plaintiff,                  **STIPULATED REQUEST TO
                                            CONTINUE CASE MANAGEMENT
21        v.                                CONFERENCE**

22 BURST.COM, INC.,                         Date:  April 3, 2006
                                            Time:  4:00 p.m.
23              Defendant.                  Hon. Marilyn Hall Patel

24                                          Complaint Filed:  January 4, 2006
                                            Trial Date:  None
25

26

27

28

STIPULATED REQUEST TO CONTINUE CASE
MANAGEMENT CONFERENCE
SV1:\243058\01\S7jm01l.DOC\15096.0006

Case No. C 06-00019 MHP

1

2        Pursuant to Civil Local Rule 6-2, Plaintiff Apple Computer, Inc. ("Apple") and

3   Defendant Burst.com, Inc. ("Burst") hereby jointly request that the Court continue the Case

4   Management Conference in this case, set for April 3, 2006, by approximately 30 days. As set

5   forth in the accompanying Declaration of Nicholas Brown, Apple and Burst have been engaged in

6   settlement discussions and believe that a brief continuance of the Case Management Conference

7   would be beneficial. Accordingly, Apple and Burst hereby jointly request and stipulate that the

8   Court continue the Case Management Conference until May 3, 2006 or any day thereafter

9   convenient for the Court.

Dated: March 10, 2006                    WEIL, GOTSHAL & MANGES LLP

10

11

12                                       By:_____/s/_____
                                                     Nicholas A. Brown
13                                              Attorneys for Apple Computer, Inc.

14

Dated: March 10, 2006                    CARR & FERRELL

15

16

17                                       By:_____
                                                     Colby B. Springer
18                                              Attorneys for Burst.com, Inc.

19

20                          [PROPOSED] ORDER

21        Pursuant to the parties' stipulation, the Court hereby orders that the Case

22   Management Conference in this matter scheduled for April 3, 2006 at 4 p.m. is reset to

23   May 8 2006 at 4:00 p.m.

24

25   Dated: 3/14/06

26                                       _____
                                         UNITED STATES DISTRICT COURT JUDGE
27

28