UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Apple Computer Inc.,

               Plaintiff(s),

Case No. 06-00019

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     v.

Burst.com, Inc.,

              Defendant(s).

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3/27/06

                                          Apple Computer Inc.
                                          [Party]

Dated: 3/27/06

                                          /s/ Nicholas A. Brown
                                          [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."