Apple Computer Inc. v. Burst.com, Inc. — Doc. 20
FROM : BURST COM    FAX NO. : 7075796033    Mar. 28 2006 11:48AM P2
Case 3:06-cv-00019-MHP    Document 20    Filed 03/28/2006    Page 1 of 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Apple Computer Inc.

              Plaintiff(s),

    v.

Burst.com, Inc.

              Defendant(s).

Case No. 06-00019

ADR CERTIFICATION BY PARTIES AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3/28/06

                                                                      , Chairman + CEO
                                                               Burst.com, Inc.
                                                                [Party]

Dated: 3/28/06

                                                                Colby B. Springer
                                                                [Counsel]