PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice Pending*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice Pending*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice Pending*)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880 Tel
(206) 516-3883 Fax

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*(additional attorneys listed on signature page)*

Attorneys for Defendant
BURST.COM, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE COMPUTER, INC. ) | |
| ) | CASE NO. C06-00019 MHP |
| Plaintiff, ) | |
| ) | **DEFENDANT'S CIVIL LOCAL** |
| v. ) | **RULE 3-16 CERTIFICATION** |
| ) | |
| BURST.COM, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

1

Pursuant to Civil Local Rule 3-16, defendant Burst.com, Inc. certifies that as of this date, other than the named parties and their shareholders, there is no interest to report under Civil Local Rule 3-16.

Dated: April 17, 2006.

/s/_____
PARKER C. FOLSE III (WA Bar No. 24895-*Pro Hac Vice Pending*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461-*Pro Hac Vice Pending*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632-*Pro Hac Vice Pending*)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington  98101-3000
(206) 516-3880 Tel
(206) 516-3883 Fax

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

MICHAEL F. HEIM (TX Bar No. 9380923-*Pro Hac Vice Pending*)
LESLIE V. PAYNE (TX Bar No. 0784736-*Pro Hac Vice Pending*)
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, TX  77002
(713) 221-2000 Tel.
(713) 221.2021 Fax

DEFENDANT'S CIVIL LOCAL RULE 3-16 CERTIFICATION
Case No. C06-00019 MHP

1  ROBERT J. YORIO (CA Bar No. 93178)
2  V. RANDALL GARD (CA Bar No. 151677)
   COLBY B. SPRINGER (CA Bar No. 214868)
3  CARR & FERRELL LLP
   2200 Geng Road
4  Palo Alto, CA  94303
   (650) 812-3400 Tel.
5  (650) 812-3444

6
   ATTORNEYS FOR DEFENDANT
7  BURST.COM, INC.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

DEFENDANT'S CIVIL LOCAL RULE 3-16 CERTIFICATION
Case No. C06-00019 MHP