Reset Form

Leslie V. Payne
600 Travis, Suite 6710
Houston, Texas 77002 (713) 221-2000
Name, address and phone number of applicant

| Clerk's Use Only |
| --- |
| Initial for fee pd.: |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Apple Computer, Inc.

Plaintiff(s),

v.

Burst.com, Inc.

Defendant(s).

CASE NO. 3:06-cv-00019-MHP

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Leslie V. Payne , an active member in good standing of the bar of Southern District of Texas , hereby applies
(particular court to which applicant is admitted)
for admission to practice in the Northern District of California on a pro hac vice basis representing Burst.com in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Bruce Wecker
One Market Street, Spear Tower 22nd Floor
San Francisco, CA 94105 (415) 247-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/20/06

United States District Court
For the Northern District of California