Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Apple Computer, Inc.


                    Plaintiff(s),

                v.

Burst.com, Inc.

CASE NO. 3:06-cv-00019-MHP

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

_____ Defendant(s). _____/

Leslie V. Payne                              , an active member in good standing of the bar of

Southern District of Texas                   whose business address and telephone number
(particular court to which applicant is admitted)

is  600 Travis, Suite 6710, Houston, Texas 77002, (713) 221-2000




                                                      , having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing  Burst.com.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .


Dated:

                                        United States District        Judge

**United States District Court**
**For the Northern District of California**