| Clerk's Use Only | Parker C. Folse, III, Susman Godfrey L.L.P. |
|---|---|
| Initial for fee pd.: | 1201 Third Avenue, Ste. 3800, Seattle, WA 98101 |
| | Telephone: (206) 516-3880 |
| | Name, address and phone number of applicant |

Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

APPLE COMPUTER, INC.,

Plaintiff(s),

v.

BURST.COM, INC.,

Defendant(s).

CASE NO. C06-00019 MHP

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Parker C. Folse, III, an active member in good standing of the bar of USDC Western District of Washington (particular court to which applicant is admitted), hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Burst.com, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Bruce Wecker
Hosie McArthur LLP, One Market, Spear Tower, 22nd Floor
San Francisco, California 94105, Telephone: (415) 247-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 8, 2006

/s/ Parker C. Folse