Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE COMPUTER, INC.,

                      Plaintiff(s),

v.

BURST.COM, INC.,

                      Defendant(s).

CASE NO. C06-00019 MHP

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Parker C. Folse, III , an active member in good standing of the bar of USDC Western District of Washington (particular court to which applicant is admitted) whose business address and telephone number is Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Burst.com, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:

                                                   United States District     Judge