1  SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
2  BRUCE WECKER (CA Bar No. 078530)
   bwecker@hosielaw.com
3  HOSIE McARTHUR LLP
   One Market, 22nd Floor
4  San Francisco, CA 94105
5  (415) 247-6000 Tel.
   (415) 247-6001 Fax
6
   PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*)
7  pfolse@susmangodfrey.com
   IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*)
8  icrosby@susmangodfrey.com
   FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*)
9  fshort@susmangodfrey.com
10 SUSMAN GODFREY, L.L.P.
   1201 Third Avenue, Suite 3800
11 Seattle, Washington 98101-3000
   (206) 516-3880 Tel
12 (206) 516-3883 Fax
13
14 *(additional attorneys listed on signature page)*
15 Attorneys for Defendant
   BURST.COM, INC.
16
17
                   UNITED STATES DISTRICT COURT
18       FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)
19
20 APPLE COMPUTER, INC.,                §
                                         §
21              Plaintiff/Counterdefendant, §
                                         §  Case No. 3:06-CV-00019 MHP
22         v.                            §
                                         §  **NOTICE OF APPEARANCE**
23 BURST.COM, INC.,                      §  **FOR SPENCER HOSIE**
                                         §
24              Defendant/Counterclaimant. §
25 _____ §
26
27
28

NOTICE OF APPEARANCE
No. 3:06-CV-00019 MHP

Dockets.Justia.com

To the Clerk of this court and all parties of record:

Burst.com, Inc. hereby gives notice of the appearance of Spencer Hosie as co-counsel for Burst.com, Inc. in the above-captioned litigation.

Service of all papers by U.S. Mail or Express deliveries (Federal Express, etc.) should be addressed to:

> Spencer Hosie
> Hosie McArthur LLP
> One Market, Spear Tower, 22nd Floor
> San Francisco, CA 94105
> 415-247-6000
> fax: 415-247-6001
> shosie@hosielaw.com

Dated:  May 1, 2006                    Respectfully submitted,

/s/_____
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

PARKER C. FOLSE III (WA Bar No. 24895- *Pro Hac Vice*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461- *Pro Hac Vice*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632- *Pro Hac Vice*)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880 Tel
(206) 516-3883 Fax

| | |
|---|---|
| 1 | |
| 2 | MICHAEL F. HEIM (TX Bar No. 9380923-*Pro Hac Vice*) |
| 3 | LESLIE V. PAYNE (TX Bar No. 0784736-*Pro Hac Vice*) |
| 4 | HEIM, PAYNE & CHORUSH, L.L.P. |
|   | 600 Travis Street, Suite 6710 |
| 5 | Houston, TX 77002 |
| 6 | (713) 221-2000 Tel. |
|   | (713) 221.2021 Fax |
| 7 | |
| 8 | ROBERT J. YORIO (CA Bar No. 93178) |
|   | V. RANDALL GARD (CA Bar No. 151677) |
| 9 | COLBY B. SPRINGER (CA Bar No. 214868) |
|   | CARR & FERRELL LLP |
| 10 | 2200 Geng Road |
|    | Palo Alto, CA 94303 |
| 11 | (650) 812-3400 Tel. |
|    | (650) 812-3444 |
| 12 | |
| 13 | ATTORNEYS FOR DEFENDANT |
|    | BURST.COM, |

NOTICE OF APPEARANCE     2
No. 3:06-CV-00019 MHP