# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: May 8, 2006

Case No.  C 06-0019  MHP      Judge: MARILYN H. PATEL

Title: APPLE COMPUTER -v- BURST.COM INC

Attorneys:  Plf: Matthew Power, Nicholas Brown, Garland Stephens
               Dft: Ian Crosby, Robert Yarid, Michael Heim, Parker Folse III, Bruce Weker

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVickar

## PROCEEDINGS

1)  Case Management Conference

2)

3)

## ORDERED AFTER HEARING:

Number of proposed claims discussed;

Post Discovery/Pre Claim Construction Conference set for 10/10/2006 at 3:00 pm;
Tutorial set for 1/31/2007 at 2:00 pm;
Claim Construction Hearing set for 2/8/2007 at 9:00 am;

Mediation deadline extended 60 days after Claim Construction Order issued by Court;