ORIGINAL

RECEIVED FILED MAY 1 0 2006
06 MAY -8 PM 12: 56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APPLE COMPUTER, INC.,

    Plaintiff,

v.

BURST.COM, INC.,

    Defendants.

Case No. 3:06-cv-00019 MHP

[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Garland T. Stephens, an active member in good standing of the bar of the Southern District of New York, whose business address and telephone number is: 700 Louisiana, Suite 1600, Houston, TX 77002, Telephone Number: (713) 546 5000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Apple Computer, Inc.

IT IS HEREBY ORDERED that the applicant is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this case are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/9/06

_____
UNITED STATES DISTRICT JUDGE