1   MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
2   NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
3   WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
4   201 Redwood Shores Parkway
Redwood Shores, CA 94065
5   Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., | Case No. 3:06-CV-00019 MHP |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S AMENDED ANSWER AND COUNTERCLAIMS** |
| v. | |
| BURST.COM, INC., | |
| Defendant. | |

Pursuant to the provisions of Local Rule 6-1, Plaintiff Apple Computer Inc. and Defendant Burst.com, Inc. hereby stipulate to extend Apple Computer Inc.'s time to respond to the Amended Answer and Counterclaims filed April 27, 2006, from May 11, 2006, through and including May 18, 2006.

**SO STIPULATED.**

Dated: May 11, 2006            SUSMAN GODFREY LLP

By:    /s/ Floyd G. Short
Floyd G. Short (*pro hac vice*)
Attorneys for Defendant
Burst.com, Inc.

Dated: May 11, 2006            WEIL, GOTSHAL & MANGES LLP

By:    /s/ Nicholas A. Brown
Nicholas A. Brown
Attorneys for Plaintiff
Apple Computer, Inc.

STIPULATION TO EXTEND TIME FOR PLAINTIFF TO
RESPOND TO DEFENDANT'S AMENDED ANSWER AND
COUNTERCLAIMS      1      Case No. 3:06-CV-00019 MHP
SV1:\246980\01\5@kk01!.DOC\15096.0006

Dockets.Justia.com