MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant. | Case No. 3:06-CV-00019 MHP <br><br> **DECLARATION OF NICHOLAS A. BROWN IN SUPPORT OF STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S AMENDED ANSWER AND COUNTERCLAIMS** |

BROWN DECL. ISO STIP. TO EXTEND TIME TO RESPOND
TO AMENDED ANSWER & COUNTERCLAIMS                 1                  Case No. 3:06-CV-00019 MHP
                                                                     SV1:\247066\01\5@my01!.DOC\15096.0006

Dockets.Justia.com

I, Nicholas A. Brown, declare:

1. I am a member of the State Bar of California and a member of the law firm of Weil, Gotshal & Manges LLP, counsel of record for Apple Computer, Inc. in this case. I have personal knowledge of the facts stated in this Declaration, and if called upon, could and would testify competently thereto.

2. The parties have met and conferred and have agreed to extend Apple Computer Inc.'s time to respond to the Amended Answer and Counterclaims by seven days, from May 11, 2006, through and including May 18, 2006.

3. Previous time modifications in this case include extensions of Defendant's time to respond to the complaint that extended the time for Defendant's response until February 17, 2006, and then to March 20, 2006, as well as a continuance of the initial Case Management Conference from April 4, 2006, to May 8, 2006.

4. Extending the date by which Apple Computer, Inc. will respond to Burst.com's Amended Answer and Counterclaims would have no effect on the schedule for the case, which was set at the May 8, 2006 Case Management Conference.

Executed on May 11, 2006, at Redwood Shores, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Nicholas A. Brown
Nicholas A. Brown