PARKER C. FOLSE III (WA Bar No. 24895 – *Admitted Pro Hac Vice*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 – *Admitted Pro Hac Vice*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 – *Admitted Pro Hac Vice*)
fshort@susmangodfrey.com
JOHN M. NEUKOM (WA Bar No. 36986 – *Admitted Pro Hac Vice*)
jneukom@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington  98101-3000
(206) 516-3880 Tel
(206) 516-3883 Fax

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*(additional attorneys listed on signature page)*

Attorneys for Defendant
BURST.COM, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| APPLE COMPUTER, INC.,<br><br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>BURST.COM, INC.,<br><br>    Defendant/Counterclaimant. | Case No. 3:06-CV-00019 MHP<br><br>**BURST'S REPLY TO APPLE'S COUNTERCLAIM REGARDING U.S. PATENT NO. 5,057,932**<br><br>**JURY TRIAL DEMANDED** |

Defendant Burst.com, Inc. ("Burst") replies to the counterclaim for declaratory judgment on U.S. Patent No. 5,057,932 (the "'932 patent") asserted by Plaintiff Apple Computer, Inc. ("Apple") in Apple's "Answer to Burst.com, Inc.'s Amended Counterclaim and Counterclaim for Declaratory Judgment" (Docket No. 52), as follows:

32. In paragraph 32, Apple incorporates by reference the preceding paragraphs 1 through 31, which set forth Apple's admissions, denials, and affirmative defenses in reply to the counterclaim asserted in Burst's "Amended Answer and Counterclaim" (Docket No. 42). Insofar as Apple's admissions, denials, and affirmative defenses are not allegations in support of Apple's counterclaim, Burst believes that paragraph 32 warrants no reply. In the alternative, to the extent that the admissions, denials, and affirmative defenses set forth in paragraphs 1-32 constitute "allegations" in support of Apple's counterclaim, Burst replies by re-alleging and adopting by reference the entirety of Burst's Counterclaim, Prayer for Relief, and Demand for Jury Trial, and by denying all of Apple's affirmative defenses.

33. Burst admits that Apple counterclaims against Burst for declaratory judgment, and that declaratory judgment is a remedy contemplated in the patent laws of the United States and the Federal Rules of Civil Procedure, including Title 35 of the United States Code; 28 U.S.C. §§ 1331, 1338(a), 2201, 2202; and Fed. R. Civ. P. 13. Burst denies that Apple is entitled to the remedy sought.

34. Denied.

35. Denied.

36. Burst denies that Apple is entitled to any relief from Burst and in particular to any of the relief requested in paragraphs 1 through 5 of Apple's Prayer for Relief.

Dated: June 7, 2006    Respectfully submitted,

/s/ Floyd G. Short
PARKER C. FOLSE III (WA Bar No. 24895-
*Admitted Pro Hac Vice*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461-
*Admitted Pro Hac Vice*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632-
*Admitted Pro Hac Vice*)
fshort@susmangodfrey.com
JOHN M. NEUKOM (WA Bar. No. 36986 –
*Admitted Pro Hac Vice*)
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington  98101-3000
(206) 516-3880 Tel.
(206) 516-3883 Fax


SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

MICHAEL F. HEIM (TX Bar No. 9380923-
*Admitted Pro Hac Vice*)
LESLIE V. PAYNE (TX Bar No. 0784736-
*Admitted Pro Hac Vice*)
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, TX  77002
(713) 221-2000 Tel.
(713) 221.2021 Fax

| | |
|---|---|
| 1 | ROBERT J. YORIO (CA Bar No. 93178) |
| 2 | V. RANDALL GARD (CA Bar No. 151677) |
|   | COLBY B. SPRINGER (CA Bar No. 214868) |
| 3 | CARR & FERRELL LLP |
|   | 2200 Geng Road |
| 4 | Palo Alto, CA  94303 |
| 5 | (650) 812-3400 Tel. |
|   | (650) 812-3444 Fax |
| 6 |   |
|   | ATTORNEYS FOR DEFENDANT |
| 7 | BURST.COM, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on the date written above, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants. I further certify that a true and correct copy of this document was sent via U.S. first-class mail, postage pre-paid to all non-CM/ECF participants.

/s/ Floyd G. Short