# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE COMPUTER, INC.,<br><br>      Plaintiff and<br>      Counterdefendant,<br><br>v.<br><br>BURST.COM, INC.,<br><br>      Defendant and<br>      Counterclaimant. | Case No. 06-CV-00019 MHP<br><br>**EXHIBIT A TO STIPULATED PROTECTIVE ORDER REGARDING DISCLOSURE OF CONFIDENTIAL MATERIALS**<br><br>Undertaking By Non-Parties Designated Under Paragraphs 6 and/or 7 |

I, _____, state the following:

1.  [Mark and complete the appropriate statement:]

\_\_\_\_ I have been designated by _____ [party] as its representative to receive confidential information under the Protective Order in this case;

OR

\_\_\_\_ I have been retained by _____ [party] to serve as an expert or consultant in the above-captioned action.

2.  I have read and understand the Protective Order ("Order") to which this Exhibit A is annexed and I attest to my understanding that access to material designated as "CONFIDENTIAL" or "CONFIDENTIAL COUNSEL'S EYES ONLY" may be provided to me and that such access shall be pursuant to the terms and conditions and restrictions of the Order. I agree to be bound by the terms of the Order and to be subject to the Court's jurisdiction, both with respect to this Court's powers of supervision of the litigation of the above-captioned action and contractually to any designating party, which I acknowledge to be an expressly intended beneficiary of the undertakings I give in this Confidentiality Agreement and Undertaking.

3. I shall not disclose or reveal to anyone except the Court and the parties any confidential information given to me designated under the terms of the Order.

4. I shall not use nor disclose any designated material to others, except for purposes of providing my advice or my consulting and/or testifying expertise in this action and then solely in accordance with the Order. I understand that counsel for the designating party shall then have ten (10) business days from receipt of my written notice to inform me whether the designating party objects to my engagement. Nothing in this Exhibit A shall prevent me from using otherwise legally obtained information. I also understand that, in the event that I fail to abide by the terms of this Confidentiality Agreement or the Order, I shall be subject to sanctions by way of contempt of court, and to separate legal and equitable recourse by the adversely affected designating party.

_____
Signature

_____
Printed Name

_____
Address

EXHIBIT A TO STIPULATED PROTECTIVE ORDER
REGARDING DISCLOSURE OF CONFIDENTIAL
MATERIALS - 2

Case No. 06-CV-00019 MHP