Claim Chart for US Patent 4,963,995

| CLAIM LANGUAGE | BURST'S PROPOSED CONSTRUCTION | BURST'S EVIDENCE | APPLE'S PROPOSED CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| **995-1.** An ***audio/video transceiver apparatus*** comprising: | PROPOSED CONSTRUCTION:<br>**"audio/video" –** *See* Exhibit A to Joint Claim Construction Statement<br><br>PROPOSED CONSTRUCTION:<br>**"transceiver apparatus" –** "a combination of components, in a common housing, that transmits and receives data"- AGREED (*See* Exhibit A to Joint Claim Construction Statement) | | PROPOSED CONSTRUCTION:<br>**"audio/video"** -AGREED (*See* Exhibit A to Joint Claim Construction Statement)<br><br>**"transceiver" –** AGREED (*See* Exhibit A to Joint Claim Construction Statement) | |
| ***input means for receiving audio/visual source information***; | PROPOSED CONSTRUCTION:<br>**"audio/visual source information"** and **"audio/video source information" –** "an audio and/or video work that can be received from one or more sources and that has a temporal dimension"<br><br>PROPOSED CONSTRUCTION:<br>**"input means" –** Not subject to §112 ¶6: "an input port or terminal capable of receiving information" | INTRINSIC EVIDENCE:<br>'995 Abstract, Fig. 2, 1:7-18, 1:40-62, 2:1-7, 2:18-22, 5:28-32, 7:1-8:2.<br>'995 PH: 3/12/90 OAR at 18-20 and claims; '705 PH: 5/26/98 OAR at 15-16 and claims.<br>EXTRINSIC EVIDENCE:<br>Expert testimony.<br><br>INTRINSIC EVIDENCE:<br>'995 Fig. 2, 2:27-32, 3:28-37, 7:1-7, 7:23-8:6, 8:29-57, 10:6-21.<br>EXTRINSIC EVIDENCE: | PROPOSED CONSTRUCTION:<br>**"audio/video source information":** see '839 Patent, Claim 1.<br><br>**"input means for receiving audio/visual source information"** - Limited to structures disclosed under §112 ¶6: video line or camera input line 15, TV RF tuner 16, auxiliary | **"input means for receiving audio/visual source information"**<br>INTRINSIC EVIDENCE: '995 - 7:1-7; 7:23-28; 7:32-37; 7:45-55; 8:60-63; |

Apple Computer Inc. v. Burst.com, Inc.

Doc. 59 Att. 2

Dockets.Justia.com

| CLAIM LANGUAGE | BURST'S PROPOSED CONSTRUCTION | BURST'S EVIDENCE | APPLE'S PROPOSED CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| | | *Modern Dictionary of Electronics* (6th Ed. 1984) and *IEEE Standard Dictionary of Electrical and Electronics Terms* (4th Ed. 1988) (definition for input); expert testimony. | digital input port 17, or fiber optic port 18. | Fig. 2 and associated text<br>EXTRINSIC EVIDENCE: Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; expert testimony; McGraw Hill Dictionary of Scientific and Technical Terms, 4th ed. (1989). |
| ***compression means***, coupled to said input means, ***for compressing said audio/video source information*** into a ***time compressed representation*** thereof ***having an associated time period that is shorter than a time period associated with a real time representation*** of said audio/video source information; | PROPOSED CONSTRUCTION:<br>**"time compressed representation . . . having an associated time period that is shorter than a time period associated with a real time representation"** - "a version of audio/video source information having a reduced number of bits that allows data transfer over an external communications link in a time period that is shorter than the time required for normal playback" | INTRINSIC EVIDENCE:<br>'995 1:34-37, 1:50-57, 2:42-51, 4:19-27, 4:63-5:35, 5:59-60, 7:55-8:2, 9:12-15, 9:25-26, 10:28-31.<br>'705 PH: 5/26/98 OAR at 11, 13, 15-16 and claims.<br>EXTRINSIC EVIDENCE:<br>Expert testimony. | PROPOSED CONSTRUCTION:<br>**time compressed representation:** see '839 Patent, Claim 1.<br>**having an associated time period:** see '839 Patent, Claim 1. | |
| | PROPOSED CONSTRUCTION:<br>**"compressing said audio/video source information"** - "reducing the number of bits necessary to represent the audio/video source information" | INTRINSIC EVIDENCE:<br>'995 Fig. 2, 2:42-51, 4:19-27, 4:63-5:35, 5:59-60, 9:12-15, 9:25-26.<br>EXTRINSIC EVIDENCE:<br>*Modern Dictionary of Electronics* (6th Ed. 1984) and *Webster's New Collegiate Dictionary* (1981) (definition for compress); expert testimony. | **"compression means…for compressing said audio/video source information…"** - Limited to structures disclosed under §112 ¶6: None. | **"compression means…for compressing said audio/video source information…"**<br>INTRINSIC EVIDENCE: '995 - 4:48-54; 4:63-5:24; Fig. 2 and associated text; '839 - 4:64-5:2; 5:16-39; Figs. 2-3 and associated text; '995 FH - APBU 38-46, 72-89, 90-91; '932 FH - APBU 234-235; '705 FH - APBU 551-552, 620-621, 648-653. |

| CLAIM LANGUAGE | BURST'S PROPOSED CONSTRUCTION | BURST'S EVIDENCE | APPLE'S PROPOSED CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| | <u>PROPOSED CONSTRUCTION:</u><br>**"compression means"** - Subject to §112 ¶6: "a compressor/decompressor executing a compression algorithm, plus equivalents" | <u>INTRINSIC EVIDENCE:</u><br>'995 Fig. 2, 2:42-51, 4:19-27, 4:63-5:35, 5:59-60, 9:12-15, 9:25-26.<br><u>EXTRINSIC EVIDENCE:</u><br>Expert testimony. | | <u>EXTRINSIC EVIDENCE</u>: Claim Construction Order in *Burst.com v. Microsoft*; Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; expert testimony. |
| ***random access storage means***, coupled to said compression means, ***for storing the time compressed representation*** of said audio/video source information; and | <u>PROPOSED CONSTRUCTION:</u><br>**"random access storage means"** - Not subject to §112 ¶6: "storage that provides for random access to any given segment of stored audio/video source information" | <u>INTRINSIC EVIDENCE:</u><br>'995 Fig. 2, 2:13-17, 2:59-66, 3:32, 4:13-16, 4:22-23, 5:27, 5:36-45, 6:8-22, 9:12-28, 9:33-43, 9:55-61, 10:1-21.<br><br>'995 PH: 3/12/90 OAR at 18-20 and claims; '932 PH: 5/7/90 OAR at 5-6.<br><u>EXTRINSIC EVIDENCE:</u><br>Expert testimony. | <u>PROPOSED CONSTRUCTION:</u><br>**"random access storage means…for storing the time compressed representation…"** - Limited to structures disclosed under §112 ¶6: DRAM, SRAM, CMOS memory, or optical disc memory. | **"random access storage means…for storing the time compressed representation…"**<br><u>INTRINSIC EVIDENCE</u>: '995 - 6:8-19; Fig. 2 and associated text<br><u>EXTRINSIC EVIDENCE</u>: Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; expert testimony; <u>McGraw Hill Dictionary of Scientific and Technical Terms</u>, 4th ed. (1989). |
| ***output means***, coupled to said random access storage means, ***for receiving*** the time compressed audio/video source information stored in said random access storage means ***for transmission away from said audio/video transceiver apparatus***. | <u>PROPOSED CONSTRUCTION:</u><br>**"output means"** – Not subject to §112 ¶6: "an output port or terminal capable of transmitting information" | <u>INTRINSIC EVIDENCE:</u><br>'995 Fig. 2, 1:34-37, 1:50-56, 2:46-51, 3:28-37, 7:32-8:6, 8:20-23, 8:29-57, 9:55-68, 10:6-13.<br><u>EXTRINSIC EVIDENCE:</u><br>Modern Dictionary of Electronics (6th Ed. 1984) and IEEE Standard Dictionary of Electrical and Electronics Terms (4th Ed. 1988) (definition for output); expert testimony. | <u>PROPOSED CONSTRUCTION:</u><br>**"output means…for receiving…for transmission away from said audio/video transceiver apparatus"** - Limited to structures disclosed under §112 ¶6: fiber optic port 18 that delivers audio/video signals to a fiber optic telephone line. | **"output means…for receiving…for transmission away from said audio/video transceiver apparatus"**<br><u>INTRINSIC EVIDENCE</u>: '995-7:45-64; 8:50-57; 9:62-68; Fig. 2 and associated text<br><u>EXTRINSIC EVIDENCE</u>: Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; expert testimony. |

| CLAIM LANGUAGE | BURST'S PROPOSED CONSTRUCTION | BURST'S EVIDENCE | APPLE'S PROPOSED CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| | <u>PROPOSED CONSTRUCTION:</u><br>**"the time compressed audio/video source information…for transmission away from said audio/video transceiver apparatus"** – "sending the time compressed representation to an external device capable of playback, where the representation is sent in a time period that is shorter than the time required for normal playback" | <u>INTRINSIC EVIDENCE:</u><br>'995 Abstract, 1:34-37, 1:50-57, 7:45-66, 8:29-57, 9:55-10:21.<br><br>'995 PH: 3/12/90 OAR at 18-20 and claims; '932 PH: 5/7/90 OAR at 5-6; '705 PH: 5/26/98 OAR at 11, 15 and claims.<br><u>EXTRINSIC EVIDENCE:</u><br>Expert testimony. | **time compressed:** see '839 Patent, Claim 1.<br>**"audio/video source information":** see '839 Patent, Claim 1. | |
| **995-2.** An audio/video transceiver apparatus as in claim 1 further comprising ***editing means***, coupled to said random access storage means, ***for editing the time compressed representation*** of said audio/video source information stored in said random access storage means and ***for restoring the edited time compressed representation*** of said audio/video source information in said random access storage means; and wherein said output means is operative for receiving the edited time compressed representation of said audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus. | <u>PROPOSED CONSTRUCTION:</u><br>**"editing means"** - Subject to §112 ¶6: "a processor executing stored editing software, plus equivalents" | <u>INTRINSIC EVIDENCE:</u><br>'995 Abstract, Fig. 2, 1:57-59, 6:23-48, 6:53-62, 9:31-54.<br><u>EXTRINSIC EVIDENCE:</u><br>Expert testimony. | <u>PROPOSED CONSTRUCTION:</u><br>**"editing means…for editing the time compressed representation…and for restoring the time compressed representation"** - Limited to structures disclosed under §112 ¶6: (1) Digital control unit 14 which includes (a) CPU (Intel 80286 or 80386 or Motorola 68020 or 68030), (b) ROM (TI TMS47256) and (c) integrated circuit controller; and (2) user interface control panel, light pen or mouse. | **"editing means…for editing …and for restoring…"**<br><u>INTRINSIC EVIDENCE</u>: '995 - 6:23-48; 6:53-62; 9:31-41; Fig. 2 and associated text<br><u>EXTRINSIC EVIDENCE</u>: Claim Construction Order in *Burst.com v. Microsoft*; Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; expert testimony; <u>Webster's II New Riverside University Dictionary</u>, (1988); <u>McGraw Hill Dictionary of Scientific and Technical Terms</u>, 4th ed. (1989). |

| CLAIM LANGUAGE | BURST'S PROPOSED CONSTRUCTION | BURST'S EVIDENCE | APPLE'S PROPOSED CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| **995-3.** An audio/video transceiver apparatus as in claim 2 further comprising ***monitor means for enabling the user to selectively identify the time compressed representation*** of said audio/video source information stored in said random access storage means during editing. | PROPOSED CONSTRUCTION:<br>**"monitor means"** – Not subject to §112 ¶6, and no construction necessary. Alternatively, "a display" | INTRINSIC EVIDENCE:<br>'995 6:30-52, 8:24-26, 9:32-54, 10:22-28.<br>EXTRINSIC EVIDENCE:<br>Expert testimony. | PROPOSED CONSTRUCTION:<br>**"monitor means for enabling the user to selectively identify the time compressed representation…"** - Limited to structures disclosed under §112 ¶6: flat panel video display built into the VCR-ET, television coupled to an RF modulator, or a computer monitor. | **"monitor means for enabling the user to selectively identify the time compressed representation…"**<br>INTRINSIC EVIDENCE: '995 - 6:38-44; 6:49-52; 10:21-27<br>EXTRINSIC EVIDENCE: Expert testimony; McGraw Hill Dictionary of Scientific and Technical Terms, 4th ed. (1989). |
| **995-7.** An audio/video transceiver apparatus as in claim 1 wherein said random access storage means comprises a ***semiconductor memory***. | PROPOSED CONSTRUCTION:<br>**"semiconductor memory"** – "a form of memory that stores information in a semiconductor" – AGREED (*See* Exhibit A to Joint Claim Construction Statement) | | | |
| **995-8.** An audio/video transceiver apparatus as in claim 1 wherein: | | | | |
| said audio/video source information comprises ***analog*** audio/video source information; | PROPOSED CONSTRUCTION:<br>**"analog"** – "information in the form of continuously varying physical quantities" – AGREED (*See* Exhibit A to Joint Claim Construction Statement) | | | |
| said audio/video transceiver apparatus further comprises ***analog to digital converter means for converting said analog audio/video source information to*** | PROPOSED CONSTRUCTION:<br>**"digital"** – "information in the form of digits or discrete quantities" – AGREED (*See* Exhibit A to Joint Claim Construction Statement) | | | |

| CLAIM LANGUAGE | BURST'S PROPOSED CONSTRUCTION | BURST'S EVIDENCE | APPLE'S PROPOSED CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| ***corresponding digital audio/video source information***; | PROPOSED CONSTRUCTION:<br>**"analog to digital converter means"** – Not subject to §112 ¶6, and no construction necessary. Alternatively, "a circuit that changes analog information into digital information" | INTRINSIC EVIDENCE:<br>'995 Fig. 2, 2:18-22, 4:17-27, 4:32-47, 4:54-62, 6:3-7, 9:12-15.<br><br>'995 PH: 3/12/90 OAR at 19 and claims.<br>EXTRINSIC EVIDENCE:<br>*Modern Dictionary of Electronics* (6th Ed. 1984) and *IEEE Standard Dictionary of Electrical and Electronics Terms* (4th Ed. 1988) (definition for analog to digital converter); expert testimony. | **"analog to digital converter means for converting said analog audio/video source information to corresponding digital audio/video source information"** - Limited to structures disclosed under §112 ¶6: Burr-Brown ADC 600. | **"analog to digital converter means for converting said analog audio/video source information to corresponding digital audio/video source information"**<br>INTRINSIC EVIDENCE: '995 - 4:57-62; Fig. 2 and associated text<br>EXTRINSIC EVIDENCE: Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; expert testimony. |
| said compression means is operative for compressing said corresponding ***digital*** audio/video source information into a ***digital*** time compressed representation thereof having an associated time period that is shorter than a time period associated with a real time representation of said ***digital*** audio/video source information; and | | | | |
| said random access storage means is operative for storing said ***digital*** time compressed representation of said corresponding ***digital*** audio/video source information. | | | | |

| CLAIM LANGUAGE | BURST'S PROPOSED CONSTRUCTION | BURST'S EVIDENCE | APPLE'S PROPOSED CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| **995-9.** An audio/video transceiver apparatus as in claim 1 wherein: | | | | |
| said audio/video source information comprises digital audio/video source information; | | | | |
| said compression means is operative for compressing said digital audio/video source information into a digital time compressed representation thereof having an associated time period that is shorter than a time period associated with a real time representation of said digital audio/video source information; and | | | | |
| said random access storage means is operative for storing said digital time compressed representation of said digital audio/video source information; | | | | |
| **995-15.** An audio/video transceiver apparatus is in claim 9 wherein said input means is coupled to an external ***computer*** and said digital audio/video source information comprises computer-generated audio/video information. | PROPOSED CONSTRUCTION:<br>**"computer" –** "any device capable of accepting information, applying prescribed processes to the information, and supplying the results of these processes" – AGREED (*See* Exhibit A to Joint Claim Construction Statement) | | | |
| **995-16.** An audio/video transceiver | PROPOSED CONSTRUCTION: | | | |

| CLAIM LANGUAGE | BURST'S PROPOSED CONSTRUCTION | BURST'S EVIDENCE | APPLE'S PROPOSED CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| apparatus as in claim 9 wherein said input means comprises a ***fiber optic*** input port coupled to a fiber optic transmission line and said digital audio/video source information comprises information received over said fiber optic transmission line. | **"fiber optic"** – "fibers for sending or receiving information in optical form" – AGREED (*See* Exhibit A to Joint Claim Construction Statement) | | | |
| **995-17.** An audio/video ***transceiver*** apparatus comprising: | PROPOSED CONSTRUCTION:<br>**"transceiver apparatus" –** *see* above (AGREED) | | | |
| ***input means for receiving audio/video source information*** as a ***time compressed representation*** thereof, said time compressed representation of said audio/video source information ***being received over an associated burst time period that is shorter than a real time period associated with said audio/video source information***; | PROPOSED CONSTRUCTION:<br>**"audio/video source information" –** *see* above.<br><br>PROPOSED CONSTRUCTION:<br>**"time compressed representation . . . being received over an associated burst time period that is shorter than a real time period associated with said audio/video source information"** – "a version of audio/video source information having a reduced number of bits that is received over an external communications link in a time period that is shorter than the time required for normal playback" | INTRINSIC EVIDENCE:<br>*See* above.<br>EXTRINSIC EVIDENCE:<br>Expert testimony.<br><br>INTRINSIC EVIDENCE:<br>'995 1:34-37, 1:50-57, 2:42-51, 4:19-27, 4:63-5:35, 5:59-60, 7:55-8:2; 9:12-15, 9:25-26.<br><br>'705 PH: 5/26/98 OAR at 11, 13, 15-16 and claims.<br>EXTRINSIC EVIDENCE:<br>Expert testimony. | PROPOSED CONSTRUCTION:<br>**"audio/video source information":** see '839 Patent, Claim 1.<br><br>**time compressed representation:** see '839 Patent, Claim 1.<br><br>**receiving…as a time compressed representation:** see '839 Patent, Claim 17.<br><br>**being received over an associated burst time period:** see '839 Patent, Claim 17. | |

| CLAIM LANGUAGE | BURST'S PROPOSED CONSTRUCTION | BURST'S EVIDENCE | APPLE'S PROPOSED CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| | PROPOSED CONSTRUCTION:<br>**"input means"** - *see* above | INTRINSIC EVIDENCE:<br>*See* above.<br>EXTRINSIC EVIDENCE:<br>Expert testimony. | **"input means for receiving audio/video source information as a time compressed representation thereof…"** - Limited to structures disclosed under §112 ¶6: fiber optic port 18. | **"input means for receiving audio/video source information as a time compressed representation thereof…"**<br>INTRINSIC EVIDENCE: '995 - 7:32-37; 7:45-64; 8:29-44; 8:50-57; 9:62-68; 10:14-20; Fig. 2 and associated text<br>EXTRINSIC EVIDENCE: Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; expert testimony; McGraw Hill Dictionary of Scientific and Technical Terms, 4th ed. (1989). |
| ***random access storage means***, coupled to said input means, ***for storing the time compressed representation*** of said audio/video source information received by said input means; and | PROPOSED CONSTRUCTION:<br>**"random access storage means" –** *see* above<br><br>For all other terms, *see* above | INTRINSIC EVIDENCE:<br>*See* above.<br>EXTRINSIC EVIDENCE:<br>Expert testimony. | PROPOSED CONSTRUCTION:<br>**random access storage means…for storing the time compressed representation:** see '995 Patent, Claim 1. | |
| ***output means***, coupled to said random access storage means, ***for receiving*** the time compressed representation of said audio/video source information stored in said random access storage means ***for transmission away from said audio/video transceiver apparatus***. | PROPOSED CONSTRUCTION:<br>**"output means" –** *see* above<br><br>PROPOSED CONSTRUCTION:<br>**"the time compressed representation of said audio/video source information…for** | INTRINSIC EVIDENCE:<br>*See* above.<br>EXTRINSIC EVIDENCE:<br>Expert testimony.<br><br>INTRINSIC EVIDENCE:<br>*See* above.<br>EXTRINSIC EVIDENCE: | PROPOSED CONSTRUCTION:<br>**output means…for receiving…for transmission away from said audio/video transceiver apparatus:** see '995 Patent, Claim 1. | |

| CLAIM LANGUAGE | BURST'S PROPOSED CONSTRUCTION | BURST'S EVIDENCE | APPLE'S PROPOSED CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| | **transmission away from said audio/video transceiver apparatus"** – "sending the time compressed representation to an external device capable of playback, where the representation is sent in a time period that is shorter than the time required for normal playback" | Expert testimony. | | |
| **995-19.** An audio/video transceiver apparatus as in claim 17 in combination with a video library, coupled via a communication link with said audio/video transceiver apparatus, said video library storing a multiplicity of items of audio/video source information in said time compressed representation for selective retrieval, in said associated burst time period over said communication link. | | | | |
| **995-20.** An audio/video transceiver apparatus as in claim 1 further comprising: | | | | |
| ***decompression means***, coupled to said random access storage means, ***for selectively decompressing said time compressed representation*** of said audio/video source information stored in said random access storage means; and | PROPOSED CONSTRUCTION:<br>**"selectively decompressing"** – No construction required. Alternatively, "decompressing some or all of the stored time compressed representation selected by a user" | INTRINSIC EVIDENCE:<br>'995 1:57-59; 2:59-64; 4:19-26; 5:43-45; 5:57-63; 6:23-48; 9:18-30.<br>EXTRINSIC EVIDENCE:<br>Expert testimony. | PROPOSED CONSTRUCTION:<br>**selectively decompressing:** see ''839 Patent, Claim 20.<br>**"decompression means…for selectively decompressing said time compressed representation …"** - | **"decompression means…for selectively decompressing…"**<br>INTRINSIC EVIDENCE: '995 - 4:48-54; |

| CLAIM LANGUAGE | BURST'S PROPOSED CONSTRUCTION | BURST'S EVIDENCE | APPLE'S PROPOSED CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| | PROPOSED CONSTRUCTION:<br>**"decompression means"** - Subject to §112 ¶6: "a compressor/decompressor executing a decompression algorithm, plus equivalents" | INTRINSIC EVIDENCE:<br>'995 Fig. 2, 2:42-51, 4:19-27, 4:63-5:35, 5:59-60, 9:12-15, 9:25-26.<br>EXTRINSIC EVIDENCE:<br>Expert testimony. | Limited to structures disclosed under §112 ¶6: None. | 4:63-5:24; Fig. 2 and associated text<br>EXTRINSIC EVIDENCE: Claim Construction Order in *Burst.com v. Microsoft*; Burst's Claim Construction Briefing in V; expert testimony; Webster's II New Riverside University Dictionary, (1988). |
| ***editing means***, coupled to said random access storage means and decompression means, ***for editing said selectively decompressed time compressed representation*** of said audio/video source information, ***and for storing*** said edited selectively decompressed time compressed representation of said audio/video source information ***in said random access storage means***. | PROPOSED CONSTRUCTION:<br>**"editing"** – No construction required. Alternatively, "modifying"<br><br>**"editing means"** – *see* above | INTRINSIC EVIDENCE:<br>'995 Abstract, 6:23-48, 6:53-62, 9:31-54.<br>EXTRINSIC EVIDENCE:<br>*Webster's New Collegiate Dictionary* (1981) (definition for edit); expert testimony.<br><br>INTRINSIC EVIDENCE:<br>*See* above.<br>EXTRINSIC EVIDENCE:<br>Expert testimony. | PROPOSED CONSTRUCTION:<br>**editing:** see '839 Patent, Claim 2.<br><br>**"editing means…for editing said selectively decompressed time compressed representation… and for storing…"** - Limited to structures disclosed under §112 ¶6: (1) Digital control unit 14 which includes (a) CPU (Intel 80286 or 80386 or Motorola 68020 or 68030), (b) ROM (TI TMS47256) and (c) integrated circuit controller; (2) user interface control panel, light pen or mouse; and (3) VME bus, Intel's Multibus, or Optobuss. | **"editing means…for editing said selectively decompressed time compressed representation… and for storing…"**<br>INTRINSIC EVIDENCE: '995 - 6:23-48; 6:53-68; 9:31-41; Fig. 2 and associated text<br>EXTRINSIC EVIDENCE: Claim Construction Order in *Burst.com v. Microsoft*; Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; expert testimony; Webster's II New Riverside University Dictionary, (1988); |

| CLAIM LANGUAGE | BURST'S PROPOSED CONSTRUCTION | BURST'S EVIDENCE | APPLE'S PROPOSED CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| | | | | McGraw Hill Dictionary of Scientific and Technical Terms, 4th ed. (1989). |
| **995-21.** An audio/video transceiver apparatus as in claim 1 further comprising: | | | | |
| decompression means, coupled to said random access storage means, for selectively decompressing said time compressed representation of said audio/video source information stored in said random access storage means; and | | | | |
| ***editing means***, coupled to said random access storage means an decompression means, ***for editing said selectively decompressed time compressed representation*** of said audio/video source information; | PROPOSED CONSTRUCTION:<br>**"editing means" –** *see* above | INTRINSIC EVIDENCE:<br>*See* above.<br>EXTRINSIC EVIDENCE:<br>Expert testimony. | PROPOSED CONSTRUCTION:<br>**"editing means…for editing said selectively decompressed time compressed representation…"** - Limited to structures disclosed under §112 ¶6: (1) Digital control unit 14 which includes (a) CPU (Intel 80286 or 80386 or Motorola 68020 or 68030), (b) ROM (TI TMS47256) and (c) integrated circuit controller; and (2) user interface control panel, light pen or mouse. | **"editing means…for editing said selectively decompressed time compressed representation…"**<br>INTRINSIC EVIDENCE: '995 - 6:23-48; 6:53-62; 9:31-41; Fig. 2 and associated text<br>EXTRINSIC EVIDENCE: Claim Construction Order in *Burst.com v. Microsoft*; Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; expert testimony; Webster's II New Riverside University Dictionary, (1988); McGraw Hill Dictionary of Scientific and Technical Terms, 4th ed. (1989). |
| wherein said ***compression means*** is operative ***for recompressing the*** | PROPOSED CONSTRUCTION: | INTRINSIC EVIDENCE: | PROPOSED CONSTRUCTION: | **"compression means…for** |

| CLAIM LANGUAGE | BURST'S PROPOSED CONSTRUCTION | BURST'S EVIDENCE | APPLE'S PROPOSED CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| ***edited selectively decompressed time compressed representation*** of said audio/video source information; and | **"compression means"** – *see* above | *See* above.<br>EXTRINSIC EVIDENCE:<br>Expert testimony. | **"compression means…for recompressing…"** - Limited to structures disclosed under §112 ¶6: None | **recompressing…"**<br>INTRINSIC EVIDENCE: '995 - 4:48-54; 4:63-5:24; Fig. 2 and associated text<br>EXTRINSIC EVIDENCE: Claim Construction Order in *Burst.com v. Microsoft*; Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; expert testimony. |
| wherein said ***random access storage means*** is operative ***for storing the recompressed*** selectively decompressed time compressed representation of said audio/video source information. | PROPOSED CONSTRUCTION:<br>**"random access storage means"** – *see* above | INTRINSIC EVIDENCE:<br>*See* above.<br>EXTRINSIC EVIDENCE:<br>Expert testimony. | PROPOSED CONSTRUCTION:<br>**"random access storage means…for storing the recompressed…"** - Limited to structures disclosed under §112 ¶6: DRAM, SRAM, CMOS memory, or optical disc memory. | **"random access storage means…for storing the recompressed…"**<br>INTRINSIC EVIDENCE: '995 - 6:8-19; Fig. 2 and associated text<br>EXTRINSIC EVIDENCE: Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; expert testimony; McGraw Hill Dictionary of Scientific and Technical Terms, 4th ed. (1989). |
| **995-22.** An audio/video transceiver apparatus as in claim 1 further comprising: | PROPOSED CONSTRUCTION:<br>**"audio/video"** – *See* above – AGREED<br><br>PROPOSED CONSTRUCTION:<br>**"transceiver apparatus"** – *see* above – AGREED | | | |

| CLAIM LANGUAGE | BURST'S PROPOSED CONSTRUCTION | BURST'S EVIDENCE | APPLE'S PROPOSED CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| | | | | |
| decompression means, coupled to said random access storage means, for selectively decompressing the time compressed representation of said audio/video source information stored in said random access storage means; and | | | | |
| ***monitor means for enabling the user to view*** the selectively decompressed time compressed representation of said audio/video source information. | PROPOSED CONSTRUCTION:<br>**"monitor means"** – *see* above | INTRINSIC EVIDENCE:<br>*See* above.<br>EXTRINSIC EVIDENCE:<br>Expert testimony. | PROPOSED CONSTRUCTION:<br>**"monitor means for enabling the user to view…"** - Limited to structures disclosed under §112 ¶6: flat panel video display built into the VCR-ET, television coupled to an RF modulator, or a computer monitor. | **"monitor means for enabling the user to view…"**<br>INTRINSIC EVIDENCE: '995 - 6:38-44; 6:49-52; 10:21-27<br>EXTRINSIC EVIDENCE: Expert testimony; McGraw Hill Dictionary of Scientific and Technical Terms, 4th ed. (1989). |
| **995-23.** An audio/video transceiver apparatus as in claim 8 further comprising: | | | | |
| decompression means, coupled to said random access storage means, for selectively decompressing the digital time compressed representation of said corresponding digital audio/video source information stored in said random access storage means; and | | | | |

| CLAIM LANGUAGE | BURST'S PROPOSED CONSTRUCTION | BURST'S EVIDENCE | APPLE'S PROPOSED CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| editing means, coupled to said random access storage means and decompression means, for editing the decompressed digital time compressed representation of said corresponding digital audio/video source information and for then storing the edited decompressed digital time compressed representation of said corresponding digital audio/video source information in said random access storage means. | | | | |
| **995-24.** An audio/video transceiver apparatus as in claim 23 further comprising monitor means for enabling the user to ***selectively view*** the decompressed digital time compressed representation of said corresponding digital audio/video source information ***during editing***. | PROPOSED CONSTRUCTION:<br>**"monitor means"** – *see* above<br><br>PROPOSED CONSTRUCTION:<br>**"selectively view . . . during editing"** – No construction necessary. Alternatively, "view selection(s) of . . . during editing" | INTRINSIC EVIDENCE:<br>*See* above.<br>EXTRINSIC EVIDENCE:<br>Expert testimony.<br><br>INTRINSIC EVIDENCE:<br>'995 6:23-48, 9:31-54.<br>EXTRINSIC EVIDENCE:<br>Expert testimony. | PROPOSED CONSTRUCTION:<br>**"monitor means…for enabling the user to selectively view…"** - Limited to structures disclosed under §112 ¶6: (1) flat panel video display built into the VCR-ET, television coupled to an RF modulator, or a computer monitor and (2) user interface control panel, light pen or mouse.<br><br>**"selectively view … during editing"** – viewing the portion of the representation selected by a user on during editing. | **"monitor means…for enabling the user to selectively view…"**<br>INTRINSIC EVIDENCE: '839 - 6:53-7:9, 10:10-32, '995 - 6:38-44; 6:49-52; 10:21-27; '705 FH - APBU-00000649.<br>EXTRINSIC EVIDENCE: Expert testimony; Webster's II New Riverside University Dictionary, (1988); McGraw Hill Dictionary of Scientific and Technical Terms, 4th ed. (1989).<br><br>**"selectively view … during editing"**<br>INTRINSIC EVIDENCE: '839 - 6:53- |

| CLAIM LANGUAGE | BURST'S PROPOSED CONSTRUCTION | BURST'S EVIDENCE | APPLE'S PROPOSED CONSTRUCTION | APPLE'S EVIDENCE |
| --- | --- | --- | --- | --- |
| | | | | 7:9, 10:10-32, '995 - 6:38-44; 6:49-52; 10:21-27; '705 FH - APBU-00000649.<br><br>EXTRINSIC EVIDENCE: Expert testimony; Webster's II New Riverside University Dictionary (1988). |
| **995-25.** An audio/video transceiver apparatus as in claim 8 further comprising: | | | | |
| decompression means, coupled to said random access storage means, for selectively decompressing the digital time compressed representation of said corresponding digital audio/video source information stored in said random access storage means; and | | | | |
| monitor means, coupled to said decompression means, for enabling the user to selectively view the decompressed digital time compressed representation of said corresponding digital audio/video source information. | | | | |
| **995-26.** An audio/video transceiver apparatus as in claim 9 further comprising: | | | | |
| decompression means, coupled to said random access storage means, | | | | |

| CLAIM LANGUAGE | BURST'S PROPOSED CONSTRUCTION | BURST'S EVIDENCE | APPLE'S PROPOSED CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| for selectively decompressing the digital time compressed representation of said digital audio/video source information stored in said random access memory means; and | | | | |
| editing means, coupled to said random access storage means and decompression means, for editing the decompressed digital time compressed representation of said digital audio/video source information; | | | | |
| said random access storage means thereafter being operative for storing the edited decompressed digital time compressed representation of said digital audio/video source information in said random access storage means. | | | | |
| **995-27.** An audio/video transceiver apparatus as in claim 26 further comprising monitor means for enabling the user to selectively view the decompressed digital time compressed representation of said digital audio/video source information during editing. | | | | |
| **995-28.** An audio/video transceiver apparatus as in claim 9 further | | | | |

| CLAIM LANGUAGE | BURST'S PROPOSED CONSTRUCTION | BURST'S EVIDENCE | APPLE'S PROPOSED CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| comprising: | | | | |
| decompression means, coupled to said random access storage means, for selectively decompressing the digital time compressed representation of said digital audio/video source information stored in said random access memory means; and | | | | |
| monitor means, coupled to said decompression means, for enabling the user to selectively view the decompressed digital time compressed representation of said digital audio/video source information. | | | | |
| **995-44.** An audio/video transceiver apparatus as in claim 1 further comprising ***recording means, including a removable recording medium*** coupled to said random access storage means, ***for storing*** the time compressed representation of said audio/video source information stored in said random access storage means onto said removable recording medium. | <u>PROPOSED CONSTRUCTION:</u><br>**"recording means"** - Subject to §112 ¶6: "an audio/video recording unit such as a video cassette recorder, WORM drive, erasable optical disk drive, or other optical drive, plus equivalents" | <u>INTRINSIC EVIDENCE:</u><br>'995 2:37-41, 3:38-4:16, 9:4-30, 10:29-36.<br><u>EXTRINSIC EVIDENCE:</u><br>Expert testimony. | <u>PROPOSED CONSTRUCTION:</u><br>**"recording means, including a removable recording medium … for storing … "** - Limited to structures disclosed under §112 ¶6: recording unit that uses removable magnetic tape, removable WORM optical disk, or removable erasable optical disk, and shunt switch. | **"recording means, including a removable recording medium … for storing … "**<br><u>INTRINSIC EVIDENCE</u>: '995 - 3:38-4:16; 5:63-6:2; 9:4-30; Fig. 2 and associated text<br><u>EXTRINSIC EVIDENCE</u>: Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; expert testimony; <u>McGraw Hill Dictionary of Scientific and Technical Terms</u>, 4th ed. (1989). |
| **995-47.** An audio/video transceiver apparatus as in claim 17 further | | | | |

| CLAIM LANGUAGE | BURST'S PROPOSED CONSTRUCTION | BURST'S EVIDENCE | APPLE'S PROPOSED CONSTRUCTION | APPLE'S EVIDENCE |
| --- | --- | --- | --- | --- |
| comprising recording means, including a removable recording medium, coupled to said random access storage means, for storing the time compressed representation of said audio/video source information stored in said random access storage means onto said removable recording medium. | | | | |
| **995-51.** An audio/video transceiver apparatus as in claim 9 further comprising ***CD-ROM means for providing said digital audio/video source information.*** | PROPOSED CONSTRUCTION:<br>**"CD-ROM means" –**"Compact-Disc Read Only Memory" – AGREED (*See* Exhibit A to Joint Claim Construction Statement) | | | |
| **995-52.** An audio/video transceiver apparatus as in claim 9 further comprising ***erasable optical disc means for providing said digital audio/video source information***. | PROPOSED CONSTRUCTION:<br>**"erasable optical disc means"** – "an optical disk storage medium that has read/write/erase capabilities" – AGREED (*See* Exhibit A to Joint Claim Construction Statement) | | | |
| **995-80.** An audio/video transceiver apparatus as in claim 1 further comprising editing means, coupled to said random access storage means, for editing said time compressed representation of said audio/video source information and for then storing the edited time compressed representation of said audio/video source information in said random | | | | |

| CLAIM LANGUAGE | BURST'S PROPOSED CONSTRUCTION | BURST'S EVIDENCE | APPLE'S PROPOSED CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| access storage means. | | | | |