Claim Chart for US 5,057,932

| CLAIM LANGUAGE | BURST'S CLAIM CONSTRUCTION | BURST'S EVIDENCE | APPLE' CLAIM CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| **932-4.** An audio/video *transceiver apparatus* comprising: | PROPOSED CONSTRUCTION:<br><br>**"transceiver apparatus"** – *see* '995 claim 1 – AGREED | | | |
| *input means for receiving audio/video source information*, said audio/video source information comprising a *multiplicity* of *video frames* in the form of one or more *full motion video programs*; | PROPOSED CONSTRUCTION:<br><br>**"audio/video source information"** - *see* '995 claim 1 | INTRINSIC EVIDENCE:<br>See '995 claim 1.<br>EXTRINSIC EVIDENCE:<br>See '995 claim 1. | PROPOSED CONSTRUCTION:<br><br>**"audio/video source information"**: see '839 Patent, Claim 1 | |
| | PROPOSED CONSTRUCTION:<br><br>**"multiplicity"** – No construction necessary. Alternatively, "a large number." | INTRINSIC EVIDENCE:<br>'995 7:67-8:2.<br>EXTRINSIC EVIDENCE:<br>*Webster's New Collegiate Dictionary* (1981) and American Heritage Dictionary (1982) (definition for multiplicity); expert testimony. | **multiplicity:** see '839 Patent, Claim 19 | |
| | PROPOSED CONSTRUCTION:<br><br>**"multiplicity of video frames in the form of one or more full motion video programs"** – *see* '839 claim 73. | INTRINSIC EVIDENCE:<br>See '839 claim 73.<br>EXTRINSIC EVIDENCE:<br>See '839 claim 73. | **video frames:** see '839 Patent, Claim 73<br><br>**full motion video programs:** see '839 Patent, Claim 73 | |
| | PROPOSED CONSTRUCTION:<br><br>**"input means for receiving audio/video source information"** – *see* '995 claim 1 | INTRINSIC EVIDENCE:<br>See '995 claim 1; *see also* '839 Figs. 3 & 4, 2:38, 2:52-58, 11:24-28, 11:48-12:11, 12:25-27, 12:38-45. | **"input means for receiving audio/visual source information"** - Limited to structures disclosed under §112 ¶6: point-to-point microwave | **"input means for receiving audio/visual source information"**<br>INTRINSIC EVIDENCE: '932-11:53-12:11; Figs. 2-3 and associated text; |

| CLAIM LANGUAGE | BURST'S CLAIM CONSTRUCTION | BURST'S EVIDENCE | APPLE' CLAIM CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| | | EXTRINSIC EVIDENCE: Expert testimony. | transceiver, or satellite transceiver. | '932 FH-APBU 200; 212; 216-17; 231-34<br><br>EXTRINSIC EVIDENCE: Burst's claim construction briefing in Burst v. Microsoft; expert testimony; McGraw Hill Dictionary of Scientific and Technical Terms, 4th ed. (1989). |
| *compression means*, coupled to said input means, *for compressing* said audio/video source information into a *time compressed representation* thereof *having an associated time period that is shorter than a time period associated with a real time representation* of said audio/video source information; | PROPOSED CONSTRUCTION:<br>**"compression means"** – *see* '995 claim 1<br><br>For all other terms, *see* '995 claim 1. | INTRINSIC EVIDENCE:<br>*See* '995 claim 1.<br>EXTRINSIC EVIDENCE:<br>*See* '995 claim 1. | PROPOSED CONSTRUCTION:<br>**time compressed representation**: see '839 Patent, Claim 1<br><br>**"having an associated time period …."**: see '839 Patent, Claim 1.<br><br>**compression means…for compressing said audio/video source information…**: see '995 Patent, Claim 1 | |
| *random access storage means*, coupled to said compression means, *for storing the time compressed representation* of said audio/video source information, *said random access storage means comprising one or magnetic disks*; and | PROPOSED CONSTRUCTION:<br>**"random access storage means"** – *see* '995 claim 1. | INTRINSIC EVIDENCE:<br>*See* '995 claim 1; *see also* '839 Fig. 4; 6:37-42; 12:23-27.<br>EXTRINSIC EVIDENCE:<br>*See* '995 claim 1. | PROPOSED CONSTRUCTION:<br>**"random access storage means...for storing the time compressed representation... said random access storage means comprising one or magnetic disks"** - magnetic disk. | **"random access storage means...for storing the time compressed representation... said random access storage means comprising one or magnetic disks"**<br>INTRINSIC EVIDENCE: '932-6:28-42; Figs. 2-3 and associated text<br>EXTRINSIC EVIDENCE: Burst's claim construction briefing in Burst v. Microsoft; expert testimony; |

| CLAIM LANGUAGE | BURST'S CLAIM CONSTRUCTION | BURST'S EVIDENCE | APPLE' CLAIM CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| | | | | McGraw Hill Dictionary of Scientific and Technical Terms, 4th ed. (1989). |
| *output means*, coupled to said random access storage means, *for receiving* the time compressed audio/video source information stored in said random access storage means *for transmission away from said audio/video transceiver apparatus* | PROPOSED CONSTRUCTION: "output means" – *see* '995 claim 1 | INTRINSIC EVIDENCE: *See* '995 claim 1; *see also* '839 Figs. 3 & 4, 2:38, 2:52-58, 11:24-28, 11:48-12:11, 12:25-27, 12:38-45. EXTRINSIC EVIDENCE: *See* '995 claim 1. | PROPOSED CONSTRUCTION: "output means…for receiving… [and] for transmission away from said audio/video transceiver apparatus" - Limited to structures disclosed under §112 ¶6: point-to-point microwave transceiver, or satellite transceiver. | "output means…for receiving… [and] for transmission away from said audio/video transceiver apparatus" INTRINSIC EVIDENCE: '932-11:51-12:11; Figs. 2-3 and associated text; '932 FH-APBU 200; 212; 216-17; 231-34 EXTRINSIC EVIDENCE: Burst's claim construction briefing in Burst v. Microsoft; expert testimony. |
| | PROPOSED CONSTRUCTION: "the time compressed representation of said audio/video source information…for transmission away from said audio/video transceiver apparatus" – "sending the time compressed representation to an external device capable of playback, where the representation is sent in a time period that is shorter than the time required for normal playback" | INTRINSIC EVIDENCE: *See* '995 claim 1; *see also* '839 Figs. 3 & 4, 11:28-32, 11:48-12: 45. EXTRINSIC EVIDENCE: *See* '995 claim 1. | | |