| CLAIM LANGUAGE | BURST'S CLAIM CONSTRUCTION | BURST'S EVIDENCE | APPLE' CLAIM CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| **705-1.** An audio/video ***transceiver apparatus*** comprising: | PROPOSED CONSTRUCTION:<br>**"transceiver apparatus" –** *see* '995 claim 1 – AGREED | | PROPOSED CONSTRUCTION:<br>"**transceiver**": see '995 Patent, Claim 1 – AGREED | |
| ***input means for receiving audio/video source information***, said audio/video source information comprising a ***multiplicity*** of *video frames* collectively representing at least one ***full motion video program***; | PROPOSED CONSTRUCTION:<br>**"audio/video source information"**- *see* '995 claim 1<br><br>**"multiplicity"** – No construction necessary. Alternatively, "a large number."<br><br>**"multiplicity of video frames in the form of one or more full motion video programs**" – *see* '839 claim 73.<br><br>**"input means for receiving audio/video source information"** – *see* '995 claim 1. | INTRINSIC EVIDENCE:<br>*See* '995 claim 1.<br>EXTRINSIC EVIDENCE:<br>*See* '995 claim 1.<br><br>INTRINSIC EVIDENCE:<br>'995 7:67-8:2.<br>EXTRINSIC EVIDENCE:<br>*Webster's New Collegiate Dictionary* (1981) and American Heritage Dictionary (1982) (definition for multiplicity); expert testimony.<br><br>INTRINSIC EVIDENCE:<br>*See* '839 claim 73.<br>EXTRINSIC EVIDENCE:<br>*See* '839 claim 73.<br><br>INTRINSIC EVIDENCE:<br>*See* '995 claim 1; *see also* '839 Figs. 3 & 4, 2:38, 2:52-58, 11:24-28, 11:48-12:11, 12:25-27, 12:38-45. | PROPOSED CONSTRUCTION:<br>**"audio/video source information**: see '839 Patent, Claim 1.<br><br>"**multiplicity**": see '839 Patent, Claim 19.<br><br>"**video frames**": see '839 Patent, Claim 73.<br><br>**"input means for receiving audio/visual source information" -** Limited to structures disclosed under §112 ¶6: video line or camera input line 15, TV RF tuner 16, auxiliary digital input port 17, fiber optic port | **"input means for receiving audio/visual source information"**<br>INTRINSIC EVIDENCE: '705-7:12-17; 7:35-40; 7:45-47; 7:57-66; 9:4-8; 11:21-23; 11:26-51; Figs. 2-3 and |



Apple Computer Inc. v. Burst.com, Inc.
Doc. 59 Att. 5
Dockets.Justia.com

| CLAIM LANGUAGE | BURST'S CLAIM CONSTRUCTION | BURST'S EVIDENCE | APPLE' CLAIM CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| | | EXTRINSIC EVIDENCE:<br>*See* '995 claim 1. | 18, auxiliary analog audio and digital input ports, point-to-point microwave transceiver, or satellite transceiver. | associated text.<br>EXTRINSIC EVIDENCE: Burst's claim construction briefing in Burst v. Microsoft; expert testimony; McGraw Hill Dictionary of Scientific and Technical Terms, 4th ed. (1989). |
| ***compression means***, coupled to said input means, ***for compressing said audio/video source information*** into a ***digital time compressed representation*** thereof, wherein said digital time compressed representation of said audio/video source information is ***capable of being transmitted in a burst transmission time period that is substantially shorter than a time period associated with real time viewing*** by a receiver of said audio/video source information; | PROPOSED CONSTRUCTION:<br>**"audio/video source information"** – *see* '995 claim 1<br><br>**"digital"** – *see* '839 claim 8 – AGREED<br><br>**"compression means"** – *see* '995 claim 1<br><br>**"compressing said audio/video source information"** – *see* '995 claim 1.<br><br>**"digital time compressed representation . . . capable of being transmitted in a burst transmission** | INTRINSIC EVIDENCE:<br>*See* '995 claim 1.<br>EXTRINSIC EVIDENCE:<br>*See* '995 claim 1.<br><br>INTRINSIC EVIDENCE:<br>*See* '995 claim 1.<br>EXTRINSIC EVIDENCE:<br>*See* '995 claim 1.<br><br>INTRINSIC EVIDENCE:<br>*See* '995 claim 1.<br>EXTRINSIC EVIDENCE:<br>*See* '995 claim 1.<br><br>INTRINSIC EVIDENCE:<br>'995 1:34-37, 1:53-57, 2:46-51, 7:60-66, 10:28-31; '839 2:52-58, | PROPOSED CONSTRUCTION:<br>**"audio/video source information"**: see '839 Patent, Claim 1.<br><br>**"time compressed representation"**: see '839 Patent, Claim 1.<br><br>"**compression means…for compressing said audio/video source information…**: see '995 Patent, Claim 1.<br><br>**"is capable of being transmitted in a burst transmission time period that is substantially shorter than a** | **"is capable of being transmitted in a burst transmission time period** |

| CLAIM LANGUAGE | BURST'S CLAIM CONSTRUCTION | BURST'S EVIDENCE | APPLE' CLAIM CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| | **time period that is substantially shorter than a time period associated with real time viewing"** – "a digital version of audio/video source information having a reduced number of bits that allows data transfer over an external communications link in a time period that is substantially shorter than the time required for normal playback" | 8:18-20, 10:6-9, 11:28-32, 11:51-12:10, 12:23-27; 839 2:52-58, 8:18-20, 10:6-9, 11:28-32, 11:51-12:10, 12:23-27.<br>'705 PH: 5/26/98 OAR at 11, 13, 15-16 and claims.<br>EXTRINSIC EVIDENCE:<br>Expert testimony. | **time period associated with real time viewing"** - the time compressed representation is such that it is known at the time of compression that it is capable of being transmitted in a burst time period of definite duration that is substantially shorter than the time required to play the representation in real time. | **that is substantially shorter than a time period associated with real time viewing"**<br>INTRINSIC EVIDENCE: '839 - 8:5-26; '995 - 8:50-57; '995 FH - APBU 38-46, 72-89, 90-91; '932 FH - APBU 232-233.<br>EXTRINSIC EVIDENCE: Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; Claim Construction Order in *Burst.com v. Microsoft*; expert testimony; Webster's II New Riverside University Dictionary, (1988); Modern Dictionary of Electronics, 6th ed. (1984); Gitlin, Hayes, & Weinstein, Data Communications Principles (Plenum Press, 1992); Graf & Sheets, Video Scrambling & Descrambling for Satellite and Cable TV (Newnes, 2nd edition, 1998); United States Patent No. 5,440,334. |
| ***storage means***, coupled to said compression means, ***for storing said digital time compressed representation*** of said audio/video source information; and | PROPOSED CONSTRUCTION:<br>**"storage means" –** Apple did not previously identify this term. Not subject to §112 ¶6, and no construction necessary. Alternatively, "a medium in which data is retained for subsequent retrieval" | INTRINSIC EVIDENCE:<br>'995 Abstract, Fig. 2, 1:29-33, 2:13-17, 2:59-62, 3:32, 4:13-16, 4:22-23, 5:27, 5:36-45, 6:8-17, 6:20-22, 9:12-26, 9:33-43, 9:55-61, 10:1-5, 10:9-21; '839 Abstract, Figs. 3 & 4, 6:37-42, 8:30-33, 9:65-10:11, 11:29-35, 11:66-12:4, 12:23-25, 12:38-40.<br>EXTRINSIC EVIDENCE:<br>*Modern Dictionary of Electronics* (6th Ed. 1984) and *IEEE Standard Dictionary of Electrical and* | PROPOSED CONSTRUCTION:<br>**"storage means…for storing said digital time compressed representation…"** - Limited to structures disclosed under §112 ¶6: DRAM, SRAM, CMOS memory, optical disc memory, bubble memory, magnetic disk, or digital paper. | **"storage means…for storing said digital time compressed representation…"**<br>INTRINSIC EVIDENCE: '705-6:16-29; Figs. 2-3 and associated text<br>EXTRINSIC EVIDENCE: Burst's claim construction briefing in Burst v. Microsoft; expert testimony; McGraw Hill Dictionary of Scientific and Technical Terms, 4th |

| CLAIM LANGUAGE | BURST'S CLAIM CONSTRUCTION | BURST'S EVIDENCE | APPLE' CLAIM CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| | | *Electronics Terms* (4th Ed. 1988) (definition for storage); expert testimony. | | ed. (1989). |
| ***transmission means***, coupled to said storage means, ***for transmitting*** said digital time compressed representation of said audio/video source information ***away from said audio/video transceiver apparatus in said burst transmission time period***. | PROPOSED CONSTRUCTION:<br>**"transmission means"** - Subject to §112 ¶6: "an audio/video transmitter/receiver such as a modem, a fiber optic transceiver, microwave transceiver, satellite transceiver, plus equivalents"<br><br>**"transmitting . . . away"** – "sending to an external device capable of playback" | INTRINSIC EVIDENCE:<br>'995 Abstract, Fig. 2, 1:34-37, 1:50-56, 2:46-51, 3:28-37, 7:32-8:6, 8:20-23, 8:29-57, 9:55-68, 10:6-13; '839 Figs. 3 & 4, 2:38, 2:52-58, 8:18-20, 11:24-28, 11:48-12:11, 12:25-27, 12:38-45.<br>EXTRINSIC EVIDENCE:<br>Expert testimony.<br><br>INTRINSIC EVIDENCE:<br>*See* '995 claim 1; *see also* '839 Figs. 3 & 4, 11:28-32, 11:48-12: 45.<br>EXTRINSIC EVIDENCE:<br>*See* '995 claim 1. | PROPOSED CONSTRUCTION:<br>**"transmission means...for transmitting...away from said audio/video transceiver apparatus in said burst transmission time period"** - Limited to structures disclosed under §112 ¶6: fiber optic port 18, point-to-point microwave transceiver, or satellite transceiver. | **"transmission means...for transmitting...away from said audio/video transceiver apparatus in said burst transmission time period"**<br>INTRINSIC EVIDENCE: '705-7:57-8:7, 11:24-51<br>EXTRINSIC EVIDENCE: Expert testimony; McGraw Hill Dictionary of Scientific and Technical Terms, 4th ed. (1989). |
| **705-2.** The audio/video transceiver apparatus of claim 1, further comprising editing means, coupled to said storage means, for editing the digital time compressed representation of said audio/video source information stored in said storage means and for storing the edited digital time compressed representation of said audio/video source information in said storage means. | PROPOSED CONSTRUCTION:<br>**"editing means"** – *see* '995 claim 2. | INTRINSIC EVIDENCE:<br>*See* '995 claim 2; *see also* '839 12:46-52.<br>EXTRINSIC EVIDENCE:<br>*See* '995 claim 2. | PROPOSED CONSTRUCTION:<br>"**editing means... for editing the digital time compressed representation...and for storing...**": see '995 Patent, Claim 20. | |
| **705-3.** The audio/video transceiver | PROPOSED CONSTRUCTION: | INTRINSIC EVIDENCE: | PROPOSED CONSTRUCTION: | **"transmission means...configured** |

| CLAIM LANGUAGE | BURST'S CLAIM CONSTRUCTION | BURST'S EVIDENCE | APPLE' CLAIM CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| apparatus of claim 2, wherein said ***transmission means*** is ***configured to receive the edited digital time compressed representation*** of said audio/video source information and to transmit the edited digital time compressed representation of said audio/video source information away from said audio/video transceiver apparatus in said burst transmission time period. | **"transmission means"** – *see* above | *See* above.<br>EXTRINSIC EVIDENCE:<br>*See* above. | **"transmission means...configured to receive the edited digital time compressed representation..."** - Limited to structures disclosed under §112 ¶6: fiber optic port 18, point-to-point microwave transceiver, or satellite transceiver. | **to receive the edited digital time compressed representation..."**<br>INTRINSIC EVIDENCE: '705-7:57-8:7; 11:3-7; 11:24-51; Figs. 2-3 and associated text<br>EXTRINSIC EVIDENCE: Expert testimony; McGraw Hill Dictionary of Scientific and Technical Terms, 4th ed. (1989). |
| **705-12.** A method for handling audio/video source information, the method comprising the steps of: | | | | |
| receiving ***audio/video source information***, said audio/video source information comprising a ***multiplicity*** of ***video frames*** collectively constituting at least one ***full motion video program***; | PROPOSED CONSTRUCTION:<br>**"audio/video source information"**- *see* '995 claim 1.<br><br>**"multiplicity"** – *see* above.<br><br>**"multiplicity of video frames collectively constituting at least one full motion video program**" – *see* '839 claim 73. | INTRINSIC EVIDENCE:<br>*See* '995 claim 1.<br>EXTRINSIC EVIDENCE:<br>*See* '995 claim 1.<br><br>INTRINSIC EVIDENCE:<br>*See* above.<br>EXTRINSIC EVIDENCE:<br>*See* above.<br><br>INTRINSIC EVIDENCE:<br>*See* '839 claim 73.<br>EXTRINSIC EVIDENCE:<br>*See* '839 claim 73. | PROPOSED CONSTRUCTION:<br>**"audio/video source information"**: see '839 Patent, Claim 1.<br><br>"**multiplicity**": see '839 Patent, Claim 19.<br><br>"**video frames**": see '839 Patent, Claim 73. | |
| compressing the received audio/video source information into | PROPOSED CONSTRUCTION: | INTRINSIC EVIDENCE: | PROPOSED CONSTRUCTION: | |

| CLAIM LANGUAGE | BURST'S CLAIM CONSTRUCTION | BURST'S EVIDENCE | APPLE' CLAIM CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| a ***digital time compressed representation*** thereof, the digital time compressed representation of said audio/video source information ***having an associated burst transmission time period that is substantially shorter than a time period associated with real time viewing*** by a receiver of said audio/video source information; | **"audio/video source information"** – *see* '995 claim 1.<br><br>**"digital"** – *see* '995 claim 8 – AGREED<br><br>**"compressing the received audio/video source information" –** *see* '839 claim 1.<br><br>**"digital time compressed representation . . . having an associated burst transmission time period that is substantially shorter than a time period associated with real time viewing" –** "a digital version of audio/video source information having a reduced number of bits that allows data transfer over an external communications link in a time period that is substantially shorter than the time required for normal playback" | *See* '995 claim 1.<br>EXTRINSIC EVIDENCE:<br>*See* '995 claim 1.<br><br>INTRINSIC EVIDENCE:<br>*See* '839 claim 1.<br>EXTRINSIC EVIDENCE:<br>*See* '839 claim 1.<br><br>INTRINSIC EVIDENCE:<br>'995 1:34-37, 1:53-57, 2:46-51, 7:60-66, 10:28-31; '839 2:52-58, 8:18-20, 10:6-9, 11:28-32, 11:51-12:10, 12:23-27; 839 2:52-58, 8:18-20, 10:6-9, 11:28-32, 11:51-12:10, 12:23-27.<br>'705 PH: 5/26/98 OAR at 11, 13, 15-16 and claims.<br>EXTRINSIC EVIDENCE:<br>Expert testimony. | **"audio/video source information"**: see '839 Patent, Claim 1.<br><br>"**time compressed representation**:" see '839 Patent, Claim 1.<br>"**having an associated burst time period"**: see '839 Patent, Claim 1. | |
| ***storing*** the digital time compressed representation of said audio/video source information; and | | | | |
| ***transmitting, in said burst transmission time period***, the stored digital time compressed | PROPOSED CONSTRUCTION:<br>**"transmitting…to a selected destination" –** *see* '839 claim 1. | INTRINSIC EVIDENCE:<br>*See* '839 claim 1. | PROPOSED CONSTRUCTION:<br>"**transmitting**": see '839 Patent, Claim 1. | |

| CLAIM LANGUAGE | BURST'S CLAIM CONSTRUCTION | BURST'S EVIDENCE | APPLE' CLAIM CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| representation of said audio/video source information *to a selected destination*. | | EXTRINSIC EVIDENCE:<br>*See* '839 claim 1. | | |
| **705-13.** The method of claim 12, further comprising the steps of: | | | | |
| editing the stored time compressed representation of said audio/video source information; and | | | | |
| storing the edited time compressed representation of said audio/video source information. | | | | |
| **705-21.** A method for handling audio/video source information, the method comprising the steps of: | | | | |
| receiving ***audio/video source information*** as a ***digital time compressed representation*** thereof, said audio/video source information comprising a ***multiplicity*** of ***video frames*** collectively constituting at least one ***full motion video program*** selected from a ***video library storing*** a ***plurality*** of video programs in a digital time compressed representation thereof ***for selective retrieval***; | PROPOSED CONSTRUCTION:<br>**"audio/video source information"**- *see* '995 claim 1.<br><br>**"digital"** – *see* '839 claim 8 – AGREED<br><br>**"multiplicity"** – *see* above. | INTRINSIC EVIDENCE:<br>*See* '995 claim 1.<br>EXTRINSIC EVIDENCE:<br>*See* '995 claim 1.<br><br>INTRINSIC EVIDENCE:<br>*See* above.<br>EXTRINSIC EVIDENCE:<br>*See* above. | PROPOSED CONSTRUCTION:<br>"**audio/video source information**": see '839 Patent, Claim 1.<br><br>"**video library**": see '839 Patent, Claim 19.<br><br>"**multiplicity**": see '839 Patent, Claim 19. | |

| CLAIM LANGUAGE | BURST'S CLAIM CONSTRUCTION | BURST'S EVIDENCE | APPLE' CLAIM CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| | **"digital time compressed representation" –** "a digital version of audio/video source information having a reduced number of bits."<br><br>**"multiplicity of video frames collectively constituting at least one full motion video program**" – *see* '839 claim 73. | <u>INTRINSIC EVIDENCE:</u><br>'995 1:34-37, 1:53-57, 2:46-51, 7:60-66, 10:28-31; '839 2:52-58, 8:18-20, 10:6-9, 11:28-32, 11:51-12:10, 12:23-27; 839 2:52-58, 8:18-20, 10:6-9, 11:28-32, 11:51-12:10, 12:23-27.<br>'705 PH: 5/26/98 OAR at 11, 13, 15-16 and claims.<br><u>EXTRINSIC EVIDENCE:</u><br>Expert testimony.<br><br><u>INTRINSIC EVIDENCE:</u><br>*See* '839 claim 73.<br><u>EXTRINSIC EVIDENCE:</u><br>*See* '839 claim 73. | "**time compressed representation**": see '839 Patent, Claim 1.<br><br>"**video frames**": see '839 Patent, Claim 73. | |
| said at least one video program ***being received*** by a receiver ***in a burst transmission time period that is substantially shorter than a time period associated with real-time viewing*** by a receiver of said at least one video program; | <u>PROPOSED CONSTRUCTION:</u><br>**"being received . . . in a burst transmission time period that is substantially shorter than a time period associated with real-time viewing" –** "being received . . . over an external communications link in a time period that is substantially shorter than the time required for normal playback." | <u>INTRINSIC EVIDENCE:</u><br>'995 1:34-37, 1:53-57, 2:46-51, 7:60-66, 10:28-31; '839 2:52-58, 8:18-20, 10:6-9, 11:28-32, 11:51-12:10, 12:23-27; 839 2:52-58, 8:18-20, 10:6-9, 11:28-32, 11:51-12:10, 12:23-27.<br>'705 PH: 5/26/98 OAR at 11, 13, 15-16 and claims.<br><u>EXTRINSIC EVIDENCE:</u><br>Expert testimony. | <u>PROPOSED CONSTRUCTION:</u><br>"**being received … in a burst transmission time period …**" – see '839 Patent, Claim 17. | |
| ***storing*** the digital time compressed representation of said audio/video source information; and | | | | |

| CLAIM LANGUAGE | BURST'S CLAIM CONSTRUCTION | BURST'S EVIDENCE | APPLE' CLAIM CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| ***transmitting***, ***in said burst transmission time period***, the stored digital time compressed representation of said audio/video source information ***to a selected destination***. | PROPOSED CONSTRUCTION:<br>**"transmitting"** – *see* '839 claim 1.<br><br>PROPOSED CONSTRUCTION:<br>**"in said burst time period"** – *see* '995 claim 1 ("in a time period that is shorter than the time required for normal playback").<br><br>PROPOSED CONSTRUCTION:<br>**"transmitting . . . to a selected destination"** – *see* '839 claim 1. | INTRINSIC EVIDENCE:<br>*See* '839 claim 1.<br>EXTRINSIC EVIDENCE:<br>*See* '839 claim 1.<br><br>INTRINSIC EVIDENCE:<br>*See* '995 claim 1; *see also* '839 Figs. 3 & 4, 11:48-12:11, 12:25-27, 12:38-45.<br>EXTRINSIC EVIDENCE:<br>*See* '995 claim 1.<br><br>INTRINSIC EVIDENCE:<br>*See* '839 claim 1.<br>EXTRINSIC EVIDENCE:<br>*See* '839 claim 1. | PROPOSED CONSTRUCTION:<br>"**transmitting**": see '839 patent, Claim 1<br><br>"**in said burst time period":** see '839 Patent, Claim 1. | |