MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
APPLE COMPUTER, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., | Case No. 3:06-CV-00019 MHP |
| Plaintiff, | **DECLARATION OF LOU BRUCCULERI RE: BRIAN BERSHAD** |
| v. | |
| BURST.COM, INC., | |
| Defendant. | |

Dockets.Justia.com

I, Lou Brucculeri, declare:

1. I am a member of the State Bar of Texas and a partner at the law firm of Wong, Cabello, Lutsch, Rutherford & Brucculeri, LLP. I have personal knowledge of the facts stated in this Declaration, and if called upon, could and would testify competently thereto.

2. I was counsel for Apple Computer, Inc. ("Apple") in <u>Gobeli Research Ltd. v. Apple Computer, Inc. and Sun Microsystems, Inc.</u>, United States District Court for the Eastern District of Texas, Marshall Division, Civil Action No. 2-04-CV-149 ("Gobeli Litigation"). Apple retained Dr. Brian Bershad in about January, 2005, to act as a consultant for Wong Cabello in conjunction with the Gobeli Litigation. Dr. Bershad performed consulting services under my supervision for Apple and Wong Cabello through December, 2005.

3. As a condition of his work for Apple as a consultant, Dr. Bershad agreed that all conversations with counsel about the case were confidential, and that they would remain confidential after the conclusion of the litigation. Dr. Bershad did not testify in the Gobeli Litigation. All disclosures made to Dr. Bershad in the context of the Gobeli Litigation concerning confidential Apple technology and Apple litigation positions were made under confidential circumstances, and must remain confidential. I understand that Apple considers the details of these conversations to be protected under the work product privilege.

4. I had more than 10 conversations with Dr. Bershad during the Gobeli Litigation. Some or all of these conversations with Dr. Bershad concerned Apple's claim construction and invalidity strategies and potential positions, and how those strategies or potential positions related to Apple's accused products. I repeatedly bounced various ideas off of Dr. Bershad. During these conversations, it was necessary to disclose to Dr. Bershad confidential details about the functionality of Apple products. Again, I understand that Apple considers the details of these conversations to be protected under the work product privilege.

5. The Gobeli Litigation involved technology related to operating system interrupts and interrupt handlers, including particularly interrupts generated "external to the computer." This issue in the case included how USB and Firewire worked, and how Apple's products used USB and Firewire interfaces, and how these interfaces interacted with the operating

system through the interrupt service. The infringement contentions in the case specifically alleged that Apple's products infringed through USB and Firewire functionality including the use of storage devices connected through USB and FireWire. The iPod was used in the case as an example of a device connected through USB and/or FireWire.

6. My conversations with Dr. Bershad included discussion about the Input/Output systems in Apple's products. These conversations involved the use of Apple's confidential information and potential claim construction positions related to these technologies.

7. Attached as Exhibit A is a true and correct copy of the payments made to Dr. Bershad by Wong Cabello, with the last payment being made on January 7, 2006.

Executed on October 2, 2006, at Houston, Texas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Lou Brucculeri

Payment Listing
ALL DATES

| Vendor Entered | Due | Reference | Explanation Payment Date | Acct | Che | G/L Acct: | Amount(-Disc) | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 621 Brian Bershad | | | | | | | Acct: domestic associate | | |
| Re: consultant for Gobeli v. Apple | | | | | | | | | |
| Apr 1/2005 | May 6/2005 | 050605a | March 2005 Consultant Ser | | | | 1500.00 | | |
| | | | May 6/2005 | 6 | 5039 | 5210 | - Client Di | 1500.00 | 0.00 |
| May 1/2005 | May 30/2005 | 050605b | April 2005 Consultant Ser | | | | 1500.00 | | |
| | | | May 30/2005 | 6 | 5115 | 5210 | - Client Di | 1500.00 | 0.00 |
| Jun 1/2005 | Jun 30/2005 | 061305c | May 2005 Consultant Servi | | | | 3500.00 | | |
| | | | Jun 30/2005 | 6 | 5291 | 5210 | - Client Di | 3500.00 | 0.00 |
| Jul 1/2005 | Jul 30/2005 | 072205e | June Consulting Services | | | | 1500.00 | | |
| | | | Jul 30/2005 | 6 | 5437 | 5210 | - Client Di | 1500.00 | 0.00 |
| Aug 1/2005 | Aug 31/2005 | 083105j | materials review | | | | 4000.00 | | |
| | | | Aug 31/2005 | 6 | 5680 | 5210 | - Client Di | 4000.00 | 0.00 |
| Sep 1/2005 | Sep 30/2005 | 091405e | August 2005 professional | | | | 7000.00 | | |
| | | | Sep 30/2005 | 6 | 5802 | 5210 | - Client Di | 7000.00 | 0.00 |
| Oct 1/2005 | Oct 31/2005 | 103105a | | | | | 1500.00 | | |
| | | | Oct 31/2005 | 6 | 5934 | 5210 | - Client Di | 1500.00 | 0.00 |
| Nov 1/2005 | Nov 30/2005 | 113005e | professional consulting s | | | | 1500.00 | | |
| | | | Nov 30/2005 | 6 | 6163 | 5210 | - Client Di | 1500.00 | 0.00 |
| Dec 1/2005 | Dec 27/2005 | 122105k | November 2005 consulting | | | | 1500.00 | | |
| | | | Dec 27/2005 | 6 | 6271 | 5210 | - Client Di | 1500.00 | 0.00 |
| Jan 7/2006 | Jan 31/2006 | 013006d | December 2005 consulting | | | | 1500.00 | | |
| | | | Jan 31/2006 | 6 | 6444 | 5210 | - Client Di | 1500.00 | 0.00 |
| | | | **Total:** | | | | **25000.00** | **25000.00** | **0.00** |

*** Payment Listing - G/L Account Summary ***

| G/L Account | | Debit | Credit |
|---|---|---|---|
| 1010 | - Operating - Compass | | 25000.00 |
| 5210 | - Client Disb Clearin | 25000.00 | |
| | Total: | 25000.00 | 25000.00 |

REPORT SELECTIONS

| | | | |
|---|---|---|---|
| Report: | Payment Listing | | |
| Layout Template: | All | | |
| Requested by: | mjerding | | |
| Finished: | Thursday, September 07, 2006 at 04:38:33 PM | | |
| Date Range: | ALL DATES | G/L Account: | All |
| Payment Date Range: | ALL DATES | Account: | All |
| Vendor: | 621 | Check: | All |
| Include Vendors: | All | Unpaid Invoices: | Exclude |
| Ver: | 7.63d | | |