## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: October 10, 2006

Case No.    C 06-0019  MHP                Judge: MARILYN H. PATEL

Title: APPLE COMPUTER -v- BURST.COM INC

Attorneys:  Plf: Matthew Power, Nicholas Brown, Brian Way
            Dft: Floyd Short, Robert Yoria, Michael Heim, Bruce Weker

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

## PROCEEDINGS

1)  Pre Claim Construction Hearing

2)

3)

## ORDERED AFTER HEARING:

Counsel submit after further discussion re expert designation by Burst.com; Court orders designated expert to be replaced to avoid further potential conflict of interest;

Counsel to submit joint claim construction term binder;

Process of tutorial, claims construction hearing discussed;