1　PARKER C. FOLSE III (WA Bar No. 24895 – *Admitted Pro Hac Vice*)
　　pfolse@susmangodfrey.com
2　IAN B. CROSBY (WA Bar No. 28461 – *Admitted Pro Hac Vice*)
　　icrosby@susmangodfrey.com
3　FLOYD G. SHORT (WA Bar No. 21632 – *Admitted Pro Hac Vice*)
4　fshort@susmangodfrey.com
　　SUSMAN GODFREY, L.L.P.
5　1201 Third Avenue, Suite 3800
　　Seattle, Washington 98101-3000
6　(206) 516-3880 Tel
7　(206) 516-3883 Fax

8　SPENCER HOSIE (CA Bar No. 101777)
　　shosie@hosielaw.com
9　BRUCE WECKER (CA Bar No. 078530)
　　bwecker@hosielaw.com
10　HOSIE McARTHUR LLP
11　One Market, 22nd Floor
　　San Francisco, CA 94105
12　(415) 247-6000 Tel.
　　(415) 247-6001 Fax
13

14　(*additional attorneys listed on signature page*)

15　Attorneys for Defendant
　　BURST.COM, INC.
16

17　　　　　　　　　UNITED STATES DISTRICT COURT
18　　　　　FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

19
20　APPLE COMPUTER, INC.,　　　　　　　§　Case No. 3:06-CV-00019 MHP
　　　　　　　　　　　　　　　　　　　　§
21　　　　　　Plaintiff/Counterdefendant,　§　**DECLARATION OF DR. SHEILA S.**
　　　　　　　　　　　　　　　　　　　　§　**HEMAMI IN SUPPORT OF**
22　　　　　　　　　　　　　　　　　　　§　**DEFENDANT BURST.COM, INC.'S**
　　　　　　　　　　　　　　　　　　　　§　**OPENING BRIEF ON**
23　　　　　　　　　　　　　　　　　　　§　**CLAIM CONSTRUCTION**
　　　　　　　　　　　　　　　　　　　　§
24　　　　　　　　　　　　　　　　　　　§
　　BURST.COM, INC.,　　　　　　　　　§
25　　　　　　　　　　　　　　　　　　　§
　　　　　　Defendant/Counterclaimant.　§
26　_____§
27
28

I, Sheila S. Hemami, submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am a full professor of Electrical and Computer Engineering at Cornell University in Ithaca, New York. I have been retained by counsel for Burst.com, Inc. ("Burst") in the above-captioned action. I have prepared and submitted a report entitled "Claim Construction Expert Report" dated October 20, 2006. I make this declaration in support of Burst's Opening Brief on Claim Construction.

2. A true and correct copy of my claim construction report is attached as Exhibit 5 to Defendant Burst.com, Inc.'s Opening Brief on Claim Construction.

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 22, 2006

*/s/ Sheila Hemami*

Dr. Sheila S. Hemami

MICHAEL F. HEIM (TX Bar No. 9380923 - Admitted Pro Hac Vice)
LESLIE V. PAYNE (TX Bar No. 0784736 - Admitted Pro Hac Vice)
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, TX 77002
(713) 221-2000 Tel.
(713) 221.2021 Fax

ROBERT J. YORIO (CA Bar No. 93178)
V. RANDALL GARD (CA Bar No. 151677)
COLBY B. SPRINGER (CA Bar No. 214868)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
(650) 812-3400 Tel.
(650) 812-3444

Attorneys for Defendant
BURST.COM, INC.

4628-v1/1011.0010