
PARKER C. FOLSE III (WA Bar No. 24895 – *Admitted Pro Hac Vice*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 – *Admitted Pro Hac Vice*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 – *Admitted Pro Hac Vice*)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880 Tel
(206) 516-3883 Fax

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*(additional attorneys listed on signature page)*

Attorneys for Defendant
BURST.COM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant/Counterclaimant. | Case No. 3:06-CV-00019 MHP <br><br> **DECLARATION OF LESLIE V. PAYNE IN SUPPORT OF DEFENDANT BURST.COM, INC.'S OPENING BRIEF ON CLAIM CONSTRUCTION** |

-1-

I, Leslie V. Payne, submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am a partner of the law firm Heim, Payne & Chorush, L.L.P., counsel for Burst.com, Inc. ("Burst") in the above-captioned action. I make this declaration in support of Burst's Opening Brief on Claim Construction. I have personal knowledge of the facts stated herein, and, if called to testify as a witness, I could and would testify competently thereto.

2. Attached here as Exhibit 1 is a true and correct copy of U.S. Patent No. 4,963,995 (the "'995 patent").

3. Attached here as Exhibit 2 is a true and correct copy of U.S. Patent No. 5,057,932 (the "'932 patent).

4. Attached here as Exhibit 3 is a true and correct copy of U.S. Patent No. 5,164,839 (the "'839 patent").

5. Attached here as Exhibit 4 is a true and correct copy of U.S. Patent No. 5,995,705 (the "'705 patent").

6. Attached here as Exhibit 5 is a true and correct copy of the Claim Construction Expert Report of Dr. Sheila S. Hemami.

7. Attached here as Exhibit 6 is a true and correct copy of excerpts from the Expert Report of Joel Halpern re: Claim Construction of U.S. Patent Nos. 4,963,995, 5,057,932, 5,164,839, and 5,995,705.

8. Attached here as Exhibit 7 is a true and correct copy of excerpts from the deposition transcript of Sheila Hemami dated November 14, 2006.

9. Attached here as Exhibit 8 is a true and correct copy of excerpts from the deposition transcript of Joel Halpern dated November 13, 2006.

10. Attached here as Exhibit 9 is a true and correct copy of *Amendment "A," '995 Patent File History*, (March 12, 1990).

11. Attached here as Exhibit 10 is a true and correct copy of *Amendment "A", '932 Patent File History*, (May 7, 1990).

12. Attached here as Exhibit 11 is a true and correct copy of *Amendment "B", '932 Patent File History*, (January 4, 1991).

13. Attached here as Exhibit 12 is a true and correct copy of *Preliminary Amendment, '705 Patent File History*, (August 4, 1997).

14. Attached here as Exhibit 13 is a true and correct copy of *Amendment and Response, '705 Patent File History*, (June 1, 1998).

15. Attached here as Exhibit 14 is a true and correct copy of definitions from the *American Heritage Dictionary* (2d College ed. 1982).

16. There is no Exhibit 15.

17. Attached here as Exhibit 16 is a true and correct copy of definitions from the *IEEE Standard Dictionary of Electrical and Electronics Terms* (4th ed. 1988).

18. Attached here as Exhibit 17 is a true and correct copy of definitions from the *Modern Dictionary of Electronics* (6th ed. 1984).

19. Attached here as Exhibit 18 is a true and correct copy of definitions from the *Webster's New Collegiate Dictionary* (1981).

20. Attached here as Exhibit 19 is a true and correct copy of the List of Agreed Terms.

21. Attached here as Exhibit 20 is a true and correct copy of a Fibonacci Delta paper.

22. Attached here as Exhibit 21 is a true and correct copy of excerpts from Microsoft's Response Claim Construction Brief in the Burst/Microsoft case.

23. Attached here as Exhibit 22 is a true and correct copy of excerpts from Burst.com's Opening Claim Construction Brief in the Burst/Microsoft case.

24. Attached here as Exhibit 23 is a true and correct copy of the March 12, 2004 letter from Judge Motz in the Burst/Microsoft case.

25. Attached here as Exhibit 24 is a true and correct copy of the June 22, 2004 letter from Judge Motz in the Burst/Microsoft case.

26. Attached here as Exhibit 25 is a true and correct copy of the CCITT Group IV Standard.

27. Attached here as Exhibit 26 is a true and correct copy of the specification sheet on the AMD Compression Processor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 22, 2006

Leslie V. Payne

MICHAEL F. HEIM (TX Bar No. 9380923 - Admitted Pro Hac Vice)
LESLIE V. PAYNE (TX Bar No. 0784736 - Admitted Pro Hac Vice)
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, TX 77002
(713) 221-2000 Tel.
(713) 221.2021 Fax
ROBERT J. YORIO (CA Bar No. 93178)
V. RANDALL GARD (CA Bar No. 151677)
COLBY B. SPRINGER (CA Bar No. 214868)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
(650) 812-3400 Tel.
(650) 812-3444

**ATTORNEYS FOR DEFENDANT BURST.COM, INC.**