# Exhibit 7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

APPLE COMPUTER, INC.,       )
                            )
        Plaintiff,          )
                            )
        -against-           )   Case No.
                            )   C-06-00019
BURST.COM, INC.,            )      (MHP)
                            )
        Defendant.          )


    DEPOSITION of SHEILA S. HEMAMI, PH.D., an Expert Witness, taken by Plaintiff at the offices of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York, on Tuesday, November 14, 2006, commencing at 9:28 a.m., before Charleane M. Heading, a Registered Professional Reporter and Notary Public within and for the State of New York.

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * Fax: (212) 869-3063

ecc51816-3e3e-4743-ba19-39c613e6ce36

Page 130

Hemami

1
2    There's a paragraph, it's the last
3  paragraph on this page which begins, "Any
4  compression procedure is described by an
5  algorithm." Do you see that?
6    A    Yes.
7    Q    And you go on to give a definition
8  of "algorithm" in that sentence, correct?
9    A    Yes.
10   Q    Is that the sense in which you've
11 been using the word "algorithm" in the testimony
12 you've given so far today?
13   A    So here I say it is "broadly defined
14 as a procedure for solving a problem or
15 accomplishing some end."
16       So I believe that in the context of
17 a compression algorithm as we have used it to
18 refer to putting something in and getting
19 something out which is smaller, the first
20 definition, "procedure for solving a problem" is
21 appropriate.
22       "Accomplishing some end" is
23 accurate, I think, for, I think, I maybe described
24 a sub-algorithm or an algorithm can consist of
25 sub-parts, each individually, which we could say

Page 131

Hemami

1
2  was an algorithm or implemented an algorithm. So
3  I think that this is accurate.
4    Q    Okay. Is it true that this sentence
5  in your expert report accurately defines the
6  meaning of "algorithm" to you in the context of
7  this case and the Burst patents?
8    A    Well, when I wrote it, I was writing
9  it for the, for the paragraph, you know. I put it
10 in because I wanted to discuss algorithm, excuse
11 me, implementations. So, therefore, I wanted to,
12 since "algorithm" is potentially a technical term,
13 I wanted to provide some context for what I meant
14 by "algorithm."
15   Q    And what you mean by "algorithm" is
16 a broad concept that includes a procedure for
17 solving a problem or accomplishing some end. Is
18 that right?
19   A    Yes, where the problem or end may be
20 at a very large scale or at a very minute scale,
21 say, to rearrange numbers in a sequence or along a
22 grand path of doing some broader exercise.
23   Q    The paragraph goes on to describe
24 ways in which algorithms can be implemented,
25 correct?

Page 132

Hemami

1
2    A    Yes.
3    Q    It describes implementing algorithms
4  in software, correct?
5    A    Yes.
6    Q    It also describes implementing
7  algorithms in hardware, correct?
8    A    Yes.
9    Q    And then it says, near the end,
10 "Finally, an algorithm can be implemented using a
11 combination of both hardware and software."
12 Actually, it says, "both software and hardware."
13 Is that right?
14   A    Yes.
15   Q    Going back to the '995 patent, I
16 want to talk about compression hardware. But
17 first, actually, I think we should turn to your
18 definition of "compression."
19       If you look on page 33 of your
20 expert report --
21   A    Yes.
22   Q    -- the bottom of paragraph, of the
23 last paragraph on page 33, you state,
24 "Fundamentally, compression in the Burst patents
25 requires a reduction in the number of bits."

Page 133

Hemami

1
2       Do you see that?
3    A    Yes.
4    Q    And then you say, "or data
5  compression." Do you see that?
6    A    Yes.
7    Q    Is it true that it's your opinion
8  that a reduction in the number of bits is data
9  compression?
10   A    Reduction relative to what?
11   Q    That's an excellent question. You
12 wrote here, "Compression in the Burst patents
13 requires a reduction in the number of bits," and
14 you didn't specify as compared to what.
15   A    So --
16   Q    But let me finish the question.
17   A    Sorry.
18   Q    Is it accurate that your view is
19 that compression -- I'm sorry. Let me start
20 again.
21       Is it accurate that in your opinion,
22 data compression means a reduction in the number
23 of bits as compared to something?
24   A    Yes.
25   Q    And in the Burst patents, we

34 (Pages 130 to 133)

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018        (800) NYC-FINK * Fax: (212) 869-3063

ecc51816-3e3e-4743-ba19-39c613e6ce36

Page 134

Hemami

Q discussed two places where the digitization of data occurred. One was in column 4 and two paragraphs that you described the digitization of video, correct?

A Yes.

Q And the other was in column 5 in a portion of a paragraph which described the digitization of audio, correct?

A Yes. Yes.

Q In the context of the Burst patents, is data compression a reduction in the number of bits as compared to the number of bits in what was obtained as a result of one of those two digitization processes?

A Yes, I would agree with that statement.

Q So now we have a definition of "compression" or "data compression," correct?

A Yes.

Q Let's talk about the hardware that's identified in the Burst patents for performing that function of reducing the number of bits. Okay?

A Okay.

Page 135

Hemami

Q Well, you look -- would you agree with me that compression, i.e., reducing the number of bits, is a function?

A Yes.

Q Okay. Would you agree with me that the Burst patents describe hardware for performing that function?

A And that is what I was hesitating on earlier. The Burst patents provide us with a block diagram that has a compressor/decompressor box labeled on it.

I understand that to mean in an implementation, there would be something inside the compressor/decompressor box which would not be a standalone computer, you know, a monitor and everything. It would be some amount of hardware which would be implementing compression algorithms in hardware, software or a combination of hardware and software.

Q I want to come back to that answer for a second. I first want to point you to the A.M.D. 7971 chip at the top of column 5 of the '995 patent.

Is it true that that is hardware

Page 136

Hemami

that performs the function of compression as you've defined it?

A It certainly performs compression of the input signal that is given to it, the raw bits that go in.

Now, let me say performs compression, it performs a compression algorithm on the data. There is no guarantee because as we discussed, the data could be anything but that data would come out smaller, okay?

We have a reasonable, probabilistic expectation that most of the time, if we fed it something that met the expectations for which the algorithm was designed, that we would see compression.

Q Fair enough. And the algorithm was designed for fax transmission. Is that right?

A The algorithm was designed for binary, two-dimensional signals which are signals such as are encountered in fax transmission.

Q So one of ordinary skill in the art would expect the A.M.D. 7971 chip to perform compression of binary image data that was fed into it. Is that correct?

Page 137

Hemami

A That met approximate statistical characterizations for -- when you say "compression," it would be smaller if we fed in data that had the right statistical characteristics.

Q And that would include ordinary images?

A That would include higher bit planes of an "ordinary image." I am interpreting that to mean either a gray scale image so we have, for example, you have a black and white camera which gives gray, gray scale or the color planes, specific color planes of a color image.

Q And it would also include text on a black and white piece of paper?

A Which had been scanned into binary form, yes.

Q And it would also include black and white non-gray scale image on a piece of paper that had been scanned in?

A Sure. If you photocopy a picture, that's right, you will get a black and white representation which you could then scan.

Q So for those types of data that

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * Fax: (212) 869-3063

ecc51816-3e3e-4743-ba19-39c613e6ce36

Page 138

Hemami

1  you've listed, one of ordinary skill in the art
2  would expect the, or would understand the A.M.D.
3  7971 to be hardware for performing compression in
4  the sense of reducing the number of bits?
5      A   Yes.
6      Q   Now, you also refer to the
7  compressor/decompressor 26, correct?
8      A   Yes.
9      Q   And you said that you would
10 interpret that as being some combination of
11 hardware and software. Is that correct?
12              MR. PAYNE: Objection. Form.
13     A   I think I said hardware -- hardware,
14 what did I say? Hardware or hardware and
15 software? If that includes combination, software
16 running on hardware, all right.
17             There's not a squirrel in the box,
18 okay? There is some hardware that operates using
19 electrical signals, right?
20     Q   Right.
21     A   It is unquestionable that there is
22 hardware in the box.
23             Now, we can delineate whether the
24 hardware is general purpose hardware such as a CPU

Page 139

Hemami

1  or a DSP chip or whether it is custom-designed
2  hardware or a combination of both stock and
3  custom-designed hardware.
4      Q   Okay. Let's go back to, I believe,
5  let's see, it was page, I apologize, 16 of your
6  report. Do you have page 16?
7      A   I do.
8      Q   And there you describe implementing
9  compression algorithms in either software,
10 hardware or a combination of both software and
11 hardware, right?
12     A   Yes.
13     Q   Now, I take it from what you just
14 said that obviously the software has to run on
15 hardware?
16     A   On something, yes, yes.
17     Q   So when you wrote that an algorithm
18 can be implemented in software, what you meant was
19 software that runs on a general purpose processor.
20 Is that right?
21     A   Yes, or -- yes, some type of
22 processor, maybe not fully general purpose but it
23 could be, for example, a DSP chip, which is
24 programmable but not what one would use for, say,

Page 140

Hemami

1  word processing.
2      Q   Okay. So the, so you understand the
3  compressor/decompressor 26 in the '995 patent to
4  be referring to at least hardware and potentially
5  also software running on that hardware. Is that
6  right?
7      A   I think that's a good way to
8  describe it, yes.
9      Q   Is it your understanding that if the
10 A.M.D. 7971 chip were used to implement a
11 compression algorithm in the context of the Burst
12 patents, that it would be used inside that box 26?
13     A   Yes. Now, when, when you say "to
14 implement a compression algorithm," it would be a
15 component of the implementation of the compression
16 algorithm. It would not be the sole -- if you
17 looked inside the box, there would be more than
18 just --
19     Q   -- than just the A.M.D. 7971 chip?
20     A   Than just the A.M.D. chip, yes.
21     Q   Okay. So standing alone by itself,
22 the A.M.D. 7971 chip can't do video compression,
23 correct?
24     A   Well, in the context of what is

Page 141

Hemami

1  described here, material needs to be moved around,
2  frames, you know.
3              In the context of a, designing a
4  digital system, I would expect that there would be
5  more than just a single chip there. There would
6  be some type of supporting peripheral hardware,
7  perhaps buffers, you know, various, various
8  things. And I think as we discussed, it would
9  most likely be more than one chip.
10     Q   And you can tell that from the fact
11 that the number of pixels per second that the chip
12 can process is between 1 and 12 million and the
13 number that it would need to process, given the
14 video described in column 4 of the '995 patent, is
15 between 50 and 60 million pixels per second?
16     A   No, that's not actually the
17 comparison I'm making.
18     Q   Oh.
19     A   The comparison that I'm making is
20 knowing, you know -- also it was well known that
21 to represent good quality video, one did not need
22 the entire collection of each color plane. One
23 could use fewer color planes. So we would -- the
24 raw input data rate to which you are pointing to,

36 (Pages 138 to 141)

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018         (800) NYC-FINK * Fax: (212) 869-3063

ecc51816-3e3e-4743-ba19-39c613e6ce36

Page 142

```
 1              Hemami
 2   which is, I think, the 1.89.  Is that the number?
 3       Q   I think that's right, 1.89.
 4       A   The 1.89 megabit per second, that
 5   number is already smaller when considering -- that
 6   is certainly the size of a raw digitized frame.
 7   No question about it.  But with respect to
 8   performing video compression, the size of the
 9   input would be smaller than that.
10           We would not run all of the bit
11   planes through a CCITT Group IV algorithm.  We
12   wouldn't even, we wouldn't keep all of the bit
13   planes.  We just don't need them.
14       Q   Would eliminating some of those bit
15   planes be part of the compression algorithm?
16       A   In the context that eliminating bit
17   planes is quantization, and quantization is
18   certainly a step that we see in lossy compression.
19   It is the bit plane elimination which is providing
20   the loss which we are relying upon to get our file
21   size as small as possible.  So it's a quantization
22   operation.
23           In that context, yes, it would be
24   part of the compression algorithm.
25       Q   So in the context of the Burst
```

Page 143

```
 1              Hemami
 2   patent, it would be part of the compression
 3   algorithm.  Is that right?
 4       A   Certainly.
 5       Q   Other than the
 6   compressor/decompressor 26 and the A.M.D. chip,
 7   did the Burst patents describe any hardware for
 8   performing the function of compression?
 9       A   Do they describe any hardware?  The
10   A.M.D. chip is the only specific item that we can
11   go to Frye's and buy in terms of its description
12   with respect to compression.  Obviously, the CPUs
13   and the RAM we can go buy, as well.
14       Q   You said earlier that it was known
15   to reduce the number of color bits.  When you said
16   that it was known, did you mean that it was known
17   to a person of ordinary skill in the art in 1988
18   or did you mean something else?
19       A   That is what I mean, that it was
20   understood, it was well known that if one was to
21   take video and digitize it and then just, in this
22   context say, do the simplest compression possible
23   which is just quantization, no CCITT, no JPEG,
24   nothing, just quantize.
25           The natural question is how much can
```

Page 144

```
 1              Hemami
 2   we quantize and the easiest way to quantize is to
 3   remove bits and it was understood that there were
 4   certain numbers of bits that we could just throw
 5   away with respect to video for expected quality
 6   levels.
 7       Q   And that was understood by a person
 8   of ordinary skill in the art as you defined it in
 9   1988?
10       A   Yes.
11       Q   I'd like you to look at, in your
12   expert report beginning at page 5, actually,
13   probably beginning at page 4.  You have a major
14   heading, "2.  The Underlying Technology of the
15   Burst Patents."  Do you see that?
16       A   Yes.
17       Q   And then within that there are a
18   number of sub-headings including, "Basic
19   Terminology" and then "Digital Communication
20   Technology and Networks" on page 5.
21           Do you see that?
22       A   Yes.
23       Q   Now, this section 2 goes on for some
24   time.  I believe it ends on page 26.  Is that
25   accurate?
```

Page 145

```
 1              Hemami
 2       A   Yes.  Is it?  Yes.
 3       Q   In this section, and I'm going to
 4   give you some specific examples and then ask you a
 5   more general question but if you turn, for
 6   example, to page 17, in section 2.3.4, "PCM and
 7   DPCM Digital Audio Compression in 1988," do you
 8   see that heading?
 9       A   Yes.
10       Q   In the first sentence there you
11   describe that, "both approaches described in the
12   previous section were known," that word "known."
13   Do you see that?
14       A   Yes.
15       Q   And then if you go down to the next
16   paragraph, you talk about how both PCM and DPCM
17   "were known for audio compression in 1988."  Do
18   you see that?
19       A   Yes.
20       Q   I'm going to start by asking you
21   first about that, those specific uses of the word
22   "known."
23           Were you intending to state there
24   that this was known to a person of ordinary skill
25   in the art as you've defined it?
```

37 (Pages 142 to 145)

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * Fax: (212) 869-3063

ecc51816-3e3e-4743-ba19-39c613e6ce36

Page 146

```
 1              Hemami
 2      A    Yes.
 3      Q    Was it your general intent in
 4  writing section 2 of your expert report to
 5  describe the underlying technology of the Burst
 6  patents as it was known to a person of ordinary
 7  skill in the art in 1988?
 8      A    It was my intention to describe the
 9  state of the art in '88 as it would be understood
10  by somebody working in the area in such a manner
11  that somebody non-technical could hope to
12  understand most of what I wrote.
13      Q    Do you recall including anything in
14  section 2 of your report that you believe would
15  not be known to a person of ordinary skill in the
16  art in 1988?
17      A    I do not recall doing such a thing.
18  I made a conscious effort to attempt to not do
19  that.
20      Q    Okay.  So when you stated in section
21  2 of your report that something was known, you
22  were you attempting to convey that it was known in
23  1988 to a person of ordinary skill in the art?
24      A    Yes, as opposed to being some
25  esoteric idea that a Russian scientist had and
```

Page 147

```
 1              Hemami
 2  published in some obscure Russian journal, yes.
 3      Q    Let's go back to page 17, the
 4  section describing PCM and DPCM.
 5           If you look back, that's within the
 6  larger section 2.3 on page 12 which is titled,
 7  "Video and Audio Sources and Compression."  Do you
 8  see that?
 9      A    Yes.
10      Q    Going down to page 17, did you
11  consider or do you consider both PCM and DPCM to
12  be compression?
13      A    As, these are words that were used
14  in many different ways and still are.
15           "PCM" technically stands for
16  "pulse-coded modulation" and is certainly used in
17  connection with describing transmission of
18  multiple, signals with multiple discrete output
19  levels over a channel.  Okay?
20           The use of the terms in a
21  compression sense is somewhat historic but
22  absolutely, PCM and DPCM were considered, they
23  were compression techniques for digital audio,
24  yes.
25      Q    Was that something that was
```

Page 148

```
 1              Hemami
 2  understood by a person of ordinary skill in the
 3  art in 1988?
 4      A    Yes, and I think it would even be
 5  more understood by a person in '88 than
 6  potentially by a young person today starting to
 7  study compression.
 8      Q    So if a person of ordinary skill in
 9  the art in 1988 saw a reference to PCM or DPCM in
10  a paper, he or she would understand that to be
11  referring to some sort of compression technique.
12  Is that right?
13      A    We would have to look at the greater
14  context of, of the paper obviously, if it had to
15  do with some type of digital transmission and no
16  signal was being compressed or, you know,
17  compression was not the goal.  Then one would
18  consider is this PCM in the context of digital
19  transmission, the origin of the term, is it a
20  modulation technique that we're talking about or
21  is it essentially a quantization technique which
22  is how it is used in the context of, of
23  compression of digital information.
24           THE WITNESS:  I have to do
25      something terrible here.  I know we
```

Page 149

```
 1              Hemami
 2      just started but I need a break.
 3           MR. BROWN:  No, that's fine.
 4      If you need a break, you need a break.
 5           THE VIDEOGRAPHER:  The time is
 6      now 1:19.  Off the record.
 7           (Recess taken)
 8           THE VIDEOGRAPHER:  The time is
 9      now 1:22.  On the record.
10  BY MR. BROWN:
11      Q    I believe that I understood you to
12  at least imply in your answer before we took the
13  break that PCM in the sense of quantization was
14  compression and PCM in the context of simply
15  modulation was not.  Is that right?
16      A    Yes.  Let me attempt to clarify
17  something I thought of in the bathroom.  You know,
18  I do a lot of thinking in the bathroom.
19           Were -- let us consider, for
20  example, the, the digitized video files which,
21  which are used as examples in the, in the patent
22  specifications.  So the way that they're described
23  is 300 by 300, 7 bits per color, okay?
24           Now, if we then say, you know, I'm
25  only going to represent each pixel with two bits
```

38 (Pages 146 to 149)

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018          (800) NYC-FINK * Fax: (212) 869-3063

ecc51816-3e3e-4743-ba19-39c613e6ce36