# Exhibit 10

Dockets.Justia.com



8/a
BH
5-30-90

IN THE

UNITED STATES PATENT AND TRADEMARK OFFICE

ART UNIT 235

Examiner W. Daniel Swayze

"Express Mail" mailing label number B91130857

Date of Deposit May 7, 1990

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

William E. Hein
(Typed or printed name of person mailing paper or fee)

(Signature of person mailing paper or fee)

Richard A. Lang

CASE (211) M914US

SERIAL NO. 07/347,629

FILED May 5, 1989

SUBJECT AUDIO/VIDEO RECORDER/TRANSCEIVER

6/11/90

THE COMMISSIONER OF PATENTS AND TRADEMARKS
WASHINGTON, D.C. 20231

SIR:

Amendment "A"

In response to the Office Action mailed December 6, 1989, please amend the above-identified patent application as indicated by the following:

In the drawings

Please amend Figure 2 as indicated in red on the enclosed photocopy of that drawing figure to correct a typographical error in the spelling of the word "controller" on one of the blocks.

In the specification

Page 1, line 1, cancel the present title and substitute therefor the new title --AUDIO/VIDEO TRANSCEIVER APPARATUS INCLUDING COMPRESSION MEANS, RANDOM ACCESS STORAGE MEANS, AND MICROWAVE TRANSCEIVER MEANS--

a1

In the claims

Cancel claims 1-25 presently on file, and add new claims 26-30, as set forth below:

26. An audio/video transceiver apparatus comprising:

input means for receiving audio/video source information;

compression means, coupled to said input means, for compressing said audio/video source information into a time compressed representation thereof having an associated time period that is shorter than a time period associated with a real time representation of said audio/video source information;

random access storage means, coupled to said compression means, for storing the time compressed representation of said audio/video source information; and

output means, coupled to said random access storage means, for receiving the time compressed audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus;

said input and output means comprising microwave transceiver means, coupled to a microwave link, for receiving said audio/video source information over said microwave link and for transmitting said time compressed audio/video source information stored in said random access storage means over said microwave link.

27. An audio/video transceiver apparatus comprising:

input means for receiving audio/video source information;

compression means, coupled to said input means, for compressing said audio/video source information into a time compressed representation thereof having an associated time period that is shorter than a time period associated with a real time representation of said audio/video source information;

random access storage means, coupled to said compression means, for storing the time compressed representation of said audio/video source information, said random access storage means comprising a bubble memory; and

output means, coupled to said random access storage means, for receiving the time compressed audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus.

28. An audio/video transceiver apparatus comprising:

input means for receiving audio/video source information;

compression means, coupled to said input means, for compressing said audio/video source information into a time compressed representation thereof having an associated time period that is shorter than a time period associated with a real time representation of said audio/video source information;

random access storage means, coupled to said compression means, for storing the time compressed representation of said audio/video source information, said random access storage means comprising digital paper; and

output means, coupled to said random access storage means, for receiving the time compressed audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus.

B

29. An audio/video transceiver apparatus comprising:

input means for receiving audio/video source information;

compression means, coupled to said input means, for compressing said audio/video source information into a time compressed representation thereof having an associated time period that is shorter than a time period associated with a real time representation of said audio/video source information;

random access storage means, coupled to said compression means, for storing the time compressed representation of said audio/video source information, said random access storage means comprising one or more magnetic disks; and

output means, coupled to said random access storage means, for receiving the time compressed audio/video source information stored in said random access storage means for transmission away from said audio/video

APBU-00000214

transceiver apparatus;

30. An audio/video transceiver apparatus comprising:

input means for receiving audio/video source information as a time compressed representation thereof, said time compressed representation of said audio/video source information being received over an associated burst time period that is shorter than a real time period associated with said audio/video source information;

random access storage means, coupled to said input means, for storing the time compressed representation of said audio/video source information received by said input means; and

output means, coupled to said random access storage means, for receiving the time compressed representation of said audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus;

said input and output means comprising microwave transceiver means coupled, via a microwave link, to a video library, said video library storing a multiplicity of items of audio/video source information in said time compressed digital representation for selective retrieval, in said associated burst time period, over said microwave link, said microwave transceiver means being further operative for transmitting said time compressed representation of said audio/video information stored in said random access storage means over said microwave link.

REMARKS

Submitted herewith is a document executed by the sole inventor in the above-identified patent application revoking all previous powers of attorney and appointing the undersigned attorney as his new attorney in this application.

Also submitted herewith is a Letter to the Official Draftsman and a copy of Figure 2 of the drawings as originally filed, requesting the correction of a minor typographical error in that drawing figure. The Examiner's approval of this correction is respectfully requested.

Also submitted herewith, at the Examiner's request, are copies of the references cited at page 6, lines 15-25 of the specification. Applicant is in the process of obtaining a copy of the Electronic Engineering Times article cited at page 7, lines 20-25 of the specification and expects to transmit that copy within the next few days.

The title of the application has been objected to as not being descriptive. Accordingly, applicant has amended the title to make it descriptive of the claimed subject matter.

Claims 1-25 have been canceled, and new claims 26-30, presented herewith, have been added. New claims 26-30 are believed to present subject matter not claimed in copending parent application serial no. 07/289,776 in better form, with more specificity, particularity, and clarity than original claims 1-25.

New claims 26-29 are directed to an audio/video transceiver having the ability to receive audio/video source information over a microwave link, compress the received audio/video source information into a time compressed representation thereof, store the time compressed representation of the audio/video source information in a random access storage that may variously comprise a bubble memory, digital paper or a magnetic disk, and then transmit the time compressed representation of the audio/video source information that is stored in the random access storage to a destination device via a microwave

transceiver and an associated microwave link.

New claim 30 is similarly directed to an audio/video transceiver, including a microwave transceiver coupled, via a microwave link, to a video library in which a multiplicity of items of audio/video source information are stored in a time compressed digital format for selective retrieval, in a burst time period, over the microwave link, and in which a time compressed representation of audio/video information stored in a random access storage may be transmitted over the microwave link in a burst time period.

These features of applicant's specifically claimed invention are not shown or suggested by any of the cited references, taken alone or in any combination. For example, Workman teaches an apparatus and method for transmitting a digital image over a limited bandwidth communications channel in which a block transformation technique involving transform coefficients is employed. Nichols et al. teaches a multiple-screen editing system that permits quicker editing of recorded information. Parker et al. teaches an apparatus and method for repidly creating a custom tape of musical pieces selected from a music library. Fabris et al. is directed to a video teleconferencing system in which teleconferencing cameras are remotely controlled by participants of the teleconference.

It is respectfully submitted that applicant's new claims 26-30 all fully comply with the provisions of 35 U.S.C. 112 and are also patentable over all of the cited references, taken alone or in any combination. Favorable action is accordingly solicited.

Respectfully submitted,

Richard A. Lang

By ____________________
William E. Hein
Patent Attorney #26,465

May 7, 1990
(303) 667-6741
Loveland, Colorado