# Exhibit 14

Dockets.Justia.com

Second College Edition

# The American Heritage Dictionary



Property of the U.S. Government

BURSTA0401305

5

Words that are believed to be registered trademarks
have been checked with authoritative sources. No in-
vestigation has been made of common-law trademark
rights in any word, because such investigation is im-
practicable. Words that are known to have current
registrations are shown with an initial capital and are
also identified as trademarks. The inclusion of any
word in this Dictionary is not, however, an expres-
sion of the Publisher's opinion as to whether or not it
is subject to proprietary rights. Indeed, no definition
in this Dictionary is to be regarded as affecting the
validity of any trademark.

Copyright © 1982 by Houghton Mifflin Company. All
rights reserved. No part of this work may be repro-
duced or transmitted in any form or by any means,
electronic or mechanical, including photocopying and
recording, or by any information storage or retrieval
system, except as may be expressly permitted by
1976 Copyright Act or in writing by the Publisher.

All correspondence and inquiries should be directed to
Reference Division, Houghton Mifflin Company
Two Park Street, Boston, MA 02108

Library of Congress Cataloging in Publication Data
Main entry under title:
American Heritage dictionary.
Rev. ed. of: American Heritage dictionary of the
English language. New college ed. c1976.
1. English language—Dictionaries.   J. Morris,
William, 1913–
PE1625.A54   1982        423        82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America

INTRO
STAFF
USAG
CONS
SPECI
   Lang
     Le
   Usaj
     Dv
     Wi
   Eng
     Ge
   The
     He
GUID
STYL
PRON
DICT
BIOG
GEO
ABBI
FOU
TWO
PICT

BURSTA0401306

**multiplication sign | murder**

822

**823**

2. The propagation of plants and animals. 3. *Math.* a. The conjunction of two real numbers in which the number of times either is taken in summation is determined by the value of the other. b. Any of certain analogous operations conjoining expressions other than real numbers. 4. An increase or buildup achieved by adding. —**mul′ti·pli·ca′tion·al** *adj.*

**multiplication sign** *n.* The sign ×, placed between multiplicand and multiplier or operand and operator, as a ×. 5.

**multiplication table** *n.* A table listing the products of certain numbers multiplied together, esp. the numbers 1 to 12.

**mul·ti·pli·ca·tive** (mŭl′tə-plĭk′ə-tĭv, mŭl′tə-plĭ-kā′tĭv) *adj.* 1. Tending to multiply or capable of multiplying or increasing. 2. Having to do with multiplication. —**mul′ti·pli′ca·tive·ly** *adv.*

**multiplicative inverse** *n.* Inverse (sense 2a.).

**mul·ti·plic·i·ty** (mŭl′tə-plĭs′ĭ-tē) *n., pl.* -ties. 1. The state of being various or manifold. 2. A large number: *a multiplicity of ideas.* 3. *Physics.* The number of subatomic particles in a multiplet. [Fr. *multiplicité* < Lat. *multiplicitas* < *multiplex,* multiple.—see MULTIPLEX.]

**mul·ti·pli·er** (mŭl′tə-plī′ər) *n.* 1. One that multiplies. 2. *Math.* The number by which the multiplicand is multiplied. 3. *Physics.* A device, such as a phototube, used to enhance or increase an effect.

**mul·ti·ply** (mŭl′tə-plī′) *v.* -plied, -ply·ing, -plies. —*tr.* 1. To increase the amount, number, or degree of. 2. *Math.* To perform multiplication on. —*intr.* 1. To become more in number, amount, or degree. 2. To breed; propagate. 3. *Math.* To perform multiplication. [ME *multiplien* < OFr. *multiplier* < Lat. *multiplicare* < *multiplex,* multiplex.]

**mul·ti·pur·pose** (mŭl′tē-pûr′pəs) *adj.* Designed or used for several purposes.

**mul·ti·ra·cial** (mŭl′tē-rā′shəl) *adj.* Made up of, involving, or acting on behalf of various races: *a multiracial committee.*

**mul·ti·sense** (mŭl′tē-sĕns′) *adj.* Having multiple meanings: *Make it a multisense word.*

**mul·ti·sen·so·ry** (mŭl′tē-sĕn′sə-rē) *adj.* Relating to or making use of several bodily senses: *multisensory methods of teaching reading.*

**mul·ti·stage** (mŭl′tē-stāj′) *adj.* Functioning by stages.

**multistage** rocket *n.* A rocket composed of two or more stages, each stage firing in succession.

**mul·ti·state** (mŭl′tē-stāt′) *adj.* Of, relating to, or involving several states: *a multistate antitrust campaign.*

**mul·ti·sto·ry** (mŭl′tē-stôr′ē, -stōr′ē) *also* **mul·ti·sto·ried** (-stôr′ēd, -stōr′-) *adj.* Having several stories: *a multistory motel.*

**mul·ti·tude** (mŭl′tĭ-tōōd′, -tyōōd′) *n.* 1. The condition or quality of being numerous. 2. A great, indefinite number. 3. The masses; the populace. [ME < OFr. < Lat. *multitudo* < *multus,* many.]

**Synonyms:** *multitude, host, legion, army, array.* These nouns denote only great numbers; it applies to persons and things, but *in the multitude* indicates the people. The remaining terms suggest, besides numbers, some measure of orderliness and purposeful association. *Host,* applied to persons and things, and *legion,* largely confined to persons, stress impressiveness. *Army,* said chiefly of persons, emphasizes order and common purpose. *Array* emphasizes the persons imposing arrangement, but also applies to the persons and things thus arranged, with lesser emphasis on sheer numbers.

**mul·ti·tu·di·nous** (mŭl′tĭ-tōōd′n-əs, -tyōōd′-) *adj.* 1. Very numerous; existing in great numbers. 2. Consisting of many parts. 3. Crowded. —**mul′ti·tu′di·nous·ly** *adv.*

**mul·ti·va·lent** (mŭl′tē-vā′lənt, mŭl-tĭv′ə-lənt) *adj.* 1. *Chem.* Polyvalent (sense 2.b.). 2. *Biol.* Of or pertaining to homologous chromosomes in synapsis. 3. Having various meanings or values. —**mul′ti·va′lence** *n.*

**mul·ti·ver·si·ty** (mŭl′tē-vûr′sĭ-tē) *n., pl.* -ties. A university that has numerous constituent and affiliated institutions such as separate colleges, campuses, and research centers. [MULTI- + (UNIVERSITY.]

**mul·ti·vi·ta·min** (mŭl′tə-vī′tə-mĭn) *adj.* Containing many vitamins. —*n.* A multivitamin preparation.

**mul·ture** (mŭl′chər) *n.* A fee paid for grinding grain at a mill. [ME *multur* < OFr. *molture,* grinding < Lat. *molere,* to grind.]

**mum¹** (mŭm) *adj.* Silent. [ME.]

**mum²** (mŭm) *intr.v.* mummed, mum·ming, mums. 1. To act or play in a pantomime. 2. To go merrymaking in a mask or disguise esp. during a festival. [ME *mummen* < OFr. *momer.*]

**mum³** (mŭm) *n. Informal. Chiefly Brit.* Mother.

**mum⁴** (mŭm) *n. Informal.* A chrysanthemum.

**mum·ble** (mŭm′bəl) *v.* -bled, -bling, -bles. —*tr.* 1. To utter indistinctly by lowering the voice or partially closing the mouth. 2. To chew slowly or painfully without or as if without teeth. —*intr.* 1. To speak words indistinctly, as by lowering the voice or partially closing the mouth. 2. To chew food slowly or painfully, as if without teeth. —*n.* A low, indistinct sound or speech. [ME *momelen*.] —**mum′bler** *n.*

**mum·ble·ty·peg** (mŭm′bəl-tē-pĕg′,  mŭm′blĕ-pĕg′) *also* **mum·ble·the·peg** (mŭm′bəl-thə-pĕg′) *n.* A game in which the players throw a knife from various positions with the


**mural**
By Diego Rivera

object of having the blade stick firmly in the ground. [< the phrase *mumble the peg,* from the fact that orig. the loser had to pull up with his teeth a peg driven into the ground.]

**mum·bo jum·bo** (mŭm′bō jŭm′bō) *n.* 1. An object believed to have supernatural powers; fetish. 2. A complicated or obscure ritual. 3. Language or ritualistic activity that is intended to confuse. 4. Unintelligible or incomprehensible language; gibberish. [Prob. of Mandingo orig.]

**mu·me·son** *n. Physics.* The muon.

**mum·mer** (mŭm′ər) *n.* 1. One who acts or plays in a pantomime. 2. An actor. 3. A masked merrymaker esp. at a festival. [ME *mummar* < OFr. *momeur* < *momer,* to pantomime.]

**mum·mer·y** (mŭm′ə-rē) *n., pl.* -ies. 1. A performance by mummers. 2. A pretentious or hypocritical show or ceremony.

**mum·mi·fy** (mŭm′ə-fī′) *v.* -fied, -fy·ing, -fies. —*tr.* 1. To make into a mummy by embalming and drying. 2. To cause to shrivel and dry up. —*intr.* To shrivel or dry up like a mummy. —**mum′mi·fi·ca′tion** *n.*

**mum·my¹** (mŭm′ē) *n., pl.* -mies. 1. The body of a human being or animal embalmed after death according to the practice of the ancient Egyptians. 2. A withered or shrunken body that resembles a mummy. [ME *mummie,* an embalming ointment < OFr. *momie* < Med. Lat. *mumia* < Ar. *mūmiyā* < *mūm,* wax.]

**mum·my²** (mŭm′ē) *n., pl.* -mies. *Informal.* Mother. [Alteration of MAMMY.]

**mumps** (mŭmps) *pl.n.* (used with a sing. or pl. verb). An acute, inflammatory, contagious disease of the salivary glands, esp. the parotids and sometimes of the pancreas, ovaries, or testes, caused by a virus, *Rubula inflans.* [< pl. of dial. *mump,* grimace.]

**munch** (mŭnch) *tr.v.* munched, munch·ing, munches. To chew with a crunching sound. [ME *monchen.*] —**munch′er** *n.*

**munch·ies** (mŭn′chēz) *pl.n. Slang.* 1. Food for snacking. 2. A craving for snack foods: *have the munchies.*

**mun·dane** (mŭn′dān′, mŭn-dān′) *adj.* 1. Of, relating to, or typical of this world. 2. Typical of or concerned with the ordinary. [ME *mondeyne* < OFr. *mondain* < Lat. *mundanus* < Lat. *mundus,* world.] —**mun·dane′ly** *adv.*

**mung bean** (mŭng) *n.* A bean, *Phaseolus aureus,* cultivated esp. as the source of bean sprouts. [Hindi *mūg* < Skt. *mudgah.*]

**mun·go** (mŭng′gō) *n.* Reclaimed wool of low quality. [Orig. unknown.]

**mu·nic·i·pal** (myŏō-nĭs′ə-pəl) *adj.* 1. a. Of, pertaining to, or typical of a municipality. b. Having local self-government. 2. Of or pertaining to the internal affairs of a nation, as distinguished from its international affairs. [Lat. *municipalis* < *municipium,* town < *municeps,* citizen : *munia,* public office + *capere,* to take.] —**mu·nic′i·pal·ly** *adv.*

**mu·nic·i·pal·i·ty** (myŏō-nĭs′ə-păl′ĭ-tē) *n., pl.* -ties. 1. A populated unit, such as a city or town, incorporated for local self-government. 2. A body of officials appointed to manage the affairs of a municipality.

**mu·nic·i·pal·ize** (myŏō-nĭs′ə-pə-līz′) *tr.v.* -ized, -iz·ing, -iz·es. 1. To place under municipal ownership. 2. To make a municipality of. —**mu·nic′i·pal·i·za′tion** *n.*

**mu·nif·i·cent** (myŏō-nĭf′ĭ-sənt) *adj.* 1. Extremely liberal in giving; very generous. 2. Showing great generosity: *a munificent gift.* [Lat. *munificens* < *munificus* : *munus,* gift + *facere,* to make.] —**mu·nif′i·cence** *n.* —**mu·nif′i·cent·ly** *adv.*

**mu·ni·ment** (myŏō′nə-mənt) *n.* 1. *muniments. Law.* Documentary evidence by which a person can defend a title to property or a claim to rights. 2. *Archaic.* A means of defense or protection. [ME < OFr. < Med. Lat. *munimentum* < Lat. *munire,* to fortify.]

**mu·ni·tion** (myŏō-nĭsh′ən) *n.* Often *munitions.* War material, esp. weapons and ammunition. —*tr.v.* -tioned, -tion·ing, -tions. To supply with munitions. [OFr., fortification < Lat. *munitio* < *munire,* to defend.]

**Mun·ster** (mŭn′stər, mŏōn′-) *n.* Variant of Muenster.

**munt·jac** also **munt·jak** (mŭnt′jăk′) *n.* Any of several small deer of the genus *Muntiacus,* of southeastern Asia and the East Indies. [Malay *menjangan,* deer.]

**mu·on** (myŏō′ŏn′) *n. Physics.* A subatomic particle in the lepton family, having a mass 207 times that of the electron, a negative electric charge, and a mean lifetime of $2.2 \times 10^{-6}$ second.

**mu·ral** (myŏōr′əl) *n.* A work of art, such as a painting, applied directly to a wall or ceiling. —*adj.* 1. Of, pertaining to, or like a wall. 2. Painted on or applied to a wall. [OFr. < Lat. *muralis* < *murus,* wall.] —**mu′ral·ist** *n.*

**mur·am·ic acid** (myŏō-răm′ĭk) *n.* An amino sugar, $C_9H_{17}NO_7$, found in the murein in the cell walls of bacteria and blue-green algae. [Lat. *murus,* wall + AM(INO) + -IC.]

**mur·der** (mûr′dər) *n.* 1. The unlawful killing of one human being by another, esp. with premeditated malice. 2. *Slang.* Something that is very uncomfortable, difficult, or hazardous. —*v.* -dered, -der·ing, -ders. —*tr.* 1. To kill (a human being) unlawfully. 2. To kill brutally or inhumanly. 3. To destroy; put an end to. 4. To spoil by ineptness: *mutilate; murdered the English language.* 5. *Slang.* To defeat decisively; trounce. —*intr.* To commit murder. —*idiom.* get away with murder. *Informal.* To escape punishment for or

detection of a blameworthy act. —**mur′der·er** *n.* —**mur′der·ess** *n.*

—**mur′der·ous** (mûr′dər-əs) *adj.* 1. Of, intending murder: *a murderous fistic of or giving rise to murder.* Capable of devastating or of *exam.* —**mur′der·ous·ly** *adv.* —**mure** (myŏōr) *tr.v.* mured, mur·ing, mures. (< OFr. *murus,* wall.]

**mu·re·in** (myŏōr′ē-ĭn, myŏōr′ēn) contains muramic acid and is walls. [MUR(AMIC ACID) + -EIN.]

**mu·rex** (myŏōr′ĕks′) *n., pl.* murexes. Any of various marine gastropod *rex,* that have rough, spiny shells, and yield a purple dye. [Lat. *murex,* purple-fish.]

**mu·ri·ate** (myŏōr′ē-kāt′) also Having a roughened surface beset [Lat. *muricatus,* shaped like a murex.]

**mu·ri·ces** (myŏōr′ĭ-sēz′) *n.* A pl. of murex.

**mu·rine** (myŏōr′īn′) *adj.* 1. Of or pertaining to the rodent family Muridae, 2. Caused, transmitted, or affected by rodents: *murine plague.* [Lat. *murinus* < *mus,* mouse.]

**murk** also **mirk** (mûrk) —*n.* Darkness; gloom. [ME *mirke.*] —**murk·y** also **mirk·y** (mûrk′ē) *adj.* 1. gloomy. 2. a. Heavy and thick; hazy. b. Turbid with sediment; unclear: *in color; having no brightness.* died. 4. Hard to understand; unclear. —**murk′ness** *n.*

**mur·mur** (mûr′mər) *n.* 1. A low sound; the murmur of the waves. mutter. 3. A whispered utterance. 4. *Med.* An abnormal sound, usu. derived from the heart or lungs device such as a stethoscope. —*intr.* 1. To make a low, continued or succession of sounds. 2. To tones; grumble. —*tr.* To say in indistinctly. [ME *murmure* < O. *murmur* n. —**mur′mur·ing·ly** *adv.* —**mur·mur·ous** *adj.*

**mur·phy** (mûr′fē) *n., pl.* -phies. A common Irish name, from the staple Irish food.]

**Murphy bed** (mûr′fē) *n.* A bed closet for concealment. (1876-1959).]

**mur·rain** (mûr′ĭn) *n.* 1. Any of various malignant diseases of domestic potato blight or anthrax. 2. A [ME *moryne* < OFr. *morine* < Lat.]

**murre** (mûr) *n., pl.* murre or *mur·res.* Any of various sea birds of the genus *Uria,* found in regions. [Orig. unknown.]

**mur·rey** (mûr′ē) *n.* Mulberry (sense 1.) [ME *murrey* < OFr. *more* < Med. Lat. *moratus* < Lat. *morum,* mulberry.]

**Mur·ciʹa** (mûr′shə) *n.* A constellation in the Southern Hemisphere near Apus [fly.]

**Mus·ca·det** (mŭs′kə-dā′) *n.* A dry gin. [Fr. < Prov., muscatel grapes]

**mus·car·dine** (mŭs′kə-dīn′, -dĭn) *n.* a disease of the southwestern silkworm.

**Mus·ca·di·ne** (mŭs′kə-dīn′) *n.* A grape of the southeastern states used to make wine grapes used for making wine or syrup. I). [OFr. < OProv. < *muscus,* musk, and *musca·tel* (mŭs′kə-tĕl′) *n.* A muscat grapes. 2. A muscat grape < OFr. *muscadel* < OProv. *muscat.]*

**mus·cle** (mŭs′əl) *n.* 1. A tissue of contracting and relaxing to a contractile organ consisting of strength: *enough muscle to be authority; put some muscle into -cled, -cling, -cles. To make or muscled into the conversation. [C *mus,* mouse.]

---

| ă pat / ā pay / âr care / ä father / b bib / ch church / d deed / ĕ pet / ē be / f fife / g gag / h hat / hw which / ĭ pit / ī pie / îr pier / | / sh ship, d |
| j judge / k kick / l lid, needle / m mum / n no, sudden / ng thing / ŏ pot / ō toe / ô paw, for / oi noise / ou out / ŏŏ took / ŏō b | em, edible, |

Case 3:06-cv-00019-MHP    Document 69-7    Filed 11/22/2006    Page 5 of 5

—*intr.* **1.** To cease moving, progressing, acting, or operating; come to a halt. **2.** To put an end to what one is doing; cease. **3.** To interrupt one's course or journey for a brief visit or stay: *stop off at the store.* —*n.* **1. a.** The act of stopping. **b.** The condition of being stopped; cessation. **2.** A finish; end. **3. a.** A stay or visit, as during a trip. **4.** A place stopped at: *a bus stop.* **5. a.** A device or means that obstructs, blocks, or plugs up. **6.** An order given to a bank to withhold payment on a check. **7. a.** A part in a machine that stops or regulates movement. **b.** A perforated screen or diaphragm that limits the effective aperture of a lens, producing an image of improved definition but lowered intensity. **8.** A mark of punctuation, esp. a period. **9.** *Mus.* **a.** The act of stopping a string or hole on a musical instrument. **b.** A hole of a wind instrument. **c.** A fret on a stringed instrument. **d.** A device such as a key for closing the hole on a wind instrument. **10.** *Mus.* **a.** A tuned set of pipes, as in an organ. **b.** A knob, key, or pull that regulates such a set of pipes. **11.** *Naut.* A line used for securing something temporarily: *a sail stop.* **12.** A consonant, such as English *p*, *t*, or *k*, characterized by an articulation in which the air passage is completely closed. **13.** The depression between the muzzle and top of the skull of a dog. —*adj.* Of, pertaining to, or being of use at the end of an operation or activity: *a stop code.* [ME *stoppen* < OE *stoppian* < LLat. *stuppare* < Lat. *stuppa,* tow, broken flax < Gk. *stuppē.*]
**stop-cock** (stŏp′kŏk′) *n.* A valve that regulates the flow of fluid through a pipe; faucet.
**stope** (stōp) *n.* An excavation in the form of steps made by the mining of ore from steeply inclined or vertical veins. —*tr.* & *intr.v.* **stoped, stop·ing, stopes.** To remove (ore) from or mine by means of a stope. [Perh. < LG stop.]
**stop-gap** (stŏp′găp′) *n.* An improvised substitute for something lacking; temporary expedient.
**stop-light** (stŏp′līt′) *n.* **1.** A traffic signal. **2.** A light on the rear of a vehicle that is activated when the brakes are applied.
**stop order** *n.* An order to a broker to buy or sell a stock when it reaches a specified level of decline or gain.
**stop·o·ver** (stŏp′ō′vər) *n.* **1.** An interruption in the course of a journey for stopping or visiting at a certain place. **2.** A place visited briefly in the course of a journey.
**stop·page** (stŏp′ij) *n.* **1.** The act of stopping. **2.** The condition of being stopped.
**stop payment** *n.* An order to one's bank not to honor a check.
**stop·per** (stŏp′ər) *n.* **1.** A device, as a cork or plug, inserted to close an opening. **2.** One that causes something to stop. **3.** *Computer Sci.* The topmost memory location in a device or system. —*tr.v.* **-pered, -per·ing, -pers.** To close with or as if with a stopper.
**stop·ple** (stŏp′əl) *n.* A stopper; plug. —*tr.v.* **-pled, -pling, -ples.** To close with a stopple. [ME *stoppell* < *stoppen,* to stop.]
**stop sign** *n.* A traffic sign that orders traffic to come to a stop.
**stop street** *n.* A street intersection at which a vehicle must come to a complete stop before entering a through street.
**stop·watch** (stŏp′wŏch′) *n.* A timepiece that can be instantly started and stopped by pushing a button.
**stor·age** (stôr′ij, stōr′-) *n.* **1. a.** The act of storing goods. **b.** The state of being stored. **c.** A space for storing goods. **d.** The price charged for keeping goods stored. **2.** The charging or regenerating of a storage battery. **3.** *Computer Sci.* The part of a computer that stores information for subsequent use or retrieval.
**storage battery** *n.* A group of reversible or rechargeable secondary cells acting as a unit.
**storage cell** *n.* **1.** A secondary cell. **2.** *Computer Sci.* An elementary unit of storage.
**sto·rax** (stôr′ăks′, stōr′-) *n.* **1.** Any of various trees of the genus *Styrax,* some of which yield an aromatic resin. **2.** An aromatic resin obtained from a storax tree. **3.** A brownish, aromatic resin used in perfume and medicine and obtained from any of several trees of the genus *Liquidambar,* esp. *L. orientalis,* of Asia Minor. [ME < Lat., alteration of *styrax* < Gk. *sturax,* perh. of Semitic orig.]
**store** (stôr, stōr) *n.* **1.** A place where merchandise is offered for sale; shop. **2.** A stock or supply reserved for future use. **3. stores.** Supplies, esp. of food, clothing, or arms. **4.** A place where commodities are kept; warehouse or storehouse. **5.** A great quantity or number; abundance. —*tr.v.* **stored, stor·ing, stores. 1.** To reserve or put away for future use. **2.** To fill, supply, or stock. **3.** To deposit or receive in a storehouse or warehouse for safekeeping. —**idioms. in store.** Forthcoming. **set store by.** To regard with esteem; value. [ME *stor* < OFr. *estor* < *estorer,* to build < Lat. *instaurare,* to restore.]
**store-bought** (stôr′bôt′, stōr′-) *adj. Informal.* Manufactured and purchased at retail: *store-bought clothes.*
**store cheese** *n.* Cheddar cheese.
**store·front** (stôr′frŭnt′, stōr′-) *n.* **1.** The side of a store facing a street. **2.** A room or suite of rooms in a store building at street level: *a political office in a storefront.* —**store′front′** *adj.*
**store·house** (stôr′hous′, stōr′-) *n.* **1.** A place or building in

which goods are stored; warehouse. **2.** An abundant source or supply: *a storehouse of knowledge.*
**store·keep·er** (stôr′kē′pər, stōr′-) *n.* **1.** A person who keeps a retail store or shop; shopkeeper. **2.** A person in charge of receiving or distributing stores or supplies, as military or naval supplies.
**store·room** (stôr′rōōm′, -rŏŏm′, stōr′-) *n.* A room in which things are stored.
**sto·rey** (stôr′ē, stōr′ē) *n.* Variant of story².
**sto·ried**¹ (stôr′ēd, stōr′-) *adj.* **1.** Celebrated or famous in history or story: *"the storied infamies of the Emperor Tiberius on the Isle of Capri"* (George Marye). **2.** Ornamented with designs representing scenes from history, legend, or story: *storied tapestry.*
**sto·ried**² also **sto·reyed** (stôr′ēd, stōr′-) *adj.* Having or consisting of a specified number of stories: *a three-storied house.*
**stork** (stôrk) *n.* Any of various large wading birds of the family Ciconiidae, chiefly of warm regions, having long legs and a long straight bill. [ME < OE *storc.*]
**stork's-bill** (stôrks′bĭl′) *n.* Any of various plants of the genus *Erodium,* having fruit with a narrow, beaklike point.
**storm** (stôrm) *n.* **1.** An atmospheric disturbance manifested in strong winds accompanied by rain, snow, or other precipitation and often by thunder and lightning. **2.** *Meteorol.* A wind ranging from 64 to 72 miles per hour. **3.** A heavy shower of objects, such as bullets or missiles. **4.** A strong or violent outburst, as of emotion or excitement. **5.** A violent disturbance or upheaval, as in political, social, or domestic affairs. **6.** A violent, sudden attack on a fortified place. —*v.* **stormed, storm·ing, storms.** —*intr.* **1. a.** To blow forcefully. **b.** To rain, snow, hail, or sleet. **2.** To be extremely angry; rant and rage. **3.** To move or rush tumultuously, violently, or angrily: *stormed into the room.* —*tr.* To capture or try to capture by a violent, sudden attack: *stormed the fortress.* [ME < OE.]
**storm-bound** (stôrm′bound′) *adj.* Delayed, confined, or cut off from communication by a storm.
**storm cellar** *n.* A cyclone cellar.
**storm center** *n.* **1.** The central area covered by a storm, esp. the point of lowest barometric pressure within a storm. **2.** A center of trouble, disturbance, or argument.
**storm door** *n.* An outer or additional door added for protection against inclement weather.
**storm petrel** *n.* Any of various small sea birds of the family Hydrobatidae, esp. *Hydrobates pelagicus,* of the North Atlantic and the Mediterranean.
**storm trooper** *n.* **1.** A member of the Nazi militia noted for brutality and violence. **2.** A person who resembles a Nazi storm trooper.
**storm window** *n.* A secondary window attached over the usual window to protect against the wind and cold.
**storm·y** (stôr′mē) *adj.* **-i·er, -i·est. 1.** Subject to, characterized by, or affected by storms; tempestuous. **2.** Characterized by violent emotions, passions, speech, or actions: *a stormy argument.* —**storm′i·ly** *adv.* —**storm′i·ness** *n.*
**sto·ry**¹ (stôr′ē, stōr′ē) *n., pl.* **-ries. 1.** The narration of an event or series of events, either true or fictitious. **2.** A prose or verse narrative, usually fictional, intended to interest or amuse the hearer or reader; tale. **3.** A short story. **4.** The plot of a narrative or dramatic work. **5.** A report, statement, or allegation of facts. **6. a.** A news article or broadcast. **b.** The event, situation, or other material for such an article. **7.** An anecdote. **8.** A lie. **9.** Romantic legend or tradition. —*tr.v.* **-ried, -ry·ing, -ries. 1.** To decorate with scenes representing historical or legendary events. **2.** *Archaic.* To tell as a story. [ME *storie* < OFr. *estorie* < Lat. *historia.* —see HISTORY.]
**sto·ry**² also **sto·rey** (stôr′ē, stōr′ē) *n., pl.* **-ries** also **-reys. 1.** A complete horizontal division of a building, comprising the area between two adjacent levels. **2.** The set of rooms on the same level of a building. [ME < Med. Lat. *historia* (prob. from painted windows or sculpture on the front of buildings) < Lat., history. —see HISTORY.]
**sto·ry·book** (stôr′ē-bŏŏk′, stōr′-) *n.* A book containing a collection of stories, usually for children. —*adj.* Occurring in or resembling the style of a storybook; romantic.
**story line** *n.* The plot of a story or a dramatic work.
**sto·ry·tell·er** (stôr′ē-tĕl′ər, stōr′-) *n.* **1.** A person who tells or writes stories. **2.** *Informal.* A person who tells lies; fibber.
**stoss** (stŏs, shtŏs, shtōs) *adj.* Facing the direction from which a glacier moves: *Used of a rock or slope in its path.* [< G. *stossen,* to push < OHG *stōzan.*]
**sto·tin·ki** (stō-tĭng′ka) *n., pl.* **stotinki.** See table at currency. [Bulgarian.]
**stound** (stound) *n. Obs.* A short time; while. [ME < OE *stund.*]
**stoup** also **stoop** (stōōp) *n.* **1.** *Eccles.* A basin or font for holy water at the entrance of a church. **2.** *Scot.* A bucket or pail. **3.** A drinking vessel such as a cup or tankard. [ME *stoup,* bucket < ON *staup.*]
**stout** (stout) *adj.* **-er, -est. 1.** Determined, bold, or brave: *a stout heart.* **2.** Strong in body; sturdy. **3.** Strong in structure or substance; substantial. **4.** Bulky in figure; corpulent. **5.** Powerful; forceful. **6.** Staunch; firm. —*n.* **1. a.** A stout



stopwatch



George Miksch Sutton
stork



stoup