Apple Computer Inc. v. Burst.com, Inc. Doc. 69 Att. 7

# Exhibit 16

Dockets.Justia.com

e
w it

ild be

lard

ould you
ary at a

ice Center

NM

*An American National Standard*

*Acknowledged as An American National Standard*
*July 8, 1988*

# IEEE
# Standard Dictionary
# of
# Electrical and
# Electronics
# Terms

**Fourth Edition**

BURSTA0401308

Library of Congress Catalog Number 88-082198

ISBN: 1-55937-000-9

© Copyright 1988

**The Institute of Electrical and Electronics Engineers, Inc**

*No part of this publication may be reproduced in any form,*
*in an electronic retrieval system or otherwise,*
*without the prior written permission of the publisher.*

November 3, 1988 SH12070

various possible combinations of the discrete states of the signal. *See:* **analog data; digital data.** 224

**analog channel (data transmission).** A channel on which the information transmitted can take any value between the limits defined by the channel. Voice channels are analog channels. 59

**analog computer (1) (general).** An automatic computing device that operates in terms of continuous variation of some physical quantities, such as electrical voltages and currents, mechanical shaft rotations, or displacements, and which is used primarily to solve differential equations. The equations governing the variation of the physical quantities have the same or very nearly the same form as the mathematical equations under investigation and therefore yield a solution analogous to the desired solution of the problem. Results are measured on meters, dials, oscillograph recorders, or oscilloscopes. *See:* **simulator.** 9

**(2) (direct-current).** An analog computer in which computer variables are represented by the instantaneous values of voltages. 9

**(3) (alternating-current).** An analog computer in which electrical signals are of the form of amplitude modulated suppressed carrier signals where the absolute value of a computer variable is represented by the amplitude of the carrier and the sign of a computer variable is represented by the phase (0 or 180 degrees) of the carrier relative to the reference alternating-current signal. 9

**analog device (station control and data acquisition)-(supervisory control, data acquisition, and automatic control).** A device that operates with variables represented by continuously measured quantities such as voltages, resistances, rotations and pressures. 570

**analog function.** *See:* **supervisory control functions**

**analog output.** One type of continuously variable quantity used to represent another: for example, in temperature measurement, an electric voltage or current output represents temperature input. *See:* **signal.** 188

**analog quantity (1)(station control and data acquisition).** A variable represented by a scalar value. 403

**(2)(supervisory control, data acquisition, and automatic control).** A continuous variable that is typically digitized and represented as a scalar value. 570

**analog signal (control) (industrial control).** A signal that is solely dependent upon magnitude to express information content. *See:* **control system, feedback.** 219, 206

**analog switch (telephone loop performance).** A switch capable of switching analog and digital signals without converting them into a set digital format. Most analog end office switches are two-wire systems which have simple interfaces with the loop. 473

**analog switching (telephone switching systems).** Switching of continuously-varying-level information signals. 55

**analog telemetering (power switchgear)(station control and data acquisition).** Telemetering in which some characteristic of the transmitter signal is proportional to the quantity being measured. 103, 403

**analog-to-digital (a/d) conversion (supervisory control, data acquisition, and automatic control).** Production of a digital output corresponding to the value of an analog input quantity. 570

**analog-to-digital converter (1) (data processing).** A device that converts a signal that is a function of a continuous variable into a representative number sequence. 54

**(2) (analog-to-digital). (A–D).** A circuit whose input is information in analog form and whose output is the same information in digital form. *See:* **analog; digital.** 59

**(3) (digitizer) (power switchgear).** A device or a group of devices that converts an analog quantity or analog position input signal into some type of numerical output signal or code. The input signal is either the measurand or a signal derived from it. 103

**(4) (hybrid computer linkage components) (analog-to-digital converter). (ADC).** Provides the means of obtaining a digital number representation of a specific analog voltage value. 10

**(5)(X-ray energy spectrometers).** A device whose input is information in analog form and whose output is the same information in digital form. 471

**analog-to-frequency (A F) converter.** A circuit whose input is information in an analog form other than frequency and whose output is the same information as a frequency proportional to the magnitude of the information. *See:* **analog.** 59

**analog voice frequency circuits abbreviations.** (1) dBm. Decibels relative to one milliwatt. This is the customary unit worldwide for measurement of communications signal power. (2) dBm0. Decibels relative to one milliwatt, referred to a zero transmission level point (0 TLP). (3) dBrn. Decibels to one picowatt reference noise level. This is the customary North American unit for measurement of noise power in communications signal circuits. (4) dBrnC. Decibels relative to one picowatt reference noise level, measured with C-message or C-notch frequency weighting. (5) TLP. Transmission level point. The symbol TLP is preceded by a number that indicates, for a particular point in a transmission system, the design signal level in decibels (dB) relative to the level at a reference point (0 TLP). 468

**analysis (1)(electric penetration assemblies).** A process of mathematical or other logical reasoning that leads from stated premises to the conclusion concerning the qualification of an assembly or components. 493

**(2)(valve actuators)(safety systems equipment in nuclear power generating stations).** A course of reasoning showing that a certain result is a consequence of assumed premises. 492, 535

**(3) (nuclear power generating systems)(class 1E static battery chargers and inverters).** A process of mathematical or other logical reasoning that leads from stated premises to the conclusion concerning specific capabilities of equipment and its adequacy for

is affected by the degree of current asymmetry. Symmetrical current usually produces the highest TRV magnitudes and is used as the basis for TRV-rated values. An asymmetrical current normally reduces the TRV magnitude from the symmetrical current case. 486, 487, 488, 577

**inhibit (supervisory control, data acquisition, and automatic control)(station control and data acquisition).** To prevent a specific event from occurring. 403, 570

**inhibited oil (power and distribution transformer).** Mineral transformer oil to which a synthetic oxidation inhibitor has been added. 53

**inhibitor (insulating oil).** Any substance that when added to an electrical insulating fluid retards or prevents undesirable reactions. 461

**inhomogeneous line-broadening (laser-maser).** An increase of the width of an absorption or emission line, beyond the natural linewidth, produced by a disturbance (for example, strain, imperfections, etcetera) which is not the same for all of the source emitters. 363

**initial condition (analog computers).** The value of a variable at the start of computation. A more restricted definition refers solely to the initial value of an integrator. Also used as a synonym for the computer-control state "reset." *See:* **reset.** 9

**initial luminous exitance (illuminating engineering).** The density of luminous flux leaving a surface within an enclosure before interreflections occur. *Note:* For light sources this is the luminous exitance as defined herein. For nonself-luminous surfaces it is the reflected luminous exitance of the flux received directly from sources within the enclosure or from daylight. *See:* **luminous exitance.** 167

**initial symmetrical ground fault current (safety in ac substation grounding).** The maximum root-mean-square (rms) value of symmetrical fault current after the instant of a ground fault initiation. As such, it represents the rms value of the symmetrical component in the first half-cycle of a current wave that develops after the instant of fault at time zero. Generally,

$$I_{f(0+)} = 3I_0''$$

where

$I_{f(0+)}$ = initial symmetrical ground fault current

$I_0''$ = rms value of zero-sequence symmetrical current that develops immediately after the instant of fault initiation, that is, reflecting the subtransient reactances of rotating machines contributing to the fault.

*Note:* Elsewhere in the guide, this initial symmetrical fault current is shown in an abbreviated notation, as If, or is referred to only as 3i0. The underlying reason for this latter notation is that, for purposes of this guide, the initial symmetrical fault current is assumed to remain constant for the entire duration of the fault. 563

**initiating relay (power switchgear).** A programming relay whose function is to constrain the action of dependent relays until after it has operated. 103

**injected current (ac high-voltage circuit breakers).** The current which flows through the test circuit breaker from the voltage source of a current injection circuit when this circuit is applied to the test circuit breaker. 426

**injected-current frequency (ac high-voltage circuit breaker).** The frequency of the injected current. 426

**injection fiber.** *See:* **launching fiber.** 433

**injection laser diode (ILD) (fiber optics).** A laser employing a forward-biased semiconductor junction as the active medium. *Syn:* **diode laser; semiconductor laser.** *See:* **active laser medium; chirping; laser; superradiance.** 433

**injection time (ac high-voltage circuit breaker).** The time with respect to the power frequency current zero when the voltage circuit is applied. 426

**in line (monitoring radioactivity in effluents).** A system where the detector assembly is adjacent to or immersed in the total effluent stream. 559

**inner product.** *See:* **polarization vector, Note 2.**

**in-phase spring rate (dynamically tuned gyro) (inertial sensor).** The residual difference, in a dynamically tuned gyro, between the dynamically induced spring rate and the flexure spring rate. 46

**input (1) (data transmission).** (A) The data to be processed. (B) The state or sequence of states occurring on a specified input channel. (C) The device or collective set of devices used for bringing data into another device. (D) A channel for impressing a state on a device or logic element. (E) The process of transferring data from an external storage to an internal storage. 59

**(2) (to a relay) (power switchgear).** A physical quantity or quantities to which the relay is designed to respond. *Notes:* (A) A physical quantity that is not directly related to the prescribed response of a relay, (though necessary, to or in some way affecting the relay operation,) is not considered part of input. (B) Time is not considered a relay input, but it is a factor in performance. 103

**input assertion (software).** A logical expression specifying one or more conditions that program inputs must satisfy in order to be valid. *See:* **program.** 434

**input-axis misalignment (gyro, accelerometer) (inertial sensor).** The angle between an input axis and its associated input reference axis when the device is at a null condition. (The magnitude of this angle is unambiguous, but when components are reported, the convention should always be identified. IEEE standards use both direction cosines and right-handed Euler angles, depending on the principal field of application. Other conventions, differing both in signs and designation of axes, are sometimes used. 46

**input data (test pattern language).** The binary data that is written into a memory array. It is identified by the symbol 'D'. 463

**input impedance (1) (analog computers).** In an analog computer, a passive network connected between the input terminal or terminals of an operational amplifier and its summing junction. 9

priate parts of a power system, or prevents separation that might otherwise occur, in the event of loss of synchronism. 103, 127

**outpulsing (telephone switching systems).** Pulsing from a sender. 55

**output (1) (electronic digital computer) (data transmission).** (A) Data that have been processed. (B) The state or sequence of states occurring on a specified output channel. (C) The device or collective set of devices used for taking data out of a device. (D) A channel for expressing a state of a device or logic element. (E) The process of transferring data from an internal storage to an external storage device. 59

**(2) (rotating machinery). (A) (generator).** The power (active, reactive, or apparent) supplied from its terminals. **(B) (motor).** The power supplied by its shaft. *See:* **asynchronous machine.** 63

**output, acoustic (telephony).** The sound pressure level developed in an artificial ear, measured in dB referred to an rms sound pressure of 2 × $10^{-5}$ newtons per square meter ($N/m^2$). 122

**output angle (1) (gyro).** The angular displacement of a gimbal about its output axis with respect to its support. 46

**(2) (Pascal).** *See:* **radiation angle.**

**output assertion (software).** A logical expression specifying one or more conditions that program outputs must satisfy in order for the program to be correct. *See:* **program.** 434

**output attenuation (signal generator).** The ratio, expressed in decibels (dB), of any selected output, relative to the output obtained when the generator is set to its calibration level. *Note:* It may be necessary to eliminate the effect of carrier distortion and/or modulation feedthrough by the use of suitable filters. *See:* **signal generator.** 185

**output axis (OA) (gyro; accelerometer).** An axis of freedom provided with a pickoff which generates an output signal as a function of the output angle. 46

**output-axis-angular-acceleration drift rate (gyro) (inertial sensor).** A drift rate that is proportional to the angular acceleration with respect to inertial space of the gyro case about the output axis. The relationship of this component of drift rate to angular acceleration can be stated by means of a coefficient having dimensions of angular displacement per unit time divided by angular displacement per unit time-squared. 46

**output capacitance (*n*-terminal electron tube).** The short-circuit transfer capacitance between the output terminal and all other terminals, except the input terminal, connected together. *See:* **electron-tube admittances.** 125

**output-capacitor discharge time (power supply).** The interval between the time at which the input power is disconnected and the time when the output voltage of the unloaded regulated power supply has decreased to a specified safe value. *See:* **regulated power supply.** 347

**output circuit (protective relay system).** An output from a relay system which exercises direct or indirect control of a power circuit breaker, such as trip or close. 90

**output control characteristics (thyristor).** Output operating characteristics which can be deliberately selected or controlled, or both. 445

**output control range (thyristor).** The continuous range over which the output of a power controller can be changed by control signal input. 445

**output current (converters having ac output)(self-commutated converters).** The total rms (root-mean-square) current from the output terminals. 584

**output-dependent overshoot and undershoot.** Dynamic regulation for load changes. *See:* **electric conversion equipment.** 186

**output electrode (electron tubes).** The electrode from which is received the amplified, modulated, detected, etcetera, voltage. *See:* **electron tube.** 244, 190

**output enable (G) (semiconductor memory).** The inputs that when false cause the output to be in the OFF or high impedance state. This pin must be true for the output to be in any other state. 441

**output factor.** The ratio of the actual energy output, in the period of time considered, to the energy output that would have occurred if the machine or equipment had been operating at its full rating throughout its actual hours of service during the period. *See:* **generating station.** 64

**output frequency stability (inverters).** The deviation of the output frequency from a given set value. *See:* **self-commutated inverters.** 208

**output gap (electron tubes) (traveling-wave tubes).** An interaction gap by means of which usable power can be abstracted from an electron stream. 190

**output impedance (1)(analog computers).** The impedance presented by the transducer to a load. 9

**(2)(converters having ac output)(self-commutated converters).** The impedance presented by the converter to the load for specified frequencies. 584

**output phase displacement (power inverters that have polyphase output) (inverters).** The angular displacement between fundamental phasors. *See:* **self-commutated inverters.** 208

**output power (1) (general).** The power delivered by a system or transducer to its load. 239

**(2) (electron tube or valve).** The power supplied to the load by the electron tube or valve at the output electrode. *See:* ON **period (electron tube or valve).** 244, 190

**output pulse (digital accelerometer).** A pulse which represents the minimum unit of velocity increment (g·s, m/s). 383

**output pulse amplitude (digital delay line).** Peak amplitude of the output doublet which is obtained across the specified output load for a given amplitude of input step. 81

**output pulse duration (digital delay line).** Time spacing between the 10 percent amplitude point of the rise of the first peak to the 10 percent amplitude point of the fall of the second peak. 81

**output pulse shape (low and high power pulse trans-**

bance or a change in reference input. *See:* **control system, feedback.** 219, 206, 54

**stirring effect (induction heater usage).** The circulation in a molten charge due to the combined forces of motor and pinch effects. *See:* **induction heating; motor effect; pinch effect.** 14, 114

**stop (limit stop).** A mechanical or electric device used to limit the excursion of electromechanical equipment. *See:* **limiter circuit.** 9

**stop band (circuits and systems).** A band of frequencies that pass through a filter with a substantial amount of loss (relative to other frequency bands such as a pass band). 67

**stop-band ripple (circuits and systems).** The difference between maxima and minima of loss in a filter stop band. 67

**stop dowel (rotating machinery).** A pin fitted into a hole to limit motion of a second part. 63

**stop element (data transmission).** In a character transmitted in a start-stop system, the last element in each character, to which is assigned a minimum duration, during which the receiving equipment is returned to its rest condition in preparation for the reception of the next character. The stop element is a marking signal. 59

**stop-go pulsing (telephone switching systems).** A method of pulsing control wherein the pulsing operation may take place in stages, and the sending end is arranged to pulse the digits continuously unless or until the stop-pulsing signal is received. *Note:* When this occurs, the pulsing of the remaining digits is suspended until the sending end receives a start-pulsing signal. 55

**stop joint (power cable joint).** A joint which is designed to prevent any transfer of dielectric fluid between the cables being joined. 34

**stop lamp (illuminating engineering).** A lighting device giving a steady warning light to the rear of a vehicle or train of vehicles, to indicate the intention of the operator to diminish speed or to stop. 167

**stop-motion switch (elevators).** *See:* **machine final-terminal stopping device.**

**stop or throttle valve(s) (control systems for steam turbine-generator units).** Those valve(s) that normally provide fast interruption of the main energy input to the turbine. Throttle valves are sometimes used for turbine control during start-up. *Note:* The term stop valve is defined as an open or closed valve. A throttle valve has some portion of its opening through which it can modulate flow. 522

**stopping device (5) (power system device function numbers).** A control device used primarily to shut down an equipment and hold it out of operation. This device may be manually or electrically actuated, but excludes the function of electrical lockout on abnormal conditions. *See:* **lockout relay, device number 86.** 402

**stopping off.** The application of a resist to any part of a cathode or plating rack. *See:* **electroplating.** 328

**stop-pulsing signal (telephone switching systems).** A signal transmitted from the receiving end to the sending end of a trunk to indicate that the receiving end is not in a condition to receive pulsing. 55

**stop-record signal (facsimile).** A signal used for stopping the process of converting the electrical signal to an image on the record sheet. *See:* **facsimile signal (picture signal).** 12

**stop signal (facsimile).** A signal which initiates the transfer of a facsimile equipment condition from active to standby. *See:* **facsimile signal (picture signal).** 12

**storable swimming or wading pool (National Electrical Code).** A pool with a maximum dimension of 15 ft and a maximum wall height of 3 ft and is so constructed that it may be readily disassembled for storage and reassembled to its original integrity. 256

**storage (electronic computation).** (1) The act of storing information. (2) Any device in which information can be stored, sometimes called a memory device. (3) In a computer, a section used primarily for storing information. Such a section is sometimes called a memory or store (British). *Notes:* (A) The physical means of storing information may be electrostatic, ferroelectric, magnetic, acoustic, optical, chemical, electronic, electric, mechanical, etcetera, in nature. (B) Pertaining to a device in which data can be entered, in which it can be held, and from which it can be retrieved at a later time. *See:* **store.** 255, 77, 54

**storage allocation (computing systems).** The assignment of sequences of data or instructions to specified blocks of storage. 255, 77

**storage assembly (storage tubes).** An assembly of electrodes (including meshes) that contains the target together with electrodes used for control of the storage process, those that receive an output signal, and other members used for structural support. *See:* **storage tube.** 174

**storage battery (National Electrical Code).** A battery comprised of one or more rechargeable cells of the lead-acid, nickel-cadmium, or other rechargeable electrochemical types. 256

**storage capacity.** The amount of data that can be contained in a storage device. *Notes:* (1) The units of capacity are bits, characters, words, etcetera. For example, capacity might be "32 bits," "10 000 decimal digits," "16 384 words with 10 alphanumeric characters each." (2) When comparisons are made among devices using different character sets and word lengths, it may be convenient to express the capacity in equivalent bits, which is the number obtained by taking the logarithm to the base 2 of the number of usable distinguishable states in which the storage can exist. (3) The storage (or memory) capacity of a computer usually refers only to the internal storage section. 235

**storage cell (secondary cell or accumulator) (1) (electric energy).** A galvanic cell for the generation of electric energy in which the cell, after being discharged, may be restored to a fully charged condition by an electric current flowing in a direction opposite to the flow of current when the cell discharges. *See:* **electrochemistry.** 328

BURSTA0401316

34 Std 404-1986 (ANSI/IEEE) Cable Joints for Use with Extruded Dielectric Cable Rated 5000 through 46 000 Volts, and Cable Joints for Use with Laminated Dielectric Cable Rated 2500 through 500 000 Volts, Standard for

35 Std 422-1977 (ANSI/IEEE) (revised in 1986) See code 477.

36 Std 430-1976 (ANSI/IEEE) (revised in 1986) See code 509.

37 Std 432-1976 (ANSI/IEEE) (reaffirmed 1982) Insulation Maintenance for Rotating Electrical Machinery (5 hp to less than 10 000 hp), Guide for

38 Std 450-1987 (ANSI/IEEE) Maintenance, Testing and Replacement of Large Lead Storage Batteries for Generating Stations and Substations, Recommended Practice for.

39 Std 455-1976 (ANSI/IEEE) (revised in 1985) See code 529.

40 Std 488-1978 (ANSI/IEEE) Standard Digital Interface for Programmable Instrumentation (includes supplement).

41 Std 498-1985 (ANSI/IEEE) Measuring and Test Equipment Used in the Construction and Maintenance of Nuclear Power Generating Stations, Standard Requirements for the Calibration and Control of.

42 Std 511-1979 (ANSI/IEEE) Video Signal Transmission Measurement of Linear Waveform Distortion, Standard on.

43 Std 518-1982 (ANSI/IEEE) Installation of Electrical Equipment to Minimize Noise Inputs to Controllers from External Sources, Guide for the.

44 Std 521-1984 (ANSI/IEEE) Letter Designations for Radar Frequency Bands.

45 Std 524-1980 (ANSI/IEEE) Installation of Overhead Transmission Line conductors, Guide to the. See codes 431 and 458

46 Std 528-1984 (ANSI/IEEE) Inertial Sensor Terminology.

47 Std 544-1975 (IEEE) Electrothermic Power Meters, Standard for.

48 Sequential Events Recording Systems terms prepared by the Power Generation Committee of the Power Engineering Society in 1974. (Terms approved for Dictionary use only).

49 Std 570-1975 (IEEE) System Voltage Nomenclature Table for Use in all Industrial and Commercial Power Systems Standards and Committee Reports. Note: Not published as a separate standard. Technical information incorporated in IEEE Std 141-1976 and ANSI C84.1-1977.

50 Std 579-1975 (IEEE) Test Procedures AC HV Circuit Breakers for Load Current Switching Requirements and Test Duties. See C37.09

51 Std 583-1975 (IEEE) (revised in 1982) Modular Instrumentation and Digital Interface System (CAMAC). See IEEE Std 595 and IEEE Std 596.

52 Std 590-1977 (IEEE) Cable Plowing Guide.

53 Std C57.12.80 (ANSI/IEEE) (reaffirmed 1986) Terminology for Power and Distribution Transformers.

54 Mil. Std. 1309B; Automated Instrumentation 9.8 Terms for Test Measurement, and Diagnostic Equipment, Definitions of

55 Std 312-1977 (ANSI/IEEE) Communication Switching, Standard Definitions of Terms for.

56 Std C85.1-1963 (ANSI) (a) 1966 (b) 1972 Terminology for Automatic Control.

57 IEEE Power Engineering Society Committee on Insulated Conductors.

58 IEEE Power Engineering Society Committee on Power Generation.

59 Std 599-1985 (ANSI/IEEE) Power Systems Data Transmission and Related Channel Terminology, Standard Definitions of.

60 IEEE Power Engineering Society Committee on Power System Relaying.

61 IEEE Information Theory Group.

62 IEEE Power Engineering Society Committee on Surge Protective Devices. See codes 2 and 91.

63 IEEE Power Engineering Society Committee on Rotating Machinery.

64 IEEE Power Engineering Society Committee on Transmission and Distribution.

65 IEEE Industry Applications Society Committee on Petroleum and Chemical Industry. Definitions taken from the NFPA (National Fire Protection Association)

BURSTA0401320

**66** IEEE Industry Application Society Committee on Static Power Converters.

**67** IEEE Circuits and Systems Society. Network Applications of Circuits and Systems.

**68** IEEE Instrumentation and Measurement Society, Nonreal Time Spectrum Analyzer.

**69** IEEE Instrumentation and Measurement Society, Test, Measurement, and Diagnostic Equipment. See code 54.

**70** Switchgear terms derived from C37.100-1975 and C37.23. For current terms see code 103.

**71** Std SE3.13-1974 (ANSI); NFPA 72E-1974, Standard on Automatic Fire Detectors.

**72** IEEE Ultrasonics, Ferroelectrics, and Frequency Control Society. Definitions for specific (acoustic-optical) devices, delay lines, and ferroelectric material terms. See codes 80, 81, and 82.

**73** IEEE Industry Applications Society, Subcommittee 2-447-02 on Emergency and Standby Power Systems. See code 89.

**74** IEEE Communications Society, Committee on Space Communications. Definitions of Communication Satellite Terms. See code. 84.

**75** See code 159.

**76** Std 484-1987 (ANSI/IEEE) Installation Design and Installation of Large Lead Storage Batteries for Generating Stations and Substations, Recommended Practice for

**77** IEEE Computer Society, Computing Systems.

**78** Std C37.23-1969 (ANSI/IEEE) (revised in 1987). See code 574.

**79** Std C37.100-1981 (ANSI/IEEE). Power Systems Relaying Committee. See code 103.

**80** IEEE Ultrasonics, Ferroelectrics, and Frequency Control Society. Definitions replaced by those in ANSI/IEEE Std 180-1986, code 497. See code 247.

**81** IEEE Ultrasonics, Ferroelectrics, and Frequency Control Society. Definitions for Delay Lines, Dispersive and Nondispersive.

**82** IEEE Ultrasonics, Ferroelectrics, and Frequency Control Society. Definitions for Acousto-Optic Devices.

**83** IEEE Communications Society, Space Communications Committee. Component parts of communications systems; Communications satellite terms.

**84** IEEE Communications Society, Space Communications Committee. Communications System Methods and Functions.

**85** IEEE Communications Society, Space Communications Committee. Transmission and Propagation Terms.

**86** Std C55.2-1974 (ANSI). See codes 138 and 474.

**87** Std C104.2-1968 (ANSI); EIA RS 330-1966 Closed Circuit Television Camera 525/60 Interface 2:1, Electrical Performance of

**88** Std 91-1973 (ANSI/IEEE)(revised in 1984). See code 451.

**89** Std 446-1980 (ANSI/IEEE)(revised in 1987). See code 512.

**90** Std C37.90.1-1974 (ANSI/IEEE)(reaffirmed 1979). Surge Withstand Capability (SWC) Tests, Guide for. (Included in ANSI/IEEE Std C37.90-1978) (reaffirmed 1982).

**91** Std 32-1972 (ANSI/IEEE)(reaffirmed 1984). Neutral Grounding Devices. Requirements, Terminology, and Test Procedure for.

**92** Std C37.60-1981 (ANSI/IEEE)(reaffirmed 1986)(previously IEEE Std 437-1974). Requirements for Overhead, Pad-Mounted, Dry Vault, and Submersible Automatic Circuit Reclosers and Fault Interrupters for AC Systems.

**93** Std C37.20-1969 (ANSI/IEEE)(reaffirmed 1981). Switchgear Assemblies Including Metal-Enclosed Bus. See codes 572, 573, and 579.

**94** Std 94-1970 (IEEE)(withdrawn). Automatic Generation Control on Electric Power Systems, Standard Definitions of Terms for.

**95** Std 295-1969 (ANSI/IEEE)(reaffirmed 1981). Electronics Power Transformers, Standard for.

**96** Std 309-1970 (ANSI/IEEE)(reaffirmed 1984). Geiger-Muller Counters, Test Procedure for.

**97** Std 402-1974 (ANSI/IEEE)(reaffirmed 1982). Measuring Resistivity of Cable Insulation Materials at High Direct Voltages, Guide for.

**98** Std 282-1968 (IEEE)(withdrawn 1978).

**99** Std 387-1984 (ANSI/IEEE). Diesel Generator

BURSTA0401321

**242** Std 270-1964 (IEEE)(withdrawn). Modulation Systems, Standard Definitions of Terms for. See code 415.

**243** Std223-1966 (IEEE)(withdrawn). Thyristors, Definitions of Terms for.

**244** IEC--International Electrotechnical Commission.

**245** Std 216-1960 (IEEE)(reaffirmed 1980). Semiconductor Terms, Definitions of.

**246** Std 149-1979 (Ansi/IEEE)(reffirmed 1986). Antennas, Test Procedure for.

**247** Std 180-1962 (IEEE). Replaced by ANSI/IEEE Std 180-1986, code 497.

**248** Std 221-1962 (IEEE)(withdrawn). Thermoelectric Device Terms, Definitions of.

**249** Std 258-1965 (IEEE)(withdrawn). Close-Talking Pressure-Type Microphones, Test Procedure for.

**250** See codes 166 and 267.

**251** See code 166.

**252** Std 196-1951 (IEEE)(withdrawn). Transducers, Standard Definitions of Terms for.

**253** Std 257-1964 (IEEE)(withdrawn). Burst Measurements in the Time Domain, Recommended Practices for.

**254** Std 194-1977 (IEEE). Standard Pulse Terms and Definitions.

**255** Std X3.12-1970 (ANSI); Std 2382/V, VI (ISO) Vocabulary for Information Processing.

**256** NFPA No.70-1978 (previously Std C1-1978). National Electrical Code.

**257** Std C57.15-1968 (ANSI). Requirements, Terminology, and Test Code-Voltage and Induction Voltage Regulators.

**258** Std C57.18-1964 (ANSI)(reaffirmed 1971). Pool-Cathode Mercury-Arc Rectifier Transformers, Requirements, Terminology, and Test Code for.

**259** Std C83.16-1971 (ANSI) Relays and Electronic Equipment, Definitions and Terminology for.

**260** Std C84.1-1970 (ANSI)(revised in 1977); IEC 38 and 71 Voltage Ratings for Electric Power Systems and Equipment (60 Hz), including Supplement C84.1A-1973.

**261** Std C29.1-1961 (ANSI)(reaffirmed 1974). Electrical Power Insulators, Test Methods for, including Addendum C29.2A (reaffirmed 1974).

**262** Std C2.2-1960 (ANSI). Safety Rules for the Installation and Maintenance of Electric Supply and Communication Lines, including Supplement C2.2B-1965.

**263** Std C71.1-1972 (ANSI) Household Electric Ranges (AHAM ER-1), including Supplements C71.1A-1975 and C71.1B-1975.

**264** Std C87.1-1971 (ANSI); NEMA Publication EW 1-1970. Electric Arc Welding Apparatus.

**265** Std C83.14-1963 (ANSI)(reaffirmed 1969) EIA RS 225-1959; IEC 339-1. Requirements for Rigid Coaxial Transmission Lines--50 ohms.

**266** Std C85.1-1963 (ANSI). Automatic Control, Terminology for, including Supplements C85.1A-1966 and C85.1B-1972.

**267** Std 146-1980 (ANSI/IEEE). Fundamental Waveguide Terms, Definitions of.

**268** Std C82.1-1972 (ANSI). Fluorescent Lamp Ballasts, including Supplement C82.1A-1973, Specifications for.

**269** Std C82.4-1974 (ANSI); IEC 262. Mercury Lamp Ballasts (Multiple Supply Type), Specifications for.

**270** Std C82.3-1972 (ANSI); IEC 82. Fluorescent Lamp Reference Ballasts, Specifications for.

**271** Std C82.9-1971 (ANSI). High-Intensity Discharge Lamp Ballasts and Transformers, Definitions for.

**272** See code 292.

**273** See code 2.

**274** Std C82.7-1971 (ANSI); IEC 262. Mercury Lamp Transformers, Constant Current (Series) Supply Type, Specifications for.

**275** Std C82.8-1963 (ANSI)(reaffirmed 1971). Incandescent Filament Lamp Transformers, Constant Current (Series) Supply Type, Specifications for.

**276** Std C92.1-1971 (ANSI). Voltage Values for Preferred Transient Insulation Levels.