# Exhibit 18

Dockets.Justia.com



# Webster's New Collegiate Dictionary

*A Merriam-Webster*

BURSTA0401341

Copyright © 1981 by G. & C. Merriam Co.

Philippines Copyright 1981 by G. & C. Merriam Co.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's new collegiate dictionary.

  Editions for 1898–1948 have title: Webster's collegiate dictionary.
  Includes index.
  1. English language—Dictionaries.
PE1628.W4M4    1981    423    80-25144
ISBN 0-87779-408-1
ISBN 0-87779-409-x (indexed)
ISBN 0-87779-410-3 (deluxe)

Webster's New Collegiate Dictionary principal copyright 1973

COLLEGIATE trademark Reg. U.S. Pat. Off.

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.*

Made in the United States of America

504948    RMcN8281

BURSTA0401342

JNTRY
neroon
itral African
impire
id
igo
Brazzaville)
iin
nce
>on
nea
ry Coast
:embourg
dagascar
li
uritania
er
anda
egal
tzerland

:o
er Volta
ti
iguay
herlands
ua New Guinea
s
choslovakia
and
:den
imark
way
awi
ibia
ma
ania
iduras
ra Leone
aania
zaria
,
key
: Germany
and
:ria
ga
ao
atorial Guinea
in
:ntina
via
e
ombia
a
iinican
epublic
ico
ippines
guay
rus
pt
nd
il
mon:
a
babwe
hodesia
m
i
ed Kingdom
xmala
wana
tho
h Africa
riland
n
:n Arab Rep.
bodia
li Arabia
S.R.
an

| NAME | SYMBOL | SUBDIVISIONS | COUNTRY |
|---|---|---|---|
| rupee | Re (pl Rs) | 100 paise | India |
| rupee | Re (pl Rs) | 100 cents | Mauritius |
| rupee | Re (pl Rs) | 100 paise | Nepal |
| rupee | Re (pl Rs) | 100 paisa | Pakistan |
| rupee | Re (pl Rs) | 100 cents | Seychelles |
| rupee | Re (pl Rs) | 100 cents | Sri Lanka |
| rupiah | Rp | 100 sen | Indonesia |
| schilling | S or Sch | 100 groschen | Austria |
| shilingi or shilling | Sh | 100 senti | Tanzania |
| shilling | Sh | 100 cents | Kenya |
| shilling | Sh or So Sh | 100 cents | Somalia |
| shilling | Sh | 100 cents | Uganda |
| sol | S/ or $ | 100 centavos | Peru |
| sucre | S/ | 100 centavos | Ecuador |
| taka | | 100 paisa | Bangladesh |
| tala | WS$ | 100 senes | Western Samoa |
| tical — see BAHT, above | | | |
| tugrik | | 100 mongo | Outer Mongolia |
| won | W | 100 jun | North Korea |
| won | W | 100 chon | South Korea |
| yen | ¥ or Y | 100 sen | Japan |
| yuan | $ | 10 chiao / 100 fen | China (mainland) |
| yuan or dollar | NT$ | 10 chiao | China (Taiwan) |
| zaire | Z | 100 makuta (sing: likuta), 10,000 sengi | Zaire |
| zloty | Z1 or Z | 100 groszy | Poland |

**mon·ey·bags** \'mən-ē-ˌbagz\ n pl but sing or pl in constr 1 : WEALTH 2 : a wealthy person
**money changer** n 1 : one whose occupation is the exchanging of kinds or denominations of currency 2 : a device for holding and dispensing sorted change
**mon·eyed** also **mon·ied** \'mən-ēd\ adj 1 : having money : WEALTHY 2 : consisting in or derived from money
**mon·ey·er** \'mən-ē-ər\ n [ME, fr. OF monier, fr. LL monetarius master of a mint, coiner, fr. monetarius of a mint] : an authorized coiner of money : MINTER
**mon·ey·lend·er** \'mən-ē-ˌlen-dər\ n : one whose business is lending money; specif : PAWNBROKER
**mon·ey·mak·er** \'mən-ē-ˌmā-kər\ n 1 : one that accumulates wealth 2 : a plan or product that produces profit — **mon·ey·mak·ing** \-kiŋ\ adj or n
**money of account** : a denominator of value or basis of exchange which is used in keeping accounts and for which there may or may not be an equivalent coin or denomination of paper money
**money order** n : an order issued by a post office, bank, or telegraph office for payment of a specified sum of money usu. at another office
**mon·ey·wort** \'mən-ē-ˌwort, -ˌwō(ə)rt\ n : a trailing perennial herb (Lysimachia nummularia) with rounded opposite leaves and solitary yellow flowers in their axils
¹**mon·ger** \'məŋ-gər, 'mäŋ-\ n [ME mongere, fr. OE mangere, fr. L mangon-, mango, of Gk origin; akin to Gk manganon charm, philter — more at MANGONEL] 1 : BROKER, DEALER — usu. used in combination ⟨alemonger⟩ 2 : one who attempts to stir up or spread something that is usu. petty or discreditable — usu. used in combination ⟨gossipmonger⟩ ⟨warmonger⟩
²**monger** vt **mon·gered; mon·ger·ing** \-g(ə-)riŋ\ : to deal in : PEDDLE
**mon·go** \'mäŋ-(ˌ)gō\ n, pl mongo [Mongolian] — see tugrik at MONEY table
**Mon·gol** \'mäŋ-gəl, 'mäŋ-ˌgōl, 'mäŋ-\ n [Mongolian Mongol] 1 : a member of one of the chiefly pastoral Mongoloid peoples of Mongolia 2 : MONGOLIAN 2 3 : a person of Mongoloid racial stock 4 often not cap : one affected with mongolism — **Mongol** adj
¹**Mon·go·lian** \män-'gōl-yən, mäŋ-, -'gō-lē-ən\ adj 1 : of, relating to, or constituting Mongolia, the Mongolian People's Republic, the Mongols, or Mongolian 2 : MONGOLOID
²**Mongolian** n 1 a : MONGOL 1 b : a person of Mongoloid racial stock c : a native or inhabitant of the Mongolian People's Republic 2 : the Mongolic language of the Mongol people 3 often not cap : MONGOL 4
**Mongolian fold** n [fr. its being characteristic of Mongoloid peoples] : EPICANTHIC FOLD
**Mongolian gerbil** n : a gerbil (Meriones unguiculatus) of Mongolia and northern China that has an external resemblance to a rat, has a high capacity for temperature regulation, and is used as an experimental laboratory animal
**mon·go·lian·ism** \män-'gōl-yə-ˌniz-əm, mäŋ-, -'gō-lē-ə-\ n : MONGOLISM
¹**Mon·gol·ic** \män-'gäl-ik, mäŋ-\ adj : MONGOLOID 1
²**Mongolic** n : a group of Altaic languages including Mongolian and Kalmuck
**mon·gol·ism** \'mäŋ-gə-ˌliz-əm\ n : a congenital condition which is characterized by moderate to severe mental deficiency, by slanting eyes, by a broad short skull, by broad hands with short fingers, and by trisomy of the chromosome numbered 21 in man — called also Down's syndrome
**Mon·gol·oid** \'mäŋ-gə-ˌlȯid\ adj 1 : of, constituting, or characteristic of a major racial stock native to Asia including peoples of northern and eastern Asia, Malaysians, Eskimos, and often American Indians 2 not cap : of, relating to, or affected with mongolism — **Mongoloid** n
**mon·goose** \'mäŋ-ˌgüs, 'mäŋ-\ n, pl **mon·goos·es** also **mon·geese** \-ˌgēs\ [Hindi maṅgūs, fr. Prakrit maṅgusa] : an agile grizzled ferret-sized mammal (Herpestes nyula) of India that feeds on snakes and rodents and that is related to the civets and genets; broadly : any of various related Asian and African mammals

mongoose

**mon·grel** \'məŋ-grəl, 'mäŋ-\ n [prob. fr. ME mong mixture, short for ymong, fr. OE gemong crowd — more at AMONG] 1 : an individual resulting from the interbreeding of diverse breeds or strains; esp : one of unknown ancestry 2 : a cross between types of persons or things — **mongrel** or **mon·grel·ly** \-grə-lē\ adj — **mon·grel·ism** \-grə-ˌliz-əm\ n — **mon·grel·iza·tion** \ˌməŋ-grə-lə-'zā-shən, ˌmäŋ-\ n — **mon·grel·ize** \'məŋ-grə-ˌlīz, 'mäŋ-\ vt
**monies** pl of MONEY
**mon·i·ker** or **mon·ick·er** \'män-i-kər\ n [origin unknown] slang : NAME, NICKNAME
**mo·nil·i·a·sis** \ˌmō-nə-'lī-ə-səs, ˌmän-ə-\ n, pl **-a·ses** \-ˌsēz\ [NL, fr. Monilia, genus of fungi, fr. L monile necklace] : CANDIDIASIS; specif : THRUSH
**mo·nil·i·form** \mə-'nil-ə-ˌförm\ adj [L monile necklace — more at MANE] : jointed or constricted at regular intervals so as to resemble a string of beads ⟨a ~ root⟩ ⟨~ insect antennae⟩ — **mo·nil·i·form·ly** adv
**mon·ish** \'män-ish\ vt [ME monesen, alter. of monesten, fr. OF monester, fr. (assumed) VL monestare, fr. L monēre to warn] : WARN
**mo·nism** \'mō-ˌniz-əm, 'män-ˌiz-\ n [G monismus, fr. mon- + -ismus -ism] 1 a : a view that there is only one kind of ultimate substance b : the view that reality is one unitary organic whole with no independent parts 2 : MONOGENESIS — **mo·nist** \'mō-nəst, 'män-əst\ n — **mo·nis·tic** \mō-'nis-tik, mä-\ or **mo·nis·ti·cal** \-ti-kəl\ adj
**mo·ni·tion** \mō-'nish-ən, mə-\ n [ME monicioun, mə-\ n [ME monicioun, fr. MF monition, fr. L monition-, monitio, fr. monitus, pp. of monēre] 1 : WARNING, CAUTION 2 : an intimation of danger
¹**mon·i·tor** \'män-ət-ər\ n [L, one that warns, overseer, fr. monitus, pp. of monēre to warn — more at MIND] 1 a : a student appointed to assist a teacher b : a person or thing that warns or instructs c : one that monitors or is used in monitoring: as (1) : a receiver used to view the picture being picked up by a television camera (2) : a device for observing a biological condition or function ⟨a heart ~⟩ (3) : software or hardware that monitors the operation of a system and esp. a computer system 2 : any of various large tropical Old World pleurodont lizards ⟨genus Varanus and family Varanidae⟩ closely related to the iguanas 3 [Monitor; first ship of the type] a : a heavily armored warship formerly used in coastal operations having a very low freeboard and one or more revolving gun turrets b : a small modern warship with shallow draft for coastal bombardment 4 : a raised central portion of a roof having low windows or louvers for providing light and air — **mon·i·to·ri·al** \ˌmän-ə-'tōr-ē-əl, -'tȯr-\ adj — **mon·i·tor·ship** \'män-ət-ər-ˌship\ n — **mon·i·tress** \'män-ə-trəs\ n
²**monitor** vt **mon·i·tored; mon·i·tor·ing** \'män-ət-ə-riŋ, 'män-ə-triŋ\ 1 : to check (as a radio or television signal or program) by means of a receiver for quality or fidelity to a band or for military, political, or criminal significance 2 : to test for intensity of radiations esp. if due to radioactivity 3 : to watch, observe, or check esp. for a special purpose 4 : to keep track of, regulate, or control the operation of (as a machine or process) 5 : to check or regulate the volume or quality of (sound) in recording
¹**mon·i·to·ry** \'män-ə-ˌtōr-ē, -ˌtȯr-\ adj [L monitorius, fr. monitus] : giving admonition : WARNING
²**monitory** n, pl **-ries** : a letter containing an admonition or warning
¹**monk** \'məŋk\ n [ME, fr. OE munuc, fr. LL monachus, fr. LGk monachos, fr. Gk, adj., single, fr. monos single, alone; akin to OHG mengen to lack, Gk manos sparse] : a man who is a member of a religious order and lives in a monastery; also : FRIAR
²**monk** n : MONKEY
**monk·ery** \'məŋ-kə-rē\ n, pl **-er·ies** 1 : monastic life or practice : MONASTICISM 2 : a monastic house : MONASTERY
¹**mon·key** \'məŋ-kē\ n, pl **monkeys** [prob. of LG origin; akin to Moneke, name of an ape, prob. of Romance origin; akin to OSp mona monkey] 1 : a primate mammal with the exception of man and usu. the lemurs and tarsiers; esp : any of the smaller longer-tailed primates as contrasted with the apes 2 a : a person resembling a monkey b : a ludicrous figure : DUPE 3 : any of various machines, implements, or vessels; esp : the falling weight of a pile driver 4 : a desperate desire for or addiction to drugs — often used in the phrase monkey on one's back
²**monkey** vb **mon·keyed; mon·key·ing** vi 1 : to act in a grotesque or mischievous manner 2 a : FOOL, TRIFLE b : TAMPER ~ vt : MIMIC, MOCK
**monkey jacket** n : MESS JACKET
**mon·key·pod** \'məŋ-kē-ˌpäd\ n 1 : an ornamental tropical tree (Pithecolobium saman) that has bipinnate leaves, globose clusters of flowers with crimson stamens, sweet-pulp pods eaten by cattle, and wood used in carving — called also rain tree 2 : the wood of a monkeypod
**mon·key·shine** \-ˌshīn\ n : PRANK — usu. used in pl.
**monkey wrench** n 1 : a wrench with one fixed and one adjustable jaw at right angles to a straight handle 2 : something that disrupts ⟨threw a monkey wrench into the peace negotiations⟩

| ə abut | ᵊ kitten | ər further | a back | ā bake | ä cot, cart |
| au out | ch chin | e less | ē easy | g gift | i trip | ī life |
| j joke | ŋ sing | ō flow | ȯ flaw | ȯi coin | th thin | t͟h this |
| ü loot | u̇ foot | y yet | yü few | yu̇ furious | zh vision |

BURSTA0401345

Case 3:06-cv-00019-MHP    Document 70    Filed 11/22/2006    Page 5 of 5

**mul·ti·mil·lion·aire** \ˌməl-ti-ˌmil-yə-ˈna(ə)r, -ˌtī-, -ˈne(ə)r, -ˈmil-yə-ˌ\ n : one whose wealth is estimated at many millions

**mul·ti·na·tion·al** \-ˈnash-nəl, -ən-ᵊl\ adj 1 a : of, relating to, or involving more than two nations (a ~ alliance) b : having divisions in more than two countries (a ~ corporation) 2 : of or relating to more than two nationalities (a ~ society) — **multinational** n

**mul·ti·no·mi·al** \-ˈnō-mē-əl\ n [multi- + -nomial (as in binomial)] : a mathematical expression that consists of the sum of several terms : POLYNOMIAL — **multinomial** adj

**mul·ti·nu·cle·ar** \ˌməl-ti-ˈnyü-klē-ər, -ˌtī-\ adj : MULTINUCLEATE

**mul·ti·nu·cle·ate** \-klē-ət\ also **mul·ti·nu·cle·at·ed** \-klē-ˌāt-əd\ adj [ISV] : having more than two nuclei

**mul·tip·a·rous** \ˌməl-ˈtip-ə-rəs\ adj [NL multiparus, fr. multi- + -parus -parous] 1 : producing many or more than one at a birth 2 : having experienced one or more previous parturitions

**mul·ti·par·tite** \ˌməl-ti-ˈpär-ˌtīt\ adj [L multipartitus, fr. multi- + partitus, pp. of partire to divide, fr. part-, pars part] 1 : divided into several or many parts 2 : having numerous members or signatories (a ~ treaty)

**mul·ti·par·ty** \ˌməl-ti-ˈpärt-ē, -ˌtī-\ adj : of, relating to, or involving more than two parties (our two-party system cloaks a ~ reality — Dean Acheson)

**mul·ti·phase** \-ˌfāz\ adj : having various phases; esp : POLYPHASE

**mul·ti·pha·sic** \ˌməl-ti-ˈfā-zik, -ˌtī-\ adj : having various phases or elements (a ~ test)

¹**mul·ti·ple** \ˈməl-tə-pəl\ adj [F, fr. L multiplex, fr. multi- + -plex -fold — more at SIMPLE] 1 : consisting of, including, or involving more than one (~ births) 2 : MANY, MANIFOLD (~ achievements) 3 : shared by many (~ ownership) 4 : having numerous aspects or functions : VARIOUS 5 a : being a circuit with a number of conductors in parallel b : being a group of terminals which make a circuit available at a number of points 6 : formed by coalescence of the ripening ovaries of several flowers (a ~ fruit)

²**multiple** n 1 a : the product of a quantity by an integer (35 is a ~ of 7) b : an assemblage with respect to any of its divisions or parts (lay mines in ~) 2 : PARALLEL 4b

**multiple allele** n : any of more than two allelic factors located at one chromosomal locus

**multiple-choice** adj 1 : having several answers from which one is to be chosen (a ~ question) 2 : composed of multiple-choice questions (a ~ test)

**multiple factor** n : one of a group of nonallelic genes that according to the multiple-factor hypothesis control various quantitative hereditary characters

**multiple myeloma** n : a disease of bone marrow that is characterized by the presence of numerous myelomas in various bones of the body

**multiple regression** n : regression in which one variable is estimated by the use of more than one other variable

**multiple sclerosis** n : a diseased condition marked by patches of hardened tissue in the brain or the spinal cord and associated esp. with partial or complete paralysis and jerking muscle tremor

**multiple star** n : several stars in close proximity that appear to form a single system

**multiple store** n, chiefly Brit : CHAIN STORE

**mul·ti·plet** \ˈməl-tə-plət\ n 1 : a spectrum line having several components 2 : a group of elementary particles that are different in charge but similar in other properties (as mass)

**mul·ti·ple-val·ued** \ˌməl-tə-pəl-ˈval-(ˌ)yüd\ adj : having at least one and sometimes more of the values of the range associated with each value of the domain (a ~ function) — compare SINGLE-VALUED

**multiple voting** n : illegal voting by one person in two or more constituencies

¹**mul·ti·plex** \ˈməl-tə-ˌpleks\ adj [L] 1 : MANIFOLD, MULTIPLE (the ~ moods of our human nature —Herbert Read) 2 : being or relating to a system of transmitting several messages simultaneously on the same circuit or channel

²**multiplex** vt : to send (messages or signals) by a multiplex system ~ vi : to multiplex messages or signals — **mul·ti·plex·er** or **mul·ti·plex·or** \-ˌər\ n

**mul·ti·pli·able** \ˌməl-tə-ˈplī-ə-bəl\ adj : capable of being multiplied

**mul·ti·pli·ca·ble** \ˌməl-tə-ˈplik-ə-bəl\ adj : MULTIPLIABLE

**mul·ti·pli·cand** \ˌməl-tə-pli-ˈkand\ n [L multiplicandus, gerundive of multiplicare] : the number that is to be multiplied by another

**mul·ti·pli·cate** \ˈməl-tə-ˈtip-li-kət\ adj [ME, fr. L multiplicatus, pp.] : MULTIPLE

**mul·ti·pli·ca·tion** \ˌməl-tə-plə-ˈkā-shən\ n [ME multiplicacioun, fr. MF multiplication, fr. L multiplication-, multiplicatio, fr. multiplicatus, pp. of multiplicare to multiply] 1 : the act or process of multiplying : the state of being multiplied 2 : a mathematical operation that at its simplest is an abbreviated process of adding an integer to itself a specified number of times and that is extended to other numbers in accordance with laws that are valid for integers

**multiplication sign** n : a symbol used to indicate multiplication: a : TIMES SIGN b : DOT 2b

**mul·ti·pli·ca·tive** \ˌməl-tə-ˈplik-ət-iv, ˈməl-tə-plə-ˌkāt-\ adj : tending or having the power to multiply numbers — **mul·ti·pli·ca·tive·ly** adv

**multiplicative identity** n : an identity element (as 1 in the group of rational numbers without 0) that in a given mathematical system leaves unchanged any element by which it is multiplied

**multiplicative inverse** n : an element of a mathematical set that, when multiplied by a given element yields the identity element — called also reciprocal

**mul·ti·plic·i·ty** \ˌməl-tə-ˈplis-ət-ē\ n, pl -ties [MF multiplicité, fr. LL multiplicitat-, multiplicitas, fr. L multiplic-, multiplex] 1 : the quality or state of being multiple or various (the vast ~ of the visible world —Howard Nemerov) 2 : a great number (a ~ of errors) 3 : the number of components in a system (as a multiplet or a group of energy states)

**mul·ti·pli·er** \ˈməl-tə-ˌplī-(ə)r\ n : one that multiplies: as a : a number by which another number is multiplied b : an instrument or device for multiplying or intensifying some effect c : a key-operated machine or mechanism or circuit on a machine that multiplies figures and records the products d : the ratio between the ultimate increase of income arising from an increment of investment and the initial new investment itself

¹**mul·ti·ply** \ˈməl-tə-ˌplī\ vb -plied; -ply·ing [ME multiplien, fr. OF multiplier, fr. L multiplicare, fr. multiplic-, multiplex multiple] vt 1 : to increase in number esp. greatly or in multiples : AUGMENT 2 a : to combine by multiplication (~ 7 and 8) b : to combine with (another number) by multiplication (7 multiplied by 8 is 56) ~ vi 1 a : to become greater in number : SPREAD b : BREED, PROPAGATE 2 : to perform multiplication syn see INCREASE

²**mul·ti·ply** \-plē\ adv : in a multiple manner : in several ways (the use of ~ applicable names —A. I. Melden)

**mul·ti·ply** \ˌməl-ti-ˈplī\ adj : composed of several plies

**mul·ti·po·lar** \ˌməl-ti-ˈpō-lər, -ˌtī-\ adj [ISV] 1 : having several poles (a ~ generator) 2 : having several dendrites (~ nerve cells) — **mul·ti·po·lar·i·ty** \-pō-ˈlar-ət-ē\ n

**mul·ti·pro·cess·ing** \-ˈpräs-ˌes-iŋ, -ˈpräs-əs-, -ˈprōs-\ n : the processing of several computer programs at the same time esp. by a computer system with several processors sharing a single memory — **mul·ti·pro·ces·sor** \-ˌes-ər, -əs-\ n

**mul·ti·pro·gram·ming** \-ˈprō-ˌgram-iŋ, -grəm-\ n : the technique of utilizing several interleaved programs concurrently in a single computer system

**mul·ti·pronged** \-ˈproŋd\ adj 1 : having several prongs (~ fishing spears) 2 : having several distinct aspects or elements (a ~ attack on the problem)

**mul·ti·pur·pose** \-ˈpər-pəs\ adj : having or serving several purposes

**mul·ti·ra·cial** \ˌməl-ti-ˈrā-shəl, -ˌtī-\ adj : composed of, involving, or representing various races (~ organizations) — **mul·ti·ra·cial·ism** \-shə-ˌliz-əm\ n

**mul·ti·sense** \-ˌsen(t)s\ adj : having several meanings (~ words)

**mul·ti·sen·so·ry** \-ˈsen(t)s-(ə-)rē\ adj : relating to or involving several physiological senses (~ teaching methods) (~ experience)

**mul·ti·stage** \-ˌstāj\ adj 1 : having successive operating stages; esp : having propulsion units that operate in turn (~ rockets) 2 : conducted by stages (a ~ investigation)

**mul·ti·state** \-ˈstāt\ adj 1 : of, relating to, or involving several states (a ~ attack on environmental pollution) 2 : having divisions in several states (~ enterprises)

**mul·ti·sto·ry** \-ˈstōr-ē, -ˈstȯr-\ also **mul·ti·sto·ried** \-ēd\ adj : having several stories (~ buildings)

**mul·ti·syl·lab·ic** \-sə-ˈlab-ik\ adj : POLYSYLLABIC

**mul·ti·tude** \ˈməl-tə-ˌt(y)üd\ n [ME, fr. MF or L; MF, fr. L multitudin-, multitudo, fr. multus much — more at MELIORATE] 1 : the state of being many 2 : a great number : HOST (a ~ of voices) 3 : CROWD (buses disgorged their ~s —Mollie Panter-Downes) 4 : POPULACE, PUBLIC (seeks the . . . approbation of the ~ —Arthur Knight)

**mul·ti·tu·di·nous** \ˌməl-tə-ˈt(y)üd-nəs, -ᵊn-əs\ adj 1 : including a multitude of individuals : POPULOUS 2 : existing in a great multitude 3 : existing in or consisting of innumerable elements or aspects — **mul·ti·tu·di·nous·ly** adv — **mul·ti·tu·di·nous·ness** n

**mul·tiv·a·lence** \ˌməl-ˈtiv-ə-lən(t)s\ n : the quality or state of having many values, meanings, or appeals

**mul·ti·va·lent** \ˌməl-ti-ˈvā-lənt, -ˌtī-, esp in sense 3 ˌməl-ˈtiv-ə-\ adj [ISV] 1 : POLYVALENT 2 : represented more than twice in the somatic chromosome number (~ chromosomes) 3 : having many values, meanings, or appeals — **multivalent** n

**mul·ti·val·ued** \ˌməl-ti-ˈval-(ˌ)yüd, -yəd\ adj : having several or many values

**mul·ti·var·i·ate** \-ˈver-ē-ət, -ē-ˌāt\ adj [multi- + variable + -ate] : having or involving a number of independent mathematical variables — used esp. in statistical analysis

**mul·ti·ver·si·ty** \-ˈvər-sət-ē, -ˌstē\ n, pl -ties [multi- + -versity (as in university)] : a very large university with many component schools, colleges, or divisions, with widely diverse functions, and, with a large staff engaged in activities other than instruction

**mul·ti·vi·ta·min** \-ˈvit-ə-mən, Brit also -ˈvīt-\ adj : containing several vitamins and esp. all known to be essential to health (a ~ formula)

**mul·ti·vol·tine** \-ˈvōl-ˌtēn, -ˈvȯl-\ adj : having several broods in a season (~ insects)

**mul·ti·vol·ume** \ˌməl-ti-ˈväl-yəm, -ˌtī-, -(ˌ)yüm\ or **mul·ti·vol·umed** \-yəmd, -(ˌ)yümd\ adj : comprising several volumes

**mul·ture** \ˈməl-chər, Scot usu ˈmüt-ər\ n [ME multyr, fr. OF molture, lit., grinding, fr. (assumed) VL molitura, fr. L molitus, pp. of molere to grind — more at MEAL] chiefly Scot : a fee for grinding grain at a mill

¹**mum** \ˈməm\ adj [prob. imit. of a sound made with closed lips] : SILENT (keep ~) — often used interjectionally

²**mum** vi **mummed**; **mum·ming** [ME mommen, fr. MF momer to go masked] 1 : to perform in a pantomime 2 : to go about merrymaking in disguise during festivals

³**mum** n [G mumme] : a strong ale or beer

⁴**mum** chiefly Brit var of MOM

⁵**mum** n : CHRYSANTHEMUM

**mum·ble** \ˈməm-bəl\ vb **mum·bled**; **mum·bling** \-b(ə-)liŋ\ [ME momelen, of imit. origin] vi : to utter words in a low confused indistinct manner : MUTTER ~ vt 1 : to utter with a low inarticulate voice 2 : to chew or bite with or as if with toothless gums — **mumble** n — **mum·bler** \-b(ə-)lər\ n

**mum·ble·ty-peg** or **mum·ble-the-peg** \ˈməm-bəl-ˌpeg, -(ˌ)blē-ˌpeg, -(ˌ)bəl-tē-, -(ˌ)bəl-thə-\ n [fr. the phrase mumble the peg; fr. the loser's originally having to pull out with his teeth a peg driven into the ground] : a game in which the players try to flip a knife from various positions so that the blade will stick into the ground

**mum·bo jum·bo** \ˌməm-bō-ˈjəm-(ˌ)bō\ n [Mumbo Jumbo, an idol or deity held to have been worshiped in Africa] 1 : an object of superstitious homage and fear 2 a : a complicated often ritualistic observance with elaborate trappings b : complicated activity

BURSTA0401346