# Exhibit 19

Dockets.Justia.com

**EXHIBIT A**

| CLAIM TERM | AGREED-UPON CONSTRUCTION |
|---|---|
| "audio/video"<br>('995: 1, 2, 3, 7, 8, 9, 15, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 44, 47, 51, 52, 80; '839: 1, 2, 3, 7, 8, 9, 15, 16, 17, 19, 20, 22, 23, 26, 27, 28, 44, 45, 46, 47, 48, 49, 50, 51, 52, 58, 59, 73, 76, 77; '705: 1, 2, 3, 12, 13, 21; '932: 4) | "audio only, video only, or audio and video (i.e. audio and/or video)" |
| "transceiver apparatus"<br>('995: 1, 2, 3, 7, 8, 9, 15, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 44, 47, 51, 52, 80; '705: 1, 2, 3; '932: 4) | "a combination of components, in a common housing, that transmits and receives data" |
| "semiconductor memory"<br>('995: 7; '839: 7) | "a form of memory that stores information in a semiconductor" |
| "analog"<br>('995: 8; '839: 8) | "information in the form of continuously varying physical quantities" |
| "digital"<br>('995: 8, 9, 15, 16, 23, 24, 25, 26, 27, 28, 51; '839: 8, 9, 23, 26, 27, 28, 51, 52, 77; '705: 1, 2, 3, 12, 21) | "information in the form of digits or discrete quantities" |
| "computer"<br>('995: 15; '839: 15) | "any device capable of accepting information, applying prescribed processes to the information, and supplying the results of these processes" |
| "fiber optic"<br>('995: 16; '839: 16) | "fibers for sending or receiving information in optical form" |
| "erasable optical disk"<br>( '839: 52) | "an optical disk storage medium that has read/write/erase capabilities" |
| "erasable optical disk means"<br>('995: 52) | "an optical disk storage medium that has read/write/erase capabilities" |
| "CD-ROM"<br>( '839: 51) | "Compact-Disc Read Only Memory." |

| "CD-ROM means"<br>('995: 51) | "Compact-Disc Read Only Memory" |
| --- | --- |
| "communications link"<br><br>('839: 19) | "a connection between one device and another provided by one or more media over which information can be transmitted and received" |
| "storing ... programs … for selective retrieval"<br><br>('839: 19, 77) | "storing programs so that a user can select which program(s) to retrieve." |