MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
GARLAND STEPHENS (admitted N.D.C.A.,
Texas Bar No. 24053910)
garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant. | Case No. 3:06-CV-00019 MHP <br><br> Hon. Marilyn Hall Patel <br><br> Complaint Filed: January 4, 2006 <br> Trial Date: February 26, 2008 |

**DECLARATION OF JOEL HALPERN IN SUPPORT OF PLAINTIFF APPLE COMPUTER, INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

Case No. 3:06-CV-00019 MHP

1  I, Joel Halpern, declare:

2  1.  I have been retained by counsel for Apple Computer, Inc. ("Apple") in the above-captioned action. I make this declaration in support of Apple's Responsive Claim Construction Brief.

2.  I have prepared and submitted a report entitled "Expert Report of Joel Halpern Re: Claim Construction of U.S. Patent Nos. 4,963,995, 5,057,932, 5,164,839, and 5,995,705," dated October 20, 2006. A true and correct copy of that report is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed December 7, 2006, at Leesburg, Virginia.

_[signature]_
Joel Halpern