1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  GARLAND STEPHENS (admitted N.D.C.A.,
   Texas Bar No. 24053910)
3  garland.stephens@weil.com
   NICHOLAS A. BROWN (Bar No. 198210)
4  nicholas.brown@weil.com
   WEIL, GOTSHAL & MANGES LLP
5  Silicon Valley Office
   201 Redwood Shores Parkway
6  Redwood Shores, CA  94065
   Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  Attorneys for Plaintiff
   APPLE COMPUTER, INC.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  APPLE COMPUTER, INC.,            Case No. C 06-0019 MHP

14             Plaintiff,            DECLARATION OF LEERON G.
                                     KALAY IN SUPPORT OF PLAINTIFF
15       v.                          APPLE COMPUTER, INC.'S CLAIM
                                     CONSTRUCTION BRIEF
16  BURST.COM, INC.,
                                     Hon. Marilyn Hall Patel
17             Defendant.
                                     Complaint Filed:  January 4, 2006
18                                   Trial Date:  February 26, 2008

19

20
         **THIS ENVELOPE CONTAINS MATERIALS SUBJECT TO A STIPULATED
21       PROTECTIVE ORDER ENTERED IN THIS ACTION.  IT IS NOT TO BE OPENED
         NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE PUBLIC,
22                        EXCEPT BY ORDER OF THE COURT.**

23

24

25

26

27

28

DECLARATION OF LEERON G. KALAY ISO APPLE'S                    Case No. C 06-0019 MHP
RESPONSIVE CLAIM CONSTRUCTION BRIEF                           SV1:\261381\01\51_l01!.DOC\15096.0006

Dockets.Justia.com

I, Leeron G. Kalay, declare:

1. I am a member of the Bar of this Court and an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Apple Computer, Inc. in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition of Richard Lang in *Burst.com v. Microsoft Corp.*, Civil No. JFM-02-2952, taken on July 23, 2003.

3. Attached hereto as **Exhibit B** is a true and correct copy of BURSTA 353338-353346 ["Instant Video Technology, Inc. Company Profile – Designers, Developers and Licensors of Interactive Network Technologies," dated March 1994].

4. Attached hereto as **Exhibit C** is a true and correct copy of BURSTA 255880-255901 [memorandum from Richard Lang to Gary Familian, dated February 16, 1995 and enclosing "Athena Requirements Specification, Work in Process, Version 0.9"].

5. Attached hereto as **Exhibit D** is a true and correct copy of BURSTA 315723-315724 [memoranda between Earl Mincer and Richard Lang, dated March 27, 1991 and April 5, 1991].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of December 2006 at Redwood Shores, California.

WEIL, GOTSHAL & MANGES LLP

By: _____/s/ Leeron G. Kalay_____
Leeron G. Kalay