MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
GARLAND STEPHENS (admitted N.D.C.A.,
Texas Bar No. 24053910)
garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant. | Case No. C 06-0019 MHP <br><br> **MANUAL FILING NOTIFICATION** <br><br> EXHIBITS A, B, C & D TO THE DECLARATION OF LEERON G. KALAY IN SUPPORT OF APPLE COMPUTER INC.'S CLAIM CONSTRUCTION BRIEF <br><br> Hon. Marilyn Hall Patel <br><br> Complaint Filed: January 4, 2006 <br> Trial Date: February 26, 2008 <br><br> **FILED UNDER SEAL** |

**THIS ENVELOPE CONTAINS MATERIALS SUBJECT TO A STIPULATED PROTECTIVE ORDER ENTERED IN THIS ACTION. IT IS NOT TO BE OPENED NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE PUBLIC, EXCEPT BY ORDER OF THE COURT.**

## MANUAL FILING NOTIFICATION

Regarding:

EXHIBIT A to the Kalay Declaration [excerpts from the deposition of Richard Lang in *Burst.com v. Microsoft Corp.*, Civil No. JFM-02-2952, taken on July 23, 2003].

EXHIBIT B to the Kalay Declaration ["Instant Video Technology, Inc. Company Profile – Designers, Developers and Licensors of Interactive Network Technologies," dated March 1994 (BURSTA0353338-0353346)].

EXHIBIT C to the Kalay Declaration [a memorandum from Richard Lang to Gary Familian, dated February 16, 1995 and enclosing "Athena Requirements Specification, Work in Process, Version 0.9" (BURSTA0255880-0255901)].

EXHIBIT D to the Kalay Declaration [memoranda between Earl Mincer and Richard Lang, dated March 27, 1991 and April 5, 1991 (BURSTA0315723-0315724)].

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reason(s):

___  Voluminous Document (PDF file size larger than efiling system allowances)

___  Unable to Scan Documents

___  Physical Object (description): _____

___  Non Graphical/Textual Computer file (audio, video, etc.) on CD or other media

_XX_  Item Under Seal

___  Conformance with the Judicial Conference Privacy Policy (General Order 53)

___  Other (description): _____

1  Dated:   December 8, 2006                WEIL, GOTSHAL & MANGES LLP

                                            By:     */s/ Leeron G. Kalay*
                                                    Leeron G. Kalay
                                                    Attorney for Plaintiff
                                                    Apple Computer, Inc.