1    MATTHEW D. POWERS (Bar No. 104795)
     matthew.powers@weil.com
2    GARLAND STEPHENS (admitted N.D.C.A.,
     Texas Bar No. 24053910)
3    garland.stephens@weil.com
     NICHOLAS A. BROWN (Bar No. 198210)
4    nicholas.brown@weil.com
     WEIL, GOTSHAL & MANGES LLP
5    Silicon Valley Office
     201 Redwood Shores Parkway
6    Redwood Shores, CA 94065
     Telephone: (650) 802-3000
7    Facsimile: (650) 802-3100

8    Attorneys for Plaintiff
     APPLE COMPUTER, INC.

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13    APPLE COMPUTER, INC.,          Case No. C 06-0019 MHP

14           Plaintiff,         **MANUAL FILING NOTIFICATION**

15       v.                 EXHIBITS A, B, C & D TO THE
                             DECLARATION OF LEERON G.
16    BURST.COM, INC.,          KALAY IN SUPPORT OF APPLE
                             COMPUTER INC.'S CLAIM
17           Defendant.        CONSTRUCTION BRIEF

18                           Hon. Marilyn Hall Patel

19                           Complaint Filed: January 4, 2006
                             Trial Date: February 26, 2008
20

21                           **FILED UNDER SEAL**

22       **THIS ENVELOPE CONTAINS MATERIALS SUBJECT TO A STIPULATED
      PROTECTIVE ORDER ENTERED IN THIS ACTION. IT IS NOT TO BE OPENED
23    NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE PUBLIC,
                EXCEPT BY ORDER OF THE COURT.**

24

25

26

27

28

Dockets.Justia.com

## MANUAL FILING NOTIFICATION

<u>Regarding:</u>

     EXHIBIT A to the Kalay Declaration [excerpts from the deposition of Richard Lang in *Burst.com v. Microsoft Corp.,* Civil No. JFM-02-2952, taken on July 23, 2003].

     EXHIBIT B to the Kalay Declaration ["Instant Video Technology, Inc. Company Profile – Designers, Developers and Licensors of Interactive Network Technologies," dated March 1994 (BURSTA0353338-0353346)].

     EXHIBIT C to the Kalay Declaration [a memorandum from Richard Lang to Gary Familian, dated February 16, 1995 and enclosing "Athena Requirements Specification, Work in Process, Version 0.9" (BURSTA0255880-0255901)].

     EXHIBIT D to the Kalay Declaration [memoranda between Earl Mincer and Richard Lang, dated March 27, 1991 and April 5, 1991 (BURSTA0315723-0315724)].

     This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

     If you are a participant on this case, this filing will be served in hard-copy shortly.

     For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reason(s):

\_\_\_    Voluminous Document (PDF file size larger than efiling system allowances)

\_\_\_    Unable to Scan Documents

\_\_\_    Physical Object (description): _____

_____

\_\_\_    Non Graphical/Textual Computer file (audio, video, etc.) on CD or other media

**XX**    Item Under Seal

\_\_\_    Conformance with the Judicial Conference Privacy Policy (General Order 53)

\_\_\_    Other (description): _____

_____

1    Dated:    December 8, 2006                    WEIL, GOTSHAL & MANGES LLP

2

3                                                 By:    _____/s/ Leeron G. Kalay_____
                                                          Leeron G. Kalay
4                                                         Attorney for Plaintiff
                                                          Apple Computer, Inc.
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28