```
 1  MATTHEW D. POWERS (Bar No. 104795)
    matthew.powers@weil.com
 2  GARLAND STEPHENS (admitted N.D.C.A.,
    Texas Bar No. 24053910)
 3  garland.stephens@weil.com
    NICHOLAS A. BROWN (Bar No. 198210)
 4  nicholas.brown@weil.com
    WEIL, GOTSHAL & MANGES LLP
 5  Silicon Valley Office
    201 Redwood Shores Parkway
 6  Redwood Shores, CA  94065
    Telephone: (650) 802-3000
 7  Facsimile: (650) 802-3100

 8  Attorneys for Plaintiff
    APPLE COMPUTER, INC.
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., | Case No. C 06-0019 MHP |
| Plaintiff, | **MANUAL FILING NOTIFICATION** |
| v. | EXHIBITS A, B, C & D TO THE DECLARATION OF LEERON G. KALAY IN SUPPORT OF APPLE COMPUTER INC.'S CLAIM CONSTRUCTION BRIEF |
| BURST.COM, INC., | |
| Defendant. | |
| | Hon. Marilyn Hall Patel |
| | Complaint Filed: January 4, 2006<br>Trial Date: February 26, 2008 |
| | **FILED UNDER SEAL** |

**THIS ENVELOPE CONTAINS MATERIALS SUBJECT TO A STIPULATED PROTECTIVE ORDER ENTERED IN THIS ACTION. IT IS NOT TO BE OPENED NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE PUBLIC, EXCEPT BY ORDER OF THE COURT.**

## MANUAL FILING NOTIFICATION

Regarding:

EXHIBIT A to the Kalay Declaration [excerpts from the deposition of Richard Lang in *Burst.com v. Microsoft Corp.*, Civil No. JFM-02-2952, taken on July 23, 2003].

EXHIBIT B to the Kalay Declaration ["Instant Video Technology, Inc. Company Profile – Designers, Developers and Licensors of Interactive Network Technologies," dated March 1994 (BURSTA0353338-0353346)].

EXHIBIT C to the Kalay Declaration [a memorandum from Richard Lang to Gary Familian, dated February 16, 1995 and enclosing "Athena Requirements Specification, Work in Process, Version 0.9" (BURSTA0255880-0255901)].

EXHIBIT D to the Kalay Declaration [memoranda between Earl Mincer and Richard Lang, dated March 27, 1991 and April 5, 1991 (BURSTA0315723-0315724)].

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___

___ Non Graphical/Textual Computer file (audio, video, etc.) on CD or other media

_XX_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

___ Other (description): _____

1  Dated:   December 8, 2006                    WEIL, GOTSHAL & MANGES LLP

                                                By:    /s/ Leeron G. Kalay
                                                       Leeron G. Kalay
                                                       Attorney for Plaintiff
                                                       Apple Computer, Inc.