1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  GARLAND STEPHENS (admitted N.D.C.A.,
   Texas Bar No. 24053910)
3  garland.stephens@weil.com
   NICHOLAS A. BROWN (Bar No. 198210)
4  nicholas.brown@weil.com
   WEIL, GOTSHAL & MANGES LLP
5  Silicon Valley Office
   201 Redwood Shores Parkway
6  Redwood Shores, CA  94065
   Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  Attorneys for Plaintiff
   APPLE COMPUTER, INC.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 APPLE COMPUTER, INC.,                  Case No. C 06-0019 MHP

14              Plaintiff,                DECLARATION OF NICHOLAS A.
                                          BROWN IN SUPPORT OF PLAINTIFF
15      v.                                APPLE COMPUTER, INC.'S CLAIM
                                          CONSTRUCTION BRIEF
16 BURST.COM, INC.,
                                          Hon. Marilyn Hall Patel
17              Defendant.
                                          Complaint Filed: January 4, 2006
18                                        Trial Date: February 26, 2008

DECLARATION OF NICHOLAS BROWN ISO APPLE'S        Case No. C 06-0019 MHP
CLAIM CONSTRUCTION BRIEF

I, Nicholas A. Brown, declare:

1. I am a member of the Bar of this Court and an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Apple Computer, Inc. in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of APBU 1-125 [application history for U.S. Patent No. 4,963,995 (Lang), filed December 27, 1988].

3. Attached hereto as **Exhibit B** is a true and correct copy of Burst's Preliminary Infringement Contentions, filed on May 22, 2006.

4. Attached hereto as **Exhibit C** is a true and correct copy of the deposition transcript of Shelia Hemami, taken on November 14, 2006.

5. Attached hereto as **Exhibit D** is a true and correct copy of APBU 414882-414945 [excerpts from DATA COMMUNICATIONS PRINCIPLES 607-669 (R. Gitlin, J. Hayes and S. Weinstein eds., Plenum Press 1992)].

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from Robert F. Graf & William Sheets, VIDEO SCRAMBLING & DESCRAMBLING FOR SATELLITE & CABLE TV 103 (2nd ed. 1998).

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from Edward A. Lee & David G. Messerschmitt, DIGITAL COMMUNICATION 598 (1988).

8. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from Bernard Sklar, DIGITAL COMMUNICATIONS: FUNDAMENTALS AND APPLICATIONS 519-523 (1988).

9. Attached hereto as **Exhibit H** is a true and correct copy of APBU 414957-414959 [excerpt from the MODERN DICTIONARY OF ELECTRONICS (6th Ed.) (definition of "burst transmission")].

10. Attached hereto as **Exhibit I** is a true and correct copy of APBU 807-813 [U.S. Patent No. 4,467,473 (Arnon), issued August 21, 1984].

11. Attached hereto as **Exhibit J** is a true and correct copy of APBU 1071-

1  1078 [U.S. Patent No. 4,521,806 (Abraham), issued June 4, 1985].

2        12.    Attached hereto as **Exhibit K** is a true and correct copy of APBU 763-769
3  [U.S. Patent No. 4,300,161 (Haskell), issued November 10, 1981].

4        13.    Attached hereto as **Exhibit L** is a true and correct copy of APBU 391-688
5  [application history for U.S. Patent No. 5,995,705 (Lang), filed July 18, 1997].

6        14.    Attached hereto as **Exhibit M** is a true and correct copy of APBU 1613-
7  1628 [U.S. Patent No. 4,974,178 (Izeki), issued November 27, 1990].

8        15.    Attached hereto as **Exhibit N** is a true and correct copy of APBU 159385-
9  159393 [Chen et al., "Scene Adaptive Coder," IEEE Transactions on Communications, COM-
10  32(3): 225-232 (1984)].

11        16.    Attached hereto as **Exhibit O** is a true and correct copy of APBU 126-269
12  [application history for U.S. Patent No. 5,057,932 (Lang), filed May 5, 1989].

13        17.    Attached hereto as **Exhibit P** is a true and correct copy of APBU 4915-
14  4946 [U.S. Patent No. 4,179,709 (Workman), issued December 18, 1979].

15        18.    Attached hereto as **Exhibit Q** is a true and correct copy of APBU 832-1070
16  [U.S. Patent No. 4,516,156 (Fabris), issued May 7, 1985].

17        19.    Attached hereto as **Exhibit R** is a true and correct copy of APBU 415188-
18  415233 [excerpts from the application history for European Patent No. 0,407,561 (Lang), filed on
19  December 27, 1989 (International Publication Pamphlet, dated July 12, 1990)].

20        20.    Attached hereto as **Exhibit S** is a true and correct copy of APBU 415270-
21  415288 [excerpts from the application history for European Patent No. 0,407,561 (Lang), filed on
22  December 27, 1989 (Communication to EPO regarding claims, dated September 12, 1990)].

23        21.    Attached hereto as **Exhibit T** is a true and correct copy of APBU 415340-
24  415352 [excerpts from the application history for European Patent No. 0,407,561 (Lang), filed on
25  December 27, 1989 (EPO communication, dated April 22, 1994)].

26        22.    Attached hereto as **Exhibit U** is a true and correct copy of APBU 415364-
27  415391 [excerpts from the application history for European Patent No. 0,407,561 (Lang), filed on
28  December 27, 1989 (Response to EPO communication, dated May 5, 1995)].

23.  Attached hereto as **Exhibit V** is a true and correct copy of APBU 415420-415423 [excerpts from the application history for European Patent No. 0,407,561 (Lang), filed on December 27, 1989 (EPO communication, dated June 30, 1995)].

24.  Attached hereto as **Exhibit W** is a true and correct copy of APBU 415429-415471 [excerpts from the application history for European Patent No. 0,407,561 (Lang), filed on December 27, 1989 (Response to EPO communication, dated February 9, 1996)].

25.  Attached hereto as **Exhibit X** is a true and correct copy of APBU 16623-16665 [European Patent No. 0,407,561 (Lang), issued on December 2, 1998].

26.  Attached hereto as **Exhibit Y** is a true and correct copy of APBU 17492-17505 [U.S. Patent No. 5,440,334 (Walters et al.), issued on August 8, 1995].

27.  Attached hereto as **Exhibit Z** is a true and correct copy of Judge Motz' Claim Construction Order in *Burst.com v. Microsoft Corp.,* Civil No. JFM-02-2952, dated March 12, 2004.

28.  Attached hereto as **Exhibit AA** is a true and correct copy of APBU 270-390 [application history for U.S. Patent No. 5,164,839 (Lang), filed on October 11, 1991].

29.  Attached hereto as **Exhibit BB** is a true and correct copy of APBU 191344-191347 [excerpts from Robert C. Faber, LANDIS ON THE MECHANICS OF PATENT CLAIM DRAFTING App. D-14 (5th ed.)].

30.  Attached hereto as **Exhibit CC** is a true and correct copy of U.S. Patent No. 4,963,995 (Lang), filed December 27, 1988 with highlighting.

31.  Attached hereto as **Exhibit DD** is a true and correct copy of U.S. Patent No. 5,057,932 (Lang), filed May 5, 1989 with highlighting.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of December 2006 at Redwood Shores, California.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WEIL, GOTSHAL & MANGES LLP

By: */s/ Nicholas A. Brown*
    Nicholas A. Brown