provide an audio/video transceiver in which an analog and/or digital audio/video program can be received from a variety of sources. If the audio/video program is received in analog format, it may be converted to digital format, compressed into a time compressed digital format, and stored in a random access storage. If the audio/video program is received in digital format, it may then be directly compressed into the time compressed digital format and stored in the random access storage. The time compressed digital format program stored in the random access storage may then be edited and restored in the random access storage. It may then be decompressed and downloaded onto a removable storage medium in either analog or digital format. Alternatively, it may be transmitted over a burst time period to a second remotely located transceiver via any of a number of transmission mediums. Typically, a 2-hour real time audio/video program can be so transmitted over a burst time period of only 5-30 seconds. As a result, a user of the transceiver of the present invention may, for example, select an audio/video program for his evening's viewing entertainment from a remotely located audio/video library. The selected program is then transmitted to the user's transceiver over the burst time period of 5-30 seconds, where it is stored in time compressed digital format in the random access storage of his transceiver. The transceiver is then operative for decompressing the program so received and stored into either an analog or digital format for direct viewing by the user.

These features of applicant's specifically claimed invention are simply not shown or suggested by any of the cited references, taken alone or in any combination. For example, Baldwin teaches a multiple head helical scanning device for television tape recording in which the multiple heads are disposed on a rotatable headwheel. Nichols et al. teaches a multiple-screen editing system that permits quicker editing of recorded information.

In view of the foregoing remarks, it is respectfully submitted that applicant's new claims 33-112 are patentable over all of the cited references, taken alone or in any combination. Favorable action is accordingly solicited.

20

APBU-00000091

Dockets.Justia.com

Respectfully submitted,

Richard A. Lang

By _____
William E. Hein
Patent Attorney #26,465

March 12, 1990
(303) 667-6741
Loveland, Colorado

21

APBU-00000092

RE)EIVED

(MAIL ROOM MAR 12 1990 PAT. & T.M.)

FORM PTO-1083

MAR 2 7 1990

GROUP 230

In re application of Richard A. Lang

Serial No. 07/289,776

Filed: December 27, 1988

For:  VIDEO RECORDER/TRANSMITTER

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Case Docket No. 204 (1352L)

"Express Mail" mailing label number B91130846
Date of Deposit March 12, 1990

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

William E. Hein
(Type or printed name of person mailing paper or fee)

(Signature of person mailing paper or fee)

Sir:
Transmitted herewith is an amendment in the above-identified application.

☒ Small entity status of this application under 37 CFR 1.9 and 1.27 has been established by a verified statement previously submitted.
☐ A verified statement to establish small entity status under 37 CFR 1.9 and 1.27 is enclosed.
☐ No additional fee is required.
The fee has been calculated as shown below:

|  | (Col. 1) CLAIMS REMAINING AFTER AMENDMENT | (Col. 2) | HIGHEST NO. PREVIOUSLY PAID FOR | (Col. 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDIT. FEE | OR | OTHER THAN A SMALL ENTITY RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 80 | MINUS** | 32 | = 48 | x6 = | $ 288 | | x10 = | $ |
| INDEP. | 4 | MINUS*** | 9 | = 0 | x15 = | $ | | x30 = | $ |
| ☐ FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | +50 = | $ | | +100 = | $ |
| | | | | | TOTAL ADDIT. FEE | $ 288 | OR | TOTAL | $ |

*If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3.
**If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.
***If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space.
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found from the equivalent box in Col. 1 of a prior amendment or the number of claims originally filed.

☐ Please charge my Deposit Account No. _____ in the amount of $_____. A duplicate copy of this sheet is attached.

☒ A check in the amount of $ 378.00 is attached. in payment of the fee for the additional claims and the processing fee in the amount of $90.00.

☐ The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. _____. A duplicate copy of this sheet is attached.

  ☐ Any filing fees under 37 CFR 1.16 for the presentation of extra claims.

  ☐ Any patent application processing fees under 37 CFR 1.17.

Respectfully submitted,

Diana E. Lans #26,465



**U.S. DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address:  COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Paper No. **8**

SWAYZE              235
07/289,776      12/27/88
Richard A. Lang

Warren F.B. Lindsley
Camel Square - Suite 200E
4350 E. Camelback Road
Phoenix, AZ  85018

MAILED

Apr. 13, 1990

GROUP 230

This is in response to the communication re the Power of Attorney filed _____ MARCH 12, 1990 _____

1. ☒ The power of attorney to you in this application has been revoked by the applicant.

2. ☐ In view of the notice in this application of the death of _____
his power of attorney is terminated.

3. ☒ The power of attorney to you in this application has been accepted by the Commissioner of Patents, & Trademarks.

_K. A. Nelson/mat_
For Director, Operation

4. ☐ The assignee in this application has intervened and appointed an attorney of his own selection. Further correspondence
will be held with said attorney. (Rule 36, Rules of Practice.)

5. ☐ The revocation of the power of attorney to _____ has been
entered and said attorney has been notified. Further correspondence will be addressed to you.

                                           assignee
6. ☐ On _____, the applicant appointed _____
as additional attorney in this application. Further correspondence will continue to be addressed to you as
specified in the new power of attorney.

                                           assignee
7. ☐ On _____, the applicant appointed _____
as additional attorney in this application. Further correspondence will be addressed to said attorney. MPEP 403.02

8. ☐ The associate power of attorney to you in this application has been revoked by the attorney of record.

William E. Hein
Attorney at Law
P.O. box 335
Loveland, CO  80539

_K. A. Nelson/mat_
For Director, Operation

RETAIN THIS COPY IN THE APPLICATION FILE

Copy A

FORM PTOL-305 (REV.9/76)

APBU-00000094



RECEIVED

MAR 2 7 1990

GROUP 230

*cprt #9*

IN THE

UNITED STATES PATENT AND TRADEMARK OFFICE

ART UNIT 235

Examiner W. Daniel Swayze

Richard A. Lang

CASE    204

SERIAL NO.  07/289,776

FILED    December 27, 1988

SUBJECT    VIDEO RECORDER/TRANSMITTER

"Express Mail" mailing label number  B91130846

Date of Deposit  March 12, 1990

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

William E. Hein
(Typed or printed name of person mailing paper or fee)

(Signature of person mailing paper or fee)

THE COMMISSIONER OF PATENTS AND TRADEMARKS
    WASHINGTON, D.C.  20231

SIR:

### REVOCATION OF POWER OF ATTORNEY AND APPOINTMENT OF SUBSTITUTE ATTORNEY

The undersigned sole inventor named in the above-identified patent application hereby revokes all previous powers of attorney and appoints in their stead William E. Hein, Registration No. 26,465, P.O. Box 335, Loveland, Colorado 80539, as his attorney, with full power of substitution and revocation, to prosecute said application, to make alterations and amendments therein, to recieve the Letters Patent, and to transact all business in the U.S. Patent and Trademark Office in connection therewith.

Please forward all future written communications to:

    William E. Hein
    Attorney at Law
    P.O. Box 335
    Loveland, Colorado 80539

Please direct telephone calls to William E. Hein at (303) 667-6741.

    Respectfully submitted,

    Richard A. Lang

March 7, 1990

APBU-00000095



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/289,776 | 12/27/88 | LANG | R 1352L |

EXAMINER

WILLIAM E. HEIN
ATTORNEY AT LAW
P. O. BOX 335
LOVELAND, COLORADO    80539
Q

RICHARDSON,R

| ART UNIT | PAPER NUMBER |
|---|---|
| 235 | 10 |

DATE MAILED:

06/18/90

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☒ This communication is responsive to *Amendt filed 3-12-90*

2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED In this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.

3. ☒ The allowed claims are *33-112*

4. ☐ The drawings filed on _____ are acceptable.

5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. _____ , filed on _____ .

6. ☐ Note the attached Examiner's Amendment.

7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.

8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.

9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☒ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____ . CORRECTION IS REQUIRED.

   b. ☒ The proposed drawing correction filed on *3-27-90* has been approved by the examiner. CORRECTION IS REQUIRED.

   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

   d. ☐ Formal drawings are now REQUIRED.

----

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
_ Examiner's Amendment
_ Examiner Interview Summary Record, PTOL- 413
_ Reasons for Allowance
_ Notice of References Cited, PTO-892
_ Information Disclosure Citation, PTO-1449

_ Notice of Informal Application, PTO-152
_ Notice re Patent Drawings, PTO-948
_ Listing of Bonded Draftsmen
_ Other

ROBERT L. RICHARDSON
PRIMARY EXAMINER
ART UNIT 235

PTOL-37 (REV. 11-88)

USCOMM-DC 89-3615



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: Box ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

WILLIAM E. HEIN
ATTORNEY AT LAW
P. O. BOX 335
LOVELAND, COLORADO   80539
Q

**NOTICE OF ALLOWANCE
AND ISSUE FEE DUE**

☐ Note attached communication from the Examiner
☐ This notice is issued in view of applicant's communication filed _____

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/289,776 | 12/27/88 | 080 | RICHARDSON, R | 235 | 06/18/90 |

First Named Applicant LANG,          RICHARD A.

TITLE OF INVENTION AUDIO/VIDEO TRANSCEIVER APPARATUS INCLUDING COMPRESSION MEANS
(AS AMENDED)

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 2 | 1352L | 358-335.000 | G29 | UTILITY | YES | $310.00 | 09/18/90 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
*PROSECUTION ON THE MERITS IS CLOSED.***

*THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED.  THIS STATUTORY PERIOD CANNOT BE EXTENDED.*

*HOW TO RESPOND TO THIS NOTICE:*

I. Review the SMALL ENTITY Status shown above.

If the SMALL ENTITY is shown as YES, verify your
current SMALL ENTITY status:

A. If the Status is changed, pay twice the amount of the
FEE DUE shown above and notify the Patent and
Trademark Office of the change in status, or

B. If the Status is the same, pay the FEE DUE shown
above.

If the SMALL ENTITY is shown as NO:
A. Pay FEE DUE shown above, or
B. File verified statement of Small Entity Status before, or with,
payment of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.
Even if the ISSUE FEE has already been paid by a charge to deposit account, Part B should be completed and returned.
If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date), serial number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

*IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees.*

PTOL-85 (REV 12-88)(OMB Clearance is pending)          PATENT AND TRADEMARK OFFICE COPY

APBU-00000097



IN THE

UNITED STATES PATENT AND TRADEMARK OFFICE

ART UNIT 235

Examiner Robert L. Richardson

Richard A. Lang

CASE          204

SERIAL NO.    07/289,776

FILED         December 27, 1988

SUBJECT       AUDIO/VIDEO TRANSCEIVER APPARATUS INCLUDING COMPRESSION MEANS

THE COMMISSIONER OF PATENTS AND TRADEMARKS
   WASHINGTON, D.C.  20231

SIR:

DRAWING TRANSMITTAL LETTER

In response to the drawing requirement set forth in Form PTOL-37 mailed
June 18, 1990, enclosed herewith for filing in the above-identified, allowed
patent application (Issue Batch No. G29) are two (2) sheets of substitute
drawings that incorporate the amendments previously approved by the Examiner..

Respectfully submitted,

Richard A. Lang

By _____
       William E. Hein
    Patent Attorney #26,465

July 26, 1990
(303) 667-6741
Loveland, Colorado

"Express Mail" mailing label number  RB188452099
Date of Deposit  July 26, 1990
hereby certify that this paper or fee is being deposited with
the United States Postal Service "Express Mail Post Office to
Addressee" service under 37 CFR 1.10 on date indicated above
and is addressed to the Commissioner of Patents and Trade-
marks, Washington, D.C. 20231.

  William E. Hein
(Typed or printed name of person mailing paper or fee)

_____
(Signature of person mailing paper or fee)



APBU-00000099

Case 3:06-cv-00019-MHP     Document 74-5     Filed 12/09/2006     Page 10 of 35



FIG-2

APBU-00000100

310 - 242 - B
15 - 501 3

**PART B - ISSUE FEE TRANSMITTAL**

*MAILING INSTRUCTIONS:* This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advanced orders and notification of maintenance fees will be mailed to addressee entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee of thereafter. *See reverse for Certificate of Mailing.*

| 1. CORRESPONDENCE ADDRESS | 2. INVENTOR(S) ADDRESS CHANGE (Complete only if there is a change) |
|---|---|
| Box ISSUE FEE. Commissioner of Patents and Trademarks Washington, D.C. 20231 | INVENTOR'S NAME |
| HEIN AT LAW BOX 335 LOVELAND, COLORADO 80539 | Street Address |
| | City, State and ZIP Code |
| | CO-INVENTOR'S NAME |
| | Street Address |
| | City, State and ZIP Code |
| Fleet | ☐ Check if additional changes are on reverse side |

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/289,776 | 12/27/88 | 080 | RICHARDSON, R. | 235 | 06/18/90 |

First Named Applicant LANG,    RICHARD A.

TITLE OF INVENTION: AUDIO/VIDEO TRANSCEIVER APPARATUS INCLUDING COMPRESSION MEANS (AS AMENDED)

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 2 | 1352L | 358-335.000 | 629 | UTILITY | YES | 310.00 | 09/18/90 |

3. Further correspondence to be mailed to the following:

For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR, alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1  William E. Hein

2

3

— DO NOT USE THIS SPACE —

120 TL 08/02/90    07289776    1    242    310.00 CK
120 TL 08/02/90    07289776    1    501    15.00 CK

| 5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type) | 6a. The following fees are enclosed: |
|---|---|
| (1) NAME OF ASSIGNEE: Explore Technology, Inc. | ☒ Issue Fee  ☒ Advanced Order - # of Copies    10 (Minimum of 10) |
| (2) ADDRESS: (City & State or Country) Scottsdale, Arizona | 6b. The following fees should be charged to: DEPOSIT ACCOUNT NUMBER (Enclose Part C) |
| (3) STATE OF INCORPORATION, IF ASSIGNEE IS A CORPORATION: Arizona | ☐ Issue Fee  ☐ Advanced Order - # of Copies (Minimum of 10) ☐ Any Deficiencies in Enclosed Fees |
| A. ☐ This application is NOT assigned. | The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above. |
| ☒ Assignment previously submitted to the Patent and Trademark Office. | (Signature of party in interest of record)    (Date) |
| ☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENTS. | William E. Hein    July 26, 199 |
| PLEASE NOTE: Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment. | NOTE: The Issue Fee will not be accepted from anyone other than the applicant, a registered attorney or agent, or the assignee or other party in interest as shown by the records of the Patent and Trademark Office. |

TRANSMIT THIS FORM WITH FEE-CERTIFICATE OF MAILING ON REVERSE

PTOL-85B (REV 12-88) OMB Clearance is pending

APBU-00000101

## Certificate of Mailing

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:

Box ISSUE FEE
Commissioner of Patents and Trademarks
Washington, D.C. 20231

on _____
                                    (Date)

_____
(Name of person making deposit)

_____
(Signature)

_____
(Date)

Note:  If this certificate of mailing is used, it can only be used to transmit the Issue Fee.  This certificate cannot be used for any other accompanying papers.  Each additional paper, such as an assignment or formal drawings, must have its own certificate of mailing.

"Express Mail" mailing label number    RB188452099
Date of Deposit    July 26, 1990

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

William E. Hein
(Typed or printed name of person mailing paper or fee)

_____
(Signature of person mailing paper or fee)

This form is estimated to take 20 minutes to complete.  Time will vary depending upon the needs of the individual applicant.  Any comments on the amount of time you require to complete this form should be sent to the Office of Management and Organization, Patent and Trademark Office, Washington, D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

REVERSE PTOL-85B (REV 12-88)(OMB Clearance is pending)

APBU-00000102



PTO UTILITY GRANT

Paper Number _12_

The Commissioner of Patents
and Trademarks

*Has received an application for a patent
for a new and useful invention. The title
and description of the invention are en-
closed. The requirements of law have
been complied with, and it has been de-
termined that a patent on the invention
shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person or persons having
title to this patent the right to exclude
others from making, using or selling the
invention throughout the United States
of America for the term of seventeen
years from the date of this patent, sub-
ject to the payment of maintenance fees
as provided by law.*

Harry F. Manbek, Jr.

*Commissioner of Patents and Trademarks*

Sandra L. Morton

*Attest*

PTO-1584



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

P75M

EARL MINCER
7150 EAST CAMBELBACK ROAD
SUITE 300
SCOTTSDALE AZ 85251

DATE PRINTED

11/24/98

## NOTICE OF PATENT EXPIRATION

According to the records of the Patent and Trademark Office, payment of the maintenance fee for the patents listed below has not been timely received prior to the end of the six-month grace period in accordance with 37 CFR 1.362(e). THE PATENT(S) LISTED BELOW HAS THEREFORE EXPIRED AS OF THE END OF THE GRACE PERIOD. 35 U.S.C. 41(b).

Expired patents may be reinstated in accordance with 37 CFR 1.378 if upon petition, the maintenance fee and the surcharge set forth in 37 CFR 1.20(m) are paid, AND THE DELAY IN PAYMENT OF THE MAINTENANCE FEE IS SHOWN TO THE SATISFACTION OF THE COMMISSIONER TO HAVE BEEN UNAVOIDABLE. 35 U.S.C. 41(c)(1).

IF THE COMMISSIONER ACCEPTS PAYMENT OF THE MAINTENANCE FEE UPON PETITION, THE PATENT SHALL BE CONSIDERED AS NOT HAVING EXPIRED, BUT WOULD BE SUBJECT TO THE INTERVENING RIGHTS AND CONDITIONS SET FORTH IN 35 U.S.C. 41(c)(2).

NOTICE OF THE EXPIRATION WILL BE PUBLISHED IN THE **OFFICIAL GAZETTE**.

| PATENT NUMBER | U.S. SERIAL NUMBER | PATENT DATE | APPLICATION FILING DATE | EXPIRATION DATE | ATTORNEY DOCKET NUMBER |
|---|---|---|---|---|---|
| 4963995 | 07289776 | 10/16/90 | 12/27/88 | 10/16/98 | 1352L |

PTOL-441
MB441A

**PART B — FILE COPY**

EL273887OJ-'IS

D A C (Mfs)

PTO/SB/66 (10-96)
...proved for use through 7/31/99, OMB 0651-0016
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**PETITION TO ACCEPT UNINTENTIONALLY DELAYED PAYMENT OF MAINTENANCE FEE IN AN EXPIRED PATENT (37 CFR 1.378(c))**

Docket Number (Optional)

Mail to:  Assistant Commissioner for Patents
           Box DAC
           Washington, D.C. 20231

RECEIVED
SEP. 0 8 1999
OFFICE OF...
DEPUTY A/C PATENTS

NOTE:  If information or assistance is needed in completing this form, please contact Petitions
        Information  at (703) 305-9282.

Patent No. __4,963,995__          Application Number __289,776__

Issue Date __October 16, 1990__     Filing Date __December 27, 1988__

CAUTION:  Mandatory Identifiers: Maintenance fee (and surcharge, if any) payment must correctly identify:
          (1) the patent number (or reissue patent number, if a reissue) and (2) the application number of
          the actual U.S. application (or reissue application) leading to issuance of that patent. 37 CFR
          1.366(c) and (d).

**Also complete the following information, if applicable**

The above-identified patent:

☐ is a reissue of original Patent No. _____ , original issue date _____ ;
   original application number _____
   original filing date _____

☐ resulted from the entry into the U.S. under 35 U.S.C. 371 of International
   application _____ filed on _____

---

CERTIFICATE OF MAILING (37 CFR 1.8(a))

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is
being deposited with the United States Postal Service on the date shown below with sufficient postage
as first class mail in an envelope addressed to the Assistant Commissioner for Patents, Box DAC,
Washington, D.C. 20231.

_____          _____
        Date                              Signature

                                 _____
                                 Typed or printed name of person signing Certificate

---

[Page 1 of 3]

Burden Hour Statement: This form is estimated to take 1.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the
amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND
FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

APBU-00000105

PTO/SB/66 (10-96)
Approved for use through 7/31/99. OMB 0651-0016
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

1.    SMALL ENTITY

☐    Attached herewith is a verified statement establishing small entity status.

**OR**

☒    A verified statement establishing small entity status for this patent has been filed and it
      is confirmed that the current owner of this patent still qualifies for small entity status.

2.    LOSS OF ENTITLEMENT TO SMALL ENTITY STATUS

NOTE:    37 CFR 1.28(b) requires "Notification of any change in loss of entitlement to small entity status
         must be filed in...patent prior to paying, or at the time of paying, the earliest of the issue fee or
         any maintenance fee due after the date on which status as a small entity is no longer appropri-
         ate pursuant to Section 1.19 of this part." From the wording of 37 CFR 1.28(a): notification of
         change of status (a) must be made even if the fee is paid as "other than a small entity" and (b)
         no notification is required if the change is to another small entity. See also 37 CFR 1.366(f).

☐    The status of this patent has changed from that of small entity to other than that of small entity.

3.    MAINTENANCE FEE (37 CFR 1.20(e)-(g))

The appropriate maintenance fee must be submitted with this petition, unless it was paid earlier.

| NOT Small Entity | | | Small Entity | | |
|---|---|---|---|---|---|
| Amount | Fee | (Code) | Amount | Fee | (Code) |
| ☐ $____ | 3 1/2 yr fee | (183) | ☐ $____ | 3 1/2 yr fee | (283) |
| ☐ $____ | 7 1/2 yr fee | (184) | ☒ $ 950 | 7 1/2 yr fee | (284) |
| ☐ $____ | 11 1/2 yr fee | (185) | ☐ $____ | 11 1/2 yr fee | (285) |

MAINTENANCE FEE BEING SUBMITTED $   950

4. SURCHARGE

The surcharge required by 37 CFR 1.20(i)(2) of $ 164 (Fee Code 188) must be paid as a condition of
accepting unintentionally delayed payment of the maintenance fee.

SURCHARGE BEING SUBMITTED $   1640

5. MANNER OF PAYMENT

☒    Enclosed is a check for the sum of $   2590

☐    Please charge Deposit Account No._____ the sum of $_____. A
      duplicate copy of this authorization is attached.

6. AUTHORIZATION TO CHARGE ANY FEE DEFICIENCY

☒    The Commissioner is hereby authorized to charge any maintenance fee, surcharge or petition
      deficiency to Deposit Account No.  06-0600  . A duplicate copy of this authorization is attached.

[Page 2 of 3]

APBU-00000106

PTO/SB/66 (10-96)
Approved for use through 7/31/99. OMB 0651-0016
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**7. OVERPAYMENT**

As to any overpayment made please

[X] Credit to Deposit Account No. 06-0600

OR

[ ] Send refund check.

**8. STATEMENT**

The delay in payment of the maintenance fee to this patent was unintentional.

**9. PETITIONER(S) REQUESTS THAT THE DELAYED PAYMENT OF THE MAINTENANCE FEE BE ACCEPTED AND THE PATENT REINSTATED.**

| | |
|---|---|
| March 2, 1999 | _[signature]_ |
| Date | Signature(s) of Petitioner(s) |
| (650) 812-3446 | Charles B. Katz, Reg. No. 36,564 |
| Telephone Number | Typed or printed name(s) |
| | Carr & Ferrell LLP |
| | Address |
| | 2225 East Bayshore Road |
| | Palo Alto, CA 94303 |

**ENCLOSURES:**

[X] Maintenance Fee payment

[ ] Small Entity Status Form

[X] Surcharge

[ ]

NOTE:   37 CFR 1.378(d) states: "Any petition under this section must be signed by an attorney or agent registered to practice before the Patent and Trademark Office, or by the patentee, the assignee, or other party in interest.  Such petition must be in the form of a verified statement if made by a person not registered to practice before the Patent and Trademark Office." Accordingly, the following declaration must be signed by any and all parties not registered to practice before the Patent and Trademark Office and presenting statements concerning the cause of delay.

The undersigned declares that the following statements made of his/her own knowledge are true, and that these statements made on information and belief are believed to be true; and further, that these statements are made with the knowledge that willful false statements, and the like so made, are punishable by fine or imprisonment, or both, under Section 1001, Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the patent.

| | |
|---|---|
| _____ | _____ |
| Date | Signature |
| | _____ |
| | Typed or printed name |

[Page 3 of 3]

APBU-00000107

EL273887012US

135-2L

PTO/SB/66 (10-96)
Approved for use through 7/31/99. OMB 0651-0016
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

DAC
#30LM

(Docket Number Optional)

**PETITION TO ACCEPT UNINTENTIONALLY DELAYED PAYMENT OF MAINTENANCE FEE IN AN EXPIRED PATENT (37 CFR 1.378(c))**

RECEIVED
MAR 0 8 1999
OFFICE OF PETITIONS
DEPUTY A/C PATENTS

Mail to:  Assistant Commissioner for Patents
Box DAC
Washington, D.C. 20231

OFFICE OF PETITIONS
DEPUTY A/C PATENTS

NOTE:  If information or assistance is needed in completing this form, please contact Petitions Information at (703)305-9282.

Patent No. 4,963,995          Application Number 289,776

Issue Date October 16, 1990          Filing Date December 27, 1988

CAUTION:  Mandatory Identifiers: Maintenance fee (and surcharge, if any) payment must correctly identify: (1) the patent number (or reissue patent number, if a reissue) and (2) the application number of the actual U.S. application (or reissue application) leading to issuance of that patent. 37 CFR 1.366(c) and (d).

**Also complete the following information, if applicable**

The above-identified patent:

☐  is a reissue of original Patent No._____, original issue date_____;
original application number_____,
original filing date_____.

☐  resulted from the entry into the U.S. under 35 U.S.C. 371 of International application_____ filed on _____.

---

**CERTIFICATE OF MAILING (37 CFR 1.8(a))**

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an envelope addressed to the Assistant Commissioner for Patents, Box DAC, Washington, D.C. 20231.

| Date | Signature |
|---|---|
| | |

Typed or printed name of person signing Certificate

03/17/1999 NCORAH  00000005 4963995
01 FC:284        950.00 OP
02 FC:188       1640.00 OP

[Page 1 of 3]

Burden Hour Statement: This form is estimated to take 1.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

APBU-00000108

PTO/SB/66 (10-98)
Approved for use through 7/31/99. OMB 0651-0016
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

MAR 0 8 1999
OFFICE OF PETITIONS
DEPUTY A/C PATENTS

1. SMALL ENTITY

☐ Attached herewith is a verified statement establishing small entity status.

OR

☒ A verified statement establishing small entity status for this patent has been filed and it is confirmed that the current owner of this patent still qualifies for small entity status.

2. LOSS OF ENTITLEMENT TO SMALL ENTITY STATUS

NOTE:   37 CFR 1.28(b) requires "Notification of any change in loss of entitlement to small entity status must be filed in...patent prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropri- ate pursuant to Section 1.19 of this part." From the wording of 37 CFR 1.28(a): notification of change of status (a) must be made even if the fee is paid as "other than a small entity" and (b) no notification is required if the change is to another small entity. See also 37 CFR 1.366(f).

☐ The status of this patent has changed from that of small entity to other than that of small entity.

3. MAINTENANCE FEE (37 CFR 1.20(e)-(g))

The appropriate maintenance fee must be submitted with this petition, unless it was paid earlier.

| NOT Small Entity | | | Small Entity | | |
|---|---|---|---|---|---|
| Amount | Fee | (Code) | Amount | Fee | (Code) |
| ☐ $____ | 3 1/2 yr fee | (183) | ☐ $____ | 3 1/2 yr fee | (283) |
| ☐ $____ | 7 1/2 yr fee | (184) | ☒ $ 950 | 7 1/2 yr fee | (284) |
| ☐ $____ | 11 1/2 yr fee | (185) | ☐ $____ | 11 1/2 yr fee | (285) |

MAINTENANCE FEE BEING SUBMITTED $ 950

4. SURCHARGE

The surcharge required by 37 CFR 1.20(l)(2) of $ 164 (Fee Code 188) must be paid as a condition of accepting unintentionally delayed payment of the maintenance fee.

SURCHARGE BEING SUBMITTED $ 1640

5. MANNER OF PAYMENT

☒ Enclosed is a check for the sum of $ 2590 .

☐ Please charge Deposit Account No. _____ the sum of $ _____ . A duplicate copy of this authorization is attached.

6. AUTHORIZATION TO CHARGE ANY FEE DEFICIENCY

☒ The Commissioner is hereby authorized to charge any maintenance fee, surcharge or petition deficiency to Deposit Account No. 06-0600 . A duplicate copy of this authorization is attached.

[Page 2 of 3]

APBU-00000109

PTO/SB/66 (10-98)
Approved for use through 7/31/99. OMB 0651-0016
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**7. OVERPAYMENT**
As to any overpayment made please

[X] Credit to Deposit Account No. _06-0600_

OR

[ ] Send refund check.

*RECEIVED*

MAR 0 8 1999

OFFICE OF PETITIONS
DEPUTY A/C PATENTS

**8. STATEMENT**

The delay in payment of the maintenance fee to this patent was unintentional.

**9. PETITIONER(S) REQUESTS THAT THE DELAYED PAYMENT OF THE MAINTENANCE FEE BE ACCEPTED AND THE PATENT REINSTATED.**

_March 2, 1999_
Date

_(650) 812-3446_
Telephone Number

Signature(s) of Petitioner(s)

_Charles B. Katz, Reg. No. 36,564_
Typed or printed name(s)

_Carr & Ferrell LLP_
Address

_2225 East Bayshore Road_

_Palo Alto, CA 94303_

**ENCLOSURES:**

[X] Maintenance Fee payment

[ ] Small Entity Status Form

[X] Surcharge

[ ]

NOTE: 37 CFR 1.378(d) states: "Any petition under this section must be signed by an attorney or agent registered to practice before the Patent and Trademark Office, or by the patentee, the assignee, or other party in interest. Such petition must be in the form of a verified statement if made by a person not registered to practice before the Patent and Trademark Office." Accordingly, the following declaration must be signed by any and all parties not registered to practice before the Patent and Trademark Office and presenting statements concerning the cause of delay.

The undersigned declares that the following statements made of his/her own knowledge are true, and that these statements made on information and belief are believed to be true; and further, that these statements are made with the knowledge that willful false statements, and the like so made, are punishable by fine or imprisonment, or both, under Section 1001, Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the patent.

_____          _____
Date                            Signature

_____
Typed or printed name

[Page 3 of 3]

EL273887012US

PTO/SB/66 (10-98)
Approved for use through 7/31/99. OMB 0651-0016
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PETITION TO ACCEPT UNINTENTIONALLY DELAYED PAYMENT OF MAINTENANCE FEE IN AN EXPIRED PATENT (37 CFR 1.378(c)) | Docket Number (Optional) |
| --- | --- |

Mail to:    Assistant Commissioner for Patents
Box DAC
Washington, D.C. 20231

NOTE:    If information or assistance is needed in completing this form, please contact Petitions Information   at (703) 305-9282.

Patent No. _4,963,995_          Application Number ___289,776___

Issue Date_October 16, 1990_          Filing Date ___December 27, 1988___

CAUTION:    Mandatory Identifiers: Maintenance fee (and surcharge, if any) payment must correctly identify: (1) the patent number (or reissue patent number, if a reissue) and (2) the application number of the actual U.S. application (or reissue application) leading to issuance of that patent. 37 CFR 1.366(c) and (d).

**Also complete the following information, if applicable**

The above-identified patent:

☐  is a reissue of original Patent No._____, original issue date_____;
original application number._____,
original filing date_____.

☐  resulted from the entry into the U.S. under 35 U.S.C. 371 of international
application_____ filed on_____.

---

CERTIFICATE OF MAILING (37 CFR 1.8(a))

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an envelope addressed to the Assistant Commissioner for Patents, Box DAC, Washington, D.C. 20231.

_____          _____
Date                                    Signature

_____
Typed or printed name of person signing Certificate

---

[Page 1 of 3]

Burden Hour Statement: This form is estimated to take 1.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

APBU-00000111

PTO/SB/66 (10-96)
Approved for use through 7/31/99. OMB 0651-0016
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

1.  **SMALL ENTITY**

    ☐  Attached herewith is a verified statement establishing small entity status.

    **OR**

    ☒  A verified statement establishing small entity status for this patent has been filed and it
    is confirmed that the current owner of this patent still qualifies for small entity status.

2.  **LOSS OF ENTITLEMENT TO SMALL ENTITY STATUS**

    NOTE:    37 CFR 1.28(b) requires "Notification of any change in loss of entitlement to small entity status
    must be filed in...patent prior to paying, or at the time of paying, the earliest of the issue fee or
    any maintenance fee due after the date on which status as a small entity is no longer appropri-
    ate pursuant to Section 1.19 of this part." From the wording of 37 CFR 1.28(a): notification of
    change of status (a) must be made even if the fee is paid as "other than a small entity" and (b)
    no notification is required if the change is to another small entity. See also 37 CFR 1.366(f).

    ☐  The status of this patent has changed from that of small entity to other than that of small entity.

3.  **MAINTENANCE FEE (37 CFR 1.20(e)-(g))**

    The appropriate maintenance fee must be submitted with this petition, unless it was paid earlier.

    | NOT Small Entity | | | Small Entity | | |
    |---|---|---|---|---|---|
    | Amount | Fee | (Code) | Amount | Fee | (Code) |
    | ☐ $_____ | 3 1/2 yr fee | (183) | ☐ $_____ | 3 1/2 yr fee | (283) |
    | ☐ $_____ | 7 1/2 yr fee | (184) | ☒ $ 950 | 7 1/2 yr fee | (284) |
    | ☐ $_____ | 11 1/2 yr fee | (185) | ☐ $_____ | 11 1/2 yr fee | (285) |

    MAINTENANCE FEE BEING SUBMITTED $ 950

4.  **SURCHARGE**

    The surcharge required by 37 CFR 1.20(i)(2) of $ 164 (Fee Code 188) must be paid as a condition of
    accepting unintentionally delayed payment of the maintenance fee.

    SURCHARGE BEING SUBMITTED $ 1640

5.  **MANNER OF PAYMENT**

    ☒  Enclosed is a check for the sum of $ 2590 .

    ☐  Please charge Deposit Account No. _____ the sum of $_____ . A
    duplicate copy of this authorization is attached.

6.  **AUTHORIZATION TO CHARGE ANY FEE DEFICIENCY**

    ☒  The Commissioner is hereby authorized to charge any maintenance fee, surcharge or petition
    deficiency to Deposit Account No. 06-0600 . A duplicate copy of this authorization is attached.

[Page 2 of 3]

APBU-00000112

PTO/SB/66 (10-96)
Approved for use through 7/31/99. OMB 0651-0016
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**7. OVERPAYMENT**

As to any overpayment made please

[X] Credit to Deposit Account No. 06-0600

**OR**

[ ] Send refund check.

**8. STATEMENT**

The delay in payment of the maintenance fee to this patent was unintentional.

**9. PETITIONER(S) REQUESTS THAT THE DELAYED PAYMENT OF THE MAINTENANCE FEE BE ACCEPTED AND THE PATENT REINSTATED.**

| March 2, 1999 | _(signature)_ |
|---|---|
| Date | Signature(s) of Petitioner(s) |
| (650) 812-3446 | Charles B. Katz, Reg. No. 36,564 |
| Telephone Number | Typed or printed name(s) |
| | Carr & Ferrell LLP |
| | Address |
| | 2225 East Bayshore Road |
| | Palo Alto, CA 94303 |

**ENCLOSURES:**

[X] Maintenance Fee payment

[ ] Small Entity Status Form

[X] Surcharge

[ ] _____

NOTE: 37 CFR 1.378(d) states: "Any petition under this section must be signed by an attorney or agent registered to practice before the Patent and Trademark Office, or by the patentee, the assignee, or other party in interest. Such petition must be in the form of a verified statement if made by a person not registered to practice before the Patent and Trademark Office." Accordingly, the following declaration must be signed by any and all parties not registered to practice before the Patent and Trademark Office and presenting statements concerning the cause of delay.

> The undersigned declares that the following statements made of his/her own knowledge are true, and that these statements made on information and belief are believed to be true; and further, that these statements are made with the knowledge that willful false statements, and the like so made, are punishable by fine or imprisonment, or both, under Section 1001, Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the patent.
>
> _____        _____
> Date                          Signature
>
>                              _____
>                              Typed or printed name

[Page 3 of 3]



IN THE

UNITED STATES PATENT AND TRADEMARK OFFICE

INVENTOR:         Richard A. Lang

PATENT NO.:       4,963,995

SERIAL NO.:       289,776

ISSUE DATE:       October 16, 1990

TITLE:            Audio/Video Transceiver Apparatus

                  Including Compressions Means

ATTY.DKT.NO.:     PA1131US

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Box DAC, Assistant Commissioner for Patents, Washington, D.C. 20231, on the date printed below:

Dated: _9/3/99_                          _John D. Henkhaus_
                                              John D. Henkhaus

BOX DAC
ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C.  20231

STATUS REQUEST

SIR:

Our file for the above-identified case does not reveal any action on the application since a Petition To Accept Unintentionally Delayed Payment of Maintenance Fee In An Expired Patent was filed on March 2, 1999. Records confirm that the Patent and Trademark Office received the petition and that the accompanying check cleared back in March 1999.

Enclosed are copies of the following items: returned postcard; check number 1829 dated March 2, 1999, issued by Instant Video Technologies, Inc.; and the original petition.

Please inform us as to the status of this petition as soon as possible.

Respectfully submitted,
Richard A. Lang

Dated: _9/3/99_          By: _John D. Henkehaus_
                         John D. Henkhaus, Reg. No. 42,656
                         CARR & FERRELL LLP
                         2225 East Bayshore Road, Suite 200
                         Palo Alto, CA  94303
                         TEL:  (650) 812-3400
                         FAX:  (650) 812-3444

APBU-00000115



Patent No. 4,963,995    Issued Date: 10-16-1990
Title: Audio/Video Transceiver Including Compression...
Inventor(s)/Applicant(s): Lang
Atty. Docket No.: _____    Atty/Secty Initials: CBK:am
Date Mailed: March 2, 1999    Docket Due Date: _____

**THE FOLLOWING HAS BEEN RECEIVED IN THE U.S. PATENT & TRADEMARK OFFICE ON THE DATE STAMPED HEREON:**

❑ Amendment/Response: _____ pgs.
❑ Assignment & Assignment Cover Sheet
❑ Certificate of Mailing
☒ Check in the amount of: $2590
❑ CIP Application
❑ Continuation Application
❑ Declaration & POA
❑ Design Patent Application
❑ Divisional Application
❑ Drawings: _____ # of sheets in _____ figs.
☒ Express Mail No.: EL273887019US
❑ Fee Calculation Sheet
❑ Information Disclosure Statement
❑ Issue Fee Transmittal
☒ Other: Petition to Accept Unintentionally Delayed Payment (in dupl)

❑ Power of Attorney
❑ PTO Form 1449 IDS (in duplicate)
❑ _____ Cited References
❑ PCT Application: _____ pgs. of specification (w/claims & abstract)
❑ PCT Demand: _____ pages
❑ PCT Request: _____ pages
❑ Provisional Application: _____ pages
❑ Petition of Ext. of Time: _____ months
☒ Transmittal Letter (in duplicate, PTO form 1082/1083)
❑ Utility Application: _____ pgs. of specification (w/claims & abstract)
❑ Petition for: _____

**PLEASE STAMP THE DATE OF RECEIPT OF THE ENCLOSED DOCUMENTS AND RETURN THIS CARD TO THE ADDRESSEE.**

APBU-00000116

INSTANT VIDEO TECHNOLOGIES, INC.

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| Pat maint | Pat.6,963,995 maint. fee | 3/2/99 | 2,590.00 | | 2,590.00 |

| CHECK DATE | CHECK NO. | PAYEE | | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|---|
| 3/2/99 | 1828 | U.S.Patent & Trademark Office | | | $2,590.00 |

INSTANT VIDEO TECHNOLOGIES, INC.
500 SANSOME ST., SUITE 503
SAN FRANCISCO, CA 94111
415-591-4455

WELLS FARGO BANK
91-115-1221

CHECK NO.          DATE
1828           Mar 2, 1999

AMOUNT
*************$2,590.00

Memo:

PAY
TO THE
ORDER
OF:     Two Thousand Five Hundred Ninety and 0/100 Dollars

U.S.Patent & Trademark Office
Commissioner of Patents
Box Assignments
Washington, DC  20231

1828

⑆00 18 29⑈ ⑆1 21 01 19 14⑆0 31⑈ 29 2 25⑆

APBU-00000117



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER OF
PATENTS AND TRADEMARKS
Washington, D.C. 20231

Paper No. 14

EARL MINCER
7150 EAST CAMBELBACK ROAD
SUITE 300
SCOTTSDALE, AZ 85251

In re Application of Lang          :
Patent No. 4,963,995               :
Filed: December 27, 1988           :          ON PETITION
Issued: October 16, 1990           :
Attorney Docket No. 1352L          :

This is a decision on the petition filed March 2, 1999, under 37 CFR 1.378(c) to accept the unintentionally delayed payment of a maintenance fee for the above-identified patent.

The petition is **GRANTED.**

The patent issued October 16, 1990. The last day of the grace period for paying the 7.5 year maintenance fee was October 16, 1998. Therefore, since this petition was filed within twenty-four months after the six-month grace period provided in 37 CFR 1.362(e), this petition was timely filed under the provisions of 37 CFR 1.378(c).

Accordingly, the maintenance fee in this case is hereby accepted and the above-identified patent is hereby reinstated as of the mail date of this decision.

The file does not indicate a change of address has been submitted, although the address given on the petition differs from the address of record. If appropriate, a change of address should be filed in accordance with MPEP 601.03. A courtesy copy of this decision is being mailed to the address given on the petition; however, the Office will mail all future correspondence solely to the address of record.

This file is being forwarded to Files Repository.

Telephone inquiries should be directed to Petitions Attorney Steven Brantley at (703) 306-5683.

Beverly M. Flanagan
Supervisory Petitions Examiner
Office of Petitions
Office of the Deputy Assistant Commissioner
 for Patent Policy and Projects

cc:     Charles Katz
        Carr & Ferrell LLP
        2225 East Bayshore Road
        Palo Alto, CA  94303

APBU-00000118



*D/A C*



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER OF
PATENTS AND TRADEMARKS
Washington, D.C. 20231

RECEIVED

COPY MAILED

Paper No. 14

EARL MINCER
7150 EAST CAMELBACK ROAD
SUITE 300
SCOTTSDALE, AZ 85251

JAN 28 2000

OFFICE OF PETITIONS
DEPUTY A/ PATENTS

JAN 0 6 2000

SPECIAL PROGRAMS OFFICE
DAC FOR PATENTS

In re Application of Lang
Patent No. 4,963,995
Filed: December 27, 1988
Issued: October 16, 1990
Attorney Docket No. 1352L

: ON PETITION
:
:
:
:

This is a decision on the petition filed March 2, 1999, under 37 CFR 1.378(c) to accept the unintentionally delayed payment of a maintenance fee for the above-identified patent.

The petition is **GRANTED.**

The patent issued October 16, 1990. The last day of the grace period for paying the 7.5 year maintenance fee was October 16, 1998. Therefore, since this petition was filed within twenty-four months after the six-month grace period provided in 37 CFR 1.362(e), this petition was timely filed under the provisions of 37 CFR 1.378(c).

Accordingly, the maintenance fee in this case is hereby accepted and the above-identified patent is hereby reinstated as of the mail date of this decision.

The file does not indicate a change of address has been submitted, although the address given on the petition differs from the address of record. If appropriate, a change of address should be filed in accordance with MPEP 601.03. A courtesy copy of this decision is being mailed to the address given on the petition; however, the Office will mail all future correspondence solely to the address of record.

This file is being forwarded to Files Repository.

Telephone inquiries should be directed to Petitions Attorney Steven Brantley at (703) 306-5683.

*Beverly M. Flanagan*
Beverly M. Flanagan
Supervisory Petitions Examiner
Office of Petitions
Office of the Deputy Assistant Commissioner
   for Patent Policy and Projects

cc:   Charles Katz
      Carr & Ferrell LLP
      2225 East Bayshore Road
      Palo Alto, CA 94303



AFTER 10 DAYS RETURN TO:
Organization _____ Bldg./Rm. _____
**U.S. DEPARTMENT OF COMMERCE**
PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

RETURN TO SENDER
THE EQUAL OPPORTUNITY EMPLOYER
MOVED
LEFT. NO ADDRESS

*Return to Sender*

42

APBU-00000120

## SYSTEMS ARCHITECTURE

# Peripheral Storage: Who's Got What

by Carl Warren, Contributing Editor

System platforms, regardless of architecture, have become powerful data processing engines. Like a racing car that gulps gallons of fuel by the second, these new systems gobble up and spit out data streams at unprecedented rates. To match the performance of these "data engines," storage devices such as Winchester disk drives, flexible disk drives, tape subsystems, semiconductors, and emerging optical storage units are offering equally impressive performance and capacity. Moreover, manufacturers of these storage devices can offer this capability at a fraction of the cost of devices available just five years ago.

The storage device has become the system core, and the latest crop of new storage announcements is stepping ahead in technology capability. For example, system designers can purchase Winchester disk technology in the 765-Mbyte-plus range with under 20-msec average access times, tape drives that match virtually any capacity demand, and even erasable optical storage drives. Further, interfacing technology, due to the increased popularity of the Small Computer Systems Interface (SCSI), is rapidly becoming a commodity business (see *Embedded SCSI Brings High Performance, Smarts to Smaller Drives*, p. 62).

System manufacturers, however, demand more than capacity and performance. Indeed, the real impetus behind the burgeoning storage market is cost/performance per cubic inch. The goal: to inexpensively pack more storage solution into the smallest amount of space. Even full-sized 5¼" Winchester disk drives are staying true to this axiom.

The major performance providers—Control Data Corp. (Minneapolis, MN), Maxtor Corp. (San Jose, CA), and Micropolis Corp. (Chatsworth, CA)—offer fast 380-Mbyte and 765-Mbyte drives with average access times below 20 msec. Workstation vendors and host CPU makers are snatching up these drives.

Demand for the drives is helping to push the price per megabyte into the $2 range; but so are innovative storage subsystem designs. One OEM array solution from Micropolis is the



Figure 1: Though this 3-Gbyte data storage array from Micropolis did not prove an apt fit for the company's disk line, such arrays will be pursued by other vendors, especially those who find promise in SCSHI.

## SYSTEMS ARCHITECTURE

1804 (Figure 1). This storage array used a combination of four data drives and a parity drive (4 + 1 array). In addition to enhancing channel performance and increasing overall capacity, this combo also improves the transfer rate. For example, an array using disk drives with 10-MHz transfer rates produces an aggregate bandwidth of 40 MHz (3 Mbytes/sec).

Besides the benefit of a higher bandwidth, arrays fit more storage into smaller footprints. Thus, the overall cost/megabyte/cubic inch is lessened. For example, a 3-Gbyte array built using the Micropolis 1580 series of 15-MHz ESDI drives would fit into less than half the space required for a 1.2-Gbyte IBM 3380 subsystem, and consume one-third the power.

Although arrays offer certain benefits, there is a price to pay. For example, the subsystem demands synchronized controllers, timing controls, and buffers to properly match the transfer rate to the host I/O controller.

Interestingly, designers have been using ESDI drives to achieve high bandwidths. For the best system match, the drives are coupled to SCSI controllers, which increases the overall cost.

## Packing more storage solution into a smaller space, at a lower cost, is the goal.

trend, however, is to move away from ESDI and instead go straight to SCSI. This is permissible since the emerging SCSI-II more than meets bandwidth requirements for high-performance systems. In addition, command overhead, once the bane of SCSI developers, has dropped from a 1-msec average to the nanosecond range.

Another company making use of the array concept, but as a fault-tolerant storage system, is Pacstor Inc. (Los Gatos, CA). The company's Integra series of subsystems uses Conner Peripherals' (San Jose, CA) 3½" 100-Mbyte Winchesters to create arrays up to 1.2 Gbytes.

Besides using 3½" Winchesters, the fault-tolerant aspects of the overall system make the Pacstor approach unique. The Integra system is an intelligent standalone unit that uses an Intel 80386 to control file access and data management. Pacstor uses SCSI to its fullest extent as a peripheral bus. Thus, drives can be easily removed or added without disturbing subsystem operation—a function of the disconnect/reconnect feature of SCSI.

Pacstor has also developed proprietary file and error correction management that makes it possible to fully reconstruct a file should a disk drive malfunction. Pacstor pricing is between $4000 and $9000, depending on the configuration.

### WORMing Its Way In

Write Once Read Many (WORM) optical technology, although not an overwhelming market giant, is proving useful in some niche segments. Ian Turner, vice-president of engineering at Laserdrive Ltd. (Santa Clara, CA), sees the technology as well suited to the imaging business. "Images take up lots of space and usually need to be considered permanent," says Turner. To this



Figure 2: The Bernoulli Optical drive uses the ICI Digital Paper mounted on a hub under a plate that guides the air flow, creating a lift effect. Thus, the media flies rather than the head. The head/media interface as shown creates a dimpling much like the prow of a boat plowing through water.

end, Laserdrive packages (in a 5¼" form factor) 405 Mbytes per side of storage; a three-interleave Reed-Solomon error correction code (ECC) is implemented with the Neal Glover chip set from Scientific Microsystems Inc. (Mountain View, CA).

Since the Laserdrive 810 series of optical drives are write once, the company has implemented the management of write once protocol in the drive firmware. The upshot is that the host operating system doesn't require any specialized software.

Although WORMs are early to market, 5¼" drives haven't really caught on. Moreover, they may be ignored in favor of emerging erasable optical.

Verbatim first introduced a magneto optical erasable drive over four years ago, but Maxtor stands as today's market leader, with drives developed both in-house and with Seiko/Epson. And by this month, Maxtor should have made early shipments of its Fiji and Tahiti optical drives.

The Fiji is a 3½" drive with 160 Mbytes of removable storage and a 100-msec average access time. The Tahiti, on the other hand, is a 5¼" optical drive that stores 600 Mbytes to 1 Gbyte of data, depending on the format. Maxtor adheres to the ANSI standard that specs 600 Mbytes, and offers an extended format for higher capacity. OEM pricing for the Tahiti is $2500; $1000 for Fiji. Erasable media will add about $200 to the cost.

The technology used by Maxtor is called thermo magneto optical (TMO). This uses a medium, in this case built by Philips Dupont, that combines optical sensitivity with magnetic read/write characteristics. Here, a laser is used to heat a spot on the media until a bias field of about 250 Oe is achieved, causing a reorientation of the magnetic domain. The result is a written bit that can be sensed by the read/write head.

Although bits can be reoriented, there is no overwrite capability. Consequently, an erase pass must take place before a new bit is written. This might seem to slow operation. However, with careful integration, such as using buffers in combination with a fast Winchester, the system impact should be negligible.

An interesting write once optical technology is being pursued by Iomega Corp. (Roy, UT) in concert with the British firm ICI Electronics. ICI has developed an optical Digital Paper. The drive being developed by a subsidiary of Iomega, Bernoulli Optical Systems Corp. (BOSCO) (Boulder, CO), is based on Bernoulli

APBU-00000122

## SYSTEMS ARCHITECTURE



principles whereby the media floats in relationship to the read/write head (Figure 2). The company claims the ability to store 1 Gbyte of data, with a 40-msec access time and a SCSI transfer rate of 1.5 Mbytes/sec.

The ICI Digital Paper (Figure 3) is a dye polymer infrared sensitive coating on a polyester-based substrate. The media has the look and feel of a wrapping paper, and since it is flexible, it can be used in rotating media, or tape drives. Developed by Creo Products, Inc. (Vancouver, Canada), the Creo drive stores up to 1 Tbyte of data on a 12" reel.

### Half-Inch Upgrades

The half-inch tape is the only standard for interchange. IBM's ½" cartridge tape drive, the 3480, has been carried over to an easily handled cartridge. But third-party versions are few, and only one

firm has emerged with a viable alternative to the high-end 3480.

Working in a very open joint development effort with IBM, Cipher Data Products, Inc. (San Diego, CA) has fabricated the 3000i series of ½" drives. Designed for 8" and 5¼" form factors, the 3000i series drives store 320 Mbytes on a single ½" cartridge with 600' of tape.

This significant storage boost over IBM's 200-Mbyte capacity is achieved via the Multitrack Serpentine Recording (MSR) format. A variation of the proposed Half Inch Tape Cartridge (Hi/TC) standard, this format permits serpentine (continuous loop) recording on either two or four tracks on the 24 specified in MSR. This, too, denotes a significant step over IBM's 18-track format. However, IBM writes all 18 in a parallel fashion. The Cipher drive relies on a stepping mechanism to index over the track real estate.

The 3000i drives employ the standard ½" tape cartridge used in the IBM drive, which is a chromium dioxide tape that is priced in the $5 range in OEM quantities. Cipher reports 27,000 flux reversals/inch and ensures a 1 × 10-byte to 12-byte error rate.

---

## The Many Lives of Magnetic Tape Technology

**by Joe Phillips, 3M Data Storage Products Div., St. Paul, MN**

Magnetic tape technology refuses to die, despite periodic predictions of its demise at the hands of competitive products—first from magnetic disk drives as a primary storage medium, and, more recently, from technologies such as optical disk in removable storage applications. Half-inch reel-to-reel tape has survived and flourished by its adaptability to a variety of applications where cost per megabyte and data interchange are the primary concerns.

The earliest data recording tape recorded information at 100 bits/inch. The technology has evolved to a 500-fold increase: The current generation of data storage tape products has boosted density beyond 50,000 bits/inch.

Today's mainstream magnetic tape technologies break down into four general categories: ½" reel-to-reel; ¼" data cartridge, both in standard-sized DC600 and the micro-sized DC2000 mini cartridges; ½" single-reel cartridges (e.g., IBM 3480 and DEC CompacTape media); and various helical scan formats, including 8-mm and Digital Audio Tape (DAT). A possible fifth category having minor applications has developed for digital data cassette systems using a Philips-type cassette and various nonstandard ¼" cartridge designs.

Higher densities now being demonstrated with a helical scan format are the result of advanced tape formulations with greatly increased coercivities—up to 1450 oersted using metal particle tape on DAT cartridges. ½" reel-to-reel tape has held the line at around 290 oersteds. A planned move to higher coercivity pigments for future ¼" data cartridge media will also offer higher areal recording densities; plans for a next-generation ¼" data cartridge product specify 40 tracks of data at a linear recording density of 40,000 bits/inch to achieve 1 Gbyte on a standard-size cartridge by 1990. These newer ¼" data cartridges have moved coercivities to 900 oersteds.

With both product segments (helical and linear recording), as track and bit densities increase, vendors are becoming more concerned with accurate head positioning on these ever-smaller data tracks. Various types of servo positioning systems will be incorporated into these products to ensure the required level of data integrity; sophisticated ECC will be included as well.

Although the venerable 9-track reel-to-reel systems have

served as the dominant means of data interchange in mainframe and minicomputer applications for 25 years, most observers predict that within the next few years drives based on the IBM 3480 ½" cartridge will become the most popular in the ½" tape arena. Storage Tek, Hitachi, Fujitsu, NEC, Cipher, and Aspen have all announced 3480 drives, ensuring this technology's use in the major data centers of the world.

Currently, 3480 cartridges are rated at 200 Mbytes/transport using 18 parallel tracks having a linear recording density of 24,889 flux changes/inch for a bit density of 38,000 bits/inch. The media uses chromium dioxide-based magnetic tape and thin-film read-write heads. Chrome tape has the potential to support much higher densities—over eight times the current level—and it is expected that IBM will soon upgrade the 3480 drive modules, at least doubling current capacity. In some proprietary drives based on the 3480 cartridge, storage capacities of up to 320 Mbytes are now being demonstrated.

The future of tape technology looks promising. Much of the research into magnetic tape coating and resulting developments can be shared both in commercial audio and video applications as well as data recording. The metal particle media used for DAT drives is the same as that used for consumer audio recording. Moreover, research into advanced videotape formulations may possibly provide the answer for the next generation of high-coercivity tape used in data cartridge applications. With this synergistic research, it's a safe bet that continued technical improvements will make magnetic tape products strong competitors in the data storage market well into the next decade.

| Technology | Data | | | | |
|---|---|---|---|---|---|
| Data Cartridge | 14,000 | 26 | Ferric oxide | ¼" | 320 Mbytes | 240 Kbytes/sec | 120 |
| Reel-to-Reel | 6250 | 9 | Ferric oxide | ½" | 165 Mbytes | 1.25 Mbytes/sec | 200 |
| IBM 3480 | 38,000 | 18 | Chromium dioxide | ¼" cartridge | 200 Mbytes | 3 Mbytes/sec | 120 |
| Data DAT | 61,000 | 1869 in/pixel inch | Metal particle | 3.81 mm | 1.3 Gbytes | 183 Kbytes/sec | .122 (effective) |

---

OEMs w
level of fi
MVME1
delivers.
card, it p
function
a small, r

How? Ma
like the s
interface
high-den
interface
function
conventi

Besides v
sight. It t
32-bit M
point cor

988 | VOLUME 10, ISSUE 42, $2.95



*Compaq's SLT/286 features a supertwist VGA display.*

lated
arket,
plans
light-
p the
mate
top."
offer
puter
unit
mpa-

ches
with
hable
quid-
splay
iago-
n can
ay in
r 16
ution.
and
irst in
Mike
sident

gh an

AC outlet or an internal En-
hanced Nicad Battery Pack. The
battery life is over three hours,
and it recharges when the laptop
is connected to an AC outlet.
Power packs weigh 1.8 pounds
each and recharge in 1½ hours
when the system is not in use
and connected to a 110-, 220-,
or 240-volt source.

The user conserves power by
pressing a Standby button that
powers down the display, micro-
processor, drives, modem, and
keyboard when the system is not
in use. The SLT/286 automati-
cally enters Standby mode when
it has been inactive for a user-
defined time period. Operation
is restored by pressing the Stand-
by button. An LED indicator
and audible signal indicate low
**See Compaq, Page 5**

# IBM's OS/2 Named-Pipe Support Quells LAN Incompatibility Fears

BY SHARON FISHER

IBM will support the named-
pipes interface in OS/2, Version
1.1, an IBM executive con-
firmed last week, helping to
dispel fears that IBM and Micro-
soft's OS/2 communications
will not work with each other.

"Named pipes are in there,"
said Mike O'Dell, IBM product
manager of distributed systems
products. "It's not something
we've announced." O'Dell also
confirmed that named-pipe API
calls would be documented for
IBM's OS/2.

Because OS/2, Version 1.1
(due to ship this month) has no
communications capability, the
named-pipes API is so far sup-
ported only within a single
machine, not on a LAN. O'Dell
would not say whether named
pipes would be supported in OS/
2 Extended Edition, Version 1.1
or the LAN Server, which IBM
uses to provide communications
and LAN features to OS/2. IBM
said previously, however, that
all the features in OS/2 Standard
Edition would be present in
Extended Edition.

IBM provided further evi-

dence of interoperability be-
tween its Extended Edition and
Microsoft's LAN Manager last
week by demonstrating an Ex-
tended Edition client running
under a 3Com 3+Open server,
which is LAN Manager-based.

In addition, 3Com said, but
did not demonstrate, that DOS
users running IBM's PC LAN
1.3 can communicate with a
3+Open server.

IBM has said that DOS users
who want to communicate with
IBM's OS/2 LAN Server should
use PC LAN 1.3, which means
**See Pipes, Page 8**

# Job's Next Machine Wins Praise, Poses Questions

BY THE INFOWORLD STAFF

SAN FRANCISCO — Steve
Jobs' dream machine has finally
arrived — sort of.

The wunderkind of Silicon
Valley wowed the industry last
week with the promise of a
workstation that includes a 256-
megabyte read/write optical
drive, a minimum of 8 mega-
bytes of memory, a 17-inch
megapixel monitor, and a new
user interface he vows will

change the way people use
computers.

But while the Next computer
holds great promise, Jobs also
said the $6,500 machine won't
be available until the second
quarter of 1989, and then will be
marketed solely to the higher
education market.

Many analysts, developers,
and academic buyers, while gen-
erally impressed with the ma-
chine, are already looking for a
lower-priced model. And many
questioned when the company
will provide a machine for the
business market.

One explanation Jobs offered
last week for targeting academia
**See Next, Page 93**

*Steve Jobs introduced Next Inc.'s 68030 Unix workstation.*

## s Users Would it Than Switch

frus-
ly an-
1-2-3,
te us-
1-2-3

stan-
hift to
ogram
s late,
stems
c Re-
of the
lture.
ontent
1-2-3.

"The majority of my larger cli-
ents find that the current release
of 1-2-3 meets the majority of
their spreadsheet needs," said
Richard Creeth, a consultant in
Norwalk, Connecticut.

But in organizations that
haven't standardized with one
product, competitive products
are attractive.

"A lot of people buying new
machines are taking a serious
look at Excel," said Richard
Silverston, senior systems sup-
port consultant with Arco, in
Los Angeles. Especially with
80386 systems, many users are
buying Excel rather than 1-2-3.
**See Lotus, Page 8**

## Next Interface to Enhance IBM's Unix Environment

BY NICK ARNETT

IBM's licensing of the Next Step
interface from Next Inc. repre-
sents a Unix strategy intended to
complement, rather than threat-
en, its OS/2 Presentation Man-
ager strategy, an IBM official
said last week.

IBM and Next do not plan to
develop the interface jointly,
officials of each company said.
IBM will, on its own, add color-
to its version, said William Filip,
assistant general manager of

AT DEADLINE

# IBM Says Presentation Manager Is on Schedule

IBM will announce the availability of its Presentation Manager for
OS/2 Standard Edition on October 31, according to sources. The
company will make the announcement in New York, where a
handful of software developers, including Microsoft Corp., Aldus
Corp., and Micrografx Inc., are expected to demonstrate applications
running under Presentation Manager.

Several sources said Microsoft was planning to show a version of

PHOENIX

APBU-00000124

# Next

Continued From Page 1

was the opportunity he feels the machine has to broaden that market. "The key thing to note here is that although there are a lot of computers in higher education, they have not penetrated into the curriculum," Jobs said. "To develop courseware takes months and months. If not years. If we can allow people to write in two or three days what would have taken months, a lot more people will use computers. We want to be the first computer to contribute to the curriculum."

Other aspects of the academic market doubtlessly appealed to Jobs. A relatively small sales force can market new technology to universities, compared to the business market. Academic users are generally focused on developing their own applications, meaning they will be less concerned with the lack of applications software for the new machine.

POSITIVE REACTION. Reaction to the machine from universities was generally positive. "They had very aggressive goals, technologically, and I think they've reached them," said Kenneth King, a member of the Next advisory board and president of Educom, the higher education computing consortium in Princeton, New Jersey.

"It's unfortunate that the price is at the upper end of what universities generally spend for instructional technology," King said. "[Jobs has] been advised by his advisory board that he has to get it down to the $3,000 level before students will buy it in significant numbers. It's the hope of the advisory board that an entry-level machine emerges."

"It clearly is a price breakthrough for all that it offers in one package," said Ira Fuchs, vice president for computing and information technology at Princeton University. "But it's not going to be a machine that Princeton students are going to buy because students aren't prepared to spend more than $2,500 to $3,000. We sell a lot of Macs and IBM PS/2 Model 30s. Even with an impact printer and word processing software, they are under $2,500."

"We want to see a machine without the disk, where we cluster them all and run them off servers," Fuchs continued. "Come second quarter I expect him to offer a more naked machine." Fuchs estimated that Princeton would order about 50 Next machines in the 1988-89 academic year.

"What excites me is the object-oriented environment and the opportunity for sharing critical components among universities," said Ron Danielson, director of information services at Santa Clara University. "It takes 100 to 1,000 hours for each hour of student contact with the machine. If you want students to spend an hour in front of the machine, you have to spend at least 100 hours developing. The Interface Builder will cut down that time."

COSTLY MEDIA. Many developers, though impressed with the Next technology, are hoping for markets beyond higher education and expressed amazement that Next expects applications to be distributed on optical disks that cost $50 each.

"I wish they had said more about their distribution strategy," said Clinton Nagy, national sales manager for Adobe Systems' Systems Division. "High-er education is not enough; I hope we'll be buying the Next machine at Postscript-speaking next year."

According to Dan'l Lewin, Next's vice president for sales and marketing, the company is looking at several options for software distribution, including having Next act as a distribution center for programs.

Effect of the Next machine on the overall computer market is likely to be minimal in the near term, particularly in light of Job's own slow-growth business plan, which envisions the product in the hands of developers and universities for the next two years. "The impact will be nothing in the near term," said Michele Preston, an analyst with Salomon Brothers. "The only question right now is how it will affect Apple's position in the education market."

"When the first generation of students using the Next computer graduate, they will take their machines with them into business," predicted Peter Tiege of Infocorp.

"The technology is wonderful, but the deal with IBM is the smartest part," said Esther Dyson, editor of Release 1.0. "The Next machine will get applications because of IBM, and IBM will lead the way right into the business market."

## Next Ups the Price/Performance Ante

### Offers $2,000 Postscript Laser; I/O Chip Transfers DMA at 5 MBPS

BY MARTIN MARSHALL

The Next Inc. introductions produced few surprises in the hardware offered but dramatic confirmation that a new price/ performance plateau would soon be reached.

Claiming that "people don't want impact printers anymore," Next unveiled its 400-dpi laser printer, which works only with the Next CPU. The $2,000 price for a Postscript-speaking laser printer seems phenomenal, cutting the present market price of such printers in half, until one considers that Postscript is not in the laser printer, it is in the CPU running Display Postscript.

The image is created by the 68030 in a frame buffer in RAM, then an I/O processor effects the Direct Memory Access (DMA) transfer at a rate of 5 megabits per second without further burdening the CPU. The Postscript interpreter and associated RAM required in other Postscript printers do not exist in the laser printer. Only a single VLSI chip is required in the printer, which otherwise uses a Canon SX engine and downsized packaging that makes the printer 60 percent the size of other laser printers.

The same architecture that allows the low-cost laser printer transfers without burdening the CPU also works to speed up other parts of the overall system processing, the company said. This makes optimum use of the 5-MIPS processing power of the 68030 CPU.

Although Next is using Nubus protocols for the two expansion slots, its 25-MHz expansion bus is 25 percent faster than the backplane technology that uses Nubus protocols to other companies.

The digital signal processor



### Standard Configuration of the Next Machine

**Hardware:**
- Motorola 68030 microprocessor running at 25 MHz
- Motorola 68882 floating-point processor running at 25 MHz
- 10-MIPS Motorola 56001 Digital Signal Processor
- 12 DMA channels
- 25-MHz backplane using Nubus protocols
- Two proprietary VLSI chips (Integrated Channel Processor and Optical Storage Processor)
- 256-megabyte read/write/erasable optical disc, 60- to 70-ms average access time, 4MB/sec burst transfer rate
- Built-in Ethernet adapter
- 17-inch monochrome grayscale display, 1,120-by-832 resolution, 2 bits per pixel
- Keyboard
- 2-button mouse
- 8 megabytes of RAM
- Three available expansion slots that can hold up to 3 more CPU boards
- "Mac-compatible" SCSI controller
- Two "Mac-compatible" serial ports
- Speaker and headphone jack

**Software:**
- Display Postscript
- Mach System Software
- Sun's Network File System (NFS)
- Application development tools including Objective-C; GNU C compiler, debugger, and EMACS; and 6800 4.3 utilities
- Next Step software environment (includes Window Server, Workspace Manager, Application Kit, and Interface Builder)
- Digital Librarian searching and indexing tool
- Unix electronic mail
- Write Now word processor
- Mathematica
- Next SQL Database Server
- Allegro CL Common Lisp
- Jot personal database
- Digital Library

**Options:**
- 400-dpi Postscript-compatible laser printer
- 330MB or 660MB Winchester hard disk
- 16 megabytes of RAM

boards are in preparation for the system, but it does plan to license its backplane technology that uses Nubus protocols to other companies.

that is used for synthesizing sound someday also will be used to emulate a 9,600-bps modem, according to Next. The machine also has a 32-bit implementation of Ethernet.

## Developers Eye Next, But Microsoft Abstains

BY PEGGY WATT

A fistful of software packages — including an object-oriented development program — will ship with the Next machine, and a respectable number of software developers are eyeing the system for future development.

The new computer comes with Mach, a flavor of Unix developed at Carnegie-Mellon University and compatible with BSD 4.3; and Next Step, an object-oriented environment developed by Stepstone Corp.

BUNDLES. Also being bundled with Next are Adobe Postscript, as both display and printer driver; TJMaker Write Now word processor; Mathematica from Wolfram Research Inc; Franz Inc.'s Allegro Common Lisp; and Sybase SQL Server

database technology. It also comes with Next's Sound & Music generation software and a Unix-Mail compatible graphical Mail program.

Frame Technology Corp., Cricket Software, Maker of the Unicorn Inc., and Farallon Computing also endorsed Next and promise applications; others said they are considering development. More than 500 developers signed up for a Next conference held the day after the product's announcement, said John Ison, Next's director of applications product marketing.

Next is also bundling a Digital Library comprised of Webster's Ninth New Collegiate Dictionary, Webster's Collegiate Thesaurus, the Oxford Dictionary of Quotations, and the Oxford Press' William Shakespeare: The Complete Works.

with Digital Librarian search and indexing tools. All Next documentation is also on-line.

ABSENT. Conspicuously absent from the supporters is Microsoft — first to endorse the new technology in Apple co-founder Steve Jobs' earlier innovation, the Macintosh. Microsoft Chairman Bill Gates endorsed the Next machine's higher education market too small and said he "decided to not put the energy into" development now.

"We'd have to get the impression that it would sell in very, very big numbers, like a corporation coming in and telling me they don't want to stick to a few standards any more," Gates said.

NEXT STEP. "We'd love to have Microsoft software on this machine," Jobs said. He expects applications will be speeded with the help of Next Step — also licensed by IBM for its RT and Intel-based systems.

Software developers face such new challenges as distributing programs on 350 CDs instead of floppy disks.

Ashton-Tate is evaluating the Next machine, which would probably require entirely new products, said Terry Garnett, an Ashton-Tate vice president. "The environment he's done is so different in terms of multimedia that we'll have to go back and ask, what do users want in that environment?"

In a prepared statement, Lotus president Jim Manzi congratulated Jobs and his team, but fell short of announcing a version of 1-2-3 for the new machine.

INFOWORLD