**Burst.com U.S. Patent No. 5,057,932, Claim 4**
**Accused Instrumentality:  Apple Computer or Windows Computer with iTunes Software Installed**

| | |
|---|---|
| random access storage means, coupled to said compression means, for storing the time compressed representation of said audio/video source information, said random access storage means comprising one or more magnetic disks; and | Hard drive(s) in Apple Computer or Windows Computer with iTunes software installed (which stores the time compressed representation) |
| output means, coupled to said random access storage means, for receiving the time compressed audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus. | USB port on Apple Computer or Windows Computer with iTunes software installed (which receives the time compressed representation for transmission away); and/or<br><br>FireWire port on Apple Computer or Windows Computer with iTunes software installed (which receives the time compressed representation for transmission away) |

694616v1/009350

2

Dockets.Justia.com

# EXHIBIT C

**Burst.com U.S. Patent No. 4,963,995, Claims 17 and 19**
**Accused Instrumentality: iTunes Music Store**

| Claim 17 | Elements in Accused Instrumentality |
|---|---|
| An audio/video transceiver apparatus comprising: | Apparatus is computer used by iTunes Music Store, including hardware and software |
| input means for receiving audio/video source information as a time compressed representation thereof, said time compressed representation of said audio/video source information being received over an associated burst time period that is shorter than a real time period associated with said audio/video source information; | One or more of the following components of computer executing software used by the iTunes Music Store:<br><br>Wired or wireless Ethernet device or other network port for connection to networked computer or the Internet;<br><br>USB port for connection to external memory device;<br><br>FireWire port for connection to networked computer or external memory device; and/or<br><br>CD and/or DVD drive<br><br>(which receives time compressed representation of audio/video source information over a burst time period shorter than real time playback) |
| random access storage means, coupled to said input means, for storing the time compressed representation of said audio/video source information received by said input means; and | Hard drive and/or other system memory in computer executing software used by the iTunes Music Store (which stores the time compressed representation) |

**EXHIBIT C**    1

694598v1/009350

**Burst.com U.S. Patent No. 4,963,995, Claims 17 and 19**
**Accused Instrumentality: iTunes Music Store**

| | |
|---|---|
| output means, coupled to said random access storage means, for receiving the time compressed representation of said audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus. | Wired or wireless Ethernet device or other network port on computer executing software used by the iTunes Music Store (which receives the time compressed representation stored in random access storage for transmission away) |
| **Claim 19** | |
| An audio/video transceiver apparatus as in claim 17 in combination with | See Chart for Claim 17 |
| a video library, coupled via a communication link with said audio/video transceiver apparatus, said video library storing a multiplicity of items of audio/video source information in said time compressed representation for selective retrieval, in said associated burst time period over said communication link. | Library of two or more time compressed representations of audio/video source information, coupled via a communication link with the computer identified as audio/video transceiver apparatus in Claim 17 (from which library the time compressed representations are selectively retrieved in a burst time period) |

**Burst.com U.S. Patent No. 5,164,839, Claims 1 and 9**
**Accused Instrumentality:  Method Performed by the iTunes Music Store and**
**iTunes Producer Software Running on an Apple Computer**

| Claim 1 | Elements in Accused Instrumentality |
|---|---|
| A method for handling audio/video source information, the method comprising: | Method performed by the iTunes Music Store and by iTunes Producer software running on an Apple Computer |
| receiving audio/video source information | iTunes Producer software receives audio source information via one or more of the following components of the Apple Computer:<br><br>SuperDrive, Combo drive, or other drive that reads CDs;<br><br>Wired or wireless Ethernet device;<br><br>Internal or external telephone modem device;<br><br>USB port; and/or<br><br>FireWire port |
| compressing the received audio/video source information into a time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of the received audio/video source information; | iTunes Producer software compresses audio source information into a time compressed representation (*e.g.*, in AAC format) that has a burst time period shorter than real time playback |

**EXHIBIT C**     1

694596v1/009350

**Burst.com U.S. Patent No. 5,164,839, Claims 1 and 9**
**Accused Instrumentality:  Method Performed by the iTunes Music Store and**
**iTunes Producer Software Running on an Apple Computer**

| | |
|---|---|
| storing said time compressed representation of the received audio/video source information; and | iTunes Producer software stores the time compressed representation (*e.g.*, in computer memory or on other storage media); and/or <br><br> The iTunes Music Store stores the time compressed representation (*e.g.*, in computer memory or on other storage media) |
| transmitting, in said burst time period, the stored time compressed representation of the received audio/video source information to a selected destination. | iTunes Producer software transmits, in a burst time period shorter than real time playback, the stored time compressed representation to the iTunes Store; and/or <br><br> The iTunes Music Store transmits, in a burst time period shorter than real time playback, the stored time compressed representation to an Apple Computer or Windows Computer with iTunes software |
| **Claim 9 Elements** | |
| A method as in claim 1 wherein: | See Chart for Claim 1 |
| said audio/video source information comprises digital audio/video source information; | See Chart for Claim 1 (the audio source information is digital) |

2

**Burst.com U.S. Patent No. 5,164,839, Claims 1 and 9**
**Accused Instrumentality:  Method Performed by the iTunes Music Store and**
**iTunes Producer Software Running on an Apple Computer**

| | |
|---|---|
| said step of compressing comprises compressing said digital audio/video source information into a digital time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of said digital audio/video source information; and | iTunes Producer software compresses the digital audio source information into a digital time compressed representation (*e.g.*, in AAC format) that has a burst time period shorter than real time playback |
| said step of storing comprises storing said digital time compressed representation of said digital audio/video source information. | iTunes Producer software stores the digital time compressed representation (*e.g.*, in computer memory or on other storage media); and/or<br><br>The iTunes Music Store stores the digital time compressed representation (*e.g.*, in computer memory or on other storage media) |

**Burst.com U.S. Patent No. 5,164,839, Claims 17, 19, and 77**
**Accused Instrumentality:  Method Performed by the iTunes Music Store**

| Claim 17 | Elements in Accused Instrumentality |
|---|---|
| A method for handling audio/video source information, the method comprising: | Method performed by the iTunes Music Store |
| receiving audio/video source information as a time compressed representation thereof, said time compressed representation of said audio/video source information being received over an associated burst time period that is shorter than a real time period associated with real time playback of said audio/video source information; | The iTunes Music Store receives time compressed representation of audio/video source information over a burst time period shorter than real time playback from a computer with iTunes Producer software or other submission software |
| storing the time compressed representation of said received audio/video source information; and | The iTunes Music Store stores the time compressed representation (*e.g.*, in computer memory or on other storage media) |
| transmitting, in said burst time period, the stored time compressed representation of said received audio/video source information to a selected destination. | The iTunes Music Store transmits, in a burst time period shorter than real time playback, the stored time compressed representation to an Apple Computer or Windows Computer with iTunes software |
| Claim 19 | |
| A method as in claim 17 | See Chart for Claim 17 |

**EXHIBIT C**     1

**Burst.com U.S. Patent No. 5,164,839, Claims 17, 19, and 77**
**Accused Instrumentality:  Method Performed by the iTunes Music Store**

| | |
|---|---|
| wherein said audio/video source information comprises information received over a communications link from a video library storing a multiplicity of programs of audio/video source information as time compressed representations thereof for selective retrieval by a user in an associated burst time period. | The iTunes Music Store receives time compressed representation(s) of programs of audio/video source information over a communications link from a library of two or more such time compressed representations stored for selective retrieval by a user in a burst time period shorter than real time playback |
| **Claim 77** | |
| A method for handling audio/video source information, the method comprising: | Method performed by the iTunes Music Store |
| receiving audio/video source information as a time compressed digital representation thereof, said audio/video source information comprising a multiplicity of video frames in the form of one or more full motion video programs selected from a video library storing a multiplicity of full motion video programs in a time compressed digital representation thereof for selective retrieval, said time compressed digital representation of the received audio/video source information being received in an associated burst time period that is shorter than a time period associated with a real time representation of said received audio/video source information; | The iTunes Music Store receives, in a burst time period shorter than real time playback, a time compressed digital representation of audio/video source information comprising video program(s) selected from a video library storing two or more such time compressed digital representations for selective retrieval |
| storing the time compressed digital representation of said received audio/video source information; and | The iTunes Music Store stores the time compressed digital representation (*e.g.*, in computer memory or on other storage media) |

**Burst.com U.S. Patent No. 5,164,839, Claims 17, 19, and 77**
**Accused Instrumentality:  Method Performed by the iTunes Music Store**

| | |
|---|---|
| transmitting, in said burst time period, the stored time compressed digital representation of said received audio/video source information to a selected destination. | The iTunes Music Store transmits, in a burst time period shorter than real time playback, the stored time compressed digital representation to an Apple Computer or Windows Computer with iTunes software |

**Burst.com U.S. Patent No. 5,995,705, Claim 21**
**Accused Instrumentality: iTunes Music Store**

| Claim 21 | Elements in Accused Instrumentality |
|---|---|
| A method for handling audio/video source information, the method comprising the steps of: | Method performed by the iTunes Music Store |
| receiving audio/video source information as a digital time compressed representation thereof, said audio/video source information comprising a multiplicity of video frames collectively constituting at least one full motion video program selected from a video library storing a plurality of video programs in a digital time compressed representation thereof for selective retrieval;<br><br>said at least one video program being received by a receiver in a burst transmission time period that is substantially shorter than a time period associated with real-time viewing by a receiver of said at least one video program; | The iTunes Music Store receives, in a burst time period substantially shorter than real time playback, a digital time compressed representation of audio/video source information comprising video program(s) selected from a video library storing two or more such time compressed digital representations for selective retrieval |
| storing the digital time compressed representation of said audio/video source information; and | The iTunes Music Store stores the digital time compressed representation (*e.g.*, in computer memory or on other storage media) |
| transmitting, in said burst transmission time period, the stored digital time compressed representation of said audio/video source information to a selected destination. | The iTunes Music Store transmits, in a burst time period substantially shorter than real time playback, the stored digital time compressed representation to an Apple Computer or Windows Computer with iTunes software |

EXHIBIT C

1

694594v1/009350

# EXHIBIT D

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7, 9, 15, 16, 20, 44, 45, 46, 76**
**Accused Instrumentality: One or More Apple Computers Executing Final Cut Studio, Quicktime Pro, and/or**
**Quicktime Streaming Server**

| U.S. PATENT NO. 5,164,839 | INFRINGEMENT |
|---|---|
| **Claim 1** | |
| A method for handling audio/video source information, the method comprising: | **Final Cut Studio** <br><br> Apple's **Final Cut Studio** is a software product designed to run on an Apple Computer, specifically designed to handle audio/visual source information. <br><br> **Final Cut Studio** includes the following software applications designed to provide a seamless integrated platform for handling audio/visual source information:  (1) **Final Cut Pro**; (2) **Soundtrack Pro**; (3) **Motion**; (4) **DVD Studio Pro**; and (5) **Compressor**. <br><br> **Final Cut Pro** is also sold as a stand-alone product. <br><br> **Quicktime Pro** <br><br> Apple's **Quicktime Pro** is a software product that runs on an Apple Computer and/or Windows PC, and which is specifically designed to handle audio/visual source information.  Apple indicates that **Quicktime Pro** is part of a suite of **Quicktime** products, including **Quicktime Player**, **Quicktime Pro, Quicktime Broadcaster**, and **Quicktime Streaming Server**.  These charts apply to Quicktime Pro versions 5, 6 or 7. <br><br> **Quicktime Streaming Server (QTSS)** <br><br> QTSS handles audio/video source information and delivers audio/visual information to clients running Quicktime player. <br><br> "QuickTime Streaming Software" collectively refers to QuickTime Broadcaster, QuickTime Streaming Server Publisher and QuickTime Streaming Server. <br><br> Apple's Xserve servers come with the QuickTime Streaming Software preinstalled.  The Mac OS X Server software package includes all of the QuickTime Streaming Software and can be installed on Apple computers. |
| receiving audio/video source information; | **Final Cut Studio** <br><br> **Final Cut Studio** (including for example, **Final Cut Pro** and/or **Soundtrack Pro**) receives a wide variety of audio/visual source information via a PCI card; a Firewire port; or tape. |

2

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7, 9, 15, 16, 20, 44, 45, 46, 76**
**Accused Instrumentality: One or More Apple Computers Executing Final Cut Studio, Quicktime Pro, and/or Quicktime Streaming Server**

| U.S. PATENT NO. 5,164,839 | INFRINGEMENT |
|---|---|
| | The following table identifies the FireWire and PCI input ports used to receive audio/visual information: |

3750-v1/I011.0D10

# Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7, 9, 15, 16, 20, 44, 45, 46, 76
## Accused Instrumentality: One or More Apple Computers Executing Final Cut Studio, Quicktime Pro, and/or Quicktime Streaming Server

| U.S. PATENT NO. 5,164,839 | INFRINGEMENT |
| --- | --- |
| | **Formats supported in Final Cut Pro 5** |

**Formats supported in Final Cut Pro 5**

| Format | Frame rate | Data rate | YUV | I/O | Use |
| --- | --- | --- | --- | --- | --- |
| OfflineRT | 25, 29.97 | Variable | 4:1:1 | FireWire | Offline for DV. Real-time down convert from DV source on capture.* |
| | | | | PCI | Offline for SD. Real-time down convert from SD source on capture.* |
| | 23.976, 24 | Variable | 4:1:1 | PCI or FireWire | Offline for film and HD. Use Cinema Tools to reverse telecine from 29.97 source. |
| | | | | PCI | Offline for HD. Real-time down convert from HD source on capture.* |
| DV, DVCAM, and DVCPRO | 25, 29.97 | 3.6 MBps | 4:1:1 | FireWire | Native DV editing. |
| | | | | PCI | Offline for SD. Real-time down convert from SD source on capture.* |
| | 23.976, 24 | 2.6 MBps | 4:1:1 | FireWire | Offline for film or HD from 29.97 source. |
| | | | | | Native Panasonic AG-DVX100 editing (23.976 only). |
| | | | | PCI | Offline for HD. Real-time down convert from HD source on capture.* |
| IMX (50 Mbps) | 25, 29.97 | 7 MBps | 4:2:2 | Not applicable; editing only | Broadcast news and some episodic production. Ingest and output require lossless MXF to QuickTime file flip through third-party Telestream software (Flip4Mac). |
| DVCPRO 50 | 25, 29.97 | 7 MBps | 4:2:2 | FireWire | Native DVCPRO 50 editing. |
| | 23.976, 24 | 5.7 MBps | 4:2:2 | FireWire | Native Panasonic AJ-SDX900 editing (23.976 only). |
| Uncompressed SD | 25, 29.97 | 20 MBps | 4:2:2 | FireWire | 8- and 10-bit SD online and finishing. |
| | | | | PCI | 8- and 10-bit SD online and finishing. |
| HDV | 25, 29.97, 30p | 3.6 MBps | 4:2:0 | FireWire | Native HDV editing (long GOP MPEG-2). |
| DVCPRO HD | 23.976, 24, 25, 29.97, 30, 50, 60 | 5.7–15 MBps | 4:2:2 | FireWire | Native DVCPRO HD editing. Not all I/O devices support all formats and frame rates. |
| Uncompressed HD | 23.976, 24, 25, 29.97, 30, 50, 60 | 90–230 MBps | 4:2:2 | PCI | 8- and 10-bit HD online and finishing. 10- and 12-bit dual-link 4:4:4 RGB for conforming and finishing. |

The log and capture screen from **Final Cut Pro** is shown below for receiving audio/visual

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7, 9, 15, 16, 20, 44, 45, 46, 76**
**Accused Instrumentality: One or More Apple Computers Executing Final Cut Studio, Quicktime Pro, and/or Quicktime Streaming Server**

| U.S. PATENT NO. 5,164,839 | INFRINGEMENT |
|---|---|
|  | information from tape: <br><br>  <br><br> http://images.apple.com/finalcutstudio/pdf/20050621_FinalCutPro_Product_Overview.pdf. <br><br> **Quicktime Pro** <br><br> **Quicktime Pro** receives audio/visual source information on a variety of ports on the Apple Computer, including: <br><br>     Wired or wireless Ethernet device; <br>     USB port; <br>     FireWire port; <br>     Audio line input; <br>     Optical digital audio input; |

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7, 9, 15, 16, 20, 44, 45, 46, 76**
**Accused Instrumentality: One or More Apple Computers Executing Final Cut Studio, Quicktime Pro, and/or Quicktime Streaming Server**

| U.S. PATENT NO. 5,164,839 | INFRINGEMENT |
|---|---|
| | Built-in microphone; and/or<br>iSight or other built-in camera |
| compressing the received audio/video source information into a time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of the received audio/video source information; | **Final Cut Studio**<br><br>**Compressor 2** provides a number of compression techniques (or codec algorithms running on a processor) for compressing audio/visual information. The **Compressor** codecs, which are integrated with other Apple software applications, can provide a compressed representation of audio/visual information with a lower data rate.<br><br>The **Compressor** software can identify the format and frame rate for particular types of transmissions including Web Downloading.<br><br><br>**Final Cut Pro** also includes the capability of compressing audio/video source information into a time compressed representation.<br><br><br>**Quicktime Pro**<br>**Quicktime Pro** provides a number of codecs for compressing video and audio.<br><br>Apple's Tech Brief on Quicktime 7 states:<br><br>QuickTime 7 Pro allows you to create crystal-clear video using the state-of-the-art H.264 video codec. Developed by Apple, the implementation of this industry-standard codec in QuickTime includes a set of advanced technologies and patent-pending techniques to create pristine video at low data rates. Innovative Apple features include:<br><br>http://images.apple.com/quicktime/pdf/QuickTime7_Tech_Brief_V2.pdf.<br><br><br>Quicktime Pro also allows audio/visual files to be compressed in a manner that optimizes the transfer of audio/visual information via downloads, as the following screen shot indicates ("Optimized for |

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7, 9, 15, 16, 20, 44, 45, 46, 76**
**Accused Instrumentality: One or More Apple Computers Executing Final Cut Studio, Quicktime Pro, and/or**
**Quicktime Streaming Server**

| U.S. PATENT NO. 5,164,839 | INFRINGEMENT |
|---|---|
| | Download"): |

# Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7, 9, 15, 16, 20, 44, 45, 46, 76
## Accused Instrumentality: One or More Apple Computers Executing Final Cut Studio, Quicktime Pro, and/or Quicktime Streaming Server

| U.S. PATENT NO. 5,164,839 | INFRINGEMENT |
|---|---|
| | **QuickTime Pro**<br><br>QuickTime Pro is an incredibly powerful yet easy-to-use application for content creation on Mac computers and Windows PCs. Loaded with features for creating professional-quality content with just a few clicks, QuickTime Pro will convert you from movie watcher to moviemaker in no time. For everything from making quick edits or replacing an audio track, to creating a full HD video or playing movies in full screen, QuickTime Pro is the perfect application for all of your media needs.<br><br><br><br>QuickTime 7 Pro for Mac OS X provides single-click audio and video recording for easy creation of video postcards. Both Mac and Windows users can easily create stunning H.264 video. |

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7, 9, 15, 16, 20, 44, 45, 46, 76**
**Accused Instrumentality: One or More Apple Computers Executing Final Cut Studio, Quicktime Pro, and/or Quicktime Streaming Server**

| U.S. PATENT NO. 5,164,839 | INFRINGEMENT |
|---|---|
| storing said time compressed representation of the received audio/video source information; and | **Final Cut Studio**<br><br>**Final Cut Studio** saves and/or exports the time compressed audio/visual information to a selected destination on the disk.<br><br>**Quicktime Pro**<br><br>**Quicktime Pro** similarly saves time compressed audio/visual information to a selected destination.<br><br><br>**QTSS**<br><br>The compressed audio and video content is stored by the Apple server pre-installed with QuickTime Streaming Software.  For example, QuickTime Publisher is used to store. |
| transmitting, in said burst time period, the stored time compressed representation of the received audio/video source information to a selected destination. | **QTSS**<br><br>QuickTime Streaming Server Software (either by itself or in conjunction with Apple Webserver Software, *i.e.,* Apache webserver) enables faster than real-time transmission of compressed audio/video source information through Progressive Download (a.k.a. Fast Start).  This technology enables audio/video source information to be played/viewed before the information is fully downloaded and the download time is shorter than the play back time. |
| **Claim 2** | |
| A method as in claim 1 further comprising the steps of: | See claim 1 |
| editing the stored time compressed representation of said audio/video source information; and | **Final Cut Studio**<br><br>**Final Cut Studio,** including **Final Cut Pro** and **Soundtrack Pro**, are designed to provide editing of audio/visual information both on an individual frame basis or on a global basis.<br><br>**Quicktime Pro**<br><br>**Quicktime Pro** provides extensive editing capabilities for content creation on an Apple Computer or |

**Burst.com U.S. Patent No. 5,164,839; Claims 1-3, 7, 9, 15, 16, 20, 44, 45, 46, 76**
**Accused Instrumentality: One or More Apple Computers Executing Final Cut Studio, Quicktime Pro, and/or Quicktime Streaming Server**

| U.S. PATENT NO. 5,164,839 | INFRINGEMENT |
|---|---|
|  | Windows based PC. |
| storing the edited time compressed representation of said audio/video source information. | **Final Cut Studio**<br><br>**Final Cut Studio** saves the edited time compressed representation, as indicated in claim 1<br><br>**Quicktime Pro**<br><br>**Quicktime Pro** saves the edited audio/visual information as indicated in claim 1. |
| **Claim 3** | See claim 1. |
| A method as in claim 2 further comprising the step of monitoring the stored, time compressed representation of said audio/video source information during editing. | **Final Cut Studio**<br><br>Apple computers include displays as a Basic Requirement. The **Digital Cinema Desktop** feature in **Final Cut Studio** allows multiple Apple displays to be used to synchronize audio with video.<br><br>Also, the Quickview feature may be used to preview sequences stored in RAM.<br><br>**Quicktime Pro**<br><br>**Quicktime Pro** displays frames for editing purposes. |
|  |  |
| **Claim 7** |  |
| A method as in claim 1 wherein the step of storing comprises storing the time compressed representation of said audio/video source information in a semiconductor memory. | The system memory in an Apple Computer is semiconductor memory. |
|  |  |
| **Claim 9** |  |
| A method as in claim 1 wherein: | See claim 1. |
| said audio/video source information comprises | **Final Cut Studio** |

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7, 9, 15, 16, 20, 44, 45, 46, 76**
**Accused Instrumentality: One or More Apple Computers Executing Final Cut Studio, Quicktime Pro, and/or Quicktime Streaming Server**

| U.S. PATENT NO. 5,164,839 | INFRINGEMENT |
|---|---|
| digital audio/video source information; | **Final Cut Pro** receives digital video source information, such as Digital Video.<br><br>**Quicktime Pro**<br><br>**Quicktime Pro** receives digital video source information, such as a Quicktime Movie format. |
| said step of compressing comprises compressing said digital audio/video source information into a digital time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of said digital audio/video source information; and | **Final Cut Studio**<br><br>See claim 1<br><br>**Compressor 2** codecs provide a compressed representation of audio/visual information with a lower data rate.<br><br>**Final Cut Pro** also includes the capability of compressing audio/video source information.<br><br>**Quicktime Pro**<br><br>**Quicktime Pro** compresses digital audio/visual information. **See** claim 1. |
| said step of storing comprises storing said digital time compressed representation of said digital audio/video source information. | The compressed audio/visual information may be stored by **Final Cut Studio** or **Quicktime Pro** and/or may be stored by **Quicktime Streaming Server**. See claim 1. |
|  |  |
| **Claim 15** |  |
| A method as in claim 9 wherein said audio/video source information comprises information received from a computer. | **Final Cut Studio** and **Quicktime Pro** can receive audio/visual source information from another Apple Computer. |
| **Claim 16** |  |
| A method as in claim 9 wherein said audio/video source information comprises information received over a fiber optic transmission line. | **Final Cut Studio**<br><br>**Final Cut Studio** can receive audio/visual information over a fiber optic transmission line, such as Fibre Channel. |

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7, 9, 13, 16, 20, 44, 45, 46, 76**
**Accused Instrumentality: One or More Apple Computers Executing Final Cut Studio, Quicktime Pro, and/or Quicktime Streaming Server**

| U.S. PATENT NO. 5,164,839 | INFRINGEMENT |
|---|---|
| | |
| **Claim 20** | |
| A method as in claim 1 further comprising the steps of: | See Claim 1. |
| selectively decompressing the stored time compressed representation of said audio/video source information; | **Final Cut Studio**<br><br>**Final Cut Studio,** including **Compressor 2**, includes codecs that can decompress audio/visual information that has been compressed.<br><br>**Final Cut Pro** also decompresses audio/visual information.<br><br>**Quicktime Pro**<br><br>**Quicktime Pro** includes codecs that can decompress audio/visual data that has been compressed. |
| editing the selectively decompressed time compressed representation of said audio/video source information; and | **Final Cut Studio**<br><br>**Final Cut Pro** edits the selectively decompressed audio/video source information.<br><br>See Final Cut Pro User's Manual Vol. 2, Parts 1 & 2, video and audio editing and mixing.<br><br>**Quicktime Pro**<br><br>**Quicktime Pro** performs real time editing of decompressed audio/visual source information. |
| storing the edited selectively decompressed time compressed representation of said audio/video source information. | Once edited, the audio/visual information is stored by **Final Cut Studio** and **Quicktime Pro** using the programs' export feature. |
| | |
| **Claim 44** | |
| A method as in claim 1 further comprising the step of recording the stored time compressed representation of said audio/video source information onto a removable recording medium. | **Final Cut Studio**<br><br>**Final Cut Studio** records the stored time compressed representation onto a removable recording medium using **DVD Studio Pro**. |

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7, 9, 15, 16, 20, 44, 45, 46, 76**
**Accused Instrumentality: One or More Apple Computers Executing Final Cut Studio, Quicktime Pro, and/or**
**Quicktime Streaming Server**

| U.S. PATENT NO. 5,164,839 | INFRINGEMENT |
|---|---|
| | **Final Cut Pro** and **QuickTime Pro** record the stored time compressed representation onto magnetic tape. |
| **Claim 45** | |
| A method as in claim 2 further comprising the step of recording the edited time compressed representation of said audio/video source information onto a removable recording medium. | **Final Cut Studio**<br><br>**Final Cut Studio** records the edited time compressed representation onto a removable recording medium using **DVD Studio Pro**.<br><br>**Final Cut Pro** record the stored time compressed representation onto magnetic tape. |
| **Claim 46** | |
| A method as in claim 45 further comprising the step of visually displaying the time compressed representation of said audio/video source information stored on said removable recording medium for selective viewing by a user. | **Final Cut Studio** and **QuickTime Pro** permit visually displaying the time compressed representation stored on the removable recording medium.<br><br>See claim 3. |
| | |
| **Claim 76** | |
| A method for handling audio/video source information, the method comprising: | **Final Cut Studio**<br><br>Apple's **Final Cut Studio** is a software product designed to run on an Apple Computer, specifically designed to handle audio/visual source information.<br><br>**Final Cut Studio** includes the following software applications designed to provide a seamless integrated platform for handling audio/visual source information:  (1) **Final Cut Pro**; (2) **Soundtrack Pro**; (3) **Motion**; (4) **DVD Studio Pro**; and (5) **Compressor**.<br><br>**Final Cut Pro** is also sold as a stand-alone product.<br><br>**Quicktime Pro**<br><br>Apple's **Quicktime Pro** is a software product that runs on an Apple Computer and/or Windows PC, |

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7, 9, 15, 16, 20, 44, 45, 46, 76**
**Accused Instrumentality: One or More Apple Computers Executing Final Cut Studio, Quicktime Pro, and/or**
**Quicktime Streaming Server**

| U.S. PATENT NO. 5,164,839 | INFRINGEMENT |
|---|---|
| | and which is specifically designed to handle audio/visual source information. Apple indicates that **Quicktime Pro** is part of a suite of **Quicktime** products, including **Quicktime Player**, **Quicktime Pro**, **Quicktime Broadcaster**, and **Quicktime Streaming Server**.<br><br>**Quicktime Streaming Server (QTSS)**<br><br>QTSS handles audio/video source information and delivers audio/visual information to clients running Quicktime player.<br><br>"QuickTime Streaming Software" collectively refers to QuickTime Broadcaster, QuickTime Streaming Server Publisher and QuickTime Streaming Server.<br><br>Apple's Xserve servers come with the QuickTime Streaming Software preinstalled.   The Mac OS X Server software package includes all of the QuickTime Streaming Software and can be installed on Apple computers. |
| receiving audio/video source information comprising a multiplicity of video frames in the form of one or more full motion video programs; | **Final Cut Studio**<br><br>**Final Cut Studio** (including for example, **Final Cut Pro**) receives a wide variety of audio/visual source information, including video frames in the form of one or more full motion video programs, via a PCI card; a Firewire port; or tape.<br><br>The following table identifies the FireWire and PCI input ports used to receive audio/visual information: |

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7, 9, 15, 16, 20, 44, 45, 46, 76**
**Accused Instrumentality: One or More Apple Computers Executing Final Cut Studio, Quicktime Pro, and/or**
**Quicktime Streaming Server**

| U.S. PATENT NO. 5,164,839 | INFRINGEMENT |
|---|---|

**INFRINGEMENT column content:**

Formats supported in Final Cut Pro 5

| Format | Frame rate | Data rate | YUV | I/O | Use |
|---|---|---|---|---|---|
| OfflineRT | 25, 29.97 | Variable | 4:1:1 | FireWire | Offline for DV. Real-time down convert from DV source on capture.[a] |
| | | | | PCI | Offline for SD. Real-time down convert from SD source on capture.[a] |
| | 23.976, 24 | Variable | 4:1:1 | PCI or FireWire | Offline for film and HD. Use Cinema Tools to reverse telecine from 29.97 source. |
| | | | | PCI | Offline for HD. Real-time down convert from HD source on capture.[a] |
| DV, DVCAM, and DVCPRO | 25, 29.97 | 3.6 MBps | 4:1:1 | FireWire | Native DV editing. |
| | | | | PCI | Offline for SD. Real-time down convert from SD source on capture.[a] |
| | 23.976, 24 | 2.8 MBps | 4:1:1 | FireWire | Offline for film or HD from 29.97 source. Native Panasonic AG-DVX100 editing (23.976 only). |
| | | | | PCI | Offline for HD. Real-time down convert from HD source on capture.[a] |
| IMX (50 Mbps) | 25, 29.97 | 7 MBps | 4:2:2 | Not applicable; editing only | Broadcast news and some episodic production. Ingest and output require lossless MXF to QuickTime file flip through third-party Telestream software (Flip4Mac). |
| DVCPRO 50 | 25, 29.97 | 7 MBps | 4:2:2 | FireWire | Native DVCPRO 50 editing. |
| | 23.976, 24 | 5.7 MBps | 4:2:2 | FireWire | Native Panasonic AJ-SDX900 editing (23.976 only). |
| Uncompressed SD | 25, 29.97 | 20 MBps | 4:2:2 | FireWire | 8- and 10-bit SD online and finishing. |
| | | | | PCI | 8- and 10-bit SD online and finishing. |
| HDV | 25, 29.97, 30p | 3.6 MBps | 4:2:0 | FireWire | Native HDV editing (long GOP MPEG-2). |
| DVCPRO HD | 23.976, 24, 25, 29.97, 30, 50, 60 | 5.7-15 MBps | 4:2:2 | FireWire | Native DVCPRO HD editing. Not all I/O devices support all formats and frame rates. |
| Uncompressed HD | 23.976, 24, 25, 29.97, 30, 50, 60 | 90-230 MBps | 4:2:2 | PCI | 8- and 10-bit HD online and finishing. 10- and 12-bit dual-link 4:4:4 RGB for conforming and finishing. |

The log and capture screen from **Final Cut Pro** is shown below for receiving audio/visual

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7, 9, 15, 16, 20, 44, 45, 46, 76
Accused Instrumentality: One or More Apple Computers Executing Final Cut Studio, Quicktime Pro, and/or
Quicktime Streaming Server**

| U.S. PATENT NO. 5,164,839 | INFRINGEMENT |
|---|---|
| | information from tape:<br><br><br><br>http://images.apple.com/finalcutstudio/pdf/20050621_FinalCutPro_Product_Overview.pdf.<br><br>**Quicktime Pro**<br><br>**Quicktime Pro** receives audio/visual source information, including video frames in the form of one or more full motion video programs, on a variety of ports on the Apple Computer, including:<br><br>    Wired or wireless Ethernet device;<br>    USB port;<br>    FireWire port;<br>    Audio line input;<br>    Optical digital audio input; |

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7, 9, 15, 16, 20, 44, 45, 46, 76**
**Accused Instrumentality: One or More Apple Computers Executing Final Cut Studio, Quicktime Pro, and/or Quicktime Streaming Server**

| U.S. PATENT NO. 5,164,839 | INFRINGEMENT |
|---|---|
|  | Built-in microphone; and/or |
|  | iSight or other built-in camera |
| compressing said received audio/video source information into a time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of said received audio/video source information; | **Final Cut Studio**<br><br>**Compressor 2** provides a number of compression techniques (or codec algorithms running on a processor) for compressing audio/visual information. The **Compressor** codecs, which are integrated with other Apple software applications, can provide a compressed representation of audio/visual information with a lower data rate.<br><br>The **Compressor** software can identify the format and frame rate for particular types of transmissions, including Web Downloading.<br><br>**Final Cut Pro** also includes the capability of compressing audio/video source information into a time compressed representation.<br><br><br>**Quicktime Pro**<br>**Quicktime Pro** provides a number of codecs for compressing video and audio.<br><br>Apple's Tech Brief on Quicktime 7 states:<br><br>QuickTime 7 Pro allows you to create crystal-clear video using the state-of-the-art H.264 video codec. Developed by Apple, the implementation of this industry-standard codec in QuickTime includes a set of advanced technologies and patent-pending techniques to create pristine video at low data rates. Innovative Apple features include:<br><br>http://images.apple.com/quicktime/pdf/QuickTime7_Tech_Brief_V2.pdf.<br><br><br>Quicktime Pro also allows audio/visual files to be compressed in a manner that optimizes the transfer of audio/visual information via downloads, as the following screen shot indicates ("Optimized for Download"): |

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7, 9, 13, 16, 20, 44, 45, 46, 76**
**Accused Instrumentality: One or More Apple Computers Executing Final Cut Studio, Quicktime Pro, and/or**
**Quicktime Streaming Server**

| U.S. PATENT NO. 5,164,839 | INFRINGEMENT |
|---|---|
| | **QuickTime Pro**<br><br>QuickTime Pro is an incredibly powerful yet easy-to-use application for content creation on Mac computers and Windows PCs. Loaded with features for creating professional-quality content with just a few clicks, QuickTime Pro will convert you from movie watcher to moviemaker in no time. For everything from making quick edits or replacing an audio track, to creating a full HD video or playing movies in full screen, QuickTime Pro is the perfect application for all of your media needs.<br><br><br><br>QuickTime 7 Pro for Mac OS X provides single-click audio and video recording for easy creation of video postcards. Both Mac and Windows users can easily create stunning H.264 video. |

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7, 9, 15, 16, 20, 44, 45, 46, 76**
**Accused Instrumentality: One or More Apple Computers Executing Final Cut Studio, Quicktime Pro, and/or Quicktime Streaming Server**

| U.S. PATENT NO. 5,164,839 | INFRINGEMENT |
|---|---|
| storing the time compressed representation of said received audio/video source information on one or more magnetic disks; and | **Final Cut Studio**<br><br>**Final Cut Studio** saves and/or exports the time compressed audio/visual information to a selected destination onto disk.<br><br>**Quicktime Pro**<br><br>**Quicktime Pro** similarly saves time compressed audio/visual information to a selected destination.<br><br><br>**QTSS**<br><br>The compressed audio and video content is stored by the Apple server pre-installed with QuickTime Streaming Software.   For example, QuickTime Publisher is used to store. |
| transmitting, in said burst time period, the stored time compressed representation of said received audio/video source information to a selected destination. | **QTSS**<br><br>QuickTime Streaming Server Software (either by itself or in conjunction with Apple Webserver Software, *i.e.*, Apache Webserver) enables faster than real-time transmission of compressed audio/video source information through Progressive Download (a.k.a. Fast Start). This technology enables audio/video source information to be played/viewed before the information is fully downloaded and the download time is shorter than the play back time. |

**Burst.com U.S. Patent No. 5,995,705, Claims 12 & 13**

**Accused Instrumentality: One or More Apple Computers Executing Final Cut Studio, Quicktime Pro, and/or Quicktime Streaming Server**

| U.S. PATENT NO. 5,995,705 | ELEMENTS IN ACCUSED INSTRUMENTALITY |
|---|---|
| **Claim 12** | |
| A method for handling audio/video source information, the method comprising the steps of: | **Final Cut Studio** <br> Apple's **Final Cut Studio** is a software product designed to run on an Apple Computer, specifically designed to handle audio/visual source information. <br> **Final Cut Studio** includes the following software applications designed to provide a seamless integrated platform for handling audio/visual source information: (1) **Final Cut Pro**; (2) **Soundtrack Pro**; (3) **Motion**; (4) **DVD Studio Pro**; and (5) **Compressor**. <br><br> **Quicktime Pro** <br> Apple's **Quicktime Pro** is a software product that runs on an Apple Computer and/or Windows PC, and which is specifically designed to handle audio/visual source information. Apple's **Quicktime Pro** is part of a suite of **Quicktime** products, including **Quicktime Player, Quicktime Pro, Quicktime Broadcaster,** and **Quicktime Streaming Server**. These charts apply to Quicktime Pro versions 5, 6 or 7. <br><br> **Quicktime Streaming Server (QTSS)** <br> QTSS handles audio/video source information and delivers audio/visual information to clients running Quicktime player. <br><br> "QuickTime Streaming Software" collectively refers to QuickTime Broadcaster, QuickTime Streaming Server Publisher and QuickTime Streaming Server. <br><br> Apple's Xserve servers come with the QuickTime Streaming Software preinstalled. The Mac OS X Server software package includes all of the QuickTime Streaming Software and can be installed on Apple computers. |
| receiving audio/video source information, said audio/video source information comprising a multiplicity of video frames collectively constituting at least one full motion video program; | **Final Cut Studio** <br><br> **Final Cut Studio** (including for example, **Final Cut Pro**) receives a wide variety of audio/visual source information via a PCI card; a Firewire port; or tape. |

| U.S. PATENT NO. 5,995,705 | ELEMENTS IN ACCUSED INSTRUMENTALITY |
|---|---|
| | The following table identifies the FireWire and PCI input ports used to receive audio/visual information: |

**Formats supported in Final Cut Pro 5**

| Format | Frame rate | Data rate | YUV | I/O | Use |
|---|---|---|---|---|---|
| OfflineRT | 25, 29.97 | Variable | 4:1:1 | FireWire | Offline for DV. Real-time down convert from DV source on capture.* |
| | | | | PCI | Offline for SD. Real-time down convert from SD source on capture.* |
| | 23.976, 24 | Variable | 4:1:1 | PCI or FireWire | Offline for film and HD. Use Cinema Tools to reverse telecine from 29.97 source. |
| | | | | PCI | Offline for HD. Real-time down convert from HD source on capture.* |
| DV, DVCAM, and DVCPRO | 25, 29.97 | 3.6 MBps | 4:1:1 | FireWire | Native DV editing. |
| | | | | PCI | Offline for SD. Real-time down convert from SD source on capture.* |
| | 23.976, 24 | 2.0 MBps | 4:1:1 | FireWire | Offline for film or HD from 29.97 source. Native Panasonic AG-DVX100 editing (23.976 only). |
| | | | | PCI | Offline for HD. Real-time down convert from HD source on capture.* |
| IMX (50 Mbps) | 25, 29.97 | 7 MBps | 4:2:2 | Not applicable; editing only | Broadcast news and some episodic production. Ingest and output require lossless MXF to QuickTime file flip through third-party Telestream software (Flip4Mac). |
| DVCPRO 50 | 25, 29.97 | 7 MBps | 4:2:2 | FireWire | Native DVCPRO 50 editing. |
| | 23.976, 24 | 5.7 MBps | 4:2:2 | FireWire | Native Panasonic AJ-SDX900 editing (23.976 only). |
| Uncompressed SD | 25, 29.97 | 20 MBps | 4:2:2 | FireWire | 8- and 10-bit SD online and finishing. |
| | | | | PCI | 8- and 10-bit SD online and finishing. |
| HDV | 25, 29.97, 30p | 3.6 MBps | 4:2:0 | FireWire | Native HDV editing (long GOP MPEG-2). |
| DVCPRO HD | 23.976, 24, 25, 29.97, 30, 50, 60 | 5.7–15 MBps | 4:2:2 | FireWire | Native DVCPRO HD editing. Not all I/O devices support all formats and frame rates. |
| Uncompressed HD | 23.976, 24, 25, 29.97, 30, 50, 60 | 90–230 MBps | 4:2:2 | PCI | 8- and 10-bit HD online and finishing. 10- and 12-bit dual-link 4:4:4 RGB for conforming and finishing. |

| U.S. PATENT NO. 5,995,705 | ELEMENTS IN ACCUSED INSTRUMENTALITY |
|---|---|
| | The log and capture screen from **Final Cut Pro** is shown below for receiving audio/visual information from tape:<br><br><br><br>http://images.apple.com/finalcutstudio/pdf/20050621_FinalCutPro_Product_Overview.pdf.<br><br>**Quicktime Pro**<br><br>**Quicktime Pro** receives audio/visual source information, including video frames constituting a full motion video program, on a variety of ports on the Apple Computer, including:<br><br>        Wired or wireless Ethernet device;<br>        USB port;<br>        FireWire port;<br>        Audio line input;<br>        Optical digital audio input; |

| U.S. PATENT NO. 5,995,705 | ELEMENTS IN ACCUSED INSTRUMENTALITY |
|---|---|
| | Built-in microphone and/or<br>iSight or other built-in camera. |
| compressing the received audio/video source information into a digital time compressed representation thereof, the digital time compressed representation of said audio/video source information having an associated burst transmission time period that is substantially shorter than a time period associated with real time viewing by a receiver of said audio/video source information; | **Final Cut Studio**<br><br>**Compressor 2** provides a number of compression techniques (or codec algorithms running on a processor) for compressing audio/visual information.  The **Compressor** codecs, which are integrated with other Apple software applications, can provide a compressed representation of audio/visual information with a lower data rate.<br><br>The **Compressor** software can identify the format and frame rate for particular types of transmissions, including Web Downloading.<br><br>**Final Cut Pro** also includes the capability of compressing audio/video source information into a time compressed representation.<br><br>**Quicktime Pro**<br><br>**Quicktime Pro** provides a number of codecs for compressing video and audio.<br><br>Apple's Tech Brief on Quicktime 7 states:<br><br>QuickTime 7 Pro allows you to create crystal-clear video using the state-of-the-art H.264 video codec. Developed by Apple, the implementation of this industry-standard codec in QuickTime includes a set of advanced technologies and patent-pending techniques to create pristine video at low data rates. Innovative Apple features include:<br><br>http://images.apple.com/quicktime/pdf/QuickTime7_Tech_Brief_V2.pdf.<br><br>Quicktime Pro also allows audio/visual files to be compressed in a manner that optimizes the transfer of audio/visual information via downloads, as the following screen shot indicates ("Optimized for Download"): |

4

| U.S. PATENT NO. 5,995,705 | ELEMENTS IN ACCUSED INSTRUMENTALITY |
|---|---|
| | **QuickTime Pro**<br>QuickTime Pro is an incredibly powerful yet easy-to-use application for content creation on Mac computers and Windows PCs. Loaded with features for creating professional-quality content with just a few clicks, QuickTime Pro will convert you from movie watcher to moviemaker in no time. For everything from making quick edits or replacing an audio track, to creating a full HD video or playing movies in full screen, QuickTime Pro is the perfect application for all of your media needs.<br><br><br><br>QuickTime 7 Pro for Mac OS X provides single-click audio and video recording for easy creation of video postcards. Both Mac and Windows users can easily create stunning H.264 video. |
| storing the digital time compressed representation of said audio/video source information; and | **Final Cut Studio** |

| U.S. PATENT NO. 5,995,705 | ELEMENTS IN ACCUSED INSTRUMENTALITY |
|---|---|
| | **Final Cut Studio** saves and/or exports the time compressed audio/visual information to a selected destination on the disk. Final Cut includes Media Manager that permits editors to store audio/visual information: <br><br> **Quicktime Pro** <br><br> **Quicktime Pro** similarly saves time compressed audio/visual information to a selected destination. <br><br> **QTSS** <br><br> The compressed audio and video content is stored by the Apple server pre-installed with QuickTime Streaming Software. For example, QuickTime Publisher is used to store. |
| transmitting, in said burst transmission time period, the stored digital time compressed representation of said audio/video source information to a selected destination. | **QTSS** <br><br> QuickTime Streaming Server Software (either by itself or in conjunction with Apple Webserver Software, *i.e.*, Apache Webserver) enables faster than real-time transmission of compressed audio/video source information, which transmission is substantially shorter than the real time viewing period by Progressive Download (a.k.a. Fast Start). This technology enables audio/video source information to be played/viewed before the information is fully downloaded and the download time is shorter than the play back time. |
| **Claim 13** | |
| The method of claim 12, further comprising the steps of: | **See claim 1** |
| editing the stored time compressed representation of said audio/video source information; and | **Final Cut Studio** <br><br> **Final Cut Studio**, including **Final Cut Pro** and **Soundtrack Pro**, are designed to provide editing of audio/visual information both on an individual frame basis or on a global basis. <br><br> **Quicktime Pro** <br><br> **Quicktime Pro** provides extensive editing capabilities for content creation on an Apple Computer or Windows based PC. |

| U.S. PATENT NO. 5,995,705 | ELEMENTS IN ACCUSED INSTRUMENTALITY |
|---|---|
| storing the edited time compressed representation of said audio/video source information. | **Final Cut Studio**<br><br>**Final Cut Studio** saves the edited time compressed representation, as indicated in claim 12.<br><br>**Quicktime Pro**<br><br>**Quicktime Pro** saves the edited audio/visual information as indicated in claim 12. |
|  |  |

# EXHIBIT E

**EXHIBIT E**

**Burst.com U.S. Patent No. 4,963,995, Claims 1, 2, 3, 7, 8, 9, 16, 20-28 and 80**

**Accused Instrumentality: Apple Computer with iMovie HD Installed**

| U.S. PATENT NO. 4,963,995 | INFRINGEMENT |
|---|---|
| **Claim 1** | |
| An audio/video transceiver apparatus comprising: | Apparatus is an Apple Computer with iMovie HD software installed. |
| input means for receiving audio/visual source information; | One or more of the following components in an Apple Computer with iMovie HD software installed (which components receive audio/visual source information): Optical and/or analog audio line in; FireWire port; Built-in iSight; and/or Built-in microphone. |
| compression means, coupled to said input means, for compressing said audio/video source information into a time compressed representation thereof having an associated time period that is shorter than a time period associated with a real time representation of said audio/video source information; | Central processing unit in Apple Computer with iMovie HD software installed (which compresses the audio/video source information into a time compressed representation (*e.g.*, in MPEG-1, MPEG-2, or MPEG-4 format) that has a time period shorter than real time playback). |
| random access storage means, coupled to said compression means, for storing the time compressed representation of said audio/video | Hard drive and/or other system memory in Apple computer with iMovie HD software installed (which random access storage stores the time compressed representation). |

**EXHIBIT E**

**Burst.com U.S. Patent No. 4,963,995, Claims 1, 2, 3, 7, 8, 9, 16, 20-28 and 80**

**Accused Instrumentality: Apple Computer with iMovie HD Installed**

| U.S. PATENT NO. 4,963,995 | INFRINGEMENT |
|---|---|
| source information; and | |
| output means, coupled to said random access storage means, for receiving the time compressed audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus. | One or more of the following components which receive audio/visual source information stored in random access storage for transmission away in an Apple Computer with iMovie HD software installed:<br><br>    Wired or wireless Ethernet device (via installed iWeb software);<br><br>    USB port. |
| **Claim 2** | |
| An audio/video transceiver apparatus as in claim 1 further comprising editing means, coupled to said random access storage means, for editing the time compressed representation of said audio/video source information stored in said random access storage means and for restoring the edited time compressed representation of said audio/video source information in said random access storage means; | Central processing unit and other hardware in Apple Computer with iMovie HD installed (which edits the time compressed representation of audio/video source information and restores the edited time compressed representation in memory) |
| and wherein said output means is operative for receiving the edited time compressed representation of said audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus. | See Claim 1 (the identified output means receives the edited time compressed representation stored in memory for transmission away). |