# EXHIBIT E

## Burst.com U.S. Patent No. 4,963,995, Claims 1, 2, 3, 7, 8, 9, 16, 20-28 and 80

## Accused Instrumentality: Apple Computer with iMovie HD Installed

| Claim 3 | |
|---|---|
| An audio/video transceiver apparatus as in claim 2 further comprising monitor means for enabling the user to selectively identify the time compressed representation of said audio/video source information stored in said random access storage means during editing. | Apple Computer with integrated monitor displaying iMovie HD user interface (which enables user to selectively identify the time compressed representation of audio/video source information during editing) |
| **Claim 7** | |
| An audio/video transceiver apparatus as in claim 1 wherein said random access storage means comprises a semiconductor memory. | See Claim 1 (the identified DRAM random access storage means is a semiconductor memory). |
| **Claim 8** | |
| An audio/video transceiver apparatus as in claim 1 wherein said audio/video source information comprises analog audio/video source information; | See Claim 1 (the identified analog audio line in and/or built-in microphone input means receive analog audio source information). |
| said audio/video transceiver apparatus further comprises analog to digital converter means for converting said analog audio/video source information to corresponding digital audio/video source information; | Analog-to-digital circuitry for internal microphone and/or analog audio line in on an Apple Computer with iMovie HD installed (which converts analog audio source information to corresponding digital audio source information). |

Dockets.Justia.com

**EXHIBIT E**

## Burst.com U.S. Patent No. 4,963,995, Claims 1, 2, 3, 7, 8, 9, 16, 20-28 and 80
## Accused Instrumentality: Apple Computer with iMovie HD Installed

| | |
|---|---|
| said random access storage means is operative for storing said digital time compressed representation of said corresponding digital audio/video source information. | See Claim 1 (the identified random access storage means stores the digital time compressed representation). |
| **Claim 9** | |
| An audio/video transceiver apparatus as in claim 1 wherein: | |
| said audio/video source information comprises digital audio/video source information; | See Claim 1 (identified optical audio line in; FireWire port; and/or built-in iSight input means receive digital audio/video source information). |
| said compression means is operative for compressing said digital audio/video source information into a digital time compressed representation thereof having an associated time period that is shorter than a time period associated with a real time representation of said digital audio/video source information; and | See Claim 1 (the identified compression means compresses the digital audio/video source information into a digital time compressed representation with a time period shorter than real time playback). |
| said random access storage means is operative for storing said digital time compressed representation of said digital audio/video source information. | See Claim 1 (the identified random access storage means stores the digital time compressed representation). |

**EXHIBIT E**

**Burst.com U.S. Patent No. 4,963,995, Claims 1, 2, 3, 7, 8, 9, 16, 20-28 and 80**

**Accused Instrumentality: Apple Computer with iMovie HD Installed**

| Claim 16 | |
|---|---|
| An audio/video transevier apparatus as in claim 9 wherein said input means comprises a fiber optic input port coupled to a fiber optic transmission line and said digital audio/video source information comprises information received over said fiber optic transmission line. | See Claim 1 (the identified optical audio line in receives digital audio source information). |
| **Claim 20** | |
| An audio/video transceiver apparatus as in claim 1 further comprising: | |
| decompression means, coupled to said random access storage means, for selectively decompressing said time compressed representation of said audio/video source information stored in said random access storage means; and | Central processing unit in Apple Computer with iMovie HD software installed (which decompresses stored time compressed representation of audio/video source information). |
| editing means, coupled to said random access storage means and decompression means, for editing said selectively decompressed time compressed representation of said audio/video source information, and for storing said edited selectively decompressed time compressed representation of said audio/video source | See Claim 2 (the identified editing means edits selectively decompressed time compressed representation of audio/video source information) and Claim 1 (identified storage means stores edited selectively decompressed time compressed representation of audio/video source information). |

**EXHIBIT E**

## Burst.com U.S. Patent No. 4,963,995, Claims 1, 2, 3, 7, 8, 9, 16, 20-28 and 80

## Accused Instrumentality: Apple Computer with iMovie HD Installed

| | |
|---|---|
| information in said random access storage means. | |
| **Claim 21** | |
| An audio/video transceiver apparatus as in claim 1 further comprising: | |
| decompression means, coupled to said random access storage means, for selectively decompressing said time compressed representation of said audio/video source information stored in said random access storage means; and | See Claim 20. |
| editing means, coupled to said random access storage means and decompression means, for editing said selectively decompressed time compressed representation of said audio/video source information; | See Claim 20. |
| wherein said compression means is operative for recompressing the edited selectively decompressed time compressed representation of said audio/video source information; and | See Claim 1 (identified compression means recompresses selectively decompressed time compressed representation of audio/video source information). |
| wherein said random access storage means is operative for storing the recompressed selectively decompressed time compressed representation of | See Claim 1 (identified random access storage means stores recompressed selectively decompressed time compressed representation of audio/video source information). |

**EXHIBIT E**

**Burst.com U.S. Patent No. 4,963,995, Claims 1, 2, 3, 7, 8, 9, 16, 20-28 and 80**

**Accused Instrumentality: Apple Computer with iMovie HD Installed**

| | |
|---|---|
| said audio/video source information. | |
| **Claim 22** | |
| An audio/video transceiver apparatus as in claim 1 further comprising: | |
| decompression means, coupled to said random access storage means, for selectively decompressing the time compressed representation of said audio/video source information stored in said random access storage means; and | See Claim 20. |
| monitor means for enabling the user to view the selectively decompressed time compressed representation of said audio/video source information. | See Claim 3 (previously identified monitor means enables viewing selectively decompressed time compressed representation of audio/video source information). |
| **Claim 23** | |
| An audio/video transceiver apparatus as in claim 8 further comprising | |
| decompression means, coupled to said random access storage means, for selectively decompressing the digital time compressed representation of said corresponding digital audio/video source information stored in said | See Claim 20 (identified decompression means decompresses digital time compressed representation of corresponding digital audio/video source information). |

**EXHIBIT E**

**Burst.com U.S. Patent No. 4,963,995, Claims 1, 2, 3, 7, 8, 9, 16, 20-28 and 80**

**Accused Instrumentality: Apple Computer with iMovie HD Installed**

| | |
|---|---|
| random access storage means; and | |
| editing means, coupled to said random access storage means and decompression means, for editing the decompressed digital time compressed representation of said corresponding digital audio/video source information and for then storing the edited decompressed digital time compressed representation of said corresponding digital audio/video source information in said random access storage means. | See Claim 20 (the identified editing means edits selectively decompressed digital time compressed representation of audio/video source information; the identified storage means stores edited selectively decompressed digital time compressed representation of audio/video source information). |
| **Claim 24** | |
| An audio/video transceiver apparatus as in claim 23 further comprising monitor means for enabling the user to selectively view the decompressed digital time compressed representation of said corresponding digital audio/video source information during editing. | See Claim 3. |
| **Claim 25** | |
| An audio/video transceiver apparatus as in claim 8 further comprising | |
| decompression means, coupled to said random access storage means, for selectively | See Claim 23. |

# EXHIBIT E

## Burst.com U.S. Patent No. 4,963,995, Claims 1, 2, 3, 7, 8, 9, 16, 20-28 and 80

## Accused Instrumentality: Apple Computer with iMovie HD Installed

| | |
|---|---|
| decompressing the digital time compressed representation of said corresponding digital audio/video source information stored in said random access storage means; and | |
| monitor means for enabling the user to selectively view the decompressed digital time compressed representation of said corresponding digital audio/video source information during editing. | See Claim 3 (previously identified monitor means enables selective viewing of decompressed digital time compressed representation of audio/video source information). |
| **Claim 26** | |
| An audio/video transceiver apparatus as in claim 9 further comprising: | |
| decompression means, coupled to said random access storage means, for selectively decompressing the digital time compressed representation of said digital audio/video source information stored in said random access storage means; and | See Claim 23. |
| editing means, coupled to said random access storage means and decompression means, for editing the decompressed digital time compressed representation of said digital audio/video source information; | See Claim 23. |

**EXHIBIT E**

**Burst.com U.S. Patent No. 4,963,995, Claims 1, 2, 3, 7, 8, 9, 16, 20-28 and 80**

**Accused Instrumentality: Apple Computer with iMovie HD Installed**

| | |
|---|---|
| said random access storage means thereafter being operative for storing the edited decompressed digital time compressed representation of said digital audio/video source information in said random access storage means. | See Claim 23. |
| **Claim 27** | |
| An audio/video transceiver apparatus as in claim 26 further comprising monitor means for enabling the user to selectively view the decompressed digital time compressed representation of said digital audio/video source information during editing. | See Claim 3. |
| **Claim 28** | |
| An audio/video transceiver apparatus as in claim 9 further comprising: | |
| decompression means, coupled to said random access storage means, for selectively decompressing the digital time compressed representation of said digital audio/video source information stored in said random access memory means; and | See Claim 23. |

**EXHIBIT E**

**Burst.com U.S. Patent No. 4,963,995, Claims 1, 2, 3, 7, 8, 9, 16, 20-28 and 80**

**Accused Instrumentality: Apple Computer with iMovie HD Installed**

| | |
|---|---|
| monitor means, coupled to said decompression means, for enabling the user to selectively view the decompressed digital time compressed representation of said digital audio/video source information. | See Claim 25. |
| **Claim 80** | |
| An audio/video transceiver apparatus as in claim 1 further comprising editing means, coupled to said random access storage means, for editing said time compressed representation of said audio/video source information and for then storing the edited time compressed representation of said audio/video source information in said random access storage means. | See Claim 2. |

# EXHIBIT E

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 20-23, 26-28, 44, 45, 48-52, 58, 59, 73 and 76.**
**Accused Instrumentality:  Method Performed by iMovie HD Software Running on**
**Apple Computer**

| Claim 1 | Elements in Accused Instrumentality |
|---|---|
| A method for handling audio/video source information, the method comprising: | Method performed by iMovie Software running on an Apple Computer. |
| receiving audio/video source information | iMovie HD software receives audio/video source information via one or more of the following components of the Apple Computer:<br><br>Optical digital and/or analog audio line in;<br><br>FireWire port;<br><br>Built-in iSight; and/or<br><br>Built-in analog microphone. |
| compressing the received audio/video source information into a time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of the received audio/video source information; | iMovie HD software compresses the audio/video source information into a time compressed representation (*e.g.*, in MPEG-1, MPEG-2, or MPEG-4 format) that has a time period shorter than real time playback. |

**EXHIBIT E**
**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 20-23, 26-28, 44, 45, 48-52, 58, 59, 73 and 76.**
**Accused Instrumentality: Method Performed by iMovie HD Software Running on**
**Apple Computer**

| | |
|---|---|
| storing said time compressed representation of the received audio/video source information; and | iMovie HD software stores the time compressed representation in system memory or to hard disk. |
| transmitting, in said burst time period, the stored time compressed representation of the received audio/video source information to a selected destination. | iMovie HD software transmits the stored time compressed representation in a burst time period shorter than real time playback to a selected destination via one or more of the following components of an Apple Computer:<br><br>Wired or wireless Ethernet device (via installed iWeb software); and/or<br><br>USB port. |
| **Claim 2** | |
| A method as in claim 1 further comprising the steps of: | |
| editing the stored time compressed representation of said audio/video source information; and | iMovie HD editing features edit the time compressed representation of audio/video source information. |
| storing the edited time compressed representation of said audio/video source information. | See Claim 1 (storing functionality is implemented for edited time compressed information). |
| **Claim 3** | |

# EXHIBIT E

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 20-23, 26-28, 44, 45, 48-52, 58, 59, 73 and 76.**
**Accused Instrumentality:  Method Performed by iMovie HD Software Running on**
**Apple Computer**

| | |
|---|---|
| A method as in claim 2 further comprising | |
| the step of monitoring the stored, time compressed representation of said audio/video source information during editing. | iMovie HD software interface displays stored time compressed representation of audio/video source information for monitoring during editing. |
| **Claim 7** | |
| A method as in claim 1 wherein | |
| the step of storing comprises storing the time compressed representation of said audio/video source information in a semiconductor memory. | See Claim 1 (the identified system memory is a semiconductor memory). |
| **Claim 8** | |
| A method as in claim 1 wherein: | |
| said audio/video source information comprises analog audio/video source information; | See Claim 1 (analog audio source information is received from the identified analog audio line in and/or built-in microphone input means). |

**EXHIBIT E**
**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 20-23, 26-28, 44, 45, 48-52, 58, 59, 73 and 76.**
**Accused Instrumentality:  Method Performed by iMovie HD Software Running on Apple Computer**

| | |
|---|---|
| said method further comprises the step of converting said analog audio/video source information to corresponding digital audio/video source information; | Analog-to-digital circuitry in Apple Computer running iMovie HD converts analog audio source information received via analog audio line in and/or internal microphone into digital audio source information. |
| said step of compressing comprises compressing said corresponding digital audio/video source information into a digital time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of said digital audio/video source information; and | See Claim 1 (compression functionality is implemented for compression of digital audio source information). |
| said step of storing comprises storing said digital time compressed representation of said corresponding digital audio/video source information. | See Claim 1 (storing functionality is implemented for digital time compressed representation of digital audio source information). |
| **Claim 9** | |
| A method as in claim 1 wherein: | |
| said audio/video source information comprises digital audio/video source information; | See Claim 1 (digital audio/video source information is received from the identified wired or wireless Ethernet device, optical audio line in, FireWire port, and/or built-in iSight). |

**EXHIBIT E**
**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 20-23, 26-28, 44, 45, 48-52, 58, 59, 73 and 76.**
**Accused Instrumentality:  Method Performed by iMovie HD Software Running on**
**Apple Computer**

| | |
|---|---|
| said step of compressing comprises compressing said digital audio/video source information into a digital time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of said digital audio/video source information; and | See Claim 8. |
| said step of storing comprises storing said digital time compressed representation of said digital audio/video source information. | See Claim 8. |
| **Claim 16** | |
| A method as in claim 9 wherein | |
| said audio/video source information comprises information received over a fiber optic transmission line. | iMovie HD software receives digital audio source information via optical audio in. |

**EXHIBIT E**
**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 20-23, 26-28, 44, 45, 48-52, 58, 59, 73 and 76.**
**Accused Instrumentality:  Method Performed by iMovie HD Software Running on**
**Apple Computer**

| Claim 17 Elements | |
|---|---|
| A method for handling audio/video source information, the method comprising: | Method performed by iMovie Software running on an Apple Computer. |
| receiving audio/video source information as a time compressed representation thereof, said time compressed representation of said audio/video source information being received over an associated burst time period that is shorter than a real time period associated with real time playback of said audio/video source information; | iMovie HD software receives time compressed representations of audio/video source information in burst time period via one or more of the following components of the Apple Computer:<br><br>    SuperDrive, Combo drive, or other CD and/or DVD drive;<br><br>    Wired or wireless Ethernet device;<br><br>    USB port; and/or<br><br>    FireWire port. |
| storing the time compressed representation of said received audio/video source information; and | See Claim 1. |
| transmitting, in said burst time period, the stored time compressed representation of said received audio/video source information to a selected destination. | See Claim 1. |

## EXHIBIT E
## Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 20-23, 26-28, 44, 45, 48-52, 58, 59, 73 and 76.
## Accused Instrumentality: Method Performed by iMovie HD Software Running on Apple Computer

| Claim 20 | |
| --- | --- |
| A method as in claim 1 further comprising the steps of: | |
| selectively decompressing the stored time compressed representation of said audio/video source information; | iMovie HD software selectively decompresses the stored time compressed representation for editing. |
| editing the selectively decompressed time compressed representation of said audio/video source information; and | See Claim 2 (editing functionality is implemented for selectively decompressed time compressed time compressed representation of audio/video source information). |
| storing the edited selectively decompressed time compressed representation of said audio/video source information. | See Claim 1 (storing functionality is implemented for edited selectively decompressed time compressed representation of audio/video source information). |
| Claim 21 | |
| A method as in claim 1 further comprising the steps of: | |
| selectively decompressing the stored time compressed representation of said audio/video source information; | See Claim 20. |
| editing the selectively decompressed time compressed representation of said audio/video source information; and | See Claim 20. |

**EXHIBIT E**

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 20-23, 26-28, 44, 45, 48-52, 58, 59, 73 and 76.**

**Accused Instrumentality:  Method Performed by iMovie HD Software Running on Apple Computer**

| | |
|---|---|
| recompressing the edited selectively decompressed time compressed representation of said audio/video source information; and | See Claim 1 (compression functionality is implemented for recompression of edited selectively decompressed digital audio/video source information). |
| storing the recompressed edited selectively decompressed time compressed representation of said audio/video source information. | See Claim 1 (storing functionality is implemented for edited selectively decompressed audio/video source information). |
| **Claim 22** | |
| A method as in claim 1 further comprising the steps of: | |
| selectively decompressing the stored time compressed representation of said audio/video source information; and | See Claim 21. |
| visually displaying the selectively decompressed time compressed representation of said audio/video source information for viewing by a user. | iMovie HD software interface displays the selectively decompressed time compressed representation for viewing by the user. |
| **Claim 23** | |
| A method as in claim 8 further comprising the steps of: | |

## EXHIBIT E

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 20-23, 26-28, 44, 45, 48-52, 58, 59, 73 and 76.**
**Accused Instrumentality:  Method Performed by iMovie HD Software Running on**
**Apple Computer**

| | |
|---|---|
| selectively decompressing the stored digital time compressed representation of said corresponding digital audio/video source information; | See Claim 20 (selective decompression functionality is implemented for digital time compressed representation of audio/video source information). |
| editing the selectively decompressed digital time compressed representation of said corresponding digital audio/video source information; and | See Claim 20 (editing functionality is implemented for selectively decompressed digital time compressed time compressed representation of audio/video source information). |
| storing the edited selectively decompressed time compressed representation of said audio/video source information. | See Claim 20. |
| **Claim 26** | |
| A method as in claim 9 further comprising the steps of: | |
| selectively decompressing the stored digital time compressed representation of said corresponding digital audio/video source information; | See Claim 23. |
| editing the selectively decompressed digital time compressed representation of said corresponding digital audio/video source information; and | See Claim 23. |
| storing the edited selectively decompressed time compressed representation of said audio/video source information. | See Claim 23. |

**EXHIBIT E**
## Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 20-23, 26-28, 44, 45, 48-52, 58, 59, 73 and 76.
## Accused Instrumentality:  Method Performed by iMovie HD Software Running on
## Apple Computer

| Claim 27 | |
|---|---|
| A method as in claim 26 further comprising the step of visually displaying the selectively decompressed digital time compressed representation of said digital audio/video source information for selective viewing by a user during editing. | See Claim 22 (display functionality is implemented for displaying a selectively decompressed digital time compressed representation of digital audio/video source information for selective viewing during editing). |
| **Claim 28** | |
| A method as in claim 9 further comprising the steps of: | |
| selectively decompressing the stored digital time compressed representation of said digital audio/video source information; and | See Claim 23. |
| visually displaying the selectively decompressed digital time compressed representation of said digital audio/video source information for selective viewing by a user. | See Claim 22 (display functionality is implemented for displaying a selectively decompressed digital time compressed representation of digital audio/video source information for selective viewing) |
| **Claim 44** | |
| A method as in claim 1 further comprising the step of | |

**EXHIBIT E**
**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 20-23, 26-28, 44, 45, 48-52, 58, 59, 73 and 76.**
**Accused Instrumentality:  Method Performed by iMovie HD Software Running on**
**Apple Computer**

| | |
|---|---|
| recording the stored time compressed representation of said audio/video source information onto a removable recording medium. | iMovie HD software invokes iDVD software to record the stored time compressed representation onto a DVD±R or DVD±RW by using the computer's Combo Drive or external DVD drive with writing capability. |
| **Claim 45** | |
| A method as in claim 2 further comprising the step of | |
| recording the edited time compressed representation of said audio/video source information onto a removable recording medium. | See Claim 44 (recording functionality is implemented for edited time compressed representation of audio/video source information). |
| **Claim 48** | |
| A method as in claim 20 further comprising the step of recording the edited decompressed time compressed representation of said audio/video source information onto a removable recording medium. | See Claim 45. |
| **Claim 49** | |
| A method as in claim 1 further comprising the steps of: | |

**EXHIBIT E**

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 20-23, 26-28, 44, 45, 48-52, 58, 59, 73 and 76.**
**Accused Instrumentality:  Method Performed by iMovie HD Software Running on**
**Apple Computer**

| | |
|---|---|
| selectively decompressing the stored time compressed representation of said audio/video source information; and | See Claim 22. |
| recording the selectively decompressed time compressed representation of said audio/video source information onto a removable recording medium. | See Claim 44 (recording functionality is implemented for selectively decompressed time compressed representation of audio/video source information). |
| **Claim 50** | |
| A method as in claim 22 further comprising the steps of: | |
| recording the selectively decompressed time compressed representation of said audio/video source information onto a removable recording medium; and | See Claim 49. |
| visually displaying the selectively decompressed time compressed representation of said audio/video source information for viewing by a user. | See Claim 22. |

# EXHIBIT E
## Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 20-23, 26-28, 44, 45, 48-52, 58, 59, 73 and 76.
## Accused Instrumentality:  Method Performed by iMovie HD Software Running on
## Apple Computer

| Claim 51 | |
|---|---|
| A method as in claim 9 wherein | |
| said digital audio/video source information is received from a CD-ROM. | See Claim 1 (identified SuperDrive, Combo Drive, or other CD and/or DVD drive receives audio/video source information from a CD-ROM) |
| **Claim 52** | |
| A method as in claim 9 wherein | |
| said digital audio/video source information is received from an erasable optical disk. | See Claim 1 (identified SuperDrive, Combo Drive, or other CD and/or DVD drive receives digital audio/video source information from a CD-RW or DVD±RW). |
| **Claim 58** | |
| A method as in claim 1 further comprising the steps of: | |
| selectively decompressing the stored time compressed representation of said audio/video source information; and | See Claim 22. |

**EXHIBIT E**
**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 20-23, 26-28, 44, 45, 48-52, 58, 59, 73 and 76.**
**Accused Instrumentality: Method Performed by iMovie HD Software Running on**
**Apple Computer**

| | |
|---|---|
| recording the selectively decompressed stored time compressed representation of said audio/video source information onto a magnetic storage medium. | iMovie HD software records the selectively decompressed stored time compressed representation onto a magnetic tape in a camcorder connected to an Apple Computer via FireWire. |
| **Claim 59** | |
| A method as in claim 22 further comprising | |
| The step of recording the selectively decompressed time compressed representation of said audio/video source information onto a magnetic recording medium. | See Claim 58. |
| **Claim 73** | |
| A method for handling audio/video source information, the method comprising: | See Claim 1. |
| receiving audio/video source information comprising a multiplicity of video frames in the form of one or more full motion video programs; | iMovie HD software receives audio/video source information comprising a multiplicity of video frames in the form of one or more full motion video programs via the FireWire port of the Apple Computer. |

**EXHIBIT E**

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 20-23, 26-28, 44, 45, 48-52, 58, 59, 73 and 76.**
**Accused Instrumentality: Method Performed by iMovie HD Software Running on**
**Apple Computer**

| | |
|---|---|
| compressing said received audio/video source information into a time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of said received audio/video source information; | See Claim 1. |
| storing the time compressed representation of said received audio/video source information; and | See Claim 1. |
| transmitting, over a microwave channel, in said burst time period, the stored time compressed representation of said received audio/video source information to a selected destination. | See Claim 1 (the identified wireless Ethernet connection constitutes a microwave channel). |
| **Claim 76** | |
| A method for handling audio/video source information, the method comprising: | See Claim 1. |

**EXHIBIT E**

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 20-23, 26-28, 44, 45, 48-52, 58, 59, 73 and 76.**
**Accused Instrumentality:  Method Performed by iMovie HD Software Running on**
**Apple Computer**

| | |
|---|---|
| receiving audio/video source information comprising a multiplicity of video frames in the form of one or more full motion video programs; | See Claim 73. |
| compressing said received audio/video source information into a time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of said received audio/video source information; | See Claim 1. |
| storing the time compressed representation of said received audio/video source information on one or more magnetic disks; and | See Claim 1 (the identified hard disk is a magnetic disk). |
| transmitting, in said burst time period, the stored time compressed digital representation of said received audio/video source information to a selected destination. | See Claim 1. |

**EXHIBIT E**

**Burst.com U.S. Patent No. 5,995,705, Claims 1-3, 12, 13.**

**Accused Instrumentality: Apple Computer with iMovie HD Installed and Method Performed by iMovie HD Software Running on Apple Computer**

| Claim 1 Elements | Elements in Accused Instrumentality (QuickTime Pro on Apple Computer or PC) |
|---|---|
| An audio/video transceiver apparatus comprising: | Apparatus is an Apple Computer with iMovie HD software installed. |
| input means for receiving audio/video source information, said audio/video source information comprising a multiplicity of video frames collectively representing at least one full motion video program; | FireWire port in an Apple Computer with iMovie HD software installed (which receives audio/visual source information comprising a multiplicity of video frames collectively representing at least one full motion video program). |
| compression means, coupled to said input means, for compressing said audio/video source information into a digital time compressed representation thereof, wherein said digital time compressed representation of said audio/video source information is capable of being transmitted in a burst transmission time period that is substantially shorter than a time period associated with real time viewing by a receiver of said audio/video source information; | Central processing unit in Apple Computer with iMovie HD software installed (which compresses the audio/video source information into a time compressed representation (*e.g.*, in MPEG-1, MPEG-2, or MPEG-4 format) that has a time period substantially shorter than real time playback). |

# EXHIBIT E

**Burst.com U.S. Patent No. 5,995,705, Claims 1-3, 12, 13.**

**Accused Instrumentality: Apple Computer with iMovie HD Installed and Method Performed by iMovie HD Software Running on Apple Computer**

| | |
|---|---|
| storage means, coupled to said compression means, for storing said digital time compressed representation of said audio/video source information; and | Hard drive and/or other system memory in Apple computer with iMovie HD software installed (which random access storage stores the time compressed representation). |
| transmission means, coupled to said storage means, for transmitting said digital time compressed representation of said audio/video source information away from said audio/video transceiver apparatus in said burst transmission time period. | One or more of the following components which receive audio/visual source information stored in random access storage for transmission away in an Apple Computer with iMovie HD software installed: <br><br> Wired or wireless Ethernet device (via installed iWeb software); and/or <br><br> USB port. |
| **Claim 2** | |
| The audio/video transceiver apparatus of claim 1, further comprising editing means, coupled to said storage means, for editing the digital time compressed representation of said audio/video source information stored in said storage means and for storing the edited digital time compressed representation of said audio/video source information in said storage means. | Central processing unit and other hardware in Apple Computer with iMovie HD installed (which edits the time compressed representation of audio/video source information and restores the edited time compressed representation in memory). |

**EXHIBIT E**

**Burst.com U.S. Patent No. 5,995,705, Claims 1-3, 12, 13.**

**Accused Instrumentality: Apple Computer with iMovie HD Installed and Method Performed by iMovie HD Software Running on Apple Computer**

| Claim 3 | |
|---|---|
| The audio/video transceiver apparatus of claim 2, wherein said transmission means is configured to receive the edited digital time compressed representation of said audio/video source information and to transmit the edited digital time compressed representation of said audio/video source information away from said audio/video transceiver apparatus in said burst transmission time period. | See Claim 1 (the identified transmission means is configured to receive and transmit the edited digital time compressed representation of audio/video source information). |

| Claim 12 | |
|---|---|
| A method for handling audio/video source information, the method comprising the steps of: | Method performed by iMovie Software running on an Apple Computer. |
| receiving audio/video source information, said audio/video source information comprising a multiplicity of video frames collectively constituting at least one full motion video program; | iMovie HD software receives audio/video source information comprising a multiplicity of video frames collectively representing at least one full motion video program via FireWire port. |

**EXHIBIT E**
**Burst.com U.S. Patent No. 5,995,705, Claims 1-3, 12, 13.**
**Accused Instrumentality: Apple Computer with iMovie HD Installed and Method Performed by iMovie HD Software Running on Apple Computer**

| | |
|---|---|
| compressing the received audio/video source information into a digital time compressed representation thereof, the digital time compressed representation of said audio/video source information having an associated burst transmission time period that is substantially shorter than a time period associated with real time viewing by a receiver of said audio/video source information. | iMovie HD software compresses the audio/video source information into a time compressed representation (*e.g.*, in MPEG-1, MPEG-2, or MPEG-4 format) that has a time period substantially shorter than real time playback. |
| storing the digital time compressed representation of said audio/video source information; and | iMovie HD software stores the time compressed representation in system memory or to hard drive. |
| transmitting, in said burst transmission time period, the stored digital time compressed representation of said audio/video source information to a selected destination | iMovie HD software transmits the stored time compressed representation in a burst time period substantially shorter than real time playback to a selected destination via one or more of the following components of an Apple Computer:<br><br>    Wired or wireless Ethernet device (via installed iWeb software); and/or<br><br>    USB port. |

EXHIBIT E

**Burst.com U.S. Patent No. 5,995,705, Claims 1-3, 12, 13.**

**Accused Instrumentality: Apple Computer with iMovie HD Installed and Method Performed by iMovie HD Software Running on Apple Computer**

| Claim 13 | |
|---|---|
| The method of claim 12, further comprising the steps of: | |
| editing the stored time compressed representation of said audio/video source information; and | iMovie HD editing features edit the time compressed representation of audio/video source information. |
| storing the edited time compressed representation of said audio/video source information. | See Claim 12 (storing functionality is implemented for edited time compressed information). |

# EXHIBIT E
## Burst.com U.S. Patent No. 5,057,932, Claim 4
## Accused Instrumentality: Apple Computer with iMovie HD Installed

| Claim 4 Elements | Elements in Accused Instrumentality (QuickTime Pro on Apple Computer or PC) |
|---|---|
| An audio/video transceiver apparatus comprising: | Apparatus is an Apple Computer with iMovie HD software installed. |
| input means for receiving audio/video source information, said audio/video source information comprising a multiplicity of video frames in the form of one or more full motion video programs; | FireWire port in an Apple Computer with iMovie HD software installed (which receives audio/visual source information comprising a multiplicity of video frames collectively representing at least one full motion video program). |
| compression means, coupled to said input means, for compressing said audio/video source information into a time compressed representation thereof having an associated time period that is shorter than a time period associated with a real time representation of said received audio/video source information; | Central processing unit in Apple Computer with iMovie HD software installed (which compresses the audio/video source information into a time compressed representation (*e.g.*, in MPEG-1, MPEG-2, or MPEG-4 format) that has a time period shorter than real time playback). |

## EXHIBIT E
## Burst.com U.S. Patent No. 5,057,932, Claim 4
## Accused Instrumentality: Apple Computer with iMovie HD Installed

| | |
|---|---|
| random access storage means, coupled to said compression means, for storing the time compressed representation of said audio/video source information, said random access storage means comprising one or more magnetic disks; and | Hard drive in Apple Computer with iMovie HD software installed (which random access storage stores the time compressed representation). |
| output means, coupled to said random access storage means, for receiving the time compressed audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus. | One or more of the following components which receive audio/visual source information stored in random access storage for transmission away in an Apple Computer with iMovie HD software installed: <br><br>     Wired or wireless Ethernet device (via installed iWeb software); and/or <br><br>     USB port. |

# EXHIBIT F

# EXHIBIT F

## Burst.com U.S. Patent No. 4,963,995, Claims 1, 2, 3, 7, 8, 9, 16, 17, 22, 25, 28 and 80

## Accused Instrumentality: Apple Computer with GarageBand Installed

| U.S. PATENT NO. 4,963,995 | INFRINGEMENT |
|---|---|
| **Claim 1** | |
| An audio/video transceiver apparatus comprising: | Apparatus is an Apple Computer with GarageBand software installed. |
| input means for receiving audio/visual source information; | One or more of the following components in an Apple Computer with GarageBand software installed (which components receive audio/visual source information)<br><br>SuperDrive, Combo Drive, or other CD and/or DVD drive;<br><br>Wired or wireless Ethernet device;<br><br>Internal telephone modem device;<br><br>USB port;<br><br>Optical and/or analog audio line in;<br><br>FireWire port; and/or<br><br>Built-in microphone. |

EXHIBIT f

**Burst.com U.S. Patent No. 4,963,995, Claims 1, 2, 3, 7, 8, 9, 16, 17, 22, 25, 28 and 80**

**Accused Instrumentality: Apple Computer with GarageBand Installed**

| U.S. PATENT NO. 4,963,995 | INFRINGEMENT |
|---|---|
| compression means, coupled to said input means, for compressing said audio/video source information into a time compressed representation thereof having an associated time period that is shorter than a time period associated with a real time representation of said audio/video source information; | Central processing unit in Apple Computer with GarageBand software installed (which compresses the audio/video source information into a time compressed representation (*e.g.*, in H.264, MPEG-4 and/or AAC format) that has a time period shorter than real time playback). |
| random access storage means, coupled to said compression means, for storing the time compressed representation of said audio/video source information; and | Hard drive and/or other system memory in Apple Computer with GarageBand software installed (which random access storage stores the time compressed representation). |
| output means, coupled to said random access storage means, for receiving the time compressed audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus. | One or more of the following components which receive audio/visual source information stored in random access storage for transmission away in an Apple Computer with GarageBand software installed:  Wired or wireless Ethernet device (through iTunes or iWeb);  USB port (through iTunes); and/or  FireWire port (through iTunes). |

EXHIBIT f

**Burst.com U.S. Patent No. 4,963,995, Claims 1, 2, 3, 7, 8, 9, 16, 17, 22, 25, 28 and 80**

**Accused Instrumentality: Apple Computer with GarageBand Installed**

| Claim 2 | |
|---|---|
| An audio/video transceiver apparatus as in claim 1 further comprising editing means, coupled to said random access storage means, for editing the time compressed representation of said audio/video source information stored in said random access storage means and for restoring the edited time compressed representation of said audio/video source information in said random access storage means; | Central processing unit and other hardware in Apple Computer with GarageBand installed (which edits the time compressed representation of audio/video source information and restores the edited time compressed representation in memory) |
| and wherein said output means is operative for receiving the edited time compressed representation of said audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus. | See Claim 1 (the identified output means receives the edited time compressed representation stored in memory for transmission away). |
| Claim 3 | |
| An audio/video transceiver apparatus as in claim 2 further comprising monitor means for enabling the user to selectively identify the time compressed representation of said audio/video source information stored in said random access storage means during editing. | Apple Computer with integrated monitor displaying GarageBand user interface (which enables user to selectively identify the time compressed representation of audio/video source information during editing) |

# EXHIBIT f

## Burst.com U.S. Patent No. 4,963,995, Claims 1, 2, 3, 7, 8, 9, 16, 17, 22, 25, 28 and 80

## Accused Instrumentality: Apple Computer with GarageBand Installed

| Claim 7 | |
|---|---|
| An audio/video transceiver apparatus as in claim 1 wherein said random access storage means comprises a semiconductor memory. | See Claim 1 (the identified DRAM random access storage means is a semiconductor memory). |
| **Claim 8** | |
| An audio/video transceiver apparatus as in claim 1 wherein said audio/video source information comprises analog audio/video source information; | See Claim 1 (the identified analog audio line in and/or built-in microphone input means receive analog audio/video source information). |
| said audio/video transceiver apparatus further comprises analog to digital converter means for converting said analog audio/video source information to corresponding digital audio/video source information; | Analog-to-digital circuitry for internal microphone and/or analog audio line in on an Apple Computer with GarageBand installed (which converts analog audio source information to corresponding digital audio source information). |
| said compression means is operative for compressing said corresponding digital audio/video source information into a digital time compressed representation thereof having an associated time period that is shorter than a time period associated with a real time representation of said digital audio/video source information; and | See Claim 1 (the identified compression means compresses the digital audio source information into a digital time compressed representation with a time period shorter than real time playback). |
| said random access storage means is operative for | See Claim 1 (the identified random access storage means stores the digital time |

EXHIBIT f

**Burst.com U.S. Patent No. 4,963,995, Claims 1, 2, 3, 7, 8, 9, 16, 17, 22, 25, 28 and 80**

**Accused Instrumentality: Apple Computer with GarageBand Installed**

| | |
|---|---|
| storing said digital time compressed representation of said corresponding digital audio/video source information. | compressed representation). |
| **Claim 9** | |
| An audio/video transceiver apparatus as in claim 1 wherein: | |
| said audio/video source information comprises digital audio/video source information; | See Claim 1 (the identified SuperDrive, Combo drive, or other CD and/or DVD drive; wired or wireless Ethernet device; internal or external modem device; USB port; optical audio line in; and/or FireWire port receive digital audio/video source information). |
| said compression means is operative for compressing said digital audio/video source information into a digital time compressed representation thereof having an associated time period that is shorter than a time period associated with a real time representation of said digital audio/video source information; and | See Claim 1 (the identified compression means compresses the digital audio/video source information into a digital time compressed representation with a time period shorter than real time playback). |
| said random access storage means is operative for storing said digital time compressed representation of said digital audio/video source information. | See Claim 1 (the identified random access storage means stores the digital time compressed representation). |

**EXHIBIT f**

## Burst.com U.S. Patent No. 4,963,995, Claims 1, 2, 3, 7, 8, 9, 16, 17, 22, 25, 28 and 80
### Accused Instrumentality: Apple Computer with GarageBand Installed

| Claim 16 | |
|---|---|
| An audio/video transevier apparatus as in claim 9 wherein said input means comprises a fiber optic input port coupled to a fiber optic transmission line and said digital audio/video source information comprises information received over said fiber optic transmission line. | See Claim 1 (the identified optical audio line in receives digital audio source information). |
| **Claim 17** | |
| An audio/video transceiver apparatus comprising: | Apparatus is an Apple Computer with GarageBand software installed. |
| input means for receiving audio/video source information as a time compressed representation thereof, said time compressed representation of said audio/video source information being received over an associated burst time period that is shorter than a real time period associated with said audio/video source information; | One or more of the following components in an Apple Computer with GarageBand software installed (which components receive a time compressed representation of audio/video source information (*e.g.*, in H.264, MPEG-4, AAC, or MP3 format) over a burst time period shorter than real time playback): <br><br> SuperDrive, Combo drive, or other CD and/or DVD drive; <br><br> Wired or wireless Ethernet device; <br><br> USB port; and/or <br><br> FireWire port. |
| random access storage means, coupled to said | See Claim 1. |

# EXHIBIT f

## Burst.com U.S. Patent No. 4,963,995, Claims 1, 2, 3, 7, 8, 9, 16, 17, 22, 25, 28 and 80

## Accused Instrumentality: Apple Computer with GarageBand Installed

| | |
|---|---|
| input means, for storing the time compressed representation of said audio/video source information received by said input means; and | |
| output means, coupled to said random access storage means, for receiving the time compressed representation of said audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus. | See Claim 1. |
| **Claim 22** | |
| An audio/video transceiver apparatus as in claim 1 further comprising: | |
| decompression means, coupled to said random access storage means, for selectively decompressing the time compressed representation of said audio/video source information stored in said random access storage means; and | See Claim 1 (previously identified decompression means selectively decompress the stored time compressed representation of audio/video source information). |
| monitor means for enabling the user to view the selectively decompressed time compressed representation of said audio/video source information. | See Claim 3 (previously identified monitor means enable viewing selectively decompressed time compressed representation of audio/video source information). |