## Burst.com U.S. Patent No. 4,963,995, Claims 1, 2, 3, 7, 8, 9, 16, 17, 22, 25, 28 and 80
## Accused Instrumentality: Apple Computer with GarageBand Installed

| Claim 25 | |
|---|---|
| An audio/video transceiver apparatus as in claim 8 further comprising | |
| decompression means, coupled to said random access storage means, for selectively decompressing the digital time compressed representation of said corresponding digital audio/video source information stored in said random access storage means; and | See Claim 1 (previously identified decompression means selectively decompresses the stored digital time compressed representation of audio source information). |
| monitor means for enabling the user to selectively view the decompressed digital time compressed representation of said corresponding digital audio/video source information during editing. | See Claim 3 (previously identified monitor means enables selective viewing of time compressed representation of audio/video source information). |
| Claim 28 | |
| An audio/video transceiver apparatus as in claim 9 further comprising: | |
| decompression means, coupled to said random access storage means, for selectively decompressing the digital time compressed | See Claim 25. |

Dockets.Justia.com

EXHIBIT f

**Burst.com U.S. Patent No. 4,963,995, Claims 1, 2, 3, 7, 8, 9, 16, 17, 22, 25, 28 and 80**

**Accused Instrumentality: Apple Computer with GarageBand Installed**

| | |
|---|---|
| representation of said digital audio/video source information stored in said random access memory means; and | |
| monitor means, coupled to said decompression means, for enabling the user to selectively view the decompressed digital time compressed representation of said digital audio/video source information. | See Claim 25 (the previously identified monitor means is connected with the previously identified decompression means). |
| **Claim 80** | |
| An audio/video transceiver apparatus as in claim 1 further comprising editing means, coupled to said random access storage means, for editing said time compressed representation of said audio/video source information and for then storing the edited time compressed representation of said audio/video source information in said random access storage means. | See Claim 2. |

# EXHIBIT F

## Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 22, 28, 44, 45, 48-50, 51, 52, and 76.
## Accused Instrumentality:  Method Performed by GarageBand Software Running on
## Apple Computer

| Claim 1 | Elements in Accused Instrumentality |
|---|---|
| A method for handling audio/video source information, the method comprising: | Method performed by GarageBand Software running on an Apple Computer. |
| receiving audio/video source information | GarageBand software receives audio/video source information via one or more of the following components of the Apple Computer:<br><br>USB port;<br><br>Optical and/or analog audio line in;<br><br>FireWire port; and/or<br><br>Built-in microphone. |
| compressing the received audio/video source information into a time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of the received audio/video source information; | GarageBand software compresses the audio/video source information into a time compressed representation (*e.g.*, in MPEG-4 and/or AAC format) that has a time period shorter than real time playback. |

**EXHIBIT F**
**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 22, 28, 44, 45, 48-50, 51, 52, and 76.**
**Accused Instrumentality:  Method Performed by GarageBand Software Running on**
**Apple Computer**

| | |
|---|---|
| storing said time compressed representation of the received audio/video source information; and | GarageBand software stores the time compressed representation in system memory or to hard disk. |
| transmitting, in said burst time period, the stored time compressed representation of the received audio/video source information to a selected destination. | GarageBand software transmits the stored time compressed representation in a burst time period shorter than real time playback to a selected destination via one or more of the following components of an Apple Computer:<br><br>    Wired or wireless Ethernet device (via installed iWeb software); and/or<br><br>    USB port (via installed iTunes software). |
| **Claim 2** | |
| A method as in claim 1 further comprising the steps of: | |
| editing the stored time compressed representation of said audio/video source information; and | GarageBand editing features edit the time compressed representation of audio/video source information. |
| storing the edited time compressed representation of said audio/video source information. | See Claim 1 (storing functionality is implemented for edited time compressed information). |

**EXHIBIT F**
**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 22, 28, 44, 45, 48-50, 51, 52, and 76.**
**Accused Instrumentality:  Method Performed by GarageBand Software Running on**
**Apple Computer**

| Claim 3 | |
| --- | --- |
| A method as in claim 2 further comprising the step of | |
| monitoring the stored, time compressed representation of said audio/video source information during editing. | GarageBand software interface displays stored time compressed representation of audio/video source information for monitoring during editing. |
| **Claim 7** | |
| A method as in claim 1 wherein | |
| the step of storing comprises storing the time compressed representation of said audio/video source information in a semiconductor memory. | See Claim 1 (the identified system memory is a semiconductor memory). |
| **Claim 8** | |
| A method as in claim 1 wherein: | |

**EXHIBIT F**
**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 22, 28, 44, 45, 48-50, 51, 52, and 76.**
**Accused Instrumentality: Method Performed by GarageBand Software Running on**
**Apple Computer**

| | |
|---|---|
| said audio/video source information comprises analog audio/video source information; | See Claim 1 (analog audio source information is received from the identified analog audio line in and/or built-in microphone input means). |
| said method further comprises the step of converting said analog audio/video source information to corresponding digital audio/video source information; | Analog-to-digital circuitry in Apple Computer running GarageBand converts analog audio source information received via analog audio line in and/or internal microphone into digital audio source information. |
| said step of compressing comprises compressing said corresponding digital audio/video source information into a digital time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of said digital audio/video source information; and | See Claim 1 (compression functionality is implemented for compression of digital audio source information). |
| said step of storing comprises storing said digital time compressed representation of said corresponding digital audio/video source information. | See Claim 1 (storing functionality is implemented for digital time compressed representation of digital audio source information). |

**EXHIBIT F**
**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 22, 28, 44, 45, 48-50, 51, 52, and 76.**
**Accused Instrumentality:  Method Performed by GarageBand Software Running on**
**Apple Computer**

| Claim 9 | |
|---|---|
| A method as in claim 1 wherein: | |
| said audio/video source information comprises digital audio/video source information; | See Claim 1 (digital audio/video source information is received from the identified SuperDrive, Combo Drive, or other CD and/or DVD drive; wired or wireless Ethernet device; internal or external modem device; USB port; optical audio line in; and/or FireWire port). |
| said step of compressing comprises compressing said digital audio/video source information into a digital time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of said digital audio/video source information; and | See Claim 8. |
| said step of storing comprises storing said digital time compressed representation of said digital audio/video source information. | See Claim 8. |

**EXHIBIT F**
**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 22, 28, 44, 45, 48-50, 51, 52, and 76.**
**Accused Instrumentality:  Method Performed by GarageBand Software Running on**
**Apple Computer**

| Claim 16 | |
|---|---|
| A method as in claim 9 wherein | |
| said audio/video source information comprises information received over a fiber optic transmission line. | GarageBand software receives digital audio source information via optical audio in. |
| **Claim 17 Elements** | |
| A method for handling audio/video source information, the method comprising: | Method performed by GarageBand Software running on an Apple Computer. |
| receiving audio/video source information as a time compressed representation thereof, said time compressed representation of said audio/video source information being received over an associated burst time period that is shorter than a real time period associated with real time playback of said audio/video source information; | GarageBand software receives time compressed representations of audio/video source information in burst time period via one or more of the following components of the Apple Computer: SuperDrive, Combo drive, or other CD and/or DVD drive; Wired or wireless Ethernet device; USB port; and/or FireWire port. |

**EXHIBIT F**
**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 22, 28, 44, 45, 48-50, 51, 52, and 76.**
**Accused Instrumentality: Method Performed by GarageBand Software Running on Apple Computer**

| | |
|---|---|
| storing the time compressed representation of said received audio/video source information; and | See Claim 1. |
| transmitting, in said burst time period, the stored time compressed representation of said received audio/video source information to a selected destination. | See Claim 1. |
| **Claim 20** | |
| A method as in claim 1 further comprising the steps of: | |
| selectively decompressing the stored time compressed representation of said audio/video source information; | GarageBand software selectively decompresses the stored time compressed representation for editing. |
| editing the selectively decompressed time compressed representation of said audio/video source information; and | See Claim 2 (editing functionality is implemented for selectively decompressed time compressed representation of audio/video source information). |

**EXHIBIT F**
**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 22, 28, 44, 45, 48-50, 51, 52, and 76.**
**Accused Instrumentality:  Method Performed by GarageBand Software Running on**
**Apple Computer**

| | |
|---|---|
| storing the edited selectively decompressed time compressed representation of said audio/video source information. | See Claim 1 (storing functionality is implemented for edited selectively decompressed time compressed representation of audio/video source information). |
| **Claim 21** | |
| A method as in claim 1 further comprising the steps of: | |
| selectively decompressing the stored time compressed representation of said audio/video source information; | See Claim 20. |
| editing the selectively decompressed time compressed representation of said audio/video source information; and | See Claim 20. |
| recompressing the edited selectively decompressed time compressed representation of said audio/video source information; and | See Claim 1 (compression functionality is implemented for recompression of edited selectively decompressed digital audio/video source information). |

## EXHIBIT F

## Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 22, 28, 44, 45, 48-50, 51, 52, and 76.
## Accused Instrumentality: Method Performed by GarageBand Software Running on Apple Computer

| | |
|---|---|
| storing the recompressed edited selectively decompressed time compressed representation of said audio/video source information. | See Claim 1 (storing functionality is implemented for edited selectively decompressed audio/video source information). |
| **Claim 22** | |
| A method as in claim 1 further comprising the steps of: | |
| selectively decompressing the stored time compressed representation of said audio/video source information; and | See Claim 21. |
| visually displaying the selectively decompressed time compressed representation of said audio/video source information for viewing by a user. | GarageBand software interface displays the selectively decompressed time compressed representation for viewing by the user. |
| **Claim 23** | |
| A method as in claim 8 further comprising the steps of: | |

**EXHIBIT F**

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 22, 28, 44, 45, 48-50, 51, 52, and 76.**
**Accused Instrumentality:  Method Performed by GarageBand Software Running on**
**Apple Computer**

| | |
|---|---|
| selectively decompressing the stored digital time compressed representation of said corresponding digital audio/video source information; | See Claim 20 (selective decompression functionality is implemented for digital time compressed representation of audio/video source information). |
| editing the selectively decompressed digital time compressed representation of said corresponding digital audio/video source information; and | See Claim 20 (editing functionality is implemented for selectively decompressed digital time compressed representation of audio/video source information). |
| storing the edited selectively decompressed time compressed representation of said audio/video source information. | See Claim 20. |
| **Claim 26** | |
| A method as in claim 9 further comprising the steps of: | |
| selectively decompressing the stored digital time compressed representation of said corresponding digital audio/video source information; | See Claim 23. |

**EXHIBIT F**

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 22, 28, 44, 45, 48-50, 51, 52, and 76.**
**Accused Instrumentality:  Method Performed by GarageBand Software Running on**
**Apple Computer**

| | |
|---|---|
| editing the selectively decompressed digital time compressed representation of said corresponding digital audio/video source information; and | See Claim 23. |
| storing the edited selectively decompressed time compressed representation of said audio/video source information. | See Claim 23. |
| **Claim 27** | |
| A method as in claim 26 further comprising the step of visually displaying the selectively decompressed digital time compressed representation of said digital audio/video source information for selective viewing by a user during editing. | See Claim 22 (display functionality is implemented for displaying a selectively decompressed digital time compressed representation of digital audio/video source information for selective viewing during editing). |
| **Claim 28** | |
| A method as in claim 9 further comprising the steps of: | |

**EXHIBIT F**
**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 22, 28, 44, 45, 48-50, 51, 52, and 76.**
**Accused Instrumentality: Method Performed by GarageBand Software Running on**
**Apple Computer**

| | |
|---|---|
| selectively decompressing the stored digital time compressed representation of said digital audio/video source information; and | See Claim 23. |
| visually displaying the selectively decompressed digital time compressed representation of said digital audio/video source information for selective viewing by a user. | See Claim 22 (display functionality is implemented for displaying a selectively decompressed digital time compressed representation of digital audio/video source information for selective viewing) |
| **Claim 44** | |
| A method as in claim 1 further comprising the step of | |
| recording the stored time compressed representation of said audio/video source information onto a removable recording medium. | GarageBand software invokes iDVD software to record the stored time compressed representation onto a DVD±R or DVD±RW by using the computer's Combo Drive or external DVD drive with writing capability. |
| **Claim 45** | |
| A method as in claim 2 further comprising the step of | |

**EXHIBIT F**

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 22, 28, 44, 45, 48-50, 51, 52, and 76.**
**Accused Instrumentality: Method Performed by GarageBand Software Running on**
**Apple Computer**

| | |
|---|---|
| recording the edited time compressed representation of said audio/video source information onto a removable recording medium. | See Claim 44 (recording functionality is implemented for edited time compressed representation of audio/video source information). |
| **Claim 48** | |
| A method as in claim 20 further comprising the step of recording the edited decompressed time compressed representation of said audio/video source information onto a removable recording medium. | See Claim 45. |
| **Claim 49** | |
| A method as in claim 1 further comprising the steps of: | |
| selectively decompressing the stored time compressed representation of said audio/video source information; and | See Claim 22. |

**EXHIBIT F**

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 22, 28, 44, 45, 48-50, 51, 52, and 76.**

**Accused Instrumentality:  Method Performed by GarageBand Software Running on Apple Computer**

| | |
|---|---|
| recording the selectively decompressed time compressed representation of said audio/video source information onto a removable recording medium. | See Claim 44 (recording functionality is implemented for selectively decompressed time compressed representation of audio/video source information). |
| **Claim 50** | |
| A method as in claim 22 further comprising the steps of: | |
| recording the selectively decompressed time compressed representation of said audio/video source information onto a removable recording medium; and | See Claim 49. |
| visually displaying the selectively decompressed time compressed representation of said audio/video source information for viewing by a user. | See Claim 22. |
| **Claim 51** | |
| A method as in claim 9 wherein | |

# EXHIBIT F

## Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 22, 28, 44, 45, 48-50, 51, 52, and 76.
## Accused Instrumentality: Method Performed by GarageBand Software Running on Apple Computer

| | |
|---|---|
| said digital audio/video source information is received from a CD-ROM. | See Claim 1 (identified SuperDrive, Combo Drive, or other CD and/or DVD drive receives audio/video source information from a CD-ROM) |
| **Claim 52** | |
| A method as in claim 9 wherein | |
| said digital audio/video source information is received from an erasable optical disk. | See Claim 1 (identified SuperDrive, Combo Drive, or other CD and/or DVD drive receives digital audio/video source information from a CD-RW or DVD±RW). |
| **Claim 58** | |
| A method as in claim 1 further comprising the steps of: | |
| selectively decompressing the stored time compressed representation of said audio/video source information; and | See Claim 22. |
| recording the selectively decompressed stored time compressed representation of said audio/video source information onto a magnetic storage medium. | GarageBand software records the selectively decompressed stored time compressed representation onto a magnetic tape in a camcorder connected to an Apple Computer via FireWire. |

# EXHIBIT F

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 22, 28, 44, 45, 48-50, 51, 52, and 76.**
**Accused Instrumentality:  Method Performed by GarageBand Software Running on Apple Computer**

| Claim 59 | |
|---|---|
| A method as in claim 22 further comprising | |
| The step of recording the selectively decompressed time compressed representation of said audio/video source information onto a magnetic recording medium. | See Claim 58. |
| **Claim 73** | |
| A method for handling audio/video source information, the method comprising: | See Claim 1. |
| receiving audio/video source information comprising a multiplicity of video frames in the form of one or more full motion video programs; | GarageBand software receives audio/video source information comprising a multiplicity of video frames in the form of one or more full motion video programs via the FireWire port of the Apple Computer. |

# EXHIBIT F
## Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 22, 28, 44, 45, 48-50, 51, 52, and 76.
## Accused Instrumentality: Method Performed by GarageBand Software Running on Apple Computer

| | |
|---|---|
| compressing said received audio/video source information into a time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of said received audio/video source information; | See Claim 1. |
| storing the time compressed representation of said received audio/video source information; and | See Claim 1. |
| transmitting, over a microwave channel, in said burst time period, the stored time compressed representation of said received audio/video source information to a selected destination. | See Claim 1 (the identified wireless Ethernet connection constitutes a microwave channel). |
| **Claim 76** | |
| A method for handling audio/video source information, the method comprising: | See Claim 1. |

**EXHIBIT F**

**Burst.com U.S. Patent No. 5,164,839, Claims 1-3, 7-9, 16, 17, 22, 28, 44, 45, 48-50, 51, 52, and 76.**
**Accused Instrumentality:  Method Performed by GarageBand Software Running on**
**Apple Computer**

| | |
|---|---|
| receiving audio/video source information comprising a multiplicity of video frames in the form of one or more full motion video programs; | See Claim 73. |
| compressing said received audio/video source information into a time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of said received audio/video source information; | See Claim 1. |
| storing the time compressed representation of said received audio/video source information on one or more magnetic disks; and | See Claim 1 (the identified hard disk is a magnetic disk). |
| transmitting, in said burst time period, the stored time compressed digital representation of said received audio/video source information to a selected destination. | See Claim 1. |

**EXHIBIT F**

**Burst.com U.S. Patent No. 5,995,705, Claims 1-3, 12, 13.**

**Accused Instrumentality: Apple Computer with GarageBand Installed and Method Performed by GarageBand Software Running on Apple Computer**

| Claim 1 Elements | Elements in Accused Instrumentality (QuickTime Pro on Apple Computer or PC) |
|---|---|
| An audio/video transceiver apparatus comprising: | Apparatus is an Apple Computer with GarageBand software installed. |
| input means for receiving audio/video source information, said audio/video source information comprising a multiplicity of video frames collectively representing at least one full motion video program; | One or more of the following components in an Apple Computer with GarageBand software installed (which components receive audio/visual source information comprising a multiplicity of video frames collectively representing at least one full motion video program):<br><br>    USB port;<br><br>    Optical and/or analog audio line in;<br><br>    FireWire port; and/or<br><br>    Built-in microphone. |

**EXHIBIT F**
**Burst.com U.S. Patent No. 5,995,705, Claims 1-3, 12, 13.**
**Accused Instrumentality: Apple Computer with GarageBand Installed and Method Performed by GarageBand Software Running on Apple Computer**

| | |
|---|---|
| compression means, coupled to said input means, for compressing said audio/video source information into a digital time compressed representation thereof, wherein said digital time compressed representation of said audio/video source information is capable of being transmitted in a burst transmission time period that is substantially shorter than a time period associated with real time viewing by a receiver of said audio/video source information; | Central processing unit in Apple Computer with GarageBand software installed (which compresses the audio/video source information into a time compressed representation (*e.g.*, in MPEG-4 and/or AAC format) that has a time period substantially shorter than real time playback). |
| storage means, coupled to said compression means, for storing said digital time compressed representation of said audio/video source information; and | Hard drive and/or other system memory in Apple computer with GarageBand software installed (which random access storage stores the time compressed representation). |

**EXHIBIT F**
**Burst.com U.S. Patent No. 5,995,705, Claims 1-3, 12, 13.**
**Accused Instrumentality: Apple Computer with GarageBand Installed and Method Performed by GarageBand Software Running on Apple Computer**

| | |
|---|---|
| transmission means, coupled to said storage means, for transmitting said digital time compressed representation of said audio/video source information away from said audio/video transceiver apparatus in said burst transmission time period. | One or more of the following components which receive audio/visual source information stored in random access storage for transmission away in an Apple Computer with GarageBand software installed:<br><br>    Wired or wireless Ethernet device (via installed iWeb software); and/or<br><br>    USB port (via installed iTunes software). |
| **Claim 2** | |
| The audio/video transceiver apparatus of claim 1, further comprising editing means, coupled to said storage means, for editing the digital time compressed representation of said audio/video source information stored in said storage means and for storing the edited digital time compressed representation of said audio/video source information in said storage means. | Central processing unit and other hardware in Apple Computer with GarageBand installed (which edits the time compressed representation of audio/video source information and restores the edited time compressed representation in memory). |

**EXHIBIT F**
**Burst.com U.S. Patent No. 5,995,705, Claims 1-3, 12, 13.**
**Accused Instrumentality: Apple Computer with GarageBand Installed and Method Performed by**
**GarageBand Software Running on Apple Computer**

| Claim 3 | |
|---|---|
| The audio/video transceiver apparatus of claim 2, wherein said transmission means is configured to receive the edited digital time compressed representation of said audio/video source information and to transmit the edited digital time compressed representation of said audio/video source information away from said audio/video transceiver apparatus in said burst transmission time period. | See Claim 1 (the identified transmission means is configured to receive and transmit the edited digital time compressed representation of audio/video source information). |
| **Claim 12** | |
| A method for handling audio/video source information, the method comprising the steps of: | Method performed by GarageBand Software running on an Apple Computer. |

**EXHIBIT F**
**Burst.com U.S. Patent No. 5,995,705, Claims 1-3, 12, 13.**
**Accused Instrumentality: Apple Computer with GarageBand Installed and Method Performed by GarageBand Software Running on Apple Computer**

| | |
|---|---|
| receiving audio/video source information, said audio/video source information comprising a multiplicity of video frames collectively constituting at least one full motion video program; | GarageBand software receives audio/video source information comprising a multiplicity of video frames collectively representing at least one full motion video program via one or more of the following components of an Apple Computer:<br><br>USB port;<br><br>Optical and/or analog audio line in;<br><br>FireWire port; and/or<br><br>Built-in microphone. |
| compressing the received audio/video source information into a digital time compressed representation thereof, the digital time compressed representation of said audio/video source information having an associated burst transmission time period that is substantially shorter than a time period associated with real time viewing by a receiver of said audio/video source information; | GarageBand software compresses the audio/video source information into a time compressed representation (*e.g.*, in MPEG-4 and/or AAC format) that has a time period substantially shorter than real time playback. |
| storing the digital time compressed representation of said audio/video source information; and | GarageBand software stores the time compressed representation in system memory or to hard disk. |

**EXHIBIT F**
**Burst.com U.S. Patent No. 5,995,705, Claims 1-3, 12, 13.**
**Accused Instrumentality: Apple Computer with GarageBand Installed and Method Performed by**
**GarageBand Software Running on Apple Computer**

| | |
|---|---|
| transmitting, in said burst transmission time period, the stored digital time compressed representation of said audio/video source information to a selected destination | GarageBand software transmits the stored time compressed representation in a burst time period substantially shorter than real time playback to a selected destination via one or more of the following components of an Apple Computer:<br><br>Wired or wireless Ethernet device (via installed iWeb software); and/or<br><br>USB port (via installed iTunes software). |
| **Claim 13** | |
| The method of claim 12, further comprising the steps of: | |
| editing the stored time compressed representation of said audio/video source information; and | GarageBand editing features edit the time compressed representation of audio/video source information. |
| storing the edited time compressed representation of said audio/video source information. | See Claim 12 (storing functionality is implemented for edited time compressed information). |

**EXHIBIT F**
**Burst.com U.S. Patent No. 5,057,932, Claim 4**
**Accused Instrumentality: Apple Computer with GarageBand Installed**

| Claim 4 Elements | Elements in Accused Instrumentality (QuickTime Pro on Apple Computer or PC) |
|---|---|
| An audio/video transceiver apparatus comprising: | Apparatus is an Apple Computer with GarageBand software installed. |
| input means for receiving audio/video source information, said audio/video source information comprising a multiplicity of video frames in the form of one or more full motion video programs; | One or more of the following components in an Apple Computer with GarageBand software installed (which components receive audio/visual source information comprising a multiplicity of video frames collectively representing at least one full motion video program):<br><br>USB port;<br><br>Optical and/or analog audio line in;<br><br>FireWire port; and/or<br><br>Built-in microphone. |

**EXHIBIT F**

**Burst.com U.S. Patent No. 5,057,932, Claim 4**

**Accused Instrumentality: Apple Computer with GarageBand Installed**

| | |
|---|---|
| compression means, coupled to said input means, for compressing said audio/video source information into a time compressed representation thereof having an associated time period that is shorter than a time period associated with a real time representation of said received audio/video source information; | Central processing unit in Apple Computer with GarageBand software installed (which compresses the audio/video source information into a time compressed representation (*e.g.*, in MPEG-4 and/or AAC format) that has a time period shorter than real time playback). |
| random access storage means, coupled to said compression means, for storing the time compressed representation of said audio/video source information, said random access storage means comprising one or more magnetic disks; and | Hard drive and/or other system memory in Apple computer with GarageBand software installed (which random access storage stores the time compressed representation). |
| output means, coupled to said random access storage means, for receiving the time compressed audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus. | One or more of the following components which receive audio/visual source information stored in random access storage for transmission away in an Apple Computer with GarageBand software installed:<br><br>    Wired or wireless Ethernet device (via installed iWeb software); and/or<br><br>    USB port (via installed iTunes software). |

# EXHIBIT G

**Burst.com U.S. Patent No. 4,963,995, Claims 17**
**Accused Instrumentality:  Method Performed by the .Mac Service**

| Claim 17 | Elements in Accused Instrumentality |
|---|---|
| An audio/video transceiver apparatus comprising: | Apparatus is a computer used by .Mac service, including hardware and software |
| input means for receiving audio/video source information as a time compressed representation thereof, said time compressed representation of said audio/video source information being received over an associated burst time period that is shorter than a real time period associated with said audio/video source information; | Wired or wireless Ethernet device or other network port of computer executing software used by the .Mac service (which receives a time compressed representation (*e.g.*, in MPEG-4 or AAC podcast format) that has a burst time period shorter than real time playback generated on an Apple Computer by iMovie or GarageBand via iWeb). |
| random access storage means, coupled to said input means, for storing the time compressed representation of said audio/video source information received by said input means; and | Hard drive and/or other system memory in the computer executing software used by the .Mac service (which stores the time compressed representation) |
| output means, coupled to said random access storage means, for receiving the time compressed representation of said audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus. | Wired or wireless Ethernet device or other network port on computer executing software used by the .Mac service (which receives the time compressed representation stored in random access storage for transmission away to an Apple Computer or Windows Computer). |

**EXHIBIT G**            1

**Burst.com U.S. Patent No. 5,164,839, Claims 1, 9 and 17.**
**Accused Instrumentality:  Method Performed by the .Mac Service and**
**iLife Software (iMovie HD, GarageBand, and iWeb) Running on an Apple Computer**

| Claim 1 | Elements in Accused Instrumentality |
|---|---|
| A method for handling audio/video source information, the method comprising: | Method performed by computer(s) used by .Mac service in combination with iMovie, GarageBand, and iWeb software running on an Apple Computer. |
| receiving audio/video source information | iMovie HD or GarageBand software receives audio/video source information via one or more of the following components of the Apple Computer:<br><br>Optical digital and/or analog audio line in;<br><br>FireWire port;<br><br>Built-in iSight; and/or<br><br>Built-in analog microphone. |
| compressing the received audio/video source information into a time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of the received audio/video source information; | iMovie HD or GarageBand software compresses audio/video source information into a time compressed representation (*e.g.*, in MPEG-4 or AAC podcast format) that has a burst time period shorter than real time playback |

**Burst.com U.S. Patent No. 5,164,839, Claims 1, 9 and 17.**
**Accused Instrumentality:  Method Performed by the .Mac Service and**
**iLife Software (iMovie HD, GarageBand, and iWeb) Running on an Apple Computer**

| | |
|---|---|
| storing said time compressed representation of the received audio/video source information; and | iMovie HD or GarageBand software stores the time compressed representation (*e.g.*, in computer memory or on other storage media); and/or<br><br>The .Mac service stores the time compressed representation (*e.g.*, in computer memory or on other storage media) |
| transmitting, in said burst time period, the stored time compressed representation of the received audio/video source information to a selected destination. | iMovie HD or GarageBand software transmits via iWeb, in a burst time period shorter than real time playback, the stored time compressed representation to the .Mac service; and/or<br><br>The .Mac service transmits, in a burst time period shorter than real time playback, the stored time compressed representation to an Apple Computer or Windows Computer. |
| **Claim 9 Elements** | |
| A method as in claim 1 wherein: | See Chart for Claim 1 |
| said audio/video source information comprises digital audio/video source information; | See Chart for Claim 1 (the audio/video source information is digital) |

**Burst.com U.S. Patent No. 5,164,839, Claims 1, 9 and 17.**
**Accused Instrumentality:  Method Performed by the .Mac Service and**
**iLife Software (iMovie HD, GarageBand, and iWeb) Running on an Apple Computer**

| | |
|---|---|
| said step of compressing comprises compressing said digital audio/video source information into a digital time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of said digital audio/video source information; and | iMovie HD or GarageBand software compresses the digital audio source information into a digital time compressed representation (*e.g.*, in MPEG-4 or AAC podcast format) that has a burst time period shorter than real time playback |
| said step of storing comprises storing said digital time compressed representation of said digital audio/video source information. | iMovie HD or GarageBand software stores the digital time compressed representation (*e.g.*, in computer memory or on other storage media); and/or

The .Mac service stores the digital time compressed representation (*e.g.*, in computer memory or on other storage media) |
| **Claim 17** | |
| A method for handling audio/video source information, the method comprising: | Method performed by the .Mac service |
| receiving audio/video source information as a time compressed representation thereof, said time compressed representation of said audio/video source information being received over an associated burst time period that is shorter than a real time period associated with real time playback of said audio/video source information; | The .Mac service receives time compressed representation of audio/video source information generated by iMovie HD or GarageBand over a burst time period shorter than real time playback from an Apple Computer with iWeb software. |

**Burst.com U.S. Patent No. 5,164,839, Claims 1, 9 and 17.**
**Accused Instrumentality:  Method Performed by the .Mac Service and**
**iLife Software (iMovie HD, GarageBand, and iWeb) Running on an Apple Computer**

| | |
|---|---|
| storing the time compressed representation of said received audio/video source information; and | The .Mac service stores the time compressed representation (*e.g.*, in computer memory or on other storage media) |
| transmitting, in said burst time period, the stored time compressed representation of said received audio/video source information to a selected destination. | The .Mac service transmits, in a burst time period shorter than real time playback, the stored time compressed representation to an Apple Computer or Windows Computer. |

# EXHIBIT H

**EXHIBIT H**

# LINKS AND REFERENCES TO INFORMATION SUPPORTING CLAIM CHARTS THAT CAN BE FOUND ON APPLE'S WEBSITE OR IN APPLE'S PUBLICLY AVAILABLE DOCUMENTS

## FINAL CUT

http://www.apple.com/finalcutstudio/

http://images.apple.com/finalcutstudio/pdf/20050621_FinalCutPro_Product_Overview.pdf

http://images.apple.com/finalcutstudio/pdf/FCStudio_PO.pdf

http://www.apple.com/finalcutstudio/specs.html?finalcutpro

http://www.apple.com/finalcutstudio/compressor/encoding.html

http://www.apple.com/finalcutstudio/quicktours/?quicktours/delivery/qt_comp_5_over

http://www.apple.com/finalcutstudio/soundtrackpro/

http://www.apple.com/finalcutstudio/soundtrackpro/complete.html

http://www.apple.com/finalcutstudio/soundtrackpro/sculpt.html

http://www.apple.com/finalcutstudio/quicktours/

http://www.apple.com/finalcutstudio/finalcutpro/

http://www.apple.com/finalcutstudio/finalcutpro/tellyourstory.html

http://www.macworld.com/news/2005/04/17/fcpexec/index.php

http://www.kenstone.net/fcp_homepage/settings_fcp_5_balis.html

Final Cut Pro User's Manual Volume 2

## QUICKTIME

http://images.apple.com/quicktime/pdf/QuickTime7_Tech_Brief_V2.pdf

http://www.apple.com/quicktime/pro/win.html

http://store.apple.com/1-800-MY-APPLE/WebObjects/AppleStore?productLearnMore=D3380Z/A

**EXHIBIT H**

1

http://www.apple.com/quicktime/pro/specs.html

*QuickTime 7 User's Guide*

QuickTime Tech Brief

Mac OS X Server: QuickTime Streaming Server 5.5 Administration

www.apple.com/quicktime/player/win.html

www.apple.com/quicktime/technologies

www.apple.com/server

www.apple.com/server/macosx/features/quicktimestreaming.html


**APPLE COMPUTERS**


http://developer.apple.com/documentation/Hardware/hardware2.html

http://developer.apple.com/documentation/hardware/conceptual/hwtech_audio/index.html

http://developer.apple.com/documentation/Hardware/Conceptual/PowerMac_G5_05Oct/Articles/PwrMacG5-0510_archi.html

http://developer.apple.com/documentation/HardwareDrivers/Conceptual/MacBookPro_0601/Articles/MacBookPro_0601.html

http://developer.apple.com/documentation/HardwareDrivers/Conceptual/Macmini_0602/Articles/architecture.html

http://developer.apple.com/documentation/Hardware/Conceptual/HWtech_PCI/Articles/pci_implementation.html

http://developer.apple.com/documentation/Hardware/Developer_Notes/Macintosh_CPUs-G3/iBook30Sept00/iBook.pdf

http://developer.apple.com/documentation/Hardware/Developer_Notes/Macintosh_CPUs-G3/iMac18Jul01/imac0701.pdf

http://developer.apple.com/documentation/Hardware/Developer_Notes/Macintosh_CPUs-G3/original_iMac/iMacDevNote.pdf

2

http://developer.apple.com/documentation/Hardware/Developer_Notes/Macintosh_CPUs-G5/PowerMacG5_SP/PowerMacG5_SP.pdf

http://developer.apple.com/documentation/Hardware/Developer_Notes/Macintosh_CPUs-G3/ibook15Oct01/ibook.pdf

http://developer.apple.com/documentation/Hardware/Developer_Notes/Macintosh_CPUs-G3/iBookNov02/iBook.pdf

http://developer.apple.com/documentation/Hardware/Developer_Notes/Macintosh_CPUs-G4/PowerBook_G4_12inchJan03/PowerBookG412inch.pdf

http://developer.apple.com/documentation/Hardware/Developer_Notes/Macintosh_CPUs-G4/12inchPowerBookG4_Sept03/12inchPowerBookG4.pdf

http://developer.apple.com/documentation/HardwareDrivers/Conceptual/iMac_06Jan/Articles/iMac_0601_archi.html

http://developer.apple.com/documentation/hardware/developer_notes/servers/xserveg4/2architecture/chapter_3_section_2.html#//apple_ref/doc/uid/tp30000324/tpxref102

http://developer.apple.com/documentation/hardware/developer_notes/macintosh_cpus-G4/imac_09may03/03_architecture_intrepid/chapter_4_section_2.html#//apple_ref/doc/uid/tp40000874-tp30000315-tpxref101

http://developer.apple.com/documentation/hardware/developer_notes/servers/xserveg4/xserve.pdf

http://developer.apple.com/documentation/hardware/developer_notes/servers/xserveg5/xserveg5.pdf

http://developer.apple.com/documentation/hardware/conceptual/HWTech_Audio/index.html#//apple_ref/doc/uid/TP40003505

www.apple.com/imac/whatsinside.html

www.apple.com/macmini/whatsinside.html

www.apple.com/macbookpro/whatsinside.html

www.apple.com/powermac/specs.html

www.apple.com/macmini/whatsinside.html

www.apple.com/macbookpro/whatsinside.html

3

www.apple.com/powermac/specs.html

www.apple.com/ibook/specs.html

www.apple.com/powerbook/specs.html

## IPOD AND ITUNES

www.apple.com/support/ipod

www.apple.com/quicktime/tutorials/creatingvideo.html

www.apple.com/ipod/specs.html

www.apple.com/ipodnano/specs.html

www.apple.com/ipodshuffle

www.apple.com/ipodshuffle/autosync.html

www.apple.com/ipodshuffle/specs.html

www.apple.com/ipod/autosync.html

www.apple.com/ipodnano/autosync.html

http://docs.info.apple.com/article.html?artnum=303100

www.store.apple.com

http://docs.info.apple.com/article.html?artnum=30278

www.apple.com/support/itunes/hottips/

www.apple.com/ilife/tutorials/itunes

*Apple Start Multi-Pass on iTunes,* Techtree.com, 03/06,2006

*Apple Strikes First To Address New iPod Threat,* IP Law Bulletin, 01/06/2006

www.apple.com/itunes/overview

www.apple.com/itunes/music

www.apple.com/itunes/videos

4

www.apple.com/itunes/playlists

www.apple.com/itunes/sync

www.apple.com.ilife/tutorials/itunes

www.apple.com/itunes/share

www.apple.com.itunes/burn

www.apple.com/itunes/download

*iTunes Music Store Digital rights Summary*, MacRumors.com, 04/29/2003

www.apple.com/itunes/musicmarketing

https://phobos.apple.com/WebObjects/MZLabel.woa/wa/apply

www.apple.com/itunes/musicmarketing/faq.html

The Guide to Selling Your Music In The iTunes Music Store , Higgs Communications, 2004

## **GARAGE BAND**

http://manuals.info.apple.com/en/GarageBand_3_Getting_Started.pdf

## **iMovie HD**

http://manuals.info.apple.com/en/iMovie_HD_6_Getting_Started.pdf

## **iWEB**

http://manuals.info.apple.com/en/iWeb_Getting_Started.pdf