Page 132

*Hemami*

[1]
[2]   **A:** Yes.
[3]   **Q:** It describes implementing algorithms
[4] in software, correct?
[5]   **A:** Yes.
[6]   **Q:** It also describes implementing
[7] algorithms in hardware, correct?
[8]   **A:** Yes.
[9]   **Q:** And then it says, near the end,
[10] "Finally, an algorithm can be implemented using a
[11] combination of both hardware and software."
[12] Actually, it says, "both software and hardware."
[13] Is that right?
[14]   **A:** Yes.
[15]   **Q:** Going back to the '995 patent, I
[16] want to talk about compression hardware. But
[17] first, actually, I think we should turn to your
[18] definition of "compression."
[19]       If you look on page 33 of your
[20] expert report —
[21]   **A:** Yes.
[22]   **Q:** — the bottom of paragraph, of the
[23] last paragraph on page 33, you state,
[24] "Fundamentally, compression in the Burst patents
[25] requires a reduction in the number of bits."

Page 133

*Hemami*

[1]
[2]       Do you see that?
[3]   **A:** Yes.
[4]   **Q:** And then you say, "or data
[5] compression." Do you see that?
[6]   **A:** Yes.
[7]   **Q:** Is it true that it's your opinion
[8] that a reduction in the number of bits is data
[9] compression?
[10]   **A:** Reduction relative to what?
[11]   **Q:** That's an excellent question. You
[12] wrote here, "Compression in the Burst patents
[13] requires a reduction in the number of bits," and
[14] you didn't specify as compared to what.
[15]   **A:** So —
[16]   **Q:** But let me finish the question.
[17]   **A:** Sorry.
[18]   **Q:** Is it accurate that your view is
[19] that compression — I'm sorry. Let me start
[20] again.
[21]       Is it accurate that in your opinion,
[22] data compression means a reduction in the number
[23] of bits as compared to something?
[24]   **A:** Yes.
[25]   **Q:** And in the Burst patents, we

Page 134

*Hemami*

[1]
[2] discussed two places where the digitization of
[3] data occurred. One was in column 4 and two
[4] paragraphs that you described the digitization of
[5] video, correct?
[6]   **A:** Yes.
[7]   **Q:** And the other was in column 5 in a
[8] portion of a paragraph which described the
[9] digitization of audio, correct?
[10]   **A:** Yes. Yes.
[11]   **Q:** In the context of the Burst patents,
[12] is data compression a reduction in the number of
[13] bits as compared to the number of bits in what was
[14] obtained as a result of one of those two
[15] digitization processes?
[16]   **A:** Yes, I would agree with that
[17] statement.
[18]   **Q:** So now we have a definition of
[19] "compression" or "data compression," correct?
[20]   **A:** Yes.
[21]   **Q:** Let's talk about the hardware that's
[22] identified in the Burst patents for performing
[23] that function of reducing the number of bits.
[24] Okay?
[25]   **A:** Okay.

Page 135

*Hemami*

[1]
[2]   **Q:** Well, you look — would you agree
[3] with me that compression, i.e., reducing the
[4] number of bits, is a function?
[5]   **A:** Yes.
[6]   **Q:** Okay. Would you agree with me that
[7] the Burst patents describe hardware for performing
[8] that function?
[9]   **A:** And that is what I was hesitating on
[10] earlier. The Burst patents provide us with a
[11] block diagram that has a compressor/decompressor
[12] box labeled on it.
[13]       I understand that to mean in an
[14] implementation, there would be something inside
[15] the compressor/decompressor box which would not be
[16] a standalone computer, you know, a monitor and
[17] everything. It would be some amount of hardware
[18] which would be implementing compression algorithms
[19] in hardware, software or a combination of hardware
[20] and software.
[21]   **Q:** I want to come back to that answer
[22] for a second. I first want to point you to the
[23] A.M.D. 7971 chip at the top of column 5 of the
[24] '995 patent.
[25]       Is it true that that is hardware

Dockets.Justia.com

Page 136

**Hemami**

[2] that performs the function of compression as
[3] you've defined it?
[4]     A: It certainly performs compression of
[5] the input signal that is given to it, the raw bits
[6] that go in.
[7]     Now, let me say performs
[8] compression, it performs a compression algorithm
[9] on the data. There is no guarantee because as we
[10] discussed, the data could be anything but that
[11] data would come out smaller, okay?
[12]     We have a reasonable, probabilistic
[13] expectation that most of the time, if we fed it
[14] something that met the expectations for which the
[15] algorithm was designed, that we would see
[16] compression.
[17]     Q: Fair enough. And the algorithm was
[18] designed for fax transmission. Is that right?
[19]     A: The algorithm was designed for
[20] binary, two-dimensional signals which are signals
[21] such as are encountered in fax transmission.
[22]     Q: So one of ordinary skill in the art
[23] would expect the A.M.D. 7971 chip to perform
[24] compression of binary image data that was fed into
[25] it. Is that correct?

Page 137

**Hemami**

[2]     A: That met approximate statistical
[3] characterizations for — when you say
[4] "compression," it would be smaller if we fed in
[5] data that had the right statistical
[6] characteristics.
[7]     Q: And that would include ordinary
[8] images?
[9]     A: That would include higher bit planes
[10] of an "ordinary image." I am interpreting that to
[11] mean either a gray scale image so we have, for
[12] example, you have a black and white camera which
[13] gives gray, gray scale or the color planes,
[14] specific color planes of a color image.
[15]     Q: And it would also include text on a
[16] black and white piece of paper?
[17]     A: Which had been scanned into binary
[18] form, yes.
[19]     Q: And it would also include black and
[20] white non-gray scale image on a piece of paper
[21] that had been scanned in?
[22]     A: Sure. If you photocopy a picture,
[23] that's right, you will get a black and white
[24] representation which you could then scan.
[25]     Q: So for those types of data that

Page 138

**Hemami**

[2] you've listed, one of ordinary skill in the art
[3] would expect the, or would understand the A.M.D.
[4] 7971 to be hardware for performing compression in
[5] the sense of reducing the number of bits?
[6]     A: Yes.
[7]     Q: Now, you also refer to the
[8] compressor/decompressor 26, correct?
[9]     A: Yes.
[10]     Q: And you said that you would
[11] interpret that as being some combination of
[12] hardware and software. Is that correct?
[13]     **MR. PAYNE:** Objection. Form.
[14]     A: I think I said hardware — hardware,
[15] what did I say? Hardware or hardware and
[16] software? If that includes combination, software
[17] running on hardware, all right.
[18]     There's not a squirrel in the box,
[19] okay? There is some hardware that operates using
[20] electrical signals, right?
[21]     Q: Right.
[22]     A: It is unquestionable that there is
[23] hardware in the box.
[24]     Now, we can delineate whether the
[25] hardware is general purpose hardware such as a CPU

Page 139

**Hemami**

[2] or a DSP chip or whether it is custom-designed
[3] hardware or a combination of both stock and
[4] custom-designed hardware.
[5]     Q: Okay. Let's go back to, I believe,
[6] let's see, it was page, I apologize, 16 of your
[7] report. Do you have page 16?
[8]     A: I do.
[9]     Q: And there you describe implementing
[10] compression algorithms in either software,
[11] hardware or a combination of both software and
[12] hardware, right?
[13]     A: Yes.
[14]     Q: Now, I take it from what you just
[15] said that obviously the software has to run on
[16] hardware?
[17]     A: On something, yes, yes.
[18]     Q: So when you wrote that an algorithm
[19] can be implemented in software, what you meant was
[20] software that runs on a general purpose processor.
[21] Is that right?
[22]     A: Yes, or — yes, some type of
[23] processor, maybe not fully general purpose but it
[24] could be, for example, a DSP chip, which is
[25] programmable but not what one would use for, say,

Page 140

*Hemami*

[1]
[2] word processing.
[3]    **Q:** Okay. So the, so you understand the
[4] compressor/decompressor 26 in the '995 patent to
[5] be referring to at least hardware and potentially
[6] also software running on that hardware. Is that
[7] right?
[8]    **A:** I think that's a good way to
[9] describe it, yes.
[10]    **Q:** Is it your understanding that if the
[11] A.M.D. 7971 chip were used to implement a
[12] compression algorithm in the context of the Burst
[13] patents, that it would be used inside that box 26?
[14]    **A:** Yes. Now, when, when you say "to
[15] implement a compression algorithm," it would be a
[16] component of the implementation of the compression
[17] algorithm. It would not be the sole — if you
[18] looked inside the box, there would be more than
[19] just —
[20]    **Q:** — than just the A.M.D. 7971 chip?
[21]    **A:** Than just the A.M.D. chip, yes.
[22]    **Q:** Okay. So standing alone by itself,
[23] the A.M.D. 7971 chip can't do video compression,
[24] correct?
[25]    **A:** Well, in the context of what is

Page 141

*Hemami*

[1]
[2] described here, material needs to be moved around,
[3] frames, you know.
[4]    In the context of a, designing a
[5] digital system, I would expect that there would be
[6] more than just a single chip there. There would
[7] be some type of supporting peripheral hardware,
[8] perhaps buffers, you know, various, various
[9] things. And I think as we discussed, it would
[10] most likely be more than one chip.
[11]    **Q:** And you can tell that from the fact
[12] that the number of pixels per second that the chip
[13] can process is between 1 and 12 million and the
[14] number that it would need to process, given the
[15] video described in column 4 of the '995 patent, is
[16] between 50 and 60 million pixels per second?
[17]    **A:** No, that's not actually the
[18] comparison I'm making.
[19]    **Q:** Oh.
[20]    **A:** The comparison that I'm making is
[21] knowing, you know — also it was well known that
[22] to represent good quality video, one did not need
[23] the entire collection of each color plane. One
[24] could use fewer color planes. So we would — the
[25] raw input data rate to which you are pointing to,

Page 142

*Hemami*

[1]
[2] which is, I think, the 1.89. Is that the number?
[3]    **Q:** I think that's right, 1.89.
[4]    **A:** The 1.89 megabit per second, that
[5] number is already smaller when considering — that
[6] is certainly the size of a raw digitized frame.
[7] No question about it. But with respect to
[8] performing video compression, the size of the
[9] input would be smaller than that.
[10]    We would not run all of the bit
[11] planes through a CCITT Group IV algorithm. We
[12] wouldn't even, we wouldn't keep all of the bit
[13] planes. We just don't need them.
[14]    **Q:** Would eliminating some of those bit
[15] planes be part of the compression algorithm?
[16]    **A:** In the context that eliminating bit
[17] planes is quantization, and quantization is
[18] certainly a step that we see in lossy compression.
[19] It is the bit plane elimination which is providing
[20] the loss which we are relying upon to get our file
[21] size as small as possible. So it's a quantization
[22] operation.
[23]    In that context, yes, it would be
[24] part of the compression algorithm.
[25]    **Q:** So in the context of the Burst

Page 143

*Hemami*

[1]
[2] patent, it would be part of the compression
[3] algorithm. Is that right?
[4]    **A:** Certainly.
[5]    **Q:** Other than the
[6] compressor/decompressor 26 and the A.M.D. chip,
[7] did the Burst patents describe any hardware for
[8] performing the function of compression?
[9]    **A:** Do they describe any hardware? The
[10] A.M.D. chip is the only specific item that we can
[11] go to Frye's and buy in terms of its description
[12] with respect to compression. Obviously, the CPUs
[13] and the RAM we can go buy, as well.
[14]    **Q:** You said earlier that it was known
[15] to reduce the number of color bits. When you said
[16] that it was known, did you mean that it was known
[17] to a person of ordinary skill in the art in 1988
[18] or did you mean something else?
[19]    **A:** That is what I mean, that it was
[20] understood, it was well known that if one was to
[21] take video and digitize it and then just, in this
[22] context say, do the simplest compression possible
[23] which is just quantization, no CCITT, no JPEG,
[24] nothing, just quantize.
[25]    The natural question is how much can

**Hemami**

[1]
[2] we quantize and the easiest way to quantize is to
[3] remove bits and it was understood that there were
[4] certain numbers of bits that we could just throw
[5] away with respect to video for expected quality
[6] levels.
[7]     **Q:** And that was understood by a person
[8] of ordinary skill in the art as you defined it in
[9] 1988?
[10]     **A:** Yes.
[11]     **Q:** I'd like you to look at, in your
[12] expert report beginning at page 5, actually,
[13] probably beginning at page 4. You have a major
[14] heading, "2. The Underlying Technology of the
[15] Burst Patents." Do you see that?
[16]     **A:** Yes.
[17]     **Q:** And then within that there are a
[18] number of sub-headings including, "Basic
[19] Terminology" and then "Digital Communication
[20] Technology and Networks" on page 5.
[21]     Do you see that?
[22]     **A:** Yes.
[23]     **Q:** Now, this section 2 goes on for some
[24] time. I believe it ends on page 26. Is that
[25] accurate?

**Hemami**

[1]
[2]     **A:** Yes. Is it? Yes.
[3]     **Q:** In this section, and I'm going to
[4] give you some specific examples and then ask you a
[5] more general question but if you turn, for
[6] example, to page 17, in section 2.3.4, "PCM and
[7] DPCM Digital Audio Compression in 1988," do you
[8] see that heading?
[9]     **A:** Yes.
[10]     **Q:** In the first sentence there you
[11] describe that, "both approaches described in the
[12] previous section were known," that word "known."
[13] Do you see that?
[14]     **A:** Yes.
[15]     **Q:** And then if you go down to the next
[16] paragraph, you talk about how both PCM and DPCM
[17] "were known for audio compression in 1988." Do
[18] you see that?
[19]     **A:** Yes.
[20]     **Q:** I'm going to start by asking you
[21] first about that, those specific uses of the word
[22] "known."
[23]     Were you intending to state there
[24] that this was known to a person of ordinary skill
[25] in the art as you've defined it?

**Hemami**

[1]
[2]     **A:** Yes.
[3]     **Q:** Was that your general intent in
[4] writing section 2 of your expert report to
[5] describe the underlying technology of the Burst
[6] patents as it was known to a person of ordinary
[7] skill in the art in 1988?
[8]     **A:** It was my intention to describe the
[9] state of the art in '88 as it would be understood
[10] by somebody working in the area in such a manner
[11] that somebody non-technical could hope to
[12] understand most of what I wrote.
[13]     **Q:** Do you recall including anything in
[14] section 2 of your report that you believe would
[15] not be known to a person of ordinary skill in the
[16] art in 1988?
[17]     **A:** I do not recall doing such a thing.
[18] I made a conscious effort to attempt to not do
[19] that.
[20]     **Q:** Okay. So when you stated in section
[21] 2 of your report that something was known, you
[22] were you attempting to convey that it was known in
[23] 1988 to a person of ordinary skill in the art?
[24]     **A:** Yes, as opposed to being some
[25] esoteric idea that a Russian scientist had and

**Hemami**

[1]
[2] published in some obscure Russian journal, yes.
[3]     **Q:** Let's go back to page 17, the
[4] section describing PCM and DPCM.
[5]     If you look back, that's within the
[6] larger section 2.3 on page 12 which is titled,
[7] "Video and Audio Sources and Compression." Do
[8] you see that?
[9]     **A:** Yes.
[10]     **Q:** Going down to page 17, did you
[11] consider or do you consider both PCM and DPCM to
[12] be compression?
[13]     **A:** As, these are words that were used
[14] in many different ways and still are.
[15]     "PCM" technically stands for
[16] "pulse-coded modulation" and is certainly used in
[17] connection with describing transmission of
[18] multiple, signals with multiple discrete output
[19] levels over a channel. Okay?
[20]     The use of the terms in a
[21] compression sense is somewhat historic but
[22] absolutely, PCM and DPCM were considered, they
[23] were compression techniques for digital audio,
[24] yes.
[25]     **Q:** Was that something that was

Page 148

**Hemami**

[1]
[2] understood by a person of ordinary skill in the
[3] art in 1988?
[4]   **A:** Yes, and I think it would even be
[5] more understood by a person in '88 than
[6] potentially by a young person today starting to
[7] study compression.
[8]   **Q:** So if a person of ordinary skill in
[9] the art in 1988 saw a reference to PCM or DPCM in
[10] a paper, he or she would understand that to be
[11] referring to some sort of compression technique.
[12] Is that right?
[13]   **A:** We would have to look at the greater
[14] context of, of the paper obviously, if it had to
[15] do with some type of digital transmission and no
[16] signal was being compressed or, you know,
[17] compression was not the goal. Then one would
[18] consider is this PCM in the context of digital
[19] transmission, the origin of the term, is it a
[20] modulation technique that we're talking about or
[21] is it essentially a quantization technique which
[22] is how it is used in the context of, of
[23] compression of digital information.
[24]   **THE WITNESS:** I have to do
[25] something terrible here. I know we

Page 149

**Hemami**

[1]
[2] just started but I need a break.
[3]   **MR. BROWN:** No, that's fine.
[4] If you need a break, you need a break.
[5]   **THE VIDEOGRAPHER:** The time is
[6] now 1:19. Off the record.
[7]   (Recess taken)
[8]   **THE VIDEOGRAPHER:** The time is
[9] now 1:22. On the record.
[10]   **BY MR. BROWN:**
[11]   **Q:** I believe that I understood you to
[12] at least imply in your answer before we took the
[13] break that PCM in the sense of quantization was
[14] compression and PCM in the context of simply
[15] modulation was not. Is that right?
[16]   **A:** Yes. Let me attempt to clarify
[17] something I thought of in the bathroom. You know,
[18] I do a lot of thinking in the bathroom.
[19]   Were — let us consider, for
[20] example, the, the digitized video files which,
[21] which are used as examples in the, in the patent
[22] specifications. So the way that they're described
[23] is 300 by 300, 7 bits per color, okay?
[24]   Now, if we then say, you know, I'm
[25] only going to represent each pixel with two bits

Page 150

**Hemami**

[1]
[2] per color, we have started off with 7, we have
[3] deliberately eliminated 5, the effect of
[4] quantization step size is 32.
[5]   This operation would be
[6] colloquially, not colloquially but sort of
[7] described in our parlance as "PCM coding" because
[8] we are representing that data with a code which
[9] now only takes on one of four values if I'm
[10] keeping two bits, which corresponds to taking the
[11] 728 level output and representing it in step sizes
[12] of 32.
[13]   If, on the other hand, we had up
[14] front when we digitized the information, said
[15] instead of acquiring it at 7 bits that we would
[16] acquire it at 2 bits per color, we would not say
[17] that was compressed using PCM, okay? That was at
[18] acquisition —
[19]   **Q:** Right.
[20]   **A:** — even though we would potentially
[21] have the same or very similar representations.
[22]   **Q:** So I take it there's a distinction
[23] between using PCM to quantize which you would call
[24] compression and using PCM to digitize or acquire
[25] the information which you would not call

Page 151

**Hemami**

[1]
[2] compression. Is that right?
[3]   **A:** I think that's, I think that's a
[4] fair characterization.
[5]   **Q:** Now, let's talk about DPCM.
[6] DPCM inherently codes the
[7] differences between samples. Is that true?
[8]   **A:** Where "sample" is used in a flexible
[9] manner, yes, between entities.
[10]   **Q:** Because of that, is it true that
[11] DPCM is always compression?
[12]   **A:** This has a similar answer which
[13] involves statistical characterizations of what
[14] we're doing and you have to understand the
[15] full-blown — if we were to draw a DPCM encoder,
[16] it would have, not just a subtraction in it or —
[17]   **Q:** Right. Let me — I think I made an
[18] error in my question and that lead you down the
[19] wrong path and I used a strong "always" and maybe
[20] I shouldn't have.
[21]   In the context of audio or video
[22] data, if you apply DPCM to that data, is that
[23] something that you would always call compression?
[24]   **A:** DPCM is a very broad term, okay? We
[25] could use it to solely describe a compression

Page 152

**Hemami**

[1]
[2] algorithm which, to finish my sentence, would have
[3] a lot of little pieces in it, not just the
[4] subtraction but a lot of other stuff which would
[5] include, there would be a quantization box in
[6] that.
[7]       We could also put it elsewhere in a
[8] larger system that is doing, for lack of a better
[9] way to put it, pre-processing and post-processing
[10] of maybe our raw samples. And it still goes in
[11] and computes differences or compares values and
[12] then codes the resulting comparison or difference.
[13]       Q: But isn't it true that in both cases
[14] it would be reducing the number of bits for audio
[15] and video data?
[16]       A: I would say it would be. It would
[17] be employed with the intention that the greater
[18] system employing it would reduce the number of
[19] bits. There's no, as we discussed, guarantee that
[20] for every instantiation, you would end up with
[21] fewer bits.
[22]       Q: But the expectation would be that in
[23] the majority of instantiations, it would, in fact,
[24] reduce the number of bits?
[25]       A: For the particular data that you put

Page 153

**Hemami**

[1]
[2] into it.
[3]       Q: Let's turn to — well, it might be
[4] simplest with your CV.
[5]       You got your Bachelor's degree in
[6] May of 1990. Is that correct?
[7]       A: That's correct.
[8]       Q: As of the time that you got your
[9] Bachelor's degree, did you have any experience
[10] working in the field of digital communication of
[11] audio/video source information?
[12]       A: I spent a summer working at Delco
[13] Electronics in the advanced radio group. I think
[14] the name is going to be wrong but it had
[15] "advanced" in it and it involved radio, okay? And
[16] some of the projects that were going on there at
[17] the time that I worked on, in greater or smaller
[18] portions, included spread spectrum communication
[19] and also included digital radio.
[20]       Q: Okay.
[21]       A: Or DBS. I think we call it now DAB,
[22] digital audio broadcast.
[23]       Q: Did you have any other work
[24] experience at the time you graduated in May of
[25] 1990 in the area of digital communication of

Page 154

**Hemami**

[1]
[2] audio/video source information?
[3]       A: Other than my experiences at Delco
[4] which included two summers in that group and
[5] obviously my course work which I have sort of
[6] delineated at the undergraduate level doesn't
[7] necessarily constitute experience, no.
[8]       Q: Okay. As of May of 1990 when you
[9] received your undergraduate degree, do you believe
[10] that you met, yourself, met the definition of
[11] ordinary skill in the art that you've put forth in
[12] your expert report?
[13]       A: I did not have the experience that I
[14] listed that would go along with the Bachelor's
[15] degree.
[16]       Q: Your resume says that in April of
[17] 1992, you got a Master's degree from Stanford,
[18] correct?
[19]       A: Yes.
[20]       Q: And in your report, you said that,
[21] "A person of ordinary skill in the art of the
[22] Burst patents could have had a Master's degree in
[23] electrical engineering with one year of experience
[24] working on digital communication of audio/video
[25] source information."

Page 155

**Hemami**

[1]
[2]       As of 1992 when you got your
[3] Master's degree in electrical engineering, did you
[4] have the requisite level of experience to be a
[5] person of ordinary skill in the art?
[6]       A: At that point, I believe that I did.
[7]       Q: So in your mind you became a person
[8] of ordinary skill in the art as you've defined it
[9] as of April of 1992. Is that right?
[10]       A: Well, I don't think it was
[11] instantaneous but, yes, progressing toward that
[12] point, yes.
[13]       Q: I noticed in the materials
[14] considered in your report on page 64, that there
[15] are a number of what appear to be books listed as
[16] references 1 through 4. Do you see that?
[17]       A: Yes.
[18]       Q: And those are all published in '87,
[19] '88 or '89. Is that right?
[20]       A: That's right.
[21]       Q: Did you refer to those texts for the
[22] purpose of familiarizing yourself with the state
[23] of the art in the area generally of digital
[24] communication in the 1988 time frame?
[25]       A: I would say that first off, I, I

Page 156

**Hemami**

[1]

[2] used two of those texts myself in classes in the

[3] 1989 to 1990 to perhaps '91 time frame. So and I

[4] acquired the other texts because of my research

[5] topic at Stanford and I recognized the need to

[6] understand more.

[7]     So I used those texts both to

[8] refresh my own memory of my course work and also,

[9] lucky for me, the books that I had handy meshed

[10] very nicely with the time frame of, of the

[11] patents.

[12]     **Q:** Can you tell me which of those two

[13] books you used in your course work?

[14]     **A:** Yes. I used item 4, the Bernard

[15] Sklar text, in a digital communications course at

[16] the University of Michigan and all I can tell you

[17] is it was my senior year. I don't remember which

[18] semester it was. And I used the Lee and

[19] Messerschmitt text in, again, my first year at

[20] Stanford so I don't remember if that was '90 or

[21] '91, in a first year graduate-level course on

[22] digital telecommunications.

[23]     **Q:** So I take it items 2 and 3 were

[24] texts that you acquired as part of your Master's

[25] work at Stanford, is that right?

Page 157

**Hemami**

[1]

[2]     **A:** I would just say "graduate work."

[3] Stanford doesn't, the Master's work is just

[4] classes at Stanford. So —

[5]     **Q:** Oh, do you remember what year you

[6] acquired those texts? If you don't, that doesn't

[7] matter.

[8]     **A:** I think that the short answer is no,

[9] I don't remember. It was early because I

[10] recognized that I needed to, I needed to have a

[11] better understanding of networks.

[12]     **Q:** Let's turn to page 42 of your expert

[13] report and there's a paragraph on this page at the

[14] bottom which begins with the word "Finally." Do

[15] you see that?

[16]     **A:** Yes.

[17]     **Q:** And you state at the beginning of

[18] that paragraph that, "The proper construction and

[19] meaning of 'time-compressed representation' can

[20] only be gleaned from the Burst patents

[21] themselves." Do you see that?

[22]     **A:** Yes.

[23]     **Q:** And you go on to say, "That term did

[24] not have a single accepted use or meaning in

[25] 1988." Do you see that?

Page 158

**Hemami**

[1]

[2]     **A:** Yes.

[3]     **Q:** And then you go on to describe ways

[4] in which "time compression" was used in 1988. Do

[5] you see that?

[6]     **A:** I do.

[7]     **Q:** And you give four examples there,

[8] correct?

[9]     **A:** Yes.

[10]     **Q:** I want to start with examples 2 and

[11] 3. So example 2, you talk about processing of

[12] speech in which it was made to sound as if the

[13] speaker had spoken more quickly than he or she has

[14] actually spoken. Do you see that?

[15]     **A:** Yes.

[16]     **Q:** And you, and then 3, 3 describes

[17] processing digital signals in which longer signals

[18] were represented by repeating copies of shorter

[19] signals. Do you see that?

[20]     **A:** Yes.

[21]     **Q:** Later on page 43, you state, "The

[22] patents are not in the area of speech processing

[23] (eliminating 2 and 3)." Do you see that?

[24]     **A:** I do.

[25]     **Q:** So the meanings that you listed

Page 159

**Hemami**

[1]

[2] there as 2 and 3 are meanings of in the area of

[3] speech processing. Is that right?

[4]     **A:** Yes.

[5]     **Q:** And that's not the area of the

[6] patents, correct?

[7]     **A:** Yes.

[8]     **Q:** The area of the patents, as we

[9] discussed earlier, is digital communication of

[10] audio/video source information, in your view,

[11] correct?

[12]     **A:** Yes.

[13]     **Q:** All right. Now, meaning number 1

[14] that you provide is, "Reducing the duration of an

[15] analog signal relative to its original duration."

[16] Do you see that?

[17]     **A:** Yes.

[18]     **Q:** That is a meaning that is in the

[19] context of the transmission of audio/video source

[20] information, correct, not the digital transmission

[21] but the transmission of audio/video source

[22] information, correct?

[23]     **A:** I'm sorry. Could you repeat the

[24] question?

[25]     **Q:** Sure. What I'm trying to do is I

Page 160

**Hemami**

[1]
[2] think we can easily eliminate meanings 2 and 3
[3] that you've listed here as meanings of "time
[4] compression" that aren't relevant to the Burst
[5] patents because they're in a different field,
[6] correct?
[7]    **A:** Yes.
[8]    **Q:** Okay. I want to focus on 1 and 4.
[9]    **A:** Okay.
[10]    **Q:** And you've said that, "The
[11] information being compressed in the Burst patents
[12] is digital (eliminating 1)." Do you see that?
[13]    **A:** Yes.
[14]    **Q:** Okay. Now, we spoke before that the
[15] area of the Burst patents as you defined it was
[16] digital communication of audio/video source
[17] information, correct?
[18]    **A:** Yes.
[19]    **Q:** Now, the meaning number 1 that you
[20] provided there as known in 1988 was in the field
[21] of communication of audio/video source
[22] information, just not digital communication,
[23] correct?
[24]    **A:** No. Actually, for example, the —
[25] well, where is it now, your definition here of

Page 161

**Hemami**

[1]
[2] burst transmission. If you recall, I didn't like
[3] this definition because the analog signals are
[4] simply being increased in frequency which is the
[5] same as definition 1 here, same idea.
[6]    **Q:** So hang on. Let's just back up
[7] because I want to make sure I'm following what
[8] you're saying.
[9]    You were referring to an exhibit we
[10] previously marked as Exhibit 80. Is that right?
[11]    **A:** 80, right.
[12]    **Q:** And in Exhibit 80, there's a
[13] definition of "burst transmission," correct?
[14]    **A:** Yes.
[15]    **Q:** And that definition refers to
[16] releasing messages at 10 to 100 or more times the
[17] normal speed, correct?
[18]    **A:** Yes.
[19]    **Q:** And you're saying that that
[20] definition is the same meaning as you've given in
[21] number 1 in your list here. Is that right?
[22]    **A:** So as we discussed with respect to
[23] the burst transmission, I said this is for analog,
[24] radio transmission of analog messages, okay,
[25] released at 10 or 100 times the normal speed is a

Page 162

**Hemami**

[1]
[2] reduction in duration of 10 or 100 times of the
[3] analog signal.
[4]    That is the same as item 1 here,
[5] "reducing the duration of an analog signal
[6] relative to its original duration." So, whereas
[7] these references here — sorry. Let me look up
[8] what are 14 and 15. I believe —
[9]    **Q:** Why don't I get them out and mark
[10] them?
[11]    **A:** Well, I believe one of them is
[12] Haskell.
[13]    **Q:** I think you're right.
[14]    **A:** And the other one actually is for,
[15] I'm sorry. One of them is for speech. The other
[16] is Haskell and then we have the graph reference.
[17] So, in fact, item 1 is, even those examples are
[18] not limited to audio/video source information.
[19]    **Q:** And you say that because one of them
[20] includes speech?
[21]    **A:** Yes.
[22]    **Q:** And you don't consider speech to be
[23] audio/video source information?
[24]    **A:** Speech, as I — let me not flip and
[25] talk at the same time.

Page 163

**Hemami**

[1]
[2]    **Q:** Let me just ask a question.
[3] There's a clear distinction between
[4] speech processing and the communication of speech,
[5] correct?
[6]    **A:** The processing that you will do of
[7] the speech may be dependent on how you are going
[8] to communicate it.
[9]    **Q:** Sure. Let me try it slightly
[10] differently then.
[11]    There's a distinction between the
[12] field of speech processing and the field of
[13] communication of audio and video information?
[14]    **A:** That, my understanding of audio and
[15] video information in the context of what is in the
[16] Burst patents in terms of programming movie
[17] content that somehow represents — well, now we're
[18] getting into something else, you know, a work, a
[19] piece that all sits together and provides us with
[20] some type of information or meaning in a
[21] pre-designed manner.
[22]    **Q:** But would you agree that speech
[23] falls within the meaning of audio/video source
[24] information as that term is used in the Burst
[25] patents?

Page 164

**Hemami**

[1]
[2] **A:** "Speech" in what context? Can you,
[3] can you be more specific in your question?
[4] **Q:** Sure. Suppose you had a book on
[5] tape or someone read a book into a tape.
[6]     Would you consider that to be
[7] audio/video source information within the meaning
[8] of the Burst patents?
[9] **A:** Now, I would say a book on tape is
[10] different from the meaning of "speech" as you
[11] phrased it in "speech audio/video source
[12] information."
[13]     "Speech" as source content for a
[14] signal processing person is a different beast than
[15] audio/video information. And let's even get rid
[16] of "video." I think we don't have to argue that
[17] "video" and "speech" are different, maybe with the
[18] exception of for deaf people.
[19] **Q:** Are you referring to the distinction
[20] between wide-band audio and narrow-band audio that
[21] you describe in your report?
[22] **A:** Yes. If one is going to design
[23] systems to operate on general audio content, then
[24] that system, the decisions that are made, that's
[25] going to be different decisions, different design

Page 165

**Hemami**

[1]
[2] choices, a different outcome than if we only must
[3] deal with speech signals. This is why "hold"
[4] music doesn't sound so good on the phone
[5] sometimes.
[6] **MR. BROWN:** I'm going to mark
[7] as Exhibit 81 a copy of the Haskell
[8] patent, number 4,300,161.
[9]     (Document bearing Bates Nos.
[10] APBU00000763 through 769 was marked as
[11] Deposition Exhibit No. 81 for
[12] identification, as of this date.)
[13] **MR. BROWN:** And as 82 a copy
[14] of an article by Dennis H. Morgan, et
[15] al. entitled, "Time Compression
[16] Multiplexing for Loop Transmission of
[17] Speech Signals."
[18]     (Document entitled "Time
[19] Compression Multiplexing for Loop
[20] Transmission of Speech Signals" was
[21] marked as Deposition Exhibit No. 82
[22] for identification, as of this date.)
[23] **Q:** Exhibits 81 and 82 are what you
[24] marked respectively as references 15 and 14 in
[25] your expert report, correct?

Page 166

**Hemami**

[1]
[2] **A:** 15 is Haskell so 15 is 81, yes.
[3] **Q:** And 14, what you marked as reference
[4] 14 in your expert report is Exhibit 82, correct?
[5] **A:** Yes, yes, that's correct.
[6] **Q:** And you put brackets after your
[7] number 1 on page 42 and cited 14 and 15, correct?
[8] **A:** Yes.
[9] **Q:** And by that you intended to indicate
[10] that in Exhibits 81 and 82, the phrase "time
[11] compression" was used in the sense that you
[12] articulated in your number 1 on page 42, right?
[13] **A:** Yes.
[14] **Q:** In other words, in the sense of
[15] reducing the duration of an analog signal relative
[16] to its original duration?
[17] **A:** Yes.
[18] **Q:** And you said that is the same thing
[19] as releasing a message at 10 to 100 or more times
[20] its normal speed? Well, I'm sorry, the numbers
[21] are probably wrong.
[22]     Releasing a message at more than its
[23] normal speed?
[24] **A:** I, I made the equivalence with
[25] transmitting an analog radio message faster than

Page 167

**Hemami**

[1]
[2] its, they use "normal speed," yes, whatever,
[3] normal speed.
[4] **Q:** Okay. And that's also the same
[5] thing as increasing the frequency of that signal,
[6] right?
[7] **A:** Yes.
[8] **Q:** All three of those are ways of
[9] describing the same physical occurrence?
[10] **A:** Yes.
[11] **Q:** And that physical occurrence is
[12] what's described time compression in Exhibits 81
[13] and 82. Is that correct?
[14] **A:** Yes.
[15] **Q:** And that is one of the senses in
[16] which time compression was used by those of skill
[17] in the art in 1988, correct?
[18] **A:** Yes.
[19] **Q:** The field of the Haskell patent, as
[20] indicated by its title, is the multiplexing of
[21] video signals which applies to transmission of
[22] video signals, correct?
[23] **A:** Well, presumably one would want to
[24] multiplex them to transmit them. Yes, he probably
[25] says such a thing in the, yes. "Efficiently

Page 168

**Hemami**

[1]
[2] utilizing bandwidth in a communication system in
[3] the abstract," which certainly implies
[4] transmission.
[5]    **Q:** So the Haskell patent falls into the
[6] area of communication of audio/video source
[7] information, correct?
[8]    **A:** Well, I don't believe he explicitly
[9] deals with audio. I believe that his example —
[10] everything he refers to is a plurality of scan
[11] lines. I believe that he is, he is discussing,
[12] now using the word "video" to explicitly refer to
[13] the visual content as opposed to the audio
[14] content.
[15]    **Q:** Okay. Let's back up for a second.
[16] When I say, "audio/video," I meant
[17] to say, "audio and/or video" which would include
[18] video only, audio only and both.
[19]       That definition has been agreed to
[20] by the parties in this case. I was assuming, and
[21] perhaps I shouldn't have been, that when you used
[22] the phrase "audio/video," you meant the same
[23] thing.
[24]    **A:** So —
[25]    **Q:** Can you clarify for me what you mean

Page 169

**Hemami**

[1]
[2] when you used the phrase "audio/video" in your
[3] expert report?
[4]    **A:** Well, I make clear when I use the
[5] term "video" to solely refer just to the video
[6] content and when it is the general content, audio
[7] and/or video, then I've just used "audio/video
[8] source information."
[9]    **Q:** You testified before that the area
[10] of the Burst patents, the field of the Burst
[11] patents, I can't remember which words you used,
[12] was digital communication of audio/video source
[13] information. Do you recall that?
[14]    **A:** Yes.
[15]    **Q:** In that context, did you mean audio
[16] and/or video?
[17]    **A:** Yes.
[18]    **Q:** Okay.
[19]    **A:** So in response, then, to your
[20] age-old question, the answer — this is just video
[21] and, yes, it falls into the category of audio
[22] and/or video.
[23]    **Q:** Communication?
[24]    **A:** Sorry. Communication, yes. The
[25] source content is audio and/or video.

Page 170

**Hemami**

[1]
[2]    **Q:** Okay. So Haskell we know is in the
[3] area of audio or video communication of source
[4] content, correct?
[5]    **A:** Yes.
[6]    **Q:** Look at Exhibit 82.
[7]    **A:** Yes.
[8]    **Q:** This refers to using time
[9] compression multiplexing for telephone loop
[10] communications. Do you see that?
[11]    **A:** Yes.
[12]    **Q:** And that is the transmission of
[13] narrow band audio, correct?
[14]    **A:** That is correct. That is what the,
[15] the loop gives us that information.
[16]    **Q:** Would this fall within the field of
[17] the Burst patents as you've defined it, setting
[18] aside the question of whether it's analog or
[19] digital?
[20]    **A:** In terms of the field, communication
[21] of audio/video source information, no.
[22]    **Q:** And is that because it describes
[23] narrow-band audio as opposed to wide-band audio?
[24]    **A:** It is for speech, yes.
[25]    **Q:** But it is for the communication of

Page 171

**Hemami**

[1]
[2] audio information, correct?
[3]    **MR. PAYNE:** Objection. Form.
[4]    **A:** I would say, actually, I mean, I
[5] would say it is for the communication of speech.
[6] To be accurate, I think one, one of skill would
[7] say "speech" because audio, without any modifiers,
[8] one tends to think of as broader than simply just
[9] speech.
[10]    **Q:** So a person of ordinary skill in the
[11] art in 1988 seeing "audio" alone without
[12] qualifiers would associate that with wide-band
[13] audio, is that right?
[14]    **A:** I don't think that they would limit
[15] it to speech.
[16]    **Q:** It could include speech?
[17]    **A:** It, certainly from the standpoint
[18] that if we look at a general wide-band audio
[19] content, say, from a television program, somebody
[20] speaking may be part of that but the content
[21] itself has a very different source model and must
[22] be treated differently.
[23]    **Q:** Let's look at your definition number
[24] 4 on page 43.
[25]    **MR. BROWN:** Before we get too

Page 172

**Hemami**

[1]
[2] far into that, let's mark Exhibit 83
[3] which is a copy of an article
[4] entitled, "The UK D-MAC/Packet
[5] Standard for DBS" by Gardiner.
[6]      (Document entitled "The UK
[7] D-MAC/PACKET Standard for DBS" by Paul
[8] Gardiner was marked as Deposition
[9] Exhibit No. 83 for identification, as
[10] of this date.)
[11]     **Q:** Exhibit 83 is the reference that you
[12] identified as 17 in your expert report, correct?
[13]     **A:** Yes.
[14]     **Q:** And your citation of the number 17
[15] in paragraph number 4 on page 43 of your expert
[16] report shows that in your view, Exhibit 83 uses
[17] the phrase "time compression" to refer to
[18] increasing the digital signalling rate as you've
[19] set forth in that paragraph. Is that right?
[20]     **A:** Yes.
[21]     **Q:** Or more specifically to read, the
[22] complete sentence without the parenthetical,
[23] "Increasing the digital signalling rate of a
[24] digital signal transmitted over a digital
[25] communications link to reduce the transmission

Page 173

**Hemami**

[1]
[2] time." Is that right?
[3]     **A:** Yes.
[4]     **Q:** So if we look at this article, let's
[5] look at page, the second page of the article which
[6] has 129 in the top right?
[7]     **A:** Yes.
[8]     **Q:** There's a figure there in the
[9] right-hand column. Do you see that?
[10]     **A:** Yes.
[11]     **Q:** And beneath the figure, it says,
[12] "The effective time compression is to produce a
[13] corresponding increase in the bandwidth
[14] requirement." Do you see that?
[15]     **A:** Yes.
[16]     **Q:** So it then refers to, "A luminent
[17] signal with 5.75 megahertz bandwidth requirement
[18] being time compressed by a factor of 3 to 2." Do
[19] you see that?
[20]     **A:** Yes.
[21]     **Q:** And it says, "It now occupies 8.625
[22] megahertz worth of bandwidth." Do you see that?
[23]     **A:** Yes.
[24]     **Q:** So 5.75 multiplied by the factor of
[25] 3 to 2 is 8.625, correct?

Page 174

**Hemami**

[1]
[2]     **A:** I believe so.
[3]     **Q:** So what this is describing is
[4] sending the same bits in a shorter period of time
[5] using more bandwidth, correct?
[6]     **A:** I believe the operation by which
[7] this would be achieved is, it is performed
[8] digitally.
[9]      What is described is sort of an
[10] analog description but they, if you read the first
[11] sentence at the bottom of that page you have in
[12] front of you, "Time compression is carried out by
[13] a sampling process." So that is achieved by the,
[14] the understanding of time compression as I have
[15] described in, in item 4.
[16]     **Q:** The term "bandwidth" applies to both
[17] analog signals and digital signals, correct?
[18]     **A:** It is used with respect to both
[19] signals. It doesn't have the same meaning.
[20]     **Q:** In both contexts, doesn't it
[21] correlate to the amount of data that you can send
[22] in a unit time?
[23]     **A:** Well, what is an analog amount of
[24] data?
[25]     **Q:** That would depend, I would imagine,

Page 175

**Hemami**

[1]
[2] on the modulation technique used, correct?
[3]     **A:** No. Actually, if we had a measure
[4] of what analog data was, we would be much farther
[5] along with respect to compression theory of
[6] digital signals in general.
[7]     **Q:** Yes, that goes into an area of, that
[8] I don't think we need to go into.
[9]      All right. Let's put it this way.
[10] Exhibit 83 is describing sending a digital signal
[11] using an analog carrier, correct? Well, let me
[12] try that again. Strike that.
[13]      Exhibit 83 is describing sending a
[14] digital signal using a satellite, right?
[15]     **A:** Yes. Yes. I think that that's a, I
[16] think that's a good statement.
[17]     **Q:** The first sentence of the abstract
[18] says that it's referring to "direct broadcasting
[19] by satellite (DBS)," correct?
[20]     **A:** Yes, it does.
[21]     **Q:** And you've said before that
[22] satellite transmission involves microwave
[23] transmission, correct?
[24]     **A:** Satellites communicate in the
[25] microwave band, yes.

**Hemami**

[2]   **Q:** And the specific satellite bands
[3] that are described in this article are referred to
[4] in the introduction in the second paragraph as
[5] within the band of 11.7 to 12.5 gigahertz. Do you
[6] see that?
[7]   **A:** Yes, I do.
[8]   **Q:** And is that in the microwave band?
[9]   **A:** It is. Actually, let me, let me
[10] check that, not having memorized the entire
[11] frequency allocation chart from the FCC.
[12]    If I said it was, it is.
[13]   **Q:** Can you tell me where you're
[14] looking?
[15]   **A:** Yes. Page 10 —
[16]   **Q:** Okay.
[17]   **A:** — under 2.2.4, the very first
[18] sentence ends with a parenthetical which says,
[19] "The microwave frequency range starts at
[20] frequencies of 1 gigahertz." And these are indeed
[21] greater than 1 gigahertz, so I stand by my answer.
[22]   **Q:** So this article is describing
[23] satellite microwave transmission, correct?
[24]   **A:** Yes.
[25]   **Q:** And it's describing digital

**Hemami**

[2] transmission of information from the satellite,
[3] right?
[4]   **A:** Yes.
[5]   **Q:** And it's describing time compressing
[6] that digital information, correct?
[7]   **A:** It is, yes.
[8]   **Q:** And it says that the effect of that
[9] on the example they choose, a lumen signal with
[10] 5.75 megahertz of bandwidth, when it's time
[11] compressed by a factor of 3 to 2 is to increase
[12] the bandwidth that it takes by the same factor,
[13] correct?
[14]   **A:** They are describing sort of an
[15] increase in the bandwidth that the analog signal
[16] would consume if we took the time compressed
[17] digital signal as it is described here and put it
[18] through a D to A converter.
[19]   **Q:** When you are sending a — well, I'm
[20] not — when you're sending a satellite, a digital
[21] signal from a satellite, does it have to go
[22] through a D to A converter before it's sent?
[23]   **A:** Let me try to explain in an easier
[24] to understand manner than my last —
[25]   **MR. PAYNE:** Let him put a

**Hemami**

[1] question on the table, though.
[3]    Is that your question?
[4]   **MR. BROWN:** You want me to ask
[5] another question is what you're
[6] saying, Les?
[7]   **MR. PAYNE:** Well, I can't tell
[8] what she's doing, quite frankly, if
[9] she's going back to another question,
[10] so —
[11]   **Q:** Okay. I can't quite remember either
[12] what I was asking but it seems to me that the
[13] article is describing using a certain amount of
[14] bandwidth to send a digital signal. Is that true?
[15]   **A:** What these two paragraphs describe
[16] is, the paragraph underneath Figure 4 is a
[17] description of time compression in the classical
[18] analog sense of definition 1, okay?
[19]    We see the analog signal in the
[20] figure directly above the paragraph, right?
[21] That's an analog signal. We don't see a bunch of,
[22] a bunch of samples there. That is described here,
[23] this paragraph describes time compression in a
[24] similar manner that, simply referring to — this
[25] probably isn't the right way to answer a question

**Hemami**

[2] — pictures where we have a signal that occupies a
[3] lot of space and time and then we just squash it
[4] and that same signal now occupies less space in
[5] time.
[6]   **Q:** You're referring to the squashed and
[7] pre-squashed signal on Figure 1 in Exhibit 82?
[8]   **A:** Yes, simply as a, as a visual. I'm
[9] not saying that we're doing speech or anything
[10] here, right? Here we have a wide signal and a
[11] narrow signal.
[12]    That paragraph is effectively
[13] describing the squashing that one would wish to do
[14] on the luminence signal which is illustrated, the
[15] analog luminence signal which is illustrated in
[16] the figure.
[17]    The second paragraph, which begins
[18] with the single line at the bottom of the page,
[19] now, how do we do this squashing operation, right?
[20] It's all well and good for me to move my hands
[21] around but we can't do that.
[22]    It is carried out digitally. So in,
[23] in carrying out the operation digitally, this is
[24] exactly increasing the digital signalling rate.
[25]   **Q:** And is it true that it says that the

Page 180

**Hemami**

[1]
[2] luminence is sampled at a rate of 13.5 megahertz
[3] in that paragraph that you're referring to?
[4] **A:** Yes.
[5] **Q:** And it then says in the next
[6] sentence, "The time compressed MAC vision signal
[7] is defined in terms of a number of samples at a
[8] clock rate of 20.25 megahertz." Do you see that?
[9] **A:** Yes.
[10] **Q:** And 20.25 megahertz is a factor of 3
[11] to 2 larger than 13.5 megahertz, right?
[12] **A:** I think it is without doing the math
[13] in my head.
[14] **Q:** I have a calculator on my computer.
[15] According to the calculator on my computer 13.5
[16] times 1.5 is 20.25.
[17] **A:** That's a relief. Okay.
[18] **Q:** So what this is describing is
[19] effectively reading the bits which were sampled at
[20] 13.5 megahertz out of wherever they were stored at
[21] a clock rate that is a factor of 3 to 2 larger
[22] than the sampling rate. Is that right?
[23] **A:** I would say reading the samples out,
[24] the samples consist of bits.
[25] **Q:** So, in effect, what you have is

Page 181

**Hemami**

[1]
[2] samples going into some form of a buffer or
[3] storage at the rate of 13.5 megahertz and then at
[4] some later point, coming out of that buffer at a
[5] rate of 20.25 megahertz?
[6] **A:** Yes.
[7] **Q:** Which is 150 percent faster?
[8] **A:** Yes.
[9] **Q:** And that's what you're describing as
[10] the meaning of "time compression" in the digital
[11] sense which is item number 4 in your list here,
[12] correct?
[13] **A:** I've lost my list. What page are we
[14] on again?
[15] **Q:** 42 and 43.
[16] **A:** Yes.
[17] **MR. BROWN:** Let's mark as
[18] Exhibit 84 a portion of a book called
[19] "Data Communication Principles" that
[20] bears production numbers APBU 414882
[21] through 414945.
[22]    (Document bearing Bates Nos.
[23] APBU00414882 through 945 was marked as
[24] Deposition Exhibit No. 84 for
[25] identification, as of this date.)

Page 182

**Hemami**

[1]
[2] **Q:** Exhibit 84 is what you referred to
[3] in your expert report on page 43 as, "The Gitlin
[4] Reference Cited by Apple." Is that right?
[5] **A:** Yes.
[6] **Q:** And if you look at page 609 of
[7] Exhibit 84 —
[8] **A:** Yes.
[9] **Q:** — and on page 609, there's a figure
[10] and a paragraph describing time compression
[11] multiplexing, correct?
[12] **A:** Yes.
[13] **Q:** And that figure and description use
[14] the same, use "time compression" in the same sense
[15] that we were just discussing and that you've
[16] described as item number 4 in your expert report,
[17] namely increasing the digital signalling rate to
[18] reduce the transmission time, correct?
[19] **A:** Yes. I think the figure, it has
[20] very nice pictures on it of the actual binary
[21] signal getting squashed in time, shall we say.
[22] **Q:** Are you referring to the top line,
[23] so to speak —
[24] **A:** Yes.
[25] **Q:** — of the figure?

Page 183

**Hemami**

[1]
[2] **A:** Yes. The top most, top left and
[3] then immediately to the right of that, the two
[4] graphics depicting, probably what we would call
[5] transitions between the two states twice.
[6] **Q:** And I think you just described that
[7] as a digital signal being squished in time. Is
[8] that correct?
[9] **A:** That would be the very, very "person
[10] on the bus" description level of what's going on.
[11] **Q:** Okay. And that is the sense in
[12] which you're, which you've defined as number 4 on
[13] your list here. Is that right?
[14] **A:** Yes. I mean, these pictures suggest
[15] an implicit time dimension and because the
[16] horizontal access is shorter then we have reduced
[17] the time duration for the same number of
[18] transitions.
[19] **Q:** The, Exhibit 84 is titled, "Data
[20] Communications Principles," correct?
[21] **A:** The book that the chapter came from,
[22] yes.
[23] **Q:** Good catch.
[24] And the chapter specifically, this
[25] is a chapter on echo cancellation, right?

Page 184

**Hemami**

[1]

[2]   **A:** Yes.

[3]   **Q:** But within this "Data Communications

[4] Principles" book is a description of time

[5] compression in the sense that you've described it

[6] as number 4 on your list, correct?

[7]   **A:** Yes.

[8]   **Q:** And this book is in the area of

[9] communication of data generally, right?

[10]   **A:** I, I haven't actually seen the book.

[11] I've only seen this, this chapter so —

[12]   **Q:** Fair enough.

[13] Going to Exhibit 83 —

[14]   **A:** Sorry. Okay.

[15]   **Q:** — which is the satellite article we

[16] were describing earlier that you've reviewed in

[17] its entirety, correct?

[18]   **A:** I have.

[19]   **Q:** And this describes the transmission,

[20] or I should say communication of video, correct?

[21]   **A:** It does, yes.

[22]   **Q:** And specifically the digital

[23] communication of video, correct?

[24]   **A:** I believe so, yes.

[25]   **Q:** So at least Exhibit 83 is an example

Page 185

**Hemami**

[1]

[2] of the use of the term "time compression" in the

[3] same field as the Burst patents, correct?

[4]   **A:** With respect to the fact that

[5] digital, digital audio/video information is being

[6] transmitted, yes.

[7]     Now, here, of course, we don't have

[8] any compression, data compression.

[9]   **Q:** There's time compression in

[10] Exhibit 83 but not data compression. Is that your

[11] testimony?

[12]   **A:** Yes.

[13] Sorry. Let me — there's no data

[14] compression in Exhibit 83. There is time

[15] compression in the sense of my definition 4,

[16] reducing the, increasing the digital signalling

[17] rate.

[18]   **Q:** And the four definitions that you

[19] provided in your report are all definitions of

[20] time compression that were known in 1988, correct?

[21]   **A:** That is my understanding. Now, I

[22] believe that — yes, yes. That's correct. That's

[23] correct.

[24]   **Q:** And numbers 2 and 3 are in the area

[25] of speech processing and not the area of the Burst

Page 186

**Hemami**

[1]

[2] patents, correct?

[3]   **A:** That is right.

[4]   **Q:** And definition number 1 you believe

[5] to be inapplicable because it refers to analog

[6] signals as opposed to digital signals. Is that

[7] right?

[8]   **A:** It refers to the explicit time

[9] compression and signalling of analog signals, yes.

[10]   **Q:** And that's the reason you believe

[11] that definition is not applicable to the Burst

[12] patents, is that right?

[13]   **A:** That is correct.

[14]   **Q:** When a digital signal is

[15] transmitted, let's take the example of a satellite

[16] microwave transmission, it is converted into an

[17] analog waveform, correct?

[18]   **A:** Yes.

[19]   **Q:** For microwave transmission is the

[20] modulation of the waveform amplitude modulation or

[21] frequency modulation?

[22]   **A:** I do not know.

[23]   **Q:** Do you know whether increasing the

[24] digital signalling rate of a digital transmission

[25] would have the effect of increasing, by the same

Page 187

**Hemami**

[1]

[2] factor, the frequency of the analog waveform

[3] carrying the digital signal?

[4]   **A:** Carrier frequencies are fixed.

[5]   **Q:** Fair enough. Do you know whether

[6] increasing the digital signalling rate of a

[7] digital signal by a factor of, say, 5 would have

[8] the effect of increasing the frequency of the

[9] modulation on the analog carrier wave by the same

[10] amount?

[11]   **A:** That depends on how the guts of the

[12] microwave transceiver, how the microwave

[13] transceiver itself is designed.

[14]     If you have a transceiver with a big

[15] knob on it and you can say, "Input data rate is

[16] this," then presumably — although I think we all

[17] have experiences of equipment and software where

[18] we choose an option and nothing happens — one

[19] would presume that if such a knob was on our

[20] hypothetical transceiver or transmitter, we would

[21] be able to dial up that our input data rate was

[22] something and that the system would be able to

[23] handle, through whatever choice of modulation,

[24] such a increase in data rate but I don't, I don't,

[25] you know, that's a — that's a question that is

Page 188

**Hemami**

[1]
[2] difficult to answer in the abstract, you know.
[3] There is a specific unit.
[4]     It has, they have picked some or
[5] maybe multiple signalling techniques. Obviously
[6] what's in the sky, you can't easily reconfigure a
[7] satellite once it's up there. It's going to have,
[8] you know, some, some things you just can't do with
[9] it so I don't know.
[10]     THE VIDEOGRAPHER: Counsel,
[11] you have 8 minutes.
[12]     MR. BROWN: Okay.
[13]     Q: You've listed four meanings of
[14] "time compression" that were known in 1988.
[15]     Are you aware of any others?
[16]     A: Yes.
[17]     Q: Are you aware of any others in the
[18] area of communication of audio/video information?
[19]     A: Now, are you — sorry. I think I
[20] need to ask you to repeat your question. If
[21] you're referring to references or what — can you
[22] just repeat the question?
[23]     Q: Sure. I don't mean to limit my
[24] question to references. I mean the question I
[25] want to ask you about is whether you're aware of

Page 189

**Hemami**

[1]
[2] any meanings that were ascribed to the phrase
[3] "time compression" in 1988 other than the ones
[4] that you've listed in your expert report?
[5]     A: Yes. Time compression was also used
[6] with respect to radar.
[7]     Q: Okay. And how was it used in the
[8] context of radar?
[9]     A: So and I'm going to give sort of a
[10] bus type description here because I'm not a radar
[11] expert but radar operates by essentially sending
[12] out a very narrow pulse and then waiting and
[13] receiving the reflection of the pulses and thereby
[14] measuring, between propagation delay and various
[15] other effects, how far away an object is. And,
[16] you know, one can also image an object.
[17]     If you just imagine how this
[18] operation, one would like those pulses that one is
[19] transmitting, that one is sort of flooding the air
[20] with to be skinny because the narrower the pulses
[21] are, the better we can limit the relative distance
[22] of the object it has bounced off of when we
[23] receive the pulse back, okay?
[24]     So obviously if something is flying
[25] towards you, you would like to know to relatively

Page 190

**Hemami**

[1]
[2] good precision how far away it is and how fast it
[3] is moving.
[4]     Narrower pulses provide better
[5] resolution with respect to time. So in radar, the
[6] term "time compression" is used to actually shape
[7] those pulses and "shaping" there means let's give
[8] them very efficient time frequency products.
[9]     Q: You'd agree that radar is outside
[10] the field of the Burst patents, correct?
[11]     A: I would definitely agree with that
[12] statement, yes.
[13]     Q: Okay. Are you — and we've already
[14] established that numbers 2 and 3 are outside the
[15] field of the Burst patents?
[16]     A: Yes.
[17]     Q: Are you aware of any definitions
[18] that you haven't, definitions of the term "time
[19] compression" that would have been known in 1988
[20] that fall within the field of the Burst patents
[21] that you haven't listed here?
[22]     A: I am not aware of any that I haven't
[23] listed. I attempted to be thorough in finding the
[24] uses because, as I state, it's not a term, it's a
[25] term that didn't have a single accepted use or

Page 191

**Hemami**

[1]
[2] meaning and I wanted to make sure that I cast a
[3] broad net and that I didn't miss anything. Now,
[4] obviously here I missed the radar definition.
[5]     Q: So definitions 1 and 4 that you've
[6] listed here are the only definitions of "time
[7] compression" that you are aware of that fall
[8] within the field of the communication of
[9] audio/video information. Is that right?
[10]     A: Some of the references in items 1
[11] and 4.
[12]     MR. PAYNE: Objection. Form.
[13]     Q: You'd agree that the term "time
[14] compression" is used in the sense you've described
[15] as 1 and 4 in your expert report in the field of
[16] communication of audio or video information?
[17]     A: Yes.
[18]     Q: And that was known by a person of
[19] ordinary skill in the art in 1988?
[20]     A: What was known?
[21]     Q: That those two meanings as you've
[22] described them were used in that field?
[23]     A: I don't know that one of ordinary
[24] skill would know that.
[25]     Q: Okay.

Page 192

**Hemami**

[1]
[2]  **A:** I do not, I don't think I believe
[3]  that one of ordinary skill would necessarily know
[4]  the use of time compression in these contexts for
[5]  audio/video source information.
[6]  **Q:** So you think someone of ordinary
[7]  skill in the art would not know those meanings or
[8]  you're not sure one way or the other?
[9]  **A:** I, I think that it would depend on
[10]  where the ordinary skill came from to some extent.
[11]  I think we discussed earlier that there were, we
[12]  could have somebody without an electrical
[13]  engineering degree who was a techy person who, you
[14]  know, worked in the context of broadcasting or
[15]  something that, that might follow these.
[16]      Now, let me say that, you know, the
[17]  Haskell, the Haskell patent, there is a very, very
[18]  similar paper, that IEEE technical paper in
[19]  content to the Haskell patent. I don't know to
[20]  what extent that was, that was done.
[21]  **Q:** This much I think is fairly simple.
[22]  Exhibit 80, which is The Modern Dictionary of
[23]  Electronics —
[24]  **A:** The burst transmission.
[25]  **Q:** Correct. That contains a definition

Page 193

**Hemami**

[1]
[2]  of "burst transmission" that corresponds to your
[3]  definition 1, correct?
[4]  **A:** Yes. Yes.
[5]  **THE VIDEOGRAPHER:** Counselor,
[6]  you have two minutes.
[7]  **Q:** And the edition that contains, that
[8]  was published in 1984 as it says on the second
[9]  page of Exhibit 80, correct?
[10]  **A:** Yes.
[11]  **Q:** So at least that definition you'd
[12]  agree would be known to a person of ordinary skill
[13]  in the art in 1988, correct?
[14]  **A:** I don't know very many people who
[15]  read the dictionary and when I read — I mean I
[16]  think I'm a pretty educated person and when I pick
[17]  up a technical dictionary, I always find terms
[18]  that I don't know, some of which are amusing and
[19]  some of which are just there. So —
[20]  **Q:** Well, I guess let me ask you
[21]  directly, then.
[22]      Do you agree that definition number
[23]  1 which appears in the Modern Dictionary of
[24]  Electronics would have been known to a person of
[25]  ordinary skill in the art, as you've defined it,

Page 194

**Hemami**

[1]
[2]  in 1988?
[3]  **A:** I think some people would and some
[4]  people wouldn't. If I have to make a blanket
[5]  statement then, then I guess the answer has to be
[6]  "no" because we need to take into account the
[7]  people that wouldn't.
[8]  **Q:** And what about 4?
[9]  Would some people know that
[10]  definition and some people not know that
[11]  definition?
[12]  **A:** Well, certainly based on the fact
[13]  that that definition appears in even textbooks at
[14]  the time involving digital communication with
[15]  respect to full duplex transmission, both the
[16]  chapter that you gave me and the Lee and
[17]  Messerschmitt text, which I have, describe time
[18]  compression in the context of full duplex sharing
[19]  of a channel so that two people can talk at the
[20]  same time.
[21]      I think that it is more likely that
[22]  people would understand that interpretation of
[23]  time compression, item 4 as opposed to item 1.
[24]  **THE VIDEOGRAPHER:** Excuse me,
[25]  Counsel. I need to change the tape.

Page 195

**Hemami**

[1]
[2]  **MR. BROWN:** Let's do it.
[3]  **THE VIDEOGRAPHER:** The time is
[4]  now 2:24. This marks the ending of
[5]  tape number three. Off the record.
[6]      (Recess taken)
[7]  **THE VIDEOGRAPHER:** The time is
[8]  now 2:32. This marks the beginning of
[9]  tape number four. On the record.
[10]      **BY MR. BROWN:**
[11]  **Q:** Going back to the list on page 42
[12]  and 43, number 1, you're meaning number 1 for time
[13]  compression. Do you see that?
[14]  **A:** Yes.
[15]  **Q:** Is that data compression?
[16]  **A:** "Reducing the duration of an analog
[17]  signal relative to its original duration," no,
[18]  there's no data compression there.
[19]  **Q:** Number 4. Is that data compression?
[20]  **A:** Increasing the digital signalling
[21]  rate is not data compression.
[22]  **Q:** Your reference 14, which is
[23]  Exhibit 82?
[24]  **A:** Yes.
[25]  **Q:** I believe that this reference has

Page 196

**Hemami**

[1]
[2] not been cited by either Burst or Apple. Is that
[3] true to the best of your knowledge?
[4] **A:** To the best of my knowledge, yes.
[5] **Q:** Did you find this reference on your
[6] own?
[7] **A:** I did.
[8] **Q:** The Haskell reference is cited prior
[9] art to the Burst patents, correct?
[10] **A:** Yes.
[11] **Q:** You state here that the graph
[12] reference was cited by Apple?
[13] **A:** Yes.
[14] **Q:** Is that how you found the graph
[15] reference?
[16] **A:** Well, I actually own that book so
[17] when I saw the text on the, the chart, I went
[18] upstairs and pulled it off my shelf.
[19] **Q:** When do, did you acquire that book,
[20] if you remember?
[21] **A:** During the DirecTV case.
[22] **Q:** Oh. That's the Pegasus/DirecTV case
[23] we discussed earlier today, correct?
[24] **A:** Yes, so most likely in 2001.
[25] **Q:** Turning to number 4, reference

Page 197

**Hemami**

[1]
[2] number 1 there is a text that you owned
[3] independently of this case, correct?
[4] **A:** Reference 1 is —
[5] **Q:** The Lee book —
[6] **A:** Lee and Messerschmitt, yes, that's
[7] correct.
[8] **Q:** — which I believe you said you
[9] acquired as a student?
[10] **A:** Yes.
[11] **Q:** So that's a reference you had
[12] independent of this case?
[13] **A:** Yes.
[14] **Q:** 17, which is Exhibit 83, the
[15] Gardiner article?
[16] **A:** Yes.
[17] **Q:** That one I also believe was not
[18] cited by the parties to this case.
[19]    Is this a reference that you found
[20] on your own?
[21] **A:** Yes, it is.
[22] **Q:** And then the Gitlin reference, the
[23] chapter of which is marked as 84, I believe that's
[24] a book that you do not own. Is that correct?
[25] **A:** That is correct.

Page 198

**Hemami**

[1]
[2] **Q:** And you came upon that reference
[3] because it was cited by Apple in this case?
[4] **A:** Yes.
[5] **Q:** Did you do some sort of search in
[6] order to find Exhibits 83 and 82?
[7] **A:** Yes.
[8] **Q:** And can you just generally describe
[9] the search that you did?
[10] **A:** I used the IEEE's online database
[11] called IEEE Explore and I searched on variations
[12] of "time compression."
[13] **Q:** So for example, "time compress"
[14] would be included?
[15] **A:** Yes, I don't remember because, you
[16] know, one has to be a little bit flexible when
[17] searching databases. I don't know which ones
[18] actually worked —
[19] **Q:** Fair enough.
[20] **A:** — but appropriate variations that
[21] somebody would think of when doing such a search.
[22] **Q:** I'm just going to mark a series of
[23] other references which I will, I'll represent to
[24] you are references that were cited in
[25] Mr. Halpern's expert report and let's start with

Page 199

**Hemami**

[1]
[2] the Arnon patent, 4,467,473 which is 85.
[3]    (Document bearing Bates Nos.
[4] APBU00000807 through 813 was marked as
[5] Deposition Exhibit No. 85 for
[6] identification, as of this date.)
[7] **Q:** Have you reviewed Exhibit 85 prior
[8] to today?
[9] **A:** Yes, I have.
[10] **MR. BROWN:** I'm going to mark
[11] as Exhibit 86 a copy of the Roberts
[12] patent, 2,987,614.
[13]    (Document bearing Bates Nos.
[14] APBU00000726 through 730 was marked as
[15] Deposition Exhibit No. 86 for
[16] identification, as of this date.)
[17] **Q:** Have you reviewed Exhibit 86, the
[18] Roberts patent, prior to today?
[19] **A:** Yes, I have.
[20] **Q:** Had you reviewed Exhibit 86 prior to
[21] preparing your expert report?
[22] **A:** No.
[23] **Q:** Had you reviewed Exhibit 85 prior to
[24] preparing your expert report?
[25] **A:** I don't remember.

*Hemami*

[1]

[2]    **Q:** Are you aware that Exhibit 86 is

[3] cited prior art to the Burst patent?

[4]    **A:** Yes.

[5]    **Q:** Are you aware that Exhibit 85 is

[6] cited prior part to the Burst patent?

[7]    **A:** Yes.

[8]    **MR. BROWN:** I'm going to mark

[9] as Exhibit 87 a copy of the Abraham

[10] patent, 4,521,806.

[11]    (Document bearing Bates Nos.

[12] APBU00001613 through 1628 was marked

[13] as Deposition Exhibit No. 87 for

[14] identification, as of this date.)

[15]    **Q:** Have you reviewed Exhibit 87 prior

[16] to today?

[17]    **A:** Yes, I have.

[18]    **Q:** Had you reviewed Exhibit 87 prior to

[19] preparing your expert report?

[20]    **A:** I do not remember.

[21]    **Q:** Are you aware that Exhibit 87 is

[22] cited prior art to the Burst patents?

[23]    **A:** Yes.

[24]    **Q:** If you look at Exhibit 87, in the

[25] "Summary of the Invention" section in column 1, at

*Hemami*

[1]

[2] line, I would say roughly 40 through 50, it refers

[3] to signals that are time compressed for broadcast

[4] through a leased cable communication path. Do you

[5] see that?

[6]    **A:** Yes.

[7]    **Q:** Does the Abraham patent, Exhibit 87,

[8] use time compressed in the sense of either 1 or 4

[9] in your expert report on pages 42 and 43?

[10]    **A:** Okay. I would like to take just a

[11] minute to remind myself of what this is.

[12]    **Q:** Sure. Take — for this question and

[13] any other question, take whatever time you need to

[14] read whatever you need to read.

[15]    It may help, and I don't promise

[16] anything, but it may help to refer to column 3 at

[17] lines 42 through about 64.

[18]    (Pause)

[19]    **Q:** You might also, I don't mean to

[20] interrupt, but look at column 4, lines 25 through

[21] about 33.

[22]    **A:** Okay.

[23]    **MR. PAYNE:** What was that

[24] again, please?

[25]    **MR. BROWN:** Four, 25 through

*Hemami*

[1]

[2] 33.

[3]    (Pause)

[4]    **A:** Sorry. Now, you mentioned 25 to 33,

[5] yes?

[6]    **Q:** The reason I thought that might be

[7] helpful is because it says that, "The message

[8] signal sources are digitized and compressed

[9] time-wise for transmission," through line 94,

[10] "during time compressed transmission periods of

[11] relatively short duration as compared to real-time

[12] duration."

[13]    **A:** Okay. So why don't I say at this

[14] point, I think I recall this and I may reserve the

[15] right to go back and read some notes.

[16]    **Q:** Okay. But the question that I

[17] intended to ask you about this is whether the

[18] Abraham patent, Exhibit 87, uses "time

[19] compression" in the sense of either 1 or 4 and

[20] certainly my view is that it uses it in sense

[21] number 4 as you've defined it on page 43 of your

[22] report but I'm asking your opinion.

[23]    **A:** Yes. In this patent, audio-visual

[24] information is digitized and then time compressed

[25] in the manner or in the definition of number 4,

*Hemami*

[1]

[2] sort of similar to the Gardiner reference, simply

[3] clocking things out faster for this particular,

[4] just from the sheer standpoint of clocking things,

[5] yes. That's item 4.

[6]    **Q:** So do you agree that Exhibit 87,

[7] which is described transmitting audio/video signal

[8] sources over television networks uses the phrase

[9] "time compression" as you've described it in

[10] Exhibit 4?

[11]    **MR. PAYNE:** Objection —

[12]    **Q:** Let me break that into two pieces.

[13] Do you agree that the Exhibit 87,

[14] the Abraham patent, describes transmitting

[15] audio/video signals over television channels?

[16]    **A:** Is it television channels?

[17]    **Q:** It's certainly what it seems to me

[18] to be saying. You can read the background

[19] section.

[20]    **A:** Oh, cable path. So it seems that

[21] they're using the cable to transmit the

[22] information. So I would say yes, they are

[23] transmitting audio-visual information over that

[24] cable path.

[25]    **Q:** And that's a television cable path,

Page 204

*Hemami*

[1] correct?

[2]     **A:** Leased cable communication path.

[3]     **Q:** Okay. It's not, it's not terribly

[4] important.

[5]      You agree that Abraham discloses the

[6] transmission of audio/video source information,

[7] correct?

[8]     **A:** Yes.

[9]     **Q:** And you agree that in the Abraham

[10] reference, the term "time compression" is used in

[11] the sense that you've defined it as number 4 in

[12] your expert report on page 43?

[13]     **A:** With respect to the fact that the

[14] Abraham patent is transmitting bits, those bits

[15] are clocked out at a faster rate.

[16]     **Q:** Which is time compression in the

[17] sense you've defined it in, as number 4?

[18]     **A:** Well, I wouldn't say I've defined it

[19] in number 4. I've given number 4 as one of the

[20] uses in which it appeared in the 1988 time frame.

[21]     **Q:** And Exhibit 87 is another example of

[22] that, correct?

[23]     **MR. PAYNE:** Objection. Form.

[24]     **A:** I don't know if I would say it's an

Page 205

*Hemami*

[1] example. I would say they employed that, so to

[2] the, to the extent that an example employs

[3] something.

[4]     **Q:** Okay. Let's look at Exhibit 85. So

[5] Exhibit 85 is titled, "Time Compression Multiplex

[6] Digital Transmission System." Do you see that?

[7]     **A:** Yes.

[8]     **Q:** And it's talking about a two-wire

[9] telephone loop in the abstract. Do you see that?

[10]     **A:** Yes.

[11]     **Q:** If you flip to column 1 of the

[12] patent —

[13]     **A:** Okay.

[14]     **Q:** — it describes TCM systems at line

[15] 32, do you see that, which it earlier defined as

[16] "time compression multiplex"?

[17]     **A:** Yes.

[18]     **Q:** And it says that typically in such

[19] systems, the digital information signal to be

[20] transmitted, it's divided into discrete portions

[21] and each portion compressed with respect to time

[22] to form a so-called "burst" occupying less than

[23] one-half the time of the original portion.

[24]     Do you see that?

Page 206

*Hemami*

[1]     **A:** Yes.

[2]     **Q:** That is, again, using the phrase

[3] "time compressed." Actually, here it's compressed

[4] with respect to time, not actually time compressed

[5] in the sense which you've set forth as number 4 on

[6] page 33 of your expert report, correct?

[7]     **A:** So here I think I would clarify that

[8] that in particular, item 4 points out that the

[9] origin or the meaning of the signal is irrelevant.

[10] It's simply viewed as a sequence of 1's and zeros

[11] and in this sentence, you know, to the extent that

[12] it's simply a digital information signal, there

[13] are no attributes ascribed to it, that is a nice

[14] correspondence.

[15]     I would also like to specify,

[16] though, that in — this sentence is describing

[17] "time compression multiplexing," okay? And the

[18] description that I've given in 4 involves simply

[19] just increasing the digital signal. It's a sub,

[20] sub-step, shall we say.

[21]     **Q:** It's true that the use of "time

[22] compression" that you've described as number 4 is

[23] a technique that is used as part of time

[24] compression multiplexing, correct?

Page 207

*Hemami*

[1]     **A:** Yes.

[2]     **Q:** And Exhibit 85, the Arnon patent,

[3] uses the phrase "compressed with respect to time"

[4] to refer to that technique which you've set forth

[5] at number 4 of your expert report on page 43?

[6]     **A:** Right, increasing the signalling

[7] rate.

[8]     **Q:** Okay. I have previously marked as

[9] Exhibits 101, 102, 103 and 104, the file histories

[10] to the Burst patents. I'm going to hand them to

[11] you. It's a thick stack. We won't go through it

[12] all.

[13]     What I would like you to, to turn to

[14] is Exhibit 101 which is the '995 file history.

[15] And before we get into the file history, have you

[16] reviewed the Burst patents to determine whether

[17] the phrase "time compressed," "time compression"

[18] or variants of that phrase appear anywhere in the

[19] patents other than the claims?

[20]     **A:** Yes.

[21]     **Q:** And what did you find?

[22]     **A:** In the patents themselves, I don't

[23] see "time compression" or "time compressed" in the

[24] specifications themselves. Obviously, we see that

**Hemami**

[1]
[2] term shows up in the claims.
[3]    **Q:** Hang on just a second. It turns out
[4] my copy of the file history is in my other bag.
[5]    Did you review the originally filed
[6] claims of the '995 patent?
[7]    **A:** Yes. In the context of trying to
[8] understand the patents, I reviewed the application
[9] and the evolution thereof.
[10]    **Q:** Okay. So you understand that the
[11] initial application, the first application that
[12] Richard Lang filed is the application that's
[13] behind tab 1 of the '995 File History, correct?
[14]    **A:** If you say so. I mean, I don't
[15] remember if that's what it is.
[16]    **Q:** Okay. Well, I will represent that
[17] that is true. You can see behind tab 1 of the
[18] '995 file history, there's a mail room stamp in
[19] the top left corner. Do you see that?
[20]    **A:** I do.
[21]    **Q:** And it says, "December 27, 1988."
[22]    **A:** Yes.
[23]    **Q:** And if you go back to the '995
[24] patent, you can see that it has a file date of
[25] December 27, 1988. Do you see that?

**Hemami**

[1]
[2]    **A:** Yes. Yes.
[3]    **Q:** And if you go to another one of the
[4] patents, pick whichever one you want, you'll see
[5] that that's the earliest date on those patents.
[6]    **A:** Okay.
[7]    **Q:** So behind tab 1 there are page
[8] numbers on the bottom of the page. If you go to
[9] page 21 — are you there?
[10]    **A:** Yes.
[11]    **Q:** And you'll see that those, page 21
[12] contains the first claim of this patent
[13] application. Do you see that?
[14]    **A:** I do.
[15]    **Q:** Then the claims go on after that?
[16]    **A:** Yes.
[17]    **Q:** Have you reviewed the claims in this
[18] original application to determine whether the
[19] phrase "time compressed" or "time compression"
[20] appears in the claims?
[21]    **A:** I do not know the answer to that
[22] specific question. I did read these as part of
[23] reviewing the application. What question I had in
[24] my mind at the times I specifically went through
[25] this one, I do not remember.

**Hemami**

[1]
[2]    **Q:** Okay. Why don't you read claim 1 to
[3] yourself and let me know when you're finished.
[4]    (Pause)
[5]    **A:** Okay.
[6]    **Q:** Claim 1 describes increasing the
[7] digital signalling rate as you've set that forth
[8] in — let me take a step back.
[9]    Do you see the last part of claim 1
[10] just says "transmitting said first digital signals
[11] to said output port at a speed greater than the
[12] speed of the analog video signals received by the
[13] first means"? Do you see that?
[14]    **A:** I do.
[15]    **Q:** Do you agree that claim 1 describes
[16] "time compression" in the sense that you've
[17] defined it in number 4 of your expert report on
[18] page 43?
[19]    **A:** I, I'm not sure what a "speed of
[20] analog video signal is." So as a reviewer, I
[21] would say this is written in such a manner that
[22] it's difficult for me to understand what he's
[23] intending there.
[24]    **Q:** Right. So he's comparing the speed
[25] of the digital data signals to the speed of the

**Hemami**

[1]
[2] analog video signals, right?
[3]    **A:** I don't know what a "speed of a
[4] digital data signal" is and I don't know what a
[5] "speed of an analog video signal" is.
[6]    **Q:** Is the digital signalling rate that
[7] you've used in number 4 on page 43 of your expert
[8] report the speed of a digital data signal?
[9]    **A:** That is not a term that, that we
[10] would use.
[11]    **Q:** "Speed" is not a term you would use?
[12]    **A:** No.
[13]    **Q:** Do you mean by your answer that it
[14] is true that "speed" is a term you would not use?
[15]    **A:** "Speed" is a term that I would not
[16] use to describe either digital or analog — well,
[17] let me think. How would we use "speed"?
[18]    I guess people — do people say,
[19] "What speed is your modem?" Perhaps they do.
[20] Certainly in any technical discussion I wouldn't
[21] use that word. Maybe that's a good way to put it.
[22]    If somebody walked up to me on the
[23] street with a modem and asked me, you know, what
[24] speed it was, I think I can probably give them an
[25] answer based on the box.

Page 212

**Hemami**

[1]
[2] Now, having said that, speed of an
[3] analog video signal, speed is a rate, right,
[4] whether it's feet per minute or —
[5] Q: Right.
[6] A: — something per minute.
[7] Q: And you've said in paragraph 4 that
[8] you're increasing the digital signalling rate
[9] which seems to me to be the same thing as
[10] increasing the speed of a digital data signal.
[11] A: In an unpleasantly worded manner,
[12] yes, I would say that but now, "greater than the
[13] speed of the analog video signal," it's unclear to
[14] me there what speed of a video analog signal is
[15] purely from reading the claim.
[16] Q: If you look at claim 4 of the
[17] patent, I'm sorry, of the patent, of the
[18] application. Do you see that?
[19] A: Yes.
[20] Q: It refers to "a first means which
[21] sequentially compresses said first digital data
[22] signal into a second data signal."
[23] Do you see that?
[24] A: Yes.
[25] Q: You understand from that claim

Page 213

**Hemami**

[1]
[2] language that the second digital data signal is
[3] different from the first digital data signal?
[4] A: Yes.
[5] Q: Do you understand that to be
[6] referring to "data compression" in the sense that
[7] you've defined it?
[8] A: I guess — my understanding in
[9] reading the claims in a patent are that they must
[10] be interpreted in light of the specification.
[11] Q: Right.
[12] A: I am, I guess, applying the same
[13] idea here in that, if memory serves me
[14] correctly — and maybe I should check this.
[15] Yes, he's got the discussion of data
[16] compression in the initial application. So having
[17] read the specification associated with the first
[18] set of claims, it would be clear that that
[19] "compresses" is the data compression operation.
[20] Q: So you read claim 4 of the '995
[21] application in the context of the application to
[22] be referring to data compression, correct?
[23] A: I do and I would suggest that,
[24] because I would have read this thing sequentially
[25] starting at page 1 and ending at page 21, in spite

Page 214

**Hemami**

[1]
[2] of my unhappiness with the "speed of analog video
[3] signals" in claim 1, it would be, yes, that
[4] "compresses" to me clearly refers back to the data
[5] compression which was discussed in the
[6] specification.
[7] Q: And by that "compresses," you mean
[8] the word "compresses" in claim 4 of the '995
[9] application?
[10] A: Yes. Now, let me, let me, having
[11] said that, say that at this point, I am
[12] sequentially reading the claims and there may be a
[13] claim later that may cause me to think is that
[14] really what was meant there —
[15] Q: Sure.
[16] A: — and then go back and, you know, I
[17] would like to understand the whole thing as a
[18] whole when all is said and done.
[19] Q: But having read only claim 1 and
[20] claim 4 of the application, it's your opinion in
[21] light of what the application which you've
[22] previously read that the word "compresses" in
[23] claim 4 is referring to data, correct?
[24] A: I believe so.
[25] Q: And certainly in data compression in

Page 215

**Hemami**

[1]
[2] the sense that you've defined it, namely reducing
[3] the number of bits, when you data compress a data
[4] signal, the resulting signal is a different signal
[5] from the one you started with, correct?
[6] A: If we are just discussing purely at
[7] the bit level, if we did a bit-for-bit compare, we
[8] would have a different, a different signal.
[9] Q: Obviously it's intended to represent
[10] the same information, correct?
[11] A: I agree.
[12] Q: But the bits are different?
[13] A: Yes.
[14] Q: Let's talk about the use of the word
[15] "transmission" in the Burst patents. I want to
[16] take you to the '839 patent if you don't mind.
[17] A: Can I put this away?
[18] Q: For now, yes.
[19] If you look at the abstract of the
[20] '839 patent, do you have that?
[21] A: I do.
[22] Q: Do you see there that it refers to
[23] transferring programs onto a hard copy magnetic
[24] media and transmitting such programs to a remote
[25] location. Do you see that?

Page 216

**Hemami**

[1]
[2] A: Yes.
[3] Q: In the '839 patent, the hard copy
[4] magnetic media is identified as blocks 23,
[5] correct?
[6] A: Yes.
[7] Q: Okay. If it helps, I'll refer you
[8] to column 3, lines 51 through 58 — really 55.
[9] A: Yes.
[10] Q: So it refers there to, "storage
[11] media 23 is a magnetic tape." Do you see that?
[12] A: Yes.
[13] Q: And then it says, "Alternatively,
[14] AVRU11 may operate with other types of storage
[15] media including, but not limited to, other
[16] magnetic tape formats." Do you see that?
[17] A: I do.
[18] Q: That certainly is hard copy magnetic
[19] media, correct?
[20] A: Hard copy magnetic media as opposed
[21] to soft copy?
[22] Q: Let's go back to the abstract.
[23] If you look at the abstract, it's
[24] describing the capability of the improved video
[25] recorder transceiver, right?

Page 217

**Hemami**

[1]
[2] It says it has expanded
[3] functionality and then it refers to it as a
[4] VCR-ET, correct?
[5] A: Yes.
[6] Q: Now, I never tried to figure out
[7] what "VCR-ET" stands for, have you?
[8] A: I have.
[9] Q: In column 3 at line 42 it says that
[10] video, it refers to an "audio/video recorder
[11] editor/transceiver." Do you see that?
[12] A: Yes.
[13] Q: So is it your understanding that
[14] "VCR-ET" refers to a "video recorder
[15] editor/transceiver"?
[16] A: It was my understanding that the
[17] VCR-ET was whatever this invention was.
[18] Q: Okay. You'd agree with me, though,
[19] that video recorder editor transceiver has the
[20] initials VCR-ET?
[21] A: It does, it does. Somehow I always
[22] thought it was "enhanced transmission."
[23] Q: Okay. But you'll see here that it
[24] refers to the capabilities of the VCR-ET in the
[25] abstract.

Page 218

**Hemami**

[1]
[2] Let's go back to the abstract for a
[3] second. It talks about storing video, right?
[4] A: Yes.
[5] Q: It talks about editing such
[6] programs?
[7] A: Yes.
[8] Q: It talks about transferring such
[9] programs onto hard copy and magnetic media, right?
[10] A: Yes.
[11] Q: And then it refers to transmitting
[12] them to a remote location.
[13] A: Yes.
[14] Q: So at least in, in that context,
[15] would you agree that the hard copy magnetic media
[16] it's referring to is the box 23 in Figure 2 which
[17] is the, the VCR tape that we looked at earlier?
[18] A: The V — I would agree with that.
[19] The VCR tape is one example as given in column 3.
[20] Q: Okay. If you look at column 6, it's
[21] describing various types of memory at line 33. Do
[22] you see that? Or maybe it actually starts at —
[23] A: Starting with, "One type" or
[24] earlier?
[25] Q: I think it actually starts earlier

Page 219

**Hemami**

[1]
[2] at 28. Do you see that?
[3] A: Yes.
[4] Q: And then it describes, going down to
[5] about line 45, different memory technologies.
[6] A: Yes.
[7] Q: It gives various examples including
[8] optical disk memories, bubble memories and
[9] magnetic disks, correct?
[10] A: Yes.
[11] Q: And that is all in the context of
[12] describing what can be used in memory 13, correct?
[13] A: I agree.
[14] Q: And certainly the general, one
[15] general idea of the apparatus described in this
[16] patent is that it allows you to put a VCR tape
[17] into a VCR, copy it onto memory 13 and then copy
[18] it back onto a different VCR tape, correct?
[19] A: Yes.
[20] Q: So one of the things that the
[21] apparatus described in the Burst patents can
[22] accomplish is copying one VCR tape to another
[23] without using two VCRs or two decks?
[24] MR. PAYNE: Objection. Form.
[25] Q: Correct?

Page 220

*Hemami*

[2] **A:** I agree.

[3] **Q:** Okay. In your opinion, are

[4] examples, other than magnetic tape, given for

[5] storage media 23?

[6] **A:** I, I believe that they are.

[7] **Q:** Are you referring, for example, to

[8] the CD-ROM that's referred to on column 3, line

[9] 60?

[10] **A:** Well, in fact, I think, I believe —

[11] here we go. Column 3, line 60 suggests that an

[12] alternate form for storage media is CD-ROM and

[13] then goes on to, of course, mention that you

[14] couldn't store or write on the CD-ROM.

[15] Now, then we further go on to column

[16] 4 and it says that, "The VCR-ET can use optical

[17] disks as media 23," and then discusses two types

[18] of optical disks.

[19] **Q:** So media 23 can be optical disks or

[20] magnetic tape, right?

[21] **A:** I don't know that it would be

[22] limited to those but certainly those are the

[23] examples that are given in columns 3 and 4.

[24] **Q:** Now, in the embodiment that's shown

[25] in Figure 2, the drive that holds either the

Page 221

*Hemami*

[2] magnetic tape or the optical disk is shown as part

[3] of the transceiver apparatus, correct?

[4] **A:** Yes.

[5] **Q:** If you look at the embodiment shown

[6] in Figure 3, in that embodiment, item 23 is shown

[7] as part of a separate device, which I believe is

[8] described as a conventional VCR in the

[9] specification, correct?

[10] **A:** I, I would just like to check.

[11] **Q:** Sure.

[12] **A:** I believe that what you said about

[13] conventional VCR that is accurate.

[14] **Q:** The description in Figure 3 starts

[15] at column 11, line 9.

[16] **A:** So, yes. We see that in this

[17] embodiment, it is suggested to be a conventional,

[18] commercially available VCR.

[19] **Q:** And it says specifically that the

[20] AVRU11 is not integral with the VCU12, 13 or 14.

[21] Do you see that?

[22] **A:** Yes.

[23] **Q:** And so that's a separate box that's

[24] shown at the top of Figure 3?

[25] **A:** Yes.

Page 222

*Hemami*

[2] **Q:** And it's a — now, in the context of

[3] that embodiment, if you see at line 31, it talks

[4] about transmitting —

[5] **A:** Sorry. We're still on column 11?

[6] **Q:** I'm sorry. Yes. Column 11, line

[7] 31. The specification refers to transmitting by

[8] the fiber optic port to another VCR-ET, correct?

[9] **A:** Yes.

[10] **Q:** And if you go down to line 66 — I'm

[11] sorry. I'm looking at the wrong column. My

[12] apologies. Let's go to column 9 at line 66.

[13] There it refers to downloading the

[14] stored program from memory 13 onto recording media

[15] 23, correct?

[16] **A:** Yes.

[17] **Q:** And then in the next sentence, it

[18] talks about reloading the program for media 23

[19] into memory at a future time, right?

[20] **A:** Yes.

[21] **Q:** And then later on, it talks about,

[22] at line 6 of column 10, it refers to the hard copy

[23] in compressed digital format. Do you see that?

[24] **A:** Yes.

[25] **Q:** And that is referring back to the

Page 223

*Hemami*

[2] copy on media 23, right?

[3] **A:** Yes.

[4] **Q:** And it says there that that hard

[5] copy could later be transmitted by an appropriate

[6] independent transmitter. Do you see that?

[7] **A:** Yes.

[8] **Q:** So would you agree that at least in

[9] that, those paragraphs that we have discussed, the

[10] patent uses "transmission" in a sense different

[11] from, for example, "downloading"?

[12] **MR. PAYNE:** Objection to form.

[13] **A:** Okay. So, sorry. We went through

[14] several things. First, we talked about — can you

[15] clarify your question?

[16] **Q:** Sure, absolutely.

[17] It seems to me that the patent

[18] refers, uses the word "transmitting" to refer to

[19] sending something to a remote location, as it says

[20] in the abstract, and uses other language such as

[21] "transfer" or "download" to refer to moving

[22] information onto, for example, media 23.

[23] Is that consistent with your

[24] reading?

[25] **A:** No. I would disagree with that

Page 224

**Hemami**

[1]
[2] characterization because I recall at least another
[3] instance where the word "transmit" is used in the
[4] specification but when we read what's going on, it
[5] is a transfer between units within the VCR-ET.
[6]     So I do not believe that the
[7] specifications have a consistent use of
[8] delineation between "transfer" and "transmit."
[9]     **Q:** Okay. So you agree that it is true
[10] that at least some of the time the patent refers
[11] to "transmit" in the sense of send to a remote
[12] location, correct, for example, in the abstract?
[13]     **A:** Those words appear in the abstract,
[14] "remote location using a second VCR-ET."
[15]     **Q:** And you'll agree that the patent at
[16] least some of the time uses the word "transfer" or
[17] "download" to talk about moving something onto
[18] media 23 which is a local drive, correct?
[19]     **MR. PAYNE:** Objection to form.
[20]     **A:** The only section I would say that
[21] that definitely occurs is exactly in this
[22] paragraph you point out.
[23]     I didn't — if I may borrow an
[24] answer from Mr. Halpern, I didn't go through the
[25] patents with the idea in mind of tabulating

Page 225

**Hemami**

[1]
[2] "download," "transfer," "transmit" and trying to
[3] draw some conclusions about whether those words
[4] were used in a rigid manner or in a more perhaps
[5] colloquial manner.
[6]     **Q:** Fair enough. You'd agree, though,
[7] that in the context of Figure 3, the conventional
[8] VCR I believe is labeled 11 at the top of the
[9] picture, is not remote from the VCR-ET that is
[10] within the box labeled 60, correct?
[11]     **A:** Well, this gets back to the, what
[12] "remote" refers to. "Remote" is a, as I think I
[13] pointed out in my report, a term of
[14] nondefiniteness. And perhaps I can, perhaps I can
[15] locate that or you can oblige me by telling me
[16] where I made that statement.
[17]     **Q:** Well, I assume you made it in the
[18] context of your discussion of the word
[19] "transmitting."
[20]     **A:** I think you are correct, yes. I'll
[21] try page 48.
[22]     **Q:** Maybe page 49.
[23]     **A:** Yes. Sorry. I was giving the
[24] general index.
[25]     **Q:** I guess the question I have for you

Page 226

**Hemami**

[1]
[2] is fairly simple.
[3]     **Q:** Do you consider Figure 3 to show
[4] that unit 11, which is the conventional VCR, is
[5] remote from unit 60?
[6]     **A:** Is the — well, so I think that, I
[7] think — actually, now I, I'm a little bit behind
[8] you. I've put some pieces together.
[9]     The context of the download and
[10] where the device elsewhere shows up which is
[11] archived for later viewing and transmitted by an
[12] independent transmitter, this wouldn't work with
[13] that VCR instantiation.
[14]     This wouldn't work with Figure 3
[15] because this description in column 9 discusses
[16] essentially making a digital hard copy. And I
[17] think we would agree that the VCR, the
[18] conventional, commercial VCR in the alternate
[19] embodiment, which is in Figure 3, is not going to
[20] record, create for us a digital, a hard copy of
[21] the program in digital format, reading from column
[22] 10.
[23]     **Q:** Have a look at your expert report on
[24] page 49.
[25]     In the last paragraph, you discuss

Page 227

**Hemami**

[1]
[2] the prosecution history in the Izeki patent,
[3] correct?
[4]     **A:** Yes.
[5]     **MR. BROWN:** Let's mark the
[6] Izeki patent. Did we mark that
[7] yesterday, Les?
[8]     **MR. PAYNE:** It's part of
[9] Halpern's report.
[10]     **MR. BROWN:** I think it's
[11] better to have, I think it's better to
[12] have a separate exhibit. I just don't
[13] want to mark the same thing twice. So
[14] let's mark the Izeki patent as
[15] Exhibit 88.
[16]     (Document bearing Bates Nos.
[17] APBU00001613 through 1628 was marked
[18] as Deposition Exhibit No. 88 for
[19] identification, as of this date.)
[20]     **Q:** Do you recognize Exhibit 88?
[21]     **A:** I do.
[22]     **Q:** Is Exhibit 88 the Izeki patent that
[23] you referred to in page, the last paragraph of
[24] page 49 of your expert report?
[25]     **A:** Yes.

Page 228

Hemami

[1]
[2]    **Q:** And you recall that the applicant
[3] distinguished the Izeki reference during the
[4] prosecution of the Burst patents, correct?
[5]    **A:** Yes.
[6]    **Q:** And one of the things that the
[7] applicant or that Burst said about Izeki is that
[8] Izeki does not disclose transmission, correct?
[9]    **A:** Yes.
[10]    **Q:** Now, it appears that in the final
[11] paragraph of 49, you're drawing a distinction
[12] between external devices and internal devices. Is
[13] that correct?
[14]    (Pause)
[15]    **A:** I think that's a fair statement.
[16]    **Q:** So if your definition of
[17] "transmitting" is as shown in the Burst's proposed
[18] construction column, correct, on page 48 of your
[19] report?
[20]    **A:** Sorry. The question was what?
[21]    **Q:** Your proposed, or your, the
[22] definition that you believe is correct for the
[23] word "transmitting" is what is set forth in the
[24] column that's entitled "Burst's Proposed
[25] Construction" on page 48, right?

Page 229

Hemami

[1]
[2]    **A:** Yes.
[3]    **Q:** And that definition is "sending to
[4] an external device that is capable of playback and
[5] is selected by a user"?
[6]    MR. PAYNE: Objection. Form.
[7]    **A:** Yes. That, you've read the second
[8] chunk there.
[9]    **Q:** Okay. Why is it that the device
[10] that the transmission is directed to has to be an
[11] external device in your view?
[12]    **A:** Well, this was delineated in the
[13] Izeki, I'm sorry, in the file history that
[14] discusses the differences between the Burst
[15] application and the prior art labeled as Izeki,
[16] that these were internal. Transferring over an
[17] interface to a — let me read it instead of going
[18] off with my memory here.
[19]    "An interface for transferring files
[20] to a master tape is not transmission away."
[21]    **Q:** Okay. Let's look — you're citing
[22] to the '705 file history for the sentence you just
[23] quoted from, right?
[24]    **A:** Yes.
[25]    **Q:** So why don't you pull out the '705

Page 230

Hemami

[1]
[2] file history and maybe I can help you find the
[3] right tab.
[4]    **A:** I believe this —
[5]    MR. PAYNE: We marked this
[6] from yesterday if you plan to use it.
[7]    MR. BROWN: I prefer using the
[8] file history as a whole since I'm
[9] thinking that's where we're going to
[10] wind up. I think it might just be
[11] easier that way.
[12]    **Q:** It's tab 19 and I think you were
[13] referring to page 15 within tab 19. Maybe I'm
[14] wrong.
[15]    **A:** This doesn't seem to have it.
[16] Actually, it's not 15 but we're getting close.
[17]    **Q:** Here we go. Let's try tab 37. So
[18] is that page 15 of tab 37, APBU652, is that the
[19] page you're referring to in your report?
[20]    **A:** Yes.
[21]    **Q:** Okay. And it's your view that in
[22] that sentence, Burst distinguished the Izeki
[23] reference on the ground that the master tape in
[24] the Izeki reference is an internal device as
[25] opposed to an external device? Is that right?

Page 231

Hemami

[1]
[2]    **A:** Well, the Izeki invention is a unit
[3] that has the premastering, I guess they call it
[4] the premastering unit. It's integrated within the
[5] system. It's an integral part of the system.
[6] It's not a separate entity.
[7]    In the figures and in the
[8] description, this is a, their editing apparatus is
[9] a single entity. This is a piece of that
[10] identity.
[11]    **Q:** Is the Izeki reference and the
[12] applicant's distinguishing of the Izeki reference
[13] the reason you included the phrase "external
[14] device" in your definition?
[15]    **A:** Partially, yes.
[16]    **Q:** Is there another reason?
[17]    **A:** Well, also in the reading of the
[18] specifications, the unit which is receiving the
[19] transmitted information is described as for
[20] example another VCR-ET, not that separate VCR
[21] which is part of the VCR-ET unit in Figure 3, for
[22] example, but a separate device.
[23]    **Q:** And because of that description in
[24] the specification, in conjunction with the
[25] statement that you referred to in your report

**Hemami**

[2] about Izeki and the file history, you concluded
[3] that transmitting in the Burst patents was limited
[4] to sending to external devices. Is that correct?
[5]    **A:** External —
[6]    **Q:** Go ahead.
[7]    **A:** Shall I talk?
[8]    **MR. PAYNE:** Objection to form.
[9] I just, I want to be — there's a
[10] couple of different definitions on
[11] page 48. You keep on saying
[12] "transmitting" and I just want to make
[13] sure we're talking about the same
[14] constructions. That's my concern,
[15] Nick.
[16]    **MR. BROWN:** There's I think
[17] three constructions here and each of
[18] them say "sending to an external
[19] device capable of playback," correct?
[20]    **MR. PAYNE:** No. The top one
[21] doesn't and you keep on referring to
[22] the top one in your questions.
[23]    **MR. BROWN:** Oh.
[24]    **MR. PAYNE:** I'm not trying to
[25] be — I just want to make sure the

**Hemami**

[2] record's clear. That's all.
[3]    **MR. BROWN:** I don't intend to
[4] be referring to the top one. Let's
[5] just clarify that with Dr. Hemami.
[6]    **Q:** So, Dr. Hemami, you've proffered
[7] three definitions for phrases that include the
[8] word "transmitting," right?
[9]    **A:** Yes. Three definitions for phrases.
[10]    **Q:** And for "transmitting," Burst's
[11] proposed construction is "no construction
[12] required. Alternatively, sending." Do you see
[13] that?
[14]    **A:** Yes.
[15]    **Q:** Okay. So when I'm talking to you
[16] about transmitting, I'm talking to you about the,
[17] the other definitions that you've offered here and
[18] I'm going to try and understand why you included
[19] the phrase "external device capable of playback."
[20]    All right. Let's start with just
[21] external device.
[22]    **A:** Well, now, I mentioned that there
[23] was at least one other place in the specifications
[24] where the word "transmitting" was used where, if
[25] one were to go through and be, and tabulate where

**Hemami**

[2] transmit and where transfer occurs, one might
[3] decide to change that word.
[4]    So here I wanted to be clear that in
[5] spite of the fact that "transmit" is used in some
[6] location in the specification to refer to what we
[7] might more actually call a "transfer," that indeed
[8] internal transfers, even though they might be
[9] called "transmit" in one or two paragraphs, are
[10] not transmitting to a selected destination or
[11] transmitting away or transmission away in the
[12] context of this three, these three items.
[13]    **Q:** Okay. You said several things
[14] there. I want to make sure I understand.
[15]    First, I think you said that there
[16] was one and maybe more than one location in the
[17] patent where the word "transmit" might have been
[18] used to describe something that would be more
[19] accurately called a "transfer." Is that right?
[20]    **A:** Yes.
[21]    **Q:** And in those one or two locations,
[22] you're referring to the transfer of information
[23] within a device, right?
[24]    **A:** Within a VCR-ET.
[25]    **Q:** Okay. So a more appropriate use of

**Hemami**

[2] the word "transmit" is to refer to sending
[3] something to an external device. Is that right?
[4]    **A:** Yes.
[5]    **Q:** And that's your sense of how the
[6] word "transmit" is used by a person of ordinary
[7] skill in the art in 1988, right?
[8]    **A:** Were they to read the Burst patents,
[9] I believe they would understand "transmission" in
[10] the context of two units which are separate,
[11] external to each other and communicating
[12] information.
[13]    **Q:** Okay. You also have this phrase
[14] "capable of playback" in there. Do you see that?
[15]    **A:** Yes.
[16]    **Q:** Why is it that you think these
[17] elements where you include the phrase "capable of
[18] playback" require or have the limitation of
[19] requiring that the device that receives the
[20] transmission be capable of playback?
[21]    **A:** The descriptions in the
[22] specification involve, when something is
[23] transmitted away from the VCR-ET, it goes to a
[24] unit which can use the information.
[25]    Now, you know, we're talking about a

Page 236

**Hemami**

[1]
[2] destination unit, not the satellite in the middle,
[3] right? The satellite just takes bits in and spits
[4] bits out but the destination is something that can
[5] do something with the, with the material. You
[6] know, the VCR-ET was not proposed as an archiving
[7] mechanism. We don't —
[8]    Q: Did you — or let me just put it
[9] this way.
[10]    Is there anything in the file
[11] history that lead you to the phrase, "capable of
[12] playback" or was that based solely on your
[13] interpretation of the specification?
[14]    A: Let me see what I wrote in my
[15] report.
[16]    (Pause)
[17]    A: So I think on page 49 of my report,
[18] I do refer to something in the '995, at the very
[19] top, four lines from the top, something in the
[20] '995 file history that suggests that, what I just
[21] said but in the context of in the file history,
[22] destination devices are expected to be able to
[23] play back the information.
[24]    Q: Okay. Let's look at that. That
[25] would be tab 7 of the '995 history. I think

Page 237

**Hemami**

[1]
[2] you're referring to pages 18 to 20?
[3]    A: Yes.
[4]    Q: Can you just point me to what, the
[5] portion that you thought supported the view —
[6]    A: Yes.
[7]    Q: — that the receiving device has to
[8] be capable of playback?
[9]    (Pause)
[10]    A: So the quote at the top of line 49
[11] of my report that begins at the end of the first
[12] line, "Any of various types of destination devices
[13] via any number of transmission mediums," occurs at
[14] the bottom of page 18 of the APBU, lots of zeros,
[15] 89.
[16]    Q: But there's nothing about playback
[17] in that sentence, is there?
[18]    A: There is nothing about playback in
[19] the sentence but this unit is something that can
[20] play back the material. This is a feature of the
[21] unit that — what has been patented here is not an
[22] audio/video relay system which would simply store
[23] in forward without the capability to play back.
[24]    The fact that the unit can play back
[25] is, is in each unit. I mean, it's part of the

Page 238

**Hemami**

[1]
[2] feature. I think in the description of a
[3] traditional VCR and the enhanced features of this,
[4] the fact that it's capable of playing the material
[5] is, it may be implicit. We may not, you know, we
[6] just expect a VCR to be able to play.
[7]    Q: Okay. Well, let's talk about the
[8] word "transmit" as it would be used by a person of
[9] ordinary skill in the art in 1988, separate from
[10] the patent for a moment, okay?
[11]    You agree that you can transmit
[12] information to a satellite, right?
[13]    A: Yes.
[14]    Q: And that would be a common sense in
[15] which a person of ordinary skill in the art would
[16] use the word "transmit" in 1988. Is that right?
[17]    A: I think we would say "transmit over
[18] a satellite" as opposed to "transmit to."
[19]    "Transmit to" makes it sound as if maybe we're
[20] configuring the satellite and actually uploading
[21] configuration material, in which case we would
[22] "transmit to."
[23]    Q: But certainly the word
[24] "transmission" is used in the context of sending
[25] information to a satellite, right?

Page 239

**Hemami**

[1]
[2]    A: That would be inaccurate now,
[3] "transmission."
[4]    Q: And it's used in the context of
[5] sending information over point-to-point microwave
[6] links, terrestrial point-to-point microwave links?
[7]    A: Yes.
[8]    Q: And a satellite is not capable
[9] ordinarily of playing back the information that it
[10] receives, right?
[11]    A: To the best of our understanding,
[12] yes. We don't know what the aliens are doing.
[13]    Q: And the same thing is true for
[14] microwave transmitters, right?
[15]    A: Yes.
[16]    Q: So the word "transmission" itself to
[17] a person of ordinary skill in the art would not
[18] imply that the device that received the
[19] transmission was capable of playback, correct?
[20]    A: If you presented one of ordinary
[21] skill in the art with a black box and told them
[22] that it was capable of transmission, I don't think
[23] they would leap to the conclusion that the black
[24] box could play back, whatever "play back" meant.
[25]    Q: Right. Playback is a different

Page 240

**Hemami**

[1]
[2] function from transmitting, right?
[3]    **A:** I agree.
[4]    **Q:** I, while you were answering an
[5] earlier question, looked through pages 18 and 19
[6] and I did not see the word "playback." And
[7] frankly, I don't see anything in pages 18 and 19
[8] which would suggest, just from within those two
[9] pages, that play back was associated by the
[10] patentee with the act of transmission.
[11]    I understand your argument that the
[12] specification describes transmitting to another
[13] VCR-ET and VCR-ET can provide playback.
[14]    Is there something else that you're
[15] relying on in support of your insertion of the
[16] phrase, "capable of playback" into the definitions
[17] on page 48 of your report?
[18]    **A:** The operation of the device involves
[19] transmission to other devices of a similar ilk.
[20]    In the patent it is described as,
[21] "other VCR-ETs" and here we have various types of
[22] destination devices.
[23]    Now, in light of reading the, what
[24] was at the time the application and the associated
[25] claims, the devices involved in transmission are

Page 241

**Hemami**

[1]
[2] these devices, devices that can offer the feature
[3] of playback.
[4]    **Q:** And when you're talking about the
[5] devices, you're talking about the devices that are
[6] described in the specification of the patent,
[7] correct?
[8]    **A:** Yes.
[9]    **Q:** Let's turn to the '705 file history
[10] and I want to turn you to tab 19. Specifically,
[11] I'd like to turn you to pages 6 and 7 of tab 19,
[12] which are APBU551 and 552.
[13]    Are you there?
[14]    **A:** Yes.
[15]    **Q:** And at the bottom of page 551, Burst
[16] is discussing the Izeki reference, correct?
[17]    **A:** Yes.
[18]    **Q:** And that discussion goes on to page
[19] 7, APBU552, right?
[20]    **A:** Yes.
[21]    **Q:** And on page 7 or page 552 depending
[22] on what page number you're using, they state that,
[23] "Element 80 of Izeki, et al., cited by the
[24] Examiner as being the equivalent of Applicant's
[25] claimed output means is nothing more than an

Page 242

**Hemami**

[1]
[2] interface to a storage device such as a magnetic
[3] tape," right?
[4]    **A:** Yes.
[5]    **Q:** And then they say, "Neither
[6] Interface 80 of Izeki et al. nor any other element
[7] described in that reference has the capability of
[8] the Applicant's specifically claimed output means
[9] to serially transmit a time compressed
[10] representation," and it goes on.
[11]    Do you see that?
[12]    **A:** Yes.
[13]    **Q:** Now, I'd like to turn you to tab 25.
[14]    **A:** Is it important that this material
[15] stays —
[16]    **Q:** In order?
[17]    **A:** Yes.
[18]    **Q:** It is so let me give you a flag.
[19] Would that help?
[20]    **A:** Yes.
[21]    **MR. PAYNE:** Has something
[22] changed? The order wasn't changed,
[23] right?
[24]    **THE WITNESS:** No, he just
[25] wants me to flip and my concern is do

Page 243

**Hemami**

[1]
[2] I still need this open and if I do,
[3] then do I take it out and things will
[4] get out of order, so I'll just flag
[5] along the side of the page.
[6]    **MR. BROWN:** Do you want —
[7]    **MR. PAYNE:** I'm fine. Which
[8] tab again, please?
[9]    **MR. BROWN:** So we were at tab
[10] 19. We're going to go to tab 25.
[11]    **MR. PAYNE:** Request to
[12] withdraw.
[13]    **MR. BROWN:** I make the request
[14] to withdraw.
[15]    **Q:** Tab 32. And tab 32 is at page 8.
[16] Are you there?
[17]    **A:** Yes.
[18]    **Q:** So here Burst states very directly
[19] in the last paragraph, "Izeki teaches a
[20] compression technique without transmission,"
[21] correct?
[22]    **A:** Yes.
[23]    **Q:** So would you agree that during the
[24] file history, the applicant told the Patent Office
[25] on at least two occasions that the Izeki reference

Page 244

***Hemami***

[1]
[2] did not show transmission in the sense that they
[3] were using that word?
[4]    **A:** And the two occasions being —
[5]    **Q:** The one that we're looking at in
[6] tab —
[7]    **A:** This page 8.
[8]    **Q:** Page 8, APBU620.
[9]    **A:** Yes.
[10]    **Q:** And the one that we were looking at
[11] earlier, give me a moment, which is at page
[12] APBU552.
[13]    **A:** Okay. And the only question I have
[14] here is the one that I referred to — where did we
[15] decide that was?
[16]    **Q:** Sure. Let's find that one, too, and
[17] we'll flag it. That one is, I think, tab 37 at
[18] page 15.
[19]    (Pause)
[20]    **A:** Can someone just hand me some
[21] stickies?
[22]    **Q:** There you go. So let me know when
[23] you're ready and I'll ask you the question again.
[24]    **A:** Yes. Hang on. That's a yes, I'll
[25] let you know.

Page 245

***Hemami***

[1]
[2]    **Q:** Okay.
[3]    **MR. PAYNE:** Let's try to keep
[4] those in order.
[5]    **THE WITNESS:** I know. Well,
[6] they have the, the Bates numbers on
[7] them so somebody can sit and go
[8] through them.
[9]    **MR. PAYNE:** Okay.
[10]    **MR. BROWN:** Not it. Actually,
[11] I asked for the originals of the
[12] exhibits and, Les, it's probably me.
[13]    **Q:** All right. Let me know when you're
[14] ready, Dr. Hemami.
[15]    **A:** I will do.
[16]    **MR. PAYNE:** I'm sorry, Nick.
[17] You just wanted her to review these
[18] things?
[19]    **MR. BROWN:** The question that
[20] was pending which I will repeat but I
[21] don't want to disturb her.
[22]    (Pause)
[23]    **A:** Okay. So, now, could you please
[24] repeat the question?
[25]    **Q:** Yes. The question is it is correct

Page 246

***Hemami***

[1]
[2] that Burst told the Patent Office on more than one
[3] occasion that Izeki did not teach transmission in
[4] the sense that they were using that word in the
[5] claims, correct?
[6]    **MR. PAYNE:** Objection. Form.
[7]    **A:** So we have delineation with respect
[8] to transmission means, we have a general statement
[9] regarding Izeki teaches compression without
[10] transmission and then we have a statement relative
[11] to output means, I believe. Is that true?
[12]    **Q:** I think the first one you were
[13] referring to is page APBU652.
[14]    **A:** Yes.
[15]    **Q:** Where it says that both the
[16] transmission — I guess — it doesn't use the word
[17] "both." It says, "It is not analogous to the
[18] transmission means or transmission step of the
[19] claimed invention."
[20]    **A:** Yes.
[21]    **Q:** So they're saying that transferring
[22] edited files to a master tape is not analogous to
[23] transmission, either transmission means or
[24] transmission step, correct?
[25]    **A:** Yes.

Page 247

***Hemami***

[1]
[2]    **Q:** And at least on APBU620, they state
[3] without reservation, that Izeki does not teach
[4] transmission, correct?
[5]    **A:** Yes.
[6]    **Q:** And on page 552, they state that,
[7] "Neither Interface 80 of Izeki nor any other
[8] element described in that reference has the
[9] capability of Applicant's specifically claimed
[10] output means to serially transmit a time
[11] compressed representation," right?
[12]    **A:** Yes.
[13]    **Q:** So with all of those statements in
[14] mind, do you agree that the applicants told the
[15] Patent Office clearly what was disclosed in Izeki
[16] was not the transmission that they were claiming?
[17]    **A:** Yes.
[18]    **MR. PAYNE:** Objection to form.
[19]    **Q:** Let's look at the Izeki reference
[20] now. Do you have the Izeki reference in front of
[21] you?
[22]    **A:** I do.
[23]    **Q:** Can you tell me the exhibit number
[24] on it?
[25]    **A:** 88.

Page 248

**Hemami**

[1]
[2] **Q:** Thank you. I'd like you to turn to
[3] column 2 of the Izeki reference.
[4] **A:** Okay.
[5] **Q:** In column 2, it describes or it
[6] refers to — well, there's a paragraph that starts
[7] at line 47 in column 2. Do you see that?
[8] **A:** A conversion unit?
[9] **Q:** Right.
[10] **A:** Yes.
[11] **Q:** And it states that, "That conversion
[12] unit 46 compresses the inputted video and/or audio
[13] data to the prescribed data format." Do you see
[14] that?
[15] **A:** Yes.
[16] **Q:** And it then states, "One example of
[17] such a conversion unit is described in scene
[18] adaptive coder." Do you see that?
[19] **A:** Yes.
[20] **Q:** That's the paper that we were
[21] looking at earlier today?
[22] **A:** Yes.
[23] **Q:** And that paper describes an
[24] intra-frame image compression technique, correct?
[25] **A:** A still image compression technique,

Page 249

**Hemami**

[1]
[2] yes.
[3] **Q:** And that paper also describes
[4] applying that still image compression technique to
[5] NTSC video?
[6] **A:** The paper gives the resulting data
[7] rate that would ensue at .4 bits per pixel for
[8] digitized NTSC video.
[9] **Q:** So it refers at least to using that
[10] compression algorithm on NTSC video, correct?
[11] **A:** Yes.
[12] **Q:** All right.
[13] **A:** Now, this patent is not video.
[14] **Q:** Izeki is not video in your opinion?
[15] **A:** It is not what we are considering to
[16] be video.
[17] **Q:** And that's because you believe it's
[18] limited to still images?
[19] **A:** It is.
[20] **Q:** Did you look at column 3 at line 38
[21] through 40 where it refers to using a television
[22] camera to generate a video signal?
[23] **A:** Yes.
[24] **Q:** Ordinarily, when a television camera
[25] generates a video signal, is that video in the

Page 250

**Hemami**

[1]
[2] sense of full motion video?
[3] **A:** At the time that this patent was
[4] written, the term "video" was used in what is best
[5] described as "a sloppy manner."
[6] If a television camera was the
[7] mechanism that was used to pick up a still image
[8] and get it into a format which could be digitized,
[9] okay, so think about when we take a picture with a
[10] camera we have to go scan it, a television camera
[11] provides outputs.
[12] So from the standpoint of not having
[13] to develop film and then process the film, at
[14] this, in this time period, people used, it was
[15] common to use television cameras and then, to
[16] acquire a still image. That television output
[17] signal would be digitized and that would produce a
[18] digital still image, albeit a low resolution image
[19] relative to what one would get from scanning.
[20] So having said that, any time I read
[21] a paper or a patent of a certain age and the word
[22] "video" is used, one of the first things that I do
[23] is a reality check on do they mean video as in a
[24] sequence of frames at least 24 frames per
[25] second conveying full motion which, I think, today

Page 251

**Hemami**

[1]
[2] is the colloquial understanding of video, as well
[3] as certainly the technical meaning of video and
[4] our understanding of video in this litigation or
[5] were they using video in a sloppy manner to refer
[6] to really what was a still image.
[7] You know, and similarly, of course,
[8] that still image could be displayed on a
[9] television signal so, on a television set. It
[10] would go into the video-in line but just like when
[11] we pause a VCR tape, that, that is a still
[12] non-moving image that the set is displaying.
[13] **Q:** But the signal generated by a
[14] television camera is a moving signal, correct?
[15] It can be — you can capture a still
[16] image from a television camera signal, correct?
[17] **MR. PAYNE:** Objection to form.
[18] **A:** The process, for example, of
[19] digitizing the signal coming off of a television
[20] camera in 1/30th of a second or if your subject
[21] doesn't move and you have a slow A to D, you can
[22] obviously take longer, capturing a still image
[23] using a television camera. So it's essentially a
[24] capture device.
[25] **Q:** But you'd agree that a television

Page 252

Hemami

[1] camera provides a moving video signal, correct?

[2] **A:** Only if the subject matter is moving

[4] and you are watching the output of the camera as

[5] video plugged into a TV set or you record it on

[6] your Handycam and then go stick the tape into some

[7] appropriate device.

[8] **Q:** But if you had a television camera

[9] hooked up to, say, a television and your subject

[10] was moving, the television camera would be

[11] providing a moving video signal, right?

[12] **A:** If the TV camera was operating

[13] properly and was hooked up to a camera, right —

[14] when I wave at the camera, he probably sees me on

[15] some display. Maybe you don't. Yes, he does.

[16] Okay.

[17] **Q:** So a television camera is a camera

[18] that's capable of generating a moving signal,

[19] correct?

[20] **A:** It is capable of generating a video

[21] signal which represents full motion video, how's

[22] that, which can represent full-motion video.

[23] **MR. BROWN:** We should probably

[24] change the tape.

[25] **THE VIDEOGRAPHER:** The time is

Page 253

Hemami

[2] now 3:59. This marks the ending of

[3] tape number four. Off the record.

[4]    (Recess taken)

[5] **THE VIDEOGRAPHER:** The time is

[6] now 4:09 p.m. This marks the

[7] beginning of tape number five. On the

[8] record.

[9]              **BY MR. BROWN:**

[10] **Q:** Have you reviewed the — well, let

[11] me step back.

[12]    Do you recall yesterday that

[13] Mr. Halpern testified that a microprocessor in the

[14] 1988 time frame that, such as the ones described

[15] in the Burst patents could not have compressed the

[16] video that's described in the '995 patent?

[17]    Do you remember that generally?

[18] **MR. PAYNE:** Objection to form.

[19] **Q:** In fact, that, we can just use that

[20] to set the stage.

[21]    The question I have for you is have

[22] you done any analysis to determine whether a

[23] microprocessor in the 1988 time period could have

[24] compressed video that, as it's described in column

[25] 4 of the '995 patent?

Page 254

Hemami

[2]    And an important qualifier, in real

[3] time, so clearly compression could have been done

[4] if you had infinite time. My question is —

[5] **A:** So as described in column 4. So —

[6] **Q:** So there's a data rate given there

[7] of 1.89 megabits per frame at column 4 at line 51,

[8] right?

[9] **A:** Okay.

[10] **Q:** And that's, I believe we did not

[11] check that math —

[12] **A:** Yes, we were going to.

[13] **Q:** But that's, we assumed that that was

[14] correct and that's at least what the patent says

[15] is the, if you multiply that by 30 that gives you

[16] between 50 and 60 megabits per second data rate

[17] for the raw video as it is captured. Is that

[18] correct?

[19] **A:** Yes.

[20] **Q:** Okay. Were the micro processors of

[21] the 1988 capable of compressing that much data in

[22] real time?

[23] **A:** No.

[24] **Q:** If one is going to make or use —

[25] let's take a step back.

Page 255

Hemami

[2]    Are you familiar with the term "a

[3] live transmission" or "a live broadcast"?

[4] **A:** Certainly I've heard that term used.

[5] **Q:** Okay. And you understand "live" to

[6] refer to transmitting something at the same time

[7] as it's occurring. Is that right?

[8] **A:** I think it's a little more general

[9] than that. Certainly "Seinfeld" is not being

[10] acted at the time that the UPN Network is

[11] broadcasting it but —

[12] **Q:** But, but I don't think "Seinfeld" is

[13] a live show, do you? It's not broadcast live?

[14] **A:** So what I'm trying to understand is

[15] what is your definition of "live" then because I

[16] have several understandings of what "live" can

[17] mean in the context of transmission.

[18] **Q:** Why don't you tell me what you think

[19] "live" means in the context of transmitting a

[20] video signal?

[21] **A:** Well, I believe "live" has two

[22] meanings. One of them is the action is occurring

[23] immediately. All we have is the propagation delay

[24] so sports, for example, we hope, are an example of

[25] a live transmission.

Page 256

*Hemami*

[1]
[2]      The second, I think, is sometimes
[3] used in the context of simply broadcasting as
[4] opposed to — so we're watching live TV as opposed
[5] to TV off of a TiVo or a VCR where that TV could
[6] simply be HBO or sports.
[7]      **Q:** Okay. So in that second sentence,
[8] it's just any television that hasn't been
[9] previously recorded on a TiVo or a VCR, is that
[10] right?
[11]      **A:** So essentially it's being viewed at
[12] the same instant minus the propagation delay that
[13] the broadcaster is putting it either over the air
[14] or over the cable.
[15]      **Q:** Okay. Let's go to the '995 patent
[16] at column 10, at lines 6 and 7. There's a
[17] sentence which reads, "In the case of video camera
[18] input at input 15 the transmitted signals may
[19] comprise a live transmission."
[20]      Do you see that?
[21]      **A:** Yes.
[22]      **Q:** In that context, do you understand
[23] "live" to be referring to transmitting at the same
[24] time as the actions that are being recorded are
[25] occurring?

Page 257

*Hemami*

[1]
[2]      **A:** So here, no. And I have always
[3] found this an odd use of the term "live
[4] transmission" because the Burst patents describe
[5] transmitting the entire file, whatever that file
[6] represents, a movie or a song or whatever we,
[7] whatever audio/video source information we wish to
[8] transmit at once, all at once, not in some
[9] sequence of transmissions, such as, for example,
[10] we see in some of the cited prior art.
[11]      So I have never understood exactly
[12] what that was supposed to mean given that in order
[13] to burst the program, one must have a file
[14] representing the program and one is not going to
[15] have a file representing the program until the
[16] program is finished in the context of how these,
[17] the operation in these patents is, described.
[18]      **Q:** You said that the Burst patents
[19] describe transmitting the, I think you said the
[20] entire file at once, all at once. Is that right?
[21]      **A:** If that's what I said, then that's
[22] what I said.
[23]      **Q:** Do you agree that that is what they
[24] describe?
[25]      **A:** I believe that is what they

Page 258

*Hemami*

[1]
[2] describe. They describe bursting or sending —
[3] how can I put this? So let me contrast it with,
[4] rather than saying "all at once."
[5]      Let's not talk about a single
[6] transmission. Let's instead talk about
[7] transmission duration where transmission duration
[8] is defined as the very second the first bit goes
[9] out.
[10]      It may be part of a packet or
[11] something else but at some point, we start a stop
[12] watch, okay, the first bit goes out. And at some
[13] later point, the last bit is received, okay? And
[14] maybe we should time, let's time it from the
[15] reception. So we receive a first bit and then we
[16] receive the last bit and we stop the stop watch.
[17]      My understanding of these patents is
[18] that provided that the time on the stop watch is
[19] shorter than what we call "the duration" or "the
[20] length" of the program, then a burst transmission
[21] has been accomplished. So let me back off on this
[22] all at once. I think that's all unclear.
[23]      The burst transmission is defined,
[24] not in terms of, I think, my erroneous first
[25] characterization, but it's defined in terms of a

Page 259

*Hemami*

[1]
[2] shorter time period or in the case of the '705, a
[3] substantially shorter time period than the time
[4] period associated with the real-time
[5] representation of the audio/video source
[6] information.
[7]      **Q:** But you do agree that the Burst
[8] patents require you to transmit the entire file in
[9] that shorter time period, correct?
[10]      **A:** What is transmitted in the shorter
[11] time period is whatever the file represents. I
[12] think there are disagreements on what that may be.
[13] But whatever is represented is transmitted in a
[14] shorter time period than its — from start to end
[15] of the, of the transmission.
[16]      **Q:** Let's look at the '839 patent and
[17] let's take claim 1.
[18]      If you look at the final element
[19] there, it refers to transmitting the stored time
[20] compressed representation. Do you see that?
[21]      **A:** Yes.
[22]      **Q:** So what's ultimately transmitted by
[23] claim 1 of the '839 patent is the stored time
[24] compressed representation, correct?
[25]      **A:** Yes.

Page 260

[1]                    **Hemami**
[2]  **Q:** And that's what you were referring
[3] to earlier as the entire file that you wind up
[4] transmitting. Is that right?
[5]  **A:** The file that is — yes. When I
[6] discussed whatever was transmitted, I was
[7] referring to the stored time compressed
[8] representation.
[9]  **Q:** So what's transmitted is a
[10] representation of the original audio/video source
[11] information, correct?
[12]  **A:** Yes.
[13]  **Q:** Okay. And what's stored is also a
[14] representation of the original audio/video source
[15] information, right?
[16]  **A:** Yes.
[17]  **Q:** And the claim requires that what is
[18] transmitted be the same information, in fact, the
[19] same representation that was stored, correct?
[20]  **A:** Yes.
[21]  **Q:** In your view, can the storing step
[22] and the transmitting step of the '839 patent be
[23] happening at the same time or in overlapping time
[24] periods?
[25]  **A:** The short answer to that question is

Page 261

[1]                    **Hemami**
[2] "yes."
[3]  **Q:** Okay. Do you believe that the
[4] storing step has to be completed before the
[5] transmitting step is finished?
[6]  **MR. PAYNE:** Objection to form.
[7]  **A:** I don't believe that there is a
[8] requirement for that to occur but certainly it's,
[9] it, the machine wouldn't break if we did that, if
[10] we did that.
[11]  **Q:** Okay. How then would you transmit a
[12] stored time compressed representation if you
[13] hadn't finished storing it?
[14]  **A:** Well, transmission, whether it's
[15] slow or fast, takes time.
[16]     So if you imagine that we have bits
[17] in storage and this is the first bit that we wish
[18] to transmit, okay, we can, because we are going to
[19] read these bits out sequentially, okay, in some
[20] manner, whatever is appropriate for our modulation
[21] technique, as long as, by the time my readout
[22] pointer gets to — as long as there is valid data
[23] where my readout pointer points when it gets to
[24] that location, I can happily transmit away.
[25]     Now, what we don't want to occur is

Page 262

[1]                    **Hemami**
[2] that I start storing and, of course, also we do
[3] not do an instant — when we store to memory,
[4] there's a bus of a certain width, right? We
[5] cannot write all hundreds of megabits or however
[6] many we have instantaneously, right? We have to
[7] put them over the bus. The bus has a speed. The
[8] bus has a width.
[9]     We can figure out that there's going
[10] to be some amount of time to write the material to
[11] memory. So while we are writing to memory, we
[12] just, you know, need to make sure that we're
[13] not going to, in the amount of time it takes for
[14] us to clock things out, hit something that we
[15] haven't yet written.
[16]  **Q:** So in other words, you want to have
[17] finished storing the file before you transmit the
[18] last bit of the file, right?
[19]  **A:** No, that's not what I said. Perhaps
[20] you can rephrase so I'm sure I understand what you
[21] just said.
[22]  **Q:** Imagine you have a file that has —
[23] I'm going to make this very simple — three
[24] pieces, three bits.
[25]     You store the first bit and it takes

Page 263

[1]                    **Hemami**
[2] you 10 seconds to do that and then you store the
[3] second bit and it takes you 10 seconds to do it
[4] and you store the third bit and it takes you 10
[5] seconds to do that. So at the end of 30 seconds,
[6] you've stored your three bits.
[7]     Are you with me so far?
[8]  **A:** I am.
[9]  **Q:** Now, suppose it's going to take you
[10] 10 seconds. Well, let's make it 15 seconds.
[11] Suppose it's going to take you 15 seconds to
[12] transmit those three bits.
[13]  **A:** Yes.
[14]  **Q:** Could — when could you start
[15] transmitting?
[16]  **A:** I would have to write a math
[17] equation. Let's see if I can do this for you in
[18] my head. So —
[19]  **Q:** I have a pencil and I have a piece
[20] of paper.
[21]  **A:** I have a pen and more stickies than
[22] you.
[23]  **Q:** Okay. Go ahead.
[24]  **A:** So in your scenario, at the end of
[25] the first 10 second period, we have written 1 bit

Page 264

**Hemami**

[1]
[2] to memory.
[3]    **Q:** Right.
[4]    **A:** Okay? Now. As soon as — so I'm
[5] going to speak out loud and then I'm going to
[6] correct —
[7]    **Q:** That's fine.
[8]    **A:** — whatever.
[9] Let's just, let's imagine the
[10] scenario where we have written the first bit to
[11] memory so now we're 10 seconds in.
[12]    **Q:** Right.
[13]    **A:** I immediately start transmitting
[14] that bit, okay? And we can see this is going to
[15] work in this scenario because in 15 seconds, the
[16] transmission is ready for the next bit.
[17]    No, actually, we're fine because
[18] after that 15 seconds, the 10 seconds it took to
[19] write the second bit has put the second bit in
[20] memory. So we're just fine.
[21]    **Q:** Well, you changed my hypothetical
[22] slightly.
[23]    **A:** Oh, no, I misunderstood you.
[24]    **Q:** That's okay. I said that you needed
[25] 15 seconds to transmit all 3 bits so 5 seconds per

Page 265

**Hemami**

[1]
[2] bit.
[3]    **A:** So you want it at 5 seconds per bit.
[4] Okay. Okay. I'm sorry. I misunderstood.
[5]    **Q:** Because, otherwise, I agree with
[6] you. It's trivial.
[7]    **A:** Okay. Yes. I think that maybe the
[8] analogy here is if you are TiVo'ing a program live
[9] and you go to the kitchen to get some food and you
[10] come, and you pause and you come back and you hit
[11] fast forward.
[12]    You can't fast forward past what's
[13] received, right? And to some extent, the
[14] fast-forwarding is the same as the transmission
[15] when we're transmitting fast. It's eating the
[16] data up quickly.
[17]    So we sort of need to make sure we
[18] have enough that as we eat it up quickly, we're
[19] still going to fill in the back end such that when
[20] we sweep to the end of the file, we have enough.
[21]    **Q:** Right. So in other words, in the
[22] hypothetical that I gave —
[23]    **A:** The correct one or my incorrect
[24] interpretation?
[25]    **Q:** If it only takes you 5 seconds to

Page 266

**Hemami**

[1]
[2] transmit a bit, then you have to have written —
[3] you're going to be able to transmit all 3 bits in
[4] 15 seconds, right?
[5]    **A:** That's right.
[6]    **Q:** It's going to take you 20 seconds to
[7] write the last 2 bits, right?
[8]    **A:** That's right.
[9]    **Q:** So if you write — start
[10] transmitting after you've only written 1 bit, you
[11] will have get to the end before you finish?
[12]    **A:** You will transmit garbage, yes.
[13]    **Q:** You will transmit garbage. And
[14] would that transmission of garbage fall within the
[15] scope of the claims as you understand them?
[16]    **A:** No.
[17]    **Q:** Okay. So as you understand it, you
[18] do have to have completed storing the bits that
[19] form the time compressed representation before you
[20] finish the transmission of those bits, right?
[21]    **A:** Oh, clearly, you have to store it
[22] before you transmit it. Is that —
[23]    **Q:** That's what I'm asking.
[24]    **A:** The bits that are accessed
[25] instantaneously by the transmission unit must be,

Page 267

**Hemami**

[1]
[2] in order for live to be good, valid bits. So when
[3] we say — see I think when you say "completed
[4] storing," this is a bit of a vague term.
[5]    We must, we must only transmit bits
[6] that have been written. So we could say that bit
[7] has completed storing but I would not say that the
[8] representation has completed storing because to
[9] me, the representation connotes the entire file
[10] that ends up being transmitted.
[11]    **Q:** When you write the last bit of the
[12] representation to storage, that's the point in
[13] time when you've completed storing the
[14] representation, correct?
[15]    **A:** I agree with that statement.
[16]    **Q:** If you are trying to transmit that
[17] last bit before it's been written to storage, you
[18] are going to end up with garbage, right?
[19]    **A:** That's right.
[20]    **Q:** And it doesn't make sense to talk
[21] about doing that in the context of the claims in
[22] the Burst patents, right?
[23]    **A:** I think I understand where you're
[24] going.
[25]    **Q:** It's true, therefore, that the

Page 268

*Hemami*

[2] transmission step of the claims cannot end prior
[3] to the time at which the storing step ends,
[4] correct?
[5] **A:** Yes, that is correct. We would like
[6] the storing pointer and the transmission pointer
[7] to terminate at the same time and in appropriate
[8] order such that we appropriately latch the last
[9] bit of information and the last bit that is
[10] transmitted is valid.
[11] **Q:** Now, I believe you mentioned prior
[12] art patents that talk about sending pieces of
[13] audio/video data in an earlier answer.
[14] Do you remember that generally?
[15] **A:** Yes.
[16] **Q:** And, in fact, now, we're going to go
[17] back to the file history and it's going to be the
[18] second tab there, the second marker you have.
[19] **A:** The second yellow?
[20] **Q:** Page 620.
[21] **A:** Okay.
[22] **MR. PAYNE:** I'm sorry, where
[23] are we, Nick?
[24] **MR. BROWN:** '705 file history,
[25] page 620 which is tab 22.

Page 269

*Hemami*

[2] **Q:** And if you look, there's a sentence
[3] that describes Haskell and Hamilton. Do you see
[4] that?
[5] **A:** Yes.
[6] **Q:** And it says, "Haskell and Hamilton
[7] teach a system for time-compression multiplexing
[8] so that multiple clients can receive audio/video
[9] information in real time." Do you see that?
[10] **A:** Yes.
[11] **Q:** In Haskell, individual pieces of a
[12] program are time compressed and transmitted faster
[13] than real time but the entire program is still
[14] transmitted in real time, correct?
[15] **A:** Yes.
[16] **Q:** And that is what the sentence here
[17] is referring to, correct?
[18] **A:** Yes.
[19] **Q:** If you turn the page, there's a
[20] sentence, "System designers did not recognize that
[21] time compressed representations could be sent in a
[22] burst time period that is shorter than the time
[23] period needed for real-time viewing by a
[24] receiver." Do you see that?
[25] **A:** Yes.

Page 270

*Hemami*

[2] **Q:** And then it goes on to say that,
[3] "Sending time compressed representations to a
[4] receiver can add a new variable consumption rate
[5] to the equation," and points out that in that
[6] scenario, when you send a time compressed
[7] representation, when the clients pause or rewind
[8] videos, less information may need to be sent.
[9] Do you see that?
[10] **A:** Yes.
[11] **Q:** The point that is being made there
[12] is that in a Haskell system where you send a small
[13] piece faster than real time but you only send the
[14] entire program in real time, if someone were to
[15] hit "pause," you would have to keep or rewind, you
[16] would have to resend information that you'd
[17] already sent, correct, and that would take more
[18] data?
[19] **A:** I, I don't know what this means.
[20] **Q:** Well, bear with me and tell me if
[21] you agree with what I think it means, okay?
[22] Imagine the situation where you have
[23] a program broken into ten pieces, okay? And you
[24] send each one of those ten pieces in an amount of
[25] time that is shorter than the time that it would

Page 271

*Hemami*

[2] take to view that piece.
[3] Are you with me so far?
[4] **A:** Yes.
[5] **Q:** But you pause after sending each
[6] piece.
[7] **A:** Who is "you"?
[8] **Q:** The transmitter.
[9] **A:** The transmitter pauses after sending
[10] each piece?
[11] **Q:** And waits to send the next piece
[12] until the viewer is ready to view that piece. And
[13] the viewer is viewing it in real time. So
[14] suppose —
[15] **A:** How does it know that the viewer is
[16] ready?
[17] **Q:** Because it knows how long each
[18] segment is. Let's say each segment is ten
[19] segments long and it can be sent in one second.
[20] It would send a piece in one second, wait nine
[21] seconds and then send another piece in one second.
[22] Does that make sense to you?
[23] **A:** Okay.
[24] **Q:** So the viewer at the viewing end can
[25] watch that video in real time because by the time