Apple Computer Inc. v. Burst.com, Inc.

APPLE COMPUTER, v.
BURST.COM

Case 3:06-cv-00019-MHP    Document 75-4    Filed 12/09/2006    Page 1 of 14

Doc. 75 Att. 3
SHEILA HEMAMI
November 14, 2006

Page 272

*Hemami*

[1]
[2] he gets to the next piece, it's arrived, correct?
[3]    **A:** Yes.
[4]    **Q:** All right. Now, suppose he presses
[5] "rewind" on the video and he wants, after he's
[6] watched section number 3, he wants to go back and
[7] watch section number 2.
[8]    **A:** So now you're assuming that this is
[9] being stored.
[10]    **Q:** Well, let's suppose that only one of
[11] those pieces is stored at a time and that when
[12] he's finished watching, it's replaced by the next
[13] piece.
[14]    **A:** When he's finished watching it, the
[15] next piece already has to be there so —
[16]    **Q:** Right. This might not be — we're
[17] running low on time. This might not be worth it.
[18] I'm going to make one more effort to do this.
[19]    Suppose you've got two buffers on
[20] the client side. Does that make sense?
[21]    **A:** Okay.
[22]    **Q:** You fill one buffer in one second
[23] and it takes ten seconds to play it back, okay?
[24]    **A:** Okay.
[25]    **Q:** Before that ten seconds has elapsed,

Page 273

*Hemami*

[1]
[2] you have to fill the next buffer so you can
[3] continue to watch continuously, right?
[4]    **A:** Okay.
[5]    **Q:** In that situation where you've only
[6] got two buffers and you've got only 20 seconds
[7] worth of video storage on the client side, if
[8] somebody presses "pause" or "rewind," you're going
[9] to have to — and wants to go back to a section
[10] that's more than 20 seconds away from where they
[11] are, you're going to have to send data all over
[12] again, right?
[13]    **A:** In the interpretation of what is
[14] written here that you have given me —
[15]    **Q:** Yes.
[16]    **A:** — the statement that you just ended
[17] with — what did you just end with — you would
[18] have to —
[19]    **Q:** Send the same data again?
[20]    **A:** Yes. I, I believe you have made an
[21] accurate statement.
[22]    **Q:** Okay. With that in mind, please
[23] reread this paragraph beginning with "however" and
[24] tell me if you think that's what it's talking
[25] about.

Page 274

*Hemami*

[1]
[2]    **A:** I have no idea what this is talking
[3] about in that the Burst patents describe this stop
[4] watch starting and stopping, as I described, sort
[5] of the burst time period you can, the amount of
[6] time required to transmit the information is
[7] substantially less than the viewing time.
[8]    That discussion, in everything that
[9] I have read, pertains to transmitting not in what
[10] we say, in real time, this delineation that is
[11] given over Haskell, for example, on the previous
[12] page.
[13]    Reading this to me makes — I
[14] understand the "however" sentence. "System
[15] designers did not recognize that time compressed
[16] representations could be sent in a burst time
[17] period that is shorter than the time period needed
[18] for real-time viewing by a receiver."
[19]    **Q:** Well, let's stop there. If you
[20] understand that sentence, can you tell me what you
[21] understand that sentence to mean?
[22]    **A:** I understand that sentence to mean
[23] that at the time of these patents, people were
[24] focused on real-time delivery of digital
[25] audio/video source information, what we would

Page 275

*Hemami*

[1]
[2] today call "streaming."
[3]    There was not a recognition of what
[4] we could call perhaps the fast download or the
[5] fast dump where the entire — rather than simply
[6] broadcasting in real time, that one could actually
[7] do a fast download.
[8]    I think I discuss this in my report
[9] so, which is probably written in a more eloquent
[10] fashion with better verbs.
[11]    **Q:** You may be referring to the section
[12] where you describe the Burst concept at the end of
[13] the section 2, which is pages 25 through 26.
[14]    **A:** I think, yes, 24 through 26.
[15]    **Q:** Oh, I'm sorry. 24.
[16]    **A:** Yes. And the Burst patents did not
[17] do this "streaming," to use a word from today, to
[18] describe what's going on. So I agree with that
[19] "However" sentence.
[20]    The next sentence, "Sending time
[21] compressed representations to a receiver can add a
[22] new variable consumption rate to the equation
[23] which indicates the maximum number of clients the
[24] system can service."
[25]    Now, the first time I read this

Dockets.Justia.com

Page 276

**Hemami**

[1]
[2] sentence, I said I have absolutely no idea what
[3] this is talking about and my reaction to the
[4] following sentence was similar in that pause or
[5] rewind, unless information may need to be sent,
[6] this, this already suggests two-way communication
[7] which is not described in what's going on.
[8]    **Q:** Given the hour and my heretofore
[9] failed attempt to explain to you what that meant,
[10] I think it's time to move on. If you don't
[11] understand it sitting here today, I don't want to
[12] spend more time on it.
[13]    I do want to talk about the section
[14] in your report that you just referred to about the
[15] Burst concept. And it appears to me that the
[16] first part of that two or three-page section
[17] titled "The Burst Concept," where you actually
[18] describe what you understand the Burst concept to
[19] be is on page 26 where you say, "The idea of a
[20] 'burst transmission' — one in which an entire
[21] program or portion thereof was quickly delivered
[22] to a user" —
[23]    **A:** Sorry. You said — oh, I'm sorry.
[24] I was on the wrong page. Yes, okay.
[25]    **Q:** Okay. You say there, "The idea of a

Page 277

**Hemami**

[1]
[2] 'burst transmission.'" Do you see that sentence?
[3]    **A:** Yes.
[4]    **Q:** And you say that idea wherein an
[5] entire program or a portion thereof was quickly
[6] delivered to a user "was a significant departure
[7] from continuous delivery."
[8]    Do you see that?
[9]    **A:** Yes.
[10]    **Q:** And then in the final sentence, you
[11] say, "The Burst patents were the first to realize
[12] that the increasing, the increasing availability
[13] of large memories could be used to enable a new
[14] paradigm in transmission of audio/video source
[15] information, i.e., 'burst' transmission."
[16]    Do you see that?
[17]    **A:** Yes.
[18]    **Q:** Is that what your understanding of
[19] what the Burst concept is?
[20]    **A:** This is my understanding of the
[21] Burst concept.
[22]    I would like to clarify that when I
[23] say "entire program or portion thereof," here I am
[24] referring to the fact that the parties disagree on
[25] what constitutes a program and I made a disclaimer

Page 278

**Hemami**

[1]
[2] earlier on in the reports saying this is a claim
[3] construction issue, I'm just going to talk about
[4] this thing generically.
[5]    **Q:** Sure.
[6]    **A:** So this is not meant to suggest, for
[7] example, that TDMA could be used to deliver a
[8] program in real time with a portion thereof. This
[9] is simply meant to generically refer to whatever
[10] program may be run.
[11]    **Q:** Understood. Let's focus on, just on
[12] that for a few minutes and then I want to come
[13] back to this because I want to get clearer your
[14] position on what has to be transmitted.
[15]    I believe, and I think it's actually
[16] on the next page, that the construction you're
[17] advancing requires that what is, that the
[18] audio/video source information be an audio and/or
[19] video work, correct?
[20]    **A:** Yes.
[21]    **Q:** What does "work" mean?
[22]    **A:** So first, I'll refer you to what I
[23] wrote on the next page and then I can provide more
[24] detail if you would like. Sorry. Where did I
[25] quote?

Page 279

**Hemami**

[1]
[2]    (Pause)
[3]    **A:** I'm sorry. So we have at the top of
[4] page —
[5]    **Q:** Twenty-eight.
[6]    **A:** Twenty-eight where, and I guess the
[7] paragraph starts at the bottom of page 27. "The
[8] information has creative meaning; for example, the
[9] video is described as movies or television
[10] programs, rather than" some type of, for example,
[11] "video from a security system camera. Webster's
[12] dictionary definition of 'work' is 'something
[13] produced by the exercise of creative talent or
[14] expenditure of creative effort.'"
[15]    **Q:** Does — I'm sorry. Were you
[16] finished?
[17]    **A:** No, go ahead. I was finished.
[18]    **Q:** Does the word "work" appear in the
[19] Burst patents?
[20]    **A:** If it appears, it certainly doesn't
[21] appear in the context of the Webster's definition
[22] which I have. I don't know if the word actually
[23] appears or not.
[24]    **Q:** Right. The word the patents use to
[25] describe what is transmitted is "program," right?

Page 280

**Hemami**

[1]
[2] **A:** "Program" with a long descriptive
[3] term, a long descriptive associated with it —
[4] **Q:** Well, let's —
[5] **A:** — which I think I refer to.
[6] Actually, also on page 28 in the first full
[7] paragraph.
[8] **Q:** Okay.
[9] **A:** So the, "Apple construes" paragraph
[10] about five lines down.
[11] **Q:** So you refer there to lines 20
[12] through 24 in column 1 of the '839 patent. Is
[13] that right?
[14] **A:** Yes. Let us hope that is the actual
[15] correct numbers.
[16] **Q:** Let's go look at that.
[17] **A:** And that is a direct quote as well.
[18] **Q:** So they say there, "The term
[19] 'program' encompasses movies and other types of
[20] audio" — "of video and/or audio materials whether
[21] broadcast from a TV station or another source."
[22] **A:** Yes.
[23] **Q:** Do you understand the term "program"
[24] to include, for example, a 5 minute clip of a 30
[25] minute TV show?

Page 281

**Hemami**

[1]
[2] **A:** Given this parenthetical, I do.
[3] **Q:** So in your mind, does the
[4] audio/video source information in the claims of
[5] the Burst patents include, for example, a 5 minute
[6] clip of a 30 minute TV show?
[7] **A:** I think it does. I think that
[8] it's — as opposed to the entire 30 minute
[9] television show that one could select sections.
[10] **Q:** Okay. If you look at the '839
[11] patent, claim 1 which is column 13 —
[12] **A:** Yes.
[13] **Q:** — we've, as we've discussed before,
[14] what is transmitted at the end is the stored time
[15] compressed representation, right?
[16] **A:** Yes.
[17] **Q:** So I think we agreed that the time
[18] compressed representation, at some point, had to
[19] be stored in its entirety, correct?
[20] **A:** Well, if we start our pointer — if
[21] we have limited memory, right — remember, our
[22] pointers just have to catch up at the end so it's
[23] possible that once we've sent this stuff, we can
[24] reuse this section of the memory in which case,
[25] obviously we're rewriting in memory the entire

Page 282

**Hemami**

[1]
[2] program.
[3] While it has been stored at some
[4] point in its existence, at no point does it exist
[5] in the memory in its entirety.
[6] **Q:** Okay.
[7] **A:** And that would be a possibility.
[8] **Q:** All right. So that's what I'm
[9] trying to clarify.
[10] Do you believe — suppose that the
[11] audio/video source information is your 5 minute
[12] clip of a 30 minute program, okay?
[13] **A:** Uh-huh.
[14] **Q:** In claim 1, it says, "Storing said
[15] time compressed representation of the received
[16] audio/video source information," right?
[17] Can that element be satisfied if no
[18] more than 1 minute of the 5 minute clip is ever
[19] stored at a single time?
[20] **A:** Can the elements be satisfied?
[21] **Q:** In other words, are you storing said
[22] time compressed representation if at no point you
[23] ever store more than 1/5th of it?
[24] **A:** Well, we would like to edit the
[25] thing as in claim 2 and clearly we can't edit

Page 283

**Hemami**

[1]
[2] something that isn't there. So from the operation
[3] of the device, I think it certainly sounds like we
[4] do want the whole thing to be in memory.
[5] **Q:** Would you also agree that you are
[6] not storing the time compressed representation if
[7] you're only storing 1/5th of it at a time?
[8] **A:** If you're only storing — well, you
[9] are storing —
[10] **Q:** At that point, you're storing a
[11] portion of the time compressed representation, not
[12] said time compressed representation, correct?
[13] **A:** If — yes, I think we can say that.
[14] **Q:** So to satisfy that storing element,
[15] you have to store the representation of the entire
[16] audio/video source information?
[17] **A:** Whatever the entire information is.
[18] **Q:** Right. And it's certainly your view
[19] that the audio/video source information doesn't
[20] have to be an entire 30 minute television program
[21] or an entire two hour movie, right?
[22] **A:** Yes.
[23] **Q:** It could be a 5 minute clip?
[24] **A:** Yes.
[25] **Q:** But whatever it is, that entire

Page 284

[1]                    ***Hemami***

[2] thing needs to be stored in the storing step. Is
[3] that right?
[4]    **A:** I think — that thing sits in memory
[5] 13, which is what the storing step pertains to.
[6]    **Q:** So the answer is "yes"?
[7]    **A:** Yes.
[8]    **Q:** Okay. Let's go back to page 26.
[9]    **A:** Yes.
[10]    **Q:** I think we can now replace your
[11] phrase here, "an entire program or a portion
[12] thereof" with the concept of the audio/video
[13] source information, right?
[14]    **A:** Whatever that may be, yes.
[15]    **Q:** Whatever that may be.
[16]    **A:** Yes.
[17]    **Q:** So is it true that your
[18] understanding of the Burst concept is that it is a
[19] transmission in which the audio/video source
[20] information is — well, I think the last sentence
[21] is actually a better sentence.
[22]    You wrote here, "The Burst patents
[23] were the first to realize that the increasing
[24] availability of large memories could be used to
[25] enable a new paradigm in transmission of

Page 285

[1]                    ***Hemami***

[2] audio/video source information, i.e., 'burst'
[3] transmission," right?
[4]    **A:** Yes.
[5]    **Q:** And that's because when you had
[6] memories big enough to store the complete
[7] audio/video source information on the receiving
[8] end, you could send the entire thing that you're
[9] transmitting faster than real time, right?
[10]    **A:** I think I would say "on the
[11] transmitting end," but it depends on your use of
[12] "receiving," whether you're talking about received
[13] from an input or — yes. In order to transmit the
[14] thing very speedily, the thing has to exist.
[15]    **Q:** And in order for that to be
[16] worthwhile on the user's end, you have to be able
[17] to watch it, right?
[18]    **A:** Yes.
[19]    **Q:** So if you transmitted it ten times
[20] faster than real time and you can only store
[21] 1/10th of it, you couldn't watch it, could you?
[22]    **A:** If the memory at the receiving end
[23] was not sufficiently large to accept what was
[24] coming in, clearly that person would only get
[25] whatever's in the memory, like when one's TiVo

Page 286

[1]                    ***Hemami***

[2] hard disk is full.
[3]    **Q:** Right. So in order to transmit the
[4] entire audio/video source information faster than
[5] real time and then view it in real time, you have
[6] to store it in its entirety on the user's end?
[7]    **A:** Because it's going to come in faster
[8] than you eat it, yes.
[9]    **Q:** So the answer is "yes," you need
[10] sufficient storage to store the complete audio or
[11] at least the complete time compressed
[12] representation on the user's end, correct?
[13]    **A:** The complete time representation.
[14] The receiving unit must be able to store what it
[15] is transmitted.
[16]    **Q:** And it's your view that the Burst
[17] concept or that the — let me just use the actual
[18] language.
[19]    It's your view that the Burst
[20] patents were the first to realize that the
[21] increasing availability of large memories enabled
[22] one to do faster than real-time transmission of a
[23] complete piece of audio/video source information?
[24]    **A:** Yes.
[25]    **Q:** Now, you understand that there is

Page 287

[1]                    ***Hemami***

[2] cited prior art which is discussed in the file
[3] history, Haskell being an example, which discloses
[4] sending pieces of a larger program, where each
[5] piece is sent faster than real time but the entire
[6] program is only sent in real time, correct?
[7]    **A:** Yes, the Haskell transmission is
[8] characterized in the file histories as real time.
[9] We were just opened to that page.
[10]    **Q:** And you understand that Haskell
[11] sends pieces of the program faster than real time,
[12] right?
[13]    Let's go back to Haskell. If you
[14] don't remember that, we ought to clarify it. I
[15] believe it's Exhibit 81.
[16]    Do you have it?
[17]    **A:** I do.
[18]    **Q:** Let's make sure that we get this
[19] right.
[20]    Do you see in the "Summary of the
[21] Invention" section where it describes a scan line
[22] with a predetermined time duration?
[23]    **A:** Can you give me a line number?
[24]    **Q:** Sure. Line 13.
[25]    **A:** Yes.

Page 288

**Hemami**

[1]
[2] **Q:** And then it says, "The signal
[3] processor compresses in time the duration of each
[4] scan line of the video signal."
[5] **A:** Yes.
[6] **Q:** And then it says that that happens
[7] by a predetermined compression factor.
[8] **A:** Yes.
[9] **Q:** And then later on down at the bottom
[10] of the summary, it says that there's a receiver
[11] where the compressed signal is expanded and the
[12] "expanded video signal is extracted from
[13] therefrom." Do you see that?
[14] **A:** Yes.
[15] **Q:** So what Haskell is describing is
[16] compressing the amount of time it takes to send an
[17] individual scan line, right?
[18] **A:** Yes.
[19] **Q:** Which is only a very small portion
[20] of a video program, right?
[21] **A:** It is.
[22] **Q:** So a portion of a single frame of a
[23] video program, right?
[24] **A:** Yes.
[25] **Q:** So Haskell describes sending

Page 289

**Hemami**

[1]
[2] individual scan lines faster than they need to be
[3] displayed, right?
[4] **A:** The time it takes to transmit a scan
[5] line is less than the time for the CRT to sweep
[6] the scan line.
[7] **Q:** But because the only thing that's
[8] being sent faster than real time is one scan line
[9] as opposed to a complete program, the transmission
[10] is still happening in real time, right?
[11] **A:** I'm sorry. Can you repeat the
[12] question?
[13] **Q:** Sure. One thing — the thing that's
[14] being sent faster than real time in Haskell is a
[15] scan line, right?
[16] **A:** Yes.
[17] **Q:** That's being sent faster than the
[18] amount of time it takes to display the scan line?
[19] **A:** Yes.
[20] **Q:** So Haskell doesn't send the entire
[21] program in a time compressed form; it sends
[22] portions of the program in a time compressed form,
[23] right?
[24] **A:** I'm not even sure I would call the
[25] scan line a portion but yes, an infinitesimally

Page 290

**Hemami**

[1]
[2] small analog signal.
[3] **Q:** Right. If we go back to the '839
[4] patent, claim 1?
[5] **A:** Yes.
[6] **Q:** Under your interpretation of time
[7] compressed representation, that's a
[8] data-compressed version of the audio/video source
[9] information, correct?
[10] **A:** Yes.
[11] **Q:** And you explained that compressing
[12] an audio/video signal was known to a person of
[13] ordinary skill in 1988, right?
[14] **A:** Yes.
[15] **Q:** And certainly storing a compressed
[16] file was known to a person of ordinary skill in
[17] the art in 1988, right?
[18] **A:** Yes.
[19] **Q:** And we haven't discussed this but I
[20] believe you'd agree that receiving audio/video
[21] source information was known to a person of
[22] ordinary skill in the art in 1988, right?
[23] **A:** Yes.
[24] **Q:** So in your view, is it true that the
[25] novelty that the part of the Burst patent, claim 1

Page 291

**Hemami**

[1]
[2] of the Burst patent that was new as of 1988 is in
[3] the transmitting step?
[4] **MR. PAYNE:** Objection.
[5] Nick, are you getting into
[6] areas outside of claim construction at
[7] this point?
[8] **MR. BROWN:** I'm trying to
[9] understand what she said the Burst
[10] concept was. I think we're almost
[11] done and I think she's already said
[12] this.
[13] **MR. PAYNE:** I just want to
[14] make clear that, you know, she's being
[15] tendered today as a claim construction
[16] expert and I don't think it's
[17] appropriate to get into patentability
[18] or validity issues so I'm not sure
[19] what you're asking her.
[20] **MR. BROWN:** Sure. What I want
[21] to ask her about is the Burst concept
[22] that she described in her claim
[23] construction expert report.
[24] **MR. PAYNE:** That's fair game.
[25] **Q:** And maybe I'll put it this way.

Page 292

[1]                              *Hemami*
[2]  Do you agree that the Burst concept
[3]  is not about the specifics of receiving the
[4]  audio/video information, compressing it or storing
[5]  it?
[6]      **MR. PAYNE:** Objection. Form.
[7]      **A:** The, this is sort of a wholistic
[8]  thing.
[9]       Without the data compression, we
[10]  have, we have discussed that the file sizes are
[11]  exorbitantly large. That point is also made in
[12]  the specifications. And I also mention in my
[13]  report that these uncompressed files were
[14]  extremely large and certainly in the case of
[15]  video.
[16]      **Q:** Do you agree that the Burst concept
[17]  is the concept of faster than real-time
[18]  transmission of audio/video data?
[19]      **MR. PAYNE:** Objection. Form.
[20]      **A:** I believe that the Burst concept
[21]  involves faster than real-time transmission of
[22]  audio/video data but also requires some other —
[23]  it must be — there must be things that occur to
[24]  enable this, right? I would like to jump off the
[25]  Empire State Building and land safely. Clearly, I

Page 293

[1]                              *Hemami*
[2]  need a parachute.
[3]      **Q:** Right. Well, let's talk about the
[4]  concept of whether the data compression is
[5]  required for the faster than real-time
[6]  transmission.
[7]       Why don't you look at the '839
[8]  patent at — I don't have it highlighted.
[9]       Do you have the '995 patent?
[10]      **A:** I do. I have both.
[11]      **Q:** Why don't you look at that at column
[12]  7. And do you have column 7?
[13]      **A:** I do.
[14]      **Q:** And at line 55, it describes the
[15]  fiber optic line. Do you see that?
[16]      **A:** I do.
[17]      **Q:** And it describes the speed of the
[18]  fiber optic line as 200 megabytes per second,
[19]  correct?
[20]      **A:** Yes, about 200 megabytes per second.
[21]      **Q:** So that is about 1/5th of a gigabyte
[22]  per second, correct?
[23]      **MR. PAYNE:** I'm going to
[24]  object to form there because I think
[25]  that's a typo.

Page 294

[1]                              *Hemami*
[2]      **MR. BROWN:** You think what's a
[3]  typo? "About" or the "200"?
[4]      **MR. PAYNE:** I think the
[5]  "bytes" might be a typo but I'm not
[6]  sure.
[7]      **MR. BROWN:** Okay.
[8]      **Q:** Well, in any event, the text there
[9]  says, "about 200 megabytes per second," correct?
[10]      **A:** Yes.
[11]      **Q:** And that is 1/5th of a gigabyte per
[12]  second, right?
[13]      **A:** Or 1.6 gigabits per second.
[14]      **Q:** Let's go to column 5 of the '995
[15]  patent.
[16]       It says in column 5 at line 21 — or
[17]  20 and 21 that if no data compression is used, "it
[18]  would take approximately 51.03 gigabytes to store
[19]  a 2 hour movie." Do you see that?
[20]      **A:** Yes.
[21]      **Q:** If you're transmitting at .2
[22]  gigabytes per second, it's going to take you much
[23]  less than two hours to transmit that 51 gigabytes,
[24]  correct?
[25]      **A:** And that's a giant "if" because in

Page 295

[1]                              *Hemami*
[2]  the context of this invention, we wouldn't be able
[3]  to store the 51 gigabytes. This 51 gigabytes is
[4]  described as precisely in the context of
[5]  presenting the compression, to motivate and
[6]  explain why data compression is part of the
[7]  invention.
[8]      **Q:** So in your view, data compression is
[9]  needed to store the 51 gigabytes, is that right?
[10]      **A:** In order to store it in a reasonable
[11]  unit, yes.
[12]      **Q:** And that's, in fact, what the
[13]  implication of the sentence here, which says that
[14]  by using the compression, it's estimated that
[15]  memory will require only 250 megabytes, right?
[16]      **A:** Yes.
[17]      **Q:** So here they expressly link the use
[18]  of data compression to reducing the memory
[19]  requirement?
[20]      **A:** That is right.
[21]      **Q:** But it's also true that the
[22]  transmission rate that's described for the fiber
[23]  optic line that's described in the '995 patent
[24]  would transmit the uncompressed movie faster than
[25]  real time, right?

Page 296

**Hemami**

[1]
[2]   **A:** But as we just discussed, we must
[3] store the movie prior to, I'm sorry, prior to
[4] transmission. And if we can't store it — as you
[5] pointed out, if we don't have enough memory to
[6] store or, say, on the receiving end to receive the
[7] whole thing, we're just not going to be able to
[8] transmit the audio/video source information
[9] because we don't, we can't keep it all.
[10]   **Q:** But you do agree that the disclosed
[11] fiber optic line can transmit the uncompressed
[12] movie faster than real time, right?
[13]   **A:** If we divide the numbers. If we ask
[14] how long it takes to transmit a 51 gigabyte file
[15] over a link of approximately, or sorry, about 200
[16] megabytes per second and if we were told that that
[17] 51 gigabyte file represented something that had a
[18] two hour duration, certainly we would conclude
[19] that that number is smaller than two hours, but in
[20] the context of these patents, that number is not
[21] meaningful.
[22]   **Q:** Let's go to page 12 of your expert
[23] report.
[24]   **A:** Yes.
[25]   **Q:** In the second paragraph under "Audio

Page 297

**Hemami**

[1]
[2] and Video Sources," in the third line you state
[3] that, "An audio signal in its entirety has an
[4] associated 'length.'" Do you see that?
[5]   **A:** Yes.
[6]   **Q:** And you say that length represents
[7] "the time required to play the signal from a
[8] recording or to listen to it," right?
[9]   **A:** Yes. The implicit assumption being
[10] there that we're not going to chipmunk it, yes.
[11]   **Q:** You said "we're not going to
[12] chipmunk it"?
[13]   **A:** Yes.
[14]   **Q:** By "chipmunk it," do you mean, for
[15] example, playing a 33 RPM LP record at 45?
[16]   **A:** Yes.
[17]   **Q:** But you — let's take the example of
[18] a three minute song. A three minute song has —
[19]   **A:** An audio, an audio song?
[20]   **Q:** Correct, a three minute audio song,
[21] right? That audio song has an associated time
[22] period of three minutes, right?
[23]   **A:** Yes.
[24]   **Q:** Okay. Now, let's suppose that we
[25] compress that song into an MP3 file, okay? And

Page 298

**Hemami**

[1]
[2] the MP3 or there are many MP3 compression
[3] algorithms but they all involve data compression,
[4] correct?
[5]   **A:** Yes.
[6]   **Q:** So now we have a compressed MP3.
[7] That MP3 also has an associated time period, which
[8] is the length of the song, right?
[9]   **A:** With respect to what we're calling
[10] associated time periods with the patents, yes.
[11]   That MP3 file represents audio
[12] content, which when played back at a normal, at
[13] its normal rate, whatever that may be, is three
[14] minutes.
[15]   **Q:** Right. So by compressing the file
[16] into an MP3, you aren't changing the time period
[17] associated with it, right?
[18]   **A:** Yes.
[19]   **Q:** The time period associated with the
[20] song is still the playback length of the song,
[21] right?
[22]   **A:** Because it is still the
[23] representation of the content in the abstract
[24] form, the song.
[25]   **Q:** Right. So the time period that is

Page 299

**Hemami**

[1]
[2] associated with a compressed MP3 song is the
[3] length of the song, right?
[4]   **A:** If we are talking about how long the
[5] song is, the answer to that question does not
[6] change whether we MP3 it, whether we DPCM it,
[7] whether we do something horrible to it such that
[8] we can't play it back, then it was a three minute
[9] song.
[10]   **Q:** But if you have a, a representation
[11] of the song, doesn't that imply that something
[12] horrible wasn't done to it and you're going to be
[13] able to recreate the song?
[14]   **A:** You would hope.
[15]   **Q:** I understand we may not have
[16] discussed this expressly but it, do you agree that
[17] a person of ordinary skill in the art when seeing
[18] the word "representation" in the context of the
[19] Burst patents, the representation of an
[20] audio/video source information, would understand
[21] that that representation could be converted back
[22] into something that had meaning?
[23]   **A:** Yes.
[24]   **Q:** And if not a perfect representation
[25] of the original audio/video source information, at

Page 300

**Hemami**

least it would be a highly-correlated representation. Is that right?

**A:** Good enough. Yes. A good enough representation.

**Q:** Okay. And because of that, it's fair to say that when you compress the song, you're not changing the length of time associated with the song, right?

**MR. PAYNE:** Objection. Form.

**A:** You're not changing the length of time in which you would play back the song. With respect to the length of time associated with the song, the patent uses, the patents use burst time periods, they use time periods associated with the real-time representation and I think that there's another association which was discussed yesterday. So it's a little loose.

**Q:** Let's shift gears for a second and can you get out the Gitlin reference, Exhibit 84, and go to page 609?

**A:** 609, okay.

**Q:** Do you have page 609?

**A:** I do.

**Q:** And do you recall that you testified

Page 301

**Hemami**

earlier about the top portion of the figure on page 609?

**A:** Yes.

**Q:** And I believe you said that the horizontal axis in those depictions represents time, right?

**A:** Yes.

**Q:** And you said that the signal — if you look at the left half of that picture, there are two images in the top portion, right? And one of them is a representation of the other that has a shorter time scale, correct?

**A:** Yes.

**Q:** So the one on the right, the, the time that's associated with that representation looks to be about half the time that's associated with the other representation, right?

**A:** Well, I don't want to use "associated" with the representation in your question to correspond to the same "associated" when we were talking about the three minute with respect to the audio.

**Q:** Fair enough. Let's use different language.

Page 302

**Hemami**

There's a time period that is depicted in that figure for both of those signals, correct?

**A:** Yes.

**Q:** And it's hard to be exact but it seems that the figure on the right has a time period that is about half of the time period of the signal on the left. Is that right?

**A:** I would say that the expanse of the X-axis on the right, yes, appears to be about half of the expanse of the X-axis on the left.

**Q:** And you said before that the one on the right is a time compressed version of the one on the left, right?

**A:** In the context of time-compression multiplexing, which is described here on page 609, which is a technique for full duplex communication, which means that both parties are communicating simultaneously, this block diagram pertains to time-compression multiplexing.

What we see at the top is simply a graphic representing clocking bits out at a faster rate than they were originally put in.

**Q:** Or in other words, clocking the same

Page 303

**Hemami**

bits out in a shorter time period?

**A:** I think that's more eloquent.

**MR. PAYNE:** Nick, I haven't been keeping track of the exact time. I don't know where we are. Are you —

**MR. BROWN:** I don't know either. Why don't we do this? Let me ask a couple more questions. Then we'll take a break and add up the time. How's that?

**MR. PAYNE:** Sounds good.

**MR. BROWN:** Can you read back the last question and answer?

(Record read as follows:

"Question: And you said before that the one on the right is a time compressed version of the one on the left, right?

"Answer: In the context of time-compression multiplexing, which is described here on page 609, which is a technique for full duplex communication, which means that both parties are communicating

Page 304

*Hemami*

[1]
[2] simultaneously, this block diagram
[3] pertains to the time-compression
[4] multiplexing.
[5]   "What we see at the top is
[6] simply a graphic representing clocking
[7] bits out at a faster rate than they
[8] were originally put in.
[9]   "Question: Or in other words,
[10] clocking the same bits out in a
[11] shorter time period?
[12]   "Answer: I think that's more
[13] eloquent."
[14]   **Q:** Is it true that the graphic at the
[15] top of the figure shows reading the same bits out
[16] in a shorter time period?
[17]   **A:** Yes.
[18]   **Q:** Which is another way of saying that
[19] they were read out at a higher rate?
[20]   **A:** Yes.
[21]   **Q:** And the text describes that process
[22] of reading the same bits out in a shorter time
[23] period as time compression, correct?
[24]   **A:** That I'm not sure. Let me read the
[25] text.

Page 305

*Hemami*

[1]
[2]   **Q:** Okay.
[3]   (Pause)
[4]   **A:** So the text does not use those
[5] words. The text describes that this technique
[6] alternates fast transmission bursts in each
[7] direction saving up data submitted to each
[8] transmitter at a lower rate in buffers so that
[9] each of the end terminals has the illusion of a
[10] continuously available channel.
[11]   **Q:** Okay. So the data that was read out
[12] at a faster rate is referred to in the text as the
[13] fast transmission burst, right?
[14]   **A:** I think the transmission of the data
[15] that was read out is the fast transmission burst.
[16]   **Q:** Okay. And the length of time that
[17] that fast transmission burst occupies is smaller
[18] than the length of time of the, occupied by the
[19] incoming signal?
[20]   **A:** If we clocked the data rate as in
[21] the rate at which data was being produced and we
[22] do not see the production mechanism here but this
[23] is described with respect to voice band
[24] communication, so it's reasonable to assume that
[25] this is either a modem signal or digitized voice,

Page 306

*Hemami*

[1]
[2] okay, those little square waves.
[3]   If we clock the rate at which the
[4] bits are produced in the digitized voice band
[5] signal, the rate at which those bits are clocked
[6] onto the channel is a higher rate than the rate at
[7] which they were produced.
[8]   **Q:** And that's accomplished using a
[9] buffer and reading the bits out of the buffer
[10] faster than they're read in, right?
[11]   **A:** In this diagram, that is what is
[12] done, yes. We have a buffer and then the buffer
[13] leads into the box which says burst transmission.
[14]   **MR. BROWN:** Okay. Let's go
[15] off the record to check the time.
[16]   **THE VIDEOGRAPHER:** The time is
[17] now 5:15. Off the record.
[18]   (Recess taken)
[19]   **THE VIDEOGRAPHER:** The time is
[20] now 5:19. On the record.
[21]   **BY MR. BROWN:**
[22]   **Q:** Let's look at the Izeki reference,
[23] Exhibit 88.
[24]   **A:** I had it handy and then — here it
[25] is. I have it.

Page 307

*Hemami*

[1]
[2]   **Q:** Okay. Specifically I'd like to have
[3] you look at Figure 1. Do you see that?
[4]   **A:** Yes.
[5]   **Q:** And you remember there's a comment
[6] in your expert report about the premastering unit?
[7]   **A:** Yes.
[8]   **Q:** And you see that that's at the
[9] bottom right of that figure?
[10]   **A:** I do.
[11]   **Q:** Do you also see in the figure
[12] display and keyboard, which are marked as 49 and
[13] 50?
[14]   **A:** Yes.
[15]   **Q:** And do you see how they have a
[16] dotted line around them?
[17]   **A:** I do.
[18]   **Q:** Does that indicate to you that those
[19] are separate from the interface they're connected
[20] to?
[21]   **A:** It does not.
[22]   **Q:** Why not?
[23]   **A:** Because I actually looked at that
[24] patent with respect to exactly that question and I
[25] concluded that the dashed line did not indicate

Page 308

**Hemami**

[1]
[2] that it was separate although that was my initial
[3] hypothesis. That's why I read the patent in that
[4] light.
[5]   **Q:** Okay. Are you familiar with the
[6] term "console"?
[7]   **A:** Yes.
[8]   **Q:** And what does a console mean to you?
[9]   **A:** Well, we have the term of furniture
[10] which, which we'll discount.
[11]   A console is a large unit — that
[12] makes a lot of sense. It's a mechanism by which
[13] equipment can be housed together.
[14]   **Q:** I've heard the term "console" used
[15] in the context of mainframe computing to refer to
[16] the device which is used to connect to the
[17] mainframe.
[18]   Have you heard the term used in that
[19] way?
[20]   **A:** No, I haven't used it — I have not
[21] heard it used in that way.
[22]   **Q:** You've heard "terminal" used in that
[23] way, correct?
[24]   **A:** I have.
[25]   **Q:** So in your mind "console" and

Page 309

**Hemami**

[1]
[2] "terminal" are not the same thing?
[3]   **A:** They are not.
[4]   **Q:** What's the difference?
[5]   **A:** Well, a console is — what was my
[6] previous definition? It was a —
[7]   **Q:** Something about a large unit.
[8]   **A:** Yes, and there was housing. Is it
[9] possible to —
[10]   **Q:** We can go back, sure.
[11]   (Record read)
[12]   **A:** So I would say a console is a unit
[13] which allows one to house equipment in a common
[14] housing.
[15]   **Q:** Okay. So if you look at Figure 1 —
[16] do you have Figure 1?
[17]   **A:** Yes.
[18]   **Q:** Forty-eight I will represent to you
[19] is described as a console. Do you see 48?
[20]   **A:** Okay.
[21]   **Q:** And 48 is pointing to the dashed
[22] line that surrounds the display and the keyboard.
[23] Do you see that?
[24]   **A:** Okay.
[25]   **Q:** So given what you just said about a

Page 310

**Hemami**

[1]
[2] console being something which houses things
[3] together, would you agree that console 48 houses
[4] the display and the keyboard?
[5]   **A:** Yes.
[6]   **Q:** And that indicates that that group,
[7] that console 48 is separate from the remainder of
[8] the device, correct, at least physically separate
[9] from the remainder of the device?
[10]   **A:** I don't think I would understand it
[11] that way, again, because I read this in the
[12] context of attempting to understand what the
[13] dashed lines meant and I concluded that the dashed
[14] lines were not separate physical entities.
[15]   Perhaps you can suggest — show me
[16] where the console —
[17]   **Q:** Sure. So the console is at page 2.
[18] I'm sorry, column 2, line 65 is the first place
[19] where I noticed console.
[20]   **A:** Okay.
[21]   **Q:** Do you see that?
[22]   **A:** Okay. I do.
[23]   **Q:** And so it says there that the
[24] console includes a display unit and a keyboard,
[25] right?

Page 311

**Hemami**

[1]
[2]   **A:** It does.
[3]   **Q:** Which is exactly what's pictured in
[4] the figure?
[5]   **A:** Yes.
[6]   **Q:** And then it talks about, in the
[7] sentence that spans column 2 and 3, it says, "The
[8] inputted instructions and character data are
[9] transferred from the console 48 to the system
[10] bus," right?
[11]   **A:** Yes.
[12]   **Q:** Which suggests that that data is
[13] moved out of the console and into the system,
[14] right?
[15]   **MR. PAYNE:** Objection to form.
[16]   **A:** Well, the data is — I don't know if
[17] we would say it is moved. It certainly travels
[18] via the interface to the system bus.
[19]   **Q:** But certainly that portion of the
[20] specification of Izeki suggests that, that console
[21] 48 is separate physically from the remainder of
[22] the system, correct?
[23]   **A:** I don't think I read it that way.
[24] Again, I just — that is not consistent with my
[25] understanding of console especially in the context

*Hemami*

[1]
[2] of editing apparatus.
[3]    **Q:** Well, let's look at the other
[4] example of the dotted line. Do you see the other
[5] example of the dotted line in Figure 1?
[6]    **A:** Yes.
[7]    **Q:** And that's identified as 55?
[8]    **A:** Yes.
[9]    **Q:** And 55 is identified as a
[10] reproduction device. Do you see that?
[11]    **A:** Yes.
[12]    **Q:** And that device has a number of
[13] components, correct?
[14]    **A:** It does.
[15]    **Q:** Don't you — or do you agree that
[16] the fact that that is referred to as a
[17] reproduction device which has its own CPU and RAM
[18] shows that it is a separate device?
[19]    **A:** Separate from what?
[20]    **Q:** From the remainder of the system.
[21]    **A:** I —
[22]    **MR. PAYNE:** Objection to the
[23] form.
[24]    **A:** I still don't understand, "separate
[25] from the rest of the system."

*Hemami*

[1]
[2]    **Q:** Well, sure. Let's —
[3]    **A:** It is something that is in the left
[4] column of units that is hanging off of the system
[5] bus.
[6]    **Q:** Right. What I mean is — let's look
[7] at another example of the word "device."
[8]    Look at column 3. We were just
[9] looking at this earlier. It says, "An image
[10] pickup device not shown, such as a television
[11] camera." Do you see that?
[12]    **A:** Yes.
[13]    **Q:** Okay. The camera is not shown in
[14] Figure 1, right?
[15]    **A:** Yes.
[16]    **Q:** And that is an image pickup device
[17] which is physically separate from the system shown
[18] in Figure 1, right?
[19]    **A:** I would say it is physically
[20] separate.
[21]    **Q:** So at least in that instance, Izeki
[22] is using the term "device" to refer to a device, a
[23] thing that is physically separate from the core of
[24] the system, right?
[25]    **A:** In that sentence, yes.

*Hemami*

[1]
[2]    **Q:** Okay. And you agree that the dotted
[3] line that is referenced by number 55 is referred
[4] to as a reproduction device, correct?
[5]    **A:** It is referred to as a reproduction
[6] device.
[7]    **Q:** And that's the same word, "device,"
[8] that was later used to refer to something that was
[9] physically separate from the components of the
[10] system, right?
[11]    **A:** Yes.
[12]    **Q:** And you agree the reproduction
[13] device has inside it its own CPU and its own RAM
[14] and it's own data bus, right?
[15]    **A:** It does have those units.
[16]    **Q:** And the remainder of the system in
[17] Figure 1 has a CPU and RAM and a system bus,
[18] right?
[19]    **A:** It does.
[20]    **Q:** So taking those things together —
[21] well, let me — we'll throw in one more.
[22]    Do you see that there's a box
[23] labeled 102 that says "video repro"?
[24]    **A:** Yes.
[25]    **Q:** I'll represent to you that that is,

*Hemami*

[1]
[2] means "video reproduction." In the patent that's
[3] described that way.
[4]    And do you see there's an audio
[5] repro number 106?
[6]    **A:** Yes.
[7]    **Q:** That's audio reproduction.
[8]    **A:** Yes.
[9]    **Q:** Taking all that together, including
[10] the fact that it's shrouded by a dotted line,
[11] would you agree that that shows that the
[12] reproduction device 55 is physically separate from
[13] the remainder of the system?
[14]    **A:** No, I wouldn't.
[15]    **Q:** Why not?
[16]    **A:** This could be a board that one would
[17] plug in. And in the context of this patent,
[18] again, I, I read this specifically to try and
[19] understand that and I reached the conclusion that
[20] it was not necessarily an external device, that
[21] this could just as easily be something internal
[22] that sits within the entire editing apparatus
[23] unit.
[24]    **Q:** How do you explain the presence of
[25] the dotted line around the reproduction device and

Page 316

*Hemami*

[1]
[2] the console but not the other components in Figure
[3] 1?
[4]   **A:** I think that the dotted line is
[5] there to very clearly delineate what item 55 is
[6] and what item 48 is in the description.
[7]    Everything else here is a
[8] singleton, right? Sometimes we see in patents
[9] that something is generally referred to as a
[10] single number and it has multiple components and
[11] it's not boxed off. These are boxed off as —
[12] what's the word I want — composite components.
[13]   **MR. PAYNE:** It's been over ten
[14] minutes.
[15]   **MR. BROWN:** Then why don't we
[16] stop.
[17]   **MR. PAYNE:** Let me — I've got
[18] a couple of follow-up questions.
[19]   **MR. BROWN:** Oh, go ahead.
[20]         **EXAMINATION BY**
[21]          **MR. PAYNE:**
[22]   **Q:** Dr. Hemami, as you know, my name is
[23] Les Payne and I represent Burst.
[24]    Can you turn to your report marked
[25] as Exhibit 78, please, specifically page 26,

Page 317

*Hemami*

[1]
[2] please?
[3]   **A:** Okay.
[4]   **Q:** Section 3 of your report deals with
[5] "The Level of Ordinary Skill in the Art," correct?
[6]   **A:** Yes.
[7]   **Q:** You say, "In general, a person of
[8] ordinary skill in the art would work in the area
[9] of digital communication of audio/video source
[10] information," correct?
[11]   **A:** Yes.
[12]   **MR. BROWN:** Les, you're
[13] leading. I don't mind if you're
[14] getting to the point, but it's not —
[15]   **MR. PAYNE:** I'm just laying a
[16] foundation.
[17]   **MR. BROWN:** But let's not do
[18] that too much more.
[19]   **MR. PAYNE:** I hear you.
[20]   **MR. BROWN:** Thanks.
[21]   **Q:** And earlier today, you recall that
[22] Apple's counsel asked you about that area,
[23] correct?
[24]   **A:** Yes.
[25]   **Q:** Can you turn to pages 42 and 43 of

Page 318

*Hemami*

[1]
[2] your report, please?
[3]   **A:** Okay.
[4]   **Q:** Do you recall earlier today that
[5] Apple's counsel asked you about the descriptions
[6] 1, 2, 3 and 4 on pages 42 and 43?
[7]   **A:** Yes.
[8]   **Q:** And what do those descriptions
[9] pertain to?
[10]   **A:** So as stated in the prior paragraph,
[11] these are descriptions of various operations for
[12] which the term "time compression" was used to
[13] describe.
[14]    The phrasing there is not very good
[15] but these were, these were operations that were
[16] called "time compression" in the 1988 time frame.
[17]   **Q:** What is the first sentence after the
[18] fourth category on page 43?
[19]   **A:** So after presenting these four
[20] descriptions, I state that none of these
[21] definitions is applicable to the Burst patents.
[22]   **Q:** So do you have an opinion as to
[23] whether those four definitions pertain, as to the
[24] Burst patents, to the area of digital
[25] communication of audio/video source information?

Page 319

*Hemami*

[1]
[2]   **A:** As that information is communicated
[3] in the Burst patents, neither — none of those
[4] descriptions is relevant.
[5]   **THE VIDEOGRAPHER:** Excuse me,
[6] Counsel. You have ten minutes of tape
[7] left.
[8]   **A:** And none of those descriptions is
[9] applicable.
[10]   **MR. PAYNE:** Pass the witness.
[11] Do you want to follow up?
[12]   **MR. BROWN:** I was thinking
[13] about that, Les.
[14]   **MR. PAYNE:** Sorry.
[15]    (Pause)
[16]   **MR. BROWN:** I do not. We're
[17] done.
[18]   **THE VIDEOGRAPHER:** The time is
[19] now 5:34. This marks the ending of
[20] tape number five. Off the record.
[21]    (Whereupon, at 5:34 p.m., the
[22] deposition was concluded.)
[23]
[24]
[25]

Page 320

[1]
[2]
[3]
[4]    I DO SOLEMNLY DECLARE UNDER
[5] PENALTY OF PERJURY THAT THE FOREGOING
[6] IS MY DEPOSITION UNDER OATH; THAT
[7] THESE ARE THE QUESTIONS ASKED OF ME
[8] AND MY ANSWERS THERETO; THAT I HAVE
[9] READ SAME AND HAVE MADE THE NECESSARY
[10] CORRECTIONS, ADDITIONS, OR CHANGES TO
[11] MY ANSWERS THAT I DEEM NECESSARY.
[12]    IN WITNESS THEREOF, I HEREBY
[13] SUBSCRIBE MY NAME THIS_____ DAY OF
[14] _____, 2006.
[15]
[16]
[17]
[18]    SHEILA HEMAMI, Ph. D.
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 321

[1]
[2]    INDEX
[3] Witness:    Page
[4] Sheila S. Hemami, Ph.D.    4
[5]
[6]    EXHIBITS
[7] Exhibit    Description    Page
   For Ident.
[8]
   79    Documents bearing Bates Nos.    44
[9]    APBU00159385 through 393
[10] 80    Documents bearing Bates Nos.    58
   APBU00414957 through 959
[11]
   81    Document bearing Bates Nos.    165
[12]    APBU00000763 through 769
[13] 82    Document entitled "Time Compression    165
   Multiplexing for Loop Transmission of
[14]    Speech Signals"
[15] 83    Document entitled "The UK    172
   D-MAC/PACKET Standard for DBS" by
[16]    Paul Gardiner
[17] 84    Document bearing Bates Nos.    182
   APBU00414882 through 945
[18]
   85    Document bearing Bates Nos.    199
[19]    APBU00000807 through 813
[20] 86    Document bearing Bates Nos.    199
   APBU00000726 through 730
[21]
   87    Document bearing Bates Nos.    200
[22]    APBU00001613 through 1628
[23] 88    Document bearing Bates Nos.    227
   APBU00001613 through 1628
[24]
[25]

Page 322

[1]
[2]    EXHIBITS
[3]
   Exhibit    Description    Page
[4] For Ident.
[5] 101    U.S. Patent No. 4,963,995 with    3
   file history bearing Bates Nos.
[6]    APBU0000001 through 125
[7] 102    U.S. Patent No. 5,057,932 with    3
   file history bearing Bates Nos.
[8]    APBU00000126 through 269
[9] 103    U.S. Patent No. 5,164,839 with    3
   file history bearing Bates Nos.
[10]    APBU00000270 through 390
[11] 104    U.S. Patent No. 5,995,705 with    3
   file history bearing Bates Nos.
[12]    APBU00000391 through 688
[13]
[14]    REQUESTS
[15] Description    Page
[16] Dr. Hemami's expert report in the Forgent    23
   case
[17]
   Mr. Halpern's expert reports in prior cases    23
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 323

[1]
[2]    CERTIFICATE
[3] STATE OF NEW YORK    )
[4]    ) ss.
[5] COUNTY OF NEW YORK )
[6]    I, Charleane M. Heading, a
[7]    Registered Professional Reporter and
[8]    Notary Public of the State of New
[9]    York, do hereby certify that the
[10]    foregoing Deposition, of the witness,
[11]    SHEILA S. HEMAMI, Ph. D., taken at
[12]    the time and place aforesaid, is a
[13]    true and correct transcription of my
[14]    shorthand notes.
[15]    I further certify that I am
[16]    neither counsel for nor related to any
[17]    party to said action, nor in any wise
[18]    interested in the result or outcome
[19]    thereof.
[20]    IN WITNESS WHEREOF, I have
[21]    hereunto set my hand this 20th day of
[22]    November, 2006.
[23]
[24]    Charleane M. Heading, RPR

**Lawyer's Notes**