```
DISPLAY ELEMENT LIBRARY

     ARRAY   DEL (1:NUMBER OF ELEMENT SHAPES) OF DEL-ENTRY
     RECORD  DEL-ENTRY        [DISPLAY ELEMENT LIBRARY]
             .XTOL,           [X TOLERANCE]
             .YTOL,           [Y TOLERANCE]
             .NSE,            [NUMBER OF SUB-ELEMENTS]
             .LENGTH: INTEGER [LENGTH OF LIGHT STRING]
             ARRAY   DEL.SUB (1:NSE) OF DEL.SUB-ENTRY
             RECORD  DEL.SUB-ENTRY      [DISPLAY ELEMENT LIBRARY]
                     .CLASS,            [SUB-ELEMENT TYPE]
                     .XFILL,            [X FILL OFFSET]
                     .YFILL,            [Y FILL OFFSET]
                     .XTEXT,            [X TEXT OFFSET]
                     .YTEXT: INTEGER [Y TEXT OFFSET]
                     .TEXT: STRING(LENGTH)   [LIGHT STRING]
```

A-5

APBU-00000882

Dockets.Justia.com

```
TEXT ELEMENT LIBRARY

     ARRAY   TEL    (1:NUMBER OF TEXT STRINGS) OF TEL-ENTRY
     RECORD  TEL-ENTRY     [TEXT ELEMENT LIBRARY]
          .LENGTH: INTEGER      [LENGTH OF TEXT STRING]
          .TEXT: STRING (LENGTH)  [TEXT STRING]
          .EOI: INTEGER       [END OF TEXT STRING]
```

A-6

APBU-00000883

```
MESSAGE TABLES

        ARRAY   MESSAGE (1:15TERR) OF MESSAGE-RECORD
        RECORD  MESSAGE-RECORD
                .TEXT: STRING (VARIABLE)
                .EOM:  INTEGER          [END OF MESSAGE]

        ARRAY   RQB (1:17) OF RQB-RECORD
        RECORD  RQB-RECORD
                .ACTION,                (ACTION CODE)
                .DESTINATION,           [DESTINATION APT/DHT]
                .LENGTH,                [LENGTH OF REMAINING RQB]
                .MODIFIER,              [CAMERA NUMBER, IF APPLICABLE]
                .CODE,                  [RQB CODE]
                .PARAMETERS: INTEGER    [RQB PARAMETERS]

        ARRAY   STACK (1:16) OF STACK-RECORD
        RECORD  STACK-RECORD            [SENTENCE/ELEMENT STACK]
                .IFLAG,                 [IMMEDIATE ACTION FLAG]
                .DFLAG,                 [DELAYED ACTION FLAG]
                .ELEMENT: INTEGER       [ELEMENT MCT ADDRESS]

ATAD
PROC CTPAPT (ALT INPUT-MESSAGE)

        DATA
                RECORD INPUT-MESSAGE
                        .TEXT(24) :STRING

                SCALAR X,Y,MSG-ID,MSG-FLAG : INTEGER

                CONSTANT MINUS1 := -1 :INTEGER

        ATAD

        <REENABLE INTERRUPTS AFTER DISPATCH>
        RUN MHRMAP (USE MINUS1)

        CASE
                <TYPE OF INPUT-MESSAGE>

        SELECT (FULL-INPUT-MESSAGE.HEADER.ORIG-TASK = <DHTCTP>)
                RUN DCDCTP (ALT FULL-INPUT-MESSAGE, CTPCB)
                RUN CNVCTP (ALT CTPCB)
                X := CTPCB.XD
                Y := CTPCB.YD
                RUN CCTSPI (ALT X,Y)

        SELECT (INPUT-MESSAGE.TEXT(1:1) = 254)
                MSG-FLAG := INPUT-MESSAGE.TEXT(2:1)
                IF
                        INPUT-MESSAGE.TEXT(3:1) < '0'
                THEN
```

A-7

Patent No. 4,516,156                    Page 10 of 195

```
                    MSG-ID := INPUT-MESSAGE.TEXT(1:2)
        ELSE
                    MSG-ID := <ADDRESS OF INPUT-MESSAGE.TEXT(4:1)>
        FI
            RUN MSGDSP (USE MSG-FLAG, MSG-ID)
            RUN RELBUF (ALT FULL-INPUT-MESSAGE)
    ELSE
            RUN RELBUF (ALT FULL-INPUT-MESSAGE)
    ESAC

CORP  (ACTUALLY, BRANCH TO DISPAT)
```

A-8

```
PROC SYSREQ (USE RQB; ALT REPLY-ADDR)
    DATA
            RECORD INPUT-MESSAGE
                .TEXT(24) :STRING

            SCALAR RC,INTVL,REPLY-ADDR :INTEGER
            SCALAR GOT-BUF   :LOGICAL
    ATAD

    GOT-BUF := FALSE

    WHILE
            NOT GOT-BUF
        DO
            RUN GETBUF (ALT FULL-INPUT-MESSAGE, GOT-BUF)
            IF
                    NOT GOT-BUF
            THEN
                    RC := RC-TIMEOUT
                    WHILE
                            RC = RC-TIMEOUT
                        DO
                            RUN WAITAC (USE <ACTBUF>; ALT RC)
                            IF
                                RC <> RC-TIMEOUT AND RC <> RC-SUCCESS
                            THEN
                                RUN ABORT
                            FI
                            RUN MHRMAP (USE MINUS1)
                        OD
            FI
        OD
    FULL-INPUT-MESSAGE.HEADER.DEST-TASK := RQB.DST
    INPUT-MESSAGE.TEXT(1:2) = RQB.CMD
    N := RQB.LEN / 2 - 1
    <COPY N WORDS FROM RQB.PRM TO INPUT-MESSAGE.TEXT(3:2N)>




                              A-9
```

APBU-00000886

```
        CASE
                ROB.AC
        SELECT (ROB.AC = 0) [ORDINARY SEND]
                RUN SEND (ALT FULL-INPUT-MESSAGE)

        SELECT (ROB.AC > 0) [SENDAC]
                RUN SENDAC (USE ROB.AC; ALT FULL-INPUT-MESSAGE, REPLY-ADDR, RC
                IF
                        RC <> RC-SUCCESS AND RC <> RC-TIMEOUT
                THEN
                        RUN ABORT
                FI

                WHILE
                        RC = RC-TIMEOUT
                DO
                        RUN WAITAC (USE ROB.AC; ALT REPLY-ADDR, RC)

                        IF
                                RC <> RC-SUCCESS AND RC <> RC-TIMEOUT
                        THEN
                                RUN ABORT
                        FI

                        RUN MRRMAP (USE MINUS1)
                OD

        SELECT (ROB.AC < 0) [SENDTM]
                INTVL := - ROB.AC * 6     [GIVEN IN .1 SEC INTERVALS]
                RUN SENDTM (USE INTVL; ALT FULL-INPUT-MESSAGE, RC)
                IF
                        RC <> RC-SUCCESS
                THEN
                        RUN ABORT
                FI

                RUN MRRMAP (USE MINUS1)
        ESAC
CORP
```

A-10

```
PROC DCDCTP (ALT FULL-INPUT-MESSAGE, CTPCB)

    DATA

        RECORD INPUT-MESSAGE
            .TEXT(24) :STRING

        SCALAR NUM-STRING(5) :STRING
        SCALAR NUM,LEN :INTEGER

    ATAD

    LEN := 5
    NUM-STRING := INPUT-MESSAGE.TEXT(1:5)
    RUN ASCBIN (USE NUM-STRING,LEN; ALT NUM,RC)
    CTPCB.XT := NUM

    NUM-STRING := INPUT-MESSAGE.TEXT(6:5)
    RUN ASCBIN (USE NUM-STRING,LEN; ALT NUM,RC)
    CTPCB.YT := NUM

    RUN RELBUF (ALT FULL-INPUT-MESSAGE)
CORP




PROC CNVC1P (ALT CTPCB)
    CTPCB.XL := CTPCB.XLMN + ABS(CTPCB.XT - CTPCB.XTMN) * CTPCB.DXL / CTPC
    CTPCB.YL := CTPCB.YLMN + ABS(CTPCB.YT - CTPCB.YTMN) * CTPCB.DYL / CTPC

CORP
```

A-11

```
PROC INITMHR              [INITIATES THE MENU HANDLER MODULE]
    DATA
        SCALAR  CLRCCM: STRING(V)
        SCALAR  COLORS: STRING(V)
        CONSTANT FSTMEN: INTEGER              [FIRST MENU ID]
    ATAD
    ICH := <LIGHT [CB ADDRESS>
    RUN LIGHT (USE CLRCCM)                [CLEAR THE MONITOR]
    RUN LIGHT (USE COLORS)                [DEFINES THE COLORS]
    ROMENU := FSTMEN
    RUN DRMENU
CORP
```

A-12

```
PROC MINIT              [RESETS MENU HANDLER VALUES]
      DATA
            SCALAR  LOOP,
                    LOOP1,
                    ELEMENT,
                    MENU: INTEGER
            CONSTANT NUMMEN,        [NUMBER OF MENUS]
                     ESTENT: INTEGER       [NUMBER OF EST ENTRIES]
            ARRAY   DEFEST (1:ESTENT) OF DEFEST-ENTRY
            RECORD  DEFEST-ENTRY
      ATAD              .FON,
                        .FPRE: INTEGER
      MENU := MDT
            LOOP := NUMMEN
      WHILE            [RESET MENU DICTIONARY TABLE]
            LOOP > 0
      DO
            <RESET MDT VALUES>
            ELEMENT := MDT(MENU).MCT
            LOOP1 := MDT(MENU).MEL
            WHILE           [RESET MENU CONTROL TABLE ELEMENTS]
                  LOOP1 > 0
            DO
                  <RESET MCT(ELEMENT) VALUES>
                  LOOP := LOOP - 1
                  ELEMENT := ELEMENT + MCTLEN
            OD
            LOOP := LOOP -1
            MENU := MENU + MDTLEN
      OD
      ESADDR := EST
      LOOP := ESTENT
      LOOP1 := 0
      WHILE                [RESET ENTITY STATUS TABLE]
            LOOP > 0
      DO
            LOOP1 := LOOP1 + 1
            EST(ESADDR).CA := 0
            EST(ESADDR).FON := DEFEST(LOOP1).FON
            EST(ESADDR).FPRE := DEFEST(LOOP1).FPRE
            ESADDR := ESADDR + ESTLEN
            LOOP := LOOP -1
      OD
      <RESET SYSTEM PARAMETERS>
      <LOAD PRESET COORDINATES FROM CONFERENCE INITIALIZATION
                   TABLE TO MENU C3 ELEMENTS>
      <PFLAG(1-2,1-2) := 0>
CORP
```

A-13



```
PROC DRAW-MENU (USE MENU)
    DATA
            SCALAR CURR-MENU: INTEGER (CURRENT MENU DISPLAYED)
            SCALAR N-ICBS: INTEGER (NUMBER OF ICBS AVAILABLE)
            SCALAR $ACT: INTEGER
            SCALAR LOOP: INTEGER
            SCALAR POS: INTEGER
            SCALAR MIN-USAGE: INTEGER
            SCALAR LOOP-MIN: INTEGER
            SCALAR DROP-MENU: INTEGER
    ATAD
    IF
            MENU = ESTMEN
    THEN
            RUN MINIT
    FI
    IF
            CURR-MENU = MENU
    THEN
            RUN REDRAW-MENU (USE MENU)
    FI
    IF
            MENU-DICT (MENU).FLAGS.ICB <> 0
    THEN
            RUN SWAP-MENU (USE MENU)
    FI
    POS := 0
    LOOP := 0
    LOOP-MIN := 1
    MIN-USAGE := 999
    DO
            LOOP := LOOP + 1
            IF
                IMAGE-ARRAY (LOOP).MENU-ID = 0 (EMPTY ICB)
            THEN
                    POS := LOOP
            ELSE
                    IF
                        IMAGE-ARRAY (LOOP).USAGE < MIN-USAGE
                    THEN
                            MIN-USAGE := IMAGE-ARRAY (LOOP).USAGE
                            LOOP-MIN := LOOP
                    FI
            FI
    UNTIL
            POS <> 0 OR LOOP = N-ICBS
    OD
    IF
            POS = 0 (NO EMPTY SLOTS)
    THEN
            POS := LOOP-MIN
            DROP-MENU := IMAGE-ARRAY(POS).MENU-ID
            MENU-DICT(DROP-MENU).FLAGS.ICB := 0
```

A-14

APBU-00000891



```
                 @MCT := MENU-DICT(CURR-MENU).MCT
                 LOOP := 0
                 WHILE
                         LOOP =< MENU-DICT (CURR-MENU).N-MCT-ELEMENTS
                 DO
                         LOOP := LOOP + 1
                         @MCT-->MCT(LOOP).CURR-STATUS := 0
                 OD
         FI
         MENU-DICT(MENU).FLAGS.ICB := POS
         MENU-DICT(MENU).PREV-MENU := CURR-MENU
         IMAGE-ARRAY(POS).MENU-ID := MENU
         IMAGE-ARRAY(POS).USAGE := 1
         RUN LIGHT (< SET ICE NUMBER, IMAGE-ARRAY(POS).ICB-NO>)
         LOOP := 0
         WHILE
                 LOOP =< MENU-DICT(MENU).N-MCT-ELEMENTS
         DO
                 LOOP := LOOP + 1
                 RUN DRAW-ELEMENT (USE MENU, LOOP)
         OD
         CURR-MENU := MENU
         FI
                 MENU = CO3MNU AND CO3DRW = 0
         THEN
                 RUN STOPLI
                 CO3DRW := CO3DRW + 1
         FI
         RUN LIGHT (< SET ICE  TO DISPLAY>)
 CCRP
```

A-15

```
PROC GMADDR (USE MENUID)        [GET MDT ADDRESS]
        DATA
        ATAC
        MENUAD := (MENUID - 1) * MDTLEN + MDT
CORP
```

A-16



```
PROC MNEXT (ALT_PUMENU)          [GET NEXT MENU ID]
        DATA
        ATAD
        IF
                 ADT(CURRMA).NMM <> 0
        THEN
                 PUMENU := ALT(CURRMA).NMM
                 ADT(CURRMA).NMM := 0
        ELSE
                 PUMENU := ALT(CURRMA).NM
        FI
CORP
```

A-17

APBU-00000894



```
PROC ESTADD (USE HEADER, ALT ESADDR)
      DATA
            SCALAR  ID: INTEGER
      ATAG
      ID := MCT(HEADER).EID
      ESADDR := (ID -1) * ESTLEN + ES1
CORP
```

A-18

APBU-00000895



```
PROC REDRAW-MENU (USE MENU)
        DATA
                SCALAR CURR-MENU: INTEGER
                SCALAR LOOP: INTEGER
        ATAD
        LOOP := 0
        WHILE
                LOOP =< MENU-DICT(MENU).N-CT-ELEMENTS
        DC
                LOOP := LOOP + 1
                RUN DRAW-ELEMENT (USE MENU, LOOP)
        DD
CORP
```

A-19

APBU-00000896



```
PROC SWAP-MENU (USE MENU)
     DATA
           SCALAR CURR-MENU: INTEGER
           SCALAR IMAGE-LOC: INTEGER
           SCALAR CURR-ICB: INTEGER (CURRENT ICB IN DISPLAY)
           SCALAR LOOP: INTEGER
     ATAD
     MENU-DICT(MENU).PREV-MENU := CURR-MENU
     IMAGE-LOC := MENU-DICT(MENU).FLAGS.ICB
     IMAGE-ARRAY(IMAGE-LOC).USAGE := IMAGE-ARRAY(IMAGE-LOC).USAGE + 1
     RUN LIGHT [<SET DRAW ICB TO IMAGE-LOC>]
     LOOP := 0
     WHILE
           LOOP =< MENU-DICT(MENU).N-ACT-ELEMENTS
     DO
           LOOP := LOOP + 1
           RUN DRAW-ELEMENT (USE MENU, LOOP)
     OD
     CURR-ICB := IMAGE-LOC
     CURR-MENU := MENU
     RUN LIGHT [<SET CURR-ICB TO DISPLAY>]
CORP
```

A-20

Patent No. 4,516,156                    Page 23 of 195



```
PROC DRAW-ELEMENT (USE MENU, ELEM)
  DATA
    SCALAR @MCT: INTEGER
    SCALAR EST-ENTRY: INTEGER
  ATAD
  @MCT := MENU-DICT(MENU).MCT  (@MCT WILL BE USED AS MCTI)
  EST-ENTRY := @MCT->MCT(ELEM).ENTITY_ID
  IF
    EST-ENTRY <> 0
  THEN
    @MCT->MCT(ELEM).NEXT-STATUS.BODY := EST(EST-ENTRY).FLAGS_ON
    @MCT->MCT(ELEM).NEXT-STATUS.INHIBIT-DRAW := EST(EST-ENTRY).FLAGS_PRESENT
  FI
  IF
    @MCT->MCT(ELEM).CURR-STATUS <> @MCT->MCT(ELEM).NEXT-STATUS
  THEN
    IF
      @MCT->MCT(ELEM).CURR-STATUS.BORDER <> @MCT->MCT(ELEM).NEXT-STATUS.BORDER
    THEN
      RUN CHANGE-BORDER (USE @MCT,ELEM)
    FI
    IF
      @MCT->MCT(ELEM).CURR-STATUS.BODY <> @MCT->MCT(ELEM).NEXT-STATUS.BODY
    THEN
      RUN CHANGE-BODY (USE @MCT,ELEM)
    FI
    IF
      @MCT->MCT(ELEM).CURR-STATUS.TEXT <> @MCT->MCT(ELEM).NEXT-STATUS.TEXT
    THEN
      RUN CHANGE-TEXT (USE @MCT->MCT(ELEM),ELEM)
    FI
    IF
      @MCT->MCT(ELEM).CURR-STATUS.INHIBIT-DRAW <>
      @MCT->MCT(ELEM).NEXT-STATUS.INHIBIT-DRAW
    THEN
      RUN ZAP-OUT (USE @MCT,ELEM)
    FI
    @MCT->MCT(ELEM).CURR-STATUS := @MCT->MCT(ELEM).NEXT-STATUS
COMP
```

A-21

APBU-00000898



```
PROC CHANGE-BORDER (USE @MCT,ELEM)
DATA
     SCALAR @DEL: INTEGER
     SCALAR @ELEM: INTEGER
     SCALAR COLOR: INTEGER (COLOR TO CHANGE BORDER)
     SCALAR T-COLOR: INTEGER (DEFAULT TOUCHED COLOR)
     SCALAR UT-COLOR: INTEGER (DEFAULT UNTOUCHED COLOR)
     SCALAR LOOP: INTEGER
ATAD
COLOR := T-COLOR
IF  @MCT-->MCT(ELEMENT).NEXT-STATUS.BORDER = 0
THEN  COLOR := UT-COLOR
FI
     @DEL := @MCT-->MCT(ELEM),DEL-ID
     @ELEM := @DEL-->DEL.SUB-ELEMENT
     RUN LIGHT (< SET 'HERE' COORDINATES TO @MCT.HERE>)
     LOOP := 0
DO     LOOP := LOOP + 1
UNTIL  LOOP > @DEL-->DEL.NO-SUB-ELEMENTS  OR  @ELEM-->SUB-ELEMENT(LOOP).CLASS = 1
OD
IF     LOOP > @DEL-->DEL.NO-SUB-ELEMENTS
THEN   RUN ERROR < PERFORM ERROR HANDLING >
ELSE   < CONSTRUCT LIGHT STRING USING @ELEM-->SUB-ELEMENT(LOOP).FILL,OFFSET
         AND COLOR>
       RUN LIGHT (< USING CONSTRUCTED LIGHT STRING >)
FI
CORP
```

A-22

```
PROC CHANGE-BODY (USE @MCT,ELEM)
      DATA
               SCALAR @DEL: INTEGER
               SCALAR @ELEM: INTEGER
               SCALAR COLOR: INTEGER
               SCALAR EST-ENTRY: INTEGER
               SCALAR CONTROLLER: INTEGER
      ATAD
      @DEL := @MCT-->MCT(ELEM).DEL-ID
      @ELEM := @DEL-->DEL.SUB-ELEMENT
      EST-ENTRY := @MCT-->MCT(ELEM).ENTITY.ID
      COLOR := @MCT-->MCT(ELEM).COLOR.BASE
      IF
               @MCT-->MCT(ELEM).NEXT-STATUS.BODY = 1 (ACTIVE)
      THEN
               IF
                        EST(EST-ENTRY).TYPE = 0 (CONTROLLED)
               THEN
                        CONTROLLER := EST(EST-ENTRY).CONTROLLED-BY
                        COLOR := EST(CONTROLLER).COLOR
                        EST(EST-ENTRY).COLOR := COLOR
               ELSE
                        COLOR := EST(EST-ENTRY).COLOR (NOT CONTROLLED)
               FI
      FI
      RUN LIGHT (< SET 'HERE' COORDINATES TO @MCT.HERE >)
      LOOP := 0
      WHILE
               LOOP =< @DEL-->DEL.NO-SUB-ELEMENTS
      DO
               LOOP := LOOP + 1
               IF
                        @ELEM-->SUB-ELEMENT(LOOP).CLASS = 2
               THEN
                        < CONSTRUCT LIGHT STRING WITH COLOR AND
                        @DEL.SUB-ELEMENT(LOOP).FILL-OFFSETS >
                        RUN LIGHT (< USE CONSTRUCTED STRING >)
               FI
      OD
      @MCT-->MCT(ELEMENT).COLOR.CURRENT := COLOR
```

A-23

APBU-00000900

Patent No. 4,516,156                     Page 26 of 195

```
PROC CHANGE-TEXT (USE @MCT,ELEMENT)
DATA
    SCALAR @DEL: INTEGER
    SCALAR @TEXT: INTEGER
    SCALAR @ELEM: INTEGER
    SCALAR LOOP: INTEGER
    SCALAR CHARACTER-WIDTH: INTEGER
    SCALAR CHARACTER-HEIGHT: INTEGER
ATAD
    @DEL  := @MCT->MCT(ELEMENT),DEL-ID
    @TEXT := @MCT->MCT(ELEMENT),TEXT-ID
    @ELEM := @DEL->DEL,SUB-ELEMENT
    LOOP  := 0
DO
    LOOP := LOOP + 1
    @ELEM->SUB-ELEMENT(LOOP),CLASS := 2 [BODY]
UNTIL LOOP > @DEL->DEL,NO-SUB-ELEMENTS
DO
    Y-POS := (@TEXT->TEXT,LENGTH/2) * CHARACTER-WIDTH
    Y-POS := @ELEM->SUB-ELEMENT(LOOP),TEAT-OFFSET,Y  - Y-POS
    RUN LIGHT [< SET 'THERE' COORDINATES TO @MCT->MCT(ELEMENT),HERE >]
IF @MCT->MCT(ELEMENT),NEXT-STATUS,TEXT = 0  (NO TEXT)
THEN
    <CONSTRUCT LIGHT STRING TO ZAP TEXT AREA
    COORDINATES FOR ZAP ARE @ELEM->SUB-ELEMENT(LOOP),TEXT-OFFSET,X,
    Y-POS, TEXT-HEIGHT AND @TEXT->TEXT,LENGTH * CHARACTER-WIDTH,
    GET COLOR FROM @MCT->MCT(ELEMENT),COLOR,CURRENT>
    RUN LIGHT [< USING CONSTRUCTED SENTENCE >]
ELSE
    < CONSTRUCT LIGHT STRING FOR TEXT, COORDINATES
    ARE @ELEM->SUB-ELEMENT(LOOP),TEXT-OFFSET,X AND Y-POS,
    COLOR WILL BE @MCT->MCT(ELEMENT),TEXT-COLOR,
    RUN LIGHT [< USING CONSTRUCTED SENTENCE >.]
FI
CORP.
```

A+24

APBU-00000901

```
PROC ZAP-OUT (USE @MCT,ELEM)
      DATA
            SCALAR @DEL: INTEGER
      ATAD
      RUN LIGHT [< SET 'HERE' TO @MCT-->MCT(ELEM).HERE >]
      @DEL := @MCT-->MCT(ELEM).DEL-ID
      <CONSTRUCT LIGHT STRING TO ZAP AREA,
      COORDINATES ONE 0,0,@DEL.TOLERANCE.X AND
      @DEL-->DEL.TOLERANCE.Y, COLOR WILL BE @MCT-->MCT(ELEM).COLOR.BASE >
      RUN LIGHT [< USE CONSTRUCTED SENTENCE >]
CCRP
```

A-25

APBU-00000902



```
PROC TOUCH (USE  ELEMENT; OUT:RC)
        DATA
            SCALAR RC, ELEMENT: INTEGER
            SCALAR @MCT: INTEGER
    ATAD
    @MCT := MENU-DICT(CURR-MENU).MCT
    RC := @MCT-->MCT(ELEMENT).CURR-STATUS.BORDER
    IF
            RC = 0
    THEN
            @MCT-->MCT(ELEMENT).NEXT-STATUS.BORDER := 1
    ELSE
            @MCT-->MCT(ELEMENT).NEXT-STATUS.BORDER := 0
    FI
    RUN DRAW-ELEMENT (USE  @MCT,ELEMENT)
CORP
```

A-26

Patent No. 4,516,156                    Page 29 of 195

```
PROC CCISPI            [TOUCH INTERPRETER]
    DATA
        SCALAR  ON: INTEGER
                MORE: LOGICAL
    ATAD
    ON := 1
    RUN FINDEL (ALT MEADDR)  [LOCATE TOUCHED ELEMENT]
    IF
        <ELEMENT FOUND>
    THEN
        RUN COMPRS
    FI
    <STACK ELEMENT>
    STACK(TOP).IFLAG := ON
    MORE := TRUE
    WHILE
        MORE
    DO
        IF
            <STACK EMPTY>
        THEN
            MORE := FALSE
        ELSE
            IF
                STACK(TOP).IFLAG = ON
            THEN
                RUN <IMMEDIATE ACTION ROUTINE>
            ELSE
                IF
                    STACK(TOP).DFLAG = ON
                THEN
                    RUN <DELAYED ACTION ROUTINE>
                ELSE
                    MORE := FALSE
                FI
            FI
        FI
        IF
            NOT MORE
        THEN
            RUN RNEXT (ALT PDMENU)
            RQMENU := PDMENU
            RUN DRMENU (USE RQMENU)
        FI
    OD
CORP
```

A-27

Patent No. 4,516,156



```
PROC GACTAD (USE ACTION.RTN, ALT ACTION.ADDR)   [MAP ACTION ROUTINES]
        DATA
                SCALAR  ORIGIN,
                        MMS.NUMBER,
                        MMR.NUMBER: INTEGER
        ATAD
        IF
                ACTION.RTN <> 0
        THEN
                ORIGIN := MMSTAB(ACTION.RTN)
                MMS.NUMBER := MMSTAB(ACTION.RTN + 1)
                BLOCKS := MMSTAB(ACTION.RTN + 2)
                MMR.NUMBER := ORIGIN/512 - 64
                WHILE
                        BLOCKS > 0
                DO
                        RUN MMRMAP (USE MMS.NUMBER, MMR.NUMBER)
                        MMS.NUMBER := MMS.NUMBER + 1
                        MMR.NUMBER := MMR.NUMBER + 1
                        BLOCKS := BLOCKS - 1
                OD
        FI
CORP
PROC FINDEL (USE X.TOUCH, Y.TOUCH)      [FIND THE TOUCHED ELEMENT]
        DATA
                SCALAR  LOOP,
                        X,
                        Y,
                        X.TOUCH,
                        Y.TOUCH: INTEGER
                SCALAR  FOUND: LOGICAL
        ATAD
        LOOP := MDT(CURPMA).NEL
        FOUND := FALSE
        MEADDR := MDT(CURPMA).MCT - MCTLEN
        WHILE
                LOOP > 0  AND NOT FOUND
        DO
                MEADDR := MEADDR + MCTLEN
                IF
                        MCT(MEADDR).DEL <> 0    [HAS A DEL ENTRY]
                THEN
                        IF
                                MCT(MEADDR).CURRENT.INSENSITIVE = <OFF>  AND
                                MCT(MEADDR).CURRENT.INHIBIT = <OFF>
                        THEN
                                X := X.TOUCH - MCT(MEADDR).XHERE
                                Y := Y.TOUCH - MCT(MEADDR).YHERE
                                IF
                                        X >= 0 AND Y >= 0
                                THEN
                                        RUN GELEAD (USE MEADDR, ALT DEADDR)
                                        IF
                                A-28
```



```
                                              X =< DEL(BEADER).XTOL
                                          AND Y =< DEL(BEADDR).YTOL
                            THEN
                                    FOUND := TRUE
                            FI
                FI
          F1
      F1
      LOOP := LOOP - 1
  OD
  IF
  THEN    NOT FOUND
          BEADDR := 0
      FI
CCRP
```

A-29

APBU-00000906



```
PROC LEXSCN       [LEXICAL SCANNER ROUTINE]
      DATA
            SCALAR LEXRC,
                  ELEMENT: INTEGER
            SCALAR FOUND: LOGICAL
      ATAD
      LEXRC := 0
      RUN COMPRS
      IF
            <STACK EMPTY>
      THEN
            LEXRC := 1
      ELSE
            RUN SRTES
            ELEMENT := STACK(TOP).ELEMENT
            IF
                  MCT(ELEMENT).SC = 2 AND <NUMBER STACKED = 1>
            THEN
                  LEXRC := 2
                  ERRMSG := 7
                  RUN GRNST
            ELSE
            IF
                  MCT(ELEMENT).SC <> 0
            THEN
                  RUN ESTADC (USE ELEMENT, ALT ESADDR)
                  IF
                        EST(ESADDR).CB <> 0
                  THEN
                        FOUND := FALSE
                        MEADDR := MDT(CURRMA).MCT
                        WHILE
                              (NOT FOUND) AND <MORE ELEMENTS>)
                        DO
                              IF
                                    MCT(MEADDR).ESID = EST(ESADDR).ID
                              THEN
                                    <STACK ELEMENT>
                                    FOUND := TRUE
                              ELSE
                                    MEADDR := MEADDR + MCTLEN
                              FI
                        OD
                  ELSE
                        LEXRC := 2
                        ERRMSG := 6
                        RUN GRNST
                  FI
            FI
      FI
CORP
```

                              A-30

Patent No. 4,516,156　　　　　　　　Page 33 of 195



```
PROC COMPRS              [COMPRESS SENTENCE STACK]
        DATA
                SCALAR  ELEMENT,
                        TOP,
                        PTR,
                        PTR2: INTEGER
                SCALAR  MORE,
                        MATCH: LOGICAL
        ATAC
        TOP := MDT(CURRMA).ELST
        MORE := TRUE
        WHILE
                MORE
        DO
                ELEMENT := STACK(TOP).ELEMENT
                PTR := TOP
                MATCH := FALSE
                WHILE
                        PTR > MDT(CURRMA).ESTK   OR  NOT MATCH
                DO
                        PTR := PTR - 1
                        IF
                                ELEMENT = STACK(PTR).ELEMENT
                        THEN
                                STACK(PTR).IFLAG = <DELETE>
                                STACK(TOP).IFLAG = <DELETE>
                                MATCH := TRUE
                        FI
                OD
                TOP := TOP - 1
                WHILE
                        STACK(TOP).IFLAG = <DELETE>  AND
                        MORE
                DO
                        TOP := TOP - 1
                        IF
                                TOP = MDT(CURRMA).ESTK
                        THEN
                                MORE := FALSE
                        FI
                OD
        PTR := MDT(CURRMA).ESTK
        PTR2 := 0
        TOP := MDT(CURRMA).ELST
        WHILE
                PTR =< TOP
        DO
                IF
                        STACK(PTR).IFLAG <> <DELETE>
                THEN
                        PTR2 := PTR2 + 1
                        STACK(PTR2).IFLAG := STACK(PTR).IFLAG
```

A-31

APBU-00000908

```
                    STACK(PTR2).DFLAG := STACK(PTR).DFLAG
                    STACK(PTR2).ELEMENT := STACK(PTR).ELEMENT
            IF
            PTR := PTR + 1
        OD
        MCT(CURRMA).ELST := PTR2
CORP
```

A-32



```
PROC SRTES            (SORT SENTENCE STACK)
    DATA
        ARRAY TEMP.STACK(1:1n)
        SCALAR I,SC,PTR: INTEGER
    ATAD
    I := 0
    SC := 0
    WHILE
        SC < 5
    DO
        PTR := STACK.BOTTOM
        WHILE
            PTR < STACK.TOP
        DO
            HEADDR := STACK(TOP).ELEMENT
            IF
                RCT(HEADDR).SC = SC
            THEN
                I := I + 1
                TEMP.STACK(I) := STACK(PTR)
            FI
            PTR := PTR + 1
        OD
        SC := SC + 1
    OD
    PTR := 0
    WHILE
        PTR <= I
    DO
        STACK(PTR) := TEMP.STACK(PTR)
        PTR := PTR + 1
    OD
CORP
```

A-33

```
PROC GDELAD (USE HEADER)        [GET DISPLAY ELEMENT ADDRESS AND MAP DEL]
    DATA
            SCALAR   DEL.ID,
                     DEL.INDEX,
                     MMS.NUMBER,
                     DEL.ORIGIN,
                     MAP.ORIGIN,
                     SDEL,          [LOCATION OF DEX AND DEL]
                     MMR.NUMBER: INTEGER
            ARRAY    DEX (1:NUMBER OF DEL ENTRIES) OF DEX-RECORD
            RECORD   DEX-RECORD
                     .ADDRESS: INTEGER
    ATAD
    DEL.ID = MCT(HEADER).DEL
    IF
        DEL.ID = 1
    THEN
            DEADDR = LOGO.ADDR      [FROM CONF INIT TABLE]
    ELSE
            DEADDR := 0
            MMS.NUMBER := SDEL(2)
            MMR.NUMBER := MAPDEL/512 - 64
            RUN MMRMAP (USE MMS.NUMBER, MMR.NUMBER)
            MAP.ORIGIN := MOD(DEX,512) + MAPDEL
            DEL.INDEX := DEL.ID * 2 + MAP.ORIGIN
            DEADDR := DEX(DEL.INDEX).ADDRESS
            DEL.ORIGIN := MMSTAB(SDEL + 1)
            MMS.NUMBER := (DEADDR - DEL.ORIGIN)/512 + MMS.NUMBER
            MMR.NUMBER := MAPDEL/512 - 64
            RUN MMRMAP (USE MMS.NUMBER, MMR.NUMBER)
            MMS.NUMBER := MMS.NUMBER + 1
            MMR.NUMBER := MMR.NUMBER + 1
            RUN MMRMAP (USE MMS.NUMBER, MMR.NUMBER)
            DEADDR := MOD(DEADDR,512) + MAPDEL
    FI
CORP
```

A-34

```
PROC GTELAD (USE MEADDR)        [GET TEXT ELEMENT ADDRESS AND MAP TEL]
     DATA
              SCALAR   TEL.ID,
                       TEL.INDEX,
                       MMS.NUMBER,
                       TEL.ORIGIN,
                       MAP.ORIGIN,
                       STEL,           [LOCATION OF TEX ADD TEL]
                       MMR.NUMBER: INTEGER
              ARRAY    TEX (1:NUMBER OF TEL ENTRIES) OF TEX-RECORD
              RECORD   TEX-RECORD
                       .ADDRESS: INTEGER
     ATAC

     TLADDR := 0
     MMS.NUMBER := STEL(2)
     MMR.NUMBER := MAPTEL/512 - 64
     RUN MHRMAP (USE MMS.NUMBER, MMR.NUMBER)
     MAP.ORIGIN := MOD(TEX,512) + MAPTEL
     TEL.ID := MCT(MEADDR).TEL
     TEL.INDEX := TEL.ID * 2 + MAP.ORIGIN
     TLADDR := TEX(TEL.INDEX).ADDRESS
     TEL.ORIGIN := MPSTAB(STEL + 1)
     MMS.NUMBER := (TLADDR - TEL.ORIGIN)/512 + MMS.NUMBER
     MMR.NUMBER := MAPTEL/512 - 64
     RUN MHRMAP (USE MMS.NUMBER, MMR.NUMBER)
     MMS.NUMBER := MMS.NUMBER + 1
     MMR.NUMBER := MMR.NUMBER + 1
     RUN MHRMAP (USE MMS.NUMBER, MMR.NUMBER)
     TLADDR := MOD(TLADDR,512) + MAPTEL
CORP
```

A-35

```
PROC GMCTAD (USE MCADDR)          (DO MCT MAPPING AND COMPUTE ADDRESSES)
   DATA
         SCALAR  MCT.ORIGIN,
                 MMS.NUMBER,
                 MMR.NUMBER,
                 SMCTF,            (MCT MAPPED LOCATION FROM LINKER)
                 LOOP: INTEGER
   ATAC
   MCT.ORIGIN := MMSTAB(SMCTF)
   MMS.NUMBER := MMSTAB(SMCTF+1)
   MMS.NUMBER := (MCADDR - MCT.ORIGIN)/512 + MMS.NUMBER
   MMR.NUMBER := MAPMCT/512 - 64
   LOOP := 4
   WHILE
         LOOP >0
   DO
         RUN MMRMAP (USE MMS.NUMBER, MMR.NUMBER)
         MMS.NUMBER := MMS.NUMBER + 1
         MMR.NUMBER := MMR.NUMBER + 1
         LOOP := LOOP - 1
   OD
   MCADDR := MOD(MCADDR,512) + MAPMCT
CORP
```

                              A-36

APBU-00000913



```
PROC MHMMAP (USE MAS, MMR)      [PERFORM MEMORY MAPPING]
       DATA
                     SCALAR   LOOP: INTEGER
                     ARRAY    MAPTAB (1:32) OF MAPTAB-ENTRY
                     RECORD   MAPTAB-ENTRY
                              .MMS
       ATAD
       IF
              MMS <> 0
       THEN
                     MMS := (MMS/8)*16 + MOD(MMS,8)
                     MMS := INVERT(MMS)              [1'S COMPLIMENT]
                     >F002 := MMR
                     >F004 := MMS
                     MAPTAB(MMR).MMS := MMS
       ELSE
                     LOOP := 0
                     WHILE
                            LOOP < 32
                     DO
                            IF
                                 MAPTAB(LOOP).MMS <> 0
                            THEN
                                 >F002 := LOOP
                                 >F004 := MAPTAB(LOOP).MMS
                            FI
                            LOOP := LOOP + 1
                     OD
       FI
       CORP
```

A-37

```
PROC GRRST (USE FLAG, ERR.NO)
        DATA
                SCALAR  ERR.NO,
                SAVEGO: INTEGER
        AT AC
        IF
                ERRMSG <> 0  OR  ERR.NO <> 0
        THEN
                <LOCATE GO KEY ELEMENT IN MENU>
                SAVEGO := <MCT ADDRESS OF GO KEY>
                IF
                        FLAG = <RESET>
                THEN
                        IF
                                MCT(SAVEGO).NEXT.BODY <> <OFF>
                        THEN
                                MCT(SAVEGO).NEXT.BODY = <OFF>
                                RUN CBODY (USE SAVEGO)
                                MCT(SAVEGO).CURRENT := MCT(SAVEGO).NEXT
                        ELSE
                                RUN ERRERS      [ERASE ERROR MSG]
                                ERRMSG := 0
                        FI
                ELSE
                        ERRMSG := MSG.NO
                        IF
                                <GO INDICATOR IS OFF>
                        THEN
                                <SET GO INDICATOR>
                        FI
                        IF
                                <A MSG ALREADY DISPLAYED>
                        THEN
                                RUN ERRERS
                        FI
                FI
        FI
CORP
```

                                        A-38

```
PROC ERRDSP              [DISPLAY A MESSAGE]
    DATA
        SCALAR CBOX: INTEGER
    ATAC
        <FIND CONTROL KEY BOX IN MENU>
        CBOX := <CONTROL BOX MCT ADDRESS>
        RUN LIGHT (USE RECTAN)           [ZAP AREA FOR MESSAGE]
        <CONVERT ERRMSG NUMBER TO ERROR TEXT ADDRESS>
        RUN LTEXT (USE <TEXT ADDRESS>)
        ERRFLG := ERRMSG        [INDICATE THAT MESSAGE IS DISPLAYED]
        <SET INSENSITIVITY BIT FOR EACH MENU ELEMENT WHERE
         MESSAGE IS DISPLAYED>
    CORP
```

A-39

Patent No. 4,516,156    Page 42 of 195

```
PROC ERRERS              [ERASE A DISPLAYED MESSAGE]
       DATA
              SCALAR  LOOP: INTEGER
                     FOUND: LOGICAL
       ATAC
       IF
              ERRFLG <> 0
       THEN
              RUN LIGHT (USE RECTAN)        [ZAP MESSAGE AREA]
              LOOP := 3
              ELEMENT := CBOX
              FOUND := FALSE
              WHILE
                     LOOP >0  OR NOT FOUND
              DO
                     ELEMENT := ELEMENT + XCILEM
              IF
                     IF
                            MCT(ELEMENT).CEL = GUKEY
                     THEN
                            FOUND := TRUE
                     ELSE
                            MCT(ELEMENT).CURRENT := 0
                            MCT(ELEMENT).NEXT := MCT(ELEMENT).DEFAULT
                            RUN DREL (USE ELEMENT)  [REDRAW ELEMENT]
                     FI
                     LOOP := LOOP - 1
              OD
              ERRFLG := 0
       FI
CORP
```

A-40

```
PROC GMSGAD (USE RQBIC, ALT RQB)        GET RQB MESSAGE ADDRESS
    DATA
        SCALAR  INDEX: INTEGER
    ATAG
        INDEX := RQBIC * 2 + RQBLKS
        RQB := RQBREC(INDEX)
CORP
```

A-41

APBU-00000918

```
PROC MSGDSP (USE FLAG, MSG.NO)
        DATA
              SCALAR  MSG.NO,
                      MSG.ADDR,
                      POS: INTEGER
              SCALAR  MSG024: STRING(66)
              SCALAR  FINISHED: LOGICAL
        ATAD
        IF
              MSG.NO > 4000              (MSG.NO IS AN ADDRESS)
        THEN
              MSG.ADDR := MSG.NO
              MSG.NO := 024
              POS := 0
              NUM.CHAR := 0
              FINISHED := FALSE
              WHILE
                      NOT FINISHED
              DO
                      MSG024(POS) := MSG.ADDR(POS)
                      IF
                            MSG024(POS) = 0  OR
                            POS > 66
                      THEN
                                  FINISHED := TRUE
                      ELSE
                                  POS := POS + 1
                      FI
              OD
        FI
        IF
              FLAG <> 0
        THEN
              RUN GMMST (USE 1)
        ELSE
              RUN ERRDSP
        FI
CORP
```

A-42



```
PROC RESET              [GENERAL CANCEL FUNCTION]]
    DATA
        SCALAR  PTR: INTEGER
    AIAD
    PTR := MDT(CURRMA).ELST         [TOP ELEMENT ON STACK]
    WHILE
        PTR <> MDT(CURRMA).ESTK
    DO
        MEADDR := STACK(PTR).ELEMENT    [GET STACKED ELEMENT]
        IF
            MCT(MEADDR).CURRENT.BORDER = <ON>
        THEN
            RUN TOUCH (USE MEADDR)
        FI
        PTR := PTR - 1
    OD
    IF
        CAMTCH = 0              [CAMERA IN LAST SENTENCE?]
    THEN
        MEADDR = CAMTCH + MCTLEN        [POINT TO FIRST PRESET]
        WHILE
            CAMLOP > 0
        DO
            IF
                MCT(MEADDR).CURRENT.BODY = <OFF>
            THEN
                RUN ESTADD (USE MEADDR, ALT ESADDR)
                EST(ESADDR).ON := <OFF>
                EST(ESADDR).FPRE := <OFF>
                EST(ESADDR).CE := 0
                RUN GDELAD (USE MEADDR, ALT DEADDR)
                RUN ZAPOUT (USE DEADDR)
                MCT(MEADDR).NEXT := MCT(MEADDR).DEFAULT
                MCT(MEADDR).CURRENT := MCT(MEADDR).DEFAULT
            FI
            CAMLOP := CAMLOP - 1
        OD
    FI
    CAMTCH := 0
    CURPRE := 0
    STACK.TOP := STACK.BOTTOM
    RUN GRMST (USE 0)      [ERASE MESSAGES]
CORP
```

A-43

```
PROC PREVUE
        DATA
            SCALAR PTR, PREVIEW.ID: INTEGER
        ATAD
        PTR := STACK.TOP
        PREVIEW.ID := 0
        WHILE
            (PTR > STACK.BOTTOM) AND (PREVIEW.ID = 0)
        DO
            MEADDR := STACK(PTR).ELEMENT
            RUN ESTADD (USE MEADDR, ALT ESADDR)
            IF
                ESADDR <> 0
            THEN
                IF
                    EST(ESADDR).TYPE = 1
                THEN
                    PREVIEW.ID := EST(ESADDR).ID
                ELSE
                    IF
                        EST(ESADDR).CH <> 0
                    THEN
                        PREVIEW.ID := EST(ESADDR).CH
                    FI
                FI
            OD
            IF
                PREVIEW.ID <> 0
            THEN
                <SEND PREVIEW MESSAGE>
                PREVIEW.FLAG := OFF
            FI
CORP
```

A-44

```
PROC SLCTME (USE READER)      [SELECT MUTUALLY EXCLUSIVE]
     DATA
          SCALAR CONFLICT, PTR: INTEGER
     ATAD
     RUN ESTADD (USE READER, ALT ESADDR)
     CONFLICT := EST(ESADDR).CONF
     IF
          CONFLICT <> 0
     THEN
          PTR := STACK.BOTTOM
          WHILE
               PTR <= STACK.TOP
          DO
               ELEMENT := STACK(PTR).ELEMENT
               RUN ESTADD (USE ELEMENT, ALT ESADDR)
               IF
                    CONFLICT <> EST(ESADDR).CONF
               THEN
                    RUN TOUCH (USE ELEMENT) [RETOUCH KEY IN CONFLICT]
                    STACK(PTR).IFLAG := >FF
               FI
               PTR := PTR + 1
          OD
     FI
     IF
          PREVIEW.FLAG = ON
     THEN
          RUN PREVUE
     FI
CORP
```

A-45



```
PROC STDFLT          [SET MASTER MENU DEFAULTS]
    DATA
        SCALAR SENTENCE, I, J, PTR: INTEGER
        SCALAR FOUND, MORE: LOGICAL
    ATAD
    SENTENCE := 0
    MORE := TRUE
    WHILE
        MORE
    DO
        SENTENCE := SENTENCE + 10
        I := SENTENCE
        J := 0
        FOUND := FALSE
        WHILE
            (J <= 9) OR (NOT FOUND)
        DO
            I = I + J
            PTR := 0
            WHILE
                (PTR <= EXTENT) AND (NOT FOUND)
            DO
                IF
                    EST(PTR).INIT = I
                THEN
                    RUN FINDIT (USE EST(PTR).ID)
                    IF
                        FOUND
                    THEN
                        <STACK ELEMENT>
                        STACK(TOP).IFLAG := ON
                        RUN EXEC11
                    FI
                ELSE
                    PTR := PTR + 1
                FI
            OD
            J := J + 1
        OD
        IF
            J > 1
        THEN
            RUN FINDIT (USE 0)
            RUN EXECIT
        ELSE
            MORE := FALSE
        FI
    OD
CORP
```

A-46

APBU-00000923



```
PROC LSENDS          [DISCONNECT LOOSE ENDS]
     DATA
          SCALAR SOURCE: INTEGER
     ATAD
     ESADDR := 0
     WHILE
          ESADDR <= ESTENT   [THIS LOOP DISCONNECTS ALL SINKS]
                             [WHOSE SOURCE HAS BEEN DISCONNECTED, AND]
                             [DISCONNECTS ALL SOURCES WHICH HAVE NO SINKS]
     DO
          IF
               EST(ESADDR).TYPE = 1
          THEN
               SOURCE := EST(ESADDR).ID
               IF
                    EST(ESADDR).FCN = <ON>
               THEN
                    <LOOP THROUGH THE EST LOOKING FOR A SINK
                    WHICH IS CONTROLLED BY THIS SOURCE.  IF NO
                    SINKS ARE FOUND, THEN SET EST(ESADDR).FCN
                    TO <OFF>>
               FI
               IF
                    EST(ESADDR).FCN = <OFF>
               THEN
                    <LOOP THROUGH THE EST LOOKING FOR ANY SINK
                    WHICH IS CONTROLLED BY THIS SOURCE.  WHEN
                    FOUND, SET EST FIELDS FOR, CB, COLOR TO OFF
                    AND SEND THE DISCONNECT MESSAGE>
               FI
          FI
          ESADDR := ESADDR + 1
     OD
CORP
```

A-47

```
PROC BACK              [BACK KEY, ALL MENUS]
        DATA
              SCALAR SAVE: INTEGER
        ATAD
        RUN RESET
        RQMENU := MDT(CURRMA).PM              [RQMENU = PREVIOUS MENU]
        RUN GMADDR (USE RQMENU, ALT MENUAD)   [GET NEW MENU MDT ADDRESS]
        SAVE := MDT(MENUAD).PM                 [SAVE NEW MENU PREVIOUS MENU]

        <TO PRE    DRMENU ALWAYS SETS THE NEW MENUS "PREVIOUS MENU" FIELD TO
        <BE THE MENU ID OF THE LAST MENU DRAWN.  TO AVOID GETTING>
        <INTO A MENU LOOP WHEN THE BACK KEY IS USED, WE LET THE   >
        <MENU WHICH WE ARE GOING BACK TO KEEP ITS EXISTING PREVIOUS>
        <MENU FIELD.>

        RUN DRMENU
        MDT(MENUAD).PM := SAVE
CORP
```

A-48

Patent No. 4,516,156                    Page 51 of 195

```
PROC HELP              [HELP KEY, ALL MENUS]
      DATA
      ATAD
      <POP THE STACK>
      IF
              ERRMSG <> 0    AND
              ERRMSG <> ERRFLG
      THEN
              RUN ERRDSP
      ELSE
              IF
                      <STACK IS EMPTY>
              THEN
                      PDMENU := MDT(CURRMA).HELP
              ELSE
                      PDMENU := MCT(MEADDR).HELP
              FI
              IF
                      PDMENU = 0
              THEN
                      <DISPLAY NO HELP AVAILABLE MSG>
              ELSE
                      RUN GMRST (USE 0)
              FI
      FI
CORP
```

A-49

APBU-00000926



```
PROC FINDIT (USF ID)    [FIND MCT ELEMENT WITH ESID OF ID]
    DATA
            SCALAR FOUND: LOGICAL
            SCALAR ID: INTEGER
    ATAD
    MEADDR := MDT(COBMNO).MCT
    FOUND := FALSE
    WHILE
            <MORE ELEMENTS> AND (NOT FOUND)
    DO
        IF
                ID = 0
        THEN
                    IF
                        MCT(MEADDR).DEL = <GO KEY>
                    THEN
                        FOUND := TRUE
                    ELSE
                        MEADDR := MEADDR + MCTLEN
                    FI
        ELSE
                    IF
                        MCT(MEADDR).ESID = ID
                    THEN
                        FOUND := TRUE
                    FI
        FI
    OD
CORP
```

A-50



```
PROC EXECIT          [EXECUTE DEFAULT STACK]
     DATA
          SCALAR MORE: LOGICAL
     ATAD
     MORE := TRUE
     WHILE
          MORE
     DO
          MORE := FALSE
          IF
               STACK(TOP).IFLAG = <ON>
          THEN
               RUN <IMMEDIATE ACTION ROUTINE>
               MORE := TRUE
          ELSE
               IF
                    STACK(TOP).IFLAG = <ON>
               THEN
                    RUN <DELAYED ACTION ROUTINE>
                    MORE := TRUE
               FI
     OD
CORP
```

A-51



```
PROC ZAPCAM (USE FLAG)    [ERASE A TOUCHED OR ACTIVE CAMERA]
    DATA
            SCALAR  FLAG:   LOGICAL
            SCALAR  LOOP:   INTEGER
            SCALAR  ELEM:   INTEGER
    ATAD
    IF
            CAMICH = 0
    THEN
            <RETURN>
    CURPRE := 0           [SET CURRENT PRESET OFF]
    IF
            CAMICH < 5000    [CAMERA IS NOT AN ADDRESS]
    THEN
            RUN FINDIT (USE CAMICH, MEADDR)
            <POP STACK>
    FI
    RUN COMPRS
    RUN ESTADD     (USE MEADDR, ALT ESADDR)
    IF
            FLAG = 1
    THEN
            EST(ESADDR).FON := 0
    FI
    LOOP := EST(ESADDR).FLD2       [GET NUMBER OF CAMERA PRESETS]
    ELEM := CAMICH
    WHILE
            LOOP > 0
    OC
            IF
                    MCT(ELEM).CURRENT.BORDER = <ON>
            THEN
                    MCT(ELEM).CURRENT.BORDER := <OFF>
                    RUN REFSTK  (USE ELEM)
            FI
            ELEM := ELEM + MCTLEN
            IF
                    LOOP <> 0
            THEN
                    RUN ESTADD (USE ELEM, ALT ESADDR)
                    IF
                            FLAG = 1 OR EST(ESADDR).FON = 0
                    THEN
                            EST.(ESADDR).FON := 0
                            EST.(ESADDR).FPRE := 0
                            EST.(ESADDR).CB := 0
                            EST.(ESADDR).COLOR := 0
                            MCT(ELEM).NEXT.INSENSITIVE := <ON>
                    FI
            FI
            LOOP := LOOP - 1
    DO
    RUN CAMHIN
```

A-52



```
          CAMICH := 0
          CAMLUP := 0
CCMP
```

A-53

APBU-00000930



```
PROC CAMRTN    [RETURN CAMERA TO LAST ACTIVE PRESET]
        DATA
                SCALAR  LOOP: INTEGER
                SCALAR  ELEM: INTEGER
        ATAL
        IF
                CAMTCH <> 0
        THEN
                LOOP := CAMLOP
                ELEM := CAMTCH
                WHILE
                        LOOP > 0
                DO
                        ELEM := ELEM + MCTLEN
                        IF
                                MCT(ELEM).CURRENT.BODY = <OFF>
                        THEN
                                LOOP := LOOP - 1
                        ELSE
                                RUN ESTADD (USE ELEM, ALT ESADDR)
                                RGBNO := 5
                                RUN GESGAD (USE RGBNO, ALT RGB)
                                RGB(7) := EST(ESADDR).FLD1
                                RUN ESTADD (USE CAMTCH, ALT ESADDR)
                                RGB(4) := EST(ESADDR).FLD1
                                RUN SYSREG (USE RGB)
                        FI
                DO
        FI
        FI
CORP
```

A-54



```
PROC REFSTK (USE ELEM)     (REMOVE ELEM FROM STACK)
        DATA
                SCALAR PTR: INTEGER
        ATAD
        PTR := STACK.BOTTOM
        WHILE
                PTR <> STACK.TOP
        DO
                PTR := PTR - 4
                IF
                        STACK(PTR).ELEMENT = ELEM
                THEN
                        STACK(PTR).IMMEDIATE := <DELETE>
                        PTR := STACK.TOP
                FI
        OD
CORP
```

A-55

APBU-00000932

PROC CHELEN    (CHANGE SINGLE MENU ELEMENT)
RUN DREL2 (USE CHELN)

CORP

A-56

APBU-00000933



```
PROC 1AR001      [YES KEY, MENU C1]
    PENELU := NO1*NO      [PENDING MENU = FIRST MENU]
    STACK.TOP := STACK.BOTTOM      [RESET STACK]
CORP
```

A-57

APBU-00000934

Patent No. 4,516,156

```
PROC IAR002    (NO KEY, MENU C1)
       PCMENU := CO2MAU        (PENDING MENU = SECOND CONTROL MENU)
       STACK.TOP := STACK.BOTTOM        (RESET STACK)
CORP
```

A-58

APBU-00000935

```
PROC IAR003    [BACK KEY, GENERAL MENUS]
     <POP STACK>
     RUN BACK
CCRP
```

A-59

APBU-00000936

```
PROC 1AH004    [GO KEY, MENUS C2,R1,R2 AND R3]
        <POP STACK>
        IF
                ERRMSG = <OR>    [ERROR PENDING]
        THEN
                RUN GRRST    [RESET ERROR]
        FI
        RUN NNEXT            [GET NEXT MENU NUMBER]
        IF
                C03DRW <> 0
        THEN    IF
                        PDMENU = R03RWU
                THEN    PDMENU := C03MNU      [SET TO MASTER MENU]
                FI
        FI
CORP
```

A-60

```
PROC LAK005    [TOUCH ELEMENT KEY]
    READER := STACK(STACK.TOP).ELEMENT
    RUN SUCTHE          [DO MUTUAL EXCLUSIVE TEST]
    RUN TOUCH (USE READER)   [TOUCH ELEMENT]
    STACK(STACK.TOP).TFLAG := <OFF>
CORP
```

A-61

```
PROC 1AR006    [X (CANCEL) KEY, MENU C2]
        IF
               ERRMSG = <ON>    [ERROR PENDING]
        THEN
               <POP STACK>
        ELSE
               PDMENU := C06RNU [GO TO MENU C6]
               STACK.TOP := STACK.BOTTOM
        F1
CORP
```

A-62

APBU-00000939

PROC 1A#007    [HELP KEY, GENERAL MENUS]
      <POP STACK>
      RUN HELP
CCRP

A-63

```
PROC 1AR008    [GO KEY, MENUS C3 AND C4]
    <POP STACK>
    IF
        ERRMSG = <ON>
    THEN
        RUN GRMST (USE 0)      [RESET ERROR]
    FI
    IF
    THEN     <STACK IS NOT EMPTY>
        RUN LEXSCN
        IF
            LEXRC = 0
        THEN
            STACK(STACK.TOP).DFLAG := <ON>
        FI
    ELSE
        IF
            <MENU = C03MNU>
        THEN
            R1 := 6        [SET ERROR NUMBER]
            R0 := 1
            RUN GRMST (USE R0,R1)   [INDICATE ERROR]
        ELSE
            R1 := 10       [SET ERROR NUMBER]
            R0 := 1
            RUN GRMST (USE R0,R1)   [INDICATE ERROR]
        FI
    FI
CORP
```

A-64

```
PROC IAROUM     [X KEY, MENUS R1, R2 AND R3]
        <POP STACK>
        IF
                ERRMSG = <ON>    [ERROR PENDING]
        THEN
                RUN GRMST (USE 0)       [RESET ERROR]
        ELSE
                STACK.TOP := STACK.BOTTOM       [RESET STACK]
                IF
                        CO3MRN = <OFF>   [MENU C3 HAS NOT BEEN DISPLAYED]
                THEN
                        PDMENU := CO2MNU
                ELSE
                        PDMENU := CO3MNU
                FI
        FI
CORP
```

A-65

```
PROC IAR010    (X KEY, MENUS C4, C5, C6 AND ALL HELPS)
    <POP STACK>
    IF
        ERRMSG = <ON>    [ERROR IS PENDING]
    THEN
        RUN GRMST (USE 0)    [RESET ERROR]
    FI
CORP
```

A-66

APBU-00000943

```
PROC IAR011      [FRONT, LEFT AND RIGHT CAMERAS]
    DATA
        SCALAR   LOOP,
                 PRESET,
                 CONTROL: INTEGER
    ATAD
    RUN SLCTME      [ELIMINATE MUTUALLY EXCLUSIVE TOUCHES]
    MEADDR := STACK(STACK.TOP).ELEMENT
    IF
        MEADDR := CAMTCH      [A RE-TOUCH]
    THEN
        RUN ZAPCAM           [ERASE THIS CAMERA]
        RUN RDMENU           [REDRAW THE MENU]
        <RETURN>
    FI
    RUN ESTADD (USE MEADDR, ALT ESADDR)
    LOOP := EST(ESADDR).FLD1      [GET NUMBER OF CAMERA PRESETS]
    CAMLOP := LOOP           [SAVE NUMBER OF PRESETS]
    CONTROL := EST(ESADDR).ID
    RUN TOUCH (USE MEADDR)
    WHILE
        LOOP > 0      [MORE PRESETS]
    DO
        MEADDR := MEADDR + ACTLEN      [POINT TO NEXT PRESET]
        RUN ESTADD (USE MEADDR, ALT ESADDR)
        IF
            EST(ESADDR).FLD2 <> 0      [PRESET HAS BEEN SET]
        THEN
            EST(ESADDR).PRESENT := <ON>
            EST(ESADDR).CB := CONTROL
        FI
        LOOP := LOOP - 1
    OD
    RUN RDMENU      [REDRAW THE MENU]
CORP
```

A-67

```
PROC 1AR033    (CCN_KEY(PREVIEW), MENU C03)
        STACK(STACK.TOP).IFLAG := <OFF>
        MEADDR := STACK(STACK.TOP).ELEMENT
        RUN TOUCH (USE MEADDR)
        IF
                PRVFLG = <ON>    (PREVIEW IS ALREADY ON)
        THEN
                PRVFLG := <OFF>
        ELSE
                PRVFLG := MEADDR
                RUN PREVUE
        FI
CCRP
```

A-68

APBU-00000945

```
PROC IAK014              [CAMERA PRESETS, MEMO C03]
    RUN SECINE     [CHECK FOR MUTUAL EXCLUSIVITY]
    MEADDR := STACK(STACK.TOP).ELEMENT
    STACK(STACK.TOP).IFLAG := <OFF>
    RUN TOUCH (USE MEADDR)
    FOUND := FALSE
    IF
            ACT(MEADDR).CURRENT.BORDER = <OFF>
    THEN
            CURPRE := 0
            RUN CAMRTN       [RETURN CAMERA TO OLD PRESET]
    ELSE
            IF
                    CURPRE <> 0      [THERE IS A CURRENT PRESET]
            THEN
                    RUN TOUCH (USE CURPRE)  [RE-TOUCH OLD PRESET]
                    RUN REFSTK (USE CURPRE) [REMOVE CURPRE FROM STACK]
            FI
            CURPRE := MEADDR
    IF
            CAMTCH <> 0      [A CAMERA HAS BEEN TOUCHED]
    THEN
            RUN ESTADD (USE CAMTCH, ALT ESADDR)
            ROBID := 5       [CAMERA GO TO PRESET MESSAGE]
            RUN GMSGAD (USE ROBID, ALT ROB)
            ROB(4) := EST(ESADDR).FLD1       [CAM   TO MSG]
            RUN ESTADD (USE CURPRE, ALT ESADDR)
            ROB(7) := EST(ESADDR).FLD1       [PRESET   TO MSG]
            RUN SYSREQ (USE ROB)
    FI
    IF
            PRVFLG = <ON>    [PREVIEW FLAG ON]
    THEN
            RUN PREVUE
    FI
    FI
CORP
```

                            A-69

```
PROC TAR015    [OVERHEAD TV MONITORS, MENU C03]
    IF
            <STACK IS FULL>
    THEN
            RUN CONFRS
    FI
    MEADDR := STACK(STACK.TOP).ELEMENT
    STACK(STACK.TOP).IFLAG := <OFF>
    RUN TOUCH (USE MEADDR)
    IF
            MCT(MEADDR).ID <> 27    [LEFT MONITOR IS 27]
    THEN
            MEADDR := MEADDR - MCTLEN        [POINT TO LEFT TV MONITOR]
    ELSE
            MEADDR := MEADDR + MCTLEN        [POINT TO RIGHT TV MONITOR]
    FI
    RUN TOUCH (USE MEADDR)
    STACK.TOP := STACK.TOP - 4
    STACK(STACK.TOP).ELEMENT := MEADDR      [STACK OTHER MONITOR]
    STACK(STACK.TOP).IFLAG := <OFF>
    STACK(STACK.TOP).DFLAG := <OFF>
CORP
```

A-70

```
PROC IARDIO          [AUDIO KEY]
  DATA
    SCALAR VALUE: INTEGER
  ATAD
  MEADDR := STACK(STACK.TOP).ELEMENT
  RGBID := 7          [AUDIO MESSAGE ID]
  RUN GMSGAD (USE RGBID, ALT RGB)          [GET AUDIO MESSAGE]
  IF
    ACT(MEADDR).CURRENT.BODY = <ON>          [AUDIO ON?]
  THEN                                       [YES]
    VALUE := 0
    RGB(RGBID).PARAMETERS := -1
  ELSE
    VALUE := 1
    RGB(RGBID).PARAMETERS := 1
  FI
  RUN SYSREQ          [SEND MESSAGE]
  RUN ESTADD (USE MEADDR, ALT ESADDR)
  EST(ESADDR).ON := VALUE
  RUN REMENU                [RE-DRAW THE MENU]
CORP
```

A-71

```
PROC IARUIN      [X (CANCEL) KEY, MENU C03]
         DATA
                 SCALAR PTR: INTEGER
                 SCALAR ELEM: INTEGER
         ATAC
                 STACK.TOP := STACK.TOP + 4      [POP X KEY FROM STACK]
                 IF
                         ERRMSG = <ON>           [ERROR PENDING]
                 THEN
                         RUN GRMST (USE 0)       [RESET ERROR]
                 ELSE
                         RUN COMPRS             [COMPRESS STACK]
                         IF
                                 <STACK IS EMPTY>
                         THEN
                                 ERRMSG := 4
                                 RUN GRMST (USE ERRMSG)
                         ELSE
                                 RUN SRTES      [SORT STACK]
                                 IF
                                         <HI-RES ELEMENT IS ON STACK>
                                 THEN
                                         ERRMSG := 2
                                         RUN GRMST (USE ERRMSG)
                                 ELSE
                                         ERRMSG := 0
                                         PTR := STACK.BOTTOM
                                         WHILE
                                                 PTR <= STACK.TOP AND ERRMSG = 0
                                         DO
                                                 ELEM := STACK(PTR).ELEMENT
                                                 RUN ESTADD (USE ELEM, ALT ESADDR)
                                                 IF
                                                         EST(ESADDR).ON = <OFF>
                                                 THEN
                                                         ERRMSG := 5
                                                         RUN GRMST (USE ERRMSG)
                                                 FI
                                                 PTR := PTR - 4  [POINT TO NEXT ELEMENT]
                                         OD
                                         IF
                                                 ERRMSG = 0
                                         THEN
                                                 PTR := STACK.BOTTOM
                                                 WHILE
                                                         PTR <= STACK.TOP
                                                 DO
                                                         ELEM := STACK(PTR).ELEMENT
                                                         RUN ESTADD (USE ELEM, ALT ESADDR)
                                                         RUN TOUCH (USE ELEM)
                                                         EST(ESADDR).ON := <OFF>
                                                         <SEND DISCONNECT MESSAGE>
                                                         PTR := PTR - 4
```

A-72

APBU-00000949



A-73

APBU-00000950

```
PROC 1AR017    (OTHER KEY, MENU C03)
         PCMENU := C04MNU         (PENDING MENU = MENU OF MENUS)
         RUN RESET               (ELIMINATE ALL MENU TOUCHES)
         STACK.TOP := STACK.BOTTOM      (RESET STACK)
CORP
```

A-74

APBU-00000951

```
PROC IAR019     (CAMERA KEY, MENU C05)
        DATA
                SCALAR  CAMERA,
                        CAM.ID,
                        CAM.NO: INTEGER
        ATAD
        STACK.TOP := STACK.BOTTOM    [RESET STACK]
        MEADDR := STACK(STACK.TOP).ELEMENT
        STACK.TOP := STACK.BOTTOM    [RESET STACK]
        IF      <CAMERA IS ON>
        THEN
                RUN IAR027    [TURN OFF CAMERA MOTION]
                RUN IAR19A    [DISCONNECT THIS CAMERA]
        FI
        RUN ESTADO (USE MEADDR, ALT ESADDR)
        IF
                MEADDR = CAMERA        [A RE-TOUCH]
        THEN
                CAMERA := 0
        ELSE
                EST(ESADDR).ON := <ON>
                CAMERA := MEADDR
                CAM.NO := EST(ESADDR).FLD1
                CAM.ID := EST(ESADDR).FLD2
                RGBID := 0
                RUN GRSGAD (USE RGBID, ALT RGB)
                RGB(4) := CAM.NO
                RUN SYSREG (USE RGB)
                RUN IAR19A        [CONNECT CAMERA]
        FI
        RUN RLMENU
CORP
```

                                A-75

APBU-00000952

```
PROC TAR19A (USE SWITCH)        [CONNECT/DISCONNECT CAMERA TO CCM]
     IF
          <CAMERA IS ON>
     THEN
               IF
                    <SWITCH = DISCONNECT>
               THEN
                         RQHID := 6     [DISCONNECT MESSAGE]
                         RUN GMSGAD (USE RQHID, ALT RQH)
                         RQH(6) := <EST ID OF CCM>
                         RUN ESTADD (USE CAMERA, ALT ESADDR)
                         EST(ESADDR).ON := <OFF>
                         RUN SYSREQ (USE RQH)
               ELSE
                         RQHID := 9     [CONNECT MESSAGE]
                         RUN GMSGAD (USE RQHID, ALT RQH)
                         RQH(2) := 6     [SET LENGTH OF MESSAGE]
                         RQH(6) := CAM.ID
                         RQH(8) := <EST ID OF CCM>
                         RUN SYSREQ (USE RQH)
               FI
     FI
CORP
```

A-76

Patent No. 4,516,156

```
PROC IAR020    (BACK KEY, MENU C05)
    STACK.TOP := STACK.BOTTOM          (RESET STACK)
    RUN IAR027                         (STOP CAMERA MOTION)
    RUN IAR19A (USE DISCONNECT)        (DISCONNECT CAMERA)
    CAMERA := 0
    RUN BACK

CORP
```

A-77

APBU-00000954

```
PROC IAR021     [HELP KEY, MENU C05]
        IF      <ERROR PENDING AND ERROR NOT DISPLAYED>
        THEN
                STACK.TOP := STACK.TOP + 4        [POP STACK]
                RUN ERRDSP                        [DISPLAY ERROR]
        ELSE
                RUN IAR027                        [STOP CAMERA MOTION]
                RUN IAR19A (USE_DISCONNECT)       [DISCONNECT CAMERA]
                CAMERA := 0
                RUN HELP
        FI
CORP
```

A-78

```
PROC IAR022          [CAMERA PRESET KEYS,CAMERA POSITIONING MENU]
        DATA
            SCALAR ELEM: INTEGER
        ATAD
        ELEM := STACK(STACK.TOP).ELEMENT
        STACK.TOP := STACK.BOTTOM      [RESET STACK]
        IF
                <CAMERA NOT ON>
        THEN
                ERRMSG := 12
                RUN GRMST (USE ERRMSG)
        ELSE
                PRESET := ELEM
                RUN IAR027      [STOP CAMERA MOTION]
                RUN ESTADD (USE ELEM, ALT ESADDR)
                EST(ESADDR).ON := 1
                RUN RDMENU
                ROBID := 4
                RUN GMSGAD (USE ROBID, ALT ROB)
                ROB(4) := CAM.NO
                ROB(6) := EST(ESADDR).FLD1
                RUN SYSREG (USE ROB)
                EST(ESADDR).ON := <OFF>
                RUN LIGHT (USE WAIT)
                RUN RDMENU
                <DETERMINE EST ID OF TOUCHED PRESET KEY>
                EST(ESADDR).FLD2 := -1   [INDICATE THAT PRESET IS SET]
        FI
CORP
```

A-79

```
PROC TAR023            [ZOOM KEYS, CAMERA POSITIONING MENU]
     DATA
          SCALAR   INDEX,
                   CAMERA: INTEGER
          ARRAY    ZOOM (1:4) OF ZOOM-ENTRY
          RECORD   ZOOM-ENTRY
                   .STEP,
                   .DIRECTION: INTEGER
     ATAD
     HEADDR := STACK(STACK.TOP).ELEMENT
     STACK.TOP := STACK.BOTTOM
     IF
          CAMERA = 0
     THEN
          ERRMSG := 12
          RUN GRMST (USE ERRMSG)
     ELSE
          RQBID := 2              [ZOOM MESSAGE]
          RUN GMSGAD (USE RQBID, ALT RQB)
          RQB(RQBID).MODIFIER := CAMERA.NUMBER
          MCT(HEADDR).NEXT.BODY := <ON>
          RUN SYSREQ (USE RQB)
          RUN RDMENU
          INDEX := (MCT(HEADDR).ID - 21)
          RQB(RQBID).PARAMETERS := ZOOM(INDEX).STEP
          RQB(RQBID).PARAMETERS(2) := ZOOM(INDEX).DIRECTION
          MCT(HEADDR).NEXT.BODY := <OFF>
          RUN RDMENU
     FI
CORP
```

A-80

```
PROC IAR024              [FOCUS KEYS, CAMERA POSITIONING MENU]
     DATA
          SCALAR   INDEX,
                   CAMERA: INTEGER
          ARRAY    FOCUS (1:4) OF FOCUS-ENTRY
          RECORD   FOCUS-ENTRY
                   .STEP,
                   .DIRECTION: INTEGER
     ATAD
     MEADDR := STACK(STACK.TOP).ELEMENT
     STACK.TOP := STACK.BOTTOM
     IF
          CAMERA = 0
     THEN
          ERRMSG := 12
          RUN GRMST (USE ERRMSG)
     ELSE
          RQBID := 3              [FOCUS MESSAGE]
          RUN GMSGAD (USE RQBID, ALT RQE)
          RQB(RQBID).MODIFIER := CAMERA.NUMBER
          MCT(MEADDR).NEXT.BODY := <ON>
          RUN SISKED (USE RQB)
          RUN RCMENU
          INDEX := (MCT(MEADDR).ID = 25)
          RQB(RQBID).PARAMETERS := FOCUS(INDEX).STEP
          RQB(RQBID).PARAMETERS(2) := FOCUS(INDEX).DIRECTION
          MCT(MEADDR).NEXT.BODY := <OFF>
          RUN RCMENU
     FI
CORP
```

A-81

```
PROC IAR025              (PAN/TILT, CAMERA POSITIONING MENU)
     DATA
            SCALAR  CAMERA,
                    SLEW.TOUCH,
                    INDEX: INTEGER
            ARRAY   SLEW (1:8) OF SLEW-ENTRY
            RECORD  SLEW-ENTRY
                    .PAN,
                    .TILT: INTEGER
     ATAD
     HEADDR := STACK(STACK.TOP).ELEMENT
     STACK.TOP := STACK.BOTTOM
     IF
            CAMERA = 0
     THEN
            ERRMSG := 12
            RUN GRMST (USE ERRMSG)
     ELSE
            ROBID := 1              (SLEW MESSAGE)
            RUN GMSGAD (USE ROBID, ALT RNG)
            ROB(ROBID).MODIFIER := CAMERA.NUMBER
            IF
                HEADDR = SLEW.TOUCH     (A RE-TOUCH?)
            THEN                        (YES)
                ROB(ROBID).PARAMETERS := <OFF>        (PAN)
                ROB(ROBID).PARAMETERS(2) := <OFF>     (TILT)
                RUN SYSREQ (USE ROB)
            ELSE
                IF
                    SLEW.TOUCH <> 0       (ANOTHER SLEW ON?)
                THEN                      (YES)
                    MCT(SLEW.TOUCH).NEXT.BODY := <OFF>
                    ROB(ROBID).PARAMETERS := <OFF>
                    ROB(ROBID).PARAMETERS(2) := <OFF>
                    RUN SYSREQ (USE ROB)
                FI
                MCT(HEADDR).NEXT.BODY := <ON>
                INDEX := (MCT(HEADDR).ID - 29)
                ROB(ROBID).PARAMETERS := SLEW(INDEX).PAN
                ROB(ROBID).PARAMETERS(2) := SLEW(INDEX).TILT
                RUN SYSREQ (USE ROB)
            FI
     FI
     RUN RDMENU
CCRP
```

A-82

```
PROC IAR026    [GO KEY, MENU C05]
    RUN IAR027    [STOP CAMERA MOTION]
    RUN IAR19A (USE DISCONNECT)
    CAMERA := 0
    RUN MNEXT    [GET NEXT MENU NUMBER]
    RUN GRNST (USE 0)    [RESET ANY PENDING ERRORS]
CORP
```

A-83

```
PROC 1AR027     (STOP SLEW CAMERA MOTION)
        DATA
                SCALAR  CAMERA,
                        SLEW.TOUCH,
                        PRESET: INTEGER
        ATAD
        IF
                <CAMERA ON AND SLEW ON>
        THEN
                MCI(SLEW.TOUCH).NEXT.BODY := <OFF>
                ROBID := 1
                RUN GMSGAD (USE ROBID, ALT ROE)
                ROB(6) := <OFF>
                RUN SYSREQ (USE ROB)
                SLEW.TOUCH := 0
                ROBID := 9
                RUN GMSGAD (USE ROBID, ALT ROE)
                RUN SYSREQ (USE ROB)    (DO A WAIT TIME)
                RUN RCMENU
        FI
        CORP
```

A-84

APBU-00000961



```
PROC RSTPST     [RESET MASTER MENU ACTIVE PRESETS]
        DATA
                SCALAR  LEFT,
                        PTR,
                        TYPE:   INTEGER
        ATAD
        IF
                <CAMERA TOUCHED>
        THEN
                RUN ESTADD (USE CAMERA, ALT ESADDR)
                IF
                        EST(ESADDR) = <LEFT CAMERA>
                THEN
                        PTR := <LEFT CAMERA PRESET 1 EST ID>
                        TYPE := >0400
                ELSE
                        PTR := <RIGHT CAMERA PRESET 1 EST ID>
                        TYPE := >0500
                FI
                FOUND := FALSE
                WHILE
                        EST(PTR).TYPE = TYPE AND NOT FOUND
                DO
                        PTR := PTR + ESTLEN
                        IF
                                EST(PTR).ON = 1         [PRESET IS ON]
                        THEN
                                FOUND := TRUE
                                EST(PTR).ON := <OFF>
                                EST(PTR).COLOR := 0
                                EST(PTR).CB := 0
                                EST(PTR).PRESET := 0
                        FI
                OD
        FI
CORP
```

A-85

```
PROC DAH001    [SOURCE - SINK CONNECTION]
    DATA
            SCALAR  SOURCE,
                    CONTROLLER,
                    COLOR,
                    PTR,
                    LOOP: INTEGER
            SCALAR  KEEP,
                    PRESET: LOGICAL
    ATAD

            RQBID := 8        [CONNECT MESSAGE]
            RUN GMSGAU (USE RQBID, ALT RQB)
            MEADDR := STACK(STACK.TOP).ELEMENT
            SOURCE := MEADDR
            MCT(MEADDR).NEXT.BORDER := <OFF>
            RUN ESTADD (USE MEADDR, ALT ESADDR)
            RQB(RQBID).PARAMETERS := SOURCE
            EST(ESADDR).FON := <ON>
            CONTROLLER := EST(ESADDR).ID
            COLOR := EST(ESADDR).COLOR
            WHILE
                    <STACK NOT EMPTY>
            DO
                    RUN POP-ELEM (ALT MEADDR)
                    MCT(MEADDR).NEXT.BORDER := <OFF>
                    RUN ESTADD (USE MEADDR, ALT ESADDR)
                    IF
                            MEADDR = <STILL FRAME> OR
                            MEADDR = <AUTO TRANSMIT>
                    THEN
                            <DETERMINE WHICH KEY WILL GO
                            ON AND WHICH WILL GO OFF, BASED
                            ON PREVIOUS STATE>
                    FI
                    RQB(RQBID).PARAMETERS(2) := EST(ESADDR).ID
                    IF
                            EST(ESADDR).COLOR <> COLOR OR
                            EST(ESADDR).FON = <OFF>
                    THEN
                            IF
                                    EST(ESADDR).TYPE =< 1
                            THEN
                                    IF
                                            EST(ESADDR).FON <> 0
                                    THEN
                                            RQB(RQBID).PARAMETERS := EST(ESADDR).CO
                                            RQB(RQBID).PARAMETERS(2) := EST(ESADDR).ID
                                            RUN SYSREQ (USE RQB)
                                    RQB(RQBID).PARAMETERS := SOURCE
                                    RQB(RQBID).PARAMETERS(2) := EST(ESADDR).ID
                            FI
                            RUN SYSREQ (USE RQB)
```

A-86

Patent No. 4,516,156

```
                         FI
               EST(ESADDR).CB := CONTROL
               EST(ESADDR).COLOR := COLOR
               EST(ESADDR).FUN := <ON>
               MCT(MEADDR).NEXT.BODY := <OFF>
               MCT(MEADDR).CURRENT.BODY := <OFF>
          FI
     OD
     IF
          SOURCE = CAMTCH          [SOURCE WAS A TOUCHED CAMERA]
     THEN
          PRESET := <TRUE IF A PRESET WAS TOUCHED,
                     FALSE IF A PRESET WAS NOT TOUCHED>
          PTR := CAMTCH
          WHILE
               CAMLOP > 0
          DO
               PTR := PTR + MCTLEN
               KEEP := FALSE
               IF
                    (PRESET  AND MCT(PTR).CURRENT.BORDER = <OFF>)
                    OR
                    (NOT PRESET  AND  MCT(PTR).CURRENT.BODY = <OFF>)
               THEN
                    RUN ESTADO (USE PTR, ALT ESADDR)
                    EST(ESADDR).CB := 0
                    EST(ESADDR).FCN := <OFF>
                    EST(ESADDR).FPRE := <OFF>
                    RUN ZAPOUT (USE PTR)      [ERASE PRESET]
                    MCT(PTR).CURRENT := MCT(PTR).NEXT
               FI
               CAMLOP := CAMLOP - 1
          OD
          CAMTCH := 0
     FI
     RUN LSENDS
CORP
```

A-87

A-88

APBU-00000965

Patent No. 4,516,156                    Page 91 of 195

```
PROC DAR003   (HI-RES SCREEN)
     STACK(STACK.TOP).DFLAG := <LF>
     ERRMSG := 2
     RUN GRMSG (USE ERRMSG)
CORP
```

A-89

APBU-00000966

```
PROC DAR004     [PREVIEW WITH NO SOURCE]
        STACK(STACK.TOP),DFLAG := <CFF>
        ERRMSG := 3
        RUN GRMST (USR ERRMSG)
CORP
```

A-90

APBU-00000967

```
*=========================================================
*PROC = CCTSPI
*
*    PROCEDURE NAME: CCTSPI
*
*    CCTSPI RECEIVES X AND Y TOUCH COORDINATES FROM THE
*    TOUCH SENSITIVE PANEL CONTROLLER.  IT LOCATES THE
*    ELEMENT TOUCHED (IF ANY), STACKS IT AND SETS ITS
*    IMMEDIATE FLAG ON.  THE NEXT PHASE OF THIS PROCEDURE
*    CONTINUALLY CHECKS THE TOP ELEMENT ON THE STACK TO
*    DETERMINE IF AN IMMEDIATE OR DELAYED ACTION SHOULD BE
*    CALLED.  AFTER EXECUTION OF AN ACTION ROUTINE, THE
*    TOP OF THE STACK IS AGAIN EXAMINED.  IF THE STACK IS
*    EMPTY OR BOTH FLAGS ARE OFF, THE PROCEDURE RETURNS TO
*    THE CALLER.
*
*    INPUT: R0 CONTAINS THE X COORDINATE
*           R1 CONTAINS THE Y COORDINATE
*    OUTPUT: NONE
*    RESULT: VARIABLE BASED ON ELEMENT STACKED
*    TO CALL: BL @CCTSPI
*
*=========================================================
```

A-91

APBU-00000968

```
*=========================================================
*PROC = GACTAD
*
*    PROCEDURE NAME: GACTAD
*
*    GACTAD WILL DERIVE THE ADDRESS OF A ACTION ROUTINE.
*
*    INPUT: R3 CONTAINS THE ACTION ROUTINE ADDRESS
*    OUTPUT: R3 CONTAINS THE MAPPED ADDRESS
*    RESULT: NONE
*    TO CALL: BL @GACTAD
*
*=========================================================
```

A-92

APBU-00000969

```
*=================================================================
*PROC = FINDEL
*
*  PROCEDURE NAME: FINDEL
*
*  FINDEL LOOPS THROUGH THE CURRENT MENU'S MCT TABLE TO
*  DETERMINE WHICH MENU ELEMENT WAS TOUCHED.  FIRST, THE
*  HERE COORDINATES IN THE MCT ARE SUBTRACTED FROM THE
*  COORDINATES SUPPLIED BY THE TOUCH SENSITIVE PANEL.  IF
*  EITHER X OR Y VALUE IS MADE NEGATIVE BY THE SUBTRACTION,
*  THEN THIS WAS NOT THE ELEMENT TOUCHED.  NEXT, THE
*  ELEMENT'S DISPLAY ELEMENT LIBRARY (DEL) ENTRY IS
*  FOUND.  IF THE COORDINATES ARE BOTH LESS THAN THE
*  X AND Y TOLERANCES FOUND IN THE DEL, THEN THIS IS THE
*  TOUCHED ELEMENT.  IF NOT, THE SEARCH CONTINUES UNTIL
*  ALL ELEMENTS ARE EXAMINED.  IF AN ELEMENT DOES NOT
*  HAVE A DEL ENTRY, OR ITS INSENSITIVE OR INHIBIT MCT
*  BITS ARE ON, THEN DO NOT TEST THIS ELEMENT.
*
*  INPUT: R0 CONTAINS X COORDINATE
*         R1 CONTAINS Y COORDINATE
*  OUTPUT: R2 CONTAINS THE TOUCHED ELEMENTS MCT ADDRESS,
*          OR ZERO IF NO ELEMENT IS FOUND.
*  RESULT: TOUCHED ELEMENT IS LOCATED IN THE MCT.
*  TO CALL: BL @FINDEL
*
*=================================================================
```

A-93

Patent No. 4,516,156

```
*=========================================================
*PROC = LEXSCN
*
*    PROCEDDURE NAME: LEXSCN
*
*    LEXSCN EXAMINES THE ELEMENT STACK TO DETERMINE IF ENOUGH
*    INFORMATION HAS BEEN GIVEN IN A CORRECT MANNER SO
*    THAT SUBSEQUENT ROUTINE ACTIONS WILL BE SUCCESSFUL.
*
*    BASIC REQUIRMENTS ARE SIMPLE.  EACH SENTENCE MUST
*    INCLUDE A SOURCE (CAMERA, SLIDE CAMERA, RECEIVE) AND
*    ONE OR MORE DESTINATIONS (TV SCREEN, OVERHEAD MONITORS,
*    SEND).  IF THE ELEMENT STACK DOES NOT INCLUDE A SOURCE
*    BUT DOES HAVE AN ACTIVE DESTINATION (A DESTINATION
*    WHICH IS CURRENTLY LINKED TO A SOURCE), THE SOURCE FOR
*    THAT DESTINATION IS PLACED ON THE STACK.
*
*    IF LEXSCN DETECTS AN ERROR, IT SETS LEXRC TO TWO (2)
*    AND INDICATES THE APPROPRIATE ERROR.
*
*    INPUT: ELEMENT STACK
*    OUTPUT: NONE
*    RESULT: ELEMENTS EITHER PASS OR FAIL SCAN
*    TO CALL: BL @LEXSCN
*
*=========================================================
```

A-94

APBU-00000971