```
*==============================================================
*PROC = COMPRS
*
*   PROCEDURE NAME: COMPRS
*
*   COMPRS EXAMINES THE CURRENT SENTENCE STACK AND DELETES
*   ALL DOUBLE TOUCHES FROM THE STACK. THIS PROCEDURE
*   PROCEEDS IN TWO PHASES.  FIRST, STORE THE TOP STACK
*   ELEMENT AND THEN SCAN THROUGH THE REST OF THE STACK
*   TO FIND AN IDENTICAL ELEMENT.
*   IF A MATCH IS FOUND, STASH OFF INTO THE
*   IMMEDIATE FLAG AREA OF BOTH ELEMENTS ON THE STACK.
*   NOW, POINT TO THE NEXT ELEMENT ON THE STACK WHICH HAS
*   NOT BEEN FLAGGED FOR DELETION, AND TRY TO FIND A MATCH
*   FOR IT.  THIS PROCEDURE CONTINUES UNTIL ALL ELEMENTS
*   HAVE BEEN EXAMINED.
*
*   THE SECOND PHASE OF COMPRS STARTS FROM THE BOTTOM OF
*   THE STACK AND PROCEEDS UPWARD.  ALL ELEMENTS WHICH
*   HAVE NOT BEEN FLAGGED FOR DELETION ARE COPIED DOWN
*   ONTO THE STACK, OVER WRITING ELEMENTS WHICH HAVE BEEN
*   FLAGGED FOR DELETION.
*
*   INPUT: CURRENT SENTENCE STACK
*   OUTPUT: COMPRESSED STACK
*   RESULT: DUPLICATE TOUCHES ARE ELIMINATED FROM THE STACK
*   TO CALL: BL @COMPRS
*
*==============================================================
```

A-95

APBU-00000972

Dockets.Justia.com

Patent No. 4,516,156

```
*================================================================
*PROC = SRTES
*
*    PROCEDURE NAME: SRTES
*
*    SRTES SORTS THE ELEMENT STACK BY THE SYNTACTIC CLASS OF
*    ITS ELEMENTS.  THE LOWEST CLASS IS SORTED TO THE TOP OF
*    THE STACK.  THE SORT IS DONE SIMPLY BY USING THE SYNTAX
*    CLASS OF EACH ELEMENT.
*
*    INPUT: SENTENCE STACK
*    OUTPUT: SORTED STACK
*    RESULT: STACK IS SORTED BY SYNTAX CLASS
*    TO CALL: BL @SRTES
*
*================================================================
```

A-96

APBU-00000973

```
*==========================================================
*MOD = MHANDLER
*
*    MODULE MHANDLER CONTAINS THE MENU HANDLER ROUTINES.
*    ALL ROUTINES WHICH CREATE, MODIFY OR DELETE THE MENUS
*    IS CONTAINED HERE.
*
*==========================================================
```

A-97

APBU-00000974

Case 3:06-cv-00019-MHP     Document 76-11     Filed 12/09/2006     Page 4 of 99

```
*===============================================================
*DATA
*
*    MODULE MHANDLER DATA FIELDS
*
*===============================================================
```

A-98

APBU-00000975

```
*=================================================
*PROC = DRMENU
*
*  PROCEDURE NAME: DRMENU
*
*  DRMENU IS THE ROUTINE WHICH MANAGES THE DRAWING OF
*  MENUS.  IF THE REQUESTED MENU IS THE CURRENT MENU, THEN
*  DRMENU CALLS RDMENU (RE-DRAW MENU).  IF THE REQUESTED
*  MENU IS NOT THE CURRENT MENU, DRMENU CHECKS TO SEE IF
*  THE REQUESTED MENU IS IN IMAGE MEMORY.  IF THIS IS THE
*  CASE, SWMENU (SWAP MENU) IS CALLED.  IF THE REQUESTED
*  MENU IS NOT THE CURRENT MENU AND IT IS NOT IN IMAGE
*  MEMORY, DRMENU WILL DRAW THE MENU.
*
*  DRMENU LOOPS THROUGH EACH MENU ELEMENT CONTAINED IN
*  THE MENU CONTROL TABLE (MCT) FOR THIS MENU.  IF THE
*  ELEMENT HAS NOT BEEN DISPLAYED BEFORE, THE DEFAULT
*  STATUS IS MOVED INTO THE NEXT STATUS FIELD.  IF THIS
*  MENU HAS BEEN DISPLAYED BEFORE, THEN SIMPLY CLEAR THE
*  CURRENT STATUS FIELD.
*
*  THE SUBSEQUENT MENU HANDLER ROUTINES KNOW WHAT FUNCTIONS
*  THEY MUST PERFORM BY THE CURRENT AND NEXT STATUS FIELDS.
*  EACH BIT IN THESE BYTES CORRESPONDS TO PART OF THE MENU
*  ELEMENT.  IF THE CORRESPONDING BITS IN THE CURRENT
*  STATUS EQUAL THE BITS IN THE NEXT STATUS, THEN THE
*  STATUS OF THIS PORTION OF THE ELEMENT IS UNCHANGED,
*  AND THE MENU ROUTINES RESPONSIBLE WILL DO NOTHING.
*  IF THE CORRESPONDING BITS ARE DIFFERENT,
*  THEN THE ASSOCIATED MENU ROUTINE WILL MAKE
*  THE ELEMENT CHANGES AND WILL UPDATE THE CURRENT STATUS.
*  IF A BIT IS ON (ONE) THEN IT SIGNALS THAT THE FEATURE IT
*  CORRESPONDS TO IS ON.  IF A BIT IS OFF (ZERO) THEN THIS
*  SIGNALS THAT THE FEATURE IS OFF.  WHEN THE BITS IN
*  THE TWO STATUS FIELDS DIFFER, THE NEXT STATUS BITS
*  DETERMINE WHAT WILL BE DONE.  THE CURRENT STATUS BITS
*  INDICATE HOW THE ELEMENT APPEARS CURRENTLY.
*
*  THE FOLLOWING CHART SHOWS THE FEATURES ASSOCIATED WITH
*  EACH BIT POSITION.  THESE BITS VALUES ARE IN THE
*  CURRENT, NEXT AND DEFAULT STATUS FIELDS OF THE MCT FILE.
*
*     BIT    HEX VALUE    ASSOCIATED FEATURE
*     ===    =========    ==================================
*      1       >80        ELEMENT BORDER ON/OFF
*      2       >40        ELEMENT BODY ON/OFF
*      3       >20        ELEMENT INSENSITIVITY ON/OFF
*      4       >10        ELEMENT INHIBIT ON/OFF
*      5       >08        ELEMENT TEXT ON/OFF
*      6       >04        RESERVED FOR FUTURE USE
*      7       >02        RESERVED FOR FUTURE USE
*      8       >01        NOT DRAWN ON/OFF (ONLY IN NEXT)
*
*  BIT 1--IF THIS BIT IS ON, THEN ELEMENT BORDER IS WHITE.
*    IF IT IS OFF, THE BORDER IS BLACK. IF BIT 1 IS OFF
```

A-99

```
 *       IN THE CURRENT STATUS AND ON IN THE NEXT STATUS,
 *       ROUTINE CBORD WILL TURN THE BORDER ON (TO WHITE).
 *       IF IT IS ON IN THE CURRENT STATUS AND OFF IN THE
 *       NEXT STATUS, THEN CBORD WILL TURN THE BORDER OFF.
 *
 *    BIT 2--IF THIS BIT IS ON, THEN THE ELEMENT BODY IS ON.
 *       THE ON COLOR IS DICTATED EITHER BY MCT FIELD MCCON
 *       OR BY THE ENTITY STATUS TABLE (EXPLAINED IN PROCEDURE
 *       ESTACD). IF BIT 2 IS OFF, THEN THE ELEMENT BODY IS
 *       OFF.  THE OFF COLOR IS ALWAYS INDICATED BY MCT FIELD
 *       MCCOFF.  THE ROUTINE CBODY HANDLES THE BODY.
 *
 *    BIT 3--IF BIT 3 IS ON, THEN THE ELEMENT IS INSENSITIVE
 *       TO THE TOUCH.  IF BIT 3 IS OFF, THEN IT IS SENSITIVE
 *       AND IS THEREFORE A VALID SENTENCE ELEMENT.
 *
 *    BIT 4--IF BIT 4 IS ON, THEN THE DRAWING OF THE ELEMENT
 *       IS INHIBITED, IT WILL NOT APPEAR ON THE MENU.  IF
 *       IT IS OFF, THEN THE ELEMENT WILL BE DISPLAYED AS
 *       PART OF THE MENU.  ROUTINE ZAPOUT HAS THE CAPABILITY
 *       OF ERASING AN ALREADY DISPLAYED ELEMENT.  THE
 *       DREL ROUTINE WILL DRAW AN ELEMENT THAT WAS PREVIOUSLY
 *       INHIBITED.
 *
 *    BIT 5--IF THIS BIT IS ON, THEN THE ELEMENT'S TEXT FIELD
 *       (IF ANY) WILL BE DRAWN INSIDE THE BODY OF THE
 *       ELEMENT.  IF BIT 5 IS OFF, THEN THE TEXT WILL NOT
 *       BE DISPLAYED.  ROUTINE CTEXT HANDLES THE ELEMENT
 *       TEXT.
 *
 *    BIT 8--THIS BIT IS ONLY USED IN THE NEXT STATUS FIELD AS
 *       AN INDICATOR THAT THIS ELEMENT HAS NEVER BEEN
 *       DISPLAYED BEFORE.  THROUGH THIS BIT, ROUTINE DRMENU
 *       KNOWS WHETHER TO USE THE DEFAULT STATUS BYTE OR
 *       THE NEXT STATUS BYTE TO DRAW THE ELEMENT.
 *
 *    INPUT: ROMENU CONTAINS THE REQUESTED MENU ID.
 *    OUTPUT: NONE
 *    RESULT: MENU DISPLAYED ON SCREEN
 *    TO CALL: BLWP @DRMENU
 *
 *===========================================================
```

A-100

```
*=====================================================
*PROC = GMADDR
*
*   PROCEDURE NAME: GMADDR
*
*   GMADDR GETS THE MENU MDT (MENU DICTIONARY TABLE) ADDRESS
*   FROM A MENU ID.
*
*   INPUT: R0 CONTAINS MENU ID NUMBER
*   OUTPUT: MENUAD CONTAINS MDT_ADDRESS, OR 0 IF NOT FOUND.
*   RESULT: NONE
*   TO CALL: BLWP @GMADDR    (EXTERNALLY)
*            BL  @GMA000     (WITHIN MMRTNS)
*
*=====================================================
```

A-101

```
*=============================================================
*PROC = MNEXT
*
*   PROCEDURE NAME: MNEXT
*
*   MNEXT DERIVES THE NEXT MENU NUMBER FROM FIELD MDNMM
*   (NEXT MENU MODIFIED) OR FIELD MDNM (NEXT MENU).  WHEN
*   THE MENU TABLES ARE ORIGINALLY CODED, EACH MENU IS
*   IN A CHAIN WITH A PRECEDING MENU AND A FOLLOWING MENU.
*   THE LOGICAL FOLLOWING (NEXT) MENU ID IS STORED IN MDT
*   FIELD MDNM.  THIS FIELD IS NOT CHANGED BY THE MENU
*   ROUTINES, AND AS LONG AS THE FIELD MDNMM IS ZERO, THEN
*   THE MENU MDNM WILL ALWAYS FOLLOW THIS MENU.  HOWEVER,
*   ON SOME OCCASIONS, THE MENU SOFTWARE WILL ALTER THE
*   NORMAL MENU FLOW.  WHEN THIS HAPPENS, A VALUE IS STORED
*   IN THE NEXT MENU MODIFIED (MDNMM) FIELD OF THE MDT. WHEN
*   MNEXT SEES A NON-ZERO MDNMM FIELD, THIS IS USED AS THE
*   NEXT MENU INSTEAD OF THE MDNM FIELD.  THUS ALTERING THE
*   MENU FLOW FROM ITS ORIGINAL STATE.
*
*   INPUT: NONE (CURRMA CONTAINS CURRENT MENU ADDRESS)
*   OUTPUT: PDMENU CONTAINS NEXT MENU PENDING VALUE
*   RESULT: NONE
*   TO CALL: BLWP @MNEXT
*
*=============================================================
```

```
*=========================================================
*PROC = ESTADD
*
*   PROCEDURE NAME: ESTADD
*
*   ESTADD DERIVES THE EST ENTRY ADDRESS FOR A GIVEN MENU
*   ELEMENT.
*
*   ALL MENU ELEMENTS WHICH CORRESPOND TO EQUIPMENT OR SOME
*   FUNCTION HAVE EST NUMBERS. THE ENTITY STATUS TABLE KEEPS
*   TRACK OF ELEMENTS WHOSE FUNCTION MAY BE GLOBAL OR WHOSE
*   STATUS MUST BE MAINTAINED. THE FOLLOWING TABLE DISCUSSES
*   SOME OF THE ASPECTS OF THE ENTITY STATUS TABLE.
*
*   FIELD-EXPLANATION
*   ===== =========================================
*
*   ESID-THE ID NUMBER OF THE EST ENTRY
*
*   ESTYPE-EST ENTRIES CAN BE OF SEVERAL TYPES.
*           TYPE 0 = AN ELEMENT CONTROLLED BY OTHERS
*           TYPE 1 = A CONTROLLING ELEMENT
*           TYPE 2 = NEITHER CONTROLLED OR CONTROLLING
*           TYPE 3 = FRONT CAMERA PRESETS
*           TYPE 4 = LEFT CAMERA PRESETS
*           TYPE 5 = RIGHT CAMERA PRESETS
*
*   ESCB-IF ESTYPE NOT = 1 OR 2, THEN THE CONTROLLED BY
*           FIELD WILL EQUAL TO THE EST ID OF THE ELEMENT
*           WHICH IS CONTROLLING THIS ELEMENT. WHEN THE
*           ELEMENT IS OFF OR NOT CONTROLLED, THE FIELD IS 0.
*
*   ESAME-ASSOCIATED MENU ELEMENT, NOT FUNCTIONING.
*
*   ESCOLR-FOR TYPE 1 ELEMENTS, ESCOLR IS THE UNIQUE COLOR
*           ASSOCIATED WITH A CONTROLLING ELEMENT. WHEN IT
*           CONTROLS OTHERS, THEIR ESCOLR FIELD TAKES ON THE
*           VALUE OF THE CONTROLLING ESCOLR VALUE.
*
*   ESFON-ON FLAG.  WILL BE ONE (1) WHEN THE ELEMENT IS ON,
*           AND ZERO WHEN THE ELEMENT IS OFF. THIS FIELD
*           OVERRIDES THE BODY BIT FLAG IN THE NEXT STATUS
*           FIELD. IF NEXT STATUS SHOWS OFF, BUT ESFON IS ON,
*           THEN THE BODY BIT IN NEXT STATUS IS TURNED ON.
*
*   ESFPRE-PRESENT FLAG. WHEN THIS FLAG IS ON (1) THEN THE
*           ELEMENT IS DRAWN ON THE MENU. WHEN IT IS OFF,
*           DRAWING OF THE ELEMENT IS INHIBITED. LIKE THE
*           ESFON FIELD, ESFPRE OVERRIDES THE INHIBIT BIT
*           FLAG IN THE NEXT STATUS FIELD.
*
*   ESDATA-DATA ASSOCIATED WITH THE ENTRY.  THIS FIELD IS
*           GENERALLY NOT USED BUT CAN BE VALUABLE ON AN
*           INDIVIDUAL BASIS.  ALL CAMERA PRESETS HAVE AN
*           ESDATA VALUE CORRESPONDING TO THEIR PRESET NUMBER.
*           AGAIN, THIS FIELD MAY HAVE VARIABLE INFORMATION
```

A-103

APBU-00000980

```
*         AND IS SPECIFIC TO AN ELEMENT.
*
*    ESCONF-CONFLICT FLAG.  ALL CONTROLLING ELEMENTS HAVE A
*         UNIQUE POWER OF 2 NUMBER ASSOCIATED WITH IT.
*         ELEMENTS WHICH MAY BE ASSOCIATED WITH A CERTAIN
*         CONTROLLING ELEMENT WILL HAVE THE BIT TURNED ON
*         IN ITS ESCONF FIELD ASSOCIATED WITH THE ELEMENTS
*         WHICH IT CAN BE CONTROLLED BY.
*
*    INPUT: R2 CONTAINS ELEMENT MCT ADDRESS
*    OUTPUT: ESADOR CONTAINS EST ADDRESS
*    RESULT: NONE
*    TO CALL: BLWP @ESTADD      (EXTERNALLY)
*         BL    @ESA000      (FROM WITHIN MHRTNS)
*
*=============================================================
```

A-104

```
*=========================================================
*PROC = TOUCH
*
*    PROCEDURE NAME: TOUCH
*
*    TOUCH IS THE ROUTINE THAT FLIPS THE BORDER BIT OF THE
*    MCT ELEMENT TOUCHED.  IF THE ELEMENT'S BORDER WAS
*    ALREADY ON, THEN TOUCH TURNS IT OFF, AND VICE VERSA.
*
*    INPUT: MEADDR CONTAINS THE MCT ELEMENT ADDRESS
*    OUTPUT: NONE
*    RESULT: BORDER TURNS ON/OFF
*    TO CALL: BL#P @TOUCH
*
*=========================================================
```

A-105

APBU-00000982

```
*=================================================
*PROC = LHERE
*
*    PROCEDURE NAME: LHERE
*
*    LHERE CREATES A LIGHT $HO,0; COMMAND AND THEN
*    PASSES IT TO LIGHT TO GIVE MENU ELEMENTS THEIR
*    OFFSETS.
*
*    INPUT: RO CONTAINS X COORDINATE
*           R1 CONTAINS Y COORDINATE
*    RESULT: LIGHT HERE COMMAND IS ISSUED
*    TO CALL: BLWP @LHERE
*=================================================
*=================================================
```

A-106

APBU-00000983

```
*===========================================================
*PROC = RDMENU
*
*   PROCEDURE NAME: RDMENU
*
*   RDMENU IS THE ROUTINE WHICH WILL RE-DRAW THE CURRENT
*   MENU.  REDRAWING IS SOMETIMES NECCESSARY TO MAKE MANY
*   CHANGES TO THE MENU WHERE INDIVIDUAL CALLS TO THE OTHER
*   MENU ROUTINES WOULD BE INEFFICIENT.  RDMENU LOOPS
*   THROUGH THE MCT ENTRIES CALLING EITHER DME000 OR DREL2
*   FOR EACH ENTRY.  IF SOMETHING HAS CHANGED SINCE THE
*   LAST TIME, THE CHANGE WILL BE REFLECTED IN/ON THE MENU.
*
*   INPUT: NONE
*   OUTPUT: NONE
*   RESULT: MENU IS REDRAWN
*   TO CALL: BLWP @RDMENU     (EXTERNALLY)
*            BL   @RDM000     (FROM WITHN MHRTNS)
*===========================================================
```

A-107

```
*=====================================================
*PROC = DREL AND DREL2
*
*    PROCEDURE NAME: DREL
*
*    DREL IS THE ROUTINE WHICH DRAWS THE INDIVIDUAL MENU
*    ELEMENTS.  I IT FIRST RETRIEVES THE EST ENTRY (IF ANY)
*    AND SETS THE BODY AND INHIBIT NEXT STATUS FLAGS TO
*    CORRESPOND TO THE ESFUN AND ESFPRE FLAGS IN THE EST.
*    NEXT, IF THE INHIBIT FLAG IS ON, JUST RETURN AFTER
*    SETTING THE CURRENT STATUS TO THE NEXT STATUS.
*    NOW, GET THE DEL ADDRESS FOR THE ELEMENT AND PASS THE
*    LIGHT STRING TO LIGHT FOR DRAWING.  NOW, SEE IF THE
*    CURRENT STATUS EQUALS THE NEXT STATUS.  IF IT DOES,
*    THEN THIS ELEMENT HAS NOT CHANGED AND NO FURTHER
*    WORK IS REQUIRED, JUST RETURN.  IF THE CURRENT AND NEXT
*    FIELDS ARE NOT EQUAL, THEN CHECK IN TURN THE BORDER
*    BIT, BODY BIT, INHIBIT BIT AND THE TEXT BIT FOR
*    EQUALITY.  WHEN A DIFFERENCE IN FOUND, CALL THE
*    APPROPRIATE ROUTINE TO MAKE THE CHANGE.
*
*    INPUT: R2 CONTAINS THE MCT ADDRESS OF THE ELEMENT
*    OUTPUT: CURRENT STATUS FIELD IS SET
*    RESULT: THE ELEMENT IS DRAWN
*    TO CALL: BLWP @DREL    (EXTERNALLY)
*             BL  @DRE000  (FROM WITHIN MHRTNS)
*
*
*    PROCEDURE NAME: DREL2
*
*    DREL2 IS CALLED WHEN THE ELEMENT IS TO BE UPDATED ONLY
*    IF THE STATUS BYTES HAVE CHANGED.  WHEN DREL IS CALLED,
*    IT ALWAYS DRAWS THE ELEMENT, DREL2 ONLY MAKES CHANGES TO
*    THE ELEMENT.
*
*    INPUT: R2 CONTAINS MCT ADDRESS
*    OUTPUT: NONE
*    RESULT: CHANGED ELEMENTS ARE UPDATED
*    TO CALL: BL @DREL2
*
*=====================================================
```

A-108

APBU-00000985

```
*===========================================================
*PROC = DELEM
*
*   PROCEDURE NAME: DELEM
*
*===========================================================
```

A-109

APBU-00000986

```
*================================================================
*PROC = CBORD
*
*   PROCEDURE NAME: CBORD
*
*   CBORD IS THE ROUTINE WHICH EITHER TURNS THE BORDER ON
*   OR OFF.  IT FIRST CHECKS FOR A BORDER ON THE ELEMENT.
*   IF IT IS FOUND, UPDATE THE ICB FIELD WITH THE X AND Y
*   HERE (DEXFIL, DEYFIL) VALUES.  THEN, BASED ON THE BORDER
*   BIT IN THE NEXT STATUS, IT LOADS THE ADDRESS OF THE
*   LIGHT STRING TO TURN THE BORDER ON/OFF.  LIGHT IS NOW
*   CALLED TO IMPLEMENT THE COMMAND.
*
*   INPUT: R2 CONTAINS THE MCT ELEMENT ADDRESS
*   OUTPUT: NONE
*   RESULT: BORDER GOES WHITE OR BLACK
*   TO CALL: BL @CBORD
*
*================================================================
```

A-110

```
*=====================================================
*PROC = CBODY
*
*   PROCEDURE NAME: CBODY
*
*   CBODY IS THE MENU ROUTINE WHICH CHANGES THE BODY
*   OF THE MENU ELEMENT.  WHEN THE BODY IS OFF, IT APPEARS
*   IN THE COLOR SPECIFIED IN THE MCCOFF FIELD OF THE MCT.
*   WHEN IT IS ON, THE COLOR CAN BE SPECIFIED EITHER IN THE
*   MCCON MCT FIELD, OR IF THAT FIELD IS BLACK (0), THEN
*   THE ENTITY ENTRY COLOR (ESCOLR) IS USED.  IF THIS FIELD
*   IS ZERO, THEN LOOK UP THE ESCOLR OF THE CONTROLLING
*   ELEMENT (IF ANY).  THIS WILL BE THE COLOR USED FOR
*   TURNING AN ELEMENT ON.  ONCE THE COLOR IS ASCERTAINED,
*   SIMPLY MOVE THE X AND Y HERE VALUES TO THE ICB.  THEN,
*   ADD THE DEL X AND Y FILL VALUES TO IT.  NOW LOAD THE
*   BODY CHANGE LIGHT COMMAND INTO R1 AND CALL LIGHT TO DO
*   THE WORK.
*
*   IF THERE IS TEXT INSIDE THE ELEMENT WHICH IS CURRENTLY
*   ON, THEN BEFORE THE ELEMENT BODY IS CHANGED, ERASE THE
*   TEXT.  THEN AFTER THE BODY IS CHANGED, ISSUE A LIGHT
*   DELAY COMMAND, AND THEN RE-DRAW THE TEXT.  THIS IS DONE
*   SO THAT THE INSIDE OF LETTERS SUCH AS THE "O" AND "A"
*   ARE FILLED IN WITH THE NEW COLOR.  THE DELAY IS TO GIVE
*   LIGHT TIME TO DO THE FILL BEFORE THE NEW TEXT IS DRAWN.
*
*   INPUT: R2 CONTAINS THE MCT ELEMENT ADDRESS
*   OUTPUT: NONE
*   RESULT: BODY GOES ON OR OFF
*   TO CALL: BLWP @CBODY     (EXTERNALLY)
*            BL   @CBD000    (FROM WITHIN MHRTNS)
*
*=====================================================
```

A-111

```
*=============================================================*
*PROC = CTEXT
*
*   PROCEDURE NAME: CTEXT
*
*   CTEXT IS THE ROUTINE WHICH CHANGES THE TEXT IN THE MENU
*   ELEMENTS.  BASED UPON THE TEXT BIT IN THE NEXT STATUS
*   FIELD, CTEXT EITHER ERASES THE EXISTING TEXT OR DRAWS
*   THE TEXT.  TO ERASE TEXT, SIMPLY WRITE THE TEXT AGAIN
*   IN THE BACKGROUND COLOR (MCCCUR).  THIS CAUSES THE TEXT
*   TO DISAPPEAR.  TO WRITE TEXT, DISPLAY IT IN THE COLOR
*   DESIGNATED FOR TEXT (MCCTXT) FOR THIS ELEMENT.  TEXT
*   WHICH OCCURS INSIDE OF MENU ELEMENTS IS ALWAYS CENTERED
*   HORIZONTALLY WITHIN THE ELEMENT.  VERTICAL SPACING IS
*   LEFT UP TO THE USER.
*
*   INPUT: R2 CONTAINS MCT ELEMENT ADDRESS
*   OUTPUT: NONE
*   RESULT: TEXT IS EITHER ERASED OR DISPLAYED
*   TO CALL: BLWP @CTEXT    (EXTERNALLY)
*           BL   @CTE000    (FROM WITHIN MHRINS)
*
*=============================================================*
```

A-112

```
*===================================================================
*PROC = ZAPOUT
*
*   PROCEDURE NAME: ZAPOUT
*
*   ZAPOUT IS THE ROUTINE WHICH IS CAPABLE OF ERASING AN
*   ELEMENT WHICH IS CURRENTLY DISPLAYED ON THE MENU.  THIS
*   IS ACCOMPLISHED BY DOING A RECTANGULAR ZAP IN THE
*   BACKGROUND COLOR OVER THE ELEMENT TO BE ZAPPED.
*   THEREFORE, ELEMENTS WHICH CANNOT BE COMPLETLY COVERED
*   BY A RECTANGULAR AREA WHICH COVERS ONLY ONE BACKGROUND
*   COLOR, CANNOT BE ZAPPED.  THE DIMENSIONS OF THE
*   RECTANGLE USED FOR ZAPPING ARE THE X AND Y TOLERANCE
*   FIELDS IN THE DEL ENTRY.
*
*   INPUT: R2 CONTAINS THE MCT ELEMENT ADDRESS
*   OUTPUT: NONE
*   RESULT: THE MENU ELEMENT IS ERASED
*   TO CALL: BLWP @ZAPOUT    (EXTERNALLY)
*           BL   @ZAP000     (FROM WITHIN MHRTNS)
*
*===================================================================
```

A-113

APBU-00000990

```
*====================================================================
*MOD = MHSUPRTN
*
*    THIS MODULE CONTAINS SUPPORT ROUTINES WHICH ARE USED
*    BY OTHER PROCEDURES WITHIN THE MENU HANDLER SYSTEM.
*    ROUTINES WILL BE "PERMANENTLY" MAPPED IN WHENEVER THE
*    MENU HANDLER SOFTWARE IS IN.
*
*====================================================================
```

A-114

APBU-00000991

```
*=======================================================
*DATA
*
*
*=======================================================
```

A-115

APBU-00000992

```
*==================================================================
*PROC = SLCTME
*
*   PROCEDURE NAME: SLCTME
*
*   SLCTME IS THE SUPPORT ROUTINE WHICH IMPLEMENTS
*   A GENERAL KEY ON ANY MENU.  SLCTME RECOGNIZES THE TOUCH
*   AND CLEARS THE IMMEDIATE AND DELAYED ACTION FLAGS.
*
*   INPUT: NONE
*   OUTPUT: NONE
*   RESULT: KEY BORDER REVERSES
*   TO CALL: BL @SLCTME
*==================================================================
```

A-116

```
*=========================================================
*PROC = PREVUE
*
*    PROCEDURE NAME: PREVUE
*
*    THIS PROCEDURE IS CALLED WHENEVER A NEW TOUCH HAS
*    BEEN ADDED TO THE STACK IF THE PREVIEW FLAG HAS
*    BEEN SET.  PREVUE WILL LOOK THROUGH THE STACK FOR
*    AN ELEMENT WHICH IS EITHER A SOURCE OR IS CURRENTLY
*    CONTROLLED BY A SOURCE.
*
*    IF SUCH AN ELEMENT IS FOUND, IT IS PREVIEWED.
*
*    INPUT: NONE
*    OUTPUT: NONE
*    RESULT: KEY BORDER REVERSES
*    TO CALL: BL $PREVUE
*
*=========================================================
```

A-117

APBU-00000994

```
;=============================================================
*PROC = STDFLT
*
*   PROCEDURE NAME: STDFLT
*
*   INPUT: NONE
*   OUTPUT: NONE
*   RESULT: KEY BORDER REVERSES
*   TO CALL: BL @STDFLT
*
;=============================================================
```

A-118

APBU-00000995

```
*=================================================================
*PROC = FINDIT
*
*   PROCEDURE NAME: FINDIT
*
*   FINDIT IS A UTILITY PROCEDURE FOR STUFLI.  IT SEARCHES THROUGH
*   THE CURRENT MENU'S MCT ENTRIES TO FIND THE ELEMENT WHICH HAS
*   THE ENTITY ID CONTAINED IN R1,  IF R1 = 0 THEN SEARCH FOR
*   THE GO ELEMENT.  THE MCT ADDRESS IS STORED IN R2.
*
*   INPUT: R1 CONTAINS EST ID
*   OUTPUT: R2 CONTAINS MCT ELEMENT ADDRESS
*   RESULT: NONE
*   TO CALL: BL @FINDIT
*
*=================================================================
*=================================================================
```

A-119

```
*=====================================================
*PROC = EXECIT
*
*    PROCEDURE NAME: EXECIT
*
*    EXECIT IS A UTILITY PROCEDURE FOR STDFLT.  ITS PURPOSE IS
*    TO PERFORM EITHER THE IMMEDIATE OR DELAYED ACTION ROUTINE
*    ASSOCIATED WHICH EACH ELEMENT STACKED.  THIS SUB-PROCEDURE
*    IS FUNCTIONALLY EQUIVALENT TO SECTIONS WITHIN CCTSPI.
*
*    INPUT: NONE
*    OUTPUT: NONE
*    RESULT: ACTION ROUTINE EXECUTED
*    TO CALL: BL @EXECIT
*
*=====================================================
*=====================================================
```

A-120

APBU-00000997

```
*==========================================================
*PROC = BACK
*
*  PROCEDURE NAME: BACK
*
*  BACK IS THE SUPPORT ROUTINE WHICH IMPLEMENTS
*  THE BACK KEY ON THE MENUS.  BACK ERASES ALL CURRENT
*  TOUCHES, DELETES THE STACK, GETS THE PREVIOUS MENU
*  NUMBER FROM MDPM, AND FINALLY DRAWS THE NEW MENU.
*
*  INPUT: NONE
*  OUTPUT: NONE
*  RESULT: ERASES ALL TOUCHES, DRAWS NEW MENU
*  TO CALL: BL @BACK
*
*==========================================================
```

A-121

APBU-00000998

```
*=========================================================
*PROC = HELP
*
*   PROCEDURE NAME: HELP
*
*   HELP IS THE SUPPORT ROUTINE ASSOCIATED WITH
*   ALL HELP KEYS.  IF THE HELP KEY IS TOUCHED AND THERE IS
*   AN ELEMENT ON THE SENTENCE STACK, HELP WILL GIVE HELP
*   ON THE TOUCHED ELEMENT IF THIS ELEMENT HAS A NON-ZERO
*   MCHELP FIELD IN ITS MCT ENTRY.  IF THERE ARE NO ELEMENTS
*   ON THE SENTENCE, HELP WILL GIVE GENERAL HELP ON THE
*   MENU IF THE MDHELP FIELD IN THE MDT ENTRY IS NON-ZERO.
*   IF HELP CANNOT GIVE HELP, THEN A NO HELP AVAILABLE
*   MESSAGE IS DISPLAYED.
*
*   THE HELP KEY HAS AN ADDITIONAL FUNCTION OF DISPLAYING
*   PENDING MESSAGES (INDICATED BY A RED GO KEY).
*   GENERALLY, WHEN A MESSAGE IS GENERATED, IT IS NOT
*   DISPLAYED IMMEDIATELY, INSTEAD, A FLAG IS RAISED TO TELL
*   THE USER THAT AN ERROR IS PENDING.  TO RECEIVE PENDING
*   ERRORS, THE USER HAS ONLY TO TOUCH THE HELP KEY.
*
*   THE HELP KEY DOES NOT ERASE THE PENDING ERROR AND IF
*   HELP IS RE-TOUCHED THE SAME MESSAGE WILL BE RE-DISPLAYED
*   UNLESS OTHER HELP IS AVAILABLE IN THE FORM OF MCHELP
*   OR MCHELP.
*
*   INPUT: NONE
*   OUTPUT: NONE
*   RESULT: HELP MENU DISPLAYED, ERROR GENERATED OR ERROR
*           DISPLAYED.
*   TO CALL: BL @HELP
*
*=========================================================
```

A-122

```
*================================================================
*PROC = RESET
*
*   PROCEDURE NAME: RESET
*
*   RESET IS THE SUPPORT ROUTINE WHICH IMPLEMENTS
*   THE X KEY FUNCTIONS ON MANY OF THE MENUS.
*   IT PERFORMS THE FOLLOWING FUNCTIONS:
*
*       *   RE-TOUCHES ALL TOUCHED ELEMENTS
*       *   CLEARS AND RELEASES THE STACK
*       *   ERASES PENDING OR DISPLAYED ERRORS
*       *   ERASES CAMERA PRESETS, IF NECESSARY
*
*   INPUT: NONE
*   OUTPUT: NONE
*   RESULT: MENU RETURNS TO PRE-SENTENCE STATE.
*   TO CALL: BL @RESET
*
*================================================================
```

A-123

```
*==================================================================
*PROC = ZAPCAM
*
*     PROCEDURE NAME: ZAPCAM
*
*     ZAPCAM WILL ERASE ALL CAMERA PRESETS, TAKE THE CAMERA
*     OFF OF THE STACK, AND TURN THE ON CAMERA AND ON PRESET
*     OFF IS R0 IS SET TO 1.
*
*     INPUT: R0, WHEN =0, JUST ERASE TOUCHES AND PRESETS,
*            WHEN =1, TURN OFF AS WELL AS ERASE.
*     CAMTCH CONTAINS EITHER THE MCT ADDRESS OF THE
*            CAMERA OR THE ENTITY ID OF SAME.
*     OUTPUT: NONE
*     RESULT: CAMERA AND PRESET TOUCHES ARE ERASED.
*     TO CALL: BLWP @ZAPCAM
*
*==================================================================
```

A-124

```
*=====================================================================
*PROC = LSENDS
*
*   PROCEDURE NAME: LSENDS
*
*   THIS ROUTINE IS CALLED WHEN A CHANGED HAS BEEN MADE
*   IN THE CONNECTIONS CF SINKS AND SOURCES.  IT CHECKS
*   THE ENTITY STATUS TABLE FOR ANY SOURCES WITH NO
*   ACTIVE SINKS AND DEACTIVATES THE SOURCE.  IT ALSO
*   CHECKS FOR DEACTIVATED SOURCES THAT HAVE SINKS
*   STILL ACTIVE AND GENERATES SYSTEM REQUESTS TO
*   DEACTIVATE THE SINKS.
*
*   INPUT:  ENTITY STATUS TABLE
*   OUTPUT: MODIFIED ENTITY STATUS TABLE
*           SYSTEM REQUESTS
*   RESULT: LOOSE ENDS OF DEVICE CONNECTIONS CLEANED UP
*   TO CALL:  BL @LSENDS
*
*=====================================================================
*=====================================================================
```

A-125

APBU-00001002

```
*=====================================================================
*PROC = REFSTK
*
*    PROCEDURE NAME: REFSTK
*
*    REFSTK WILL REMOVE AN ELEMENT FROM THE SENTENCE
*    STACK.  THE ELEMENT TO BE REMOVED MCT ADDRESS IS
*    STORED IN R1 BEFORE CALLING THIS ROUTINE.
*
*    INPUT: R1 CONTAINS MCT ADDRESS OR ELEMENT
*    OUTPUT: NONE
*    RESULT: ELEMENT IS REMOVED FROM STACK
*    TO CALL: BL @REFSTK
*
*=====================================================================
*=====================================================================
```

A-126

```
*======================================================================
*PROC = CHELEM
*
*    PROCEDURE NAME: CHELEM
*
*    THIS PROCEDURE ALLOWS THE USER TO CHANGE (RE-DRAW,
*    RE-COLOR ETC.) A SINGLE MENU ELEMENT.  IF MORE THAN
*    ONE ELEMENT IS TO BE CHANGED, THE BEST PROCEDURE
*    TO USE IS RDMENU.
*
*    INPUT: CHELM CONTAINS ELEMENT MCT ADDRESS
*    OUTPUT: NONE
*    RESULT: ELEMENT IS RE-DRAWN
*    TO CALL: BLWP @CHELEM
*
*======================================================================
*======================================================================
```

A-127

```
*=========================================================
*PROC = MHRHHD
*
*    PROCEDURE NAME: MHRHHD
*
*    THIS PROCEDURE WILL INTERPRET A MESSAGE FROM THE
*    HAND HELD DEVICE. THE RECALL FROM STORAGE (NOT
*    AVAILABLE ON THE ALLSTATE TYPE SYSTEM) WILL EITHER
*    BE ADVANCED OR REVERSED BY THIS COMMAND.
*    THE MESSAGE TEXT IS AS FOLLOWS:
*
*         FC00 -- COMMAND CODE
*         0000 -- VIDEO/HI-RES CODE
*         0000 -- FORWARD/REVERSE CODE
*
*    INPUT: MESSAGE BUFFER IN R1
*    OUTPUT: NONE
*    RESULT: MENU IS UPDATED AND NEW IMAGE SHOWN
*    TO CALL: BLWP @MHRHHD
*
*=========================================================
*=========================================================
```

A-128

```
*===========================================================
*PROC = MHRSCP
*
*    PROCEDURE NAME: MHRSCP
*
*    THIS PROCEDURE WILL INTERPRET A MESSAGE FROM THE
*    SCP APT (NOT AVAILABLE ON ALLSTATE TYPE SYSTEMS).
*    THE MESSAGE FORMAT IS:
*
*    F800 -- COMMAND CODE
*    0000 -- ENTITY ID OF OBJECT TO MODIFY
*    0000 -- ON/OFF FLAG
*    0000 -- ENTITY ID OF SOURCE (IF ANY)
*
*    INPUT: MESSAGE BUFFER IN R1
*    OUTPUT: NONE
*    RESULT: MENU IS UPDATED
*    TO CALL: BLWP @MHRSCP
*
*===========================================================
```

A-129

```
*===================================================================
*PROC = SINIT
*
*    PROCEDURE NAME: SINIT
*
*    THIS PROCEDURE SENDS SYSTEM REQUEST MESSAGES TO
*    TURN OFF THE AUDIO AND ALL CONTROLLED BY ENTITIES.
*
*    INPUT: NONE
*    OUTPUT: SYSTEM MESSAGES
*    RESULT: ALL DEVICES ARE TURNED OFF
*    TO CALL: BL @SINIT
*
*===================================================================
*===================================================================
```

A-130

APBU-00001007

```
*==============================================================
*MOD = MHMAPRTN
*
*    THIS MODULE CONTAINS THE ROUTINES USED BY THE MENU
*    HANDLER SOFTWARE TO MAP MODULES/PROCEDURES IN TO
*    MEMORY.
*
*==============================================================
```

A-131

```
==============================================================
*DATA
*
==============================================================
```

A-132

APBU-00001009

```
*=================================================================
*PROC = GDELAD
*
*   PROCEDURE NAME: GDELAD
*
*   GDELAD WILL DERIVE THE ADDRESS OF THE DISPLAY ELEMENT
*   LIBRARY (DEL) ENTRY FOR A GIVEN MENU ELEMENT.
*   THIS SECTION OF THE DEL WILL THEN BE MAPPED INTO
*   MEMORY.
*
*   INPUT: R2 CONTAINS THE ELEMENTS MCT ADDRESS
*   OUTPUT: DEADDR CONTAINS THE DEL ADDRESS
*   RESULT: NONE
*   TO CALL: BLWP @GDELAD    (EXTERNALLY)
*
*=================================================================
```

A-133

```
*=====================================================================
*PROC = GTELAD
*
*    PROCEDURE NAME: GTELAD
*
*    GTELAD WILL DERIVE THE ADDRESS OF THE TEXT ELEMENT
*    LIBRARY (TEL) ENTRY FOR A GIVEN MENU ELEMENT.
*    THIS SECTION OF THE TEL WILL THEN BE MAPPED INTO MEMORY.
*
*    INPUT: R3 CONTAINS TEXT ID NUMBER
*    OUTPUT: TLADDR CONTAINS THE TEL ADDRESS
*    RESULT: NONE
*    TO CALL: BLWP @GTELAD    (EXTERNALLY)
*
*=====================================================================
```

A-134

APBU-00001011

```
*====================================================================
*PROC = GMCTAD
*
*    PROCEDURE NAME: GMCTAD
*
*    GMCTAD WILL DERIVE THE ADDRESS OF THE MCT ENTRY
*    FOR A GIVEN MENU MDT ENTRY.
*
*    INPUT: R2 CONTAINS THE ELEMENTS MCT ADDRESS
*    OUTPUT: MCADDR CONTAINS THE MCT ADDRESS
*    RESULT: NONE
*    TO CALL: BLWP @GMCTAD    (EXTERNALLY)
*
*====================================================================
```

A-135

```
*=======================================================
*PROC = MHRMAP
*
*   MHRMAP IS THE PROCEDURE WHICH IMPLEMENTS MEMORY MAPPING
*   FOR THE MENU SOFTWARE.  IT WILL ALSO RESTORE THE LAST
*   MEMORY MAPPING IF REQUESTED.
*
*   INPUT: R0 CONTAINS THE MMS
*          R1 CONTAINS THE MMR
*
*          IF R0 IS LESS THAN 0, THEN THE LAST MEMORY
*          MAPPING WILL BE RESTORED.
*
*   OUTPUT: NONE
*   RESULT: MEMORY SEGMENTS MAPPED.
*   TO CALL: BLWP @MHRMAP    (EXTERNALLY)
*
*=======================================================
```

A-136

```
*=================================================
*MOD = MHMSGS
*
*    MODULE MHMSGS MAINTAINS A LIBRARY OF ALL MESSAGES WHICH
*    ARE DISPLAYABLE BY THE TELE-CONFERENCING SYSTEM THROUGH
*    THE MENU DISPLAY SYSTEM.  IT ALSO MAINTAINS THE LIBRARY
*    OF MESSAGES WHICH ARE SENT TO OTHER ROUTINES TO
*    IMPLEMENT THE FUNCTIONS OF THE MENUS.  THIS MODULE
*    CONSISTS OF FIVE PROCEDURES. THEY ARE GRMST, ERRDSP,
*    ERRERS, GKSGAD AND MSGDSP.  THE FUNCTIONS OF EACH
*    PROCEDURE ARE DESCRIBED AT THE BEGINNING OF EACH PROC.
*
*=================================================
```

A-137

```
*========================================================
*DATA
*
*========================================================
```

A-138

APBU-00001015

```
*================================================================
*DATA
*
*================================================================
```

A-139

APBU-00001016

```
*===============================================================
*DATA
*     REQUEST MESSAGE BLOCKS
*
*===============================================================
```

A-140

APBU-00001017

```
*=======================================================
*PROC = GRMST
*
*   PROCEDURE NAME: GRMST
*
*   GRMST SETS AND RESETS THE ERROR INDICATOR.  THE ERROR
*   INDICATOR IS INCORPORATED WITHIN THE GO KEY ELEMENT. IF
*   AN ERROR IS PENDING, THE "GO" CHARACTERS ARE DISPLAYED
*   IN RED.  IF THERE IS NOT AN ERROR PENDING, THEN THE
*   "GO" CHARACTERS ARE DISPLAYED IN GREEN.  WHEN AN ERROR
*   IS PENDING, TOUCHING THE "HELP" KEY WILL CAUSE THE ERROR
*   TO BE DISPLAYED ON THE LEFT SIDE OF THE CONTROL KEY
*   BOX.
*
*   INPUT: R0 = FLAG, FLAG = 0 FOR ERROR RESET,
*                     FLAG = 1 FOR ERROR SET.
*          R1 = MESSAGE NUMBER
*   OUTPUT: NONE
*   RESULT: GO ELEMENT TURNS RED (R0 = 1) OR
*           GREEN (R0 = 0).
*   TO CALL: BL @GRMST
*
*=======================================================
```

A-141

```
*==================================================================
*PROC = ERRDSP
*
*   PROCEDURE NAME: ERRDSP
*
*   ERRDSP CONVERTS A MESSAGE NUMBER (ERRMSG) INTO A MESSAGE
*   ADDRESS AND DISPLAYS THE MESSAGE ON THE MENU.
*   IT ALSO SETS ERRFLG TO INDICATE THAT AN ERROR IS
*   CURRENTLY BEING DISPLAYED.
*
*   INPUT: ERRMSG = MESSAGE NUMBER
*   OUTPUT: NONE
*   RESULT: MESSAGE IS DISPLAYED IN CONTROL KEY BOX
*   TO CALL: BL @ERRDSP
*
*==================================================================
```

A-142

APBU-00001019

```
*===========================================================
*PROC = ERRERS
*
*    PROCEDURE NAME: ERRERS
*
*    ERRERS WILL ERASE ANY MESSAGE DISPLAYED AND WILL RESET
*    THE MESSAGE INDICATORS AS WELL AS RESET THE GO KEY
*    ELEMENT TO ITS NORMAL STATUS.  ERRERS WILL ALSO RESTORE
*    THE CONTROL KEYS WHICH MAY HAVE BEEN ERASED BY THE
*    MESSAGE WHEN IT WAS DISPLAYED.
*
*    INPUT: NONE
*    OUTPUT: NONE
*    RESULT: MESSAGE IS ERASED, CHANGE GO KEY TO GREEN AND
*            RE-DRAW ANY CONTROL KEY WHICH WAS ERASED BY THE
*            DISPLAYED MESSAGE.
*    TO CALL: BL ERRERS
*
*===========================================================
```

A-143

```
*===============================================
*PROC = GMSGAD
*
*   PROCEDURE NAME: GMSGAD
*
*   GMSGAD RETURNS THE ADDRESS OF A REQUESTED RGB MESSAGE.
*
*   INPUT: R1 = RGB MESSAGE NUMBER
*   OUTPUT: R1 = ADDRESS OF RGB MESSAGE
*   RESULT: R1 IS REPLACED WITH ADDR OF RGB MSG
*   TO CALL: BL @GMSGAD
*
*===============================================
```

A-144

```
*======================================================
*PROC = MSGDSP
*
*    PROCEDURE NAME: MSGDSP
*
*    MSGDSP WILL EITHER CAUSE A MESSAGE TO BE DISPLAYED ON
*    THE MENU OR WILL INDICATE THAT AN ERROR IS PENDING.
*    THIS WILL BE THE GENERAL ROUTINE CALLED BY NON-MENU
*    HANDLING CODE.
*
*    INPUT: R0 = FLAG, WHEN 0 = DISPLAY MESSAGE NOW
*                      WHEN NOT 0 = INDICATE MESSAGE PENDING
*                      AND LET THE USER ASK FOR IT.
*           R1 = MESSAGE NUMBER
*    OUTPUT: NONE
*    RESULT: BASED ON R0, MESSAGE IS DISPLAYED OR INDICATED.
*    TO CALL: BLWP @MSGDSP
*
*======================================================
```

A-145

```
*======================================================
*MOD = MHIATBL
*
*    MODULE MHIATBL IS THE INDEX TABLE FOR THE IMMEDIATE
*    ACTION ROUTINES.
*
*======================================================
```

A-146

APBU-00001023

```
*==============================================================
*DATA
*
*     IMMEDIATE ACTION ROUTINE INDEX TABLE
*
*==============================================================
```

A-147

APBU-00001024

```
*=========================================================
*MOD = MHCATBL
*
*    MODULE MHCATBL IS THE INDEX TABLE FOR THE DELAYED
*    ACTION ROUTINES.
*
*=========================================================
```

A-148

APBU-00001025

```
*===========================================================
*DATA
*
*     DELAYED ACTION ROUTINE INDEX TABLE
*
*===========================================================
```

A-149

APBU-00001026

```
*===========================================================
*MOD = MHCITBL
*
*    THIS MODULE CONTAINS THE CONFERENCE INITIALIZATION
*    TABLE.  IT IS USED TO SPECIFY CAMERA PRESETS, DEFINES
*    THE USER SPECIFIC LOGO AND GOVERN THE MASTER MENU
*    DEFAULT STATES.
*
*===========================================================
```

A-150

APBU-00001027

```
*==============================================================
*DATA
*
*   CIT DATA CONSISTS OF THE FOLLOWING INFORMATION FOR
*   EACH CAMERA (IN ORDER OF FRONT, LEFT AND RIGHT
*   CAMERAS).
*
*      *  NUMBER OF PRESETS
*         (FOR EACH PRESET)
*         *  X HERE COORDINATE
*         *  Y HERE COORDINATE
*         *  BACKGROUND COLOR
*
*
*   CIT DATA CONSISTS OF THE FOLLOWING INFORMATION FOR
*   EACH DEFAULT COMMAND FOR THE MASTER MENU.
*
*      *  ENTITY ID1, ENTITY ID2, ... ENTITY IDN, 0
*
*
*   CIT DATA ALSO CONSISTS OF A DEL-LIKE ENTRY FOR THE
*   USER SPECIFIC LOGO.
*
*==============================================================
```

A-151

APBU-00001028

```
*=====================================================
*MOD = MHMDTBL
*
*    MODULE MHMDTBL CONTAINS THE MENU DICTIONARY TABLE.  THIS
*    TABLE CONTAINS MENU NUMBER, MCT ADDRESS, NUMBER OF
*    ELEMENTS ETC.
*
*=====================================================
```

A-152

APBU-00001029

```
*================================================================
*DATA
*
*    THE MENU DICTIONARY TABLE ENTRIES ARE INCLUDE BELOW.
*    THE ELEMENTS ARE:
*
*    OFFSET      DESCRIPTION
*    ======      ===========================================
*       0        MENU NUMBER (ID)
*       1        PREVIOUS MENU
*       2        NEXT MENU
*       3        NEXT MENU MODIFIED
*       4        MENU LOCATION (-1 = SCP, 0 = IN MEMORY,
*                              +N = IN IMAGE MEMORY N)
*       5        NUMBER OF ELEMENTS
*       6        MENU FLAGS (NOT USED)
*       7        HELP MENU NUMBER (IF ANY)
*       8        MCT ADDRESS
*
*================================================================
```

A-153

APBU-00001030

```
*==========================================================
*MOD = MHIMACT1
*
*    MODULE MIACT IS THE FIRST MODULE CONTAINING
*    IMMEDIATE ACTION ROUTINES.
*
*    MANY TOUCHABLE (ACTION) ELEMENTS ON THE MENUS HAVE AN
*    IMMEDIATE ACTION ROUTINE ASSOCIATED WITH IT.  THE
*    ROUTINE NUMBER IS IN POSITION MCIACT OF THE MENU CONTROL
*    TABLE.  THE CCTSPI PROCEDURE IS THE IMMEDIATE ACTION
*    ROUTINE DISPATCHER.
*
*    CCTSPI EXAMINES THE TOP ELEMENT ON THE STACK,
*    AND IF THE IMMEDIATE FLAG IS ON AND THIS ELEMENT HAS
*    AN IMMEDIATE ACTION ROUTINE ASSOCIATED WITH IT, CCTSPI
*    INVOKES THE ROUTINE.
*
*    IN THE COMMENTS ASSOCIATED WITH EACH IMMEDIATE ACTION
*    ROUTINE, INPUT AND OUTPUT IS LISTED AS "NONE" UNLESS
*    REGISTERS CONTAINS SPECIFIC VALUES (OR OTHER FIELDS).
*    ACTUALLY, THESES ACTION ROUTINES USE THE SENTENCE
*    STACK AS THEIR INPUT AND FREQUENTLY THEIR OUTPUT.
*    THE OTHER OUTPUT IS GENERALLY THE MENU SCREEN WHICH
*    IS EXPLAINED IN THE "RESULT:" SECTION.
*
*==========================================================
```

A-154

```
*==========================================================================
*CATA
*
*        DATA FIELDS FOR 1AR001 - 1AR010
*
*==========================================================================
```

A-155

APBU-00001032

```
*=========================================================
*PROC = IAR001
*
*   PROCEDURE NAME: IAR001
*
*   IAR001 IS THE IMMEDIATE ACTION ROUTINE WHICH IMPLEMENTS
*   THE YES KEY ON MENU C1.  IT CAUSES THE REVIEW MENUS
*   TO BE DISPLAYED.
*
*   INPUT: NONE
*   OUTPUT: NONE
*   RESULT: REVIEW MENU R1 IS DISPLAYED.
*   TO CALL: BL @IAR001
*
*=========================================================
```

A-156

```
*===================================================================
*PROC = IAR002
*
*    PROCEDURE NAME: IAR002
*
*    IAR002 IS THE IMMEDIATE ACTION ROUTINE WHICH IMPLEMENTS
*    THE NO KEY ON MENU C1.  IT CAUSES THE MENU C2 TO BE
*    DISPLAYED, BYPASSING THE REVIEW MENUS.
*
*    INPUT: NONE
*    OUTPUT: NONE
*    RESULT: MENU C2 IS DISPLAYED.
*    TO CALL: BL @IAR002
*
*===================================================================
*===================================================================
```

A-157

```
*=========================================================
*PROC = IAR003
*
*   PROCEDURE NAME: IAR003
*
*   IAR003 IS THE IMMEDIATE ACTION ROUTINE WHICH IMPLEMENTS
*   THE BACK KEY FOR ALL MENUS EXCEPT C5.  IT CALLS THE
*   GENERAL BACK ROUTINE.
*
*   INPUT: NONE
*   OUTPUT: NONE
*   RESULT: RETURNS TO THE PREVIOUS MENU
*   TO CALL: BL @IAR003
*
*=========================================================
*=========================================================
```

A-158

APBU-00001035

```
*=========================================================
*PRCC = IAR004
*
*   PROCEDURE NAME: IAR004
*
*   IAR004 IS THE IMMEDIATE ACTION ROUTINE FOR THE
*   WH  GO KEY WHICH CAUSES MOVEMENT TO NEXT MENU.  ITS
*   FUNCTIONDS  S ARE TO POP ITSELF FROM THE STACK
*   AND GET THE NEXT MENU NUMBER.
*   INPUT: NONE
*   OUTPUT: NONE
*   RESULT: NEXT MENU IS DETERMINED
*   TO CALL: BL  @IAR004
*
*=========================================================
*=========================================================
```

A-159

```
*==============================================================
*PROC = IAR005
*
*    PROCEDURE NAME: IAR005
*
*    IAR005 IS THE IMMEDIATE ACTION ROUTINE WHICH IMPLEMENTS
*    THE TOUCH OF A KEY WHICH IS MUTUALLY EXCLUSIVE OF
*    ANOTHER KEY.  IF THE OTHER KEY HAS BEEN SELECTED, IT
*    IS "TURNED OFF" AND THE NEW TOUCH IS RECOGNIZED.
*
*    INPUT: NONE
*    OUTPUT: NONE
*    RESULT: MUTUALLY EXCLUSIVE TOUCH
*    TO CALL: BL #IAR005
*
*==============================================================
```

A-160

```
*=================================================================
*PROC = IAR006
*
*    PROCEDURE NAME: IAR006
*
*    IAR006 IS THE IMMEDIATE ACTION ROUTINE WHICH IMPLEMENTS
*    THE CANCEL KEY ON MENU C2.  IF THERE'S AN ERROR, ONLY
*    THE ERROR WILL BE RESET; OTHERWISE, THE SESSION IS
*    TERMINATED BY DRAWING MENU C6.
*
*    INPUT: NONE
*    OUTPUT: NONE
*    RESULT: ERROR RESET OR MENU C6 DRAWN
*    TO CALL: BL  #IAR006
*
*=================================================================
*=================================================================
```

A-161

APBU-00001038

```
*===============================================================
*PROC = IAR007
*
*   PROCEDURE NAME: IAR007
*
*   IAR007 IS THE IMMEDIATE ACTION ROUTINE WHICH IMPLEMENTS
*   THE HELP KEY FOR ALL MENUS EXCEPT C5.  A GENERAL HELP
*   ROUTINE IS CALLED BECAUSE THE C5 HELP ROUTINE IS IN
*   ANOTHER MODULE AND THIS AVOIDS DUPLICATE CODE.
*
*   INPUT: NONE
*   OUTPUT: NONE
*   RESULT: CALL HELP ROUTINE
*   TO CALL: BL @IAR007
*
*===============================================================
*===============================================================
```

A-162

APBU-00001039

Patent No. 4,516,156

```
*==============================================================
*PROC = IAR008
*
*   PROCEDURE NAME: IAR008
*
*   IAR008 IS THE IMMEDIATE ACTION ROUTINE FOR THE GO KEY
*   WHICH EXECUTES THE LEXICAL SCAN FOR THE STACK.  THE
*   DELAYED FLAG IS SET FOR THE TOP SENTENCE ELEMENT.
*
*   INPUT: NONE
*   OUTPUT: NONE
*   RESULT: LEXICAL SCAN EXECUTED, DELAYED FLAG SET
*   TO CALL: BL @IAR008
*
.ST (200,302)MHIMACT1.XAS
.PG,INDEX PROC = IAR009
.LIT
*==============================================================
*PROC = IAR009
*
*   PROCEDURE NAME: IAR009
*
*   IAR009 IS THE IMMEDIATE ACTION ROUTINE WHICH IMPLEMENTS
*   THE CANCEL KEY FOR THE REVIEW MENUS.  THE BRANCHING IS
*   DIFFERENT DEPENDING ON THE INITIAL REVIEW OR THE
*   REVIEW DURING A CONFERENCE.
*
*   INPUT: NONE
*   OUTPUT: NONE
*   RESULT: BRANCH OUT OF REVIEW
*   TO CALL: BL @IAR009
*
*==============================================================
*==============================================================
```

A-163

APBU-00001040

```
*=-=-=============================================================
*PROC = IAR010
*
*    PROCEDURE NAME: IAR010
*
*    IAR010 IS THE IMMEDIATE ACTION ROUTINE WHICH IMPLEMENTS
*    THE CANCEL KEY FOR THE MENUS C4, C5, C6, AND HELP
*    MENUS.  ANY ERROR IS RESET.
*
*    INPUT: NONE
*    OUTPUT: NONE
*    RESULT: ERROR RESET IF ANY
*    TO CALL: BL @IAR010
*
*=================================================================
*=================================================================
```

A-164

```
*============================================================
*PROC = IAR028
*
*   PROCEDURE NAME: IAR028
*
*   THIS PROCEDURE DRAWS A YELLOW CIRCLE WHEREVER THE
*   SCREEN IS TOUCHED.
*
*   INPUT: XPOINT--X COORDINATE
*          YPOINT--Y COORDINATE
*   OUTPUT: NONE
*   RESULT: YELLOW CIRCLE IS DRAWN
*   TO CALL: BL @IAR028
*============================================================
*============================================================
```

A-165

APBU-00001042

```
*==========================================================
*MOD = MH1MACT2
*
*    MODULE MH1MACT2 IS A CONTINUATION OF THE IMMEDIATE ACTION
*    ROUTINES.
*
*==========================================================
```

A-166

APBU-00001043

```
*======================================================
*DATA
*    DATA FOR PROCEDURES IARU11 - IARU18
*
*======================================================
```

A-167

APBU-00001044

```
*================================================================
*PROC = IAR011
*
    PROCEDURE NAME: IAR011
*
    IAR011 IS THE IMMEDIATE ACTION ROUTINE WHICH IMPLEMENTS
    THE CAMERA KEYS ON THE MASTER MENU.
*
    THE MENU CONTROL TABLE ENTRIES FOR THE CAMERAS AND ITS
    PRESETS ARE CONSTRUCTED WITH THE CAMERA MCT FIRST,
    FOLLOWED BY ITS PRESET MCT ENTRIES.
*
    IF THE CAMERA TOUCHED IS A RE-TOUCH, THEN TURN THE
    CAMERA OFF AND ERASE ALL OF ITS PRESETS.  IF A
    CAMERA WAS TOUCHED AND ANOTHER CAMERA HAS ALREADY
    BEEN TOUCHED, THEN AN ERROR IS INDICATED AND THIS
    TOUCH REMOVED FROM THE STACK.
*
    IF THIS IS A NEW CAMERA TOUCH, SAVE THE MCT ADDRESS IN
    CAMTCH AND THE ENTITY ID INTO CONTRL.  NOW, GO THROUGH
    THE NEXT "LOOP" (EITHER 2 OR 8) MCT ELEMENTS AND
    DISPLAY THEM.
*
    INPUT: NONE
    OUTPUT: NONE
    RESULT: CAMERA PRESETS ARE EITHER DISPLAYED (1 TOUCH)
            OR ERASED IF THIS WAS A RE-TOUCH.
    TO CALL: BL @IAR011
*================================================================
```

```
                                A-168
```

APBU-00001045

```
*==========================================================
*PROC = IAR013
*
*   PROCEDURE NAME: IAR013
*
*   IAR013 IS CALLED WHEN THE CONFERENCE CONTROL MONITOR (PREVIEW)
*   KEY IS TOUCHED.
*
*   INPUT: STACK
*   OUTPUT: NONE
*   RESULT: A CONTROLLING ELEMENT MAY BE PREVIEWED
*   TO CALL: BL @IAR013
*
*==========================================================
```

A-169

APBU-00001046

```
*==========================================================================
*PROC = IAR014
*
*    PROCEDURE NAME: IAR014
*
*    IAR014 IS THE IMMEDIATE ACTION ROUTINE WHICH IMPLEMENTS
*    THE CAMERA "GO TO PRESET" FUNCTION.  AFTER A CAMERA HAS
*    BEEN TOUCHED, ITS PRESETS ARE DRAWN.  IAR014 IS THE
*    IMMEDIATE ACTION ROUTINE ASSOCIATED WITH EACH PRESET
*    ELEMENT.  IT ALLOWS ONLY ONE PRESET TO BE TOUCHED AT A
*    TIME.  IF A SECOND PRESET IS TOUCHED WITHIN THE SENTENCE
*    IT TURNS OFF THE FIRST.  IAR014 THEN SENDS THE GO TO
*    PRESET MESSAGE SO THAT THE CAMERA WILL BE POINTING TO
*    THE DESIRED LOCATION BY THE TIME THE GO KEY IS TOUCHED.
*
*    INPUT: NONE
*    OUTPUT: MESSAGE TO VCMAPT "GO TO PRESET"
*    RESULT: CAMERA MOVE TO PRESET
*    TO CALL: BL @IAR014
*
*==========================================================================
```

A-170

APBU-00001047

```
*=============================================================
*PROC = IAR015
*
*   PROCEDURE NAME: IAR015
*
*   IAR015 IS THE IMMEDIATE ACTION ROUTINE FOR THE
*   TV MONITORS.  IF ONE MONITOR (RIGHT OR LEFT) IS
*   TOUCHED, THE OTHER MONITOR ALSO HAS ITS BORDER
*   RECOGNIZE THE TOUCH.  THE TWO MONITORS ALWAYS ACT AS
*   ONE.
*
*   INPUT: NONE
*   OUTPUT: NONE
*   RESULT:  BOTH MONITORS RECOGNIZE TOUCH TO ONE OR OTHER
*   TO CALL:  BL @IAR015
*
*=============================================================
*=============================================================
```

A-171

APBU-00001048

```
*=========================================================
*PROC = IAR016
*
*    PROCEDURE NAME: IAR016
*
*    IAR016 IS THE IMMEDIATE ACTION ROUTINE WHICH IMPLEMENTS
*    THE MIKE KEY ON ALL MENUS.  TOUCHING THE MIKE KEY
*    REVERSES ITS STATUS LIKE AN ON/OFF SWITCH.
*
*    INPUT: NONE
*    OUTPUT: NONE
*    RESULT: AUDIO IS TURNED ON AND OFF
*    TO CALL: BL @IAR016
*
*=========================================================
*=========================================================
```

A-172

APBU-00001049

```
*==============================================================
*PROC = IAR017
*
*    PROCEDURE NAME: IAR017
*
*    IAR017 IMPLEMENTS THE "OTHER" KEY ON THE MASTER MENU.
*    PENDING TOUCHES ARE CLEARED AND THE SELECT MENU DISPLAY
*    NUMBER IS STORED IN PDMENU SO THAT IT WILL BE
*    DRAWN NEXT.
*
*    INPUT: NONE
*    OUTPUT: NONE
*    RESULT: SELECT MENU DISPLAY IS DRAWN
*    TO CALL: BL @IAR017
*
*==============================================================
```

A-173

```
*=============================================================
*PROC = IAR018
*
*  PROCEDURE NAME: IAR018
*
*  IAR018 IS THE IMMEDIATE ACTION ROUTINE WHICH IMPLEMENTS
*  THE CANCEL KEY FOR THE MASTER MENU--C3.  IT FIRST
*  CHECKS FOR A PENDING ERROR.  IF THERE IS ONE, ONLY THE
*  ERROR IS RESET, IF THERE'S NO ERROR, THE STACK IS
*  COMPRESSED AND THEN CHECKED FOR ENTRIES.  ALL ENTRIES
*  ARE CHECKED BEFORE PROCESSING TO MAKE SURE EACH
*  DEVICE IS ACTIVE AND CAN BE DISCONNECTED.  IF EVERY-
*  THING IS OK, THE STACK IS PROCESSED AND THE MESSAGES
*  ARE SENT TO DISCONNECT.
*
*  INPUT: NONE
*  OUTPUT: NONE
*  RESULT: ERROR RESET OR SELECTIONS DEACTIVATED
*  TO CALL: BL @IAR018
*
*=============================================================
*=============================================================
```

A-174

```
*=====================================================
*MOD = MHIMACT3
*
*   MODULE MHIMACT3 IS A CONTINUATION OF THE IMMEDIATE ACTION
*   ROUTINES.  MHIMACT3 CONTAINS ROUTINES IAR019 - IAR027.
*
*=====================================================
```

A-175

APBU-00001052

```
*-=-=-==-================================================
*DATA
*       DATA WORDS FOR IMMEDIATE ACTION ROUTINES 19 - 27.
*
*-=-=-==-================================================
```

A-176

APBU-00001053

```
*=============================================================
*PROC = IAR019
*
*    PROCEDURE NAME: IAR019
*
*    IAR019 IS THE IMMEDIATE ACTION ROUTINE WHICH IMPLEMENTS
*    THE SELECT CAMERA KEYS ON THE CAMERA POSITIONING MENU
*    (MENU 12).  FIRST, TURN EVERYTHING ON THE MENU OFF AND
*    STOP ALL CAMERA MOTION (IF ANY).  THIS IS DONE BY
*    CALLING THE ROUTINE (IAR027) FOR THIS MENU.
*    NEXT, TURN THE TOUCHED CAMERA ON, GETS ITS VCM ID
*    (LEFT CAM = 1, RIGHT CAM = 2), INITIALIZE THE ZOOM/FOCUS
*    APT FUNCTION AND THEN CONNECT THE SELECTED CAMERA TO
*    THE CONFERENCE CONTROL MONITOR.  FINALLY RE-DRAW THE
*    MENU TO INDICATE WHICH CAMERA IS ON.
*
*    INPUT: NONE
*    OUTPUT: CAMERA MESSAGES
*    RESULT: CAMERA IS CONNECTED TO CCM
*    TO CALL: BL @IAR019
*
*    GLOBALS: CURRMA--USED HERE, SET IN DRMENU
*
*    PROCEDURES CALLED: IAR027, GMSGAD, SYSREQ, RDMENU
*
*    CALLED BY: CCTSP1
*
*=============================================================
```

A-177

APBU-00001054

```
*===============================================================
*PROC = I19A00
*
* PROCEDURE NAME: I19A00
*
* I19A00 IS AN AUXILIARY ROUTINE TO IAR019.  ITS FUNCTION IS
* TO CONNECT OR DISCONNECT A CAMERA FROM THE CONFERENCE
* MONITOR.
*
* INPUT: R0, WHEN =0, DISCONNECT THE CAMERA
*            WHEN =2, CONNECT THE CAMERA
* OUTPUT: MESSAGE TO CAMERA CONTROLLER
* RESULT: CAMERA IS CONNECTED/DISCONNECTED
* TO CALL: BL #I19A00
*
*===============================================================
*===============================================================
```

A-178

```
*===========================================================
*PROC = IAR020
*
*   PROCEDURE NAME: IAR020
*
*   IAR020 IS THE IMMEDIATE ACTION ROUTINE WHICH IMPLEMENTS
*   THE BACK KEY ON MENU 12 (CAMERA POSITIONING).  IT MUST
*   STOP ALL CAMERA MOTION AND DISCONNECT THE CAMERA FROM
*   THE CONFERENCE MONITOR.  THESE FUNCTIONS ARE HANDLED BY
*   IAR027 (MENU 12 X KEY) AND THEN IAR010 (GENERAL BACK
*   KEY) IS CALLED.
*
*   INPUT: NONE
*   OUTPUT: NONE
*   RESULT: STOP CAMERA MOTION, DISCONNECT CAMERA AND
*           RETURN TO THE MASTER MENU.
*   TO CALL: BL @IAR020
*
*===========================================================
```

A-179

APBU-00001056

```
*===================================================================
*PROC = IAR021
*    PROCEDURE NAME: IAR021
*
*    IAR021 IMPLEMENTS THE HELP KEY ON THE CAMERA POSITIONING
*    MENU (C05MNU).  BEFORE INVOKING THE HELP FUNCTION, THIS
*    ROUTINE FIRST TURNS OFF ANY CAMERA MOTION.
*
*    INPUT: NONE
*    OUTPUT: NONE
*    RESULT: HELP MENU IS DRAWN
*    TO CALL: BL @IAR021
*===================================================================
```

A-180

```
*===================================================================
*PROC = IAR022
*
*    PROCEDURE NAME: IAR022
*
*    IAR022 IS THE IMMEDIATE ACTION ROUTINE WHICH IMPLEMENTS
*    THE CAMERA PRESET KEYS ON THE CAMERA POSITIONING MENU
*    (MENU 12).  IF A CAMERA HAS NOT BEEN TOUCHED BEFORE THIS
*    KEY, AN ERROR CONDITION ARISES AND THE PROCEDURE
*    RETURNS.
*
*    INPUT: NONE
*    OUTPUT: NONE
*    RESULT: MENU CHANGES TO REFLECT TOUCHES
*    TO CALL: BL IAR022
*
*    GLOBALS: CURRMA--USED HERE, SET IN DRMENU
*
*    PROCEDURES CALLED: GRMST, RDMENU
*
*    CALLED BY: CCTSPI
*
*===================================================================
```

A-181

```
*=======================================================================
*PROC = IARO23
*
*    PROCEDURE NAME: IARO23
*
*    IARO23 IS THE IMMEDIATE ACTION ROUTINE WHICH IMPLEMENTS
*    THE ZOOM KEYS ON THE CAMERA POSITIONING MENU (MENU 12).
*    IF A CAMERA IS NOT TOUCHED BEFORE THIS KEY, AN ERROR
*    CONDITION IS FLAGGED.  OTHERWISE, GET AND CONSTRUCT THE
*    ZOOM MESSAGE.  FROM THE ZOOM KEY'S MCT ID, INDEX INTO
*    TABLE ZOOM TO GET THE ZOOM INCREMENT AND DIRECTION.
*    MOVE THESE VALUES INTO THE ZOOM MESSAGE AND THEN SEND
*    IT.  RE-DRAW THE MENU SO THAT THE ZOOM KEY WILL BE ON.
*    FINALLY, TURN THE ZOOM KEY OFF AND REDRAW THE MENU
*    AGAIN.
*
*    INPUT: NONE
*    OUTPUT: ZOOM MESSAGE
*    RESULT: ZOOM KEY FLASHES AND CAMERA ZOOMS
*    TO CALL: BL @IARO23
*
*    GLOBALS: CURRMA--USED HERE, SET IN CRMENU
*
*    PROCEDURES CALLED: GRMST, GMSGAD, SYSREQ, RDMENU
*
*    CALLED BY: CCTSPI
*
*=======================================================================
```

A-182

```
*======================================================
*PROC = IAR024
*
*  PROCEDURE NAME: IAR024
*
*  IAR024 IS THE IMMEDIATE ACTION ROUTINE WHICH IMPLEMENTS
*  THE FOCUS KEYS ON THE CAMERA POSITIONING MENU (MENU 12).
*  IF A CAMERA IS NOT TOUCHED BEFORE THIS KEY, AN ERROR
*  CONDITION IS FLAGGED.  OTHERWISE, GET AND CONSTRUCT THE
*  FOCUS MESSAGE.  FROM THE FOCUS KEY'S MCT ID, INDEX INTO
*  TABLE FOCUS TO GET THE FOCUS INCREMENT AND DIRECTION.
*  MOVE THESE VALUES INTO THE FOCUS MESSAGE AND THEN SEND
*  IT.  RE-DRAW THE MENU SO THAT THE FOCUS KEY WILL BE ON.
*  FINALLY, TURN THE FOCUS KEY OFF AND REDRAW THE MENU
*  AGAIN.
*
*  INPUT: NONE
*  OUTPUT: FOCUS MESSAGE
*  RESULT: FOCUS KEY FLASHES AND CAMERA FOCUSES
*  TO CALL: BL @IAR024
*
*  GLOBALS: CURRMA--USED HERE, SET IN DRMENU
*
*  PROCEDURES CALLED: GRMST, GMSGAD, SYSREQ, RDMENU
*
*  CALLED BY: CCTSPI
*
*======================================================
```

A-183

```
*=======================================================
*PROC = IAR025
*
*   PROCEDURE NAME: IAR025
*
*   IAR025 IS THE IMMEDIATE ACTION ROUTINE WHICH IMPLEMENTS
*   THE EIGHT SLEW (PAN/TILT) KEYS ON THE CAMERA POSITIONING
*   MENU (MENU 12).  IF A CAMERA HAS NOT BEEN TOUCHED BEFORE
*   THE SLEW KEY, INDICATE AN ERROR AND RETURN.
*   OTHERWISE, GET THE CAMERA SLEW MESSAGE BUFFER FROM
*   GMSGAD.  NEXT, DETERMINE IF THIS IS A RE-TOUCH (I.E.
*   TURNING THE SLEW OFF).  IF IT IS, THEN MOVE THE OFF
*   VALUE INTO THE MESSAGE, SEND IT AND RETURN. NEXT,
*   CHECK TO SEE IF ANOTHER SLEW KEY IS CURRENTLY ON.  IF
*   ONE IS, TURN THE KEY OFF AND AGAIN SEND THE SLEW OFF
*   MESSAGE.  IN EITHER CASE, NOW TURN ON THE TOUCHED KEY,
*   CONSTRUCT THE SLEW MESSAGE, SEND IT AND RETURN.
*
*   INPUT: NONE
*   OUTPUT: SLEW MESSAGE
*   RESULT: SLEW KEYS ARE MAINTAINED AND CAMERA MOVES/STOPS.
*   TO CALL: BL @IAR025
*
*   GLOBALS: CURRHA--USED HERE, SET IN CRMENU
*
*   PROCEDURES CALLED: GRMST, GMSGAD, SYSREQ, RCMENU
*
*   CALLED BY: CCTSPI
*
*=======================================================
```

A-184

```
*===========================================================
*PROC = RSTPST
*
*   PROCEDURE NAME: RSTPST
*
*   RSTPST WILL ERASE ACTIVE PRESETS FROM THE MASTER MENU
*   (C03MNU) IF THEIR CAMERAS ARE RE-POSITIONED.
*
*   INPUT: NONE
*   OUTPUT: NONE
*   RESULT: C03MNU PRESETS MAY BE ERASED
*   TO CALL: BL @RSTPST
*
*===========================================================
*===========================================================
```

A-185

APBU-00001062



```
*===================================================================
*PROC = IAR026
*
*     PROCEDURE NAME: IAR026
*
*     IAR026 TURNS OFF CAMERA MOTION, DISCONNECTS THE CAMERA
*     AND GOES ON TO THE NEXT MENU.
*
*     INPUT: NONE
*     OUTPUT: NONE
*     RESULT: NEXT MENU IS DRAWN
*     TO CALL: BL @IAR026
*
*===================================================================
```

A-186

APBU-00001063

```
*===================================================================
*PRCC = IAR027
*
*  PROCEDURE NAME: IAR027
*
*   IAR027 IS THE IMMEDIATE ACTION ROUTINE WHICH IMPLEMENTS
*   THE SLEW OFF KEY ON THE CAMERA POSITIONING MENU (MENU 12).
*   IT TURNS OFF ALL CAMERA MOTION, AND CLEAR THE TOUCHED
*   PRESET KEYS.
*
*   INPUT: NONE
*   OUTPUT: NONE
*   RESULT: ALL CAMERA ACTIVITY ENDS, ALL KEYS TURNED OFF
*   TO CALL: BL @IAR027
*
*   GLOBALS: CURRMA--USED HERE, SET IN DRMENU
*
*   PROCEDURES CALLED: GMSGAD, SYSREQ, RDMENU
*
*   CALLED BY: CCTSPI
*
*===================================================================
```

A-187

```
*===========================================================
*MOD = MHDLACT
*
*   MODULE MHDLACT IS THE FIRST OF THE DELAYED ACTION ROUTINE
*   MODULES.  DELAYED ACTION ROUTINES ARE CALLED FROM THE
*   INTERPRETER AND SPECIFIED IN THE MENU CONTROL TABLE.
*   IF AN ELEMENT HAS AN ASSOCIATED DELAYED ACTION, FIELD
*   MCDACT OF THE MCT WILL CONTAIN A NON-ZERO VALUE.  THE
*   VALUE WILL CORRESPOND TO THE DELAYED ACTION ROUTINE
*   NUMBER.
*
*   THE DELAYED ACTION ROUTINES GENERALLY USE THE EXISTING
*   SENTENCE STACK AS ITS INPUT AND FOR OUTPUT THEY MODIFY
*   THE MENUS AND THE ENTITY STATUS TABLE.  THEY ALSO SEND
*   MESSAGES TO THE OTHER VARIOUS SYSTEM ROUTINES.
*
*===========================================================
```

A-188

APBU-00001065

```
*==========================================================
*DATA
*
*==========================================================
```

A-189

APBU-00001066

Patent No. 4,516,156                        Page 192 of 195

```
*===================================================================
*PROC = DAR001
*
*    DAR001 IS THE DELAYED ACTION ROUTINE TO HANDLE ALL
*    ELEMENTS ON THE MASTER MENU.  WHEN DAR001 IS CALLED,
*    THE ELEMENT ON THE TOP OF THE STACK IS THE
*    SIGNAL SOURCE.
*
*    SET EACH OF
*    THE FOLLOWING STACKED ELEMENTS TO BE ON AND CONTROLLED
*    BY THE SOURCE.  IF THE ELEMENT WAS FORMERLY CONTROLLED,
*    FIRST TURN IT OFF AND SEND THE DISCONNECT MESSAGE.
*    OTHERWISE, JUST TURN IT ON AND SEND THE CONNECT MESSAGE.
*
*    ONCE THE STACK HAS BEEN EXHAUSTED, PROCEDURE LSENDS
*    IS CALLED TO DISCONNECT ANY REMAINING LOOSE ENDS.
*    A LOOSE END IS DEFINED AS A SOURCE WITHOUT A SINK
*    OR A SINK WITHOUT A SOURCE.
*
*    INPUT: NONE
*    OUTPUT: NONE
*    RESULT: MENU AND EST REFLECT TOUCHES, AND DEVICES ARE
*            CONNECTED AND DISCONNECTED AS REQUIRED.
*    TO CALL: BL 9DAR001
*
*===================================================================
```

A-190

```
*===========================================================
*PROC = DAR002
*
* . PROCEDURE NAME:  DAR002
*
* . DAR002 IS THE DELAYED ACTION ROUTINE FOR THE
* . CIRCLES ON MENU C4 TO SELECT ANOTHER FUNCTION.
* . THE NEXT MENU IS DETERMINED BY ACCESSING THE
* . EST ENTRY FOR THE SELECTED CIRCLE.  PENDING
* . MENU IS SET AND THE STACK IS CLEARED,
*
* . INPUT: NONE
* . OUTPUT: NONE
* . RESULT:  NEXT MENU IS DETERMINED
* . TO CALL: BL  DAR002
*
*===========================================================
```

A-191

APBU-00001068

```
*================================================================
*PROC = DAR003
*
*    PROCEDURE NAME: DAR003
*
*    DAR003 IS CALLED WHEN THE HI-RES SCREEN ELEMENT IS
*    FOUND IN A SENTENCE.  DAR003 WILL REPORT THAT THIS
*    ELEMENT MAY NOT BE USED IN THIS MANNER.
*
*    INPUT: NONE
*    OUTPUT: ERROR MESSAGE
*    RESULT: GO TURNS RED
*    TO CALL: BL @DAR003
*
*================================================================
*================================================================
```

A-192

```
*=================================================================
*PROC = DAR004
*
*    PROCEDURE NAME: DAR004
*
*    DAR004 IS CALLED WHEN THE CCM ELEMENT IS
*    FOUND IN A SENTENCE.  DAR004 WILL REPORT THAT THIS
*    ELEMENT MAY NOT BE USED IN THIS MANNER.
*
*    INPUT: NONE
*    OUTPUT: ERROR MESSAGE
*    RESULT: GO TURNS RED
*    TO CALL: BL @DAR004
*
*=================================================================
```

A-193

APBU-00001070