Apple Computer Inc. v. Burst.com, Inc.                                                    Doc. 77 Att.

*4*

**PCT**     WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau

## INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification 4 : | | (11) International Publication Number: | WO 90/07843 |
|---|---|---|---|
| **H04N 5/76** | **A1** | (43) International Publication Date: | 12 July 1990 (12.07.90) |

(21) International Application Number: PCT/US89/05829

(22) International Filing Date: 27 December 1989 (27.12.89)

(30) Priority data:
289,776          27 December 1988 (27.12.88)   US
347,629          5 May 1989 (05.05.89)          US

(71)(72) Applicant and Inventor: LANG, Richard, A. [US/US]; 29209 N. 56th Street, Cave Creek, AZ 85331 (US).

(74) Agents: KLIVANS, Norman, R. et al.; Skjerven, Morrill, MacPherson, Franklin & Friel, 25 Metro Drive, Suite 700, San Jose, CA 95110 (US).

(81) Designated States: AT (European patent), AU, BE (European patent), CH (European patent), DE (European patent), ES (European patent), FR (European patent), GB (European patent), IT (European patent), JP, KR, LU (European patent), NL (European patent), SE (European patent).

**Published**
*With international search report.*
*Before the expiration of the time limit for amending the claims and to be republished in the event of the receipt of amendments.*

(54) Title: AUDIO/VIDEO RECORDER/TRANSCEIVER



(57) Abstract

An improved video recorder/transceiver (10) with expanded functionality ("VCR-ET") including a capability for storing video and/or audio programs in digital format, editing such programs, transferring such programs onto a hard copy magnetic media in (23) either compressed or uncompressed form and transmitting such programs in compressed form to a remote location using a second VCR-ET (10). The increased functionality is realised through the use of analog to digital conversion, signal compression and intermediate storage in an integrated circuit, random access memory (29). The recorder/transmitter (10) has capabilities to transmit and receive program information in either a compressed or decompressed format over fiber optic lines (18), conventional phone lines or microwaves or electromagnetic waves in radio or TV band.

### FOR THE PURPOSES OF INFORMATION ONLY

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | |
|---|---|---|---|---|---|
| AT | Austria | ES | Spain | MG | Madagascar |
| AU | Australia | FI | Finland | ML | Mali |
| BB | Barbados | FR | France | MR | Mauritania |
| BE | Belgium | GA | Gabon | MW | Malawi |
| BF | Burkina Fasso | GB | United Kingdom | NL | Netherlands |
| BG | Bulgaria | HU | Hungary | NO | Norway |
| BJ | Benin | IT | Italy | RO | Romania |
| BR | Brazil | JP | Japan | SD | Sudan |
| CA | Canada | KP | Democratic People's Republic | SE | Sweden |
| CF | Central African Republic | | of Korea | SN | Senegal |
| CG | Congo | KR | Republic of Korea | SU | Soviet Union |
| CH | Switzerland | LI | Liechtenstein | TD | Chad |
| CM | Cameroon | LK | Sri Lanka | TG | Togo |
| DE | Germany, Federal Republic of | LU | Luxembourg | US | United States of America |
| DK | Denmark | MC | Monaco | | |

APBU00415189

- 1 -


AUDIO/VIDEO RECORDER/TRANSCEIVER


BACKGROUND OF THE INVENTION

The video cassette recorder (VCR) has added
5   significantly to the usefulness of the home television
set.  Important or exceptionally good programs may be
recorded to be viewed again.  Programs appearing at times
that are inconvenient for viewing may be recorded for
playback at a later time.  Recorded movies or other
10  materials, educational or entertaining, may be rented or
borrowed for viewing at home.  (As used in the remainder
of this specification, the term "program" encompasses
movies and other types of video and/or audio materials,
whether broadcast from a TV station or another source.)
15      The typical VCR has its own tuner-receiver and a
video-recorder.  It can receive and record a program from
one channel while the television set is being employed to
view a program on another channel.  Programs are recorded
on magnetic tape.  The tape is then played back and viewed
20  on the television set.  Features commonly included in the
VCR are capabilities for advancing the tape forward or
backward at a high speed, stopping motion at any frame to
hold the image, or simply playing back the recording at
normal speed.
25      Desirable features that are not normally available in
a VCR are capabilities for copying recorded programs from
one tape or alternative storage medium to a similar or
dissimilar storage medium, editing recorded programs and
high speed recording.  Another desirable, but currently
30  unavailable, feature is the capability for high speed,
high quality transmission and reception by optical fiber,
microwave or other communications means using the VCR.

APBU00415190

Case 3:06-cv-00019-MHP    Document 77-2    Filed 12/09/2006    Page 4 of 46

- 2 -

## SUMMARY OF THE INVENTION

A video recording device constructed in accordance
with my invention is adapted to receive a video program at
an accelerated rate and store that video program in a
5  first memory for subsequent viewing.  In one embodiment,
the video program is received via a fiber optic port, a
microwave transceiver, an RF receiver, or other input
means.  The video signal is typically a digital compressed
video signal which may be provided by another video
10 recording device in accordance with the invention or a
centrally located video library.

(In another embodiment, instead of receiving a video
signal, the recording device receives an audio signal at
an accelerated rate.  The audio signal may be stored so it
15 can be edited or listened to thereafter.)

The video recording device typically includes an
editor for editing the digital compressed video signal
stored in memory.

The video recording device also includes compression/
20 decompression circuitry for decompressing a compressed
digital video signal and converting the decompressed
digital video signal to an analog video signal for
subsequent viewing.  In one embodiment, the video
recording device also includes a second memory (which can
25 be, for example, a magnetic tape cassette, optical disc,
or other recording media) for receiving the decompressed
analog video signal for subsequent viewing.

In one embodiment, the video recording device
includes input means for receiving a video signal at
30 conventional speeds, such as an RF tuner used to receive
conventional analog video signals, a camera input line for
receiving an input signal from a TV camera, or other type
of input means.  The signal received by this input means
can be stored in the second memory, and/or digitized,

APBU00415191

- 3 -

compressed and stored in the first memory, and/or viewed on a television monitor.

In another embodiment, the video recording device can receive digital video signals at conventional speeds as 5 well.

These and other advantages of my invention are better understood with reference to the drawings and detailed description below.

## BRIEF DESCRIPTION OF THE DRAWINGS

10      Fig. 1 is a perspective view of the housing of the audio/video recorder editor/transceiver ("VCR-ET") disclosed and embodying the invention.

Fig. 1A is an enlarged view of the circled area of Fig. 1.

15      Fig. 2 is a functional block diagram of the VCR-ET of Fig. 1.

Fig. 2A is a functional block diagram of the VCR-ET of Fig. 1 including circuitry for demodulating a video signal encoded using the Vokac technique.

20      Fig. 3 is a functional block diagram of a VCR-ET in accordance with another embodiment of the invention.

Fig. 4 is a functional block diagram of an audio recorder/transceiver constructed in accordance with the invention.

25      Fig. 5 illustrates a plurality of VCR-ET's adapted to receive video signals from a remotely located video library via a common communication channel.

Fig. 6 illustrates a carrier signal modulated using the Vokac modulation technique, described in greater 30 detail below.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to the drawing by reference characters, Figs. 1 and 2 illustrate an improved audio/video recorder

APBU00415192

- 4 -

editor/transceiver 10 (VCR-ET) comprising an audio/video
recording unit (AVRU) 11, a video control unit (VCU) 12,
memory 13, digital control unit (DCU) 14, video line or
camera input line 15, TV RF tuner 16, auxiliary digital
5    input port 17, fiber optic input/output port 18, RF
modulator 19, RGB converter with synchronizer 21, and an
audio/video transmitter/receiver 22 with keypad 45, all in
a common housing.

        The audio/video recording unit AVRU 11 may be a video
10   cassette recorder similar to a conventional VCR in which
the storage media 23 is a magnetic tape.  Alternatively
AVRU 11 may operate with other types of storage media
including, but not limited to, optical discs, CD-ROMs or
other magnetic tape formats.  AVRU 11 has all the
15   functions of the typical VCR including record, play,
rewind, slow motion, fast-forward and single frame hold.

        An alternate form of storage media for use in AVRU 11
is the CD-ROM, which is a disk using a derivative of glass
or plastic in conjunction with an aluminum or other
20   metallic coating.  Audio and video signals are stored in
the form of irregularities in the aluminum coated surface
and are read using a low power laser.  In this case, the
user would not be able to store or write on the CD-ROM,
but would be able to play discs that have been recorded
25   and distributed commercially.  The storage of video and
audio signals on the CD-ROM is in digital form which is
readily accommodated by the video recorder of this
invention.

        Instead of using a CD-ROM, VCR-ET 10 can use optical
30   discs as media 23.  Such optical discs are similar to a
CD-ROM and use a variable power laser to read from or
write on the disc.

        A first type of optical disc is a WORM (Write Once
Read Many) optical disc.  This device has the unique
35   capability of writing on the disc permanently.  A laser is

APBU00415193

- 5 -

used to change the magnetic or optical properties of the
media.  A lower-powered laser is then used to read the
data from the disc.  Data, in this case, is permanently
recorded; it may neither be erased nor written over.  A
5    further description of this technology can be found in the
November 1988 issue of The Electronic System Design
magazine (ESD) pages 55-56, incorporated herein by
reference.

A second and preferred type of optical disc to be
10   used in AVRU 11 is an erasable optical disc.  This disc
has full read/write/erase capabilities.  With this disc,
AVRU 11 has the same record/playback capabilities as a
conventional VCR.  As an example, erasable optical discs
are used in Steven Jobs' "Next" machine as described in
15   Infoworld, Volume 10, issue 42, pages 51 and 93,
October 17, 1988, incorporated herein by reference.  In
addition, the random access capabilities of the erasable
disc (and of the CD-ROM and WORM) provide additional
benefits as will be discussed in a later part of this
20   specification.

A key element of VCR-ET 10, which is partly
responsible for its improved functionality, is the video
control unit or VCU 12.  The VCU comprises an analog to
digital converter (ADC) 24, a digital to analog converter
25   (DAC) 25, a compressor/decompressor 26, a controller 27, a
central processing unit (CPU) 28 and a random access
memory (RAM) 29.  VCU 12, using these elements,
accomplishes the digitization and compression of analog
signals as well as the reverse process in which the
30   compressed digital signals are decompressed and converted
back to analog signals.

As a first step in the processing of the composite
video signals within VCU 12, the sync signals are decoded
to isolate signals for each picture frame for processing.
35   The video signals defining each frame may then be

- 6 -

converted to a red analog signal, a green analog signal,
and a blue analog signal in a conventional manner.  The
red, green and blue analog signals are then converted to
digital form by the analog to digital converter (ADC)
5     24.  The frame is divided into a set of closely positioned
rows and columns of picture elements or "pixels."  Each
pixel has a color defined by a set of three digital values
defining strength of the primary color components, red,
green and blue (RGB) respectively.  In one embodiment,
10    each frame is divided into an array of 300 by 300 pixels,
with the color and luminance of each pixel being defined
by a seven bit word for the red component, a seven bit
word for the blue component, and a seven bit word for the
green component.  These words are generated by ADC 24.
15    The RGB video signal may also be processed by means of
hue-saturation-intensity (HSI) color processing, where
appropriate, as described in "Chips for Real-Time
Comparisons," Electronic Engineering Times, issue 525,
February 13, 1989, page 122.
20        If each frame includes 90,000 pixels (300 x 300), and
each pixel is defined by 21 bits (7 bits per primary
color), the digital representation of a single video frame
utilizes a sizable block of digital information (i.e.,
1.89 megabits/frame) which must be processed very
25    rapidly.  (Approximately 30 frames/second are received
from AVRU 11.)  Fortunately the analog to digital
conversion of these signals may be accomplished at the
desired speed using commercially available analog to
digital converter integrated circuits.  The analog to
30    digital converter 24 (ADC) is a high-speed, high-accuracy,
A to D "flash" converter available as a single IC
(integrated circuit).  Several different types of such A/D
converters are available from Burr-Brown, one of which is
the ADC 600.  Part number TIC024, manufactured by
35    Tektronix, Inc. is also appropriate.  Other types of

APBU00415195

- 7 -

devices appropriate for this function are described in an
article by K. Rogers entitled "8-bit A/D Flash Hits 500
Msamples", Electronic Engineering Times, Dec. 12, 1988,
page 90, incorporated herein by reference.

5       Compression of the digital data defining a video
frame and the reverse process (decompression) are
accomplished by compressor/decompressor 26.  Various
algorithms may be employed in the compression process
which enable the representation of a series of numbers by
10      a reduced number of digits.  As an example, compression
algorithms like CCITT Group IV may be used.

        In one optional embodiment, to further reduce the
amount of memory required to store a program, the
compression algorithm can simply record data corresponding
15      to only those pixels which change color from one frame to
the next.  This results in considerable memory space
savings, since not all pixels change color each frame.
Basing calculation upon 10% of the pixels changing from
one frame to the next, it is estimated that memory
20      requirements using this technique are cut by about 90%.
It is also estimated that on the average, the CCITT
Group IV algorithm can cut memory requirements by another
95%.  Thus, if no data compression technique is used, it
would take approximately 51.03 gigabytes to store a 2 hour
25      video program, but by using the above compression
techniques, it is estimated that memory 13 will require
only 250 megabytes.

        Controller 27 handles timing and aids in the
communication between the different elements of VCU 12,
30      and between VCU 12, AVRU 11 and memory 13.

        In one embodiment, the audio portion of the program
is periodically sampled and digitized by analog to digital
conversion.  In one embodiment, this is done at a sample
rate of 88,000/second, one byte per sample, to yield
35      compact disc quality sound.  The sampling rate could be

APBU00415196

- 8 -

dropped to reduce memory requirements. Also, the audio
data can be compressed with conventional algorithms.

The process of converting either from analog to
digital or from digital to analog requires memory for
5    intermediate storage. Random Access Memory (RAM) 29
serves in this capacity. For this purpose either a DRAM
(Dynamic RAM) or a SRAM (static RAM) may be employed. An
example of a DRAM is the TI (Texas Instruments) TMX4Cl024;
an example of a SRAM is the INMOS IMS-1203. RAM 29 should
10   have sufficient capacity to store at least two full
uncompressed frames (e.g., about 472 KB).

The CPU (Central Processing Unit) 28 is a micro-
processor which controls the digitization process of VCU
12. CPU 28 works with controller 27 to control and
15   communicate with the other elements of the VCU. There are
numerous commercially available microprocessors that are
appropriate for this application. The Intel 80286, Intel
80386, Motorola 68020, and Motorola 68030 are examples.
A more complete description of the microprocessors can be
20   found in the October 27, 1988 issue of Electronic Design
News (EDN), pages 231 and 242, incorporated herein by
reference, or in the applicable data sheets.

Controller 27, CPU 28 and RAM 29 serve in the same
manner during the reverse processes, i.e., decompression
25   and digital to analog conversion. Decompression is first
accomplished in compressor/decompressor 26. The
decompressed digital signal is then converted to an analog
signal by digital to analog converter (DAC) 24 (assuming
its destination requires an analog form). In the course
30   of converting the decompressed signals from the VCU 12 for
use by the AVRU 11 the signals are synchronized by the
time base generator (TBG) or corrector 48. TBG generator
48 inserts synchronization pulses into the signal provided
by VCU 12 to identify individual raster scan lines and
35   frames so that the resulting signal can be used by a

APBU00415197

WO 90/07843                                    PCT/US89/05829

- 9 -

conventional television set or VCR.  TBG 48 can be
bypassed by shunt switch 48' for the purpose of
transmitting either compressed or decompressed signals
from VCU 12 directly to the AVRU 11 in an uncorrected time
5    based mode.

DAC 25 provides the inverse of the function performed
by A/D converter 24.  DAC 25 is a high-speed, high
accuracy digital to analog converter.  An example of such
a converter is the Burr-Brown DAC60 digital to analog
10    converter.

Different types of memory technologies are adaptable
for use in memory 13.  As mentioned earlier, DRAM and SRAM
semiconductor memories are commonly used for applications
of this type and are readily available.

15    One type of random access memory is CMOS
(Complimentary Metal Oxide Semiconductor).  The CMOS
memory has the advantage of a relatively low power
requirement and is readily adaptable for use with battery
backup for semi-permanent data storage.  Other types of
20    memory include the above mentioned optical disc memories,
bubble memories and magnetic discs.  Another appropriate
data storage media may be "Digital Paper" available from
ICI Image data of Wilmington, Delaware.

Emerging memory technologies may also prove advan-
25    tageous with capabilities for mass data storage in even
smaller physical dimensions.

Digital Control Unit (DCU) 14 comprises a CPU
(Central Processor Unit) 31, a ROM (Read Only Memory) 32
and a controller 32.  DCU 14 is responsible for all of the
30    digital editing processes.  Through the use of DCU 14,
video segments may be edited and rearranged.  Thus, one
may use DCU 14 to rearrange the scenes in a program, alter
the program sound track, etc.

In addition, a program may be edited, one frame at a
35    time, by changing the contrast, brightness, sharpness,

APBU00415198

WO 90/07843                                      PCT/US89/05829

- 10 -

colors, etc. (Alteration of the contrast, brightness,
sharpness and colors can be automated as well.)  In one
embodiment, images can be rotated, scaled (i.e., made
larger or smaller), etc.  In addition, pixel by pixel
5  editing can be accomplished by DCU 14, e.g., in a manner
similar to a PC paint program.  Similar editing features
can be incorporated for the audio portion of each
program.  In one embodiment, a display such as a flat
panel video display (not shown) is built into the
10  VCR-ET.  A user interface control panel of DCU 14 allows a
user to select a desired frame number from a menu on the
display.  The VCR-ET then displays a strip of frames
(including several frames before and after the selected
frame).  The user can delete frames in a strip, select a
15  point where other frames are to be inserted into the
program, or edit different frames (i.e., alter contrast,
brightness, sharpness, colors, etc.).  In one embodiment,
a user input device such as a light pen or mouse can be
used to select individual frames in a strip for editing.
20      Instead of incorporating a flat display into VCR-ET
10, in another embodiment, a television coupled to output
lead 42 of RF modulator 19 can be used during editing.
        CPU 31 is a microprocessor of the type described in
connection with the CPU 28 of VCU 12.  Controller 33 is an
25  integrated circuit which handles the timing and
interfacing between DCU 14 and memory 13.  ROM 32 holds
the necessary step-by-step editing programs which are
installed at the factory.  A currently available example
of a suitable ROM for this application is the Texas
30  Instruments part TMS47256.  CPU 31 and controller 33
together control the editing process as they execute the
programs stored in ROM 32.
        The VCU 12, memory 13 and DCU 14 communicate with
each other via a high speed data bus 34.  The high speed
35  data bus is required in order to meet bandwidth

APBU00415199

- 11 -

requirements.  Examples of suitable data bus devices are
Motorola's VME bus, Intel's Multibus and the Optobuss
(U.S. Patent 4,732,446).

　　　A video line or camera input line 15 is provided to
5　enable VCR-ET 10 to receive an input signal from a source
such as a television camera, a conventional VCR, a
television tuner, or another VCR-ET, etc.  The signals
received at input line 15 are typically carried by a
coaxial cable and are in the form of a standard television
10　composite signal.  As used throughout this specification,
the words "standard television composite signal" or its
acronym STCS shall be read to include any one of the
following:  NTSC, PAL, SECAM, HDTV, or any American or
European broadcast signal standards.  (NTSC, PAL and SECAM
15　are discussed in "Reference Data for Radio Engineers",
published by Howard W. Sams & Co. in 1983, incorporated
herein by reference.)  An NTSC composite signal is defined
as the analog signal that carries the chrominance (color),
luminance (brightness), synchronization (timing) and audio
20　signals that make up the video signals received and
displayed by television and video cassette recorders.
These four components are combined into one signal by
modulating the components in different ways.  (Amplitude
modulation and phase modulation are examples.)  The
25　standard video line signal is such a composite signal and
may be received at input line 15 from one of the above-
mentioned sources.

　　　TV RF tuner input port 16 also supplies a composite
signal as described in regard to video input line 15.  The
30　difference is that this signal is received from an antenna
or cable TV coaxial cable.  To receive such a signal,
tuner 16 is capable of being set or tuned to receive the
desired carrier frequency or television channel.

　　　Selector switch 35 is provided to select either video
35　input line 15 or TV RF tuner 16 as an input signal source

APBU00415200

- 12 -

to AVRU 11.

Auxiliary digital input port 17 is employed to
receive any acceptable digital signal such as a computer-
generated video signal or as may be supplied by another
5   VCR-ET.  This signal, for example, may be an RGB video
signal such as that delivered to computer monitors, or it
may be a digitized audio signal.  (As mentioned above, an
RGB signal is a signal which communicates the strength of
the red, green and blue color components for the pixels
10  that make up each video frame.)  Switch 36 selects whether
the digital video/audio input signal is chosen from
auxiliary digital input port 17.  Switch 36 supplies the
selected signal to high speed data bus 34 which carries
the signals in digital form.

15      Fiber optic port 18 incorporates a fiber optic
transceiver.  Port 18 is capable of transforming fiber
optic (light) signals to electrical signals or
transforming electrical signals to fiber optic signals.
Port 18 thus provides a capability for two-way
20  communication between high speed data bus 34 and a fiber
optic signal line.  The incorporation of fiber optic port
18 in the VCR-ET provides a capability for receiving
audio/video signals from or delivering audio/video signals
to the fiber optic line such as a fiber optic telephone
25  line.  The fiber optic line carries digital signals in the
form of light waves over great distances with a high
degree of accuracy and reliability and at a high speed
(e.g., about 200 megabytes/second).  The VCR-ET can
receive/transmit a video program at an accelerated rate
30  via fiber optic port 18 from/to a variety of sources.  For
example a video program may be communicated at an
accelerated rate from the first VCR-ET to a second VCR-ET
in less time than it would take to view the program.
Thus, it is not necessary to access the optical fiber for
35  long periods of time in order to transmit a long video

WO 90/07843                                                    PCT/US89/05829

- 13 -

program.

(Using fiber optic port 18, a movie can be downloaded
in less than 10% of the time require to view the movie,
and typically less than 1% of the time required to view

5  the movie.)  Thus, it is not necessary to access the
optical fiber for long periods of time in order to
transmit a long video program.  Switch 37 is provided to
select connection to the fiber optic input/output port
18.  An OFF or open position is provided.  The selected

10 signal is delivered to or supplied from high speed data
bus 34.

Switch 37 is provided to select connection to the
fiber optic input/output port 18.  An OFF or open position
is provided.  The selected signal is delivered to or

15 supplied from high speed data bus 34.

Analog output signals from AVRU 11 are delivered to
the common terminal 38 of a selector switch 39.  When set
to position A, switch 39 delivers the output signal of
AVRU 11 directly to a video output line 41 as a standard

20 STCS composite signal; when set to position B switch 39
delivers the output of AVRU 11 to the input of RF
modulator 19.  Modulator 19 converts the video signal to
an RF-modulated composite signal for delivery to such
devices as televisions and conventional VCR's.  These

25 types of devices play back the video program on a
particular frequency channel (such as channel 4) on the
television.  Delivery to the television or VCR is via RF
output line 42.

Digital output signals from VCR-ET 10 may be

30 dispatched from high speed data bus 34 via line 43 to
input leads of RGB converter 21 and audio/video
transmitter/receiver 22.

RGB converter 21 converts the STCS signal into an RGB
signal as required by computer monitors and similar

35 display devices.  The converted signal is received by a

APBU00415202

Case 3:06-cv-00019-MHP    Document 77-2    Filed 12/09/2006    Page 16 of 46

- 14 -

display device connected to RGB converter output
line 44. (In another embodiment, digital signals may be
dispatched from high speed data bus 34 via line 43 to the
input lead of RGB converter 21.)

5      VCR-ET 10 includes audio/video transmitter/receiver
22 which is typically a built-in modem. Advantageously,
the modem may be used to communicate an audio/video
program over conventional phone lines in a manner similar
to that described above with respect to optical fibers.

10 The modem allows transfer of the audio/video signal in a
digital format over the standard telephone line. Modems
are commonly available for computers and are currently
available in the form of a single integrated circuit. As
an example, Sierra Semiconductor offers a 2400 baud single

15 chip modem as part number SC111006. Representative
manufacturers of these single modem IC's can be found in
the April 14, 1988 issue of Engineering Design News (EDN),
pages 124-125. Some of these single IC modems have the
added capability of generating the tones for dialing a

20 phone number. The destination phone number may be entered
by means of an optional keyboard/keypad 45 incorporated in
the video recorder 10 of the invention. Output port 46 of
transmitter/receiver 22 connects directly to the telephone
line.

25      Also associated with Modem 22 is an auxiliary
keyboard 45' (Fig. 1A) of buttons for commanding the modem
to perform tasks such as starting a transmission over
phone lines (45a), terminating a transmission (45b),
automatic telephone answering to receive transmissions

30 (45c), using an optional speaker (not shown) to monitor
phone lines (45d), using an optional microphone (not
shown) to speak over the phone lines (45e) and for
controlling the baud rate (45f).

      The application and utilization of the VCR-ET may

35 include a number of forms or operating modes. In its

APBU00415203

- 15 -

first and simplest operating mode, AVRU 11 may be operated
in the manner of a conventional VCR with signals from an
antenna being received by tuner 16 and recorded directly
on media 23 in analog form.  At the same time the received
5  program may be viewed on the television screen with the
television connected at video output terminal 42.  An
optional signal source for this type of operation is the
video line or camera input line 15 selectable by
switch 35.
10       In a second operating mode a program stored in media
23 of AVRU 11 may be played back and viewed on the
connected television set.
         When it is desired to copy a program from one
recording media to another, the recording media holding
15  the desired program is installed in the AVRU.  The
recording media is then played back with optional viewing
on a connected television set or other TV monitor and/or
listening through speakers (as appropriate).  As the
recording media is played back, the analog signals from
20  the recording media (video and/or audio) are dispatched to
VCU 12 via connection 47. The analog signals are converted
to digital signals by ADC 24, compressed by
compressor/decompressor 26 and the compressed digital
signals are stored in memory 13.  The foregoing operations
25  are accomplished under the control of controller 27 and
CPU 28.  RAM 29 is used for interim data storage during
this process.  Once the complete video/audio program has
been stored in memory 13, the recording media from which
the stored program has just been read is replaced by blank
30  recording media upon which the stored program is to be
copied.  CPU 28 in cooperation with controller 27 and RAM
29 then executes the decompression and digital to analog
conversion of the program stored in memory 13,
decompression taking place in compressor/decompressor 26,
35  and digital to analog conversion being accomplished by DAC

WO 90/07843                                                    PCT/US89/05829

- 16 -

25. The resulting analog program is stored on the blank
recording media which constitutes media 23 of AVRU 11.

    In an alternate mode of operation, the decompression
circuitry of VCU 12 can be bypassed. Thus, a user has the
5 option of downloading the stored program from memory 13
onto recording media 23 in compressed digital format. The
user can then reload the program from media 23 into memory
13 at a future time for viewing, editing or recording back
onto recording media 23 in analog form. This capability
10 allows the user to quickly clear memory 13 for other
interim uses and also provides the user with a hard copy
of the program in digital format. The hard copy in
compressed digital format has a number of uses, e.g. it
could be archived for later viewing, transmitted by an
15 appropriate independent transmitter, etc.

    During the foregoing procedures, DCU 14 may be
utilized for editing operations. As the program is being
read from the first or original recording media, it is
simultaneously viewed on the TV screen, or listened to by
20 means of an audio monitor, converted to digital signals,
compressed and stored in memory 13. Once the digital
audio/video program is stored in memory 13, editing is
accomplished by the user through control of DCU 14, by
means of a control panel (not shown) coupled to DCU 14.
25 If desired, additional audio/video signals may be
simultaneously entered into memory 13 and added to those
received from VCU 12. The additional signals may be
introduced from auxiliary digital input port 17 or from
fiber optic input/output port 18 and may comprise video
30 captions to be superimposed upon the stored video images,
or they may be audio commentaries to be added to silent
video presentations. In addition, as mentioned above, the
order in which various segments appear in the video
programs may be altered. Certain undesired segments, such
35 as TV commercials, may be removed. This editing operation

APBU00415205

- 17 -

is accomplished under the control of DCU 14.

In still another operating mode, a program stored in
media 23 of AVRU 11 or being received by AVRU 11 from
input line 15 (as from a video camera) may be digitized
5  and compressed by VCU 12 and routed via bus 34, to memory
13.  The data from memory 13 is then routed to line 43,
transmitter/ receiver 22 and to a telephone line (or to
fiber optic port 18 and to an optical fiber).  At the
other end of the telephone line (or optical fiber) the
10  signals received are processed by another VCR-ET.

Once received in the second VCR-ET's memory 13, the
digitized program can then either be viewed directly from
memory or transferred to storage medium 23, either in its
entirety or in random segments, based on user preference.
15  In the case of video camera input at input 15 the
transmitted signals may comprise a live transmission.
Alternatively the transmitted program may be derived from
a program stored in media 23 of AVRU 11.  In this case the
stored analog program is again decoded, digitized,
20  compressed and transmitted via bus 34 to memory 13.  The
data in memory 13 is then communicated via line 43 and
transmitter/receiver 22 to telephone lines or other output
means (e.g. fiber optic port 18).

It follows, of course, that digitized video and audio
25  signals from the remote VCR-ET at the other end of the
telephone line may be received at line 46, entered into
memory 13 via transmitter/receiver 22, converted to analog
signals by VCU 12, and recorded on media 23 and then
viewed, if desired, on a television set connected at
30  output 42.  A hard copy of the program may also be made
for later viewing.

As mentioned earlier, when any of the foregoing
operations entail the processing of unmodulated video
signals, such signals must first be processed by RF
35  modulator 19 before they can be accepted by devices such

- 18 -

as a conventional VCR or television set; when the
monitoring means is a computer monitor or a similar
display device the signals are processed by RGB
converter 21.

5      All of the foregoing operations are performed with
enhanced quality and efficiency by virtue of the digital,
rather than analog, storage and transmission modes and the
compressed data storage mechanism, with additional
advantages of improved cost and reliability afforded in

10   the case of tape to tape (or other media to media) program
transfers by virtue of the requirement for only a single
tape deck or other storage device.

In an alternative embodiment, either in place of
fiber optic port 18 or in addition to fiber optic port 18,

15   a microwave transceiver 18' is provided for transmitting
and/or receiving a video program via microwave.  In
conventional microwave technology, satellite systems and
microwave transmitters transmit data using a low
power/high frequency signal.  In an embodiment of the

20   invention designed to receive microwaves, transceiver 18'
includes an amplifier for amplifying the microwave signal
and a demodulator for obtaining the video program signal
from the microwave signal.  Receiving, amplifying and
demodulating the microwave signal can be accomplished with

25   conventional microwave transceiver equipment.  The video
program signal is typically in compressed digital form,
and may be stored, viewed or edited as in the above-
described embodiments.  Video program data from memory 13
can also be transmitted by the microwave transceiver,

30   thereby providing the capability for microwave
transmission of stored video programs in compressed
digital format.  Thus, the invention can be used to
receive and transmit programs via microwaves at an
accelerated rate similar to and about as fast as, the

35   transmission and reception of programs over optical

- 19 -

fibers.  This feature allows transmission and reception of
programs in a few minutes or seconds using currently
available technology.  Both point-to-point microwave
transceivers and satellite transceivers may be used.

5      In one embodiment, VCR-ET 10 receives video programs
which are downloaded from a remotely located video library
100 (Fig. 5) at an accelerated rate via microwave
transceiver 18'.  After downloading, the program may be
viewed, stored in memory, edited and/or a hard copy of the
10   program may be made on magnetic tape, optical disk, etc.
Thus, a VCR-ET owner who subscribes to video library 100
may request (via telephone or other means) that a
particular film be downloaded via microwave to the
subscriber's VCR-ET, e.g., VCR-ET 10.  Other subscribers
15   may simultaneously request that other movies be downloaded
into their VCR-ET's 10a to 10d (Fig. 5) via microwave.
Library 100 transmits a video signal corresponding to the
various movies requested by various users in series.
       In one embodiment, each VCR-ET includes a memory
20   device 90 (shown in phantom in Fig. 2) for storing a
subscriber's identification code unique to that VCR-ET.
As the video library broadcasts signals via microwaves,
prior to commencement of each signal corresponding to a
movie (or other video program), the library broadcasts a
25   preamble signal including the subscriber's code
corresponding to the VCR-ET for whom the movie signal is
intended.  Each VCR-ET includes a monitoring circuit 92
for monitoring the microwave signal received by microwave
transceiver 18'.  When transceiver 18' receives a preamble
30   signal corresponding to the subscriber code stored in
memory device 90, VCR-ET 10 stores the video signals
received thereafter in memory 13 for subsequent viewing.
In this way the video library may broadcast, in series,
compressed video signals at an accelerated rate to be
35   downloaded into VCR-ET's owned by various subscribers.  If

APBU00415208

WO 90/07843                                         PCT/US89/05829

- 20 -

a plurality of subscribers request the same film, the
library broadcasts a signal preamble containing the
plurality of subscribers' codes corresponding to the
VCR-ET's of each subscribing VCR-ET owner who requested
5 that film, so that each requesting subscriber
simultaneously receives the requested film.  In one
embodiment, the VCR library prioritizes the order in which
films are broadcast based upon the number of subscribers
requesting each film.

10       In another embodiment, a plurality of VCR-ET's are
coupled via their optical fiber port 18 and a common
optical fiber to the video library.  In yet another
embodiment, instead of receiving signals from the video
library using microwaves or optical signals, such video
15 signals are received via radio waves of a frequency such
as are used to communicate conventional television
signals.  In one such embodiment, these radio wave signals
are modulated using a technique described in U.S. patent
4,613,974, issued to Vokac et al. on September 23, 1986,
20 and incorporated herein by reference.  In the Vokac
modulation technique, the sine waves that make up the
radio signals are modified to include what Vokac refers to
as "audel levels" i.e. a relatively flat signal portion
110 between the peaks 112 and troughs 114 of the sine
25 waves (see Figure 6).  In one embodiment, TV RF tuner 16
is coupled to Vokac demodulation circuitry 16 (Fig. 2A)
which is capable of demodulating signals encoded using
Vokac's technique, and downloading these signals via
lead 94 to memory 13.

30       The use of Vokac's technique in this embodiment is
important because Vokac's technique allows for a single
carrier signal to be modulated by two other signals.  A
first of these two other signals is used to modulate the
carrier to encode data by introducing into the carrier
35 Vokac's "audel levels" 110.  In addition, the carrier may

APBU00415209

WO 90/07843                                         PCT/US89/05829

- 21 -

be phase, amplitude or frequency modulated using the
second other signal.  In this way, an electro-magnetic
carrier signal in the radio or television band may be
encoded with two information signals.  The first of these
5   signals may be a conventional commercial television
program, impressed upon the carrier signal via phase
modulation (or frequency or amplitude modulation) and
destined for televisions owned by people who do not
subscribe to the video library.  The second signal may be
10  audel-level encoded with data corresponding to a
compressed digital video signal destined for subscribers,
whose VCR-ET decodes the audel levels (using the circuitry
disclosed in the Vokac patent) and loaded into memory 13
for subsequent viewing.

15      As described in the Vokac patent, between each
peak 112 of Vokac's signal and an audel level is a first
portion 116 of a first transition region, and between each
audel level and a signal trough is a second portion 118 of
the transition region.  When demodulating signals
20  modulated with Vokac's technique, the demodulation
circuitry may be responsive to the slope of the first and
second portions 116, 118 of the transition regions, or it
may be responsive to the magnitude of the audel level 110,
directly.

25      In the embodiment in which compressed video signals
are transmitted by an electro-magnetic carrier signal in
the radio or television band, monitoring circuit 92 may be
coupled to TV RF tuner 16 instead of microwave
transceiver 18'.

30      Fig. 3 illustrates an alternative embodiment
invention in which AVRU 11 is not integral with VCU 12,
memory 13 or editor 14.  In this embodiment, AVRU 11 is a
conventional, commercially available VCR which receives a
modulated video input signal on an input cable 50.  In
35  this embodiment AVRU 11 includes a RF tuner 51 for

- 22 -

demodulating the input signal so it can be stored in media
23. AVRU 11 also includes a RF modulator 52 for
modulating the signal received from media 23 and providing
the RF modulated output signal on an output cable 53,
5  which can be coupled to a television set. (TV RF tuner 51
and RF modulator 52 are provided in typical commercially
available VCR's.) A switch 54 is provided to couple input
cable 50 to output cable 53 when media 23 is not serving
as a video signal source. The VCR-ET of this embodiment
10  includes a TV RF tuner 55 which receives and demodulates
the signal on cable 53, and provides the resultant analog
audio/video signal on a lead 56, which is digitized and
compressed as described above. In this alternative
embodiment, the digitized compressed signal may be
15  processed as described above, e.g. stored in memory 13
(via high speed bus 34), edited, transmitted by the fiber
optic port 18 to another VCR-ET, etc. When it is desired
to view a program stored in memory 13, data from memory 13
is decompressed and converted to an analog signal by
20  VCU 12, and the resulting signal is provided on an output
lead 57 to a RF modulator 58, which modulates the video
signal so that it can be received and stored by AVRU 11 or
viewed on a television coupled to cable 53. (As mentioned
above, in the Fig. 3 embodiment, AVRU 11 is a conventional
25  VCR.)

One advantage of the embodiment of Fig. 3 is that
many people already own VCR's. Rather than buying
apparatus which duplicates much of the hardware already
present in their VCR, the embodiment of Fig. 3 would
30  provide to owners of conventional VCR's capabilities which
are otherwise currently unavailable.

In one embodiment, analog auxiliary audio and video
input terminals 62, 64 are provided so that analog signals
may be provided by alternate sources to VCU 12.
35       The embodiments described include means for

- 23 -

receiving, storing and transmitting both audio and video
signals. However, the invention encompasses apparatus
which can store and transmit video signals only and
apparatus which can store and transmit audio signals
5 only. An embodiment designed to store and compress audio
signals is illustrated in Fig. 4. Referring to Fig. 4, an
audio signal source 70 (a tape recorder, microphone,
record player, etc.) is coupled to a digitizer and
compressor circuit 72, which converts the analog signal to
10 a digital signal and compresses the digital signal in a
manner similar to VCU 12 described above. (Audio signal
source 70 may also be a CD player which provides digital
audio signals, in which case circuit 72 merely compresses
but does not digitize the CD player output signal.) The
15 digital compressed signal can then be stored in a memory
74. Of importance, data from memory 74 can be transmitted
by a fiber optic transceiver 76, or by a microwave
transceiver 78 at an accelerated rate. This is important
not only in a home entertainment application, but in other
20 applications as well. For example, a user can dictate an
audio presentation and send it to a remote location (e.g.
an office) at an accelerated rate without having to
monopolize the transmission medium (e.g. the fiber optic
cable) for an extended length of time.
25 The business uses of the embodiment illustrated in
Fig. 4 makes home offices feasible for many workers now
confined to more traditional offices and also opens new
possibilities to business people who are traveling.
In the embodiment of Fig. 4, data can also be loaded
30 from memory 74, via a modem 79 over a conventional phone
line 80. Data can also be received from phone line 80,
fiber optic transceiver 76 or microwave transceiver 78,
loaded into memory 74, and converted to an analog signal
by circuit 72, to be listened to via an audio monitor 82,
35 or to be stored on an audio tape cassette 84 or other

APBU00415212

- 24 -

storage media.

An editor 86 is optionally provided so that the data
in memory 74 may be edited, e.g., by rearranging the order
of portions of the audio program, increasing or decreasing
5    the volume of portions (or different frequency components)
of the audio program, or enhancing the audio program
through filtering techniques (e.g. to remove static and
noise).

It will be apparent to those skilled in the art that
10   various changes and modifications may be made to the
above-described embodiments without departing from the
spirit of the invention or from the scope of the appended
claims.  For example, the VCR-ET can be constructed so as
to be portable.  Thus, it could be carried to a location
15   where it is desired to record a program with a video
camera, and used to edit the program after it is
recorded.  Also, in one embodiment, video library 100 can
download video programs via optical fiber or other
means.  Also, in other embodiments, an audio library is
20   provided to download digital compressed audio signals.
Other modifications will be apparent to those skilled in
the art in light of the present specification.

APBU00415213

- 25 -


CLAIMS

What is claimed is:

1.   Apparatus comprising:
     first means for receiving an input video signal,
5    which provides video information at an accelerated
     rate;
          second means for storing said video signal; and
          means for receiving from said second means said
     stored video signal and generating an output video
10   signal which provides video information at a rate at
     which it can be viewed.

     2.   Apparatus of Claim 1 wherein said input video
signal is a compressed digital video signal and said
output video signal is an analog video signal.

15   3.   Apparatus of Claim 1 wherein said input video
signal is received from a microwave transceiver, RF tuner,
optical fiber, telephone line or coaxial cable.

     4.   Apparatus of Claim 1 wherein said first means is
also capable of receiving an input video signal at a rate
20 at which it can be viewed.

     5.   Apparatus comprising:
          means for receiving a video input signal that
     provides video information at a first rate; and
          means for providing a video output signal
25   including said video information at a second rate
     greater than said first rate.

     6.   Apparatus of Claim 5 wherein said input video
signal is an analog video signal and said output video

- 26 -

signal is a digital compressed video signal.

    7.   Apparatus of Claim 5 wherein said output video
signal is transmitted by a microwave transceiver, an
optical fiber, radio transmitter, telephone line or
5 coaxial cable.

    8.   Apparatus comprising:
    means for receiving an input video signal;
    memory means for storing data;
    means for generating a compressed digital video
10 signal in response to said input video signal and
storing said compressed digital video signal in said
memory means; and
    reconstruction means for receiving said
compressed digital video signal from said memory
15 means and reconstructing therefrom an output video
signal suitable for viewing.

    9.   Apparatus of Claim 8 further comprising means
for editing said digital compressed video signal stored in
said memory means.

20    10.  Apparatus of Claim 9 wherein said means for
editing permits a user to alter the sequences of segments
of said compressed digital video signal.

    11.  Apparatus of Claim 9 further comprising means
for displaying images of said digital compressed video
25 signal being edited.

    12.  A video recording device comprising:
    first memory means for storing analog video
signals;
    second memory means for storing digital video

WO 90/07843                                      PCT/US89/05829

- 27 -

signals; and

conversion means for receiving said analog video
signals from said first memory means, converting said
analog video signals to digital video signals, and
5        storing said digital video signals in said second
memory means, said conversion means also being
capable of converting said digital video signals
stored in said second memory means back into analog
video signals for storage in said first memory means.

10       13.  Video recording device of Claim 12 wherein said
first memory means is a magnetic, optical or semiconductor
memory, and said digital video signals are compressed
digital video signals.

15       14.  Video recording device of Claim 12 further
comprising means coupled to said first memory means and
conversion means for receiving an analog input video
signal, whereby said analog input video signal may be
stored in said first memory means or converted to a
digital video signal by said conversion means.

20       15.  Apparatus comprising:
means for receiving an analog audio signal;
means for digitizing said analog audio signal,
thereby generating digital data corresponding to said
audio signal and for compressing said digital data;
25       memory means for storing said compressed digital
data; and
transceiver means for transmitting said
compressed digital data.

30       16.  Apparatus of Claim 15 wherein said transceiver
means also receives compressed digital data and stores
said received compressed digital data in said memory

APBU00415216

- 28 -

means, said apparatus also including means for
decompressing and converting the data stored in said
memory means into an analog audio signal.

17.   Apparatus of Claim 15 further comprising means
5 for editing said compressed digital data.

18.   Apparatus comprising:
        means for receiving a first signal from a
communication channel corresponding to audio
information during a first time period;
10        means for receiving said first signal and
reconstructing sound waves therefrom so that said
sound waves may be listened to during a second time
period substantially longer than said first time
period so that it is unnecessary to access said
15    communication channel for a time equal in duration to
said second time period.

19.   Apparatus comprising:
        first means for receiving and converting an
analog audio signal to a digital audio signal;
20        second means for storing said digital audio
signal, wherein said first means is also capable of
receiving said digital audio signal from said second
means and reconverting said digital audio signal back
to an analog audio signal for listening;
25        third means for storing data; and
        fourth means for transferring said digital audio
signal from said second means to said third means,
thereby making said second means available for
receiving and storing additional digital audio
30    signals.

20.   Apparatus of Claim 19 wherein said first means

APBU00415217

WO 90/07843                                           PCT/US89/05829

- 29 -

also compresses data, so that said digital audio signal is
a compressed digital audio signal, and wherein said third
means is a memory device capable of receiving said digital
audio signal from said second means, said third means also
5 being capable of receiving and storing said reconverted
analog audio signal from said first means.

    21.  Apparatus of Claim 20 wherein said third means
is remote from said first and second means and said fourth
means comprises a microwave transceiver.

10     22.  Apparatus of Claim 20 wherein said third means
is remote from said first and second means and said fourth
means comprises an optical fiber.

    23.  Apparatus of Claim 20 wherein said third means
is remote from said first and second means and said fourth
15 means comprises a telephone line.

    24.  Apparatus of Claim 19 wherein said third means
is also capable of storing an analog audio signal for
subsequent listening.

    25.  Apparatus comprising:
20         receiving means for receiving and storing an
audio signal in a first memory means during a first
time period;
         communication means for communicating said
stored audio signal during a second time period
25     substantially less than said first time period.

    26.  Apparatus of Claim 25 wherein said receiving
means converts said received audio signal from an analog
to digital format prior to storage, and said communication
means transmits said stored audio signal to a location

APBU00415218

- 30 -

remote from said apparatus.

   27.  Apparatus comprising:
        receiving means for receiving and storing an
audio signal in a first memory means during a first
5       time period; and
        means for providing said stored audio signal to
a speaker so that said signal can be listened to
during a second time period substantially greater
than said first time period.

10      28.  Apparatus of Claim 27 wherein said receiving
means receives said audio signal in digital format and
converts said received audio signal from said digital
format to an analog format, said receiving means receiving
said audio signal from a location remote from said
15 apparatus.

   29.  Apparatus comprising:
        first means for receiving an electromagnetic
wave signal from a video library, wherein at least
part of said signal corresponds to a video program
20      received at an accelerated rate; and
        second means for storing said part of said
signal corresponding to said video program so that
said video program may later be viewed.

   30.  Apparatus of Claim 29 wherein said part of said
25 signal corresponding to said video program comprises
compressed digital data corresponding to said video
program, and said signal is a radio band signal or a
television band signal.

   31.  Apparatus of Claim 30 further comprising a video
30 monitor and means for receiving and decompressing said

APBU00415219

- 31 -

compressed digital data and reconstructing therefrom a
video signal, and providing to said video monitor said
reconstructed video signal.

32.  Apparatus of Claim 31 wherein said first means
5    receives said video program in less than 10% of the length
of time required to view the video program.

33.  Apparatus of Claim 30 wherein said second means
stores said part of said signal corresponding to said
video program in compressed digital form, said apparatus
10   further comprising:
          an RF tuner for receiving a television signal;
          a video recorder for storing said television
     signal for subsequent viewing;
          third means for decompressing said compressed
15        digital data from said second means to reconstruct
     therefrom a video signal, said third means being
     coupled to said video recorder so that said
     reconstructed video signal may also be stored on a
     video storage medium, said second means also being
20        coupled to said video recorder so that said
     compressed digital data can be downloaded onto said
     storage medium.

34.  Apparatus of Claim 33 wherein said video
recorder is in a common housing with said first, second
25   and third means.

35.  Apparatus of Claim 33 wherein said video
recorder is not in a common housing with said first,
second, and third means.

36.  Apparatus comprising:
30        first means for receiving an electromagnetic

WO 90/07843                                                    PCT/US89/05829

- 32 -

wave signal from an audio library, wherein at least
part of said signal corresponds to an audio program
received at an accelerated rate; and
     second means for storing said part of said
5       signal corresponding to said audio program so that
said audio program may later be listened to.

    37.  Apparatus of Claim 36 wherein said part of said
signal corresponding to said audio program comprises
compressed digital data corresponding to said audio
10 program, and said signal is a radio band frequency signal
or a television band frequency signal.

    38.  Apparatus of Claim 37 further comprising a
speaker and means for receiving and decompressing said
compressed digital data and reconstructing therefrom an
15 audio signal, and providing to said speaker said
reconstructed audio signal.

    39.  Apparatus of Claim 38 wherein said first means
receives said audio program in less than 10% of the length
of time required to listen to the audio program.

20     40.  Apparatus of Claim 37 further comprising means
for editing said compressed digital data stored in said
second means.

APBU00415221

WO 90/07843                                    PCT/US89/05829

1/6



FIG._1

APBU00415222

APBU00415223

WO 90/07843

PCT/US89/05829

2/6



## FIG._1A



## FIG._4

**SUBSTITUTE SHEET**

APBU00415224

APBU00415225

3/6



FIG._2

VIDEO OUT

RF OUT

RGB OUT

A/V
TRANS/REC
IN/OUT

APBU00415226

APBU00415227



FIG._2A

APBU00415228

APBU00415229

WO 90/07843   PCT/US89/05829

5/6



**SUBSTITUTE SHEET**   *FIG._3*

APBU00415230

APBU00415231

WO 90/07843

PCT/US89/05829

6/6



**FIG._5**



**FIG._6**

**SUBSTITUTE SHEET**

APBU00415232

APBU00415233