Apple Computer Inc. v. Burst.com, Inc.    13    Doc. 77 Att.



# W.P. THOMPSON & CO.
FOUNDED 1873

INCORPORATING BY MERGER

# POLLAK MERCER & TENCH
FOUNDED 1909

HIGH HOLBORN HOUSE
52-54 HIGH HOLBORN
LONDON WC1V 6RY

PATENTS · TRADE MARKS · DESIGNS

A. T. RANSON, C.Eng., F.I.E.E.
C. JONES, M.A. (Cantab.)
I. JONES, B.Sc.
P. K. TAYLOR, B.Sc.
P. M. GORE, B.Sc. Spec.
J. D. McCALL, B.Sc. Tech.
W. J. A. BEESTON, M.A. (Cantab)
D. I. HUNTINGFORD, B.Sc., C.Eng., M.I.E.E.
D. H. STRINGER, B.Sc.
R. B. THOMSON, B.Sc.
C. T. EYLES, M.A. (Cantab.), PhD., C.Chem., M.R.S.C.
R. ACKROYD, B.Sc., PhD
N. M. MANLEY, B.Sc.

**Consultants**
J. P. HINDLEY, M.A. (Cantab.)
G. O. SHIPTON, B.Sc., C.Chem., F.R.S.C.
R. E. OLIVER, B.Sc.

**Associate**
SUSAN E. PICKIN, B.Sc.

**General Manager**
C. H. LAWTON

TELEPHONE: 071-405 2174
071-242 3524
INT. 44 71-405 2174
INT. 44 71-242 3524

TELEX: 268801 POLLAK G

CABLES:
VOCABULARY LONDON WC1V 6RY

DOCUMENT EXCHANGE:
DX 263, LONDON

FAX: 071-831 0139
071-405 6607
INT. 44 71-831 0139
INT. 44 71-405 6607

CHARTERED PATENT AGENTS
EUROPEAN PATENT ATTORNEYS
TRADE MARK AGENTS

12 September 1990

OUR REF. IJ/M-914

European Patent Office
P B 5818
Patentlaan 2
2280 HV Rijswijk (ZH)
Netherlands

YOUR REF.

90902741.9

Dear Sirs

Application PCT/US89/05829
Richard A Lang

Further to my letter of 22 August 1990, I now file in triplicate claims 1-72, in replacement of the current claims of the International application.

A fee voucher in respect of the excess claim fees due on claims 11-72 is also filed.

Yours faithfully
W P THOMPSON & CO

JONES, Ian
(Applicants' Authorised Representative)

1.1.3.1. Poststelle
Form 1010 an 4.2.2.
am: 1 4 -09- 1990  (07)
☐ Scheck an 1.1.1.
☐ Sonstige an 1.1.1./4.2.2.

Encs

LIVERPOOL OFFICE:
COOPERS BUILDING
CHURCH STREET
LIVERPOOL L1 3AB
TEL: 051-709 3961
TELEX: 627432
FAX: 051-709 0162
051-708 8602

LETCHWORTH OFFICE:
EASTCHEAP HOUSE
CENTRAL APPROACH
LETCHWORTH, HERTS. SG6 3DS
TEL: 0462 682139
TELEX: 268801 POLLAK G
FAX: 0462 676775

HULL OFFICE:
KINGS BUILDING
SOUTH CHURCH SIDE
HULL HU1 1RR
NORTH HUMBERSIDE
TEL: 0482 223451
FAX: 0482 228366

MUNICH OFFICE:
8 MUNICH 22
REITMORSTRASSE 18/1
GERMANY
TEL: 010 49 89 29 25 12
TELEX: 522309
FAX: 010 49 89 29 85 98

APBU00415270
dockets.Justia.com



-1-

CLAIMS

1.  An audio/video transceiver apparatus comprising:

    input means for receiving audio/video source information;

    compression means, coupled to said input means, for compressing said audio/video source information into a time compressed representation thereof having an associated time period that is shorter than a time period associated with a real time representation of said audio/video source information;

    random access storage means, coupled to said compression means, for storing the time compressed representation of said audio/video source information; and

    output means, coupled to said random access storage means, for receiving the time compressed audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus.

2.  An apparatus as claimed in claim 1 comprising editing means, coupled to said random access storage means, for editing the time compressed representation of said audio/video source information stored in said random access storage means and for restoring the edited time compressed representation of said audio/video source information in said random access storage means; and wherein said output means is operative for receiving the edited time compressed representation of said audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus.

14.09.90

-2-

3. An apparatus as claimed in claim 2 comprising monitor means for enabling the user to selectively identify the time compressed representation of said audio/video source information stored in said random
5   access storage means during editing.

4. An apparatus as claimed in claim 2 comprising recording means, including a removable recording medium, coupled to said random access storage means, for storing the edited time compressed representation
10  of said audio/video source information stored in said random access storage means onto said removable recording medium.

5. An apparatus as claimed in claim 4 comprising monitor means for enabling the user to selectively view
15  the time compressed representation of said audio/video source information stored on said removable recording medium.

6. An apparatus as claimed in claim 2 comprising external video tape recorder means, coupled to said
20  output means, for storing the edited time compressed representation of said audio/video source information stored in said random access storage means onto magnetic tape.

7. An apparatus as claimed in claim 1 wherein the
25  output means comprises a fiber optic output port for coupling the apparatus to a fiber optic transmission line.

8. An apparatus as claimed in claim 1 wherein the output means comprises a modem for coupling the
30  apparatus to a telephone transmission line.

9. An apparatus as claimed in claim 1 wherein:
    said audio/video source information comprises analog audio/video source information;
    said audio/video transceiver apparatus
35  further comprises analog to digital converter

APBU00415272



-3-

       means for converting said analog audio/video source information to corresponding digital audio/video source information;

5        said compression means is operative for compressing said corresponding digital audio/video source information into a digital time compressed representation thereof having an associated time period that is shorter than a time period associated with a real time representation of said
10    digital audio/video source information; and

       said random access storage means is operative for storing said digital time compressed representation of said corresponding digital audio-video source information.

15    10. An apparatus as claimed in claim 9 wherein said input means is coupled to an external television camera and said analog audio-video source information comprises information received from said external television camera.

20    11. An apparatus as claimed in claim 9 wherein said input means is coupled to an external analog video tape recorder and said analog audio/video source information comprises information received from said external analog video tape recorder.

25    12. An apparatus as claimed in claim 9 wherein said input means is coupled to an external television RF tuner and said analog audio/video source information comprises information received from said external television RF tuner.

30    13. An apparatus as claimed in claim 9 wherein said input means comprises television RF tuner means coupled to an external television antenna and said analog audio/video source information comprises information transmitted by a remotely located
35    television transmitter.

    14. An apparatus as claimed in claim 9 wherein said input means comprises television RF tuner means coupled to an external cable television system and said analog audio/video source information comprises information received from said external cable television system.

    15. An apparatus as claimed in claim 9 comprising:

    decompression means, coupled to said random access storage means, for selectively decompressing the digital time compressed representation of said corresponding digital audio/video source information stored in said random access storage means; and

    editing means, coupled to said random access storage means and decompression means, for editing the decompressed digital time compressed representation of said corresponding digital audio/video source information and for then storing the edited decompressed digital time compressed representation of said corresponding digital audio/video source information in said random access storage means.

    16. An apparatus as claimed in claim 15 comprising monitor means for enabling the user to selectively view the decompressed digital time compressed representation of said corresponding digital audio/video source information during editing.

    17. An apparatus as claimed in claim 9 comprising:

    decompression means, coupled to sand random access storage means, for selectively decompressing the digital time compressed representation of said corresponding digital audio/video source information stored in said

APBU00415274



-5-

```
          random access storage means; and
             monitor means, coupled to said decompression
          means, for enabling the user to selectively view
          the decompressed digital time compressed
  5       representation of said corresponding digital
          audio-video source information.
             18.  An apparatus as claimed in claim 9 comprising
          a video tape recorder for providing said analog
          audio/video source information.
 10          19.  An apparatus as claimed in claim 1 wherein:
             said audio/video source information comprises
          digital audio/video source information;
             said compression means is operative for
          compressing said digital audio/video source
 15       information into a digital time compressed
          representation thereof having an associated time
          period that is shorter than a time period
          associated with a real time representation of said
          digital audio/video source information; and
 20          said random access storage means is operative
          for storing said digital time compressed
          representation of said digital audio/video source
          information.
             20.  An apparatus as claimed in claim 19 wherein
 25       said input means is coupled to an external computer and
          said digital audio/video source information comprises
          computer-generated audio/video information.
             21.  An apparatus as claimed in claim 19 wherein
          said input means comprises a fiber optic input port
 30       coupled to a fiber optic transmission line and said
          digital audio/video source information comprises
          information received over said fiber optic transmission
          line.
             22.  An apparatus as claimed in claim 19
 35       comprising:
```

APBU00415275



-6-

decompression means, coupled to said random access storage means, for selectively decompressing the digital time compressed representation of said digital audio/video source information stored in sid random access memory means; and

editing means, coupled to said random access storage means and decompression means, for editing the decompressed digital time compressed representation of said digital audio/video source information;

said random access storage means thereafter being operative for storing the edited decompressed digital time compressed representation of said digital audio/video source information in said random access storage means.

23. An apparatus as claimed in claim 22 further comprising monitor means for enabling the user to selectively view the decompressed digital time compressed representation of said digital audio-video source information during editing.

24. An apparatus as claimed in claim 19 comprising:

decompression means, coupled to said random access storage means, for selectively decompressing the digital time compressed representation of said digital audio/video source information stored in said random access memory means; and

monitor means, coupled to said decompression means, for enabling the user to selectively view the decompressed digital time compressed representation of said digital audio-video source information.

25. An apparatus as claimed in claim 19

APBU00415276



-7-

comprising CD-ROM means for providing said digital audio/video source information.

26. An apparatus as claimed in claim 19 comprising erasable optical disc means for providing said digital audio/video source information.

27. An apparatus as claimed in claim 1 comprising:

decompression means, coupled to said random access storage means, for selectively decompressing said time compressed representation of said audio/video source information stored in said random access storage means; and

editing means, coupled to said random access storage means and decompression means, for editing said selectively decompressed time compressed representation of said audio/video source information, and for storing said edited selectively decompressed time compressed representation of said audio/video source information in said random access storage means.

28. An apparatus as claimed in claim 27 comprising recording means, including a removable recording medium, coupled to said random access storage means, for storing the edited decompressed time compressed representation of said audio/video source information stored in said random access storage means.

29. An apparatus as claimed in claim 27 comprising external video tape recorder means, coupled to said output means, for storing the edited decompressed time compressed representation of said audio/video source information stored in said random access storage mens onto magnetic tape.

30. An apparatus as claimed in claim 1 comprising:

decompression means, coupled to said random access storage means, for selectively



-8-

decompressing said time compressed representation of said audio/video source information stored in said random access storage means; and

5    editing means, coupled to said random access storage means and decompression means, for editing said selectively decompressed time compressed representation of said audio/video source information;

    wherein said compression means is operative
10   for recompressing the edited selectively decompressed time compressed representation of said audio/video source information; and

    wherein said random access storage means is operative for storing the recompressed selectively
15   decompressed time compressed representation of said audio/video source information.

    31. An apparatus as claimed in claim 1 comprising:

    decompression means, coupled to said random
20   access storage means, for selectively decompressing the time compressed representation of said audio/video source information stored in said random access storage means; and

    monitor means for enabling the user to view
25   the selectively decompressed time compressed representation of said audio/video source information.

    32. An apparatus as claimed in claim 31 comprising:

30   recording means, including a removable recording medium, coupled to said decompression means, for storing the selectively decompressed time compressed representation of said audio/video source information on aid hard copy storage
35   medium; and

APBU00415278



-9-

wherein said monitor means is operative for enabling the user to view the selectively decompressed time compressed representation of said audio/video source information stored on sid removable recording medium.

33.  An apparatus as claimed in claim 31 comprising external video tape recorder means, coupled to said output means, for storing the selectively decompressed time compressed representation of said audio/video source information onto magnetic tape.

34.  An apparatus as claimed in claim 1 comprising recording means, including a removable recording medium, coupled to said random access storage means, for storing the time compressed representation of said audio/video source information stored in said random access storage means onto said removable recording medium.

35.  An apparatus as claimed in claim 1 comprising:

    decompression means, coupled to said random access storage means, for selectively decompressing the time compressed representation of said audio/video source information stored in said random access storage means; and

    recording means, including a removable recording medium, coupled to said decompression means, for storing the selectively decompressed time compressed representation of said audio/video source information stored in said random access storage means.

36.  An apparatus as claimed in claim 1 comprising:

    decompression means, coupled to said random access storage means, for selectively decompressing the time compressed representation



-10-

of said audio/video source information stored in said random access storage means; and

external video tape recorder means, coupled to said output means, for storing the selectively
5    decompressed time compressed representation of said audio/video source information stored in said random access storage means.

37. An apparatus as claimed in claim 1 comprising editing means, coupled to said random access storage
10   means, for editing said time compressed representation of said audio/video source information and for then storing the edited time compressed representation of said audio/video source information in said random access storage means.

15   38. An apparatus as claimed in claim 1 wherein said input means and output means comprises microwave transceiver means, coupled to a microwave link, for receiving said audio/video source information over said microwave link and for transmitting said time
20   compressed audio/video source information stored in said random access storage means over said microwave link.

39. An apparatus as claimed in any preceding claim wherein the random access storage means comprises
25   an optical disc, a semiconductor memory, a bubble memory, digital paper, or one or more magnetic discs.

40. An audio/video transceiver apparatus comprising:

input means for receiving audio/video source
30       information as a time compressed representation thereof, said time compressed representation of said audio/video source information being received over an associated burst time period that is shorter than a real time period associated with
35       said audio/video source information;

APBU00415280



-11-

      random access storage means, coupled to said input means, for storing the time compressed representation of said audio/video source information received by said input means; and

5      output means, coupled to said random access storage means, for receiving the time compressed representation of said audio/video source information stored in said random access storage means for transmission away from said audio/video 
10  transceiver apparatus.

    41.  An audio-video transceiver apparatus as in claim 40 wherein:

      said input means comprises a fiber optic input port;

15     said input means is coupled, via a fiber optic transmission line, to a video library, said video library storing a multiplicity of items of audio/video source information in said time compressed representation for selective retrieval,
20  in said associated burst time period over said fiber optic transmission line, by the user.

    42.  An audio/video transceiver apparatus as in claim 40 in combination with a video library, coupled via a communication link with said audio-video
25  transceiver apparatus, said video library storing a multiplicity of items of audio/video source information in said time compressed representation for selective retrieval, in said associated burst time period over said communication link.

30    43.  An apparatus as claimed n claim 40 comprising recording means, including a removable recording medium, coupled to said random access storage means, for storing the time compressed representation of said audio/video source information stored in said random
35  access storage means onto said removable recording

-12-

medium.

    44. An apparatus as claimed in claim 40 wherein:

    said input means comprises television RF tuner means; and

5     said audio/video source information comprises a time compressed representation thereof transmitted by a remotely located television transmitter.

    45. An apparatus as claimed in claim 1 or 40
10 comprising external video tape recorder means, coupled to said output means, for storing the time compressed representation of said audio/video source information stored in said random access storage mens onto magnetic tape.

15     46. An apparatus as claimed in claim 40 wherein said input means and output means comprises microwave transceiver means coupled, via a microwave link, to a video library, said video library storing a multiplicity of items of audio/video source information
20 in said time compressed digital representation for selective retrieval, in said associated burst time period, over said microwave link, said microwave transceiver means being further operative for transmitting said time compressed representation of
25 said audio/video information stored in said random access storage means over said microwave link.

    47. An audio/video information transfer network comprising a plurality of audio/video transceivers coupled via one or more communications links, each of
30 the audio/video transceivers comprising:

    input means for receiving audio/video source information;

    compression means, coupled to said input means, for compressing said audio/video source
35     information into a time compressed representation

-13-

       thereof having an associated burst time period that is shorter than a time period associated with a real time representation of said audio-video source information; and

5       random access storage means, coupled to said compression means, for storing the time compressed representation of said audio/video source information; and

       output means, coupled to storage means and to
10  one of said one or more communications links, for receiving the time compressed format representation of said audio/video source information stored in said random access storage means for transmission in said burst time period
15  to another one of said plurality of audio/video transceivers.

       48. A network as claimed in claim 47 wherein said input means of one of said plurality of audio/video transceivers comprises a fiber optic input port, said
20  output means of another one of said plurality of audio/video transceiver apparatus comprises a fiber optic output port, and one of said one or more communication links comprises a fiber optic transmission line coupled between said fiber optic
25  input port and said fiber optic output port.

       49. A network as claimed in claim 47 wherein said output means of one of said plurality of audio/video transceiver apparatus comprises a modem and one of said one or more communications links comprises a telephone
30  transmission line.

       50. A network as claimed in claim 47 wherein at least one of said audio/video transceivers comprises recording means, including a removable recording medium, coupled to said random access storage means,
35  for storing the time compressed representation of said

APBU00415283

-14-

audio/video source information stored in said random access storage means onto said removable recording medium.

51. A network as claimed in claim 47 wherein at least one of said audio/video transceivers comprises:

    decompression means, coupled to said random access storage means, for decompressing the time compressed representation of said audio/video source information stored in said random access storage means; and

    recording means, including a removable recording medium, coupled to said decompression means, for storing the decompressed time compressed format representation of said audio/video source information onto said removable recording medium.

52. A network as claimed in claim 50 or 51 wherein said recording means comprises a video tape recorder and said removable recording medium comprises magnetic tape.

53. A network as claimed in claim 50 or 51 wherein said recording means comprises a write once read many (WORM) optical disc drive and said removable recording medium comprises one or more WORM discs.

54. A network as claimed in claim 50 or 51 wherein said recording means comprises an erasable optical disc drive and said hard copy storage medium comprises one or more erasable optical discs.

55. A network as claimed in any one of claims 47-54 wherein the random access storage means comprises an optical disc memory or a semiconductor memory.

56. A network as claimed in any one of claims 47-54 wherein said random access storage means of one of said plurality of audio/video transceiver apparatus stores a library comprising a multiplicity of items of

APBU00415284

-15-

audio/video source information in said time compressed representation for selective transmission in said associated burst time period to another one of said audio/video transceivers.

5   57.  An audio/video transceiver apparatus comprising:

input means for receiving analog and/or digital audio/video source information;

analog to digital converter means for
10  converting analog audio/video source information received at said input means to corresponding digital audio/video source information;

digital to analog converter means for converting digital audio/video source information
15  received at said input means to corresponding analog audio/video source information;

compressor/decompressor means for compressing digital audio/video source information received at said input means or said corresponding digital
20  audio/video source information received from said analog to digital converter means into a time compressed representation of said digital or corresponding digital audio/video source information, said time compressed representation
25  having an associated time period that is shorter than a time period associated with a real time representation of said digital or corresponding digital audio/video source information, said compressor/decompressor means being further
30  operative for decompressing said time compressed representation into a decompressed real time representation of said digital or corresponding digital audio/video source information;

central processing unit means for controlling
35  operation of said compressor/decompressor means;

-16-

random access storage means for storing said time compressed representation of said digital or corresponding digital audio/video source information and for storing said decompressed real time representation of said digital or corresponding digital audio/video source information;

controller means for enabling communication between said compressor/decompressor means, said central processing unit means, and said random access memory means; and

output means for receiving said time compressed representation of said digital or corresponding digital audio/video source information stored in sid random access storage means for transmission away from said audio/video transceiver apparatus.

58. An apparatus as claimed in claim 57 comprising time base generator mean for supplying timing information for association with the time compressed representation of the digital or corresponding digital audio/video source information.

59. An apparatus as claimed in claim 60 comprising audio/video recording means including a recording medium for recording said analog or corresponding analog audio/video source information onto the recording medium.

60. An apparatus as claimed in claim 60 further comprising audio/video recording means, including a recording medium, for recording said digital or corresponding digital audio/video source information onto said recording medium.

61. An apparatus as claimed in claim 59 or 60 wherein the recording medium comprises magnetic tape.

62. An apparatus as claimed in claim 60 wherein

-17-

the recording medium comprises a CD-ROM or a WORM or an erasable optical disc.

63. An apparatus as claimed in any one of claims 57-62 comprising audio/video recording and playback means coupled to the input means for providing said analog and/or digital audio/video source information.

64. An apparatus as claimed in any of claims 57-62 comprising high speed bus means coupled to the input means, and wherein the input means comprises auxiliary digital input means for receiving the digital audio/video source information.

65. An apparatus as claimed in claim 64 wherein the high speed bus means comprises an optical bus.

66. An apparatus as claimed in any one of claims 57-62 comprising high speed bus means coupled to said input means, and wherein said input means comprises fiber optic means for receiving said digital audio/video source information.

67. An apparatus as claimed in any one of claims 57-63 comprising high speed bus means, and wherein said analog to digital converter means, digital to analog converter means, compressor/decompressor means, central processing unit means, and controller means are coupled to said random access storage mean via said high speed bus means.

68. An apparatus as claimed in claim 67 comprising RGB converter means for converting information stored in said random access storage means to an RGB format, and wherein said output means comprises RGB output means for receiving RGB format information from said RGB converter means.

69. An apparatus as claimed in claim 67 wherein said output means comprise audio/video transmitter/receiver means coupled to said high speed bus for receiving said time compressed representation

APBU00415287

-18-

of said digital or corresponding digital audio/video source information stored in said audio/video transceiver apparatus.

70. An apparatus as claimed in claim 69 wherein the audio/video transmitter/receiver mean comprises a modem for coupling to a telephone transmission line, or a fiber optic transceiver for coupling to a fiber optic transmission line.

71. An apparatus as claimed in claim 57 comprising:

    digital control unit means, said digital control unit means comprising:

        additional central processing unit means;

        read-only memory means coupled to said additional central processing unit means for storing microinstructions defining a plurality of selected editing functions; and

        additional controller means for enabling communication between said additional central processing unit means and said read-only memory means; and

    said additional central processing unit means being operative for selectively executing the microinstructions stored in said read-only memory means to perform one or more of said plurality of selected editing functions.

72. An apparatus as claimed in claim 71 wherein said digital control unit means is coupled to said random access storage means.

APBU00415288