Apple Computer Inc. v. Burst.com, Inc.                                    7-3   Doc. 77 Att.



**W. P. THOMPSON & Cᵒ**

FOUNDED 1873

INCORPORATING BY MERGER

**POLLAK MERCER & TENCH**
FOUNDED 1909

**CELCON HOUSE
289-293 HIGH HOLBORN
LONDON WC1V 7HU**

PATENTS   ·   TRADE . MARKS   ·   DESIGNS

# FACSIMILE  TRANSMISSION

of ___28___ sheets including this cover

**To** ___EPO___                    **Attn.** _____

**From** ___HECTOR, ANNABEL MARY___   **Date** ___5 MAY 1995___

**Our ref.** ___AMH/plc/PL75109EP___   **Your ref.** ___90902741.9-2202___

**Comments** _____

_____

_____

_____

_____

_____

_____

In the event of partial or unclear transmission please contact us immediately on

Fax 071-831 0139 (Int +44 71 831 0139)
Fax 071-405 6607 (Int +44 71 405 6607)
or
Tel 071-242 3524 (Int +44 71 242 3524)
Tel 071-405 2174 (Int +44 71 405 2174)

The information in this transmission may be privileged and/or confidential. If you are not the intended recipient any dissemination, copying or use of the information is prohibited. If you have received the transmission in error please notify us immediately by fax or telephone (we will accept the charges).

APBU00415364
Dockets.Justia.com

RCV. VON:EPA MUENCHEN 01    : 5- 5-95 : 16:04 :    01718310139→    +49 89 23994465:# 2

74

# W.P. THOMPSON & Co.

FOUNDED 1873

J.D. McCALL, B Sc, Tech, C P A, E P A, RTMA
W.J.A. BREETON, M A, (Cantab), C P A, E P A, RTMA
D.L HUNTINGFORD, B Sc, C Eng, M I E E, C P A, E P A, RTMA
D.N. STRINGER, B Sc, C P A, E P A, RTMA
R.B. THOMSON, B Sc, C P A, E P A, RTMA
C.T. EYLES, M A, (Cantab), Ph D, C Chem, M R S C, C P A, E P A, RTMA
R. ACKROYD, B Sc, Ph D, C Chem, M R S C, C P A, E P A, RTMA
N.M. MANLEY, B Sc, C P A, E P A, RTMA
A.J.A. WALKER, B Sc, C P A, E P A, RTMA
JACQUELINE G. FREEMAN, B A, (Oxon), C P A, E P A, RTMA

Associate by
JENNIFER M. MADDOX, B A, RTMA

Consultants
J.P. HINDLEY, M A, (Cantab), C P A, E P A
G.O. SHEPTON, B Sc, C Chem, F R S C, C P A, E P A
R.E. OLIVER, B Sc, C P A, E P A
A.T. RAMSON, C Eng, F I E E, C P A, E P A, RTMA
R.M. GORE, B Sc, Sexc, C P A, E P A
C. JONES, M A, (Cantab), C P A, E P A, RTMA
L. JONES, B Sc, C P A, E P A, RTMA
P.K. TAYLOR, B Sc, C P A, E P A

Associate
SUSAN E. PICKIN, B Sc, C P A, E P A, RTMA

General Manager
C.K. LAWTON

INCORPORATING BY MERGER
POLLAK MERCER & TENCH
FOUNDED 1909

CELCON HOUSE
289-293 HIGH HOLBORN
LONDON WC1V 7HU

PATENTS  ·  TRADE MARKS  ·  DESIGNS  ·  COPYRIGHT

TELEPHONE: 0171-242 3524
0171-405 2174
INT. +44 171-242 3524
INT. +44 171-405 2174

TELEX: 268801 POLLAK G

CABLES:
VOCABULARY LONDON WC1V 6RV

DOCUMENT EXCHANGE
DX 263, LONDON

FAX: 0171-831 0139
0171-405 6607
INT. +44 171-831 0139
INT. +44 171-405 6607

CHARTERED PATENT ATTORNEYS
EUROPEAN PATENT ATTORNEYS
TRADE MARK AGENTS

5 May 1995

OUR REF JCF/AMH/plc/PL75109EP

YOUR REF.

European Patent Office
Directorate General 2
D - 80298 Munich
Germany

**VIA FACSIMILE**

Dear Sirs,

**European Patent Application No. 90 902 741.9-2202**
**Richard A. Lang**

Referring to the Communication dated 3 March 1995, further
processing of this application is hereby requested.  The
required has been paid today by telex, a copy of which is
enclosed.  The omitted act is completed by the enclosed response
to the Official Communication dated 22 April 1994.

Yours faithfully

HECTOR, Annabel Mary
Professional Representative
Association No. 105

Encl.

c:\epo\pl75109.ep:plc

await conf.

10. 05. 95 MD

LIVERPOOL OFFICE: COOPERS BUILDING CHURCH STREET LIVERPOOL L1 3AB TEL: 0151-709 3661 FAX: 0151-709 0162/0151-708 8602
LETCHWORTH OFFICE: EASTCHEAP HOUSE CENTRAL APPROACH LETCHWORTH HERTS SG6 3DS TEL: 01462 682199 FAX: 01462 676775
HULL OFFICE: KINGS BUILDING SOUTH CHURCH SIDE HULL HU1 1RR NORTH HUMBERSIDE TEL: 01482 223451 FAX: 01482 228366
MUNICH OFFICE: REITMORSTRASSE 16/1 D-80538 MUNICH GERMANY TEL: +49 89 29 25 12 FAX: +49 89 29 85 68

APBU00415365

RCV. VON:EPA  MUENCHEN 01 _    : 5- 5-95 :   16:05 :    _____ 01718310139-     +49 89 23994465:# 3

<u>Application No. 90902741.9</u>
<u>Response to Communication pursuant to Article 96(2) and Rule
51(2) EPC</u>

  Replacement pages 10, 12 to 22, 26 to 33 and 34 of the
claims are filed herewith in triplicate.  Pages 11, 23 to 25 and
35 to 37 are cancelled.  The claims have been amended in
accordance with items 2(c) and (d) and 3 of the Communication.
Thus claims 40 to 46 and 89 to 101 have been deleted, and claims
111, 113, 115, 117 to 120, 122, 125, 128, 129 and 131, dependent
upon deleted claims, have also been deleted.  Claims 145, 146,
147, 148 and 102 have been made dependent on previous claims 73
(now claim 66), as new claims 7-77 and 87.  The other claim have
been re-numbered accordingly.  The deleted subject matter is not
abandoned unconditionally, and the right is reserved to file a
divisional application.

  Regarding the objection under item 1, the Examiner's
attention is drawn to the passage on page 12, line 15 to page 13,
line 11 of the description, where it is clearly stated that the
video program is communicated or transmitted at an accelerated
rate in less time that would be taken to view the program (see in
particular page 12, lines 23 to 33).  Therefore it is submitted
that no new subject matter has been introduced.

  Regarding item 2(a) the received audio/video source
information is compressed into a time representation thereof and
then stored into the random access storage means in order to
facilitate subsequent burst source information in a time period
that is shorter than a time period associated with a real time
(the time required to view) representation of the audio/video
source information, as set forth at page 12, lines 28-33 of the
description.  Thus, the compression described at page 7, lines
5-27 of the description results in the claimed time compressed
representation of the audio/video source information.

  Regarding item 2(b), apparatus claim 57, for instance,
recites that the compressor/decompressor means is capable of
compressing digital audio/video source information into a time
compressed representation thereof and also of decompressing the
time compressed representation into a decompressed real time
representation thereof.  Under control of the central processing
unit, audio/video source information may be stored as either a
time compressed representation thereof or as a decompressed real
time representation thereof, the latter being required at such
time as the user desires to view the audio/video source
information.  In answer to the Examiner's query regarding
memories 13 and 29, memory 13 is used to store audio/video source
information following compression or decompression, while RAM 29
is employed for interim data storage during the
compression/decompression process, as set forth in detail at page
15, line 13, through page 16, line 2 of the description.

1

APBU00415366

RCV. VON:EPA MUENCHEN 01        5- 5-95 :  16:05 :        01718310139→    +49 89 23994465:# 4

76

In response to the objections under item 4, we have the
following comments.  The invention as now claimed provides an
audio/video transceiver in which an analog and/or digital
audio/video program can be received from a variety of sources.
If the audio/video program is received in analog format, it may
be converted to digital format, compressed into a time compressed
digital format, and stored in a random access storage.  If the
audio/video program is received in digital format, it may then be
directly compressed into the time compressed digital format and
stored in the random access storage.  The time compressed digital
format program stored in the random access storage may then be
edited and restored in the random access storage.  It may then be
decompressed and downloaded onto a removable storage medium in
either analog or digital format.  Alternatively, it may be
transmitted over a burst time period to a second remotely located
transceiver via any of a number of transmission mediums.  For
example, a 2-hour real time audio/video program may be so
transmitted over a burst time period of only 5-30 seconds.

Therefore, a user of the transceiver of the present
invention may, for example, select an audio/video program for his
evenings viewing entertainment from a remotely located
audio/video library.  The selected program may then be
transmitted to the user's transceiver over the burst time period
of 5-30 seconds, where it is stored in time compressed digital
format in the random access storage of his transceiver.  His
transceiver is then operative for decompressing the program so
received and stored into either an analog or digital format for
direct viewing by the user.

These very important features of the invention as now
claimed are simply not shown or suggested by either D1 or D2.
Document D1 teaches only the storage and transmission of still
images.  No time elements are associated with still images.
Thus, as one would expect and as correctly recognised by the
Examiner, D1 contains no showing or suggestion whatsoever of
transmitting audio/video information in a time compressed form.
Furthermore, it is submitted that the mathematical assertions
made by the Examiner to support his conclusion that the CD-player
apparatus of D1 is capable of transmitting time compressed audio
and/or video information are incorrect.  D1 at column 2, section
2, line 11 states that a complete TV picture (still frame image)
requires 828 Kbytes of storage.  Therefore, using the Examiner's
150 Kbytes/second CD transceiver rate, 5.52 seconds are required
to access a single uncompressed video frame.  This is totally
unlike the transceiver apparatus of the present invention which
receives and/or transmits entire full motion video programs at an
accelerated rate as the result of time compression of those full
motion video programs, and the claimed structure for
accomplishing that result.  Furthermore, D1 contains no
disclosure or suggestion whatsoever of transmitting information
away from the apparatus, as specifically taught and claimed by
the present invention.

2

APBU00415367

RCV. VON:EPA MUENCHEN 01      : 5- 5-95 :   16:06 :      01718310139-     +49 89 23994465:# 5

D2 teaches an apparatus and method for rapidly creating a custom tape of musical pieces selected from a music library.  The compression taught in D2 does not result in a reduction of the amount of digital data used to represent the source signal.  In fact, the compression described in D2 simply alters the analog bandwidth of the audio signal into a standard video bandwidth, as set forth at column 14, lines 21-25 and 30-45 and in Figure 2 of D2.  The purpose of this bandwidth transformation is to enable storage of the audio signal using standard video components such as video laser disc.  D2 contains absolutely no disclosure or suggestion whatsoever of data reduction or of the transmission of data over a communications network, again as now specifically claimed.

It is therefore submitted that the invention as now claimed is both new and inventive in the light of the prior art.

Regarding item 5, it is respectfully requested that formal revision of the specification in this respect be deferred until the scope of the claims has been agreed.

3

APBU00415368

05-05-95   14:21

;
041523636+
523656C EPMU D
0717  05-05-95   14:21

FOR THE ATTENTION OF THE CASH AND ACCOUNTS DEPARTMENT

PLEASE DEBIT THE FOLLOWING FEE FROM OUR DEPOSIT ACCOUNT NUMBER
2805-0010

EP NO: 90902741.9-2202
APPLICANT: RICHARD A. LANG

| CODE | FEE | AMOUNT DEM |
|------|-----|------------|
| 012  | FEE FOR FURTHER PROCESSING | DEM  150.00 |
|      |     | DEM  150.00 |

REGARDS
HECTOR, ANNABEL MARY
W.P.THOMPSON + CO
@
523656C EPMU D
268801 POLLAK S

APBU00415369

RCV. VON:EPA MUENCHEN 01 ____ : 5- 5-95 : 16:06 : _____ 01718310139- ___ +49 89 23994465:# 7

79

-10-

of said audio/video source information stored in
said random access storage means; and

external video tape recorder means, coupled
to said output means, for storing the selectively
5   decompressed time compressed representation of
said audio/video source information stored in said
random access storage means.

37.   An apparatus as claimed in claim 1 comprising
editing means, coupled to said random access storage
10  means, for editing said time compressed representation
of said audio/video source information and for then
storing the edited time compressed representation of
said audio/video source information in said random
access storage means.

15      38.   An apparatus as claimed in claim 1 wherein
said input means and output means comprises microwave
transceiver means, coupled to a microwave link, for
receiving said audio/video source information over said
microwave link and for transmitting said time
20  compressed audio/video source information stored in
said random access storage means over said microwave
link.

39.   An apparatus as claimed in any preceding
claim wherein the random access storage means comprises
25  an optical disc, a semiconductor memory, a bubble
memory, digital paper, or one or more magnetic discs.



APBU00415370

RCV. VON:EPA MUENCHEN 01        : 5- 5-95 :   16:06 :        01718310139→    +49 89 23994465:# 8

- 12 -

40.    An audio/video information transfer network comprising a plurality of audio/video transceivers coupled via one or more communications links, each of the audio/video transceivers comprising:

input means for receiving audio/video source information;

compression means, coupled to said input means, for compressing said audio/video source information into a time compressed representation

RCV. VON:EPA MUENCHEN 01    : 5- 5-95 :   16:06 :       01718310139-        +49 89 23994465:# 9

81

-13-

thereof having an associated burst time period
that is shorter than a time period associated with
a real time representation of said audio-video
source information; and

5        random access storage means, coupled to said
compression means, for storing the time compressed
representation of said audio/video source
information; and

        output means, coupled to storage means and to
10    one of said one or more communications links, for
receiving the time compressed format
representation of said audio/video source
information stored in said random access storage
means for transmission in said burst time period
15    to another one of said plurality of audio/video
transceivers.

41. A network as claimed in claim 40 wherein said
input means of one of said plurality of audio/video
transceivers comprises a fiber optic input port, said
20    output means of another one of said plurality of
audio/video transceiver apparatus comprises a fiber
optic output port, and one of said one or more
communication links comprises a fiber optic
transmission line coupled between said fiber optic
25    input port and said fiber optic output port.

42. A network as claimed in claim 40 wherein said
output means of one of said plurality of audio/video
transceiver apparatus comprises a modem and one of said
one or more communications links comprises a telephone
30    transmission line.

43. A network as claimed in claim 40 wherein at
least one of said audio/video transceivers comprises
recording means, including a removable recording
medium, coupled to said random access storage means,
35    for storing the time compressed representation of said

APBU00415372

RCV. VON:EPA MUENCHEN 01      : 5- 5-95 :   16:07 :      01718310139      +49 89 23994465:#10

82

-14-

audio/video source information stored in said random
access storage means onto said removable recording
medium.

5    44.   A network as claimed in claim 40 wherein at
least one of said audio/video transceivers comprises:
      decompression means, coupled to said random
access storage means, for decompressing the time
compressed representation of said audio/video
source information stored in said random access
10    storage means; and
      recording means, including a removable
recording medium, coupled to said decompression
means, for storing the decompressed time
compressed format representation of said
15    audio/video source information onto said removable
recording medium.

      45.   A network as claimed in claim 43  or 44
wherein said recording means comprises a video tape
recorder and said removable recording medium comprises
20    magnetic tape.

      46.   A network as claimed in claim 43  or 44
wherein said recording means comprises a write once
read many (WORM) optical disc drive and said removable
recording medium comprises one or more WORM discs.

25    47.   A network as claimed in claim 43  or 44
wherein said recording means comprises an erasable
optical disc drive and said hard copy storage medium
comprises one or more erasable optical discs.

      48 .   A network as claimed in any one of claims 40 -
30    47 wherein the random access storage means comprises an
optical disc memory or a semiconductor memory.

      49 .   A network as claimed in any one of claims 40 -
47 wherein said random access storage means of one of
said plurality of audio/video transceiver apparatus
35    stores a library comprising a multiplicity of items of

APBU00415373

83

-15-

audio/video source information in said time compressed
representation for selective transmission in said
associated burst time period to another one of said
audio/video transceivers.

5      50. An audio/video transceiver apparatus
comprising:

input means for receiving analog and/or
digital audio/video source information;

analog to digital converter means for
10     converting analog audio/video source information
received at said input means to corresponding
digital audio/video source information;

digital to analog converter means for
converting digital audio/video source information
15     received at said input means to corresponding
analog audio/video source information;

compressor/decompressor means for compressing
digital audio/video source information received at
said input means or said corresponding digital
20     audio/video source information received from said
analog to digital converter means into a time
compressed representation of said digital or
corresponding digital audio/video source
information, said time compressed representation
25     having an associated time period that is shorter
than a time period associated with a real time
representation of said digital or corresponding
digital audio/video source information, said
compressor/decompressor means being further
30     operative for decompressing said time compressed
representation into a decompressed real time
representation of said digital or corresponding
digital audio/video source information;

central processing unit means for controlling
35     operation of said compressor/decompressor means;

APBU00415374

-16-

     random access storage means for storing said
time compressed representation of said digital or
corresponding digital audio/video source
information and for storing said decompressed real
5     time representation of said digital or
corresponding digital audio/video source
information;

     controller means for enabling communication
between said compressor/decompressor means, said
10    central processing unit means, and said random
access memory means; and

     output means for receiving said time
compressed representation of said digital or
corresponding digital audio/video source
15    information stored in sid random access storage
means for transmission away from said audio/video
transceiver apparatus.

    51.    An apparatus as claimed in claim 50
comprising time base generator mean for supplying
20    timing information for association with the time
compressed representation of the digital or
corresponding digital audio/video source information.

    52.    An apparatus as claimed in claim 50
comprising audio/video recording means including a
25    recording medium for recording said analog or
corresponding analog audio/video source information
onto the recording medium.

    53.    An apparatus as claimed in claim 50 further
comprising audio/video recording means, including a
30    recording medium, for recording said digital or
corresponding digital audio/video source information
onto said recording medium.

    54.    An apparatus as claimed in claim 52  or 53
wherein the recording medium comprises magnetic tape.

35    55.    An apparatus as claimed in claim 53  wherein

RCV. VON:EPA MUENCHEN 01    5- 5-95 : 16:08 :    01718310139    +49 89 23994465:#13

*85*

-17-

the recording medium comprises a CD-ROM or a WORM  or
an erasable optical disc.

56. An apparatus as claimed in any one of claims
50 -55 comprising audio/video recording and playback
5   means coupled to the input means for providing said
analog and/or digital audio/video source information.

57 . An apparatus as claimed in any of claims 50 -
55 comprising high speed bus means coupled to the input
means, and wherein the input means comprises auxiliary
10   digital input means for receiving the digital
audio/video source information.

58. An apparatus as claimed in claim 57 wherein
the high speed bus means comprises an optical bus.

59. An apparatus as claimed in any one of claims
15   50 -55 comprising high speed bus means coupled to said
input means, and wherein said input means comprises
fiber optic means for receiving said digital
audio/video source information.

60. An apparatus as claimed in any one of claims
20   50 -56 comprising high speed bus means, and wherein said
analog to digital converter means, digital to analog
converter means, compressor/decompressor means, central
processing unit means, and controller means are coupled
to said random access storage mean via said high speed
25   bus means.

61. An apparatus as claimed in claim 60
comprising RGB converter means for converting
information stored in said random access storage means
to an RGB format, and wherein said output means
30   comprises RGB output means for receiving RGB format
information from said RGB converter means.

62. An apparatus as claimed in claim 60 wherein
said output means comprise audio/video
transmitter/receiver means coupled to said high speed
35   bus for receiving said time compressed representation

APBU00415376

RCV. VON:EPA MUENCHEN 01     : 5- 5-95 :   16:08 :    01718310139→    +49 89 23994465:#14

*86*

-18-

of said digital or corresponding digital audio/video
source information stored in said audio/video
transceiver apparatus.

63.    An apparatus as claimed in claim 62 wherein
5   the audio/video transmitter/receiver mean comprises a
modem for coupling to a telephone transmission line, or
a fiber optic transceiver for coupling to a fiber optic
transmission line.

64.    An apparatus as claimed in claim 50
10   comprising:

digital control unit means, said digital
control unit means comprising:

additional central processing unit
means;

15              read-only memory means coupled to said
additional central processing unit means for
storing microinstructions defining a
plurality of selected editing functions; and

additional controller means for enabling
20              communication between said additional central
processing unit means and said read-only
memory means; and

said additional central processing unit means
being operative for selectively executing the
25              microinstructions stored in said read-only memory
means to perform one or more of said plurality of
selected editing functions.

65.    An apparatus as claimed in claim 64 wherein
said digital control unit means is coupled to said
30   random access storage means.

APBU00415377

RCV. VON:EPA MUENCHEN 01      5- 5-95 :  16:08 :        01718310139→    +49 89 23994465:#15

*87*

-19-

66 . A method for handling audio/video source information, the method comprising:

receiving audio/video source information;

compressing the received audio/video source information into a time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of the received audio/video source information;

storing said time compressed representation of the received audio/video source information; and

transmitting, in said burst time period, the stored time compressed representation of the received audio/video source information to a selected destination.

67. A method as in claim 66 further comprising the steps of:

editing the stored time compressed representation of said audio/video source information; and

storing the edited time compressed representation of said audio/video source information.

68. A method as in claim 67 further comprising the step of monitoring the stored, time compressed representation of said audio/video source information during editing.

69 . A method as in claim 66 wherein the step of transmitting comprises transmitting said time compressed representation of said audio-video source information over an optical channel.

APBU00415378

RCV. VON:EPA MUENCHEN 01     5- 5-95 :  16:08 :          01718310139→     +49 89 23994465:#16

- 20 -

70.    A method as in claim 66 wherein the step of transmitting comprises transmitting said time compressed representation of said audio/video source information over a telephone transmission channel.

71.    A method as in claim 66 wherein the step of storing comprises storing the time compressed representation of said audio/video source information on an optical disk.

72.    A method as in claim 66 wherein the step of storing comprises storing the time compressed representation of said audio/video source information in a semiconductor memory.

73.    A method as in claim 66, wherein the audio/video source information comprising a multiplicity of video frames in the form of one or more full motion video programs.

74.    A method as in claim 73, wherein the step of transmitting comprises transmitting said time compressed representation of said audio/video source information over a microwave channel.

75.    A method as in claim 73, wherein the step of storing comprises storing the time compressed representation of said received audio/video source information in a bubble memory.

76.    A method as in claim 73, wherein the step of storing comprises storing the time compressed representation of said received audio/video source information in a digital paper memory.

77.    A method as in claim 73, wherein the step of storing comprises storing the time compressed representation of said received audio/video source information on one or more magnetic disks.

78.    A method as in claim 66 wherein:
said audio/video source information comprises analog

APBU00415379

RCV. VON:EPA MUENCHEN 01       5- 5-95 :  16:09 :         01718310139-      +49 89 23994465:#17



-20a-

audio/video source information;

    said method further comprises the step of converting said analog audio/video source information to corresponding digital audio/video source information;

    said step of compressing comprises compressing said corresponding digital audio/video source information into a digital time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of said digital audio/video source information; and

    said step of storing comprises storing said digital time compressed representation of said corresponding digital audio/video source information.

    79.    A method as in claim 66 wherein:



APBU00415380

*90*

-21-

said audio/video source information comprises digital
audio/video source information;

said step of compressing comprises compressing said
digital audio/video source information into a digital time
compressed representation thereof having an associated burst
time period that is shorter than a time period associated
with a real time representation of said digital audio/video
source information; and

said step of storing comprises storing said digital
time compressed representation of said digital audio/video
source information.

80. A method as in claim 78 wherein said audio/video
source information comprises information received from a
television camera.

81. A method as in claim 78 wherein said audio/video
source information comprises information received from an
analog video tape recorder.

82. A method as in claim 78 wherein said audio/video
source information comprises information received from a
television RF tuner.

83. A method as in claim 78 wherein said audio/video
source information comprises information transmitted by a
remotely located television transmitter.

84. A method as in claim 78 wherein said audio/video
source information comprises information received from a
cable television system.

85. A method as in claim 79 wherein said audio/video

APBU00415381

RCV. VON:EPA MUENCHEN 01    : 5- 5-95 :  16:09 :    01718310139→    +49 89 23994465:#19

*91*

-22-

source information comprises information received from a
computer.

    86.   A method as in claim 79  wherein said audio/video
source information comprises information received over a
fiber optic transmission line.

APBU00415382

RCV. VON:EPA MUENCHEN 01    : 5- 5-95 ;   16:09 :    01718310139-    +49 89 23994465:#20

*92*

- 26 -

87.    A method as in claim 66 comprising:
providing a network that includes a plurality of
audio/video transceivers, coupled via one or more
communication links;

said selected destination comprising one or more of
said plurality of audio/video transceivers.

88.    A method as in claim 87 wherein said
audio/video source information is received over one or more
optical transmission channels and the stored time compressed
representation of the received audio/video source
information is transmitted over one or more optical
transmission channels.

APBU00415383

*93*

-27-

89 .. A method as in claim 87 wherein the stored
time compressed representation of the received audio/video
source information is transmitted over one or more telephone
transmission channels.

90 . A method as in claim 87 wherein the time
compressed representation of the received audio/video source
information is stored in an optical disk memory.

91. A method as in claim 87 wherein the time
compressed representation of the received audio/video source
information is stored in a semiconductor memory.

92 . A method as in claim 87 wherein one of said
plurality of audio/video transceivers stores a library
containing a multiplicity of programs of audio/video source
information as time compressed representations thereof for
selective transmission, in an associated burst time period,
to one or more of the remaining plurality of audio/video
transceivers.

93. A method as in claim 87 further comprising the
step of recording the stored time compressed representation
of said audio/video source information onto a removable
recording medium.

94 . A method as in claim 87 further comprising the
steps of:

decompressing the stored time compressed
representation of said audio/video source information; and

recording the decompressed time compressed
representation of said audio/video source information onto a

APBU00415384

RCV.VON:EPA MUENCHEN 01     : 5- 5-95 :   16:09 :     01718310139→   +49 89 23994465:#22

*94*

- 28 -

removable storage medium.

95.     A method as in claim 93 or 94 wherein the
stored time compressed representation of said audio/video
source information is recorded onto a magnetic tape within a
video tape recorder.

96.     A method as in claim 93 or 94 wherein the
stored time compressed representation of said audio/video
source information is recorded onto one or more write-once
read-many (WORM) optical disks within an optical disk drive.

97.     A method as in claim 93 or 94 wherein the
stored time compressed representation of said audio/video
source information is recorded onto one or more erasable
optical disks within an optical disk drive.

98.     A method as in claim 66 further comprising the
step of recording the stored time compressed
representation

APBU00415385

RCV. VON:EPA MUENCHEN 01         : 5- 5-95 :   16:10 :         01718310139          +49 89 23994465:#23

*95*

- 29 -

of said audio/video source information onto a removable
recording medium.

    99.    A method as in claim 66 further comprising the
steps of:

    selectively decompressing the stored time compressed
representation of said audio/video source information; and

    recording the selectively decompressed time compressed
representation of said audio/video source information onto a
removable recording medium.

APBU00415386

*96*

- 30 -

100.    A method as in claim 79 wherein said digital
audio/video source information is received from a CD-ROM.

101.    A method as in claim 79 wherein said digital
audio/video source information is received from an erasable
optical disk.

102.    A method as in claim 66 further comprising the
step of recording the stored time compressed representation
of said audio/video source information onto a magnetic
recording medium.

103.    A method as in claim 67 further comprising the
step of recording the stored edited time compressed
representation of said audio/video source information onto a
magnetic recording medium.

APBU00415387

RCV. VON:EPA MUENCHEN 01   : 5- 5-95 :   16:10 :   01718310139 →   +49 89 23991465:#25

*97*

- 31 -

104.    A method as in claim 66 further comprising the steps of:

selectively decompressing the stored time compressed representation of said audio/video source information; and

recording the selectively decompressed stored time compressed representation of said audio/video source information onto a magnetic storage medium.

105.    A method for handling analog and/or digital audio/video source information, the method comprising the steps of:

receiving analog and/or digital audio/video source information;

converting received analog audio/video source information to corresponding digital audio/video source information;

converting received digital audio/video source information to corresponding analog audio/video source information;

compressing said received digital or converted



APBU00415388

-32-

corresponding digital audio/video source information into a
time compressed representation thereof having an associated
burst time period that is shorter than a time period
associated with a real time representation of said received
digital or converted corresponding digital audio/video
source information;

storing said time compressed representation;

decompressing said time compressed representation
into a real time representation of said received digital or
converted corresponding digital audio/video source
information;

storing said real time representation; and

transmitting said time compressed representation to a
selected destination.

106. A method as in claim 105 further comprising the
step of supplying timing information for association with
said said time compressed representation.

107. A method as in claim 105 further comprising the
step of recording said received analog or corresponding
analog audio/video source information onto a recording
medium.

108. A method as in claim 105 further comprising the
step of recording said received digital or corresponding
digital audio/video source information onto a recording
medium.

109. A method as in claim 105 wherein said received
analog or corresponding analog audio/video source

APBU00415389

RCV. VON:EPA MUENCHEN 01 : 5- 5-95 : 16:10 : 01718310139→ +49 89 23994465:#27

-33-

*99*

information is recorded onto a magnetic tape recording medium.

110. A method as in claim 108 wherein said received digital or corresponding digital audio/video source information is recorded onto a magnetic tape recording medium.

111. A method as in claim 108 wherein said received digital or corresponding digital audio/video source information is recorded onto a CD-ROM.

112. A method as in claim 108 wherein said received digital or corresponding digital audio/video source information is recorded onto a WORM optical disk.

113. A method as in claim 108 wherein said received digital or corresponding digital audio/video source information is recorded onto an erasable optical disk.

114. A method as in claim 108 wherein said received analog and/or digital audio/video source information is received from an audio/video recording and playback apparatus.

115. A method as in claim 105 wherein said digital audio/video source information is received over a high speed bus.

116. A method as in claim 105 wherein said digital audio/video source information is received over an optical bus.

117. A method as in claim 105 further comprising the step of selectively editing the received analog and/or digital audio/video source information.

APBU00415390

RCV. VON:EPA MUENCHEN 01     : 5- 5-95 :   16:11 :      01718310139→   +49 89 23994465:#28

- 34 -

118.    A method for handling audio/video source information, the method comprising:

receiving audio/video source information as a time compressed digital representation thereof, said audio/video source information comprising a multiplicity of video frames in the form of one or more full motion video programs selected from a video library storing a multiplicity of full motion video programs in a time compressed digital representation thereof for selective retrieval, said time compressed digital representation of the received audio/video source information being received in an associated burst time period that is shorter than a time period associated with a real time representation of said received audio/video source information;

storing the time compressed digital representation of said received audio/video source information; and

transmitting, in said burst time period, the stored time compressed digital representation of said received audio/video source information to a selected destination.

APBU00415391