Apple Computer Inc. v. Burst.com, Inc.

*139* Doc. 77 Att.

# W.P. THOMPSON & Co.

FOUNDED 1873

INCORPORATING BY MERGER

## POLLAK MERCER & TENCH

FOUNDED 1909

Telefax

CELCON HOUSE
289-293 HIGH HOLBORN
LONDON WC1V 7HU

TELEPHONE: 0171-242 3584
0171-405 2174
INT. +44 171-242 3584
INT. +44 171-405 2174

TELEX: 268601 POLLAK G

CABLES:
VOCABULARY LONDON WC1V 6RV

DOCUMENT EXCHANGE
DX 283, LONDON

FAX: 0171-831 0139
0171-405 6607
INT. +44 171-831 0139
INT. +44 171-405 6607

CHARTERED PATENT ATTORNEYS
EUROPEAN PATENT ATTORNEYS
TRADE MARK AGENTS

PATENTS · TRADE MARKS · DESIGNS · COPYRIGHT

OUR REF. AMH/plc/PL75109EP

YOUR REF.

9 February 1996

European Patent Office
Directorate General 2
D-80298 Munich
Germany

*VIA FACSIMILE*

Dear Sirs

Re: European Patent Application No. 90902741.9-2202
LANG, Richard A.

Response to the Official Communication dated 30 June 1995 is filed herewith. The
extension of time granted for filing the response is appreciated.

Should there be any queries which could usfully be dealt with by telephone, the examiner
is invited to contact the applicant's representative. Simply by way of precaution it is requested
that an opportunity to request oral proceedings be given before any decision to reject the
application is made.

Yours faithfully
W P Thompson & Co

HECTOR, Annabel Mary
Professional Representative
Association No. 105

G:\CLIENT\70-79\H9D\75109\EP\EP2.WPD:plc

LIVERPOOL OFFICE: COOPERS BUILDING CHURCH STREET LIVERPOOL L1 3AB TEL: 0151-709 9961 FAX: 0151-709 0182/0151-709 9002
LETCHWORTH OFFICE: EASTCHEAP HOUSE CENTRAL APPROACH LETCHWORTH HERTS SG6 3DS TEL: 01462 682139 FAX: 01462 676779
HULL OFFICE: KINGS BUILDING SOUTH CHURCH SIDE HULL HU1 1RR NORTH HUMBERSIDE TEL: 01482 223451 FAX: 01482 220366
MUNICH OFFICE: REITMORSTRASSE 18/1 D-80538 MUNICH GERMANY TEL: +49 89 29 25 12 FAX: +49 89 29 85 98

APBU00415429
Dockets.Justia.co

RCV. VON:EPA-MUENCHEN 02    :  9- 2-96  :  17:43 :    01718310139→   +49 89 23994465;# 2

140

**Application No. 90902741.9**
**Response to Communication pursuant to Article 96(2) and Rule 51(2) EPC**

Replacement pages 1, 2, 2a, 3, 5, 7, 8, 11 and 20 of the description are filed herewith in triplicate, together with triplicate copies of a replacement set of claims on pages 1 to 34.

The claims have been amended in response to paragraph 1(a) of the Communication, to improve their clarity. It is submitted that it is now clear that the claims relate to the data compression as described on page 7 of the description. Furthermore, claims 50 and 105 have been amended to be dependent upon claims 1 and 66 respectively as required in paragraph 2. In addition, the description has been amended to correct the formal objections under section 5 of the Official Communication dated 22 April 1995, and to delete the sub-headings. However, regarding paragraph (b) of that section, the claims have not been put into two-part form since it is believed that this would necessitate substantial changes to the wording which would result in the claims lacking clarity.

Regarding paragraph 1(b) of the present Communication, digital audio/video source information received at the input means is converted to corresponding analog audio/video source information to permit real time viewing of the received digital source information on an external conventional analog television monitor at the same time that it is being compressed and stored within the audio/video transceiver apparatus (see for example page 17, penultimate paragraph).

Regarding paragraph 1(c), regardless of the data transfer rate of the CD-player of D1, this document does not disclose or suggest the compression of the data now claimed. On the contrary, D1 discloses at page 840, section 4.2 that the maximum data transfer rate of 150 kilobytes/second from the CD player to the CD-RAM results in the complete transfer of a single frame of video information in 5.4 seconds. Thus, using the apparatus of document D1 to transfer a 2-hour video program at the television frame rate of 30 frames per second would require the transfer of 216,000 individual frames at 5.4 seconds per frame for a total transfer time of 1,166,400 seconds or 324 hours. In contrast, the invention as now claimed transmits video information in a burst transmission time period that is shorter than the time period required for real time viewing of that video information. Thus, referring to section 4, it is submitted that the invention as now claimed is more clearly distinguished from the cited documents. In particular nothing in D2 would suggest that video source information could be transmitted in the compressed from as now claimed.

Regarding paragraph 3 of the Communication, it is submitted that the objections in sections 1 and 2 are obviated by the amendments to the claims now filed.

G:\CLIENT\70-79\H90\75109\EP\RESP1.WPD:plc

APBU00415430

- 1 -

AUDIO/VIDEO RECORDER/TRANSCEIVER

RICHARD A. LANG

BACKGROUND OF THE INVENTION

The video cassette recorder (VCR) has added
5    significantly to the usefulness of the home television
set.  Important or exceptionally good programs may be
recorded to be viewed again.  Programs appearing at times
that are inconvenient for viewing may be recorded for
playback at a later time.  Recorded movies or other
10   materials, educational or entertaining, may be rented or
borrowed for viewing at home.  (As used in the remainder
of this specification, the term "program" encompasses
movies and other types of video and/or audio materials,
whether broadcast from a TV station or another source.)
15        The typical VCR has its own tuner-receiver and a
video-recorder.  It can receive and record a program from
one channel while the television set is being employed to
view a program on another channel.  Programs are recorded
on magnetic tape.  The tape is then played back and viewed
20   on the television set.  Features commonly included in the
VCR are capabilities for advancing the tape forward or
backward at a high speed, stopping motion at any frame to
hold the image, or simply playing back the recording at
normal speed.
25        Desirable features that are not normally available in
a VCR are capabilities for copying recorded programs from
one tape or alternative storage medium to a similar or
dissimilar storage medium, editing recorded programs and
high speed recording.  Another desirable, but currently
30   unavailable, feature is the capability for high speed,
high quality transmission and reception by optical fiber,
microwave or other communications means using the VCR.

APBU00415431

RCV. VON:EPA-MUENCHEN 02    9- 2-96 :    17:44 :    01718310139→    +49 89 23994465;# 4

142

2

It is known to store and transmit still images from a CD
player to a CD-RAM (see for example I.E.E.E. Transactions on
Consumer Electronics "1988 International Conference on Consumer
Electronics, Part 1", 34 (1988) August, No.3, New York, US, pages
838-845; Hildering et al.: "Programmable Compact Disk Picture
Memory and Video Processing System"). EP-A-0283727 discloses an
electronic music centre for producing a custom audio tape by
permitting the user to make selections from a music library and
to duplicate these selections at high speed on a blank recording
tape.

According to the present invention, there is provided an
audio/video transceiver apparatus comprising: input means for
receiving audio/video source information; compression means,
coupled to said input means, for compressing said audio/video
source information into a compressed representation thereof which
is capable of being transmitted in a time compressed from having
an associated burst transmission time period that is shorter than
a time period associated with real time viewing of said
audio/video source information; storage means, coupled to said
compression means, for storing the compressed representation of
said audio/video source information; and output means, coupled
to said storage means, for receiving the compressed audio/video
source information stored in said storage means and for
transmitting said compressed representation of said audio/video
source information away from said audio/video transceiver
apparatus in said burst transmission time period.

In one embodiment, the video program is received via a fibre
optic port, a microwave transceiver, an RF receiver, or other
input means. The video signal is typically a digital compressed
video signal which may be provided by another transceiver device
in accordance with the invention or a centrally located video

APBU00415432

RCV. VON:EPA-MUENCHEN_02 ___ _ : 9- 2-96 : 17:45 : _ ____01718310139- : +49 89 23994465:# 5

143

2a

The transceiver apparatus may comprise a video recording device which typically includes an editor for editing the digital compressed video signal stored in memory.

The transceiver device may include compression/decompression circuitry for decompressing a compressed digital video signal and converting the decompressed digital video signal to an analog signal for subsequent viewing. In one embodiment, the transceiver device also includes a second memory (which can be, for example, a magnetic tape cassette, optical disc, or other recording media) for receiving the decompressed analog video signal for subsequent viewing.

In another embodiment, the transceiver device includes input means for receiving a video signal at conventional speeds, such as an RF tuner used to receive conventional analog video signals, a camera input line for receiving an input signal from a TV camera, or other type of input means. The signal received by this input means can be stored in the second memory, and/or digitized,

APBU00415433

RCV. VON:EPA-MUENCHEN 02 ___ __: 9- 2-96 : 17:45 : ___ ____01718310139- ___ +49 89 23994465:# 6

144

- 3 -

compressed and stored in the first memory, and/or viewed
on a television monitor.                           transceiver

In another embodiment, the ~~video recording~~ device can
receive digital video signals at conventional speeds as
5  well.

These and other advantages of my invention are better
understood with reference to the drawings and detailed
description below.

### ~~BRIEF DESCRIPTION OF THE DRAWINGS~~

10     Fig. 1 is a perspective view of the housing of the
audio/video recorder editor/transceiver ("VCR-ET")
disclosed and embodying the invention.

Fig. 1A is an enlarged view of the circled area of
Fig. 1.

15     Fig. 2 is a functional block diagram of the VCR-ET of
Fig. 1.

Fig. 2A is a functional block diagram of the VCR-ET
of Fig. 1 including circuitry for demodulating a video
signal encoded using the Vokac technique.

20     Fig. 3 is a functional block diagram of a VCR-ET in
accordance with another embodiment of the invention.

Fig. 4 is a functional block diagram of an audio
recorder/transceiver constructed in accordance with the
invention.

25     Fig. 5 illustrates a plurality of VCR-ET's adapted to
receive video signals from a remotely located video
library via a common communication channel.

Fig. 6 illustrates a carrier signal modulated using
the Vokac modulation technique, described in greater
30  detail below.

### ~~DESCRIPTION OF THE PREFERRED EMBODIMENT~~

Referring to the drawing by reference characters,
Figs. 1 and 2 illustrate an improved audio/video recorder

APBU00415434

145

- 5 -

used to change the magnetic or optical properties of the
media.  A lower-powered laser is then used to read the
data from the disc.  Data, in this case, is permanently
recorded; it may neither be erased nor written over.  A
5   further description of this technology can be found in the
November 1988 issue of The Electronic System Design
magazine (ESD) pages 55-56, incorporated herein by
reference.

A second and preferred type of optical disc to be
10  used in AVRU 11 is an erasable optical disc.  This disc
has full read/write/erase capabilities.  With this disc,
AVRU 11 has the same record/playback capabilities as a
conventional VCR.  As an example, erasable optical discs
are used in Steven Jobs' "Next" machine as described in
15  Infoworld, Volume 10, issue 42, pages 51 and 93,
October 17, 1988, incorporated herein by reference.  In
addition, the random access capabilities of the erasable
disc (and of the CD-ROM and WORM) provide additional
benefits as will be discussed in a later part of this
20  specification.

A key element of VCR-ET 10, which is partly
responsible for its improved functionality, is the video
control unit or VCU 12.  The VCU comprises an analog to
digital converter (ADC) 24, a digital to analog converter
25  (DAC) 25, a compressor/decompressor 26, a controller 27, a
central processing unit (CPU) 28 and a random access
memory (RAM) 29.  VCU 12, using these elements,
accomplishes the digitization and compression of analog
signals as well as the reverse process in which the
30  compressed digital signals are decompressed and converted
back to analog signals.

As a first step in the processing of the composite
video signals within VCU 12, the sync signals are decoded
to isolate signals for each picture frame for processing.
35      The video signals defining each frame may then be

Case 3:06-cv-00019-MHP    Document 77-7    Filed 12/09/2006    Page 8 of 43
RCV. VON:EPA-MUENCHEN 02        9- 2-96 :  17:46 :        01718310139-    +49 89 23994465:# 8

146

- 7 -

devices appropriate for this function are described in an
article by R. Rogers entitled "8-bit A/D Flash Hits 500
Msamples", Electronic Engineering Times, Dec. 12, 1988,
page 90, incorporated herein by reference.

5      Compression of the digital data defining a video
frame and the reverse process (decompression) are
accomplished by compressor/decompressor 26.  Various
algorithms may be employed in the compression process
which enable the representation of a series of numbers by

10   a reduced number of digits.  As an example, compression
algorithms like CCITT Group IV may be used.

In one optional embodiment, to further reduce the
amount of memory required to store a program, the
compression algorithm can simply record data corresponding

15   to only those pixels which change color from one frame to
the next.  This results in considerable memory space
savings, since not all pixels change color each frame.
Basing calculation upon 10% of the pixels changing from
one frame to the next, it is estimated that memory

20   requirements using this technique are cut by about 90%.
It is also estimated that on the average, the CCITT
Group IV algorithm can cut memory requirements by another
95%.  Thus, if no data compression technique is used, it
would take approximately 51.03 gigabytes to store a 2 hour

25   video program, but by using the above compression
techniques, it is estimated that memory 13 will require
only 250 megabytes.

Controller 27 handles timing and aids in the
communication between the different elements of VCU 12,

30   and between VCU 12, AVRU 11 and memory 13.

In one embodiment, the audio portion of the program
is periodically sampled and digitized by analog to digital
conversion.  In one embodiment, this is done at a sample
rate of 88,000/second, one byte per sample, to yield

35   compact disc quality sound.  The sampling rate could be

APBU00415436

RCV.VON:EPA-MUENCHEN 02 ... : 9- 2-96 : 17:46 : ____01718310139→ ... +49 89 23994465:# 9

147

- 8 -

dropped to reduce memory requirements. Also, the audio
data can be compressed with conventional algorithms.

The process of converting either from analog to
digital or from digital to analog requires memory for

5   intermediate storage. Random Access Memory (RAM) 29
serves in this capacity. For this purpose either a DRAM
(Dynamic RAM) or a SRAM (static RAM) may be employed. An
example of a DRAM is the TI (Texas Instruments) TMX4C1024;
an example of a SRAM is the INMOS IMS-1203. RAM 29 should

10  have sufficient capacity to store at least two full
uncompressed frames (e.g., about 472 KB).

The CPU (Central Processing Unit) 28 is a micro-
processor which controls the digitization process of VCU
12. CPU 28 works with controller 27 to control and

15  communicate with the other elements of the VCU. There are
numerous commercially available microprocessors that are
appropriate for this application. The Intel 80286, Intel
80386, Motorola 68020, and Motorola 68030 are examples.
A more complete description of the microprocessors can be

20  found in the October 27, 1988 issue of <u>Electronic Design
News</u> (EDN), pages 231 and 242, incorporated herein by
reference, or in the applicable data sheets.

Controller 27, CPU 28 and RAM 29 serve in the same
manner during the reverse processes, i.e., decompression

25  and digital to analog conversion. Decompression is first
accomplished in compressor/decompressor 26. The
decompressed digital signal is then converted to an analog
signal by digital to analog converter (DAC) 24 (assuming
its destination requires an analog form). In the course

30  of converting the decompressed signals from the VCU 12 for
use by the AVRU 11 the signals are synchronized by the
time base generator (TBG) or corrector 48. TBG generator
48 inserts synchronization pulses into the signal provided
by VCU 12 to identify individual raster scan lines and

35  frames so that the resulting signal can be used by a

APBU00415437

148

-9-

wherein said monitor means is operative for
enabling the user to view the selectively
decompressed ~~time~~ compressed representation of
said audio/video source information stored on said
5     removable recording medium.

33. An apparatus as claimed in claim 31
comprising external video tape recorder means, coupled
to said output means, for storing the selectively
decompressed ~~time~~ compressed representation of said
10    audio/video source information onto magnetic tape.

34. An apparatus as claimed in claim 1 comprising
recording means, including a removable recording
medium, coupled to said ~~random access~~ storage means,
for storing the ~~time~~ compressed representation of said
15    audio/video source information stored in said ~~random~~
~~access~~ storage means onto said removable recording
medium.

35. An apparatus as claimed in claim 1
comprising:

20         decompression means, coupled to said ~~random~~
~~access~~ storage means, for selectively
decompressing the ~~time~~ compressed representation
of said audio/video source information stored in
said ~~random access~~ storage means; and

25         recording means, including a removable
recording medium, coupled to said decompression
means, for storing the selectively decompressed
~~time~~ compressed representation of said audio/video
source information stored in said ~~random access~~
30    storage means.

36. An apparatus as claimed in claim 1
comprising:

decompression means, coupled to said ~~random~~
~~access~~ storage means, for selectively
35    decompressing the ~~time~~ compressed representation

RCV. VON:EPA-MUENCHEN 02      9- 2-96  :  17:47 :      01718310139-    +49 89 23994465:#11

149

- 11 -

requirements.  Examples of suitable data bus devices are
Motorola's VME bus, Intel's Multibus and the Optobuss
(U.S. Patent 4,732,446).

A video line or camera input line 15 is provided to
5   enable VCR-ET 10 to receive an input signal from a source
such as a television camera, a conventional VCR, a
television tuner, or another VCR-ET, etc.  The signals
received at input line 15 are typically carried by a
coaxial cable and are in the form of a standard television
10   composite signal.  As used throughout this specification,
the words "standard television composite signal" or its
acronym STCS shall be read to include any one of the
following:  NTSC, PAL, SECAM, HDTV, or any American or
European broadcast signal standards.  (NTSC, PAL and SECAM
15   are discussed in "Reference Data for Radio Engineers",
published by Howard W. Sams & Co. in 1983, incorporated
herein by reference.)  An NTSC composite signal is defined
as the analog signal that carries the chrominance (color),
luminance (brightness), synchronization (timing) and audio
20   signals that make up the video signals received and
displayed by television and video cassette recorders.
These four components are combined into one signal by
modulating the components in different ways.  (Amplitude
modulation and phase modulation are examples.)  The
25   standard video line signal is such a composite signal and
may be received at input line 15 from one of the above-
mentioned sources.

TV RF tuner input port 16 also supplies a composite
signal as described in regard to video input line 15.  The
30   difference is that this signal is received from an antenna
or cable TV coaxial cable.  To receive such a signal,
tuner 16 is capable of being set or tuned to receive the
desired carrier frequency or television channel.

Selector switch 35 is provided to select either video
35   input line 15 or TV RF tuner 16 as an input signal source

APBU00415439

150

- 20 -

a plurality of subscribers request the same film, the
library broadcasts a signal preamble containing the
plurality of subscribers' codes corresponding to the
VCR-ET's of each subscribing VCR-ET owner who requested
5  that film, so that each requesting subscriber
simultaneously receives the requested film.  In one
embodiment, the VCR library prioritizes the order in which
films are broadcast based upon the number of subscribers
requesting each film.

10      In another embodiment, a plurality of VCR-ET's are
coupled via their optical fiber port 18 and a common
optical fiber to the video library.  In yet another
embodiment, instead of receiving signals from the video
library using microwaves or optical signals, such video
15  signals are received via radio waves of a frequency such
as are used to communicate conventional television
signals.  In one such embodiment, these radio wave signals
are modulated using a technique described in U.S. patent
4,613,974, issued to Vokac et al. on September 23, 1986/
20  ~~and incorporated herein by reference~~/.  In the Vokac
modulation technique, the sine waves that make up the
radio signals are modified to include what Vokac refers to
as "audel levels" i.e. a relatively flat signal portion
110 between the peaks 112 and troughs 114 of the sine
25  waves (see Figure 6).  In one embodiment, TV RF tuner 16
is coupled to Vokac demodulation circuitry 16 (Fig. 2A)
which is capable of demodulating signals encoded using
Vokac's technique, and downloading these signals via
lead 94 to memory 13.

30      The use of Vokac's technique in this embodiment is
important because Vokac's technique allows for a single
carrier signal to be modulated by two other signals.  A
first of these two other signals is used to modulate the
carrier to encode data by introducing into the carrier
35  Vokac's "audel levels" 110.  In addition, the carrier may

APBU00415440

RCV. VON: EPA-MUENCHEN 02 ___ : 9- 2-96 : 17:47 : ____ 01718310139→ ___ +49 89 23994465:#13

*< which is capable of being transmitted in a time compressed form >* **151**

*<< said compressed representation of said audio/video source information >>*

-1-

CLAIMS

1. An audio/video transceiver apparatus comprising:

input means for receiving audio/video source
5      information;

compression means, coupled to said input
means, for compressing said audio/video source
information into a ~~time~~ compressed representation
thereof *< >* having an associated *burst transmission* time period that is
10     shorter than a time period associated with ~~a~~ real
time ~~representation~~ *viewing* of said audio/video source
information;

~~random access~~ storage means, coupled to said
compression means, for storing the ~~time~~ compressed
15     representation of said audio/video source
information; and

output means, coupled to said ~~random access~~
storage means, for receiving the ~~time~~ compressed
audio/video source information stored in said
20     ~~random access~~ storage means *and* for transmi~~ssion~~ *tting << >>* away
from said audio/video transceiver apparatus *in said burst transmission time period*.

2. An apparatus as claimed in claim 1 comprising
editing means, coupled to said ~~random access~~ storage
means, for editing the ~~time~~ compressed representation
25     of said audio/video source information stored in said
~~random access~~ storage means and for restoring the
edited ~~time~~ compressed representation of said
audio/video source information in said ~~random access~~
storage means; and wherein said output means is
30     operative for receiving the edited ~~time~~ compressed
representation of said audio/video source information
stored in said ~~random access~~ storage means for
transmission away from said audio/video transceiver
apparatus.

APBU00415441

RCV. VON:EPA-MUENCHEN 02 ___ __ : 9- 2-96 :  17:47 : ___ _____01718310139· _ _ +49 89 23994465:#14

152

-2-

3.  An apparatus as claimed in claim 2 comprising
monitor means for enabling the user to selectively
identify the ~time~ compressed representation of said
audio/video source information stored in said ~random~
5   ~access~ storage means during editing.

4.  An apparatus as claimed in claim 2 comprising
recording means, including a removable recording
medium, coupled to said ~random access~ storage means,
for storing the edited ~time~ compressed representation
10  of said audio/video source information stored in said
~random access~ storage means onto said removable
recording medium.

5.  An apparatus as claimed in claim 4 comprising
monitor means for enabling the user to selectively view
15  the ~time~ compressed representation of said audio/video
source information stored on said removable recording
medium.

6.  An apparatus as claimed in claim 2 comprising
external video tape recorder means, coupled to said
20  output means, for storing the edited ~time~ compressed
representation of said audio/video source information
stored in said ~random access~ storage means onto
magnetic tape.

7.  An apparatus as claimed in claim 1 wherein the
25  output means comprises a fiber optic output port for
coupling the apparatus to a fiber optic transmission
line.

8.  An apparatus as claimed in claim 1 wherein the
output means comprises a modem for coupling the
30  apparatus to a telephone transmission line.

9.  An apparatus as claimed in claim 1 wherein:
said audio/video source information comprises
analog audio/video source information;
said audio/video transceiver apparatus
35  further comprises analog to digital converter

APBU00415442

153

-3-

means for converting said analog audio/video
source information to corresponding digital
audio/video source information;

said compression means is operative for
5     compressing said corresponding digital audio/video
source information into a digital ~~time~~ compressed
representation thereof ~~having an associated time~~
period that is shorter than ~~a time~~ period
associated with a ~~real time~~ representation of said
10     ~~digital audio/video source information~~; and

said ~~random access~~ storage means is operative
for storing said digital ~~bind~~ compressed
representation of said corresponding digital
audio-video source information.

15     10.  An apparatus as claimed in claim 9 wherein
said input means is coupled to an external television
camera and said analog audio-video source information
comprises information received from said external
television camera.

20     11.  An apparatus as claimed in claim 9 wherein
said input means is coupled to an external analog video
tape recorder and said analog audio/video source
information comprises information received from said
external analog video tape recorder.

25     12.  An apparatus as claimed in claim 9 wherein
said input means is coupled to an external television
RF tuner and said analog audio/video source information
comprises information received from said external
television RF tuner.

30     13.  An apparatus as claimed in claim 9 wherein
said input means comprises television RF tuner means
coupled to an external television antenna and said
analog audio/video source information comprises
information transmitted by a remotely located
35   television transmitter.

APBU00415443

154

-4-

14. An apparatus as claimed in claim 9 wherein said input means comprises television RF tuner means coupled to an external cable television system and said analog audio/video source information comprises
5   information received from said external cable television system.

15. An apparatus as claimed in claim 9 comprising:

decompression means, coupled to said ~~random~~
10   ~~access~~ storage means, for selectively decompressing the digital ~~time~~ compressed representation of said corresponding digital audio/video source information stored in said ~~random access storage~~ means; and

15   editing means, coupled to said ~~random access~~ storage means and decompression means, for editing the decompressed digital ~~time~~ compressed representation of said corresponding digital audio/video source information and for then
20   storing the edited decompressed digital ~~time~~ compressed representation of said corresponding digital audio/video source information in said ~~random access~~ storage means.

16. An apparatus as claimed in claim 15
25   comprising monitor means for enabling the user to selectively view the decompressed digital ~~time~~ compressed representation of said corresponding audio/video source information during editing.

17. An apparatus as claimed in claim 9
30   comprising:

decompression means, coupled to said ~~random~~
~~access~~ storage means, for selectively decompressing the digital ~~time~~ compressed representation of said corresponding digital
35   audio/video source information stored in said

APBU00415444

155

-5-

~~random access~~ storage means; and

    monitor means, coupled to said decompression
means, for enabling the user to selectively view
the decompressed digital ~~time~~ compressed
5    representation of said corresponding digital
audio-video source information.

    18.  An apparatus as claimed in claim 9 comprising
a video tape recorder for providing said analog
audio/video source information.

10    19.  An apparatus as claimed in claim 1 wherein:
    said audio/video source information comprises
digital audio/video source information;

    said compression means is operative for
compressing said digital audio/video source
15    information into a digital ~~time~~ compressed
representation thereof ~~having an associated time~~
period that is ~~shorter~~ than a time period
associated ~~with~~ a real time representation of said
~~digital audio/video source information~~; and

20    said ~~random access~~ storage means is operative
for storing said digital ~~time~~ compressed
representation of said digital audio/video source
information.

    20.  An apparatus as claimed in claim 19 wherein
25    said input means is coupled to an external computer and
said digital audio/video source information comprises
computer-generated audio/video information.

    21.  An apparatus as claimed in claim 19 wherein
said input means comprises a fiber optic input port
30    coupled to a fiber optic transmission line and said
digital audio/video source information comprises
information received over said fiber optic transmission
line.

    22.  An apparatus as claimed in claim 19
35    comprising:

APBU00415445

RCV. VON:EPA-MUENCHEN 02 . . . 9- 2-96 : 17:49 : 01718310139- : +49 89 23994465:#18

156

-6-

decompression means, coupled to said ~~random
access~~ storage means, for selectively
decompressing the digital ~~time~~ compressed
representation of said digital audio/video source
5    information stored in said (*a storage*) ~~random access memory~~
means; and

editing means, coupled to said ~~random access~~
storage means and decompression means, for editing
the decompressed digital ~~time~~ compressed
10   representation of said digital audio/video source
information;

said ~~random access~~ storage means thereafter
being operative for storing the edited
decompressed digital ~~time~~ compressed
15   representation of said digital audio/video source
information in said ~~random access~~ storage means.

23.  An apparatus as claimed in claim 22 further
comprising monitor means for enabling the user to
selectively view the decompressed digital ~~time~~
20   compressed representation of said digital audio-video
source information during editing.

24.  An apparatus as claimed in claim 19
comprising:

decompression means, coupled to said ~~random
access~~ storage means, for selectively
25   decompressing the digital ~~time~~ compressed
representation of said digital audio/video source
information stored in said (*storage*) ~~random access memory~~
means; and

30   monitor means, coupled to said decompression
means, for enabling the user to selectively view
the decompressed digital ~~time~~ compressed
representation of said digital audio-video source
information.

35   25.  An apparatus as claimed in claim 19

APBU00415446

157

-7-

comprising CD-ROM means for providing said digital
audio/video source information.

26. An apparatus as claimed in claim 19
comprising erasable optical disc means for providing
5    said digital audio/video source information.

27. An apparatus as claimed in claim 1 comprising:
decompression means, coupled to said ~~random
access~~ storage means, for selectively
decompressing said ~~time~~ compressed representation
10    of said audio/video source information stored in
said ~~random access~~ storage means; and
editing means, coupled to said ~~random access~~
storage means and decompression means, for editing
said selectively decompressed ~~time~~ compressed
15    representation of said audio/video source
information, and for storing said edited
selectively decompressed ~~time~~ compressed
representation of said audio/video source
information in said ~~random access~~ storage means.

20    28. An apparatus as claimed in claim 27
comprising recording means, including a removable
recording medium, coupled to said ~~random access~~ storage
means, for storing the edited decompressed ~~time~~
compressed representation of said audio/video source
25    information stored in said ~~random access~~ storage means.

29. An apparatus as claimed in claim 27
comprising external video tape recorder means, coupled
to said output means, for storing the edited
decompressed ~~time~~ compressed representation of said
30    audio/video source information stored in said ~~random
access~~ storage mens onto magnetic tape.

30. An apparatus as claimed in claim 1
comprising:
decompression means, coupled to said ~~random
35    access~~ storage means, for selectively

APBU00415447

158

-8-

decompressing said ~~time)~~ compressed representation
of said audio/video source information stored in
said ~~random access~~ storage means; and

     editing means, coupled to said ~~random access~~
5   storage means and decompression means, for editing
said selectively decompressed ~~time~~ compressed
representation of said audio/video source
information;

     wherein said compression means is operative
10  for recompressing the edited selectively
decompressed ~~time)~~ compressed representation of
said audio/video source information; and

     wherein said ~~random access~~ storage means is
operative for storing the recompressed selectively
15  decompressed ~~time)~~ compressed representation of
said audio/video source information.

     31. An apparatus as claimed in claim 1
comprising:

     decompression means, coupled to said ~~random
20  access~~ storage means, for selectively
decompressing the ~~time)~~ compressed representation
of said audio/video source information stored in
said ~~random access~~ storage means; and

     monitor means for enabling the user to view
25  the selectively decompressed ~~time)~~ compressed
representation of said audio/video source
information.

     32. An apparatus as claimed in claim 31
comprising:

30    recording means, including a removable
recording medium, coupled to said decompression
means, for storing the selectively decompressed
~~time)~~ compressed representation of said audio/video
source information on aid hard copy storage
35  medium; and

APBU00415448

RCV. VON:EPA-MUENCHEN 02     : 9- 2-96 :  17:50 :        01718310139 ;    +49 89 23994465:#21

159

-9-

wherein said monitor means is operative for
enabling the user to view the selectively
decompressed /time/ compressed representation of
said audio/video source information stored on said
5  removable recording medium.

33.  An apparatus as claimed in claim 31
comprising external video tape recorder means, coupled
to said output means, for storing the selectively
decompressed time/ compressed representation of said
10  audio/video source information onto magnetic tape.

34.  An apparatus as claimed in claim 1 comprising
recording means, including a removable recording
medium, coupled to said /random access/ storage means,
for storing the time/ compressed representation of said
15  audio/video source information stored in said random
access/ storage means onto said removable recording
medium.

35.   An apparatus as claimed in claim 1
comprising:

20      decompression means, coupled to said random
access/ storage means, for selectively
decompressing the time/ compressed representation
of said audio/video source information stored in
said random-access/ storage means; and

25      recording means, including a removable
recording medium, coupled to said decompression
means, for storing the selectively decompressed
/time/ compressed representation of said audio/video
source information stored in said random access/
30  storage means.

36.   An apparatus as claimed in claim 1
comprising:

    decompression means, coupled to said random
access/ storage means, for selectively
35  decompressing the time/ compressed representation

APBU00415449

RCV. VON:EPA-MUENCHEN 02 : 9- 2-96 : 17:50 : 01718310139 : +49 89 23994465:#22

160

-10-

of said audio/video source information stored in
said ~~random access~~ storage means; and

external video tape recorder means, coupled
to said output means, for storing the selectively

5    decompressed ~~time~~ compressed representation of
said audio/video source information stored in said
~~random access~~ storage means.

37. An apparatus as claimed in claim 1 comprising
editing means, coupled to said ~~random access~~ storage

10   means, for editing said ~~time~~ compressed representation
of said audio/video source information and for then
storing the edited ~~time~~ compressed representation of
said audio/video source information in said ~~random
access~~ storage means.

15   38. An apparatus as claimed in claim 1 wherein
said input means and output means comprises microwave
transceiver means, coupled to a microwave link, for
receiving said audio/video source information over said
microwave link and for transmitting said ~~time~~

20   compressed audio/video source information stored in
said ~~random access~~ storage means over said microwave
link.

39. An apparatus as claimed in any preceding
claim wherein the ~~random access~~ storage means comprises

25   an optical disc, a semiconductor memory, a bubble
memory, digital paper, or one or more magnetic discs.



APBU00415450

161

— 12 —

40.    An audio/video information transfer network
comprising a plurality of audio/video transceivers coupled
via one or more communications links, each of the
audio/video transceivers comprising:

input means for receiving audio/video source
information;

compression means, coupled to said input means, for
compressing said audio/video source information into a ~~time~~
compressed representation

RCV. VON:EPA-MUENCHEN 02        9- 2-96 :  17:50 :        01718310139-     +49 89 23994465:#24

*162*

*(which is capable of being transmitted in a time compressed form)*

-13-

thereof,( )having an associated burst *transmission* time period
that is shorter than a time period associated with
a real time ~~representation~~ *viewing* of said audio-video
source information; and

5        ~~random access~~ storage means, coupled to said
compression means, for storing the ~~time~~ compressed
representation of said audio/video source
information; and

        output means, coupled to *said* storage means and to
10      one of said one or more communications links, for
        receiving the ~~time~~ compressed ~~format~~
        representation of said audio/video source
        information stored in said ~~random access~~ storage
        means for transmission in said burst, *transmission* time period
15      to another one of said plurality of audio/video
        transceivers.

        41.  A network as claimed in claim 40 wherein said
        input means of one of said plurality of audio/video
        transceivers comprises a fiber optic input port, said
20      output means of another one of said plurality of
        audio/video transceiver apparatus comprises a fiber
        optic output port, and one of said one or more
        communication links comprises a fiber optic
        transmission line coupled between said fiber optic
25      input port and said fiber optic output port.

        42.  A network as claimed in claim 40 wherein said
        output means of one of said plurality of audio/video
        transceiver apparatus comprises a modem and one of said
        one or more communications links comprises a telephone
30      transmission line.

        43.  A network as claimed in claim 40 wherein at
        least one of said audio/video transceivers comprises
        recording means, including a removable recording
        medium, coupled to said ~~random access~~ storage means,
35      for storing the ~~time~~ compressed representation of said

-14-

audio/video source information stored in said ~~random~~
~~access~~ storage means onto said removable recording
medium.

   44.   A network as claimed in claim 40 wherein at
5  least one of said audio/video transceivers comprises:
         decompression means, coupled to said ~~random~~
      ~~access~~ storage means, for decompressing the ~~time~~
      compressed representation of said audio/video
      source information stored in said ~~random access~~
10    storage means; and
         recording means, including a removable
      recording medium, coupled to said decompression
      means, for storing the decompressed ~~time~~
      compressed ~~format~~ representation of said
15    audio/video source information onto said removable
      recording medium.

   45.   A network as claimed in claim 43   or 44
wherein said recording means comprises a video tape
recorder and said removable recording medium comprises
20  magnetic tape.

   46.   A network as claimed in claim 43   or 44
wherein said recording means comprises a write once
read many (WORM) optical disc drive and said removable
recording medium comprises one or more WORM discs.

25    47.   A network as claimed in claim 43   or 44
wherein said recording means comprises an erasable
optical disc drive and said hard copy storage medium
comprises one or more erasable optical discs.

   48 .  A network as claimed in any one of claims 40 -
30  47 wherein the ~~random access~~ storage means comprises an
optical disc memory or a semiconductor memory.

   49 .  A network as claimed in any one of claims 40 -
47 wherein said ~~random access~~ storage means of one of
said plurality of audio/video transceiver apparatus
35  stores a library comprising a multiplicity of items of

APBU00415453

RCV.VON:EPA-MUENCHEN 02        9- 2-96 :  17:51 :         01718310139→       +49 89 23994465;#26

164

-15-

audio/video source information in said ~~time~~ compressed

representation for selective transmission in said

associated burst time period to another one of said ^(transmission)

audio/video transceivers.

5        50.    An audio/video transceiver apparatus
         as claimed in claim 1, in which
~~comprising~~
                         ^said        is arranged
         ^input means for receiving analog and/or
                                          and comprising
         digital audio/video source information; ^

         analog to digital converter means for

10       converting analog audio/video source information

         received at said input means to corresponding

         digital audio/video source information;

         digital to analog converter means for

         converting digital audio/video source information

15       received at said input means to corresponding
                                                      and wherein said
         analog audio/video source information; ^
compression means, comprises
         ^compressor/decompressor means for compressing

         digital audio/video source information received at

         said input means or said corresponding digital

20       audio/video source information received from said

         analog to digital converter means into a ~~time~~

         compressed representation of said digital or

         corresponding digital audio/video source

         information, ~~/said time compressed representation~~

25       ~~having an associated time period that is shorter~~

         ~~than a time period associated with a real time~~

         ~~representation of said digital or corresponding~~

         ~~digital audio/video source information/~~ said

         compressor/decompressor means being further

30       operative for decompressing said ~~time~~ compressed

         representation into a decompressed real time

         representation of said digital or corresponding
                                              and comprising
         digital audio/video source information; ^

         central processing unit means for controlling

35       operation of said compressor/decompressor means;

APBU00415454

165

-16-

~~random access~~ _wherein said_ storage means for storing said
~~time~~ compressed representation of said digital or
corresponding digital audio/video source
information ~~and~~ _further being arranged_ for storing said decompressed real
time representation of said digital or
corresponding digital audio/video source
information; _and comprising_

controller means for enabling communication
between said compressor/decompressor means, said
central processing unit means, and said ~~random~~
~~access memory~~ _storage_ means; and _wherein_
_said_ output means _is arranged_ for receiving said time
compressed representation of said digital or
corresponding digital audio/video source
information stored in said random access storage
means for transmission away from said audio/video
transceiver apparatus.

51.   An apparatus as claimed in claim 50
comprising time base generator mean for supplying
timing information for association with the ~~time~~
compressed representation of the digital or
corresponding digital audio/video source information.

52.   An apparatus as claimed in claim 50
comprising audio/video recording means including a
recording medium for recording said analog or
corresponding analog audio/video source information
onto the recording medium.

53.   An apparatus as claimed in claim 50 further
comprising audio/video recording means, including a
recording medium, for recording said digital or
corresponding digital audio/video source information
onto said recording medium.

54.   An apparatus as claimed in claim 52 or 53
wherein the recording medium comprises magnetic tape.

55.   An apparatus as claimed in claim 53 wherein

166

-17-

the recording medium comprises a CD-ROM or a WORM  or
an erasable optical disc.

56. An apparatus as claimed in any one of claims
50 -55 comprising audio/video recording and playback
5  means coupled to the input means for providing said
analog and/or digital audio/video source information.

57 . An apparatus as claimed in any of claims 50 -
55 comprising high speed bus means coupled to the input
means, and wherein the input means comprises auxiliary
10  digital input means for receiving the digital
audio/video source information.

58. An apparatus as claimed in claim 57 wherein
the high speed bus means comprises an optical bus.

59. An apparatus as claimed in any one of claims
15  50 -55 comprising high speed bus means coupled to said
input means, and wherein said input means comprises
fiber optic means for receiving said digital
audio/video source information.

60. An apparatus as claimed in any one of claims
20  50 -56 comprising high speed bus means, and wherein said
analog to digital converter means, digital to analog
converter means, compressor/decompressor means, central
processing unit means, and controller means are coupled
to said ~~random access~~ storage mean via said high speed
25  bus means.

61. An apparatus as claimed in claim 60
comprising RGB converter means for converting
information stored in said ~~random access~~ storage means
to an RGB format, and wherein said output means
30  comprises RGB output means for receiving RGB format
information from said RGB converter means.

62. An apparatus as claimed in claim 60 wherein
said output means comprise audio/video
transmitter/receiver means coupled to said high speed
35  bus for receiving said ~~time~~ compressed representation

APBU00415456

167

-18-

of said digital or corresponding digital audio/video
source information stored in said audio/video
transceiver apparatus.

63.    An apparatus as claimed in claim 62 wherein
5    the audio/video transmitter/receiver mean comprises a
modem for coupling to a telephone transmission line, or
a fiber optic transceiver for coupling to a fiber optic
transmission line.

64.    An apparatus as claimed in claim 50
10    comprising:

digital control unit means, said digital
control unit means comprising:

additional central processing unit
means;

15    read-only memory means coupled to said
additional central processing unit means for
storing microinstructions defining a
plurality of selected editing functions; and

additional controller means for enabling
20    communication between said additional central
processing unit means and said read-only
memory means; and

said additional central processing unit means
being operative for selectively executing the
25    microinstructions stored in said read-only memory
means to perform one or more of said plurality of
selected editing functions.

65.    An apparatus as claimed in claim 64 wherein
said digital control unit means is coupled to said
30    ~~random access~~ storage means.

APBU00415457

RCV. VON:EPA-MUENCHEN 02    : 9- 2-96 : 17:53 :    01718310139→    +49 89 23994465:#30

168

*(which is capable of being transmitted in a time compressed form)*

-19-

66 . A method for handling audio/video source
information, the method comprising:

receiving audio/video source information;

compressing the received audio/video source
information into a ~~time~~ compressed representation thereof ( )
having an associated burst/time period that is shorter than
*transmission*
a time period associated with a real time ~~representation~~ of
*viewing*
the received audio/video source information;

storing said ~~time~~ compressed representation of the
received audio/video source information; and
*transmission*
transmitting, in said burst/time period, the stored
~~time~~ compressed representation of the received audio/video
source information to a selected destination.

67 . A method as in claim 66 further comprising the
steps of:

editing the stored ~~time~~ compressed representation of
said audio/video source information; and

storing the edited ~~time~~ compressed representation of
said audio/video source information.

68 . A method as in claim 67 further comprising the
step of monitoring the stored ~~time~~ compressed
representation of said audio/video source information during
editing.

69 . A method as in claim 66 wherein the step of
transmitting comprises transmitting said ~~time~~ compressed
representation of said audio-video source information over
an optical channel.

APBU00415458

RCV. VON:EPA-MUENCHEN 02        9- 2-96 :    17:53 :        01718310139→    +49 89 23994465;#31

- 20 -

70.    A method as in claim 66 wherein the step of transmitting comprises transmitting said time compressed representation of said audio/video source information over a telephone transmission channel.

71.    A method as in claim 66 wherein the step of storing comprises storing the time compressed representation of said audio/video source information on an optical disk.

72.    A method as in claim 66 wherein the step of storing comprises storing the time compressed representation of said audio/video source information in a semiconductor memory.

73.    A method as in claim 66, wherein the audio/video source information comprises a multiplicity of video frames in the form of one or more full motion video programs.

74.    A method as in claim 73, wherein the step of transmitting comprises transmitting said time compressed representation of said audio/video source information over a microwave channel.

75.    A method as in claim 73, wherein the step of storing comprises storing the time compressed representation of said received audio/video source information in a bubble memory.

76.    A method as in claim 73, wherein the step of storing comprises storing the time compressed representation of said received audio/video source information in a digital paper memory.

77.    A method as in claim 73, wherein the step of storing comprises storing the time compressed representation of said received audio/video source information on one or more magnetic disks.

78.    A method as in claim 66 wherein:
said audio/video source information comprises analog

APBU00415459

RCV. VON:EPA-MUENCHEN_02    : 9- 2-96 : 17:53 :    01718310139→    +49 89 23994465:#32

170

-20a-

audio/video source information;

said method further comprises the step of converting said analog audio/video source information to corresponding digital audio/video source information;

said step of compressing comprises compressing said corresponding digital audio/video source information into a digital ~~time~~ compressed representation thereof ~~having an~~ associated burst time period that ~~is shorter~~ than a time period associated ~~with a real~~ time representation of said ~~digital audio/video source information~~; and

said step of storing comprises storing said digital ~~time~~ compressed representation of said corresponding digital audio/video source information.

    79.    A method as in claim 66 wherein:



APBU00415460

RCV.VON:EPA-MUENCHEN 02        ; 9- 2-96 :  17:53 :            01718310139-      +49 89 23994465:#33

171

-21-

said audio/video source information comprises digital audio/video source information;

said step of compressing comprises compressing said digital audio/video source information into a digital ~~time/~~ compressed representation thereof ~~having an associated burst~~ time period that is shorter than a time period associated with a real time representation of said digital audio/video ~~source information~~; and

said step of storing comprises storing said digital ~~time/~~compressed representation of said digital audio/video source information.

80. A method as in claim 78 wherein said audio/video source information comprises information received from a television camera.

81. A method as in claim 78 wherein said audio/video source information comprises information received from an analog video tape recorder.

82. A method as in claim 78 wherein said audio/video source information comprises information received from a television RF tuner.

83. A method as in claim 78 wherein said audio/video source information comprises information transmitted by a remotely located television transmitter.

84. A method as in claim 78 wherein said audio/video source information comprises information received from a cable television system.

85. A method as in claim 79 wherein said audio/video

RCV. VON:EPA-MUENCHEN 02 ·· ··· ·· 9· 2·96 : 17:54 : · ···· ···· 01718310139· ···· +49 89 23994465:#34

172

-22-

source information comprises information received from a
computer.

96.    A method as in claim 79  wherein said audio/video
source information comprises information received over a
fiber optic transmission line.

RCV. VON:EPA-MUENCHEN 02 _   _: 9- 2-96 :   17:54 :   ___ 01718310139-   _ +49 89 23994465:#35

173

- 26 -

87.    A method as in claim 66 comprising:
providing a network that includes a plurality of
audio/video transceivers, coupled via one or more
communication links;
said selected destination comprising one or more of
said plurality of audio/video transceivers.
88.    A method as in claim 87 wherein said
audio/video source information is received over one or more
optical transmission channels and the stored ~~time~~ compressed
representation of the received audio/video source
information is transmitted over one or more optical
transmission channels.

APBU00415463

174

-27-

89. A method as in claim 87 wherein the stored ~~time~~ compressed representation of the received audio/video source information is transmitted over one or more telephone transmission channels.

90. A method as in claim 87 wherein the ~~time~~ compressed representation of the received audio/video source information is stored in an optical disk memory.

91. A method as in claim 87 wherein the ~~time~~ compressed representation of the received audio/video source information is stored in a semiconductor memory.

92. A method as in claim 87 wherein one of said plurality of audio/video transceivers stores a library containing a multiplicity of programs of audio/video source information as ~~time~~ compressed representations thereof for selective transmission, in an associated burst transmission time period, to one or more of the remaining plurality of audio/video transceivers.

93. A method as in claim 87 further comprising the step of recording the stored ~~time~~ compressed representation of said audio/video source information onto a removable recording medium.

94. A method as in claim 87 further comprising the steps of:

decompressing the stored ~~time~~ compressed representation of said audio/video source information; and

recording the decompressed ~~time~~ compressed representation of said audio/video source information onto a

APBU00415464

175

- 28 -

removable storage medium.

95.    A method as in claim 93 or 94 wherein the stored time/ compressed representation of said audio/video source information is recorded onto a magnetic tape within a video tape recorder.

96.    A method as in claim 93 or 94 wherein the stored time) compressed representation of said audio/video source information is recorded onto one or more write-once read-many (WORM) optical disks within an optical disk drive.

97.    A method as in claim 93 or 94 wherein the stored time) compressed representation of said audio/video source information is recorded onto one or more erasable optical disks within an optical disk drive.

98.    A method as in claim 66 further comprising the step of recording the stored time) compressed representation

APBU00415465

176

- 29 -

of said audio/video source information onto a removable
recording medium.

  99.  A method as in claim 66 further comprising the
steps of:

  selectively decompressing the stored ~~time~~ compressed
representation of said audio/video source information; and

  recording the selectively decompressed ~~time~~ compressed
representation of said audio/video source information onto a
removable recording medium.

APBU00415466

- 30 -

100.    A method as in claim 79 wherein said digital
audio/video source information is received from a CD-ROM.

101.    A method as in claim 79 wherein said digital
audio/video source information is received from an erasable
optical disk.

102.    A method as in claim 66 further comprising the
step of recording the stored ~~time~~ compressed representation
of said audio/video source information onto a magnetic
recording medium.

103.    A method as in claim 67 further comprising the
step of recording the stored edited ~~time~~ compressed
representation of said audio/video source information onto a
magnetic recording medium.

APBU00415467

Case 3:06-cv-00019-MHP    Document 77-7    Filed 12/09/2006    Page 40 of 43
RCV. VON:EPA-MUENCHEN 02    : 9- 2-96 : 17:55 :    01718310139→    +49 89 23994465;#40

178

- 31 -

104.    A method as in claim 66 further comprising the steps of:

selectively decompressing the stored ~~time~~ compressed representation of said audio/video source information; and

recording the selectively decompressed stored ~~time~~ compressed representation of said audio/video source information onto a magnetic storage medium.

105.    A method ~~/~~ as claimed in claim 66 for handling analog and/or digital audio/video source information, the method comprising the steps of:

receiving analog and/or digital audio/video source information;

converting received analog audio/video source information to corresponding digital audio/video source information;

converting received digital audio/video source information to corresponding analog audio/video source information;

compressing said received digital or converted



-32-

corresponding digital audio/video source information into a
~~being~~ said ~~ compressed representation thereof ~~having an associated~~
burst time period that is shorter than a time period
associated with a real time representation of said received
digital or converted corresponding digital audio/video
~~source information~~;

storing said ~~time~~ compressed representation;

decompressing said time compressed representation
into a real time representation of said received digital or
converted corresponding digital audio/video source
information;

storing said real time representation; and

transmitting said time compressed representation to a
selected destination.

106.  A method as in claim 105 further comprising the
step of supplying timing information for association with
said said ~~time~~ compressed representation.

107 .  A method as in claim 105 further comprising the
step of recording said received analog or corresponding
analog audio/video source information onto a recording
medium.

108 .  A method as in claim 105 further comprising the
step of recording said received digital or corresponding
digital audio/video source information onto a recording
medium.

109 .  A method as in claim 105 wherein said received
analog or corresponding analog audio/video source

APBU00415469

RCV. VON:EPA-MUENCHEN.02    : 9- 2-96 :  17:56 :    01718310139-    +49 89 23994465:#42

180

-33-

information is recorded onto a magnetic tape recording
medium.

110. A method as in claim 108 wherein said received
digital or corresponding digital audio/video source
information is recorded onto a magnetic tape recording
medium.

111. A method as in claim 108 wherein said received
digital or corresponding digital audio/video source
information is recorded onto a CD-ROM.

112. A method as in claim 108 wherein said received
digital or corresponding digital audio/video source
information is recorded onto a WORM optical disk.

113. A method as in claim 108 wherein said received
digital or corresponding digital audio/video source
information is recorded onto an erasable optical disk.

114. A method as in claim 108 wherein said received
analog and/or digital audio/video source information is
received from an audio/video recording and playback
apparatus.

115. A method as in claim 105 wherein said digital
audio/video source information is received over a high speed
bus.

116. A method as in claim 105 wherein said digital
audio/video source information is received over an optical
bus.

117. A method as in claim 105 further comprising the
step of selectively editing the received analog and/or
digital audio/video source information.

APBU00415470

- 34 -

118.    A method for handling audio/video source information, the method comprising:

receiving audio/video source information as a ~~time/~~ compressed ~~digital~~ representation thereof, said audio/video source information comprising a multiplicity of ~~video~~ frames in the form of one or more full motion video programs selected from a video library storing a multiplicity of full motion video programs in a ~~time/~~ compressed digital representation thereof for selective retrieval, said ~~time/~~ compressed digital representation of the received audio/video source information being received in an associated burst ^transmission/time period that is shorter than a time period associated with a real time ~~representation~~ ^viewing of said received audio/video source information;

storing the ~~time/~~ compressed digital representation of said received audio/video source information; and

transmitting, in said burst ^transmission/time period, the stored /~~time/~~ compressed digital representation of said received audio/video source information to a selected destination.

APBU00415471