37                    EP 0 407 561 B1                    38

21. Eine Apparatur nach Anspruch 19, bei der das obengenannte Eingabemittel einen glasfaseroptischen Eingang enthält, der mit einer glasfaseroptischen Übertragungsleitung verbunden ist und bei der die obengenannten digitalen Audio-/Videoquellinformationen Informationen enthalten, die über die genannte glasfaseroptische Übertragungsleitung empfangen wurden.

22. Eine Apparatur nach Anspruch 19, die enthält:

ein Dekomprimierungsmittel, das mit dem obengenannten Speichermittel gekoppelt ist und zur selektiven Dekomprimierung der digitalen komprimierten Darstellung der obengenannten digitalen Audio-/Videoquellinformationen dient, die auf dem obengenannten Speichermittel gespeichert sind; und
ein Bearbeitungsmittel, das mit dem obengenannten Speichermittel und Dekomprimierungsmittel gekoppelt ist und zur Bearbeitung der dekomprimierten digitalen komprimierten Darstellung der obengenannten Audio-/Videoquellinformationen dient;
wobei das obengenannte Speichermittel danach wirksam wird zum Speichern der bearbeiteten dekomprimierten digitalen komprimierten Darstellung der obengenannten Audio-/Videoquellinformationen auf dem obengenannten Speichermittel

23. Eine Apparatur nach Anspruch 22, die außerdem ein Monitormittel enthält, mit dem der Benutzer selektiv die dekomprimierte digitale komprimierte Darstellung der obengenannten digitalen Audio-/Videoquellinformationen während der Bearbeitung betrachten kann.

24. Eine Apparatur nach Anspruch 19, die enthält:

ein Dekomprimierungsmittel, das mit dem obengenannten Speichermittel gekoppelt ist und zur selektiven Dekomprimierung der digitalen komprimierten Darstellung der obengenannten digitalen Audio-/Videoquellinformationen dient, die auf dem obengenannten Speichermittel gespeichert sind; und
ein Monitormittel, das mit dem obengenannten Dekomprimierungsmittel gekoppelt ist und mit dem der Benutzer selektiv die dekomprimierte digitale komprimierte Darstellung der obengenannten digitalen Audio-/Videoquellinformationen betrachten kann.

25. Eine Apparatur nach Anspruch 19, die ein CD-ROM-Mittel enthält, um die obengenannten digitalen Audio-/Videoquellinformationen zu liefern.

26. Eine Apparatur nach Anspruch 19, die ein löschbares optisches Plattenmittel enthält, um die obengenannte digitale Audio-/Videoquellinformationen zu liefern.

27. Eine Apparatur nach Anspruch 1, die enthält:

ein Dekomprimierungsmittel, das mit dem obengenannten Speichermittel gekoppelt ist und zur selektiven Dekomprimierung der obengenannten komprimierten Darstellung der obengenannten korrespondierenden digitalen Audio-/Videoquellinformationen dient, die auf dem obengenannten Speichermittel gespeichert sind; und
ein Bearbeitungsmittel, das mit dem obengenannten Speichermittel und Dekomprimierungsmittel gekoppelt ist und das der Bearbeitung der obengenannten selektiv dekomprimierten komprimierten Darstellung der obengenannten Audio-/Videoquellinformationen und der Speicherung der obengenannten bearbeiteten selektiv dekomprimierten komprimierten Darstellung der obengenannten Audio-/Videoquellinformationen auf dem obengenannten Speichermittel dient.

28. Eine Apparatur nach Anspruch 27, die ein Aufnahmemittel einschließlich auswechselbarem Aufnahmemedium enthält, das an das obengenannte Speichermittel gekoppelt ist und der Speicherung der bearbeiteten dekomprimierten komprimierten Darstellung der obengenannten Audio-/Videoquellinformationen, die auf dem obengenannten Speichermittel gespeichert sind, dient.

29. Eine Apparatur nach Anspruch 27, die ein externes Videobandaufzeichnungsmittel enthält, das mit dem obengenannten Ausgabemittel gekoppelt ist und das dazu dient, die bearbeiteten dekomprimierten komprimierten Darstellung der obengenannten Audio-/Videoquellinformationen, die auf dem obengenannten Speichermittel gespeichert sind, auf Magnetband zu speichern.

30. Eine Apparatur nach Anspruch 1, die enthält:

ein Dekomprimierungsmittel, das mit dem obengenannten Speichermittel gekoppelt ist und zur selektiven Dekomprimierung der obengenannten komprimierten Darstellung der obengenannten digitalen Audio-/Videoquellinformationen dient, die auf dem obengenannten Speichermittel gespeichert sind; und
ein Bearbeitungsmittel, das mit dem obengenannten Speichermittel und Dekomprimierungsmittel gekoppelt ist und zur Bearbeitung der obengenannten selektiv dekomprimierten

39                    EP 0 407 561 B1                    40

komprimierten Darstellung der obengenannten Audio-/Videoquellinformationen dient;
wobei das obengenannte Komprimierungsmittel wirksam wird für die erneute Komprimierung der bearbeiteten selektiv dekomprimierten komprimierten Darstellung der obengenannten Audio-/Videoquellinformationen; und
wobei das obengenannte Speichermittel wirksam wird für die Speicherung der erneut komprimierten selektiv dekomprimierten komprimierten Darstellung der obengenannten Audio-/Videoquellinformationen.

31. Eine Apparatur nach Anspruch 1, die enthält:

ein Dekomprimierungsmittel, das mit dem obengenannten Speichermittel gekoppelt ist und zur selektiven Dekomprimierung der komprimierten Darstellung der obengenannten Audio-/Videoquellinformationen dient, die auf dem obengenannten Speichermittel gespeichert sind; und
ein Monitormittel, mit dem der Benutzer selektiv die dekomprimierte komprimierte Darstellung der obengenannten Audio-/Videoquellinformationen betrachten kann.

32. Eine Apparatur nach Anspruch 31, die enthält:

ein Aufzeichnungsmittel einschließlich eines auswechselbaren Aufzeichnungsmediums, das an das obengenannte Dekomprimierungsmittel gekoppelt ist und der Speicherung der selektiv dekomprimierten komprimierten Darstellung der obengenannten Audio-/Videoquellinformationen auf dem obengenannten Hardcopy-Speichermedium dient;
wobei das obengenannte Monitormittel wirksam wird dafür, daß der Benutzer die selektiv dekomprimierte komprimierte Darstellung der obengenannten Audio-/Videoquellinformationen betrachten kann, die auf dem obengenannten auswechselbaren Aufzeichnungsmedium gespeichert sind.

33. Eine Apparatur nach Anspruch 31, die ein externes Videobandaufzeichnungsmittel enthält, das mit dem obengenannten Ausgabemittel gekoppelt ist und zur Speicherung der selektiv dekomprimierten komprimierten Darstellung der obengenannten Audio-/Videoquellinformationen auf Magnetband dient.

34. Eine Apparatur nach 1, die ein Aufnahmemittel einschließlich eines auswechselbarem Aufnahmemediums enthält, das mit dem obengenannten Speichermittel gekoppelt ist und der Speicherung der selektiv dekomprimierten komprimierten Darstel-

lung der obengenannten Audio-/Videoquellinformationen, die auf dem obengenannten Speichermittel gespeichert sind, auf dem auswechselbaren Aufzeichnungsmedium dient.

35. Eine Apparatur nach Anspruch 1, die enthält:

ein Dekomprimierungsmittel, das mit der obengenannten Speichermittel gekoppelt is und der selektiven Dekomprimierung der selei tiv dekomprimierten komprimierten Darstellun der obengenannten Audio-/Videoquellinforma tionen, die auf dem obengenannten Speiche mittel gespeichert sind, dient; und
ein Aufzeichnungsmittel einschließlich eine auswechselbaren  Aufzeichnungsmediun das an das obengenannte Dekomprimierung mittel gekoppelt ist und der Speicherung d selektiv dekomprimierten komprimierten Da stellung der obengenannten Audio-/Vide quellinformationen, die auf dem obengenann ten Speichermittel gespeichert sind, dient;

36. Eine Apparatur nach Anspruch 1 die enthält:

ein Dekomprimierungsmittel, das mit de obengenannten Speicherungsmittel gekopp ist und das der selektiven Dekomprimieru der komprimierten Darstellung der obeng nannten Audio-/Videoquellinformationen, auf dem obengenannten Speichermittel g speichert sind, dient; und
ein externes Videobandaufzeichnungsmitt das mit dem obengenannten Ausgabemit gekoppelt ist und das der Speicherung der s lektiv dekomprimierten komprimierten Darst lung der obengenannten Audio-/Videoquel formationen, die auf dem obengenannten Sp chermittel gespeichert sind, dient.

37. Eine Apparatur nach Anspruch 1, die ein Bea tungsmittel enthält, das mit dem obengenann Speichermittel gekoppelt ist und das der Bea tung der obengenannten komprimierten Dars lung der obengenannten Audio-/Videoquellinfor tionen und der anschließenden Speicherung bearbeiteten komprimierten Darstellung der ob genannten  Audio-/Videoquellinformationen dem obengenannten Speichermittel dient.

38. Eine Apparatur nach Anspruch 1, wobei das ob genannte Eingabemittel und Ausgabemittel ein krowellentransceiver enthalten, das an eine Mi wellenverbindung gekoppelt ist, um die obe nannten Audio-/Videoquellinformationen über obengenannte Mikrowellenverbindung zu emp gen und um die obengenannten komprimierten dio-/Videoquellinformationen, die auf dem ober

APBU-00016644

nannten Speichermittel gespeichert sind, über die obengenannte Mikrowellenverbindung zu senden.

39. Eine Apparatur nach einem der vorgehenden Ansprüche, wobei das Speichermittel eine optische Platte, einen Halbleiterspeicher, ein Magnetblasenspeicher, digitales Papier oder eine oder mehrere magnetische Platten enthält.

40. Ein Audio-/Videoinformationstransfernetzwerk, das eine Vielheit von Audio-/Videotransceivern enthält, die über eine oder mehrere Kommunikationsverbindungen gekoppelt sind, wobei jeder der Audio-/Videotransciever enthält:

   ein Eingabemittel (11) für den Empfang von Audio-/Videoquellinformationen;
   ein Komprimierungsmittel (12), das mit dem obengenannten Eingabemittel gekoppelt ist und der Komprimierung der obengenannten Audio-/Videoquellinformationen in eine komprimierte digitale Darstellung derselben dient, wodurch diese in einer zeitkomprimierten Form mit einer zugehörigen Burst-Transmissions-Zeitspanne übertragen werden kann, die kürzer ist als die Zeitspanne, die mit der Betrachtung der empfangenen Audio-/Videoquellinformationen in Echtzeit durch einen Receiver verbunden ist
   ein Speichermittel (13), das an das obengenannte Komprimierungsmittel gekoppelt ist und der Speicherung der komprimierten digitalen Darstellung der obengenannten Audio-/Videoquellinformationen dient; und
   ein Ausgabemittel (22), das mit dem obengenannten Speichermittel und einer oder mehreren Kommunikationsverbindungen gekoppelt ist und das zum Empfang der komprimierten Darstellung der obengenannten Audio-/Videoquellinformationen dient, die auf dem obengenannten Speichermittel gespeichert sind, um in der obengenannten Burst-Transmissions-Zeitspanne zu einem anderen Audio-/Videotransceiver der obengenannten Vielheit gesendet zu werden.

41. Ein Netzwerk nach Anspruch 40, wobei das Eingabemittel von einem der Audio-/Videotransceiver der obengenannten Vielheit einen glasfaseroptischen Eingang enthält, das obengenannte Ausgabemittel eines anderen Audio-/Videotransceivers der Vielheit einen glasfaseroptischen Ausgang enthält und eine der obengenannten einen oder mehreren Kommunikationsverbindungen eine glasfaseroptische Übertragungsleitung enthält, die zwischen dem obengenannten glasfaseroptischen Eingang und dem obengenannten glasfaseroptischen Ausgang geschaltet ist.

42. Ein Netzwerk nach Anspruch 40, wobei das obengenannte Ausgabemittel von einem der Audio-/Videotransceiver der obengenannten Vielheit ein Modem enthält und eine der einen oder mehreren Kommunikationsverbindungen eine Telefonübertragungsleitung enthält.

43. Ein Netzwerk nach Anspruch 40, wobei mindestens einer der obengenannten Audio-/Videotransceiver ein Aufzeichnungsmittel einschließlich eines auswechselbaren Aufzeichnungsmediums enthält, das mit obengenannten Speichermittel gekoppelt ist und der Speicherung der komprimierten Darstellung der obengenannten Audio-/Videoquellinformationen, die auf dem obengenannten Speichermittel gespeichert sind, auf dem auswechselbaren Aufzeichnungsmedium dient.

44. Ein Netzwerk nach Anspruch 40, wobei mindestens einer der obengenannten Audio-/Videotransceiver enthält:

   ein Dekomprimierungsmittel, das mit dem obengenannten Speichermittel gekoppelt ist und der Dekomprimierung der komprimierten Darstellung der obengenannten Audio-/Videoquellinformationen, die auf dem obengenannten Speichermittel gespeichert sind, dient; und ein Aufzeichnungsmittel einschließlich eines auswechselbaren Aufzeichnungsmediums, das mit dem obengenannten Dekomprimierungsmittel gekoppelt ist und dazu dient, die dekomprimierte komprimierte Darstellung der obengenannten Audio-/Videoquellinformationen, die auf dem obengenannten Speichermittel gespeichert sind, auf dem auswechselbaren Aufzeichnungsmedium zu speichern.

45. Ein Netzwerk nach Anspruch 43 oder 44 wobei das obengenannte Aufzeichnungsmittel einen Videorecorder enthält und das obengenannte auswechselbare Aufzeichnungsmedium ein Magnetband enthält.

46. Ein Netzwerk nach Anspruch 43 oder 44, wobei das obengenannte Aufzeichnungsmittel ein Laufwerk für WORM-Platten (einmal beschreibbare, dann nur noch lesbare) enthält und das obengenannte auswechselbare Aufzeichnungsmedium eine oder mehrere WORM-Platten enthält.

47. Ein Netzwerk nach Anspruch 43 oder 44, wobei das obengenannte Aufzeichnungsmittel ein Laufwerk für löschbare optische Platten enthält und das obengenannte Hardcopy-Speichermedium eine oder mehrere löschbare optische Platten enthält.

48. Ein Netzwerk nach einem der Ansprüche 40-47,

APBU-00016645

43                  EP 0 407 561 B1                  44

wobei das Speichermittel einen Speicher aus opti-
schen Platten oder einen Halbleiterspeicher ent-
hält.

49. Ein Netzwerk nach einem der Ansprüche 40-47,
wobei das obengenannte Speichermittel einer der
obengenannten Audio-/Videotransceiveraparatu-
ren der Vielfalt eine Bibliothek enthält, die eine Viel-
zahl von verschiedenen Audio-/Videoinforma-
tionen in obengenannter komprimierten Darstel-
lung enthält für die selektive Übertragung in der
obengenannten zugehörigen Burst-Transmissions-
Zeitspanne zu einem anderen der obengenannten
Audio-/Videotransceiver.

50. Eine Audio-/Videotransceiveraperatur nach An-
spruch 1, in der das obengenannte Eingabemittel
vorbereitet ist für den Empfang von analogen und/
oder digitalen Audio-/Videoquellinformationen; und
enthält

ein Analog-Digital-Konvertermittel für die Um-
wandlung von analogen Audio-/Videoquellin-
formationen, die an dem obengenannten Ein-
gabemittel empfangen werden, in die korre-
spondierenden digitalen Audio-/Videoquellin-
formationen;
ein Digital-Analog-Konvertermittel für die Um-
wandlung von digitalen Audio-/Videoquellinfor-
mationen, die an dem obengenannten Einga-
bemittel empfangen werden, in die korrespon-
dierenden analogen Audio-/Videoquellinforma-
tionen; und wobei
in dem obengenannten Komprimierungsmittel
ein Komprimierungs-/Dekomprimierungsmittel
enthalten ist für die Komprimierung von digita-
len Audio-/Videoquellinformationen, die an
dem obengenannten Eingabemittel empfan-
gen wurden, oder von obengenannten korre-
spondierenden digitalen Audio-/Videoquellin-
formationen, die vom obengenannten Analog-
Digital-Konvertermittel empfangen wurden, in
eine komprimierte Darstellung der obenge-
nannten digitalen oder korrespondierenden di-
gitalen Audio-/Videoquellinformationen, und
weiterhin das obengenannte Komprimierungs-/
Dekomprimierungsmittel wirksam wird für die
Dekomprimierung der obengenannten kompri-
mierten Darstellung in eine dekomprimierte
Echtzeitdarstellung der obengenannten digita-
len oder korrespondierenden digitalen Audio-/
Videoquellinformationen; und enthaltend

ein Zentraleinheitsmittel für die Steuerung
der obengenannten Komprimierungs/De-
komprimierungsmittel;
wobei das obengenannte Speichermittel
für die Speicherung der komprimierten

Darstellung der obengenannten digitale
oder korrespondierenden digitalen Audi
Videoquellinformationen ferner dafür au
gelegt ist, die obengenannte dekompr
mierte Echtzeitdarstellung der obeng
nannten digitalen oder korrespondiere
den digitalen Audio-/Videoquellinformati
nen zu speichern; und enthaltend
ein Kontrollermittel, um die Kommunika
on zwischen den obengenannten Komp
mierungs/Dekomprimierungsmittel        u
dem obengenannten Zentraleinheitsmit
und dem obengenannten Speichermit
zu ermöglichen; und wobei
das obengenannte Ausgabemittel da
ausgelegt ist, die obengenannte zeitko
primierte Darstellung der obengenannt
digitalen oder korrespondierenden digi
len Audio-/Videoquellinformationen,  
auf dem obengenannten Speichermit
mit Direktzugriff gespeichert sind, zu en
fangen für die Übertragung weg von d
obengenannten Audio-/Videotransceiv
aparatur.

51. Eine Apparatur nach Anspruch 50, die ein Zeit
sisgeneratormittel enthält, um Zeitinformation
die Zuordnung mit der komprimierten Darstellu
der digitalen oder der korrespondierenden digita
Audio-/Videoquellinformationen zu liefern.

52. Eine Apparatur nach Anspruch 50, die Audio-/
deoaufzeichnungsmittel einschließlich eines A
zeichnungsmediums enthält, für die Aufzeichnu
der obengenannten analogen oder korrespon
renden analogen Audio-/Videoquellinformation
auf dem Aufzeichnungsmedium.

53. Eine Apparatur nach Anspruch 50, die ferner
dio-/Videoaufzeichnungsmittel einschließlich ei
Aufzeichnungsmediums enthält, für die Aufzei
nung der obengenannten digitalen oder korresp
dierenden digitalen Audio-/Videoquellinforma
nen auf dem obengenannten Aufzeichnungsme
um.

54. Eine Apparatur nach Anspruch 52 oder 53, wo
das Aufzeichnungsmedium ein Magnetband e
hält.

55. Eine Apparatur nach Anspruch 53, wobei das
zeichnungsmedium eine CD-ROM oder e
WORM oder eine löschbare optische Platte ent

56. Eine Apparatur nach einem der Ansprüche 50-
die ein Audio-/Videoaufzeichnungsmittel und P
backmittel enthält, die an die Eingabemittel ge
pelt sind, um die obengenannten analogen u

APBU-00016646

45                    EP 0 407 561 B1                    46

oder digitalen Audio-/Videoquellinformationen zu
liefern.

57. Eine Apparatur nach einem der Ansprüche 50-55,
die ein Hochgeschwindigkeitsbusmittel enthält, das
mit dem Eingabemittel gekoppelt ist und wobei das
Eingabemittel digitale Hilfseingabemittel für den
Empfang der obengenannten digitalen Audio-/Vi-
deoquellinformationen enthält.

58. Eine Apparatur nach Anspruch 57, wobei das Hoch-
geschwindigkeitsbusmittel einen optischen Bus
enthält.

59. Eine Apparatur nach einem der Ansprüche 50-55,
die ein Hochgeschwindigkeitsbusmittel enthält, das
mit dem obengenannten Eingabemittel gekoppelt
ist und wobei das obengenannte Eingabemittel ein
glasfaseroptisches Mittel enthält für den Empfang
obengenannter digitaler Audio-/Videoquellinforma-
tionen.

60. Eine Apparatur nach einem der Ansprüche 50-56,
die ein Hochgeschwindigkeitsbusmittel enthält und
wobei die obengenannte Analog-Digital-Konverter-
mittel, Digital-Analog-Konvertermittel, Komprimie-
rungs/Dekomprimierungsmittel, Zentraleinheitsmit-
tel und Kontrollermittel mit den obengenannten
Speichermittel über das obengenannte Hochge-
schwindigkeitsbusmittel gekoppelt sind.

61. Eine Apparatur nach Anspruch 60, die ein RGB-
Konvertermittel enthält zur Umwandlung von Infor-
mationen, die auf dem obengenannten Speicher-
mittel gespeichert sind, in ein RGB-Format und wo-
bei das obengenannte Ausgabemittel eine RGB-
Ausgabemittel enthält, für den Empfang von Infor-
mationen im RGB-Format von obengenanntem
RGB-Konvertermittel.

62. Eine Apparatur nach Anspruch 60, wobei das oben-
genannte Ausgabemittel ein Audio-/Videosender-
empfängermittel enthält, das an das obengenann-
te Hochgeschwindigkeitsbusmittel gekoppelt ist für
den Empfang obengenannter komprimierter Dar-
stellung der obengenannten digitalen oder korre-
spondierenden digitalen Audio-/Videoquellinforma-
tionen, die in obengenannter Audio-/Videotransei-
verapparatur gespeichert sind.

63. Eine Apparatur nach Anspruch 62, wobei das Au-
dio/Videosender/empfängermittel ein Modem für
die Verbindung mit einer Telefonübertragungslei-
tung oder einen glasfaseroptischen Transceiver für
die Verbindung mit einer glasfaseroptischen Über-
tragungsleitung enthält.

64. Eine Apparatur nach Anspruch 50, die enthält:

ein digitales Kontrollereinheitsmittel, wobei das
obengenannte digitale Kontrollereinheitsmittel
enthält:

ein zusätzliches Zentraleinheitsmittel;
ein ROM-Speichermittel, das mit dem
obengenannten zusätzlichen Zentralein-
heitsmittel gekoppelt ist zur Speicherung
von Mikroanweisungen, die eine Vielheit
von Bearbeitungsfunktionen definieren;
und
ein zusätzliches Kontrollermittel, um die
Kommunikation zwischen dem obenge-
nannten zusätzlichen Zentraleinheitsmittel
und dem obengenannten ROM-Speicher-
mittel zu ermöglichen; und
das obengenannte zusätzliche Zentralein-
heitsmittel wirksam wird für die selektive
Ausführung der Mikroanweisungen, die in
dem obengenannten ROM-Speichermittel
gespeichert sind, um eine oder mehrere
der obengenannten selektiven Bearbei-
tungsfunktionen der Vielheit auszuführen.

65. Eine Apparatur nach Anspruch 64, wobei das oben-
genannte digitale Kontrollereinheitsmittel mit dem
obengenannten Speichermittel gekoppelt ist.

66. Eine Methode zur Handhabung von Audio-/Video-
quellinformationen, die enthält:

Empfangen von Audio-/Videoquellinformatio-
nen;
Komprimieren der empfangenen Audio-/Video-
quellinformationen in eine komprimierte digita-
le Darstellung derselben, wodurch diese dann
in einer zeitkomprimierten Form übertragen
werden kann, mit einer zugehörigen Burst-
Transmissions-Zeitspanne die kürzer ist als die
Zeitspanne, die mit der Betrachtung der emp-
fangenen Audio-/Videoquellinformationen in
Echtzeit durch einen Receiver verbunden ist;
Speichern der obengenannten komprimierten
digitalen Darstellung der empfangenen Audio-/
Videoquellinformationen; und
Übertragen, der gespeicherten komprimierten
digitalen Darstellung der empfangenen Audio-/
Videoquellinformationen an ein ausgewähltes
Ziel in der obengenannten Burst-Transmiss-
ions-Zeitspanne.

67. Eine Methode nach Anspruch 66, die die Schritte
enthält:

Bearbeiten der gespeicherten komprimierten
Darstellung der obengenannten Audio-/Video-
quellinformationen; und
Speichern der bearbeiteten komprimierten

APBU-00016647

Darstellung der obengenannten Audio-/Video-
quellinformationen

68. Eine Methode nach Anspruch 67, die weiterhin den
    Schritt der Überwachung der gespeicherten kom-
    primierten Darstellung der obengenannten Audio-/
    Videoquellinformationen während der Bearbeitung
    enthält.

69. Eine Methode nach Anspruch 66, wobei der Schritt
    der Übertragung die Übertragung der obengenann-
    ten komprimierten Darstellung der obengenannten
    Audio-/Videoquellinformationen über einen opti-
    schen Kanal enthält.

70. Eine Methode nach Anspruch 66, wobei der Schritt
    der Übertragung die Übertragung der obengenann-
    ten komprimierten Darstellung der obengenannten
    Audio-/Videoquellinformationen über einen Tele-
    fonübertragungskanal enthält

71. Eine Methode nach Anspruch 66, wobei der Schritt
    des Speichern das Speichern der komprimierten
    Darstellung der obengenannten Audio-/Videoquell-
    informationen auf einer optischen Platte enthält.

72. Eine Methode nach Anspruch 66, wobei der Schritt
    des Speichern das Speichern der obengenannten
    komprimierten Darstellung der obengenannten Au-
    dio-/Videoquellinformationen in einem Halbleiter-
    speicher enthält.

73. Eine Methode nach Anspruch 66, wobei die Audio-/
    Videoquellinformationen eine Vielheit von Videofra-
    mes in der Form von einem oder mehreren Bewegt-
    bild-Kommunikationsprogrammen enthält.

74. Eine Methode nach Anspruch 73, wobei der Schritt
    der Übertragung die Übertragung der obengenann-
    ten komprimierten Darstellung der obengenannten
    Audio-/Videoquellinformationen über einen Mikro-
    wellenkanal enthält.

75. Eine Methode nach Anspruch 73, wobei der Schritt
    des Speichern das Speichern der komprimierten
    Darstellung der obengenannten empfangenen Au-
    dio-/Videoquellinformationen in einem Magnetbla-
    sensspeicher enthält.

76. Eine Methode nach Anspruch 73, wobei der Schritt
    des Speichern das Speichern der komprimierten
    Darstellung der obengenannten empfangenen Au-
    dio-/Videoquellinformationen in einem digitalen Pa-
    pierspeicher enthält.

77. Eine Methode nach Anspruch 73, wobei der Schritt
    des Speichern das Speichern der komprimierten
    Darstellung der obengenannten empfangenen Au-

dio-/Videoquellinformationen auf einer oder mehre-
ren Magnetplatten enthält.

78. Eine Methode nach Anspruch 66, wobei die oben-
    genannten Audio-/Videoquellinformationen analo-
    ge Audio-/Videoquellinformationen enthalten;

    die obengenannten Methode weiterhin de-
    Schritt der Umwandlung der obengenannte
    anlogen Audio-/Videoquellinformationen in di
    korrespondierenden digitalen Audio-/Video
    quellinformationen enthält;
    der obengenannte Schritt der Komprimierun-
    die Komprimierung der korrespondierenden d
    gitalen Audio-/Videoquellinformationen in ein
    digitale komprimierte Darstellung derselbe
    enthält; und
    der obengenannter Schritt des Speichers da
    Speichern der obengenannten digitalen Da-
    stellung der obengenannten korrespondierer
    den digitalen Audio-/Videoquellinformatione
    enthält.

79. Eine Methode nach Anspruch 66, wobei:

    die obengenannten Audio-/Videoquellinform-
    tionen digitale Audio-/Videoquellinformatione
    enthalten;
    der obengenannte Schritt der Komprimierur-
    die Komprimierung der obengenannten digit-
    len Audio-/Videoquellinformationen in eine c
    gitale komprimierte Darstellung derselben er
    hält; und
    der obengenannte Schritt des Speichers d-
    Speichern der obengenannten digitalen kor
    primierten Darstellung der obengenannten c
    gitalen Audio-/Videoquellinformationen er
    hält.

80. Eine Methode nach Anspruch 78, wobei die Audi-
    Videoquellinformationen Informationen enthalte-
    die von einer Fernsehkamera empfangen wurde

81. Eine Methode nach Anspruch 78, wobei die obe-
    genannten Audio-/Videoquellinformationen Info-
    mationen enthalten, die von einem analogen Vide-
    recorder empfangen wurden.

82. Eine Methode nach Anspruch 78, wobei die Audi-
    Videoquellinformationen Informationen enthalte-
    die von einem Fernsehfrequenztuner empfang
    wurden.

83. Eine Methode nach Anspruch 78, wobei die Audi-
    Videoquellinformationen Informationen enthalte-
    die von einem entfernt gelegenen Fernsehsen-
    empfangen wurden.

49                    EP 0 407 561 B1                    50

84. Eine Methode nach Anspruch 78, wobei die obengenannten Audio-/Videoquellinformationen Informationen enthalten, die von einem Kabelfernsehsystem empfangen wurden.

85. Eine Methode nach Anspruch 79, wobei die Audio-/Videoquellinformationen Informationen enthalten, die von einem Computer empfangen wurden.

86. Eine Methode nach Anspruch 79, wobei die Videoquellinformationen Informationen enthalten, die über eine glasfaseroptische Übertragungsleitung empfangen wurden.

87. Eine Methode nach Anspruch 66, die enthält:

die Bereitstellung eines Netzwerkes, das eine Vielheit von Audio-/Videotransceivern enthält, die über eine oder mehrere Kommunikationsverbindungen gekoppelt sind; das obengenannte gewählte Ziel, das einen oder mehrere der Audio-/Videotransceiver der Vielheit enthält.

88. Eine Methode nach Anspruch 87 wobei die Audio-/Videoquellinformationen über einen oder mehrere optische Übertragungskanäle empfangen wird und die gespeicherte komprimierte Darstellung der empfangenen Audio-/Videoquellinformationen über einen oder mehrere optische Übertragungskanäle gesendet wird.

89. Eine Methode nach Anspruch 87, wobei die gespeicherte komprimierte Darstellung der empfangenen Audio-/Videoquellinformationen über einen oder mehrere Telefonübertragungskanäle gesendet wird.

90. Eine Methode nach Anspruch 87, wobei die komprimierte Darstellung der empfangenen Audio-/Videoquellinformationen in einem optischen Plattenspeicher gespeichert wird.

91. Eine Methode nach Anspruch 87, wobei die komprimierte Darstellung der empfangenen Audio-/Videoquellinformationen in einem Halbleiterspeicher gespeichert wird.

92. Eine Methode nach Anspruch 87, wobei einer der obengenannten Vielheit von Audio-/Videotransceivern eine Bibliothek speichert, die eine Vielheit von Programmen mit Audio-/Videoquellinformationen als komprimierte Darstellung derselben enthält, für die selektive Übertragung, in einer zugehörigen Burst-Transmissions-Zeitspanne, zu einem oder mehreren der verbleibenden Vielheiten von Audio-/Videotransceivern.

93. Eine Methode nach Anspruch 87, die weiterhin den Schritt zur Aufzeichnung der gespeicherten komprimierten Darstellung der obengenannten Audio-/Videoquellinformationen auf einem auswechselbaren Aufzeichnungsmedium enthält.

94. Eine Methode nach Anspruch 87 die weiterhin die Schritte enthält:

die Dekomprimierung der gespeicherten komprimierten Darstellung der obengenannten Audio-/Videoquellinformationen; und die Aufzeichnung der dekomprimierten komprimierten Darstellung der obengenannten Audio-/Videoquellinformationen auf einem auswechselbaren Speichermedium.

95. Eine Methode nach Anspruch 93 und 94, wobei die gespeicherte komprimierte Darstellung der obengenannten Audio-/Videoquellinformationen auf einem Magnetband in einem Videorecorder aufgezeichnet wird.

96. Eine Methode nach Anspruch 93 und 94, wobei die gespeicherte komprimierte Darstellung der obengenannten Audio-/Videoquellinformationen auf eine oder mehrere WORM-Platten in einem optischen Plattenlaufwerk aufgezeichnet wird.

97. Eine Methode nach Anspruch 93 und 94, wobei die gespeicherte komprimierten Darstellung der obengenannten Audio-/Videoquellinformationen auf einer oder mehreren löschbaren optischen Platten in einem optischen Laufwerk aufgezeichnet wird.

98. Eine Methode nach Anspruch 66, die weiterhin den Schritt enthält, die gespeicherte komprimierte Darstellung der obengenannten Audio-/Videoquellinformationen auf ein auswechselbares Aufzeichnungsmedium aufzuzeichnen.

99. Eine Methode nach Anspruch 66, die weiterhin die Schritte enthält:

die selektive Dekomprimierung der gespeicherten komprimierten Darstellung der obengenannten Audio-/Videoquellinformationen; und die Aufzeichnung der selektiv dekomprimierten komprimierten Darstellung der obengenannten Audio-/Videoquellinformationen auf ein auswechselbares Aufzeichnungsmedium.

100. Eine Methode nach Anspruch 79, wobei die obengenannten digitalen Audio-/Videoquellinformationen von einer CD-ROM empfangen werden.

101. Eine Methode nach Anspruch 79, wobei die oben-

51                 EP 0 407 561 B1                 52

genannten digitalen Audio-/Videoquellinformatio-
nen von einer löschbaren optischen Platte empfan-
gen werden.

102. Eine Methode nach Anspruch 66, die weiterhin den
Schritt enthält, die gespeicherte komprimierte Dar-
stellung der obengenannten Audio-/Videoquellin-
formationen auf ein magnetisches Aufzeichnungs-
medium aufzuzeichnen.

103. Eine Methode nach Anspruch 67, die weiterhin den
Schritt enthält, die gespeicherte bearbeitete kom-
primierte Darstellung der obengenannten Audio-/
Videoquellinformationen auf ein magnetisches Auf-
zeichnungsmedium aufzuzeichnen.

104. Eine Methode nach Anspruch 66, die weiterhin die
Schritte enthält:

die selektive Dekomprimierung der gespei-
cherten komprimierten Darstellung der oben-
genannten Audio-/Videoquellinformationen;
und
die Aufzeichnung der selektiv dekomprimierten
komprimierten Darstellung der obengenannten
Audio-/Videoquellinformationen auf ein ma-
gnetisches Speichermedium.

105. Eine Methode nach Anspruch 66 zur Handhabung
von analogen und/oder digitalen Audio-/Videoquell-
informationen, wobei die Methode die Schritte ent-
hält:

Empfangen von analogen und/oder digitalen
Audio-/Videoquellinformationen;
Umwandeln von empfangenen analogen Au-
dio-/Videoquellinformationen in die korrespon-
dierenden digitalen Audio-/Videoquellinforma-
tionen;
Umwandeln von empfangenen digitalen Au-
dio-/Videoquellinformationen in die korrespon-
dierenden analogen Audio-/Videoquellinforma-
tionen;
Komprimieren der obengenannten empfange-
nen digitalen oder umgewandelten korrespon-
dierenden digitalen Audio-/Videoquellinforma-
tionen in obengenannten komprimierte Darstel-
lung derselben;
Speichern der obengenannten komprimierten
Darstellung;
Dekomprimieren der obengenannten kompri-
mierten Darstellung in eine Echtzeitdarstellung
der obengenannten empfangenen digitalen
oder umgewandelten korrespondierenden digi-
talen Audio-/Videoquellinformationen;
Speichern der obengenannten Echtzeitdarstel-
lung; und
Übertragen der obengenannten komprimierten

Darstellung zu einem ausgewählten Ziel.

106. Eine Methode nach Anspruch 105, die weiterhin
den Schritt enthält, die Zeitinformation für die Zu-
ordnung mit der komprimierten Darstellung zu lie-
fern.

107. Eine Methode nach Anspruch 105, die weiterhin
den Schritt enthält, die empfangenen analogen
oder korrespondierenden analogen Audio-/Video-
quellinformationen auf einem Aufzeichnungsmed
um aufzuzeichnen.

108. Eine Methode nach Anspruch 105, die weiterhi
den Schritt enthält, die obengenannten empfange
nen digitalen oder korrespondierenden digitale
Audio-/Videoquellinformationen auf einem Au
zeichnungsmedium aufzuzeichnen.

109. Eine Methode nach Anspruch 105, wobei die ober
genannten empfangenen analogen oder korre
spondierenden korrespondierenden Audio-/Videoquellinfo
mationen auf einem Magnetbandaufzeichnungs
medium aufgezeichnet werden.

110. Eine Methode nach Anspruch 108, wobei die ober
genannten empfangenen digitalen oder korrespo
dierenden digitalen Audio-/Videoquellinformati
nen auf einem Magnetbandaufzeichnungsmediu
aufgezeichnet werden.

111. Eine Methode nach Anspruch 108, wobei die obe
genannten empfangenen digitalen oder korrespo
dierenden digitalen Audio-/Videoquellinformati
nen auf einer CD-ROM aufgezeichnet werden.

112. Eine Methode nach Anspruch 108, wobei die obe
genannten empfangenen digitalen oder korrespo
dierenden digitalen Audio-/Videoquellinformat
nen auf einer WORM optischen Platte aufgezeic
net werden.

113. Eine Methode nach Anspruch 108, wobei die obe
genannten empfangenen digitalen oder korrespo
dierenden digitalen Audio-/Videoquellinformat
nen auf einer löschbaren optischen Platte aufg
zeichnet werden.

114. Eine Methode nach Anspruch 108, wobei die obe
genannten empfangenen analogen und/oder di
talen Audio-/Videoquellinformationen von einer
dio-/Videoaufzeichnungs- und Playbackappara
empfangen werden.

115. Eine Methode nach Anspruch 105, wobei die ob
genannten digitalen Audio-/Videoquellinforma
nen über einen Hochgeschwindigkeitsbus empf
gen werden.

APBU-00016650

53                    EP 0 407 561 B1                    54

116. Eine Methode nach Anspruch 105, wobei die oben-
genannten digitalen Audio-/Videoquellinformatio-
nen über einen optischen Bus empfangen werden.

117. Eine Methode nach Anspruch 105, die weiterhin
den Schritt enthält, die empfangenen analogen und
digitalen Audio-/Videoquellinformationen selektiv
zu bearbeiten.

118. Eine Methode zur Handhabung der Audio-/Video-
quellinformationen, wobei die Methode enthält:

Empfangen von Audio-/Videoquellinformatio-
nen als eine komprimierte Darstellung dersel-
ben, wobei die obengenannten Audio-/Video-
quellinformationen eine Vielheit von Rahmen in
Form von einem oder mehreren Bewegtbild-
Kommunikationsprogrammen enthält, die aus
einer Videobibliothek ausgesucht wurden, die
eine Vielheit von Bewegtbild-Kommunikations-
programmen in einer komprimierten digitalen
Darstellung der derselben zum selektiven Wie-
derabruf speichert, wobei obengenannte kom-
primierte digitale Darstellung der empfangenen
Audio-/Videoquellinformationen mit einer zu-
gehörigen    Burst-Transmissions-Zeitspanne
empfangen wird, die kürzer ist als die Zeitspan-
ne, die mit der Betrachtung der empfangenen
Audio-/Videoquellinformationen in Echtzeit
durch einen Receiver verbunden ist;
Speichern der komprimierten digitalen Darstel-
lung der obengenannten empfangenen Audio-/
Videoquellinformationen ; und
Übertragen, der gespeicherten komprimierten
digitalen Darstellung der empfangenen Audio-/
Videoquellinformationen an ein ausgewähltes
Ziel in der obengenannten Burst-Transmiss-
ions-Zeitspanne.

**Revendications**

1.  Appareil émetteur-récepteur audio/vidéo compre-
nant:

un moyen (11) d'entrée pour recevoir des infor-
mations de source audio/vidéo;
un moyen de compression (12) couplé audit
moyen d'entrée pour comprimer lesdites infor-
mations de source audio/vidéo en une repré-
sentation numérique comprimée de celles-ci
qui est capable d'être transmise sous une for-
me comprimée dans le temps ayant une pério-
de de temps de transmission par salves asso-
ciée qui est plus courte qu'une période de
temps associée à la visualisation en temps réel
par un receveur des informations de source
audio/vidéo;

un moyen de stockage (13), couplé audit
moyen de compression pour stocker la repré-
sentation numérique comprimée desdites infor-
mations de source audio/vidéo; et
un moyen de sortie (22) couplé audit moyen de
stockage, pour recevoir ladite représentation
numérique comprimée des informations de
source audio/vidéo stockées dans ledit moyen
de stockage et pour transmettre ladite repré-
sentation numérique comprimée desdites infor-
mations de source audio/vidéo à distance dudit
appareil émetteur-récepteur audio/vidéo dans
ladite période de temps de transmission par
salves.

2.  Appareil tel que revendiqué dans la revendication
1 comprenant un moyen d'édition (14), couplé audit
moyen de stockage, pour éditer la représentation
comprimée desdites informations de source audio/
vidéo stockées dans ledit moyen de stockage et
pour restaurer ladite représentation comprimée édi-
tée desdites informations de source audio/vidéo
dans ledit moyen de stockage; et dans lequel ledit
moyen de sortie est opérationnel pour recevoir la
représentation comprimée éditée desdites informa-
tions de source audio/vidéo stockées dans ledit
moyen de stockage pour transmission à distance
dudit appareil émetteur-récepteur audio/vidéo.

3.  Appareil tel que revendiqué dans la revendication
2 comprenant un moyen de moniteur pour permet-
tre à l'utilisateur d'identifier sélectivement la repré-
sentation comprimée desdites informations de
source audio/vidéo stockées dans ledit moyen de
stockage pendant l'édition.

4.  Appareil tel que revendiqué dans la revendication
2 comprenant un moyen d'enregistrement, incluant
un support d'enregistrement amovible, couplé audit
moyen de stockage, pour stocker la représentation
comprimée éditée desdites informations de source
audio/vidéo stockées dans ledit moyen de stockage
sur ledit support d'enregistrement amovible.

5.  Appareil tel que revendiqué dans la revendication
4 comprenant un moyen de moniteur pour permet-
tre à l'utilisateur de visualiser sélectivement la re-
présentation comprimée desdites informations de
source audio/vidéo stockées sur ledit support d'en-
registrement amovible.

6.  Appareil tel que revendiqué dans la revendication
2 comprenant un moyen de magnétoscope exté-
rieur, couplé audit moyen de sortie, pour stocker la
représentation comprimée éditée desdites informa-
tions de source audio/vidéo stockées dans ledit
moyen de stockage sur une bande magnétique.

APBU-00016651

55 EP 0 407 561 B1 56

7. Appareil tel que revendiqué dans la revendication 1, dans lequel le moyen de sortie comprend un port de sortie à fibres optiques pour coupler l'appareil à une ligne de transmission à fibres optiques.

8. Appareil tel que revendiqué dans la revendication 1, dans lequel le moyen de sortie comprend un modem pour coupler l'appareil à une ligne de transmission téléphonique.

9. Appareil tel que revendiqué dans la revendication 1, dans lequel:

lesdites informations de source audio/vidéo comprennent des informations analogiques de source audio/vidéo;
ledit appareil émetteur-récepteur audio/vidéo comprend en outre un moyen de convertisseur analogique-numérique pour convertir lesdites informations analogiques de source audio/vidéo en des informations numériques correspondantes de source audio/vidéo;
ledit moyen de compression est opérationnel pour comprimer lesdites informations numériques correspondantes de source audio/vidéo en une représentation numérique comprimée de celles-ci; et
ledit moyen de stockage est opérationnel pour stocker ladite représentation numérique comprimée desdites informations numériques correspondantes de source audio/vidéo.

10. Appareil tel que revendiqué dans la revendication 9, dans lequel ledit moyen d'entrée est couplé à une caméra de télévision extérieure et lesdites informations analogiques de source audio/vidéo comprennent des informations reçues à partir de ladite caméra de télévision extérieure.

11. Appareil tel que revendiqué dans la revendication 9, dans lequel ledit moyen d'entrée est couplé à un magnétoscope analogique extérieur et lesdites informations analogiques de source audio/vidéo comprennent des informations reçues à partir dudit magnétoscope analogique extérieur.

12. Appareil tel que revendiqué dans la revendication 9, dans lequel ledit moyen d'entrée est couplé à un sélecteur de canaux RF de télévision extérieure et lesdites informations analogiques de source audio/vidéo comprennent des informations reçues à partir dudit sélecteur de canaux RF de télévision extérieure.

13. Appareil tel que revendiqué dans la revendication 9, dans lequel ledit moyen d'entrée comprend un moyen de sélecteur de canaux RF de télévision couplé à une antenne de télévision extérieure et

lesdites informations analogiques de source audio/vidéo comprennent des informations transmise par un transmetteur de télévision situé à distance.

14. Appareil tel que revendiqué dans la revendication 9, dans lequel ledit moyen d'entrée comprend u moyen de sélecteur de canaux RF de télévisio couplé à un système extérieur de télévision par câble et lesdites informations analogiques de source audio/vidéo comprennent des informations reçue à partir dudit système extérieur de télévision par câble.

15. Appareil tel que revendiqué dans la revendication 9, comprenant:

un moyen de décompression, couplé auc moyen de stockage, pour décomprimer séle tivement la représentation numérique compr mée desdites informations numériques corre pondantes de source audio/vidéo stockée dans ledit moyen; et
un moyen d'édition, couplé audit moyen stockage et audit moyen de décompressio pour éditer la représentation numérique con primée décomprimée desdites informations n mériques correspondantes de source audio/v déo et pour stocker alors la représentation n mérique comprimée décomprimée éditée de dites informations numériques corresponda tes de source audio/vidéo dans ledit moyen stockage.

16. Appareil tel que revendiqué dans la revendication 15, comprenant un moyen de moniteur pour pe mettre à l'utilisateur de visualiser sélectivement représentation numérique comprimée décomp mée desdites informations numériques correspo dantes de source audio/vidéo durant l'édition.

17. Appareil tel que revendiqué dans la revendication 9, comprenant:

un moyen de décompression, couplé au moyen de stockage, pour décomprimer sél tivement la représentation numérique comp mée desdites informations numériques corre pondantes de source audio/vidéo stocké dans ledit moyen de stockage; et
un moyen de moniteur, couplé audit moyen décompression, pour permettre à l'utilisate de visualiser sélectivement la représentati numérique comprimée décomprimée desdi informations numériques correspondantes source audio/vidéo.

18. Appareil tel que revendiqué dans la revendicat 9, comprenant un magnétoscope pour fournir l

57                          EP 0 407 561 B1                          58

dites informations analogiques de source audio/vidéo.

19. Appareil tel que revendiqué dans la revendication 1, dans lequel:

lesdites informations de source audio/vidéo comprennent des informations numériques de source audio/vidéo;
ledit moyen de compression est opérationnel pour comprimer lesdites informations numériques de source audio-vidéo en une représentation numérique comprimée de celles-ci; et
ledit moyen de stockage est opérationnel pour stocker ladite représentation numérique comprimée desdites informations numériques de source audio/vidéo.

20. Appareil tel que revendiqué dans la revendication 19, dans lequel ledit moyen d'entrée est couplé à un ordinateur extérieur et lesdites informations numériques de source audio/vidéo comprennent des informations audio/vidéo générées par ordinateur.

21. Appareil tel que revendiqué dans la revendication 19, dans lequel ledit moyen d'entrée comprend un port d'entrée à fibres optiques couplé à une ligne de transmission à fibres optiques et lesdites informations numériques de source audio/vidéo comprennent des informations reçues par ladite ligne de transmission à fibres optiques.

22. Appareil tel que revendiqué dans la revendication 19, comprenant:

un moyen de décompression, couplé audit moyen de stockage, pour décomprimer sélectivement la représentation numérique comprimée desdites informations numériques de source audio/vidéo stockées dans ledit moyen de stockage; et
un moyen d'édition, couplé audit moyen de stockage et audit moyen de décompression, pour éditer la représentation numérique comprimée décomprimée desdites informations numériques de source audio/vidéo;
ledit moyen de stockage étant par la suite opérationnel pour stocker la représentation numérique comprimée décomprimée éditée desdites informations numériques de source audio/vidéo dans ledit moyen de stockage.

23. Appareil tel que revendiqué dans la revendication 22, comprenant en outre un moyen de moniteur pour permettre à l'utilisateur de visualiser sélectivement la représentation numérique comprimée décomprimée desdites informations numériques de source audio/vidéo pendant l'édition.

24. Appareil tel que revendiqué dans la revendication 19, comprenant:

un moyen de décompression, couplé audit moyen de stockage, pour décomprimer sélectivement la représentation numérique comprimée desdites informations numériques de source audio/vidéo stockées dans ledit moyen de stockage; et
un moyen de moniteur, couplé audit moyen de décompression, pour permettre à l'utilisateur de visualiser sélectivement la représentation numérique comprimée décomprimée desdites informations numériques de source audio/vidéo.

25. Appareil tel que revendiqué dans la revendication 19, comprenant un moyen de disque compact à mémoire morte pour fournir lesdites informations numériques de source audio/vidéo.

26. Appareil tel que revendiqué dans la revendication 19, comprenant un moyen de disque optique effaçable pour fournir lesdites informations numériques de source audio/vidéo.

27. Appareil tel que revendiqué dans la revendication 1, comprenant:

un moyen de décompression, couplé audit moyen de stockage, pour décomprimer sélectivement ladite représentation comprimée desdites informations de source audio/vidéo stockées dans ledit moyen de stockage; et
un moyen d'édition, couplé audit moyen de stockage et audit moyen de décompression, pour éditer ladite représentation comprimée sélectivement décomprimée desdites informations de source audio/ vidéo, et pour stocker ladite représentation comprimée sélectivement décomprimée éditée desdites informations de source audio/vidéo dans ledit moyen de stockage.

28. Appareil tel que revendiqué dans la revendication 27, comprenant un moyen d'enregistrement, incluant un support d'enregistrement amovible, couplé audit moyen de stockage, pour stocker la représentation comprimée décomprimée éditée desdites informations de source audio/vidéo stockées dans ledit moyen de stockage.

29. Appareil tel que revendiqué dans la revendication 27, comprenant un moyen de magnétoscope extérieur, couplé audit moyen de sortie, pour stocker la représentation comprimée décomprimée éditée desdites informations de source audio/vidéo stockées dans ledit moyen de stockage sur bande ma-

gnétique.

30. Appareil tel que revendiqué dans la revendication 1, comprenant:

un moyen de décompression, couplé audit moyen de stockage, pour décomprimer sélectivement ladite représentation comprimée desdites informations de source audio/vidéo stockées dans ledit moyen de stockage; et
un moyen d'édition, couplé audit moyen de stockage et audit moyen de décompression, pour éditer ladite représentation comprimée sélectivement décomprimée desdites informations de source audio/vidéo;
dans lequel ledit moyen de compression est opérationnel pour recomprimer la représentation comprimée sélectivement décomprimée éditée des informations de source audio/vidéo; et
dans lequel ledit moyen de stockage est opérationnel pour stocker la représentation comprimée sélectivement décomprimée recomprimée desdites informations de source audio/vidéo.

31. Appareil tel que revendiqué dans la revendication 1, comprenant:

un moyen de décompression, couplé audit moyen de stockage, pour décomprimer sélectivement la représentation comprimée desdites informations de source audio/vidéo stockées dans ledit moyen de stockage; et
un moyen de moniteur pour permettre à l'utilisateur de visualiser la représentation comprimée sélectivement décomprimée desdites informations de source audio/vidéo.

32. Appareil tel que revendiqué dans la revendication 31, comprenant:

un moyen d'enregistrement, incluant un support d'enregistrement amovible, couplé audit moyen de décompression, pour stocker la représentation comprimée sélectivement décomprimée desdites informations de source audio/vidéo sur ledit support de stockage permanent; et
dans lequel ledit moyen de moniteur est opérationnel pour permettre à l'utilisateur de visualiser la représentation comprimée sélectivement décomprimée desdites informations de source audio/vidéo stockées sur ledit support d'enregistrement amovible.

33. Appareil tel que revendiqué dans la revendication 31, comprenant un moyen de magnétoscope exté-

rieur, couplé audit moyen de sortie, pour stocker représentation comprimée sélectivement décor primée desdites informations de source audio/v déo sur une bande magnétique.

34. Appareil tel que revendiqué dans la revendicatic 1, comprenant un moyen d'enregistrement, incluar un support d'enregistrement amovible, couplé au moyen de stockage, pour stocker la représentatic comprimée desdites informations de source aud vidéo stockées dans ledit moyen de stockage s ledit support d'enregistrement amovible.

35. Appareil tel que revendiqué dans la revendicatic 1, comprenant:

un moyen de décompression, couplé au moyen de stockage, pour décomprimer séle tivement la représentation comprimée desdit informations de source audio/vidéo stocké dans ledit moyen de stockage; et
un moyen d'enregistrement, incluant un su port d'enregistrement amovible, couplé au moyen de décompression, pour stocker la i présentation comprimée sélectivement décc primée desdites informations de source aud vidéo stockées dans ledit moyen de stockag

36. Appareil tel que revendiqué dans la revendicatic 1, comprenant:

un moyen de décompression, couplé au moyen de stockage, pour décomprimer séle tivement la représentation comprimée desdit informations de source audio/vidéo stocké dans ledit moyen de stockage; et
un moyen de magnétoscope extérieur, coup audit moyen de sortie, pour stocker la repr sentation comprimée sélectivement décompr mée desdites informations de source audio/ déo stockées dans ledit moyen de stockage

37. Appareil tel que revendiqué dans la revendicatic 1, comprenant un moyen d'édition, couplé au moyen de stockage, pour éditer ladite représen tion comprimée desdites informations de sour audio/vidéo puis pour stocker la représentati comprimée éditée desdites informations de sour audio/vidéo dans ledit moyen de stockage.

38. Appareil tel que revendiqué dans la revendicatic 1, dans lequel ledit moyen d'entrée et ledit moy de sortie comprennent un moyen d'émetteur-réc teur hyperfréquences, couplé à une liaison he zienne, pour recevoir lesdites informations de so ce audio/vidéo par ladite liaison hertzienne et pc transmettre lesdites informations comprimées source audio/vidéo stockées dans ledit moyen

APBU-00016654

stockage par ladite liaison hertzienne.

39. Appareil tel que revendiqué dans l'une quelconque des revendications précédentes, dans lequel le moyen de stockage comprend un disque optique, une mémoire à semi-conducteurs, une mémoire à bulles, du "Digital Paper", ou un ou plusieurs disques magnétiques.

40. Réseau de transfert d'informations audio/vidéo, comprenant une pluralité d'émetteurs-récepteurs audio/vidéo couplés par une ou plusieurs liaisons de communication, chacun des émetteurs-récepteurs audio/vidéo comprenant:

un moyen d'entrée (11) pour recevoir des informations de source audio/vidéo;
un moyen de compression (12), couplé audit moyen d'entrée, pour comprimer lesdites informations de source audio-vidéo en une représentation numérique comprimée de celles-ci qui est capable d'être transmise sous une forme comprimée dans le temps ayant une période de temps de transmission par salves associée qui est plus courte qu'une période de temps associée à une visualisation en temps réel par un receveur desdites informations de source audio/vidéo;
un moyen de stockage (13), couplé audit moyen de compression, pour stocker la représentation numérique comprimée desdites informations de source audio-vidéo; et
un moyen de sortie (22), couplé audit moyen de stockage et à l'une de ladite une ou desdites plusieurs liaisons de communication, pour recevoir la représentation comprimée desdites informations de source audio/vidéo stockées dans ledit moyen de stockage pour transmission dans ladite période de temps de transmission par salves à un autre de ladite pluralité d'émetteurs-récepteurs audio/vidéo.

41. Réseau tel que revendiqué dans la revendication 40, dans lequel ledit moyen d'entrée de l'un de ladite pluralité d'émetteurs-récepteurs audio/vidéo, comprend un port d'entrée à fibres optiques, ledit moyen de sortie d'un autre de ladite pluralité d'appareils émetteurs-récepteurs audio/vidéo comprend un port de sortie à fibres optiques, et l'une de ladite une ou desdites plusieurs liaisons de communication comprend une ligne de transmission à fibres optiques couplée entre ledit port d'entrée à fibres optiques et ledit port de sortie à fibres optiques.

42. Réseau tel que revendiqué dans la revendication 40, dans lequel ledit moyen de sortie de l'un de ladite pluralité d'appareils émetteurs-récepteurs audio/vidéo comprend un modem et l'une de ladite

une ou desdites plusieurs liaisons de communication comprend une ligne de transmission téléphonique.

43. Réseau tel que revendiqué dans la revendication 40, dans lequel l'un au moins desdits émetteurs-récepteurs audio/vidéo comprend un moyen d'enregistrement, incluant un support d'enregistrement amovible, couplé audit moyen de stockage, pour stocker la représentation comprimée desdites informations de source audio/vidéo stockées dans ledit moyen de stockage sur ledit support d'enregistrement amovible.

44. Réseau tel que revendiqué dans la revendication 40, dans lequel au moins l'un desdits émetteurs-récepteurs audio-vidéo, comprend:

un moyen de décompression, couplé audit moyen de stockage, pour décomprimer la représentation comprimée desdites informations de source audio/vidéo stockées dans ledit moyen de stockage; et
un moyen d'enregistrement, incluant un support d'enregistrement amovible, couplé audit moyen de décompression, pour stocker la représentation comprimée décomprimée desdites informations de source audio/vidéo sur ledit support d'enregistrement amovible.

45. Réseau tel que revendiqué dans la revendication 43 ou 44, dans lequel ledit moyen d'enregistrement comprend un magnétoscope et ledit support d'enregistrement amovible comprend une bande magnétique.

46. Réseau tel que revendiqué dans la revendication 43 ou 44, dans lequel ledit moyen d'enregistrement comprend une unité de lecture de disque optique non effaçable (WORM) et ledit support d'enregistrement amovible comprend un ou plusieurs disques non effaçables (WORM):

47. Réseau tel que revendiqué dans la revendication 43 ou 44, dans lequel ledit moyen d'enregistrement comprend une unité de lecture de disque optique effaçable et ledit moyen de stockage permanent comprend un ou plusieurs disques optiques effaçables.

48. Réseau tel que revendiqué dans l'une quelconque des revendications 40 à 47, dans lequel le moyen de stockage comprend une mémoire à disque optique ou une mémoire à semi-conducteurs.

49. Réseau tel que revendiqué dans l'une quelconque des revendications 40 à 47, dans lequel ledit moyen de stockage de l'un de ladite pluralité d'appareils

63                    EP 0 407 561 B1                    64

émetteurs-récepteurs audio/vidéo, stocke une bibliothèque comprenant une multiplicité d'articles d'informations de source audio/vidéo dans ladite représentation comprimée pour transmission sélective dans ladite période de temps de transmission par salves associée à un autre desdits émetteurs-récepteurs audio/vidéo.

50.   Appareil émetteur-récepteur audio/vidéo tel que revendiqué dans la revendication 1, dans lequel

ledit moyen d'entrée est arrangé pour recevoir des informations analogiques et/ou numériques de source audio/vidéo; et comprenant un moyen de convertisseur analogique-numérique pour convertir les informations analogiques de source audio/vidéo, reçues audit moyen d'entrée en des informations numériques de source audio/vidéo correspondantes; un moyen de convertisseur numérique-analogique pour convertir des informations numériques de source audio/vidéo , reçues audit moyen d'entrée en des informations analogiques de source audio/vidéo correspondantes; et dans lequel ledit moyen de compression comprend un moyen de compresseur/décompresseur pour comprimer les informations numériques de source audio/vidéo reçues audit moyen d'entrée ou lesdites informations numériques de source audio/vidéo correspondantes reçues dudit moyen de convertisseur analogique-numérique en une représentation comprimée desdites informations numériques ou numériques correspondantes de source audio/vidéo, ledit moyen de compresseur/décompresseur étant en outre opérationnel pour décomprimer ladite représentation comprimée en une représentation décomprimée en temps réel desdites informations numériques ou numériques correspondantes de source audio/vidéo; et comprenant un moyen d'unité centrale de traitement pour contrôler le fonctionnement dudit moyen de compresseur/décompresseur;

dans lequel ledit moyen de stockage pour stocker ladite représentation comprimée desdites informations numériques ou numériques correspondantes de source audio/vidéo, étant arrangé en outre pour stocker ladite représentation décomprimée en temps réel desdites informations numériques ou numériques correspondantes de source audio/vidéo; et comprenant un moyen de contrôleur pour permettre la communication entre ledit moyen de compresseur/décompresseur, ledit moyen d'unité centrale de traitement et ledit moyen de stockage; et dans

lequel
ledit moyen de sortie est arrangé pour receva[...] ladite représentation comprimée dans le temp[...] desdites informations numériques ou numér[...] ques correspondantes de source audio/vidé[...] stockées dans un moyen de stockage à acc[...] sélectif pour transmission à distance de l'appa[...] reil émetteur-récepteur audio/vidéo.

51.   Appareil tel que revendiqué dans la revendicatic[...] 50, comprenant un moyen de générateur de bas[...] de temps pour fournir des informations de synchr[...] nisation à associer à la représentation comprimé[...] des informations numériques ou numériques co[...] respondantes de source audio/vidéo.

52.   Appareil tel que revendiqué dans la revendicatic[...] 50, comprenant un moyen d'enregistrement audi[...] vidéo, incluant un support d'enregistrement po[...] enregistrer lesdites informations analogiques c[...] analogiques correspondantes de source audio/[...] déo sur le support d'enregistrement.

53.   Appareil tel que revendiqué dans la revendicatic[...] 50, comprenant en outre un moyen d'enregistre[...] ment audio/vidéo, incluant un support d'enregistre[...] ment, pour enregistrer lesdites informations num[...] riques ou numériques correspondantes de sour[...] audio/vidéo sur ledit support d'enregistrement.

54.   Appareil tel que revendiqué dans la revendicatic[...] 52 ou 53, dans lequel le support d'enregistreme[...] comprend une bande magnétique.

55.   Appareil tel que revendiqué dans la revendicatic[...] 53, dans lequel le support d'enregistrement co[...] prend un disque compact à mémoire morte ou [...] disque non effaçable (WORM) ou un disque optiq[...] effaçable.

56.   Appareil tel que revendiqué dans l'une quelconq[...] des revendications 50 à 55, comprenant un moy[...] d'enregistrement et de lecture audio/vidéo coupl[...] un moyen d'entrée pour fournir lesdites inform[...] tions analogiques et/ou numériques de sour[...] audio/vidéo.

57.   Appareil tel que revendiqué dans l'une quelconq[...] des revendications 50 à 55, comprenant un moy[...] de bus rapide couplé au moyen d'entrée, et da[...] lequel le moyen d'entrée comprend un moyen d'e[...] trée numérique auxiliaire pour recevoir les inform[...] tions numériques de source audio/vidéo.

58.   Appareil tel que revendiqué dans la revendicatic[...] 57, dans lequel le moyen de bus rapide compre[...] un bus optique.

APBU-00016656

**59.** Appareil tel que revendiqué dans l'une quelconque des revendications 50 à 55, comprenant un moyen de bus rapide couplé audit moyen d'entrée, et dans lequel ledit moyen d'entrée comprend un moyen à fibres optiques pour recevoir lesdites informations numériques de source audio/vidéo.

**60.** Appareil tel que revendiqué dans l'une quelconque des revendications 50 à 56, comprenant un moyen de bus rapide, et dans lequel ledit moyen de convertisseur analogique-numérique, ledit moyen de convertisseur numérique-analogique, ledit moyen de compresseur/décompresseur, ledit moyen d'unité centrale de traitement et ledit moyen de contrôleur sont couplés audit moyen de stockage par ledit moyen de bus rapide.

**61.** Appareil tel que revendiqué dans la revendication 60, comprenant un moyen de convertisseur RVB pour convertir des informations stockées dans ledit moyen de stockage en un format RVB, et dans lequel ledit moyen de sortie comprend un moyen de sortie RVB pour recevoir des informations de format RVB à partir du moyen de convertisseur RVB.

**62.** Appareil tel que revendiqué dans la revendication 60, dans lequel ledit moyen de sortie comprend un moyen de transmetteur/récepteur audio/vidéo couplé audit bus rapide pour recevoir ladite représentation comprimée desdites informations numériques ou numériques correspondantes de source audio/vidéo stockées dans ledit appareil émetteur-récepteur audio/vidéo.

**63.** Appareil tel que revendiqué dans la revendication 62, dans lequel le moyen de transmetteur/récepteur audio/vidéo comprend un modem pour couplage à une ligne de transmission téléphonique, ou un émetteur-récepteur à fibres optiques pour couplage à une ligne de transmission à fibres optiques.

**64.** Appareil tel que revendiqué dans la revendication 50, comprenant:

un moyen d'unité de commande numérique, ledit moyen d'unité de commande numérique comprenant:
un moyen d'unité centrale de traitement supplémentaire;
un moyen de mémoire morte couplé audit moyen d'unité centrale de traitement supplémentaire pour stocker des micro-instructions définissant une pluralité de fonctions d'édition sélectionnées; et
un moyen de contrôleur supplémentaire pour permettre la communication entre ledit moyen d'unité centrale de traitement supplémentaire et ledit moyen de mémoire morte; et

ledit moyen d'unité centrale de traitement supplémentaire étant opérationnel pour exécuter sélectivement les micro-instructions stockées dans ledit moyen de mémoire morte afin d'exécuter une ou plusieurs de ladite pluralité de fonctions d'édition sélectionnées.

**65.** Appareil tel que revendiqué dans la revendication 64, dans lequel ledit moyen d'unité de commande numérique est couplé audit moyen de stockage.

**66.** Procédé pour traiter des informations de source audio/vidéo, lequel procédé comprenant:

recevoir des informations de source audio/vidéo;
comprimer les informations de source audio/vidéo reçues en une représentation numérique comprimée de celles-ci qui est capable d'être transmise sous une forme comprimée dans le temps ayant une période de transmission par salves associée qui est plus courte qu'une période de temps associée à une visualisation en temps réel par un receveur des informations de source audio/vidéo reçues;
stocker ladite représentation numérique comprimée desdites informations de source audio/vidéo reçues; et
transmettre, dans ladite période de temps de transmission par salves, la représentation numérique comprimée stockée des informations de source audio/vidéo reçues à une destination sélectionnée.

**67.** Procédé tel que revendiqué dans la revendication 66, comprenant en outre les étapes consistant à:

éditer la représentation comprimée stockée desdites informations de source audio/vidéo; et
stocker la représentation comprimée éditée desdites informations de source audio/vidéo.

**68.** Procédé tel que revendiqué dans la revendication 67, comprenant en outre l'étape consistant à contrôler la représentation comprimée stockée desdites informations de source audio/vidéo pendant l'édition.

**69.** Procédé tel que revendiqué dans la revendication 66, dans lequel l'étape de transmission comprend transmettre ladite représentation comprimée desdites informations de source audio/vidéo par un canal optique.

**70.** Procédé tel que revendiqué dans la revendication 66, dans lequel l'étape de transmission comprend transmettre ladite représentation comprimée desdites informations de source audio/vidéo par un canal

67          EP 0 407 561 B1         68

de transmission téléphonique.

**71.** Procédé tel que revendiqué dans la revendication 66, dans lequel l'étape de stockage comprend le stockage de la représentation comprimée desdites informations de source audio/vidéo sur un disque optique.

**72.** Procédé tel que revendiqué dans la revendication 66, dans lequel l'étape de stockage comprend stocker la représentation comprimée desdites informations de source audio/vidéo dans une mémoire à semi-conducteurs.

**73.** Procédé tel que revendiqué dans la revendication 66, dans lequel les informations de source audio/vidéo comprennent une multiplicité de trames vidéo sous la forme d'une ou de plusieurs émissions vidéo à images animées.

**74.** Procédé tel que revendiqué dans la revendication 73, dans lequel l'étape de transmission comprend transmettre ladite représentation comprimée desdites informations de source audio/vidéo par un canal hertzien.

**75.** Procédé tel que revendiqué dans la revendication 73, dans lequel l'étape de stockage comprend stocker la représentation comprimée desdites informations de source audio/vidéo reçues dans une mémoire à bulles.

**76.** Procédé tel que revendiqué dans la revendication 73, dans lequel l'étape de stockage comprend stocker la représentation comprimée desdites informations de source audio/vidéo reçues dans une mémoire à "Digital Paper".

**77.** Procédé tel que revendiqué dans la revendication 73, dans lequel l'étape de stockage comprend stocker la représentation comprimée desdites informations de source audio/vidéo reçues sur un ou plusieurs disques magnétiques.

**78.** Procédé tel que revendiqué dans la revendication 66, dans lequel:

lesdites informations de source audio/vidéo comprennent des informations analogiques de source audio/vidéo;
ledit procédé comprend en outre l'étape de convertir lesdites informations analogiques de source audio/vidéo en des informations numériques correspondantes de source audio/vidéo;
ladite étape de compression comprend comprimer lesdites informations numériques correspondantes de source audio/vidéo en une représentation numérique comprimée de celles-ci; et

ladite étape de stockage comprend stocker ladite représentation numérique comprimée c dites informations numériques correspond tes de source audio/vidéo.

**79.** Procédé tel que revendiqué dans la revendicat 66, dans lequel:

lesdites informations de source audio/vi comprennent des informations numériques source audio/vidéo;
ladite étape de compression comprend com mer lesdites informations numériques de sc ce audio/vidéo en une représentation num que comprimée de celles-ci; et
ladite étape de stockage comprend stocker dite représentation numérique comprimée d dites informations numériques de sou audio/vidéo.

**80.** Procédé tel que revendiqué dans la revendicat 78, dans lequel lesdites informations de sou audio/vidéo comprennent des informations reç d'une caméra de télévision.

**81.** Procédé tel que revendiqué dans la revendicat 78, dans lequel lesdites informations de sou audio/vidéo comprennent des informations reç d'un magnétoscope analogique.

**82.** Procédé tel que revendiqué dans la revendicat 78, dans lequel les informations de source auc vidéo comprennent des informations reçues c sélecteur de canaux RF de télévision.

**83.** Procédé tel que revendiqué dans la revendicat 78, dans lequel lesdites informations de sou audio/vidéo comprennent des informations tra mises par un transmetteur de télévision situé à c tance.

**84.** Procédé tel que revendiqué dans la revendicat 78, dans lequel lesdites informations de sou audio/vidéo comprennent des informations reç d'un système de télévision par câble.

**85.** Procédé tel que revendiqué dans la revendicat 79, dans lequel lesdites informations de sou audio/vidéo comprennent des informations reç d'un ordinateur.

**86.** Procédé tel que revendiqué dans la revendicat 79, dans lequel lesdites informations de sou audio/vidéo comprennent des informations reç par une ligne de transmission à fibres optiques.

**87.** Procédé tel que revendiqué dans la revendicat 66, comprenant:

fournir un réseau qui inclut une pluralité d'émetteurs-récepteurs audio/vidéo, couplés par une ou plusieurs liaisons de communication; ladite destination sélectionnée comprenant un ou plusieurs de ladite pluralité d'émetteurs-récepteurs audio/vidéo.

88. Procédé tel que revendiqué dans la revendication 87, dans lequel lesdites informations de source audio/vidéo sont reçues par un ou plusieurs canaux de transmission optiques et la représentation comprimée stockée des informations de source audio/vidéo reçues est transmise par un ou plusieurs canaux de transmission optiques.

89. Procédé tel que revendiqué dans la revendication 87, dans lequel la représentation comprimée stockée des informations de source audio/vidéo reçues est transmise par un ou plusieurs canaux de transmission téléphoniques.

90. Procédé tel que revendiqué dans la revendication 87, dans lequel la représentation comprimée des informations de source audio/vidéo reçues est stockée dans une mémoire à disque optique.

91. Procédé tel que revendiqué dans la revendication 87, dans lequel la représentation comprimée des informations de source audio/vidéo reçues est stockée dans une mémoire à semi-conducteurs.

92. Procédé tel que revendiqué dans la revendication 87, dans lequel un de ladite pluralité d'émetteurs-récepteurs audio/vidéo stocke une bibliothèque contenant une multiplicité d'émissions d'informations de source audio/vidéo sous forme de représentation comprimée de celles-ci pour transmission sélective, dans une période de temps de transmission par salves associée, à un ou plusieurs de la pluralité restante d'émetteurs-récepteurs audio/vidéo.

93. Procédé tel que revendiqué dans la revendication 87, comprenant en outre l'étape d'enregistrer la représentation comprimée stockée desdites informations de source audio/vidéo sur un support d'enregistrement amovible.

94. Procédé tel que revendiqué dans la revendication 87, comprenant en outre les étapes consistant à:

décomprimer la représentation comprimée stockée desdites informations de source audio/vidéo; et
enregistrer la représentation comprimée décomprimée desdites informations de source audio/vidéo sur un support de stockage amovible.

95. Procédé tel que revendiqué dans la revendication 93 ou 94, dans lequel la représentation comprimée stockée desdites informations de source audio/vidéo est enregistrée sur une bande magnétique dans un magnétoscope.

96. Procédé tel que revendiqué dans la revendication 93 ou 94, dans lequel la représentation comprimée stockée desdites informations de source audio/vidéo est enregistrée sur un ou plusieurs disques optiques non effaçables (WORM) dans une unité de lecture de disques optiques.

97. Procédé tel que revendiqué dans la revendication 93 ou 94, dans lequel la représentation comprimée stockée desdites informations de source audio/vidéo est enregistrée sur un ou plusieurs disques optiques effaçables dans une unité de lecture de disques optiques.

98. Procédé tel que revendiqué dans la revendication 66, comprenant en outre l'étape d'enregistrer la représentation comprimée stockée desdites informations de source audio-vidéo sur un support d'enregistrement amovible.

99. Procédé tel que revendiqué dans la revendication 66, comprenant en outre les étapes consistant à:

décomprimer sélectivement la représentation comprimée stockée desdites informations de source audio/vidéo; et
enregistrer la représentation comprimée sélectivement décomprimée desdites informations de source audio/vidéo sur un support d'enregistrement amovible.

100. Procédé tel que revendiqué dans la revendication 79, dans lequel les informations numériques de source audio/vidéo sont reçues à partir d'un disque compact à mémoire morte.

101. Procédé tel que revendiqué dans la revendication 79, dans lequel lesdites informations numériques de source audio/vidéo sont reçues à partir d'un disque optique effaçable.

102. Procédé tel que revendiqué dans la revendication 66, comprenant en outre l'étape d'enregistrer la représentation comprimée stockée desdites informations de source audio/vidéo sur un support d'enregistrement magnétique.

103. Procédé tel que revendiqué dans la revendication 67, comprenant en outre l'étape d'enregistrer la représentation comprimée éditée stockée desdites informations de source audio/vidéo sur un support d'enregistrement magnétique.

104.Procédé tel que revendiqué dans la revendication 66, comprenant en outre les étapes consistant à:

décomprimer sélectivement la représentation comprimée stockée desdites informations de source audio/vidéo; et
enregistrer la représentation comprimée stockée sélectivement décomprimée desdites informations de source audio/vidéo sur un support de stockage magnétique.

105.Procédé tel que revendiqué dans la revendication 66 pour traiter des informations analogiques et/ou numériques de source audio/vidéo, le procédé comprenant les étapes consistant à:

recevoir des informations analogiques et/ou numériques de source audio/vidéo;
convertir lesdites informations analogiques de source audio/vidéo reçues en des informations numériques correspondantes de source audio/vidéo;
convertir des informations numériques de source audio/vidéo reçues en des informations analogiques correspondantes de source audio/vidéo;
comprimer lesdites informations numériques reçues ou numériques converties correspondantes de source audio/vidéo en ladite représentation comprimée de celles-ci;
stocker ladite représentation comprimée;
décomprimer ladite représentation comprimée en une représentation en temps réel desdites informations numériques reçues ou numériques converties correspondantes de source audio/vidéo;
stocker ladite représentation en temps réel; et transmettre ladite représentation comprimée à une destination sélectionnée.

106.Procédé tel que revendiqué dans la revendication 105, comprenant en outre l'étape de fournir des informations de synchronisation à associer à ladite représentation comprimée.

107.Procédé tel que revendiqué dans la revendication 105, comprenant en outre l'étape d'enregistrer lesdites informations analogiques reçues ou analogiques correspondantes de source audio/vidéo sur un support d'enregistrement.

108.Procédé tel que revendiqué dans la revendication 105, comprenant en outre l'étape d'enregistrer lesdites informations numériques reçues ou numériques correspondantes de source audio/vidéo sur un support d'enregistrement.

109.Procédé tel que revendiqué dans la revendication 105, dans lequel lesdites informations analogique reçues ou analogiques correspondantes de source audio/vidéo sont enregistrées sur un support d'enregistrement à bande magnétique.

110.Procédé tel que revendiqué dans la revendication 108, dans lequel lesdites informations numérique reçues ou numériques correspondantes de source audio-vidéo sont enregistrées sur un support d'enregistrement à bande magnétique.

111.Procédé tel que revendiqué dans la revendication 108, dans lequel lesdites informations numérique reçues ou numériques correspondantes de source audio/vidéo sont enregistrées sur un disque compact à mémoire morte.

112.Procédé tel que revendiqué dans la revendication 108, dans lequel lesdites informations numérique reçues ou numériques correspondantes de source audio/vidéo sont enregistrées sur un disque optique non effaçable (WORM).

113.Procédé tel que revendiqué dans la revendication 108, dans lequel lesdites informations numérique reçues ou numériques correspondantes de source audio/vidéo sont enregistrées sur un disque optique effaçable.

114.Procédé tel que revendiqué dans la revendication 108, dans lequel les informations analogiques et/ou numériques de source audio/vidéo sont reçues d'un appareil d'enregistrement et de lecture audio/vidéo.

115.Procédé tel que revendiqué dans la revendication 105, dans lequel lesdites informations numérique de source audio/vidéo sont reçues par un bus rapide de.

116.Procédé tel que revendiqué dans la revendication 105, dans lequel lesdites informations numérique de source audio/vidéo sont reçues par un bus optique.

117.Procédé tel que revendiqué dans la revendication 105, comprenant en outre l'étape d'éditer sélectivement les informations analogiques et/ou numériques de source audio/vidéo reçues.

118.Procédé pour traiter des informations de source audio/vidéo, le procédé comprend:

recevoir des informations de source audio/vidéo sous forme de représentation comprimée de celles-ci, lesdites informations de source audio/vidéo comprenant une multiplicité de trames sous la forme d'une ou de plusieurs émis-

73                    EP 0 407 561 B1                    74

sions vidéo à images animées sélectionnée(s)
à partir d'une vidéothèque stockant une multi-
plicité d'émissions vidéo à images animées se-
lon une représentation numérique comprimée
de celles-ci pour extraction sélective, ladite re-    5
présentation numérique comprimée desdites
informations reçues de source audio/vidéo
étant reçue dans une période de temps de
transmission par salves associé qui est plus
courte qu'une période de temps associée à une    10
visualisation en temps réel par un receveur
desdites informations de source audio/vidéo
reçues;
stocker la représentation numérique compri-
mée desdites informations reçues de source    15
audio/vidéo; et
transmettre, dans ladite période de temps de
transmission par salves, la représentation nu-
mérique comprimée stockée desdites informa-
tions reçues de source audio/vidéo à une des-    20
tination sélectionnée.

25

30

35

40

45

50

55

APBU-00016661



*FIG._2*

EP 0 407 561 B1

APBU-00016662



FIG._2A

APBU-00016663

EP 0 407 561 B1



*FIG._3*

APBU-00016664

EP 0 407 561 B1



*FIG._5*



*FIG._6*