selectively decompressing the stored time compressed representation of said audio/video source information;

editing the selectively decompressed time compressed representation of said audio/video source information; and

storing the edited selectively decompressed time compressed representation of said audio/video source information.

21 46. A method as in claim 26 further comprising the steps of:

selectively decompressing the stored time compressed representation of said audio/video source information;

editing the selectively decompressed time compressed representation of said audio/video source information;

recompressing the edited selectively decompressed time compressed representation of said audio/video source information; and

storing the recompressed edited selectively decompressed time compressed representation of said audio/video source information.

22 47. A method as in claim 26 further comprising the steps of:

selectively decompressing the stored time compressed representation of said audio/video source information; and

visually displaying the selectively decompressed time compressed representation of said audio/video source information for viewing by a user.

23 48. A method as in claim 33 further comprising the steps of:

selectively decompressing the stored digital time compressed representation of said corresponding digital audio/video source information;

editing the selectively decompressed digital time compressed representation of said corresponding digital audio/video source information; and

storing the edited selectively decompressed digital time compressed representation of said corresponding digital audio/video source information.

24 49. A method as in claim 83 further comprising the step of visually displaying the selectively decompressed digital time compressed representation

5

APBU-00000350

Dockets.Justia.com

of said corresponding digital audio/video source information for selective

viewing by a user during editing.

50. A method as in claim 33 further comprising the steps of:

selectively decompressing the stored digital time compressed

representation of said corresponding digital audio/video source information;

and

visually displaying the selectively decompressed digital time

compressed representation of said corresponding digital audio/video source

information for selective viewing by a user.

51. A method as in claim 34 further comprising the steps of:

selectively decompressing the stored digital time compressed

representation of said digital audio/video source information;

editing the selectively decompressed digital time compressed

representation of said digital audio/video source information; and

storing the edited selectively decompressed digital time compressed

representation of said digital audio/video source information.

52. A method as in claim 51 further comprising the step of visually

displaying the selectively decompressed digital time compressed representation

of said digital audio/video source information for selective viewing by a user

during editing.

53. A method as in claim 34 further comprising the steps of:

selectively decompressing the stored digital time compressed

representation of said digital audio/video source information; and

visually displaying the selectively decompressed digital time

compressed representation of said digital audio/video source information for

selective viewing by a user.

54. A method as in claim 33 wherein said analog audio/video source

information is received from a video tape recorder.

55. A method for handling audio/video source information, the method

comprising:

6

providing a network that includes a plurality of audio/video transceivers, coupled via one or more communication links;

receiving audio/video source information at one or more of said plurality of audio/video transceivers;

compressing said received audio/video source information into a time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of said received audio/video source information;

storing the time compressed representation of the received audio/video source information; and

transmitting, in said burst time period, the stored time compressed representation of the received audio/video source information to one or more of said plurality of audio/video transceivers.

31. 56. A method as in claim 55 [30] wherein said audio/video source information is received over one or more optical transmission channels and the stored time compressed representation of the received audio/video source information is transmitted over one or more optical transmission channels.

32. 57. A method as in claim 56 [30] wherein the stored time compressed representation of the received audio/video source information is transmitted over one or more telephone transmission channels.

33. 58. A method as in claim 55 [30] wherein the time compressed representation of the received audio/video source information is stored in an optical disk memory.

34. 59. A method as in claim 55 [30] wherein the time compressed representation of the received audio/video source information is stored in a semiconductor memory.

35. 60. A method as in claim 55 [30] wherein one of said plurality of audio/video transceivers stores a library containing a multiplicity of programs of audio/video source information as time compressed representations thereof for selective transmission, in an associated burst time period, to one

7

APBU-00000352

or more of the remaining plurality of audio/video transceivers.

36 61. A method as in claim 58 [30] further comprising the step of recording the stored time compressed representation of said audio/video source information onto a removable recording medium.

37 62. A method as in claim 58 [30] further comprising the steps of:

decompressing the stored time compressed representation of said audio/video source information; and

recording the decompressed time compressed representation of said audio/video source information onto a removable storage medium.

38 63. A method as in claim 61 [36] wherein the stored time compressed representation of said audio/video source information is recorded onto a magnetic tape within a video tape recorder.

39 64. A method as in claim 62 [37] wherein the stored time compressed representation of said audio/video source information is recorded onto a magnetic tape within a video tape recorder.

40 65. A method as in claim 61 [36] wherein the stored time compressed representation of said audio/video source information is recorded onto one or more write-once read-many (WORM) optical disks within an optical disk drive.

41 66. A method as in claim 62 [37] wherein the stored time compressed representation of said audio/video source information is recorded onto one or more write-once read-many (WORM) optical disks within an optical disk drive.

42 67. A method as in claim 61 [36] wherein the stored time compressed representation of said audio/video source information is recorded onto one or more erasable optical disks within an optical disk drive.

43 68. A method as in claim 62 [37] wherein the stored time compressed representation of said audio/video source information is recorded onto one or more erasable optical disks within an optical disk drive.

44 69. A method as in claim 26 [1] further comprising the step of recording the stored time compressed representation of said audio/video source information onto a removable recording medium.

8

APBU-00000353

45
70. A method as in claim 21 further comprising the step of recording the edited time compressed representation of said audio/video source information onto a removable recording medium.

46
71. A method as in claim 70 further comprising the step of visually displaying the time compressed representation of said audio/video source information stored on said removable recording medium for selective viewing by a user.

47
72. A method as in claim 42 further comprising the step of recording the time compressed representation of said audio/video source information onto a removable recording medium.

48
73. A method as in claim 48 further comprising the step of recording the edited decompressed time compressed representation of said audio/video source information onto a removable recording medium.

49
74. A method as in claim 26 further comprising the steps of:

selectively decompressing the stored time compressed representation of said audio/video source information; and

recording the selectively decompressed time compressed representation of said audio/video source information onto a removable recording medium.

50
75. A method as in claim 47 further comprising the steps of:

recording the selectively decompressed time compressed representation of said audio/video source information onto a removable recording medium; and

visually displaying the selectively decompressed time compressed representation of said audio/video source information for viewing by a user.

51
76. A method as in claim 34 wherein said digital audio/video source information is received from a CD-ROM.

52
77. A method as in claim 34 wherein said digital audio/video source information is received from an erasable optical disk.

53
78. A method as in claim 42 wherein said audio/video source information comprises information received from a television RF tuner.

54
79. A method as in claim 26 further comprising the step of recording

9

the stored time compressed representation of said audio/video source

information onto a magnetic recording medium.

55. ~~80.~~ A method as in claim ~~27~~ 2 further comprising the step of recording

the stored edited time compressed representation of said audio/video source

information onto a magnetic recording medium.

56. ~~81.~~ A method as in claim ~~42~~ 17 further comprising the step of recording

the stored time compressed represenatation of said audio/video source

information onto a magnetic recording medium.

57. ~~82.~~ A method as in claim ~~45~~ 20 further comprising the step of recording

the edited decompressed time compressed representation of said audio/video

source information onto a magnetic recording medium.

58. ~~83.~~ A method as in claim ~~26~~ 1 further comprising the steps of:

selectively decompressing the stored time compressed representation of

said audio/video source information; and

recording the selectively decompressed stored time compressed

representation of said audio/video source information onto a magnetic storage

medium.

59. ~~84.~~ A method as in claim ~~47~~ 22 further comprising the step of recording

the selectively decompressed time compressed representation of said

audio/video source information onto a magnetic recording medium.

60. ~~85.~~ A method for handling analog and/or digital audio/video source

information, the method comprising the steps of:

receiving analog and/or digital audio/video source information;

converting received analog audio/video source information to

corresponding digital audio/video source information;

converting received digital audio/video source information to

corresponding analog audio/video source information;

compressing said received digital or converted corresponding digital

audio/video source information into a time compressed representation thereof

having an associated burst time period that is shorter than a time period

APBU-00000355

associated with a real time representation of said received digital or

converted corresponding digital audio/video source information;

    storing said time compressed representation;

    decompressing said time compressed representation into a real time

representation of said received digital or converted corresponding digital

audio/video source information;

    storing said real time representation; and

    transmitting said time compressed representation to a selected

destination.

    86. A method as in claim 85 further comprising the step of supplying

timing information for association with said said time compressed

representation.

    87. A method as in claim 88 further comprising the step of recording

said received analog or corresponding analog audio/video source information

onto a recording medium.

    88. A method as in claim 85 further comprising the step of recording

said received digital or corresponding digital audio/video source information

onto a recording medium.

    89. A method as in claim 87 wherein said received analog or

corresponding analog audio/video source information is recorded onto a

magnetic tape recording medium.

    90. A method as in claim 88 wherein said received digital or

corresponding digital audio/video source information is recorded onto a

magnetic tape recording medium.

    91. A method as in claim 88 wherein said received digital or

corresponding digital audio/video source information is recorded onto a CD-

ROM.

    92. A method as in claim 88 wherein said received digital or

corresponding digital audio/video source information is recorded onto a WORM

optical disk.

11

APBU-00000356

~~93.~~ **68.** A method as in claim ~~88~~ **63** wherein said received digital or corresponding digital audio/video source information is recorded onto an erasable optical disk.

~~94.~~ **69.** A method as in claim ~~85~~ **60** wherein said received analog and/or digital audio/video source information is received from an audio/video recording and playback apparatus.

~~95.~~ **70.** A method as in claim ~~85~~ **60** wherein said digital audio/video source information is received over a high speed bus.

~~96.~~ **71.** A method as in claim ~~85~~ **60** wherein said digital audio/video source information is received over an optical bus.

~~97.~~ **72.** A method as in claim ~~85~~ **60** further comprising the step of selectively editing the received analog and/or digital audio/video source information.

~~98.~~ **73.** A method for handling audio/video source information, the method comprising:

a) receiving audio/video source information comprising a multiplicity of video frames in the form of one or more full motion video programs;

b) compressing said received audio/video source information into a time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of said received audio/video source information;

c) storing the time compressed representation of said received audio/video source information; and

d) transmitting, over a microwave channel, in said burst time period, the stored time compressed representation of said received audio/video source information to a selected destination.

~~99.~~ **74.** A method for handling audio/video source information, the method comprising:

a) receiving audio/video source information comprising a multiplicity of video frames in the form of one or more full motion video programs;

b) compressing said received audio/video source information into a time

12

APBU-00000357

compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of said received audio/video source information;

storing the time compressed representation of said received audio/video source information in a bubble memory; and

transmitting, in said burst time period, the stored time compressed representation of said received audio/video source information to a selected destination.

100. A method for handling audio/video source information, the method comprising:

receiving audio/video source information comprising a multiplicity of video frames in the form of one or more full motion video programs;

compressing said received audio/video source information into a time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of said received audio/video source information;

storing the time compressed representation of said received audio/video source information in a digital paper memory; and

transmitting, in said burst time period, the stored time compressed representation of said received audio/video source information to a selected destination.

101. A method for handling audio/video source information, the method comprising:

receiving audio/video source information comprising a multiplicity of video frames in the form of one or more full motion video programs;

compressing said received audio/video source information into a time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of said received audio/video source information;

storing the time compressed representation of said received audio/video

13

APBU-00000358

source information on one or more magnetic disks; and

transmitting, in said burst time period, the stored time compressed representation of said received audio/video source information to a selected destination.

77. A method for handling audio/video source information, the method comprising:

receiving audio/video source information as a time compressed digital representation thereof, said audio/video source information comprising a multiplicity of video frames in the form of one or more full motion video programs selected from a video library storing a multiplicity of full motion video programs in a time compressed digital representation thereof for selective retrieval, said time compressed digital representation of the received audio/video source information being received in an associated burst time period that is shorter than a time period associated with a real time representation of said received audio/video source information;

storing the time compressed digital representation of said received audio/video source information; and

transmitting, in said burst time period, the stored time compressed digital representation of said received audio/video source information to a selected destination.

14

APBU-00000359

<u>Remarks</u>

On November 12, 1991, shortly after receiving the filing receipt in the present Rule 60 divisional patent application, applicant's undersigned attorney telephoned SPE Roy Envall to advise him that he planned to file a Supplemental Preliminary Amendment to add a number of claims to the single claim in the application as filed on October 11, 1991. Examiner Envall indicated that the application had just come into the Group and that applicant's attorney would have at least until January 1, 1992, within which to file his proposed Supplemental Preliminary Amendment. Following that telephone conversation, applicant's attorney began work on the proposed Supplemental Preliminary Amendment, which he planned to file in late December. As applicant's attorney was finalizing the proposed Supplemental Preliminary Amendment with his client preparatory to filing it in the PTO, he was surprised to receive a Notice of Allowance and Issue Fee Due on December 23, 1991, that had been mailed from the PTO on December 17, 1991. On December 23, 1991, immediately following receipt of the Notice of Allowance, applicant's attorney placed a telephone call to Examiner Envall and was informed that Examiner Envall was away from his office for the Christmas holidays. On December 30, 1991, Examiner Envall returned applicant's attorney's call. During that telephone conference, Examiner Envall indicated that he would withdraw the application from Issue to permit entry and action on the within Supplemental Preliminary Amendment. After returning to his office on January 6, 1992, following his absence over the New Year's holiday, applicant's attorney proceeded diligently to finalize the within Supplemental Preliminary Amendment. It is therefore respectfully requested that, as indicated by Examiner Envall, the application be withdrawn from Issue and that the present Supplemental Preliminary Amendment be entered for action.

In the present Supplemental Preliminary Amendment, the title of the application has been amended to direct it more specifically to the claimed subject matter. Further, previous claim 26 has been amended to improve its

15

APBU-00000360

clarity, and new claims 27-102 have been added to provide the scope of claims coverage to which applicant believes he is entitled. New claims 27-102, like previous claim 26, are all method claims, of which only claims 42, 55, 85, and 98-102 are in independent form. Each one of the new independent method claims 42, 55, 85, and 98-102, presented herewith, like previously allowed claim 26, positively recites the step of storing the time compressed representation of the received audio/video source information, indicated by Examiner H. Nguyen in his Statement of Reasons for Allowance in the previously issued Notice of Allowability, as representing a distinction over the prior art of record.

For the reasons set forth above, it is believed that all of applicant's method claims 26-102, presented herewith, are allowable over the prior art of record. Favorable action by way of withdrawal of this application from Issue, entry of the present Supplemental Preliminary Amendment, and allowance of claims 26-102 is accordingly earnestly solicited.

Respectfully submitted,

Richard A. Lang

By _____
William E. Hein
Patent Attorney #26,465

January 16, 1992
(303) 667-6741
Loveland, Colorado

16

FORM PTO-1083

Case Docket No. 249280

In re application of  Richard A. Lang
Serial No.  07/775,182

Filed:  October 11, 1992

For:    AUDIO/VIDEO RECORDER/TRANSCEIVER

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Sir:
Transmitted herewith is an amendment in the above-identified application.
☒ Small entity status of this application under 37 CFR 1.9 and 1.27 has been established by a verified statement previously submitted.
☐ A verified statement to establish small entity status under 37 CFR 1.9 and 1.27 is enclosed.
☐ No additional fee is required.
The fee has been calculated as shown below:

|  | (Col. 1) CLAIMS REMAINING AFTER AMENDMENT |  | (Col. 2) HIGHEST NO. PREVIOUSLY PAID FOR | (Col. 3) PRESENT EXTRA | SMALL ENTITY RATE | SMALL ENTITY ADDIT. FEE | OR | OTHER THAN A SMALL ENTITY RATE | OTHER THAN A SMALL ENTITY ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | * 77 | MINUS | ** 20 | = 57 | x10 XX = | $570 | | x10 = | $ |
| INDEP. | * 9 | MINUS | *** 3 | = 6 | x36 XX = | $216 | | x30 = | $ |
| ☐ FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | +50 = | $ | | +100 = | $ |
| | | | | | TOTAL ADDIT. FEE | $786 | OR | TOTAL | $ |

*If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3.
**If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.
***If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space.
   The "Highest Number Previously Paid For" (Total or Independent) is the highest number found from the equivalent box in Col. 1 of a prior amendment or the number of claims originally filed.

☐ Please charge my Deposit Account No. _____ in the amount of $_____. A duplicate copy of this sheet is attached.

☒ A check in the amount of $  786.00  is attached.

☐ The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. _____. A duplicate copy of this sheet is attached.

    ☐ Any filing fees under 37 CFR 1.16 for the presentation of extra claims.

    ☐ Any patent application processing fees under 37 CFR 1.17.

Respectfully submitted,

William E. Den #76,465

RECEIVED
GROUP 230

1992 JAN 17  PM 3: 15

Dear Sir:

Please acknowledge receipt of the
document(s) described below by im-
printing the Patent Office "Date
Stamp" hereon and returning to the
addressee indicated on the reverse.

U.S. Patent Application Serial No. 07/775,182 entitled
AUDIO/VIDEO RECORDER/TRANSCEIVER filed on October 11,
1991 (Richard A. Lang).


SUPPLEMENTAL PRELIMINARY AMENDMENT; ATTORNEY'S CHECK IN THE
AMOUND OF $786.00 IN PAYMENT OF THE ADDITIONAL FEE FOR
ADDED CLAIMS

CASE: 249

APBU-00000363

RECEIVED
GROUP 230
1992 JAN 22 PM 3: 15

RECEIVED
GROUP 230
1992 JAN 22 PM 3: 15

IN THE

UNITED STATES PATENT AND TRADEMARK OFFICE

ART UNIT 2305

Examiner H. Nguyen

Richard A. Lang

CASE        249

SERIAL NO.  07/775,182

FILED       October 11, 1991

SUBJECT     AUDIO/VIDEO RECORDER/TRANSCEIVER

_____

THE COMMISSIONER OF PATENTS AND TRADEMARKS
    WASHINGTON, D.C.  20231

SIR:

INFORMATION DISCLOSURE STATEMENT

Pursuant to the provisions of 37 CFR 1.56, 1.97, and 1.98, applicant submits herewith copies of twenty-one prior art references, some of which were cited in the parent and grandparent applications and the remainder of which have otherwise come to applicant's attention, together with two sheets of Form PTO-1449 on which the twenty-one references are cited. A concise explanation of the relevance of each of these cited references follows:

U.S. Patent No. 4,179,709 to Workman describes an aparatus and method for transmitting a digital image over a limited bandwidth communications channel in which a block transformation technique involving transform coefficients is employed;

U.S. Patent No. 4,274,133 to Southworth et al. describes a slow-scan television system;

U.S. Patent No. 4,446,490 to Hoshimi et al. describes a pulse code modulation (PCM) signal processor.

U.S. Patent No. 4,506,387 to Walter describes a programming-on-demand

1

APBU-00000364

cable television system in which a video program is divided into a number of segments and stored in a segmented memory in compressed digital form, the stored video segments then being converted from electrical data to optical data and simultaneously transmitted over a plurality of parallel fiber optic lines to a data receiving station, which then reconverts the optical data back to the original electrical data;

U.S. Patent No. 4,511,934 to Ohira et al. describes a video tape recorder having a rotary magnetic head drum.

U.S. Patent No. 4,516,516 to Fabris et al. describes a video teleconferencing system in which teleconferencing cameras are remotely controlled by participants of the teleconference.

U.S. Patent No. 4,563,710 to Baldwin describes a multiple head helical scanning device for television tape recording in which the multiple heads are disposed on a rotatable headwheel.

U.S. Patent No. 4,625,080 to Scott describes a telephone-based programming system for a remotely located video cassette recorder.

U.S. Patent No. 4,654,484 to Reiffel et al. describes a method for compressing single-frame video images for slow-scan television.

U.S. Patent No. 4,698,664 to Nichols et al. describes a multiple-screen editing system that permits quicker editing of recorded information.

U.S. Patent No. 4,709,418 to Fox et al. describes an interactive wideband cable network.

U.S. Patent No. 4,724,491 to Lambert describes a system for automatically inserting television advertising spots in video programs.

U.S. Patent No. 4,736,239 to Sprague et al. describes a compression/storage method for video RAM storage of a limited number of frames of video information.

U.S. Patent No. 4,743,959 to Frederiksen describes a video acquisition and compression system that prepares video information for transmission at real-time rates.

APBU-00000365

U.S. Patent No. 4,750,034 to Lem describes an apparatus for monitoring the replay of audio/video information carriers.

U.S. Patent No. 4,768,110 to Dunlap et al. describes a dual-deck video cassette recorder.

U.S. Patent No. 4,774,574 to Daly et al. describes a block transformation method for transmitting a digital image over a limited bandwidth communication channel.

U.S. Patent No. 4,821,208 to Ryan et al. describes a display processor for computer-generated displays.

U.S. Patent No. 4,851,931 to Parker et al. describes an apparatus and method for rapidly creating a custom tape of musical pieces selected from a music library.

U.S. Patent No. 4,868,653 to Golin et al. describes a method and apparatus for compression of video information to make it suitable for recording and transmission using relatively narrow band media.

U.S. Patent No. 4,918,523 to Simon et al. describes a digital video formatting and transmission system and method.

Respectfully submitted,

Richard A. Lang

By _____
        William E. Hein
    Patent Attorney #26,465

January 20, 1992
(303) 667-6741
Loveland, Colorado

3

APBU-00000366

Sheet __1__ of __2__

| LIST OF PATENTS, PUBLICATIONS, AND OTHER INFORMATION DISCLOSED BY APPLICANT (Use several sheets if necessary) | ATTY. DOCKET NO. 249 | SERIAL NO. 07/775,182 |
| --- | --- | --- |
| | APPLICANT Richard A. Lang | |
| | FILING DATE October 11, 1991 | GROUP 2305 |

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| HN | AA | 4 1 7 9 7 0 9 | 7/1979 | Workman | 353 | 133 | |
| HN | AB | 4 4 0 0 7 1 7 | 5/1983 | Southworth et al. | 358 | 13 | |
| HN | AC | 4 5 0 6 3 8 7 | 7/1985 | Walter | 455 | 612 | |
| HN | AD | 4 5 1 1 9 3 4 | 3/1985 | Ohira et al. | 360 | 55 | |
| HN | AE | 4 5 1 6 1 5 6 | 6/1985 | Fabris et al. | 358 | 85 | |
| HN | AF | 4 5 6 3 7 1 0 | 1/1986 | Baldwin | 360 | 9.1 | |
| HN | AG | 4 6 2 5 0 8 0 | 9/1986 | Scott | 379 | 104 | |
| HN | AH | 4 6 5 4 4 8 4 | 3/1987 | Reiffel et al. | 379 | 53 | |
| HN | AI | 4 6 9 8 6 6 4 | 3/1987 | Nichols et al. | 358 | 10 | |
| HN | AJ | 4 7 0 9 4 1 8 | 8/1987 | Fox et al. | 455 | 612 | |
| HN | AK | 4 7 2 4 4 9 1 | 1988 | Lambert | 358 | 310 | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | AL | | | | | | | |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
| --- | --- | --- |
| | AR | |
| | AS | |
| | AT | |

| EXAMINER Huy Nguyen | DATE CONSIDERED 3/4/92 |
| --- | --- |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

APBU-00000367

Sheet _2_ of _2_

| LIST OF PATENTS, PUBLICATIONS, AND OTHER INFORMATION DISCLOSED BY APPLICANT (Use several sheets if necessary) | ATTY. DOCKET NO. 249 | SERIAL NO. 07/775,182 |
|---|---|---|
| | APPLICANT Richard A. Lang | |
| | FILING DATE October 11, 1991 | GROUP 2305 |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| HN | AA | 4 7 3 6 2 3 9 | 7/1988 | Sprague et al. | 358 | 21R | |
| HN | AB | 4 7 4 3 9 5 9 | 8/1988 | Frederiksen | 358 | 11 | |
| HN | AC | 4 7 5 0 0 3 4 | 8/1988 | Lem | 358 | 84 | |
| HN | AD | 4 7 6 8 1 1 0 | 1988 | Dunlap et al. | 360 | 33.1 | |
| HN | AE | 4 7 7 4 5 7 4 | 1988 | Daly et al. | 358 | 133 | |
| HN | AF | 4 8 2 1 2 0 8 | 4/1989 | Ryan et al. | 364 | 518 | 10/1986 |
| HN | AG | 4 8 5 1 9 3 1 | 7/1989 | Parker et al. | 360 | 15 | 2/1987 |
| HN | AH | 4 8 6 8 6 5 3 | 9/1989 | Golin et al. | 358 | 133 | 10/1987 |
| HN | AI | 4 9 1 8 5 2 3 | 4/1990 | Simon et al. | 358 | 133 | 10/1987 |
| HN | AJ | 4 4 4 6 4 9 0 | 7/1984 | Hoshimi et al. | 360 | 32 | |
| | AK | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AL | | | | | | | |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | AR | |
| | AS | |
| | AT | |

| EXAMINER *Huy Nguyen* | DATE CONSIDERED 3/4/97 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

APBU-00000368

RECEIVED
GROUP 230

1992 JAN 22 PM 3: 15

RECEIVED
GROUP 230

1992 JAN 22 PM 3: 15

IN THE

UNITED STATES PATENT AND TRADEMARK OFFICE

ART UNIT 2305

Examiner H. Nguyen

Richard A. Lang

CASE          249

SERIAL NO.    07/775,182

FILED         October 11, 1991

SUBJECT       AUDIO/VIDEO RECORDER/TRANSCEIVER

---

THE COMMISSIONER OF PATENTS AND TRADEMARKS
  WASHINGTON, D.C.  20231

SIR:

### LETTER TO THE OFFICIAL DRAFTSMAN

Subject to the approval of the Examiner, please amend Figure 2 of the drawings in the above-identified patent application to correct an error in spelling, as indicated in red on the attached copy of that drawing figure.

Respectfully submitted,

Richard A. Lang

By _____
          William E. Hein
          Patent Attorney #26,465

January 20, 1992
(303) 667-6741
Loveland, Colorado

Approved by (th) 2/4/92

APBU-00000369



VIDEO OUT

RF OUT

RGB OUT

A/V
TRANS/REC
IN/OUT

RF
MODULATOR.

RGB
CONVERTER
WITH SYNC.

AUDIO/VIDEO
TRANS/REC.

KEYPAD

CONTROLLER

CPU

RAM

AVRU

MEDIA

COMP/
DECOM

GONT/
OLLER

VCU

A/D

D/A

MEMORY

ROM

CPU

CONTROLLER

FIG. 2

VIDEO LINE
OR
CAMERA INPUT

TV RF
TUNER

AUX. DIGITAL
INPUT

FIBER OPTIC
INPUT/OUTPUT
PORT

OFF

OFF

OFF

APBU-00000370



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231



| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/775,182 | 10/11/91 | LANG | R    249 |

|  | EXAMINER |
|---|---|
|  | NGUYEN,H |

WILLIAM E. HEIN
P.O. BOX 335
LOVELAND, CO 80539

| ART UNIT | PAPER NUMBER |
|---|---|
| 2305 | 8 |

DATE MAILED:   03/10/92

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☑ This communication is responsive to *Amendment dated Jan 17, 1992*

2. ☐ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.

3. ☑ The allowed claims are *26 — 102*

4. ☐ The drawings filed on _____ are acceptable.

5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [..] been received. [..] not been received. [..] been filed in parent application Serial No. _____ filed on _____

6. ☑ Note the attached Examiner's Amendment.

7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.

8. ☑ Note the attached Examiner's Statement of Reasons for Allowance.

9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☑ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____ CORRECTION IS REQUIRED.

   b. ☑ The proposed drawing correction filed on *Jan 22, 1992* has been approved by the examiner. CORRECTION IS REQUIRED.

   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

   d. ☑ Formal drawings are now REQUIRED.

---

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
✓ Examiner's Amendment
__ Examiner Interview Summary Record, PTOL-413
✓ Reasons for Allowance
✓ Notice of References Cited, PTO-892
✓ Information Disclosure Citation, PTO-1449

__ Notice of Informal Application, PTO-152
__ Notice re Patent Drawings, PTO-948
__ Listing of Bonded Draftsmen
__ Other

ROBERT L. RICHARDSON
PRIMARY EXAMINER
ART UNIT 235

PTOL-37 (REV. 4-89) *

USCOMM-DC 89-3789

Serial No. 775,182

Art Unit 235                                    -2-


        The following is an Examiner's Statement of Reasons for
Allowance: claims 26-102 are considered allowable over the prior
art of record since none of the prior art of record alone or in
combination disclose or suggest a method for handling audio/video
source information including the step of compressing the received
audio/video source information into the time compressed source
information having a burst time period and/or the step of
transmitting the compressed audio/video source information in the
burst time period which is shorter than the real time period of
the received audio/video source information.

        Any comments considered necessary by applicant must be
submitted no later than the payment of the Issue Fee and, to
avoid processing delays, should preferably accompany the Issue
Fee.  Such submissions should be clearly labeled "Comments on
Statement of Reasons for Allowance."


        An Examiner's Amendment to the record appears below.
Should the changes and/or additions be unacceptable to applicant,
an amendment may be filed as provided by 3 7 C.F.R. 1.312. To
ensure consideration of such an amendment, it MUST be submitted
no later than the payment of the Issue Fee.


        In the amended claim 86, line 2, the term " said said"
has been changed to -- said-- .


        Inquiries relative to the merits of this Office action

Serial No. 775,182

Art Unit 235                                    -3-

should be directed to Huy Nguyen, at (703)-308-1547. Other
inquiries of a general nature, and status inquiries, should be
directed to the Group 230 receptionist at (703)-308-0754.


ROBERT L. RICHARDSON
PRIMARY EXAMINER
ART UNIT 235

APBU-00000373



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: Box ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

FLEHR, HOHBACH, TEST, ALBRITTON &
HERBERT
STE. 3400, FOUR EMBARCADERO CTR.,
SAN FRANCISCO, CA 94111

**NOTICE OF ALLOWANCE
AND ISSUE FEE DUE**

☐ Note attached communication from the Examiner
☐ This notice is issued in view of applicant's communication filed _____

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/470,394 | 01/25/90 | 003 | SPAHN, G | 356 | 05/10/90 |

| First Named Applicant | THURSTON, | KURT W. |
|---|---|---|

TITLE OF INVENTION PLASTIC BARRICADE WITH LIMITING BOLT

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 3 | A498891JGW | 404-006.000 | F36 | UTILITY | YES | $310.00 | 08/10/90 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
**PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS**
**APPLICATION SHALL BE REGARDED AS ABANDONED.   THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

**HOW TO RESPOND TO THIS NOTICE:**

I. Review the SMALL ENTITY Status shown above.

If the SMALL ENTITY is shown as YES, verify your
current SMALL ENTITY status:

A. If the Status is changed, pay twice the amount of the
FEE DUE shown above and notify the Patent and
Trademark Office of the change in status, or
B. If the Status is the same, pay the FEE DUE shown
above.

If the SMALL ENTITY is shown as NO:
A. Pay FEE DUE shown above, or
B. File verified statement of Small Entity Status before, or with,
payment of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.
Even if the ISSUE FEE has already been paid by a charge to deposit account, Part B should be completed and returned.
If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date), serial number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of**
**maintenance fees.**

PTOL-85 (REV 12-88)(OMB Clearance is pending)         PATENT AND TRADEMARK OFFICE COPY



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

Address:  Box ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

SW

#9

WILLIAM E. HEIN
P.O. BOX 335
LOVELAND, CO 80539

**NOTICE OF ALLOWANCE
AND ISSUE FEE DUE**

☐ Note attached communication from the Examiner

☐ This notice is issued in view of applicant's communication filed _____

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/775,182 | 10/11/91 | 077 | NGUYEN, H | 2305 | 03/10/92 |

| First Named Applicant | LANG, | | RICHARD A. | | |
|---|---|---|---|---|---|

TITLE OF INVENTION  *METHOD FOR HANDLING AUDIO/VIDEO SOURCE INFORMATION
(AS AMENDED)*

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 2 | 249 | 358-335.000 | A88 | UTILITY | YES | $565.00 | 06/10/92 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN *THREE MONTHS* FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED.  THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

## HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY Status shown above.

If the SMALL ENTITY is shown as YES, verify your
current SMALL ENTITY status:
  A. If the Status is changed, pay twice the amount of the
    FEE DUE shown above and notify the Patent and
    Trademark Office of the change in status; or
  B. If the Status is the same, pay the FEE DUE shown
    above.

If the SMALL ENTITY is shown as NO:
  A. Pay FEE DUE shown above, or
  B. File verified statement of Small Entity Status before, or with,
    payment of 1/2 FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.
  Even if the ISSUE FEE has already been paid by a charge to deposit account, Part B should be completed and returned.
  If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date), serial number and batch number.
  Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

*IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees.*

**PATENT AND TRADEMARK OFFICE COPY**

PTOL-85 (REV 12-88)(OMB Clearance is pending)

APBU-00000375



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/775,182 | 10/11/91 | LANG | R    249 |

EXAMINER

NGUYEN, H

| ART UNIT | PAPER NUMBER |
|---|---|
| 2305 | 10 |

DATE MAILED: 03/13/92

WILLIAM E. HEIN
P.O. BOX 335
LOVELAND, CO 80539

*Supplemental*

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☐ This communication is responsive to _____

2. ☐ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not mailed herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.

3. ☐ The allowed claims are _____

4. ☐ The drawings filed on _____ are acceptable.

5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. _____ filed on _____

6. ☒ Note the attached Examiner's Amendment.

7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.

8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.

9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____ . CORRECTION IS REQUIRED.

   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.

   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

   d. ☐ Formal drawings are now REQUIRED.

------------------------------------------------------------

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:

✓ Examiner's Amendment
_ Examiner Interview Summary Record, PTOL-413
_ Reasons for Allowance
_ Notice of References Cited, PTO-892
_ Information Disclosure Citation, PTO-1449

_ Notice of Informal Application, PTO-152
_ Notice re Patent Drawings, PTO-948
_ Listing of Bonded Draftsmen
_ Other

ROBERT L. RICHARDSON
PRIMARY EXAMINER
ART UNIT 235

PTOL-37 (REV. 4-89) ＊                                    USCOMM-DC 89-3789

Serial No. 775,182

Art Unit 235                                    -2-

An Examiner's Amendment to the record appears below.
Should the changes and/or additions be unacceptable to applicant,
an amendment may be filed as provided by 3 7 C.F.R. 1.312. To
ensure consideration of such an amendment, it MUST be submitted
no later than the payment of the Issue Fee.

In the specification, page 1, lines 6-10, the paragraph
" This is a division of application Serial No. 07/374,629 filed
May 5, 1989, which is, in turn, a continuation-in-part of
application Serial No. 07/289,776 filed December 27, 1988." has
been changed to -- This application is a division of application
Serial No. 07/374,629 filed May 5, 1989 now patent No. 5057932,
which is, in turn, a continuation-in-part of application Serial
No. 07/289,776 filed December 27, 1988 now patent No. 4963995 --

Inquiries relative to the merits of this Office action
should be directed to Huy Nguyen, at (703)-308-1547. Other
inquiries of a general nature, and status inquiries, should be
directed to the Group 230 receptionist at (703)-308-0754.

ROBERT L. RICHARDSON
PRIMARY EXAMINER
ART UNIT 235



UNITED STATES PATENT AND TRADEMARK OFFICE

ART UNIT 2305

Examiner H. Nguyen

Richard A. Lang

CASE       249

SERIAL NO.  07/775,182

FILED       October 11, 1991

SUBJECT    METHOD FOR HANDLING AUDIO/VIDEO SOURCE INFORMATION (AS AMENDED)

THE COMMISSIONER OF PATENTS AND TRADEMARKS
   WASHINGTON, D.C.  20231

SIR:

<u>DRAWING TRANSMITTAL LETTER</u>

In response to the drawing requirement set forth in Form PTOL-37 mailed March 10, 1992, enclosed herewith for filing in the above-identified, allowed patent application (Issue Batch No. A88) are four (4) sheets of substitute formal drawing.

Respectfully submitted,

Richard A. Lang

By _____
        William E. Hein
        Patent Attorney #26,465

June 4, 1992
(303) 667-6741
Loveland, Colorado

"Express Mail" mailing label number <u>TB066137522</u>
Date of Deposit   <u>June 4, 1992</u>
hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

        William E. Hein
(Typed or printed name of person mailing paper or fee)

_____
(Signature of person mailing paper or fee)

1

APBU-00000378

5164839



FIG__1

APBU-00000379





**FIG._1A**



**FIG._4**

APBU-00000380



FIG.—2

VIDEO OUT

RF OUT

RGb OUT

A/V/D
TRANS/REC
IN/OUT

41

A
B

39

38

19  RF
MODULATOR

21  RGB
CONVERTER
WITH SYNC.

22  AUDIO/VIDEO
TRANS/REC.

45  KEYPAD

10

43

12

48

26

28  CPU

29  RAM

48'

47

24  A/D

25  D/A

27  CONTR-
OLLER

COMP/
DECOM

VCU

23  MEDIA

AVRU

35

OFF  11

13

MEMORY

34

34

14

31  CPU

32  ROM

33  CONTROLLER

15  VIDEO LINE
OR
CAMERA INPUT

16  TV RF
TUNER

17  AUX. DIGITAL
INPUT

18  FIBER OPTIC
INPUT/OUTPUT
PORT

36  OFF

37  OFF

APBU-00000381



FIG._3

PART B - ISSUE FEE TRANSMITTAL

565: 00 242

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advanced orders and notification of maintenance fees will be mailed to addressee entered in Block 1 unless you direct otherwise by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. See reverse for Certificate of Mailing.

| 1. CORRESPONDENCE ADDRESS | 2. INVENTOR(S) ADDRESS CHANGE (Complete only if there is a change) |
|---|---|
| WILLIAM E. HEIN<br>P.O. BOX 335<br>LOVELAND, CO 80539 | INVENTOR'S NAME<br>Street Address<br>City, State and ZIP Code<br>CO-INVENTOR'S NAME<br>Street Address<br>City, State and ZIP Code<br>☐ Check if additional changes are on reverse side |

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/775,182 | 10/11/91 | 077 | NGUYEN, H | 2305 | 03/10/92 |

First Named Applicant: LANG, RICHARD A.

TITLE OF INVENTION: METHOD FOR HANDLING AUDIO/VIDEO SOURCE INFORMATION (AS AMENDED)

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 249 | 358-335.000 | A88 | UTILITY | | $565.00 | 06/10/92 |

3. Further correspondence to be mailed to the following:

4. For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR, alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1. William E. Hein
2.
3.

100 TW 06/15/92 07775182     1 242    565.00 CK
100 TW 06/15/92 07775182     1 561     30.00 CK

5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type)

(1) NAME OF ASSIGNEE:
Explore Technology, Inc.

(2) ADDRESS: (City & State or Country)
Scottsdale, Arizona

(3) STATE OF INCORPORATION, IF ASSIGNEE IS A CORPORATION:
Arizona

A. ☐ This application is NOT assigned.
XX ☐ Assignment previously submitted to the Patent and Trademark Office.
☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENTS.

PLEASE NOTE: Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

6a. The following fees are enclosed:
XX ☐ Issue Fee    ☐ Advanced Order - # of Copies 10

6b. The following fees should be charged to:
(Enclose Part C)
DEPOSIT ACCOUNT NUMBER _____ (Minimum of 10)
☐ Issue Fee    ☐ Advanced Order - # of Copies _____
☐ Any Deficiencies in Enclosed Fees (Minimum of 10)

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

Signature of party in interest of record _____ (Date)

June 4, 1992

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**TRANSMIT THIS FORM WITH FEE-CERTIFICATE OF MAILING ON REVERSE**

PTO-85B (REV.12-88)(OMB Clearance is pending)

APBU-00000383



**Certificate of Mailing**

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:

Box ISSUE FEE
Commissioner of Patents and Trademarks
Washington, D.C. 20231

on ______________
(Date)

(Name of person making deposit)

(Signature)

(Date)

Note: If this certificate of mailing is used, it can only be used to transmit the Issue Fee. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawings, must have its own certificate of mailing.

**"Express Mail" mailing label number** TB066137522

**Date of Deposit** June 4, 1992

**I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.**

William E. Hein
**(Typed or Printed name of person mailing paper or fee)**

**(Signature of person mailing paper or fee)**

RECEIVED 92 JUN 11 PM 3:33 PTO CHD TEAM IRSB EXPRESS

100 TW 06/15/92 07775182 1 242 565.00 CK
100 TW 06/15/92 07775182 1 561 30.00 CK

Exploring Technology, Inc.
Scottsdale, Arizona

This form is estimated to take 20 minutes to complete. Time will vary depending upon the needs of the individual applicant. Any comments on the amount of time you require to complete this form should be sent to the Office of Management and Organization, Patent and Trademark Office, Washington, D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

REVERSE PTOL-85B (REV 12-88)(OMB Clearance is pending)

IN THE

UNITED STATES PATENT AND TRADEMARK OFFICE

ART UNIT 2305

PATENT
RECEIVED
ALLOWED FILES/CORRES
PUBLISHING DIVISION

'92 JUN 24 AM 7: 50

JUN 1 6 1992

GROUP 230

Examiner H. Nguyen

I hereby certify that this correspondence is being deposited
with the United States Postal Service as first class mail in an
envelope addressed to: Commissioner of Patents and Trade-
marks, Washington, D.C. 20231, on __June 3, 1992__.
                                              Date

__William E. Hein__
Name of applicant, assignee, or
Registered Representative

__William E. Hein__
Signature

__June 3, 1992__
Date

Richard A. Lang

CASE        249

SERIAL NO.  07/775,182

FILED       October 11, 1991

SUBJECT     METHOD FOR HANDLING AUDIO/VIDEO SOURCE INFORMATION (AS AMENDED)

THE COMMISSIONER OF PATENTS AND TRADEMARKS
   WASHINGTON, D.C.  20231

SIR:

### SUPPLEMENTAL DECLARATION FOR AMENDMENTS PRESENTING
### CLAIMS FOR MATTER DISCLOSED BUT NOT ORIGINALLY CLAIMED

I, Richard A. Lang, the inventor named in the above-identified patent
application, hereby declare that the subject matter of the Preliminary
Amendment filed on October 11, 1991, and of the Supplemental Preliminary
Amendment filed on January 17, 1992, was part of my invention and was invented
before the effective filing date of the above-identified patent application.

I hereby state that I have reviewed and understand the contents of the
above-identified specification, including the claims, as amended by the two
amendments referred to above.

I acknowledge the duty to disclose information which is material to
patentability in accordance with 37 CFR 1.56(a).

I hereby declare that all statements made herein of my own knowledge
are true and all statements made on information and belief are believed to be
true; and further that these statements are made with the knowledge that
willful false statements and the like so made are punishable by fine or
imprisonment, or both, under Section 1001 of Title 18 of the United States
Code, and that such willful false statements may jeopardize the validity of
the application or any patent issuing thereon.

Date __May 29th, 1992__                    __Richard A. Lang__
                                           Richard A. Lang

APBU-00000385



PTO UTILITY GRANT
Paper Number

The Commissioner of Patents
and Trademarks

*Has received an application for a patent
for a new and useful invention. The title
and description of the invention are en-
closed. The requirements of law have
been complied with, and it has been de-
termined that a patent on the invention
shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person or persons having
title to this patent the right to exclude
others from making, using or selling the
invention throughout the United States
of America for the term of seventeen
years from the date of this patent, sub-
ject to the payment of maintenance fees
as provided by law.*

*Acting Commissioner of Patents and Trademarks*

*Attest*

The United States of America

PTO-1584

APBU-00000386



*C of C*

IN THE

UNITED STATES PATENT AND TRADEMARK OFFICE

ART UNIT 2305

Examiner H. Nguyen

Richard A. Lang

CASE          249

PATENT NO.  5,164,839

ISSUED        November 17, 1992

SUBJECT      METHOD FOR HANDLING AUDIO/VIDEO SOURCE INFORMATION

PATENT & TRADEMARK OFFICE
RECEIVED

FEB 2 5 1993

CERTIFICATE OF CORRECTION BR.

THE COMMISSIONER OF PATENTS AND TRADEMARKS
    WASHINGTON, D.C.  20231

SIR:

### REQUEST FOR ISSUANCE OF CERTIFICATE OF CORRECTION

    Issuance of the attached Certificate of Correction is hereby requested.
Please mail one copy of the issued Certificate of Correction to applicant's
undersigned attorney of record for attachment to the Letters Patent.

APPROVED

OCT 21 1993

FOR THE COMMISSIONER OF PAT. & TM.

January 29, 1993
(303) 667-6741
Loveland, Colorado

Respectfully submitted,

Richard A. Lang

By _William E. Hein_

William E. Hein
Patent Attorney #26,465

I hereby certify that this correspondence is being deposited
with the United States Postal Service as first class mail in an
envelope addressed to: Commissioner of Patents and Trade-
marks. Washington, D.C. 20231, on January 29, 1993 .
                                     Date

William E. Hein
Name of applicant, assignee, or
Registered Representative

_William E. Hein_
Signature
January 29, 1993
Date

APBU-00000387

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO. : 5,164,839

DATED     November 17, 1992

INVENTOR(S) :  Richard A. Lang

It is certified that error appears in the above–identified patent and that said Letters Patent are hereby corrected as shown below:

Column 1, line 43, after "using" insert "the VCR";

Column 3, line 62, after "coating" insert a period;

Column 4, line 35, after "29" insert a period;

Column 7, line 65, after "signal" insert a period;

Column 8, line 6, after "ceiver" insert a period;

Column 8, line 47, after "VCR's" insert a period;

Column 16, line 63, "with" should be "within";

Column 20, line 52, cancel "in an associated burst time"; and

Column 20, line 53, cancel the entire line

MAILING ADDRESS OF SENDER:
William E. Hein
Attorney at Law
P.O. Box 335
Loveland, Colorado 80539

PATENT NO. 5,164,839

No. of add'l. copies
@ 30¢ per page

FORM PTO-1050  (REV. 3-78)



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

0 2 APR 1993

William E. Hein
Attorney at Law
P.O. Box 335
Loveland, CO  80539

Re:  Status Regarding Certificate of Correction for
     U.S. Patent No. 5,164,839

Dear William E. Hein

On February 2, 1993, we received a request for a Certificate
of Correction for the above-referenced patent.  We are
currently experiencing a backlog of approximately 6-8 months.
We appreciate your patience while we work through our
backlog.

Should expedited services be required, please contact me at
(703) 305-8127.

Sincerely,

Mary Allen, Manager
Certificates of Correction Branch
Office of Publication and Dissemination

APBU-00000389

## UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.  :  5,164,839

DATED     :  November 17, 1992

INVENTOR(S) :  Richard A. Lang

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 1, line 43, after "using" insert "the VCR";

Column 3, line 62, after "coating" insert a period;

Column 4, line 35, after "29" insert a period;

Column 7, line 65, after "signal" insert a period;

Column 8, line 6, after "ceiver" insert a period;

Column 8, line 47, after "VCR's" insert a period;

Column 16, line 63, "with" should be "within";

Column 20, line 52, cancel "in an associated burst time"; and

Column 20, line 53, cancel the entire line

Signed and Sealed this

Sixteenth Day of November, 1993

*Bruce Lehman*

BRUCE LEHMAN

*Attest:*

*Attesting Officer*          *Commissioner of Patents and Trademarks*

APBU-00000390