**Practising Law Institute**

Intellectual Property Law Library

# Landis on Mechanics of Patent Claim Drafting

**Fifth Edition**

**Robert C. Faber**

# Landis on Mechanics of Patent Claim Drafting

## FIFTH EDITION

### Robert C. Faber

Incorporating Release No. 3
July 2006
#10680

PRACTISING LAW INSTITUTE
NEW YORK CITY
**G1-8805**

APBU00191345

*This work is designed to provide practical and useful information on the subject matter covered. However, it is sold with the understanding that neither the publisher nor the author is engaged in rendering legal, accounting or other professional services. If legal advice or other expert assistance is required, the services of a competent professional should be sought.*

### QUESTIONS ABOUT THIS BOOK?

If you have questions about replacement pages, billing or shipments, or would like information on our other products, please contact our **customer service department** at (800) 260-4PLI.

For library-related queries, **law librarians** may email: libraryrelations@pli.edu.

For any other questions or suggestions about this book, contact PLI's **editorial department** at: editorial@pli.edu.

For general information about Practising Law Institute, please visit **www.pli.edu**.

Copyright © 1986, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2001, 2002, 2003, 2004, 2005, 2006 by Practising Law Institute. All rights reserved. Printed in the United States of America. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Practising Law Institute.

Library of Congress Catalog Card Number: 93-83371
ISBN 0-87224-054-1

APBU00191346

**METHOD, ELECTRICAL**—(4:8)

**METHOD FUNCTIONAL OF APPARATUS**—(4:5)

**METHOD OF MAKING AN ARTICLE OF MANUFACTURE, OBVIOUS**—(4:4)

**MPEP**—The Manual of Patent Examining Procedure, a looseleaf booklet published by the Government Printing Office and available from the Superintendent of Documents, Box 1533, Washington, D.C. 20013. It is the EXAMINERS' "bible." (2:2) (*See* Appendix C3 for selected sections.)

**MULTIPLE DEPENDENT CLAIM**—A DEPENDENT CLAIM which is DEPENDENT upon more than one other, preceding CLAIM or is dependent upon another MULTIPLE DEPENDENT CLAIM. (2:11)

**MULTIPLICITY**—A word connoting an indefinite number, two or more; usually a fairly large number. Often thought of as being greater than a PLURALITY. (3:8)

**NARROW/NARROW CLAIM**—A NARROW CLAIM covers or READS ON a restricted SCOPE of DEVICES, PROCESSES, etc., because it contains either many, or quite specific, limitations. A NARROW CLAIM is usually entitled only to a NARROW range of EQUIVALENTS. *See* BROAD CLAIM, OLD COMBINATION, PICTURE CLAIM (Sense (2)) and PROLIX. (2:3, 3:2, 3:3, 4:1, 5:2, 6:1, 7:1, 8:8, 8:9)

**NEGATIVE LIMITATION**—A claim limitation telling what an ELEMENT is not, instead of what it is; or what is does not do, instead of what it does. (3:5, 5:1)

**NEW MATTER**—A term of art in Patent Law meaning any matter not "fairly" disclosed within the "four corners" (entire SPECIFICATION) of a patent application as filed. NEW MATTER may not be introduced into an application after it is filed. An ANTECEDENT for any element added to a claim after filing must be found in the original disclosure, or the claim will be, or be based upon, NEW MATTER. (6:3, 8:10)

APBU00191347