Apple Computer Inc. v. Burst.com, Inc.                                    Doc. 79 Att. 2

CPP/M-91

1   manner of a conventional VCR with signals from an antenna
2   being received by tuner 16 and recorded directly on media 23
3   in analog form.  At the same time the received program may
4   be viewed on the television screen with the television
5   connected at video output terminal 42.  An optional signal
6   source for this type of operation is the video line or
7   camera input line 15 selectable by switch 35.
8       In a second operating mode a program stored in media 23
9   of AVRU 11 may be played back and viewed on the connected
10  television set.
11      When it is desired to copy a program from one recording
12  media to another, the recording media holding the desired
13  program is installed in the AVRU.  The recording media is
14  then played back with optional viewing on a connected
15  television set or other TV monitor or listening through
16  speakers (as appropriate).  As the recording media is played
17  back, the analog signals from the recording media (video
18  and/or audio) are dispatched to VCU 12 via connection 47.
19  The analog signals are converted to digital signals by ADC
20  24, compressed by compressor/decompressor 26 and the
21  compressed digital signals are stored in memory 13.  The
22  foregoing operations are accomplished under the control of
23  controller 27 and CPU 28.  RAM 29 is used for interim data
24  storage during this process.  Once the complete video/audio
25  program has been stored in memory 13, the recording media
26  from which the stored program has just been read is replaced
27  by blank recording media upon which the stored program is to
28  be copied.  CPU 28 in cooperation with controller 27 and RAM
29  29 then executes the decompression and digital to analog
30  conversion of the program stored in memory 13, decompression
31  taking place in compressor/decompressor 26, and digital to
32  analog conversion being accomplished by DAC 25.  The
33  resulting analog program is stored on the blank recording
34  media which constitutes media 23 of AVRU 11.
35      In an alternate mode of operation, the decompression
36  circuitry of VCU 12 can be bypassed.  Thus, a user has the
37  option of downloading the stored program from memory 13 onto
       recording media 23 in compressed digital format.  The user
38

- 15 -

APBU-00000426

Dockets.Justia.com

CPP/M-914

1   can then reload the program from media 23 into memory 13 at
2   a future time for viewing, editing or recording back onto
3   recording media 23 in analog form.  This capability allows
4   the user to quickly clear memory 13 for other interim uses
5   and also provides the user with a hard copy of the program
6   in digital format.  The hard copy in compressed digital
7   format has a number of uses, e.g. it could be archived for
8   later viewing, transmitted by an appropriate independent
9   transmitter, etc.
10          During the foregoing procedures, DCU 14 may be utilized
11  for editing operations.  As the program is being read from
12  the first or original recording media, it is simultaneously
13  viewed on the TV screen, or listened to by means of an audio
14  monitor, converted to digital signals, compressed and stored
15  in memory 13.  Once the digital audio/video program is
16  stored in memory 13, editing is accomplished by the user
17  through control of DCU 14, by means of a control panel (not
18  shown) coupled to DCU 14.  If desired, additional
19  audio/video signals may be simultaneously entered into
20  memory 13 and added to those received from VCU 12.  The
21  additional signals may be introduced from auxiliary digital
22  input port 17 or from fiber optic input/output port 18 and
23  may comprise video captions for super imposed position upon
24  the stored video images, or they may be audio commentaries
25  to be added to silent video presentations.  In addition, as
26  mentioned above, the order in which various segments appear
27  in the video programs may be altered.  Certain undesired
28  segments, such as TV commercials, may be removed.  This
29  editing operation is accomplished under the control of
30  DCU 14.
31          In still another operating mode, a program stored in
32  media 23 of AVRU 11 or being received by AVRU 11 from input
33  line 15 (as from a video camera) may be digitized and
34  compressed by VCU 12 and routed via bus 34, to memory 13.
35  The data from memory 13 is then routed to line 43,
36  transmitter/ receiver 22 and to a telephone line.  At the
37  other end of the telephone line the signals received are
38  processed by another VCR-ET.

- 16 -

APBU-00000427

CPP/M-91

```
 1        Once received in the second VCR-ET's memory 13, the
 2   digitized program can then either be viewed directly from
 3   memory or transferred to storage medium 23, either in its
 4   entirety or in random segments, based on user preference.
 5        In the case of video camera input at input 15 the
 6   transmitted signals may comprise a live transmission.
 7   Alternatively the transmitted program may be derived from a
 8   program stored in media 23 of AVRU 11.  In this case the
 9   stored analog program is again decoded, digitized,
10   compressed and transmitted via bus 34 to memory 13.  The
11   data in memory 13 is then communicated via line 43 and
12   transmitter/receiver 22 to telephone lines.
13        It follows, of course, that digitized video and audio
14   signals from the remote VCR-ET at the other end of the
15   telephone line may be received at line 46, entered into
16   memory 13 via transmitter/receiver 22, converted to analog
17   signals by VCU 12, and recorded on media 23 and then viewed,
18   if desired, on a television set connected at output 42.  A
19   hard copy of the program may also be made for later viewing.
20        As mentioned earlier, when any of the foregoing
21   operations entail the processing of unmodulated video
22   signals, such signals must first be processed by RF
23   modulator 19 before they can be accepted by devices such as
24   a conventional VCR or television set; when the monitoring
25   means is a computer monitor or a similar display device the
26   signals are processed by RGB converter 21.
27        All of the foregoing operations are performed with
28   enhanded quality and efficiency by virtue of the digital,
29   rather than analog, storage and transmission modes and the
30   compressed data storage mechanism, with additional
31   advantages of improved cost and reliability afforded in the
32   case of tape to tape (or other media to media) program
33   transfers by virtue of the requirement for only a single
34   tape deck or other storage device.
35        Fig. 3 illustrates an alternative embodiment invention
36   in which AVRU 11 is not integral with VCU 12, memory 13 or
37   editor 14.  In this embodiment, AVRU 11 is a conventional,
38   commercially available VCR which receives a modulated video
```

- 17 -

APBU-00000428

CPP/M-91

1   input signal on an input cable 50.  In this embodiment
2   AVRU 11 includes a RF tuner 51 for demodulating the input
3   signal so it can be stored in media 23.  AVRU 11 also
4   includes a RF modulator 52 for modulating the signal
5   received from media 23 and providing the RF modulated output
6   signal on an output cable 53, which can be coupled to a
7   television set.  (TV RF tuner 51 and RF modulator 52 are
8   provided in typical commercially available VCR's.)  A switch
9   54 is provided to couple input cable 50 to output cable 53
10  when media 23 is not serving as a video signal source.  The
11  VCR-ET of this embodiment includes a TV RF tuner 55 which
12  receives and demodulates the signal on cable 53, and
13  provides the resultant analog audio/video signal on a
14  lead 56, which is digitized and compressed as described
15  above.  In this alternative embodiment, the digitized
16  compressed signal may be processed as described above, e.g.
17  stored in memory 13 (via high speed bus 34), edited,
18  transmitted by the fiber optic port 18 to another VCR-ET,
19  etc.  When it is desired to view a program stored in
20  memory 13, data from memory 13 is decompressed and converted
21  to an analog signal by VCU 12, and the resulting signal is
22  provided on an output lead 57 to a RF modulator 58, which
23  modulates the video signal so that it can be received and
24  stored by AVRU 11 or viewed on a television coupled to cable
25  53.  (As mentioned above, in the Fig. 3 embodiment, AVRU 11
26  is a conventional VCR.)
27       One advantage of the embodiment of Fig. 3 is that many
28  people already own VCR's.  Rather than buying apparatus
29  which duplicates much of the hardware already present in
30  their VCR, the embodiment of Fig. 3 would provide to owners
31  of conventional VCR's capabilities which are otherwise
32  currently unavailable in an economical manner.
33       In one embodiment, analog auxiliary audio and video
34  input terminals 62, 64 are provided so that analog signals
35  may be provided by alternate sources to VCU 12.
36       The embodiments described above include means for
37  transmitting/receiving video programs over fiber optic
38  cables.  However, in an alternative embodiment, either in

- 18 -

APBU-00000429

CPP/M-91

1   place of fiber optic port 18 or in addition to fiber optic
2   port 18, means are provided for transmitting and/or
3   receiving a video program via microwave. In conventional
4   microwave technology, satellite systems and microwave
5   transmitters transmit data using a low power/high frequency
6   signal. In an embodiment of the invention designed to
7   receive microwaves, the VCR-ET includes an amplifier for
8   amplifying the microwave signal and a demodulator for
9   obtaining the video program signal from the microwave
10  signal. Receiving, amplifying and demodulating the
11  microwave signal can be accomplished with conventional
12  microwave transceiver equipment. The video program signal
13  is typically in digital form, and may be stored, viewed or
14  edited as in the above-described embodiments. Program data
15  from memory 13 can also be transmitted by the microwave
16  transciever, thereby providing the capability for microwave
17  transmission of stored video programs in compressed digital
18  format. Thus, the invention can be used to receive and
19  transmit programs via microwaves at an accelerated rate
20  similar to and at least as fast as, the transmission and
21  reception of programs over optical fibers. This feature
22  allows transmission and reception of programs in a few
23  minutes or seconds using currently available technology.
24  Both point-to-point microwave transceivers and satellite
25  transceivers may be used.
26      The embodiments described include means for receiving,
27  storing and transmitting both audio and video signals.
28  However, the invention encompasses apparatus which can store
29  and transmit video signals only and apparatus which can
30  store and transmit audio signals only. An embodiment
31  designed to store and compress audio signals is illustrated
32  in Fig. 4. Referring to Fig. 4, an audio signal source 70
33  (a tape recorder, microphone, record player, etc.) is
34  coupled to a digitizer and compressor circuit 72, which
35  converts the analog signal to a digital signal and
36  compresses the digital signal in a manner similar to VCU 12
37  described above. The digital compressed signal can then be
38  stored in a memory 74. Of importance, data from memory 74

- 19 -

APBU-00000430

CPP/M-91

1   can be transmitted by a fiber optic transceiver 76, or by a
2   microwave transceiver 78 at an accelerated rate. This is
3   important not only in a home entertainment application, but
4   in other applications as well. For example, a user can
5   dictate an audio presentation and send it to a remote
6   location (e.g. an office) at an accelerated rate without
7   having to monopolize the transmission medium (e.g. the fiber
8   optic cable) for an extended length of time.
9        The business uses of the embodiment illustrated in Fig.
10  4 makes home offices feasible for many workers now confined
11  to more traditional offices and also opens new possibilities
12  to business people who are traveling.
13       In the embodiment of Fig. 4, data can also be loaded
14  from memory 74, via a modem 79 over a conventional phone
15  line 80. Data can also be received from phone line 80,
16  fiber optic transceiver 76 or microwave transceiver 78,
17  loaded into memory 74, and converted to an analog signal by
18  circuit 72, to be listened to via an audio monitor 82, or to
19  be stored on an audio tape cassette 84 or other storage
20  media.
21       An editor 86 is optionally provided so that the data in
22  memory 74 may be edited, e.g., by rearranging the order of
23  portions of the audio program, increasing or decreasing the
24  volume of portions (or different frequency components) of
25  the audio program, or enhancing the audio program through
26  filtering techniques (e.g. to remove static and noise).
27       An improved audio/video recorder with significantly
28  expanded functional capabilities is thus provided in
29  accordance with the stated objects of the invention and
30  although but a single embodiment of the invention has been
31  illustrated and described, it will be apparent to those
32  skilled in the art that various changes and modifications
33  may be made therein without departing from the spirit of the
34  invention or from the scope of the appended claim. For
35  example, the VCR-ET can be constructed so as to be
36  portable. Thus, it could be carried to a location where it
37  is desired to record a program, and used to edit the program
38  after it is recorded with a video camera. Other

- 20 -

APBU-00000431

CPP/M-91

1  modifications will be apparent to those skilled in the art
2  in light of the present specification.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38

- 21 -

APBU-00000432

CPP/M-9

1    CLAIMS
2
3    What is claimed is:
4
5        1.  Apparatus comprising:
6            first means for receiving a video signal from a
7    VCR and digitizing said received signal;
8            memory means coupled to said first means for
9    storing said digitized video signal; and
10           second means coupled to said memory means for
11   converting said stored digitized signal to an analog
12   video signal and providing said analog video signal to
13   said VCR.
14
15       2.    Apparatus of Claim 1 further comprising an editor
16   for editing said digitized video signal stored in said
17   memory means.
18
19       3.    Apparatus of Claim 1 further comprising an I/O
20   port for receiving data and storing said data in said memory
21   means so that said received data can be converted to an
22   analog video signal by said second means, and so that said
23   data in said memory means can be communicated to said I/O
24   port, whereby said apparatus facilitates communication of
25   signals between said VCR and an auxiliary device coupled to
26   said I/O port.
27
28       4.    Apparatus of Claim 3 wherein said I/O port is an
29   optic fiber I/O port.
30
31       5.    Apparatus of Claim 1 wherein said I/O port is a
32   modem.
33
34       6.    Apparatus of Claim 3 wherein said I/O port is a
35   microwave transceiver.
36
37       7.    Apparatus of Claim 3 wherein said I/O port
38   transmits and receives data corresponding to said video

- 22 -

APBU-00000433

CPP/M-914

1    signal at an accelerated rate.

2

3        8.    Apparatus of Claim 1 wherein said first means

4    compresses said digitized video signal prior to storage in

5    said memory means.

6

7        9.  Apparatus comprising:

8            means for receiving an analog audio signal;

9            means for digitizing said analog audio signal,

10   thereby generating digital data corresponding to said

11   audio signal and for compressing said digitized data;

12           means for storing said compressed digital data;

13   and

14           transceiver means for transmitting said compressed

15   digital data.

16

17       10.   Apparatus of Claim 9 wherein said transceiver

18   means also receives and stores compressed digital data in

19   said means for storing, said apparatus also including means

20   for converting the data stored in said means for storing

21   into an analog audio signal.

22

23       11.   Apparatus of Claim 10 wherein the time required by

24   said transceiver means to transmit or receive said

25   compressed digital data is less than the time required to

26   monitor the audio signal corresponding to said data.

27

28       12.  Apparatus comprising:

29           first means for receiving and converting an analog

30   video signal to a digital video signal;

31           second means for storing said digital video

32   signal, wherein said first means also receives said

33   digital video signal back from said second means and

34   reconverts said digital video signal back to an analog

35   video signal for viewing;

36           third means for storing data; and

37           fourth means for transferring said digital video

38   signal from said second means to said third means,

- 23 -

CPP/M-91

1    thereby makng said second means available for receiving
2    and storing additional digital video signals.
3
4        13.  Apparatus of Claim 12 wherein said first means
5    also compresses data, so that said digital video signal is a
6    compressed video signal, and wherein said third means is a
7    video tape cassette capable of receiving said digital video
8    signal from said second means, and third means also being
9    capable of receiving and storing said reconverted analog
10   video signal from said first means.
11
12       14.  Apparatus of Claim 12 wherein said third means is
13   remote from said first and second means and said fourth
14   means comprises a microwave transceiver.
15
16       15.  Apparatus of Claim 12 wherein said third means is
17   remote from said first and second means and said fourth
18   means comprises an optical fiber.
19
20       16.  Apparatus of Claim 12 wherein said third and
21   fourth means is remote from said first and second means and
22   said fourth means comprises a telephone line.
23
24       17.  Apparatus comprising:
25           first means for receiving and converting an analog
26   audio signal to a digital audio signal;
27           second means for storing said digital audio
28   signal, wherein said first means also receives said
29   digital audio signal from said second means and
30   reconverts said digital audio signal back to an analog
31   audio signal for listening;
32           third means for storing data; and
33           fourth means for transferring said digital audio
34   signal from said second means to said third means,
35   thereby makng said second means available for receiving
36   and storing additional digital audio signals.
37
38       18.  Apparatus of Claim 17 wherein said first means

- 24 -

CPP/M-91

1   also compresses data, so that said digital audio signal is a
2   compressed digital audio signal, and wherein said third
3   means is a audio tape cassette capable of receiving said
4   digital audio signal from said second means, and third means
5   also being capable of receiving and storing said reconverted
6   analog audio signal from said first means.
7
8       19.  Apparatus of Claim 17 wherein said third means is
9   remote from said first and second means and said fourth
10  means comprises a microwave transceiver.
11
12      20.  Apparatus of Claim 17 wherein said third means is
13  remote from said first and second means and said fourth
14  means comprises an optical fiber.
15
16      21.  Apparatus of Claim 17 wherein said third and
17  fourth means is remote from said first and second means and
18  said fourth means comprises a telephone line.
19
20      22.  Apparatus comprising:
21          receiving means for receiving and storing an audio
22  signal in a first memory means during a first time
23  period;
24          communication means for communicating said stored
25  audio signal during a second time period substantially
26  less than said first time period.
27
28      23.  Apparatus of Claim 22 wherein said receiving means
29  converts said received audio signal from an analog to
30  digital format prior to storage, and said communication
31  means transmits said stored audio signal to a location
32  remote from said apparatus.
33
34      24.  Apparatus comprising:
35          receiving means for receiving and storing an audio
36  signal in a first memory means during a first time
37  period;
38          means for providing said stored audio signal to a

- 25 -

APBU-00000436

CPP/M-914

1  speaker so that said signal can be listened to during a
2  second time period substantially greater than said
3  first time period.
4
5      25.  Apparatus of Claim 24 wherein said receiving means
6  receives said audio signal in digital format and converts
7  said received audio signal from said digital format to an
8  analog format, said receiving means receiving said audio
9  signal from a location remote from said apparatus.
10
11
12  add 91
13
14
15
16
17  add c2
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38

-26-

APBU-00000437

CPP/M-914

08/896727

AUDIO/VIDEO RECORDER/TRANSCEIVER

Richard A. Lang

## ABSTRACT OF THE DISCLOSURE

An improved video recorder/transceiver with expanded
functionality ("VCR-ET") including a capability for storing
video and video programs in digital format, editing such
programs, transferring such programs onto a hard copy
magnetic media, and transmitting such programs to a remote
location using a second VCR-ET. The increased functionality
is realized through the use of analog to digital conversion,
signal compression and intermediate storage in an integrated
circuit, random access memory. The recorder/transmitter has
capabilities to transmit and receive program information in
either a compressed or decompressed format over fiber optic
lines, conventional phone lines or microwaves.

I hereby certify that this correspondence is being deposited with the United States
Postal Service as express mail in an envelope addressed to: Commissioner of
Patents and Trademarks, Washington, D.C. 20231, on
19 89 . Express Mail Receipt No. 82-06 949 424

5/5/89

Date of Signature

- 27 -

APBU-00000438

CPM/M914-DEC

Docket No.:  M-914 US

DECLARATION FOR PATENT APPLICATION

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled "AUDIO/VIDEO RECORDER/TRANSCEIVER" the specification of which

(check one)    [  ] is attached hereto.
               [XX] was filed

on  May 5, 1989          as Application Serial No.  07/347,629

                and was amended

on _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)

    n/a
_____    _____    _____
(Number)        (Country)       (Day/Month/Year Filed)

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations,

- 1 -

APBU-00000439

CPM/M914-DEC

§1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| 07/289,776 | 12/27/88 | Pending |
|---|---|---|
| (Serial No.) | (Filing Date) | (Status-patented, pending, abandoned) |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

Alan H. MacPherson (24,423); Thomas S. MacDonald (17,774); Richard Franklin (19,128); Kenneth E. Leeds (30,566); Walter J. Madden, Jr., (16,661); Nathan N. Kallman (19,405); Paul J. Winters (25,246); Brian D. Ogonowsky (31,988); Edel M. Young (32,451); David W. Held (25,875); Gideon Gimian (31,955); Guy W. Shoup (26,805); Stephen L. Malaska (32,655); Forrest E. Gunnison (32,899); and Norman K. Klivans (33,003).

Address all telephone calls to    Kenneth E. Leeds
            at telephone no.    (408) 283-1222
Address all correspondence to    Kenneth E. Leeds
            SKJERVEN, MORRILL, MacPHERSON,
            FRANKLIN & FRIEL
            25 METRO DRIVE, SUITE 700
            SAN JOSE, CALIFORNIA 95110

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

1-00  Full name of sole or first inventor  RICHARD A. LANG
      Inventor's signature _____    Date  6/5/89
      Residence  Cave Creek, Arizona        AZ    Citizenship  United States
      Post Office Address  29209 N. 56th St., Cave Creek, Arizona 85331

- 2 -

APBU-00000440

08/896727



Fig. 1.A

TALK    45e
SPKR    45d

STOP    45b  45a
START
AUTO    45c
MODE    45f

6
9

45'
1A

45

602-585-0776
TRANSMITTING ON

MONITOR  11 13 15 16 17 18

12:57:17  STATUS 13
10 00 07  RECORD  2007 42

IN
OUT
EDIT

To MIDI

INPUT
15 16 17 18 11 13

35  36  37

Fig. 1

10

APBU-00000441



VIDEO OUT

RF OUT

RGB OUT

A/V TRANS/REC IN/OUT

41

42 RF MODULATOR 19

44 RGB CONVERTER WITH SYNC. 21

46 AUDIO/VIDEO TRANS/REC. 22

KEYPAD 45

39 A
38 B

43

11 AVRU 23
MEDIA
48
48'
47

12 VCU
28 CPU
29 RAM
26
COMP/DECOM
CONTROLLER 27
24 A/D
D/A 25

13 MEMORY
34
13'
34

14 CONTROLLER
33 ROM
32
31 CPU

F1G.2

35 OFF
36 OFF
37 OFF

15 VIDEO LINE OR CAMERA INPUT

16 TV RF TUNER

17 AUX. DIGITAL INPUT

18 FIBER OPTIC INPUT/OUTPUT PORT

10

APBU-00000442

H 976542
08/896727



Figure 4

APBU-00000444



APBU-00000445

PY __ OF DRAWINGS
AS ___ GINALLY FILED



*FIG. 2*

APBU-00000446





Fig. 3

APBU-00000447



PRINT OF DRAWINGS
AS ORIGINALLY FILED



Figure 4

"Express Mail" mailing label number __TB066137753__
Date of Deposit __November 14, 1992__

I hereby certify that this paper or fee is being deposited with
the United States Postal Service "Express Mail Post Office to
Addressee" service under 37 CFR 1.10 on date indicated above
and is addressed to the Commissioner of Patents and Trade-
marks, Washington, D.C. 20231.

__William E. Hein__
(Typed or printed name of person mailing paper or fee)

(Signature of person mailing paper or fee)

RULE 60 DIVISION-CONTINUATION PROGRAM APPLICATION TRANSMITTAL FORM

Attorney's Docket No. 284
Prior Application: 07/775,182
Examiner: H. Nguyen
Group Art Unit 2305

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Dear Sir:

This is a request for filing a divisional application under Rule 60 of pending
prior U.S. Patent Application Serial No. 07/775,182 originally entitled
AUDIO/VIDEO RECORDER/TRANSCEIVER filed October 11, 1991, by Richard A. Lang.

1. Enclosed is a copy of U.S. Patent Application Serial No. 07/775,182 and of
its parent U.S. Patent Application Serial No. 07/347,629, including the
declaration, as originally filed. The undersigned attorney of record hereby
verifies the enclosed papers to be a true copy of parent application Serial
No. 07/775,182 and grandparent application Serial No. 07/347,629 as originally
filed. The undersigned states that all statements made herein of his own
knowledge are true and that all statements made on information and belief are
believed to be true; and further that these statements were made with the
knowledge that willful false statements and the like so made are punishable by
fine or imprisonment, or both, under section 1001 of Title 18 of the United
States Code and that such willful false statements may jeopardize the validity
of the application or any patent issuing thereon.

2. Cancel in this application original claims 2-25 of the prior application
before calculating the filing fee.

3. The filing fee is calculated below:

    TOTAL CLAIMS: 1-20 = 0 EXTRA
    INDEPENDENT CLAIMS: 1-3 = 0 EXTRA
    BASIC FEE (SMALL ENTITY)                     = $355.00

    TOTAL FILING FEE ENCLOSED                    = $355.00

4. A verified statement claiming small entity status was filed in grandparent
application Serial No. 07/347,629. Small entity status is still proper and
desired in this Rule 60 divisional application.

5. A check in the amount of $355.00 is enclosed in payment of the filing fee
calculated above.

6. Amend the specification by canceling the paragraph immediately preceding
the section heading BACKGROUND OF THE INVENTION on page 1 of the specification
and by substituting therefor the following new heading: --Reference to
Related Applications and Patents-- and the paragraph: --This is a division of
application Serial No. 07/775,182 filed October 11, 1991, which is, in turn a

division of application Serial No. 07/347,629 filed May 5, 1989, which is, in turn, a continuation-in-part of application Serial No. 07/289,776 filed December 27, 1988.

7.  Copies of the informal drawings as originally filed are enclosed.

8.  The prior application is assigned of record to Explore Technology, Inc., 7950 East Acoma Drive, Suite 211, Scottsdale, Arizona 85260.

9.  The power of attorney in the prior application is to William E. Hein, Registration No. 26,465, P.O. Box 335, Loveland, Colorado 80539.  Since this power does not appear in the original papers, a copy of the power of attorney to Mr. Hein in the grandparent application is enclosed herewith.  Please address all future communications to the attorney of record in the prior application, William E. Hein, P.O. Box 335, Loveland, Colorado 80539.

Respectfully submitted,

Richard A. Lang

By _____
William E. Hein
Patent Attorney No. 26,465
P.O. Box 335
Loveland, Colorado 80539

November 14, 1992
(303) 667-6741
Loveland, Colorado

2

APBU-00000450



"Express Mail" mailing label number TB066137753
Date of Deposit November 14, 1992

I hereby certify that this paper or fee is being deposited with
the United States Postal Service "Express Mail Post Office to
Addressee" service under 37 CFR 1.10 on date indicated above
and is addressed to the Commissioner of Patents and Trade-
marks, Washington, D.C. 20231.

William E. Hein

(Typed or printed name of person mailing paper or fee)

(Signature of person mailing paper or fee)

RULE 60 DIVISION-CONTINUATION PROGRAM APPLICATION TRANSMITTAL FORM

Attorney's Docket No. 284
Prior Application: 07/775,182
Examiner: H. Nguyen
Group Art Unit 2305

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Dear Sir:

This is a request for filing a divisional application under Rule 60 of pending
prior U.S. Patent Application Serial No. 07/775,182 originally entitled
AUDIO/VIDEO RECORDER/TRANSCEIVER filed October 11, 1991, by Richard A. Lang.

1.  Enclosed is a copy of U.S. Patent Application Serial No. 07/775,182 and of
its parent U.S. Patent Application Serial No. 07/347,629, including the
declaration, as originally filed.  The undersigned attorney of record hereby
verifies the enclosed papers to be a true copy of parent application Serial
No. 07/775,182 and grandparent application Serial No. 07/347,629 as originally
filed.  The undersigned states that all statements made herein of his own
knowledge are true and that all statements made on information and belief are
believed to be true; and further that these statements were made with the
knowledge that willful false statements and the like so made are punishable by
fine or imprisonment, or both, under section 1001 of Title 18 of the United
States Code and that such willful false statements may jeopardize the validity
of the application or any patent issuing thereon.

2.  Cancel in this application original claims 2-25 of the prior application
before calculating the filing fee.

3.  The filing fee is calculated below:

    TOTAL CLAIMS:  1-20 = 0 EXTRA
    INDEPENDENT CLAIMS:  1-3 = 0 EXTRA
    BASIC FEE (SMALL ENTITY)              = $355.00

    TOTAL FILING FEE ENCLOSED             = $355.00

4.  A verified statement claiming small entity status was filed in grandparent
application Serial No. 07/347,629.  Small entity status is still proper and
desired in this Rule 60 divisional application.

5.  A check in the amount of $355.00 is enclosed in payment of the filing fee
calculated above.

6.  Amend the specification by canceling the paragraph immediately preceding
the section heading BACKGROUND OF THE INVENTION on page 1 of the specification
and by substituting therefor the following new heading:  --Reference to
Related Applications and Patents-- and the paragraph:  --This is a division of
application Serial No. 07/775,182 filed October 11, 1991, which is, in turn a

division of application Serial No. 07/347,629 filed May 5, 1989, which is, in turn, a continuation-in-part of application Serial No. 07/289,776 filed December 27, 1988.--.

7.  Copies of the informal drawings as originally filed are enclosed.

8.  The prior application is assigned of record to Explore Technology, Inc., 7950 East Acoma Drive, Suite 211, Scottsdale, Arizona 85260.

9.  The power of attorney in the prior application is to William E. Hein, Registration No. 26,465, P.O. Box 335, Loveland, Colorado 80539.  Since this power does not appear in the original papers, a copy of the power of attorney to Mr. Hein in the grandparent application is enclosed herewith.  Please address all future communications to the attorney of record in the prior application, William E. Hein, P.O. Box 335, Loveland, Colorado 80539.

Respectfully submitted,

Richard A. Lang

By _____
William E. Hein
Patent Attorney No. 26,465
P.O. Box 335
Loveland, Colorado 80539

November 14, 1992
(303) 667-6741
Loveland, Colorado

2

APBU-00000452

PATENT APPLICATION SERIAL NO. 07/976542



U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

160 MG 11/30/92 07976542          1 201    355.00 CK 284

PTO-1556
(5/87)

APBU-00000453



*J. Johnson*
*#14 2-5-93*
*Prior Art*
*Statement*

RECEIVED

93 JAN 12 AM 7: 48

IN THE                    GROUP 260

UNITED STATES PATENT AND TRADEMARK OFFICE

ART UNIT 2615

Examiner

Richard A. Lang

CASE        284

SERIAL NO.  07/976,542

FILED       November 16, 1992

SUBJECT     AUDIO/VIDEO RECORDER/TRANSCEIVER

---

THE COMMISSIONER OF PATENTS AND TRADEMARKS
   WASHINGTON, D.C.  20231

SIR:

### INFORMATION DISCLOSURE STATEMENT

        Pursuant to the provisions of 37 CFR 1.56, 1.97, and 1.98, applicant

cites herein twenty-one U.S. patent references which were cited in parent

application Serial No. 07/775,182.  Enclosed are two sheets of Form PTO-1449

on which the twenty-one references are cited.  Copies of those references are

not enclosed since they were submitted in the parent application.

                        Respectfully submitted,

                        Richard A. Lang

                        By _____
                           William E. Hein
                           Patent Attorney #26,465

December 19, 1992
(303) 667-6741
Loveland, Colorado

I hereby certify that this correspondence is being deposited
with the United States Postal Service as first class mail in an
envelope addressed to: Commissioner of Patents and Trade-
marks. Washington, D.C. 20231, on December 19, 1992.
                                                  Date

_____
          William E. Hein
Name of applicant, assignee, or
      Registered Representative

_____
          Signature

          December 19, 1992
                Date

1

Sheet __1__ of __2__

| LIST OF PATENTS, PUBLICATIONS, AND OTHER INFORMATION DISCLOSED BY APPLICANT (Use several sheets if necessary) 1992 | ATTY. DOCKET NO. 284 | SERIAL NO. RECEIVED 08/89/6127 |
|---|---|---|
| | APPLICANT Richard A. Lang | 93 JAN 12 AM 7:48 |
| | FILING DATE November 16, 1992 | GROUP GROUP 260 2913 |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| kn | AA | 4 1 7 9 7 0 9 | 12/1979 | Workman | 353 | 133 | |
| kn | AB | 4 4 0 0 7 1 7 | 8/1983 | Southworth et al. | 358 | 13 | |
| kn | AC | 4 5 0 6 3 8 7 | 3/1985 | Walter | 455 | 612 | |
| kn | AD | 4 5 1 1 9 3 4 | 4/1985 | Ohira et al. | 360 | 55 | |
| kn | AE | 4 5 1 6 1 5 6 | 5/1985 | Fabris et al. | 358 | 85 | |
| kn | AF | 4 5 6 3 7 1 0 | 1/1986 | Baldwin | 360 | 9.1 | |
| kn | AG | 4 6 2 5 0 8 0 | 11/1986 | Scott | 379 | 104 | |
| kn | AH | 4 6 5 4 4 8 4 | 3/1987 | Reiffel et al. | 379 | 53 | |
| kn | AI | 4 6 9 8 6 6 4 | 10/1987 | Nichols et al. | 358 | 10 | |
| kn | AJ | 4 7 0 9 4 1 8 | 11/1987 | Fox et al. | 455 | 612 | |
| kn | AK | 4 7 2 4 4 9 1 | 2/1988 | Lambert | 358 | 310 | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | TRANSLATION NO |
|---|---|---|---|---|---|---|---|---|
| | AL | | | | | | | |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | AR | |
| | AS | |
| | AT | |

| EXAMINER Huy Nguyen | DATE CONSIDERED 4/16/93 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

APBU-00000455

Sheet __2__ of __2__

| LIST OF PATENTS, PUBLICATIONS, AND OTHER INFORMATION DISCLOSED BY APPLICANT (Use several sheets if necessary) | | ATTY. DOCKET NO. 284 | SERIAL NO. 07/976,542 08/896727 |
|---|---|---|---|
| | | APPLICANT Richard A. Lang | |
| | | FILING DATE November 16, 1992 | GROUP 2615 |

**U.S. PATENT DOCUMENTS**

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| HN | AA | 4 7 3 6 2 3 9 | 4/1988 | Sprague et al. | 358 | 21R | |
| HN | AB | 4 7 4 3 9 5 9 | 5/1988 | Frederiksen | 358 | 11 | |
| HN | AC | 4 7 5 0 0 3 4 | 6/1988 | Lem | 358 | 84 | |
| HN | AD | 4 7 6 8 1 1 0 | 8/1988 | Dunlap et al. | 360 | 33.1 | |
| HN | AE | 4 7 7 4 5 7 4 | 9/1988 | Daly et al. | 358 | 133 | |
| HN | AF | 4 8 2 1 2 0 8 | 4/1989 | Ryan et al. | 364 | 518 | 10/1986 |
| HN | AG | 4 8 5 1 9 3 1 | 7/1989 | Parker et al. | 360 | 15 | 2/1987 |
| HN | AH | 4 8 6 8 6 5 3 | 9/1989 | Golin et al. | 358 | 133 | 10/1987 |
| HN | AI | 4 9 1 8 5 2 3 | 4/1990 | Simon et al. | 358 | 133 | 10/1987 |
| HN | AJ | 4 4 4 6 4 9 0 | 5/1984 | Hoshimi et al. | 360 | 32 | |
| | AK | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AL | | | | | | | |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

**OTHER DOCUMENTS** *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | AR | |
| | AS | |
| | AT | |

| EXAMINER Huy Nguyen | DATE CONSIDERED 4/16/93 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

APBU-00000456



748.00
74.00

203
508

D Johnson
2-10-93
#5
Pre- B
# 5

IN THE

UNITED STATES PATENT AND TRADEMARK OFFICE

ART UNIT 2615

Examiner

2/10/8

Richard A. Lang

CASE        284

SERIAL NO.  07/976,542

FILED       November 16, 1992

SUBJECT     AUDIO/VIDEO RECORDER/TRANSCEIVER

93 JAN 26 PM 3: 28
GROUP 260
RECEIVED

THE COMMISSIONER OF PATENTS AND TRADEMARKS
    WASHINGTON, D.C.  20231

SIR:

## Preliminary Amendment

Please amend the above-identified Rule 60 divisional patent application
by canceling claim 1 and adding claims 26-113 as follows:

26.  An audio/video transceiver apparatus comprising:

input means for receiving audio/video source information;

compression means, coupled to said input means, for compressing said
audio/video source information into a time compressed representation thereof;

storage means, coupled to said compression means, for storing the time
compressed representation of said audio/video source information; and

output means, coupled to said storage means, for receiving the time
compressed representation of said audio/video source information stored in
said storage means and for serially transmitting said time compressed
representation of said audio/video source information in a burst time period
that is shorter than a time period associated with real time viewing of said
audio/video source information.

B1
Don't

SUB
D2    27.  An audio/video transceiver apparatus as in claim 26 further

040 KK 01/12/93 07976542          1 203    748.00 CK
040 KK 01/12/93 07976542          1 202     74.00 CK

1

APBU-00000457

comprising editing means, coupled to said storage means, for editing the time compressed representation of said audio/video source information stored in said storage means and for storing the edited time compressed representation of said audio/video source information in said storage means; and wherein said output means is operative for receiving the edited time compressed representation of said audio/video source information stored in said storage means for transmission away from said audio/video transceiver apparatus.

28. An audio/video transceiver apparatus as in claim 27 further comprising monitor means for enabling the user to selectively identify the time compressed representation of said audio/video source information stored in said storage means during editing.

29. An audio/video transceiver apparatus as in claim 26 wherein said output means comprises a fiber optic output port for coupling said audio/video transceiver apparatus to a fiber optic transmission line.

30. An audio/video transceiver apparatus as in claim 26 wherein said output means comprises a modem for coupling said audio/video transceiver apparatus to a telephone transmission line.

31. An audio/video transceiver apparatus as in claim 26 wherein said storage means comprises an optical disc.

32. An audio/video transceiver apparatus as in claim 26 wherein said storage means comprises a semiconductor memory.

33. An audio/video transceiver apparatus as in claim 26 wherein:

said audio/video source information comprises analog audio/video source information;

said audio/video transceiver apparatus further comprises analog to digital converter means for converting said analog audio/video source information to corresponding digital audio/video source information;

said compression means is operative for compressing said corresponding digital audio/video source information into a digital time compressed representation thereof; and

2

APBU-00000458

said storage means is operative for storing said digital time compressed representation of said corresponding digital audio/video source information.

34. An audio/video transceiver apparatus as in claim 26 wherein:

said audio/video source information comprises digital audio/video source information;

said compression means is operative for compressing said digital audio/video source information into a digital time compressed representation thereof; and

said storage means is operative for storing said digital time compressed representation of said digital audio/video source information.

35. An audio/video transceiver apparatus as in claim 33 wherein said input means is coupled to an external television camera and said analog audio/video source information comprises information received from said external television camera.

36. An audio/video transceiver apparatus as in claim 33 wherein said input means is coupled to an external analog video tape recorder and said analog audio/video source information comprises information received from said external analog video tape recorder.

37. An audio/video transceiver apparatus as in claim 33 wherein said input means is coupled to an external television RF tuner and said analog audio/video source information comprises information received from said external television RF tuner.

38. An audio/video transceiver apparatus as in claim 33 wherein said input means comprises television RF tuner means coupled to an external television antenna and said analog audio/video source information comprises information transmitted by a remotely located television transmitter.

39. An audio/video transceiver apparatus as in claim 33 wherein said input means comprises television RF tuner means coupled to an external cable television system and said analog audio/video source information comprises

3

APBU-00000459

information received from said external cable television system.

    40.  An audio/video transceiver apparatus as in claim 34 wherein said input means is coupled to an external computer and said digital audio/video source information comprises computer-generated audio/video information.

    41.  An audio/video transceiver apparatus as in claim 34 wherein said input means comprises a fiber optic input port coupled to a fiber optic transmission line and said digital audio/video source information comprises information received over said fiber optic transmission line.

    42.  An audio/video transceiver apparatus comprising:

    input means for receiving audio/video source information as a time compressed representation thereof, said audio/video source information comprising a multiplicity of video frames in the form of one or more full motion video programs, said time compressed representation of said audio/video source information being received over an associated burst time period that is shorter than a time period associated with real time viewing of said audio/video source information;

    storage means, coupled to said input means, for storing the time compressed representation of said audio/video source information received by said input means; and

    output means, coupled to said storage means, for receiving the time compressed representation of said audio/video source information stored in said storage means and for serially transmitting said time compressed representation of said audio/video source information away from said audio/video transceiver apparatus.

    43.  An audio/video transceiver apparatus as in claim 42 wherein:

    said input means comprises a fiber optic input port;

    said input means is coupled, via a fiber optic transmission line, to a video library, said video library storing a multiplicity of programs, each of said programs comprising a multiplicity of video frames in the form of a full motion video program, each of said programs being stored in said time

4

APBU-00000460

compressed representation for selective retrieval, in said associated burst time period over said fiber optic transmission line, by the user.

44. An audio/video transceiver apparatus as in claim 42 in combination with a video library, coupled via a communication link with said audio/video transceiver apparatus, said video library storing a multiplicity of programs, each of said programs comprising a multiplicity of video frames in the form of a full motion video program, each of said programs being stored in said time compressed representation for selective retrieval, in said associated burst time period, over said communication link.

45. An audio/video transceiver apparatus as in claim 26 further comprising:

decompression means, coupled to said storage means, for selectively decompressing said time compressed representation of said audio/video source information stored in said storage means; and

editing means, coupled to said storage means and decompression means, for editing said selectively decompressed time compressed representation of said audio/video source information, and for storing said edited selectively decompressed time compressed representation of said audio/video source information in said storage means.

46. An audio/video transceiver apparatus as in claim 26 further comprising:

decompression means, coupled to said storage means, for selectively decompressing said time compressed representation of said audio/video source information stored in said storage means; and

editing means, coupled to said storage means and decompression means, for editing said selectively decompressed time compressed representation of said audio/video source information;

wherein said compression means is operative for recompressing the edited selectively decompressed time compressed representation of said audio/video source information; and

5

APBU-00000461

wherein said storage means is operative for storing the recompressed selectively decompressed time compressed representation of said audio/video source information.

47. An audio/video transceiver apparatus as in claim 26 further comprising:

decompression means, coupled to said storage means, for selectively decompressing the time compressed representation of said audio/video source information stored in said storage means; and

monitor means for enabling the user to view the selectively decompressed time compressed representation of said audio/video source information.

48. An audio/video transceiver apparatus as in claim 33 further comprising:

decompression means, coupled to said storage means, for selectively decompressing the digital time compressed representation of said corresponding digital audio/video source information stored in said storage means; and

editing means, coupled to said storage means and decompression means, for editing the decompressed digital time compressed representation of said corresponding digital audio/video source information and for then storing the edited decompressed digital time compressed representation of said corresponding digital audio/video source information in said random access storage means.

49. An audio/video transceiver apparatus as in claim 48 further comprising monitor means for enabling the user to selectively view the decompressed digital time compressed representation of said corresponding digital audio/video source information during editing.

50. An audio/video transceiver apparatus as in claim 33 further comprising:

decompression means, coupled to said storage means, for selectively decompressing the digital time compressed representation of said corresponding

6

APBU-00000462

digital audio/video source information stored in said storage means; and

monitor means, coupled to said decompression means, for enabling the user to selectively view the decompressed digital time compressed representation of said corresponding digital audio/video source information.

51. An audio/video transceiver apparatus as in claim 34 further comprising:

decompression means, coupled to said storage means, for selectively decompressing the digital time compressed representation of said digital audio/video source information stored in said random access memory means; and

editing means, coupled to said storage means and decompression means, for editing the decompressed digital time compressed representation of said digital audio/video source information;

said storage means thereafter being operative for storing the edited decompressed digital time compressed representation of said digital audio/video source information in said storage means.

52. An audio/video transceiver apparatus as in claim 51 further comprising monitor means for enabling the user to selectively view the decompressed digital time compressed representation of said digital audio/video source information during editing.

53. An audio/video transceiver apparatus as in claim 34 further comprising:

decompression means, coupled to said storage means, for selectively decompressing the digital time compressed representation of said digital audio/video source information stored in said random access memory means; and

monitor means, coupled to said decompression means, for enabling the user to selectively view the decompressed digital time compressed representation of said digital audio/video source information.

54. An audio/video transceiver apparatus as in claim 33 further comprising a video tape recorder for providing said analog audio/video source information.

7

APBU-00000463

55. An audio/video information transfer network comprising:

a plurality of audio/video transceivers, coupled via one or more communications links, each of said audio/video transceivers comprising:

input means for receiving audio/video source information, said audio/video source information comprising a multiplicity of video frames in the form of one or more full motion video programs;

compression means, coupled to said input means, for compressing said audio/video source information into a time compressed representation thereof having an associated burst time period that is shorter than a time period associated with real time viewing of said audio/video source information;

storage means, coupled to said compression means, for storing the time compressed representation of said audio/video source information; and

output means, coupled to said storage means and to one of said one or more communications links, for receiving the time compressed representation of said audio/video source information stored in said storage means and for serially transmitting said time compressed representation of said audio/video source information in said burst time period to another one of said plurality of audio/video transceivers.

56. An audio/video information transfer network as in claim 55 wherein said input means of one of said plurality of audio/video transceivers comprises a fiber optic input port, said output means of another one of said plurality of audio/video transceivers comprises a fiber optic output port, and one of said one or more communications links comprises a fiber optic transmission line coupled between said fiber optic input port and said fiber optic output port.

57. An audio/video information transfer network as in claim 55 wherein said output means of one of said plurality of audio/video transceivers comprises a modem and one of said one or more communications links comprises a telephone transmission line.

58. An audio/video information transfer network as in claim 55 wherein

8

APBU-00000464

said storage means comprises an optical disc memory.

59.  An audio/video information transfer network as in claim 55 wherein said storage means comprsies a semiconductor memory.

60.  An audio/video information transfer network as in claim 55 wherein said storage means of one of said plurality of audio/video transceivers stores a library comprising a multiplicity of items of audio/video source information in said time compressed representation for selective transmission in said associated burst time period to another one of said audio/video transceivers.

61.  An audio/video information transfer network as in claim 55 wherein at least one of said audio/video transceivers further comprises recording means, including a removable recording medium, coupled to said ~~random access~~ storage means, for storing the time compressed representation of said audio/video source information stored in said storage means onto said removable recording medium.

62.  An audio/video information transfer network as in claim 55 wherein at least one of said audio/video transceivers further comprises:

decompression means, coupled to said storage means, for decompressing the time compressed representation of said audio/video source information stored in said storage means; and

recording means, including a removable recording medium, coupled to said decompression means, for storing the decompressed time compressed format representation of said audio/video source information onto said removable recording medium.

63.  An audio/video information transfer network as in claim 61 wherein said recording means comprises a video tape recorder and said removable recording medium comprises magnetic tape.

64.  An audio/video information transfer network as in claim 62 wherein said recording means comprises a video tape recorder and said removable recording medium comprises magnetic tape.

65.  An audio/video information transfer network as in claim 61 wherein

9

APBU-00000465

said recording means comprises a write once read many (WORM) optical disc drive and said removable recording medium comprises one or more WORM discs.

66.  An audio/video information transfer network as in claim 62 wherein said recording means comprises a write once read many (WORM) optical disc drive and said removable recording medium comprises one or more WORM discs.

67.  An audio/video information transfer network as in claim 61 wherein said recording means comprises an erasable optical disc drive and said hard copy storage medium comprises one or more erasable optical discs.

68.  An audio/video information transfer network as in claim 62 wherein said recording means comprises an erasable optical disc drive and said hard copy storage medium comprises one or more erasable optical discs.



69.  An audio/video transceiver apparatus as in claim 26 further comprising recording means, including a removable recording medium, coupled to said storage means, for storing the time compressed representation of said audio/video source information stored in said storage means onto said removable recording medium.

70.  An audio/video transceiver apparatus as in claim 27 further comprising recording means, including a removable recording medium, coupled to said storage means, for storing the edited time compressed representation of said audio/video source information stored in said storage means onto said removable recording medium.

71.  An audio/video transceiver apparatus as in claim 70 further comprising monitor means for enabling the user to selectively view the time compressed representation of said audio/video source information stored on said removable recording medium.

72.  An audio/video transceiver apparatus as in claim 42 further comprising recording means, including a removable recording medium, coupled to said storage means, for storing the time compressed representation of said audio/video source information stored in said storage means onto said removable recording medium.

10

73. An audio/video transceiver apparatus as in claim 45 further comprising recording means, including a removable recording medium, coupled to said storage means, for storing the edited decompressed time compressed representation of said audio/video source information stored in said ~~random access~~ storage means.

74. An audio/video transceiver apparatus as in claim 26 further comprising:

decompression means, coupled to said storage means, for selectively decompressing the time compressed representation of said audio/video source information stored in said storage means; and

recording means, including a removable recording medium, coupled to said decompression means, for ~~storing~~ recording the selectively decompressed time compressed representation of said audio/video source information stored in said ~~random access~~ storage means.

75. An audio/video transceiver apparatus as in claim 47 further comprising:

recording means, including a removable recording medium, coupled to said decompression means, for ~~storing~~ recording the selectively decompressed time compressed representation of said audio/video source information onto said removable recording ~~on said hard copy storage~~ medium; and

wherein said monitor means is operative for enabling the user to view the selectively decompressed time compressed representation of said audio/video source information stored on said removable recording medium.

76. An audio/video transceiver apparatus as in claim 34 further comprising CD-ROM means for providing said digital audio/video source information.

77. An audio/video transceiver apparatus as in claim 34 further comprising erasable optical disc means for providing said digital audio/video source information.

78. An audio/video transceiver apparatus as in claim 42 wherein:

11

said input means comprises television RF tuner means; and

said audio/video source information comprises a time compressed representation thereof transmitted by a remotely located television transmitter.

79. An audio/video transceiver apparatus as in claim 26 further comprising external video tape recorder means, coupled to said output means, for storing the time compressed representation of said audio/video source information stored in said storage means onto magnetic tape.

80. An audio/video transceiver apparatus as in claim 27 further comprising external video tape recorder means, coupled to said output means, for storing the edited time compressed representation of said audio/video source information stored in said storage means onto magnetic tape.

81. An audio/video transceiver apparatus as in claim 42 further comprising external video tape recorder means, coupled to said output means, for storing the time compressed representation of said audio/video source information stored in said storage means onto magnetic tape.

82. An audio/video transceiver apparatus as in claim 45 further comprising external video tape recorder means, coupled to said output means, for storing the edited decompressed time compressed representation of said audio/video source information stored in said storage means onto magnetic tape.

83. An audio/video transceiver apparatus as in claim 26 further comprising:

decompression means, coupled to said storage means, for selectively decompressing the time compressed representation of said audio/video source information stored in said storage means; and

external video tape recorder means, coupled to said output means, for storing the selectively decompressed time compressed representation of said audio/video source information stored in said storage means.

84. An audio/video transceiver apparatus as in claim 47 further

12

APBU-00000468

comprising external video tape recorder means, coupled to said output means, for storing the selectively decompressed time compressed representation of said audio/video source information onto magnetic tape.

85. An audio/video transceiver apparatus comprising:

input means for receiving analog and/or digital audio/video source information, said analog and/or digital audio/video source information comprising a multiplicity of video frames in the form of one or more full motion video programs;

analog to digital converter means for converting analog audio/video source information received at said input means to corresponding digital audio/video source information;

digital to analog converter means for converting digital audio/video source information received at said input means to corresponding analog audio/video source information;

compressor/decompressor means for compressing digital audio/video source information received at said input means or said corresponding digital audio/video source information received from said analog to digital converter means into a time compressed representation of said digital or corresponding digital audio/video source information, said time compressed representation having an associated burst time period that is shorter than a time period associated with real time viewing of said digital or corresponding digital audio/video source information, said compressor/decompressor means being further operative for decompressing said time compressed representation into a decompressed real time representation of said digital or corresponding digital audio/video source information;

central processing unit means for controlling operation of of said compressor/decompressor means;

storage means for storing said time compressed representation of said digital or corresponding digital audio/video source information and for storing said decompressed real time representation of said digital or

13

corresponding digital audio/video source information;

controller means for enabling communication between said compressor/decompressor means, said central processing unit means, and said memory means; and

output means for receiving said time compressed representation of said digital or corresponding digital audio/video source information stored in said storage means and for serially transmitting said time compressed representation away from said audio/video transceiver apparatus in said burst time period.

86. An audio/video transceiver apparatus as in claim 85 further comprising time base generator means for supplying timing information for association with said time compressed representation of said digital or corresponding digital audio/video source information.

87. An audio/video transceiver apparatus as in claim 85 further comprising audio/video recording means, including a recording medium, for recording said analog or corresponding analog audio/video source information onto said recording medium.

88. An audio/video transceiver apparatus as in claim 85 further comprising audio/video recording means, including a recording medium, for recording said digital or corresponding digital audio/video source information onto said recording medium.

89. An audio/video transceiver apparatus as in claim 87 wherein said recording medium comprises magnetic tape.

90. An audio/video transceiver apparatus as in claim 88 wherein said recording medium comprises magnetic tape.

91. An audio/video transceiver apparatus as in claim 88 wherein said recording medium comprises a CD-ROM.

92. An audio/video transceiver apparatus as in claim 88 wherein said recording medium comprises a WORM optical disc.

93. An audio/video transceiver apparatus as in claim 88 wherein said

14

APBU-00000470

recording medium comprises an erasable optical disc.

94.  An audio/video transceiver apparatus as in claim 85 further comprising audio/video recording and playback means coupled to said input means for providing said analog and/or digital audio/video source information.

95.  An audio/video transceiver apparatus as in claim 85 further comprising high speed bus means coupled to said input means, and wherein said input means comprises auxiliary digital input means for receiving said digital audio/video source information.

96.  An audio/video transceiver apparatus as in claim 95 wherein said high speed bus means comprises an optical bus.

97.  An audio/video transceiver apparatus as in claim 85 further comprising high speed bus means coupled to said input means, and wherein said input means comprises fiber optic input means for receiving said digital audio/video source information.

98.  An audio/video transceiver apparatus as in claim 85 further comprising high speed bus means, and wherein said analog to digital converter means, digital to analog converter means, compressor/decompressor means, central processing unit means, and controller means are coupled to said storage means via said high speed bus means.

99.  An audio/video transceiver apparatus as in claim 85 further comprising:

digital control unit means, said digital control unit means comprising: additional central processing unit means;

read-only memory means coupled to said additional central processing unit means for storing microinstructions defining a plurality of selected editing functions; and

additional controller means for enabling communication between said additional central processing unit means and said read-only memory means;

said additional central processing unit means being operative for selectively executing the microinstructions stored in said read-only memory

15