Serial Number: 08/896,727                                                          Page 9

Art Unit: 2712

(703) 308-5399,  (for informal or draft communications, please label "PROPOSED" or

"DRAFT")

Hand-delivered responses should be brought to Crystal Park II,  2121 Crystal Drive, Arlington.

VA., Sixth Floor  (Receptionist).

H.N

November 22, 1997

APBU-00000632

Dockets.Justia.com

JUN-02-1998  16:15    IVI\ SAN FRANCISCO    415 351 3592    P.02

32-032  2/2

Approved for use through 10/31/99. OMB 0651-0031
PTO/SB/67 (10-96)
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| POWER TO INSPECT / COPY | Docket Number (Optional) |
|---|---|

| Received JUN 0 4 1998 Group 2700 | In re Application of Richard Lang | |
|---|---|---|
| | Application Number 08/624/958 | Filed 3/28/16 |
| | Group Art Unit 2712 | Examiner Huy Nguyen |
| | | Paper No. 34 |

Assistant Commissioner for Patents
Washington, DC 20231

Please permit the following person(s) to inspect and make copies of the above identified application:
**Ghayour Shoaib, Chhun Pho or Henry Doung all of Faxpat**

_____
_____

I am the:

[X]  Applicant.

☐  Assignee of record of the entire interest.

☐  Attorney or agent of record Registration No. _____

Signature _____    June 2, 1998
Date

Richard Lang
Typed or printed name

Chairman, CEO
Title (Officer of company or corporate assignee)

| FOR PTO USE ONLY |
|---|
| Approved by: _____ (initials) |
| Unit _____ |

Burden Hour Statement: This form is estimated to take 0.1 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO Assistant Commissioner for Patents, Washington, DC 20231

APBU-00000633



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/896,727 | 07/18/97 | LANG | R | 639.US |

LM11/0708

MARK A SOCKOL
2225 EAST BAYSHORE ROAD STE 200
PALO ALTO CA 94303

| EXAMINER |
|---|
| NGUYEN, H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2712 | 36 |

DATE MAILED:   07/08/98

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

1- File Copy

APBU-00000634

| *Notice of Abandonment* | Application No. 08/896,727 | Applicant(s) Lang |
|---|---|---|
| | Examiner Huy Nguyen | Group Art Unit 2712 |

This application is abandoned in view of:

☒ applicant's failure to timely file a proper response to the Office letter mailed on ___Nov 25, 1997___ .

    ☐ A response (with a Certificate of Mailing or Transmission of _____) was received on _____ , which is after the expiration of the period for response (including a total extension of time of ____ month(s)) which expired on _____ .

    ☐ A proposed response was received on _____ , but it does not constitute a proper response to the final rejection.

    (A proper response to a final rejection consists only of: a timely filed amendment which places the application in condition for allowance; a Notice of Appeal; or the filing of a continuing application under 37 CFR 1.62 (FWC)).

    ☒ No response has been received.

☐ applicant's failure to timely pay the required issue fee within the statutory period of three months from the mailing date of the Notice of Allowance.

    ☐ The issue fee (with a Certificate of Mailing or Transmission of _____) was received on _____ .

    ☐ The submitted issue fee of $_____ is insufficient. The issue fee required by 37 CFR 1.18 is $_____ .

    ☐ The issue fee has not been received.

☐ applicant's failure to timely file new formal drawings as required in the Notice of Allowability.

    ☐ Proposed new formal drawings (with a Certificate of Mailing or Transmission of _____) were received on _____ .

    ☐ The proposed new formal drawings filed _____ are not acceptable.

    ☐ No proposed new formal drawings have been received.

☐ the express abandonment under 37 CFR 1.62(g) in favor of the FWC application filed on _____ .

☐ the letter of express abandonment which is signed by the attorney or agent of record, the assignee of the entire interest, or all of the applicants.

☐ the letter of express abandonment which is signed by an attorney or agent (acting in a representative capacity under 37 CFR 1.34(a)) upon the filing of a continuing application.

☐ the decision by the Board of Patent Appeals and Interferences rendered on _____ and because the period for seeking court review of the decision has expired and there are no allowed claims.

☐ the reason(s) below:

HUY TRAN
PRIMARY EXAMINER

U. S. Patent and Trademark Office
PTO-1432 (Rev. 5-95)          Notice of Abandonment          Part of Paper No. __35__

APBU-00000635



#36
J. Douglas
7/15/98

## IN THE
## UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICANT:          Richard Lang

SERIAL NO.:         08/896,727

FILING DATE:        July 18, 1997

TITLE:              Burst Transmission Apparatus and Method for
                    Audio/Video Information

EXAMINER:           Huy Nguyen

GROUP ART UNIT:     2712

ATTY.DKT.NO.:       816US

RECEIVED
98 JUN -5 PM 1:13
GROUP 2700

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, DC 20231

### REQUEST FOR A THREE MONTH EXTENSION OF TIME

SIR:

Applicant hereby requests a three-month extension of time in responding to the
Patent Office communication mailed November 25, 1997. Enclosed herewith is a check
in the amount of $475.00 pursuant to 37 C.F.R. §1.17(c).

Please charge our Deposit Account No. 06-0600 for additional fees that may be
incurred. A duplicate copy of this letter is enclosed for this purpose.

Respectfully submitted,
Richard Lang

Date: _May 26, 1998_          By: _____
                                   Charles B. Katz, Reg. No. 36,564
                                   CARR & FERRELL LLP
                                   2225 East Bayshore Road, Suite 200
                                   Palo Alto, CA 94303
                                   TEL: (650) 812-3400
                                   FAX: (650) 812-3444

06/03/1998 RMABAT    00000033 08896727
01 FC:217                    475.00 OP



IN THE
UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICANT:          Richard Lang

SERIAL NO.:         08/896,727

FILING DATE:        July 18, 1997

TITLE:              Burst Transmission Apparatus and Method for
                    Audio/Video Information

EXAMINER:           Huy Nguyen

GROUP ART UNIT:     2712

ATTY.DKT.NO.:       816US

RECEIVED
98 JUN -5 PM 1: 13
GROUP 2700

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, DC  20231

### REQUEST FOR A THREE MONTH EXTENSION OF TIME

SIR:

 Applicant hereby requests a three-month extension of time in responding to the

Patent Office communication mailed November 25, 1997. Enclosed herewith is a check

in the amount of $475.00 pursuant to 37 C.F.R. §1.17(c).

 Please charge our Deposit Account No. 06-0600 for additional fees that may be

incurred. A duplicate copy of this letter is enclosed for this purpose.

Respectfully submitted,
Richard Lang

Date: _May 26, 1998_          By: _____
                              Charles B. Katz, Reg. No. 36,564
                              CARR & FERRELL LLP
                              2225 East Bayshore Road, Suite 200
                              Palo Alto, CA 94303
                              TEL: (650) 812-3400
                              FAX: (650) 812-3444

37/I
J. Douglas
7/15/98



IN THE UNITED STATES
PATENT AND TRADEMARK OFFICE

APPLICANT:        Richard Lang

SERIAL NO.:       08/896,727

FILING DATE:      July 18, 1997

TITLE:            Burst Transmission Apparatus and Method for
                  Audio/Video Information

EXAMINER:         Huy Nguyen

ART UNIT:         2712

ATTY. DKT. NO.:   816US

RECEIVED
98 JUN -5 PM 1:13
GROUP 2700

### CERTIFICATE OF MAILING

I hereby certify that this paper is being deposited with the United
States Postal Service as first class mail in an envelope addressed to:
Assistant Commissioner for Patents, Washington, D.C. 20231, on the date
printed below:

Date: May 26, 1998

Charles B. Katz

Assistant Commissioner for Patents
Washington, DC 20231

### AMENDMENT AND RESPONSE

In response to the Office Action mailed November 25, 1997, please amend

the above-identified application as follows:

- 1 -

APBU-00000638

*In the Claims*:

Please cancel claims 27-41, 43-68, 70-113, 115-129 and 131-194 without prejudice.

Please add the following new claims 195-218:

1  195. An audio/video transceiver apparatus comprising:

2       input means for receiving audio/video source information, said

3  audio/video source information comprising a multiplicity of video frames

4  collectively representing at least one full motion video program;

5       compression means, coupled to said input means, for compressing said

6  audio/video source information into a digital time compressed representation

7  thereof, wherein said digital time compressed representation of said

8  audio/video source information is capable of being transmitted in a burst

9  transmission time period that is substantially shorter than a time period

10  associated with real time viewing by a receiver of said audio/video source

11  information;

12       storage means, coupled to said compression means, for storing said digital

13  time compressed  representation of said audio/video source information; and

14       transmission means, coupled to said storage means, for transmitting said

15  digital time compressed representation of said audio/video source information

16  away from said audio/video transceiver apparatus in said burst transmission

17  time period.

APBU-00000639

1    196. The audio/video transceiver apparatus of claim 195, further comprising

2    editing means, coupled to said storage means, for editing the digital time

3    compressed representation of said audio/video source information stored in said

4    storage means and for storing the edited digital time compressed representation

5    of said audio/video source information in said storage means.

1    197. The audio/video transceiver apparatus of claim 196, wherein said

2    transmission means is configured to receive the edited digital time compressed

3    representation of said audio/video source information and to transmit the edited

4    digital time compressed representation of said audio/video source information

5    away from said audio/video transceiver apparatus in said burst transmission

6    time period.

1    198. The audio/video transceiver apparatus of claim 195, further comprising:

2        decompression means, coupled to said storage means, for selectively

3    decompressing the digital time compressed representation of said audio /video

4    source information stored in said storage means; and

5        editing means, coupled to said decompression means and said storage

6    means, for editing the decompressed digital time compressed representation of

7    said audio/video source information, and for then storing the edited

8    decompressed digital time compressed representation of said audio/video

9    source information in said storage means.

- 3 -

APBU-00000640

5

1    199. The audio/video transceiver apparatus of claim 195, wherein said input

2    means comprise analog to digital converter means for converting analog

3    audio/video source information received at said input means to corresponding

4    digital audio/video source information.

6

1    200. An audio/video information transfer network comprising a plurality of

2    audio/video transceivers coupled via at least one communication link, each of

3    the audio/video transceivers comprising:

4        input means for receiving audio/video source information, said

5    audio/video source information comprising a multiplicity of video frames

6    collectively representing at least one full motion video program;

7        compression means, coupled to said input means, for compressing said

8    audio/video source information into a digital time compressed representation

9    thereof, wherein said digital time compressed representation of said

10   audio/video source information is capable of being transmitted in a burst

11   transmission time period that is substantially shorter than a time period

12   associated with real time viewing by a receiver of said audio/video source

13   information;

14       storage means, coupled to said compression means, for storing said digital

15   time compressed representation of said audio/video source information; and

16       transmission means, coupled to said storage means, for transmitting said

17   digital time compressed representation of said audio/video source information

- 4 -

18    away from said audio/video transceiver apparatus in said burst transmission

19    time period.

1    _201_.    The audio/video transfer network of claim _200_, wherein:

2        said input means of at least one of said plurality of audio/video

3    transceivers includes a fiber optic input port;

4        said transmission means of at least one other of said plurality of

5    audio/video transceivers includes a fiber optic output port; and

6        said at least one communication link includes a fiber optic transmission

7    line coupling in communication said fiber optic input port with said fiber optic

8    output port.

1    _202_.    The audio/video transfer network of claim _200_, wherein said transmission

2    means of at least one of said plurality of audio/video transceivers includes a

3    modem, and said at least one communication link includes a telephone

4    transmission line.

1    _203_.    The audio/video transfer network of claim _200_, wherein at least one of

2    said audio/video transceivers further comprises editing means, coupled to said

3    storage means, for editing the digital time compressed representation of said

4    audio/video source information stored in said storage means and for storing the

5    edited digital time compressed representation of said audio/video source

- 5 -

APBU-00000642

6    information in said storage means.

         10

1    ~~201.~~    The audio/video transfer network of claim ~~200~~ 6, wherein at least one of

2    said audio/video transceivers further comprises:

3         decompression means, coupled to said storage means, for selectively

4    decompressing the digital time compressed representation of said audio /video

5    source information stored in said storage means; and

6         editing means, coupled to said decompression means and said storage

7    means, for editing the decompressed digital time compressed representation of

8    said audio/video source information, and for then storing the edited

9    decompressed digital time compressed representation of said audio/video

10    source information in said storage means.

         11

1    ~~205.~~    The audio/video transceiver network of claim ~~200~~ 6, wherein at least one of

2    said plurality of audio/video transceivers further comprises analog to digital

3    converter means for converting analog audio/video source information received

4    at said input means to corresponding digital audio/video source information.

         12

1    ~~206.~~ A method for handling audio/video source information, the method

2    comprising the steps of:

3         receiving audio/video source information, said audio/video source

4    information comprising a multiplicity of video frames collectively constituting at

APBU-00000643

5    least one full motion video program;

6        compressing the received audio/video source information into a digital

7    time compressed representation thereof, the digital time compressed

8    representation of said audio/video source information having an associated

9    burst transmission time period that is substantially shorter than a time period

10   associated with real time viewing by a receiver of said audio/video source

11   information;

12       storing the digital time compressed representation of said audio/video

13   source information; and

14       transmitting, in said burst transmission time period, the stored digital time

15   compressed representation of said audio/video source information to a selected

16   destination.

1    ~~207.~~  *13*  The method of claim ~~206,~~ *12* further comprising the steps of:

2        editing the stored time compressed representation of said audio/video

3    source information; and

4        storing the edited time compressed representation of said audio/video

5    source information.

1    ~~208.~~  *14*  The method of claim ~~206,~~ *12* further comprising the step of converting the

2    received audio/video information from an analog format to a digital format.

- 7 -

APBU-00000644

15
1   209.   The method of claim 206 wherein the step of transmitting the stored

2   digital time compressed video information further comprises sending said time

3   compressed data to one of a plurality of audio/video transceivers connected

4   over at least one communications link.


16                          15
1   210.   The method of claim 209 wherein said at least one communications link

2   comprises an optical channel.


17                          15
1   211.   The method of claim 209, wherein said at least one communications link

2   comprises a telephone transmission channel.


18                          12
1   212.   The method of claim 206, further comprising the step of providing a

2   network that includes a plurality of audio/video transceivers, coupled via at

3   least one communications link, said selected destination comprising at least one

4   of said plurality of audio/video transceivers.


19                          18
1   213.   The method of claim 212, wherein said at least one communications link

2   comprises an optical channel.


20                          18
1   214.   The method of claim 212, wherein said at least one communications link

2   comprises a telephone transmission channel.


- 8 -

**APBU-00000645**

1    215.    A method for handling audio/video source information, the method

2    comprising the steps of:

3        receiving audio/video source information as a digital time compressed

4    representation thereof, said audio/video source information comprising a

5    multiplicity of video frames collectively constituting at least one full motion

6    video program selected from a video library storing a plurality of video

7    programs in a digital time compressed representation thereof for selective

8    retrieval;

9        said at least one video program being received by a receiver in a burst

10    transmission time period that is substantially shorter than a time period

11    associated with real-time viewing by a receiver of said at least one video

12    program;

13        storing the digital time compressed representation of said audio/video

14    source information; and

15        transmitting, in said burst transmission time period, the stored digital time

16    compressed representation of said audio/video source information to a selected

17    destination.

1    216.    The method of claim 215, further comprising the step of providing a

2    network that includes a plurality of audio/video transceivers, coupled via at

3    least one communications link, said selected destination comprising at least one

4    of said plurality of audio/video transceivers.

- 9 -

APBU-00000646

1    ~~217.~~    The method of claim ~~216,~~ wherein said at least one communications link

2    comprises an optical channel.

1    ~~218.~~    The method of claim ~~216,~~ wherein said at least one communications link

2    comprises a telephone transmission channel.

- 10 -

APBU-00000647

## REMARKS

Reconsideration of the Application, as amended by the present communication, is hereby respectfully requested.

Claims 27-41, 43-68, 70-113, 115-129 and 131-194 were originally presented for examination in the Application. In the Office Action dated 11/25/97, the foregoing claims were rejected under 35 U.S.C. §103(a). Responsive to the Office Action, all of the original claims have been cancelled, and new claims 195-218 have been added. It is submitted that the new claims more clearly describe the invention and distinguish the same over the prior art of record.

Before turning to the specific rejections, a discussion of the general nature of the invention may be helpful to provide a context for analysis of the claims. The present invention teaches a system and method for transmitting audio/video source information, namely full motion video programs, between devices. The audio/video information is time compressed to thereby allow transmission in a burst transmission time period which is substantially shorter than the time associated with real-time viewing of the video program by a receiver of the program. For example, a video program having an associated viewing time (i.e., running length) of one hour could be time compressed and transmitted to a receiver in a burst transmission time period which is substantially less than one hour.

The burst transmission technique employed by the invention offers significant advantages over prior art audio/video information delivery systems

- 11 -

APBU-00000648

and methods. One illustrative example involves video library systems (also known as video-on-demand systems), wherein a video program selected from a collection of multiple programs is delivered to a client in response to a request therefrom. In a conventional video library system, each (uncompressed) video program is delivered to the requesting client on a substantially real time basis, i.e., the transmission period is equal to the time associated with viewing of the program by the receiver. By using the burst transmission system and method of the present invention, the transmission throughput (i.e., the rate at which audio/video information can be delivered to the system clients given a certain amount of bandwidth) is increased, enabling servicing of a larger number of clients. Furthermore, the system's clients can be serviced faster and more efficiently than by a conventional system. Utilization of the technique embodied by the invention also lends enhanced functionality to the video library system, such as the ability to selectively "pause" or "rewind" the video program.

<u>Rejections Under 35 U.S.C. §103(a)</u>

Claims 27-41, 43-68, 70-113, 115-129, and 131-194 stand rejected under 35 U.S.C. §103(a) as being unpatentable over Izeki et al. (U.S. Pat. No. 4,974,178) in view of Hamilton et al. (U.S. Pat. No. 4,897,717). The Applicant respectfully traverses the Examiner's rejection as applied to new claims 195-218.

Izeki et al. teaches a system for editing information including pictures, sounds, and characters. The information is received through input units (43, 45)

- 12 -

and is preferably converted into a prescribed format by converting unit (46). The converted information, held in first storage means 53, is then edited by editing unit 47, and the edited information is stored in second storage means. The edited information can then be conveyed via an interface to a storage device such as magnetic tape. It is to be appreciated that the Izeki et al. device does not provide for burst transmission of video programs over a communications channel; rather, it is intended to facilitate production of a master tape comprising picture and sound information.

Hamilton et al. teaches a digital compression technique utilizing a discrete sine transform, segmentation and predictive analysis to avoid compression losses and thereby improve the quality of reconstructed images. Hamilton et al. does not teach or suggest any specific implementation of the compression technique described therein.

All of the claims in the present Application recite structures or steps wherein audio/video information representative of a video program is stored in digital time-compressed form, and the digital time-compressed audio/video information is then transmitted in a burst transmission time period substantially shorter than the time associated with real-time viewing of the audio/video information by a viewer. For example, independent claim 195 recites an audio/video transceiver comprising, inter alia:

> compression means, coupled to said input means, for compressing said audio/video source information into a digital time compressed representation thereof, wherein said digital time compressed representation of said audio/video source information

- 13 -

APBU-00000650

is capable of being transmitted in a burst transmission time period
that is substantially shorter than a time period associated with real
time viewing by a receiver of said audio/video source information;
[and]

    transmission means, coupled to said storage means, for·
transmitting said digital time compressed representation of said
audio/video source information away from said audio/video
transceiver apparatus in said burst transmission time period.

Similarly, claim 206 recites a method for handling audio/video

information, the method including the steps of, inter alia:

    compressing the received audio/video source information
into a digital time compressed representation thereof, the digital
time compressed representation of said audio/video source
information having an associated burst transmission time period
that is substantially shorter than a time period associated with real·
time viewing by a receiver of said audio/video source information;
[and]

    transmitting, in said burst transmission time period, the
stored digital time compressed representation of said audio/video
source information to a selected destination.

The time-compression/burst transmission feature recited in the claims of

the present Application is neither disclosed nor suggested by Izeki et al.,

Hamilton et al., or any of the other references of record, either taken individually

or in combination. In rejecting the originally presented claims under §103, the

Examiner states "it would be obvious to one of ordinary skill in the art to employ·

means for time-compressing audio/video information as an alternative

compressing device for the compressing means of Izeki et al. in order to increase

the transmission speed of the audio/video information as well as to increase the

capacity of storing the audio/video information of the storage means." Applicant

traverses the Examiner's assertion. It is an axiom of patent law that obviousness

APBU-00000651

cannot be established by combining the teaching of the prior art to produce the claimed invention, absent some teaching or suggestion supporting the combination. ACS Hospital Systems, Inc. v. Montefiore Hospital, 221 U.S.P.Q. 929, 932, 933 (Fed. Cir. 1984). As discussed hereinabove, Izeki et al. is directed to a very different problem than is the claimed invention. Namely, the Izeki et al. device is intended to be used for editing picture, sound and character information to produce a recording medium, whereas the system and method of the present invention enables burst transmission of full motion video programs. The "output means" (80) of Izeki et al. simply comprises an interface for transferring edited files to a master tape (see column 6, lines 61-65); it is not analogous to the transmission means or transmission step of the claimed invention. Furthermore, although Izeki et al. makes reference to processing "video information", it is apparent, based on a fair reading of the specification, that this "video information" represents still-picture information in video form (see column 2, lines 37-42). This is in sharp contrast to the claimed invention, wherein full motion video programs, having an inherent temporal element, are time compressed and transmitted.

Applicant respectfully submits that there is no motivation to combine the editing apparatus of Izeki et al. with the compression technique disclosed in Hamilton et al. Izeki et al. is simply not concerned with transmitting audio/video information away from the apparatus to one or more receivers. Furthermore, since Izeki deals with still picture information, compression of the

- 15 -

APBU-00000652

information would still not represent time compression thereof (as defined in the specification of the Application), since time compression necessarily requires that the information to be compressed have a temporal dimension.

Because all of the claims now pending in the application recite features neither taught nor suggested by the prior art references, Applicant submits that these claims are allowable, and such action is earnestly solicited.

If the Examiner has questions regarding this case, he is invited to telephone the Applicant's undersigned representative at the number given below.

Respectfully submitted,

Richard Lang

Date: _May 26, 1998_    By: _____

Charles B. Katz, Reg. No. 36,564
Carr & Ferrell LLP
2225 East Bayshore Road, Suite 200
Palo Alto, CA 94303
(650) 812-3446

- 16 -

APBU-00000653

GP 2712 4B
217

In re application of    Richard Lang

Serial No.:    08/896,727    Atty. Docket No.: 816US

Filing Date:    July 18, 1997

Title:    Burst Transmission Apparatus and Method for Audio/Video Information

ASSISTANT COMMISSIONER FOR PATENTS
Washington, D.C. 20231

Sir:

Transmitted herewith is an amendment in the above-identified application.

[ ]    Small entity status of this application under 37 CFR §§ 1.9 and 1.27 has been established by a verified statement previously submitted.

[ ]    A verified statement to establish small entity status under 37 CFR §§ 1.9 and 1.27 is enclosed.

[x]    No additional fee is required.

The filing fee has been calculated as shown below:

|  | (Col. 1) | | (Col. 2) | (Col. 3) | Small Entity | | or | Other Than a Small Entity | |
|---|---|---|---|---|---|---|---|---|---|
|  | Claims Remaining After Amendment | | Highest Number Previously Paid For | Number of Extra Claims Present | Rate | Additional Fee | or | Rate | Additional Fee |
| Total | 24 | minus | 164 | 0 | x $11 = | $0 |  | x $22 = | $ |
| Indep. | 4 | minus | 11 | 0 | x $41 = | $0 | or | x $82 = | $ |
| [ ] First Presentation of Multiple Dependent Claims | | | | | + $135 = | $0 |  | + $270 = | $ |
|  | | | | | Total Fee | $0 |  | Total Fee | $ |

\*    If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3.

\*\*    If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.

\*\*\*    If the Highest Number Previously Paid For IN THIS SPACE is less than 3, write "3" in this space. The "Highest Number Previously Paid For" (Total or Independent) is the highest number found from the equivalent box in Col. 1 of a prior amendment or the number of claims originally filed.

[ ]    Please charge my Deposit Account No. 06-0600 in the amount of $____. A duplicate copy of this sheet is attached.

[ ]    A check in the amount of $_____ is attached.

[x]    The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 06-0600. A duplicate copy of this sheet is attached.

   [x]    Any filing fees under 37 CFR ß 1.16 for the presentation of extra claims.
   [x]    Any patent application processing fees under 37 CFR § 1.17.

Respectfully submitted,

Dated: May 26, 1998

Charles B. Katz, Reg. No. 36,564
Carr & Ferrell LLP
2225 East Bayshore Road, Suite 200
Palo Alto, California 94303
TEL: (650) 812-3446
FAX: (650) 812-3444

APBU-00000654

In re application of:      Richard Lang

Serial No.:      08/896,727                                      Atty. Docket No.:  816US

Filing Date:      July 18, 1997

Title:      Burst Transmission Apparatus and Method for Audio/Video Information

ASSISTANT COMMISSIONER FOR PATENTS
Washington, D.C.  20231

Sir:
Transmitted herewith is an amendment in the above-identified application.
[ ]      Small entity status of this application under 37 CFR §§ 1.9 and 1.27 has been established by a verified statement previously submitted.
[ ]      A verified statement to establish small entity status under 37 CFR §§ 1.9 and 1.27 is enclosed.
[x]      No additional fee is required.

The filing fee has been calculated as shown below:

| | (Col. 1) | | (Col. 2) | (Col. 3) | Small Entity | | or | Other Than a Small Entity | |
|---|---|---|---|---|---|---|---|---|---|
| | Claims Remaining After Amendment | | Highest Number Previously Paid For | Number of Extra Claims Present | Rate | Additional Fee | or | Rate | Additional Fee |
| Total | 24 | minus | 164 | 0 | x $11 = | $0 | | x $22 = | $ |
| Indep. | 4 | minus | 11 | 0 | x $41 = | $0 | or | x $82 = | $ |
| [ ] First Presentation of Multiple Dependent Claims | | | | | + $135 = | $0 | | + $270 = | $ |
| | | | | | Total Fee | $0 | | Total Fee | $ |

*      If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3.
**     If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.
***    If the Highest Number Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space.  The "Highest Number Previously Paid For" (Total or Independent) is the highest number found from the equivalent box in Col. 1 of a prior amendment or the number of claims originally filed.

[ ]      Please charge my Deposit Account No. 06-0600 in the amount of $____.  **A duplicate copy of this sheet is attached.**

[ ]      A check in the amount of $_____ is attached.

[x]      The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 06-0600.  **A duplicate copy of this sheet is attached.**

      [x]      Any filing fees under 37 CFR § 1.16 for the presentation of extra claims.
      [x]      Any patent application processing fees under 37 CFR § 1.17.

Respectfully submitted,

Dated: May 26, 1998

Charles B. Katz, Reg. No. 36,564
Carr & Ferrell LLP
2225 East Bayshore Road, Suite 200
Palo Alto, California  94303
TEL:  (650) 812-3446
FAX:  (650) 812-3444

APBU-00000655



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, DC 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/896,727 | 07/18/97 | LANG | R | 639.05 |

LM02/0928

MARK A SOCKOL
2225 EAST BAYSHORE ROAD STE 200
PALO ALTO CA 94303

| EXAMINER |
|---|
| NGUYEN, H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2712 | 36 |

DATE MAILED: 9/28/98

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (REV. 2/95)                                                    1-File Copy

☆U.S. GOVERNMENT PRINTING OFFICE 1995-319-826

APBU-00000656