| **Office Action Summary** | Application No.<br>08/896,727 | Applicant(s)<br>Lang |
|---|---|---|
| | Examiner<br>Huy Nguyen | Group Art Unit<br>2712 |

☒ Responsive to communication(s) filed on _Jun 1, 1998_

☐ This action is **FINAL.**

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___three___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) _195-218_ is/are pending in the application.

    Of the above, claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) _195-218_ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐approved ☐disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐Some* ☐None  of the CERTIFIED copies of the priority documents have been

      ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____ .

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☐ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

U. S. Patent and Trademark Office<br>PTO-326 (Rev. 9-95)      Office Action Summary      Part of Paper No. __38__

APBU-00000657

Dockets.Justia.com

Application/Control Number: 08/896,727                                    Page 2

Art Unit: 2712

## DETAILED ACTION

### Double Patenting

1.      The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees.  See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970);and, *In re Thorington,* 418 F.2d 528, 163 USPQ 644 (CCPA 1969).
        A timely filed terminal disclaimer in compliance with 37 CFR 1.321© may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the conflicting application or patent is shown to be commonly owned with this application.  See 37 CFR 1.130(b).
        Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer.  A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

2.      Claims 195 -218 are rejected under the judicially created doctrine of obviousness-type

double patenting as being unpatentable over claims 1-70 of Patent No.4,963,995 .  Although the

conflicting claims are not identical, they are not patentably distinct from each other because the

difference between claims 195-218 of the present application and US Pat No .4,963,995 is that

claims 195-218.of the present application recites that the video information is representing for a

full motion program .  However, it is noted that  transmitting and receiving a video motion

program  is well known in the art at the time the invention was made . Therefore,  Official Notice

is taken and  it would have been obvious to one of ordinary skill in the art to modify  claims 1- 80

of US Pat No. 4,963,995 by proving the transreceiver as recited in claim   1-80 of the US Pat No.

APBU-00000658

Application/Control Number: 08/896,727                                          Page 3

Art Unit: 2712

4,963,995 with the video information as motion video information and transmitting the video

motion program from the transceiver apparatus to produce the claims 195-218 of the present

application.

3.     Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Huy Nguyen whose telephone number is (703) 305-4775. The examiner can

normally be reached on Monday to Friday from 6:30AM to 5:00PM.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Wendy Garber, can be reached on (703) 305-4380.

        Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the Group receptionist whose telephone number is (703) 305-3900.

4.     Any response to this action should be mailed to:

Commissioner of Patents and Trademarks

Washington, D.C. 20231

or faxed to:

(703) 308-9051, (for formal communications intended for entry)

Or:

Application/Control Number: 08/896,727                                      Page 4

Art Unit: 2712

(703) 308-5399,  (for informal or draft communications, please label "PROPOSED" or

"DRAFT")


Hand-delivered responses should be brought to Crystal Park II,  2121 Crystal Drive, Arlington.

VA., Sixth Floor  (Receptionist).


                                                              HUY T. NGUYEN
                                                           PATENT EXAMINER

H.N

September 25, 1998

APBU-00000660

MAR-25-1999  13:41    IVT, SAN FRANCISCO           415 391 3392   P.02   #39

OIPE
MAR 3 0 1999
PATENT & TRADEMARK OFFICE

4-6-99
Mfc

Please type a plus sign (+) inside this box → [+]

PTO/SB/81 (11-98)
Approved for use through 6/30/99. OMB 0651-0035
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays
a valid OMB control number.

| | |
|---|---|
| **POWER OF ATTORNEY OR AUTHORIZATION OF AGENT, NOT ACCOMPANYING APPLICATION** | Application Number: 08/896,727 |
| | Filing Date: 07/18/97 |
| | First Named Inventor: Lang |
| | Group Art Unit: 2712 |
| | Examiner Name: H. Nguyen |
| | Attorney Docket Number: 816US |

I hereby appoint:

☐ Practitioners at Customer Number [                    ] →   Place Customer Number Bar Code Label here

**OR**

☒ Practitioner(s) named below:

| Name | Registration Number |
|---|---|
| Charles B. Katz | 36,564 |
| John S. Ferrell | 34,593 |
| Robert D. Wasson | 40,218 |
| Gregory J. Koerner | 38,519 |

as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the Patent and Trademark Office connected therewith.

Please change the correspondence address for the above-identified application to:

☐ The above-mentioned Customer Number.

**OR**

| | |
|---|---|
| ☒ Firm or Individual Name | Carr & Ferrell LLP |
| Address | 2225 East Bayshore Road, Suite 200 |
| Address | |
| City | Palo Alto      State: CA      Zip: 94303 |
| Country | USA |
| Telephone | (650) 812-3400      Fax: (650) 812-3444 |

I am the:

☒ Applicant.

☐ Assignee of record of the entire interest
   *Certificate under 37 CFR 3.73(b) is enclosed*

| SIGNATURE of Applicant or Assignee of Record | |
|---|---|
| Name | Richard A. Lang |
| Signature | |
| Date | 3-26-99 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

TOTAL P.02

APBU-00000661

#40
4-6-99
Mfc

*(stamp: OIPE JC46 MAR 30 1999 PATENT & TRADEMARK OFFICE)*

PTO/SB/22 (12-97)
Approved for use through 9/30/00. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a) | Docket Number (Optional)  816US |
|---|---|

| In re Application of | Richard Lang | |
|---|---|---|
| Application Number | 08/896,727 | Filed   7-18-97 |

For Burst Transmission Apparatus and Method...

| Group Art Unit  2712 | Examiner    H. Nguyen |
|---|---|

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a response in the above identified application.

The requested extension and appropriate non-small-entity fee are as follows (check time period desired):

| | | |
|---|---|---|
| ☐ | One month  (37 CFR 1.17(a)(1)) | $_____ |
| ☐ | Two months  (37 CFR 1.17(a)(2)) | $_____ |
| X | Three months  (37 CFR 1.17(a)(3)) | $  870 |
| ☐ | Four months  (37 CFR 1.17(a)(4)) | $_____ |
| ☐ | Five months (37 CFR 1.17 (a)(5)) | $_____ |

☒ Applicant is a small entity under 37 CFR 1.9 and 1.27, therefore the fee amount shown above is reduced by one-half, and the resulting fee is: $ 435
A small entity statement under 37 CFR 1.27:

☐ is enclosed.

☒ has already been filed in this application.

☒ A check in the amount of the fee is enclosed.

☐ The Commissioner has already been authorized to charge fees in this application to a Deposit Account.

☒ The Commissioner is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account Number  06-0600 . I have enclosed a duplicate copy of this sheet.

I am the ☐ assignee of record of the entire interest.

☐ applicant.

☒ attorney or agent of record.

☐ attorney or agent under 37 CFR 1.34(a).
Registration number if acting under 37 CFR 1.34(a).

3-25-99
Date

*(signature)*
Signature

Charles B. Katz, Reg. No. 36,564
Typed or printed name

Burden Hour Statement: This form is estimated to take 0.1 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

APBU-00000662

PTO/SB/22 (12-97)
Approved for use through 9/30/00. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays
a valid OMB control number.

| PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a) | Docket Number (Optional)<br>816US |
|---|---|

| In re Application of | Richard Lang |
|---|---|

| Application Number  08/896,727 | Filed  7-18-97 |
|---|---|

| For  Burst Transmission Apparatus and Method... |
|---|

| Group Art Unit<br>2712 | Examiner<br>H. Nguyen |
|---|---|

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a response in the above identified application.

The requested extension and appropriate non-small-entity fee are as follows (check time period desired):

|  | One month  (37 CFR 1.17(a)(1)) | $_____ |
|---|---|---|
|  | Two months  (37 CFR 1.17(a)(2)) | $_____ |
| X | Three months  (37 CFR 1.17(a)(3)) | $  870 |
|  | Four months  (37 CFR 1.17(a)(4)) | $_____ |
|  | Five months  (37 CFR 1.17 (a)(5)) | $_____ |

[X] Applicant is a small entity under 37 CFR 1.9 and 1.27, therefore the fee amount shown above is reduced by one-half, and the resulting fee is: $ 435      .
A small entity statement under 37 CFR 1.27:

  [ ]  is enclosed.

  [X]  has already been filed in this application.

[X] A check in the amount of the fee is enclosed.

[ ] The Commissioner has already been authorized to charge fees in this application to a Deposit Account.

[X] The Commissioner is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account Number ___06-0800___ . I have enclosed a duplicate copy of this sheet.

I am the [ ] assignee of record of the entire interest.

  [ ]  applicant.

  [X]  attorney or agent of record.

  [ ]  attorney or agent under 37 CFR 1.34(a).
     Registration number if acting under 37 CFR 1.34(a).

_3-25-99_
Date

Signature

Charles B. Katz, Reg. No. 36,564
Typed or printed name

Burden Hour Statement: This form is estimated to take 0.1 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

OIPE JCF
MAR 3 0 1999
PATENT & TRADEMARK OFFICE

APBU-00000663

#41
4-6-99
MJC



# IN THE UNITED STATES
## PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| APPLICANT: | Richard Lang |
| SERIAL NO.: | 08/896,727 |
| FILING DATE: | July 18, 1997 |
| TITLE: | Burst Transmission Apparatus and Method for Audio/Video Information |
| EXAMINER: | Huy Nguyen |
| ART UNIT: | 2712 |
| ATTY. DKT. NO: | 816US |

**RECEIVED**

APR 0 5 1999

**Group 2700**

---

CERTIFICATE OF MAILING

I hereby certify that this paper is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on the date printed below:

Date: March 25, 1999

Charles B. Katz

---

Assistant Commissioner for Patents
Washington, DC 20231

Sir:

## RESPONSE

In response to the Office Action mailed September 28, 1998, paper number

38, please consider the remarks set forth below:

04/01/1999 NHASSAN1 00000021 08896727
01 FC:217          435.00 OP

-1-

APBU-00000664

### REMARKS

Reconsideration of the Application is hereby respectfully requested.

Claims 195-218 are pending in the Application. In the aforementioned Office Action, claims 195-218 were rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claims 1-70 of co-owned U.S. Pat. No. 4,963,995 (the '995 Patent). To overcome this rejection, Applicant has enclosed herewith a terminal disclaimer in compliance with 37 C.F.R. §1.321. Withdrawal of the rejection and passage of the Application to issue is thus believed to be in order.

If the Examiner has questions regarding this case, he is invited to telephone the Applicant's undersigned representative at the number given below.

Respectfully submitted,

Richard Lang

Date: 3-24-99

By: _____

Charles B. Katz, Reg. No. 36,564
Carr & Ferrell LLP
2225 East Bayshore Road, Suite 200
Palo Alto, CA 94303
(650) 812-3446

- 2 -

APBU-00000665

GP 2712 ⊅

In re application of:        Richard Lang

Serial No.:        08/896,727        Atty. Docket No.:  816US

Filing Date:        July 18, 1997

Title:        Burst Transmission Apparatus And Method For Audio/Video Information

RECEIVED
APR 0 5 1999
Group 2700

ASSISTANT COMMISSIONER FOR PATENTS
Washington, D.C. 20231

Sir:

Transmitted herewith is an amendment in the above-identified application.

[X]    Small entity status of this application under 37 CFR §§ 1.9 and 1.27 has been established by a verified statement previously submitted.

[ ]    A verified statement to establish small entity status under 37 CFR §§ 1.9 and 1.27 is enclosed.

[X]    No additional fee is required.

The filing fee has been calculated as shown below:

| | (Col. 1) | | (Col. 2) | (Col. 3) | Small Entity | | or | Other Than a Small Entity | |
|---|---|---|---|---|---|---|---|---|---|
| | Claims Remaining After Amendment | | Highest Number Previously Paid For | Number of Extra Claims Present | Rate | Additional Fee | or | Rate | Additional Fee |
| Total | *24 | minus | **164 | 0 | x $9 = | $ | | x $18 = | $ |
| Indep. | *4 | minus | ***11 | 0 | x $39 = | $ | or | x $78 = | $ |
| [ ] First Presentation of Multiple Dependent Claims | | | | | +$130 = | $ | | +$260 = | $ |
| | | | | | Total Fee | $0.00 | | Total Fee | $ |

*    If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3.

**    If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.

***    If the Highest Number Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space. The "Highest Number Previously Paid For" (Total or Independent) is the highest number found from the equivalent box in Col. 1 of a prior amendment or the number of claims originally filed.

[ ]    Please charge my Deposit Account No. 06-0600 in the amount of $____.  A duplicate copy of this sheet is attached.

[ ]    A check in the amount of $_____ is attached.

[X]    The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 06-0600.  **A duplicate copy of this sheet is attached.**

[x]    Any filing fees under 37 CFR § 1.16 for the presentation of extra claims.
[x]    Any patent application processing fees under 37 CFR § 1.17.

Respectfully submitted,

Dated: March 25, 1999

Charles B. Katz, Reg. No.36,564
Carr & Ferrell LLP
2225 East Bayshore Road, Suite 200
Palo Alto, California  94303
TEL:  (650) 812-3446
FAX:  (650) 812-3444

APBU-00000666

In re application of:     Richard Lang

Serial No.:     08/896,727     Atty. Docket No.: 816US

Filing Date:     July 18, 1997

Title:     Burst Transmission Apparatus And Method For Audio/Video Information

RECEIVED

ASSISTANT COMMISSIONER FOR PATENTS
Washington, D.C. 20231

APR 0 5 1999

Group 2700

Sir:

Transmitted herewith is an amendment in the above-identified application.

[X]     Small entity status of this application under 37 CFR §§ 1.9 and 1.27 has been established by a verified statement previously submitted.

[ ]     A verified statement to establish small entity status under 37 CFR §§ 1.9 and 1.27 is enclosed.

[X]     No additional fee is required.

The filing fee has been calculated as shown below:

| | (Col. 1) | | (Col. 2) | (Col. 3) | Small Entity | | or | Other Than a Small Entity | |
|---|---|---|---|---|---|---|---|---|---|
| | Claims Remaining After Amendment | | Highest Number Previously Paid For | Number of Extra Claims Present | Rate | Additional Fee | or | Rate | Additional Fee |
| Total | *24 | minus | **164 | 0 | x $9 = | $ | | x $18 = | $ |
| Indep. | *4 | minus | ***11 | 0 | x $39 = | $ | or | x $78 = | $ |
| [ ] First Presentation of Multiple Dependent Claims | | | | | +$130 = | $ | | +$260 = | $ |
| | | | | | Total Fee | $0.00 | | Total Fee | $ |

*     If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3.

**     If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.

***     If the Highest Number Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space. The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the equivalent box in Col. 1 of a prior amendment or the number of claims originally filed.

[ ]     Please charge my Deposit Account No. 06-0600 in the amount of $____. A duplicate copy of this sheet is attached.

[ ]     A check in the amount of $_____ is attached.

[X]     The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 06-0600. A duplicate copy of this sheet is attached.

     [x]     Any filing fees under 37 CFR § 1.16 for the presentation of extra claims.

     [x]     Any patent application processing fees under 37 CFR § 1.17.

Dated: March 25, 1999

Respectfully submitted,

Charles B. Katz, Reg. No.36,564
Carr & Ferrell LLP
2225 East Bayshore Road, Suite 200
Palo Alto, California 94303
TEL: (650) 812-3446
FAX: (650) 812-3444

APBU-00000667

#42

#42

PTO/SB/ 26 (10-96)
Approved for use through 10/31/99. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A PRIOR PATENT | Docket Number (Optional) 816US |
| --- | --- |

In re Application of: **Richard A. Lang**
Application No.   **08/896,727**
Filed:          **July 18, 1997**
For:            **Burst Transmission Apparatus and Method...**
                **Instant Video**

　　　　The owner*, .... Technologies,.. Inc. of 100 percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application, which would extend beyond the expiration date of the full statutory term defined in 35 U.S.C. 154 to 156 and 173, as presently shortened by any terminal disclaimer, of prior Patent No. **4,963,995** . The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

　　　　In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 to 156 and 173 of the prior patent, as presently shortened by any terminal disclaimer, in the event that it later: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims cancelled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

Check either box 1 or 2 below, if appropriate.

1. ☐　For submissions on behalf of an organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the organization.

　　　　I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

2. ☒　The undersigned is an attorney of record.

04/01/1999 NHASSAN 00000021 08896727
02 FC:248                     55.00 OP

Signature _____    Date 3-05-99

**Charles B. Katz, Reg. No. 36,564**
Typed or printed name

☒　Terminal disclaimer fee under 37 CFR 1.20(d) included.

*Certification under 37 CFR 3.73(b) is required if terminal disclaimer is signed by the assignee (owner).
Form PTO/SB/96 may be used for making this certification. See MEPP § 324.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

APBU-00000668

| *Notice of Allowability* | Application No. 08/896,727 | Applicant(s) Lang | |
|---|---|---|---|
| | Examiner HUY NGUYEN | Group Art Unit 2712 | |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to  *Amendment  filed  June  1, 1998 and Terminal Disclaimer filed  March 30,  199*

☒ The allowed claim(s) is/are  *195-218  being renumbered as 1-24*

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None  of the CERTIFIED copies of the priority documents have been

       ☐ received.

       ☐ received in Application No. (Series Code/Serial Number) _____ .

       ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____ .

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient.  A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

    ☐ because the originally filed drawings were declared by applicant to be informal.

    ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _8_ .

    ☒ including changes required by the proposed drawing correction filed on ___Sep 27, 1993___ , which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

    ☒ Notice of References Cited, PTO-892

    ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

    ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

    ☐ Interview Summary, PTO-413

    ☐ Examiner's Amendment/Comment

    ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

    ☐ Examiner's Statement of Reasons for Allowance

HUY NGUYEN
PRIMARY EXAMINER

U. S. Patent and Trademark Office
PTO-37 (Rev. 9-95)    Notice of Allowability    Part of Paper No. _43_

APBU-00000669

| *Notice of References Cited* | | Application No. 08/896,727 | | Applicant(s) Leng | |
|---|---|---|---|---|---|
| | | Examiner HUY NGUYEN | | Group Art Unit 2712 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| x | A | 5,220,420 | 6/93 | Hoarty et al | 358 | 86 |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |
| | R | | | | | | |
| | S | | | | | | |
| | T | | | | | | |

**NON-PATENT DOCUMENTS**

| * | | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|---|
| | U | | |
| | V | | |
| | W | | |
| | X | | |

* A copy of this reference is not being furnished with this Office action.
(See Manual of Patent Examining Procedure, Section 707.05(a).)

U. S. Patent and Trademark Office
PTO-892 (Rev. 9-95)          Notice of References Cited          Part of Paper No. 43

APBU-00000670



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

LM61/0901

CARR & FERRELL LLP
2225 EAST BAYSHORE ROAD STE 200
PALO ALTO CA 94303

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/896,727 | 07/18/97 | 024 | NGUYEN, H      2712 | 06/21/99 |

| First Named Applicant | LANG, | RICHARD A. |
|---|---|---|

TITLE OF INVENTION: BURST TRANSMISSION APPARATUS AND METHOD FOR AUDIO/VIDEO INFORMATION

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2  639.US | 386-046.000 | U77 | UTILITY | YES | $605.00 | 09/21/99 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-98) Approved for use through 06/30/99. (0651-0033)                        *U.S. GPO: 1998-437-639/80023



## IN THE
## UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICANT(S):          Richard Lang

SERIAL NO.:            08/896,727          BATCH NO.:          U77

FILING DATE:           July 18, 1997       NOTICE OF ALLOWANCE: June 21, 1999

TITLE:                 Burst Transmission Apparatus and Method for
                       Audio/Video Information

EXAMINER:              H. Nguyen           GROUP ART UNIT:          2712

ATTY.DKT.NO.:          PA816US

---

CERTIFICATE OF MAILING
I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Box
Issue Fee, Commissioner of Patents and Trademarks, Washington, D.C. 20231, on the date printed below:

Dated: _9/10/99_                             _John D. Henkhaus_
                                             John D. Henkhaus

BOX ISSUE FEE
ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231

RECEIVED
Publishing Division
SEP 1 6 1999

### LETTER TO THE CHIEF DRAFTSMAN

SIR:

Subject to the approval of the Primary Examiner in the above-entitled patent
application, please substitute the enclosed four (4) sheets of formal drawings containing
Figures 1 through 4 for the four (4) sheets of informal drawings containing Figures 1
through 4 previously submitted.

Respectfully submitted,

Richard Lang

Dated: _September 10, 1999_          By:     _John D. Henkhaus_
                                             John D. Henkhaus, Reg. No. 42,656
                                             CARR & FERRELL LLP
                                             2225 East Bayshore Road, Suite 200
                                             Palo Alto, CA 94303
                                             TEL: (650) 812-3467
                                             FAX: (650) 812-3444

5995705



FIG._1

APBU-00000673



**FIG._1A**



**FIG._4**

APBU-00000674



FIG._2

APBU-00000675



FIG._3

APBU-00000676

PART B—ISSUE FEE TRANSMITTAL

Complete and mail this form, together w. applicable fees, to: Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

LM61/0901

CARR & FERRELL LLP
2225 EAST BAYSHORE ROAD STE 200
PALO ALTO CA 94303

John D. Henkhaus _____ (Depositor's name)

John D. Henkhaus _____ (Signature)

9/10/99 _____ (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/896,727 | 07/18/97 | 024 | NGUYEN, H   2712 | 06/21/99 |

First Named Applicant   LANG, RICHARD A.

TITLE OF INVENTION   BURST TRANSMISSION APPARATUS AND METHOD FOR AUDIO/VIDEO INFORMATION

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2 639.US | 386-046.000 | U77 | UTILITY | YES | $605.00 | 09/21/99 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☑ "Fee Address" indication (or "Fee Address" indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Carr & Ferrell LLP

2

3

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type). PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE   Instant Video Technologies, Inc.

(B) RESIDENCE: (CITY & STATE OR COUNTRY)   San Francisco, CA

Please check the appropriate assignee category indicated below (will not be printed on the patent)
☐ Individual   ☒ corporation or other private group entity   ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☒ Issue Fee
☒ Advance Order - # of Copies   12

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER   06-0600
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☒ Issue Fee
☒ Advance Order - # of Copies   12

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature)   John D. Henkhaus, Reg. No. 42,656   (Date) 9/10/99

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**Burden Hour Statement:** This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

09/14/1999 STEFERR1 00000023 08957727
01 FC:242    605.00 OP
02 FC:561     36.00 OP

RECEIVED

SEP 15 1999

Publishing Division

TRANSMIT THIS FORM WITH FEE

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033.   Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

APBU-00000677

**PART B—ISSUE FEE TRANSMITTAL**

Complete and mail this form, together with applicable fees, to:  Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

*OIPE SEP 1 3 1999*

MAILING INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

Note: The certificate of mailing can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

LM61/0901

CARR & FERRELL LLP
2225 EAST BAYSHORE ROAD STE 200
PALO ALTO CA 94303

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

John D. Henkhaus _____ (Depositor's name)

_John D. Henkhaus_ (Signature)

9/10/99 (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/896,727 | 07/18/97 | 024 | NGUYEN, H | 2712 | 06/21/99 |

| First Named Applicant | LANG, | RICHARD A. |
|---|---|---|

TITLE OF INVENTION  BURST TRANSMISSION APPARATUS AND METHOD FOR AUDIO/VIDEO INFORMATION

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2639.US | 386-046.000 | U77 | UTILITY | YES | $605.00 | 09/21/99 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" Indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Carr & Ferrell LLP

2  _____

3  _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE  Instant Video Technologies, Inc.

(B) RESIDENCE: (CITY & STATE OR COUNTRY)  San Francisco, CA

Please check the appropriate assignee category indicated below (will not be printed on the patent)
☐ Individual  ☒ corporation or other private group entity  ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☒ Issue Fee
☒ Advance Order - # of Copies ___12___

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER ___06-0600___
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☒ Issue Fee
☒ Advance Order - # of Copies ___12___

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature)  _John D. Henkhaus, Reg. No. 42,656_  (Date) 9/10/99

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington, D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

APBU-00000678



IN THE

UNITED STATES PATENT AND TRADEMARK OFFICE

46

PATENT NO.:          5,995,705

ISSUE DATE:          November 30, 1999

TITLE:               Burst Transmission Apparatus and Method for Audio/Video
                     Information

INVENTOR:            Richard A. Lang                **APPROVED**    CERTIFICATE

ATTY.DKT.NO.:        PA816US                        'APR 15 2002    FEB 2 7 2002

COMMISSIONER FOR PATENTS                            FOR THE DIRECTOR OF USPTO    OF CORRECTION
WASHINGTON, D.C.  20231
          ATTENTION: Decision and Certificate of Correction
                     Branch of the Patent Issue Division

### REQUEST FOR CERTIFICATE OF CORRECTION OF PATENT FOR
### APPLICATION'S MISTAKE (37 C.F.R. § 1.323)

SIR:

It is noted that a minor error appears in this patent as more fully described below.  The
error occurred in good faith and correction thereof does not involve such changes in the patent as
would constitute new matter or would require re-examination.  A Certificate of Correction is
requested.

Patent number 5,995,705 ('705) is a file wrapper continuation of application No.
08/624,958, filed March 28, 1996, now abandoned, which is a continuation of application No.
07/976,542, filed Nov. 16, 1992, now abandoned, which is a division of application No.
07/775,182, filed November 11, 1991, now Pat. No. 5,164,839, which is a division of application
No. 07/347,629, filed May 5, 1989, now Pat. No. 5,057,932, which is a continuation-in-part of
application No. 07/289,776, filed December 27, 1988, now Pat. No. 4,963,995.

02/19/2002 NAHMED2  00000008 5995705
01 FC:145                     100.00 DP

1 of 4

APBU-00000679

Due to a good faith mistake by applicant, the '705 patent incorrectly identifies application No. 07/775,182 as being a division of application No. 07/289,776. It is, in fact, a division of 07/347,629, which is in turn a continuation-in-part of application No. 07/289,776. Application No 07/775,182, now Pat. No. 5,164,839, correctly identifies its heritage. Applicant's good faith error appears on the cover page of the patent under Section 63- Related U.S. Application Data.

Case law supports the classification of this type of error as being of minor character and correctable by Certificate. In the matter of *In re Lambach*,[1] Patent No. 3,009,855 ('855) was a division of application No. 753,644, which was a continuation-in-part of application No. 531,274.[2] No claim of priority was made in the '855 specification, but a reference to application No. 753,644 was made in the oath.[3] The examiner noticed the reference, and added application No. 753,644 to the specification by examiner's amendment.[4] The applicant requested a certificate of correction based on 37 CFR 1.322 (PTO mistake) or, in the alternative, 37 CFR 1.323 (Applicant mistake).[5] The court denied the 1.322 claim, finding that the mistake was, in fact, the applicants, and then denied the 1.323 claim because of the absence of any showing that the mistake was made in good faith.[6] However, the court specifically stated:

> [M]ost of the requirements for granting a Certificate appear to be met. Omission of a reference to an earlier application on which priority is based is a mistake "of minor character" which is correctable by Certificate. In re Van Esdonk et al., 187 USPQ 671. Correction would not involve the addition of new matter, since the relation between the several cases here involved is a matter of record. No reexamination would be required.[7]

The facts involved in the '705 patent are analogous to the facts involving the '855 patent. Both patents made a claim to prior application and both patents incorrectly traced the lineage of

---

[1] 202 USPQ 620 (Comm'r Pat. 1976).
[2] *Id.* at 621.
[3] *Id.*
[4] *Id.*
[5] *Id.*
[6] *Id.*

APBU-00000680

that prior application. Although the Commissioner of Patents and Trademarks denied a Certificate in *Lambrech*, the decision was based on a failure to show that the mistake was made in good faith.[8] The Commissioner went on to unequivocally state that he would grant a Certificate "if a renewed request is filed, accompanied by a suitable showing of good faith and upon payment of the required fee."[9]

Applicant's attorney (authority pursuant to 37 C.F.R. 1.34(a)) submits a statement (below) attesting to the fact that the aforementioned error was made in good faith. Applicant also encloses a check for the required fee. Should the amount on the check be insufficient, the enclosed fee transmittal form authorizes the Commissioner to charge any additional fees which may be required to Deposit Account No. 06-0600.

Because applicant has satisfied the requirements specified by the Commissioner of Patents and Trademarks, applicant respectfully requests a Certificate of Correction be sent to John S. Ferrell, Esq. at Carr & Ferrell LLP, 2225 East Bayshore Road, Suite 200, Palo Alto, California 94303.

---

I affirm and acknowledge that the error in tracing the lineage of the prior cited patent application occurred in good faith.

Date: 1/18/02                    By: _____
                                 Morgan Malino, Reg. No. 41,177
                                 Carr & Ferrell LLP

---

[7] *Id.* at 622.
[8] *In re Lambrech*, 202 USPQ 620, 622 (Comm'r Pat. 1976).
[9] *Id.*

3 of 4

APBU-00000681

Respectfully submitted,

Richard A. Lang

Dated: 1/18/02                    By: _____

Morgan Malino, Reg. No. 41,177
Carr & Ferrell *LLP*
2225 East Bayshore Road, Suite 200
Palo Alto, CA 94303
TEL: (650) 812-3400
FAX: (650) 812-3444

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner for Patents, Washington, D.C. 20231, on the date printed below:

Dated: 1/18/02                    By: _____

Morgan Malino

APBU-00000682

PTO/SB/44 (02-01)
Approved for use through 01/31/2004. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
(also Form PTO-1050)

## UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO       :  5,995,705

DATED           :  November 30, 1999

INVENTOR(S)  :  Richard Lang

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Related U.S. Application Data should read as follows:
[63] Continuation of application No. 08/624,958, filed March 28, 1996, now abandoned, which is a continuation of application No. 07/976,542, filed Nov. 16, 1992, now abandoned, which is a division of application No. 07/775,182, filed November 11, 1991, now Pat. No. 5,164,839, which is a division of application No. 07/347,629, filed May 5, 1989, now Pat. No. 5,057,932, which is a continuation-in-part of application No. 07/289,776, filed December 27, 1988, now Pat. No. 4,963,995.

MAILING ADDRESS OF SENDER:   Carr & Ferrell, LLP
2225 East Bayshore Road
Suite 200
Palo Alto, CA  94303

PATENT NO.  5,995,705

No. of additional copies

⇒

Burden Hour Statement: This form is estimated to take 1.0 hour to complete. Time will vary depending upon the needs of the individual case. Any comment on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

APBU-00000683

PTO/SB/44 (02-01)
Approved for use through 01/31/2004. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
der the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
o Form PTO-1050)

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO   : 5,995,705

DATED       : November 30, 1999

INVENTOR(S) : Richard Lang

It is certified that error appears in the above-identified patent and that said Letters Patent
is hereby corrected as shown below:

*Note* *Title Page.*

Related U.S. Application Data should read as follows:
[63] Continuation of application No. 08/624,958, filed March 28, 1996, now abandoned, which is a
continuation of application No. 07/976,542, filed Nov. 16, 1992, now abandoned, which is a division of
application No. 07/775,182, filed November 11, 1991, now Pat. No. 5,164,839, which is a division of
application No. 07/347,629, filed May 5, 1989, now Pat. No. 5,057,932, which is a continuation-in-part of
application No. 07/289,776, filed December 27, 1988, now Pat. No. 4,963,995.

MAILING ADDRESS OF SENDER:    Carr & Ferrell, LLP
                              2225 East Bayshore Road
                              Suite 200
                              Palo Alto, CA  94303

PATENT NO. 5,995,705

No. of additional copies

⇨

Burden Hour Statement: This form is estimated to take 1.0 hour to complete. Time will vary depending upon the needs of the individual case. Any comment on the
amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231.
DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

APBU-00000684

PTO/SB/17 (10-01)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
## for FY 2002

*Patent fees are subject to annual revision.*

| Complete if Known | |
|---|---|
| Application Number | 08/896,727 (Pat. No. 5,995,705) |
| Filing Date | July 18, 1997 |
| First Named Inventor | Richard A. Lang |
| Examiner Name | H. Nguyen |
| Group Art Unit | 2712 |
| Attorney Docket No. | PA816US |

TOTAL AMOUNT OF PAYMENT    ($) 100.00

## METHOD OF PAYMENT

1. [X] The Commissioner is hereby authorized to charge indicated fees and credit any overpayments to:

Deposit Account Number: 06-0600

Deposit Account Name: Carr & Ferrell, LLP

[X] Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17

[X] Applicant claims small entity status. See 37 CFR 1.27

2. [X] Payment Enclosed:
[X] Check  [ ] Credit card  [ ] Money Order  [ ] Other

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 101 | 740 | 201 | 370 | Utility filing fee | 0 |
| 106 | 330 | 206 | 165 | Design filing fee | |
| 107 | 510 | 207 | 255 | Plant filing fee | |
| 108 | 740 | 208 | 370 | Reissue filing fee | |
| 114 | 160 | 214 | 80 | Provisional filing fee | |

SUBTOTAL (1)  ($) 0

### 2. EXTRA CLAIM FEES

| | Extra Claims | | Fee from below | | Fee Paid |
|---|---|---|---|---|---|
| Total Claims | 0 | –20 = 0 | X 0 | = | 0 |
| Independent Claims | 0 | – 3 = 0 | X 0 | = | 0 |
| Multiple Dependent | | | 0 | = | 0 |

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | |
| 103 | 18 | 203 | 9 | Claims in excess of 20 | |
| 102 | 84 | 202 | 42 | Independent claims in excess of 3 | |
| 104 | 280 | 204 | 140 | Multiple dependent claim, if not paid | |
| 109 | 84 | 209 | 42 | ** Reissue independent claims over original patent | |
| 110 | 18 | 210 | 9 | ** Reissue claims in excess of 20 and over original patent | |

SUBTOTAL (2)  ($) 0

*or number previously paid, if greater; For Reissues, see above

### 3. ADDITIONAL FEES

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for ex parte reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | |
| 116 | 400 | 216 | 200 | Extension for reply within second month | |
| 117 | 920 | 217 | 460 | Extension for reply within third month | |
| 118 | 1,440 | 218 | 720 | Extension for reply within fourth month | |
| 128 | 1,960 | 228 | 980 | Extension for reply within fifth month | |
| 119 | 320 | 219 | 160 | Notice of Appeal | |
| 120 | 320 | 220 | 160 | Filing a brief in support of an appeal | |
| 121 | 280 | 221 | 140 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive - unavoidable | |
| 141 | 1,280 | 241 | 640 | Petition to revive - unintentional | |
| 142 | 1,280 | 242 | 640 | Utility issue fee (or reissue) | |
| 143 | 460 | 243 | 230 | Design issue fee | |
| 144 | 620 | 244 | 310 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 50 | 123 | 50 | Processing fee under 37 CFR 1.17(q) | |
| 126 | 180 | 126 | 180 | Submission of Information Disclosure Stmt | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | |
| 146 | 740 | 246 | 370 | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 149 | 740 | 249 | 370 | For each additional invention to be examined (37 CFR § 1.129(b)) | |
| 179 | 740 | 279 | 370 | Request for Continued Examination (RCE) | |
| 169 | 900 | 169 | 900 | Request for expedited examination of a design application | |
| Other fee (specify) Certificate of Correction (§ 1.323) | | | | | 100 |

*Reduced by Basic Filing Fee Paid    SUBTOTAL (3)  ($) 100

## SUBMITTED BY

| | | Complete (if applicable) | |
|---|---|---|---|
| Name (Print/Type) | Morgan Malino | Registration No. (Attorney/Agent) | 41,177 |
| | | Telephone | (650) 812-3400 |
| Signature | | Date | January 17, 2002 |

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

O.I.P.E. JC11  FEB 1 2 2002  PATENT & TRADEMARK OFFICE

APBU-00000685

NOTICE RE: CERTIFICATES OF CORRECTION

DATE        : 03/20/2002                                    Paper No.: 47

TO          : Supervisor, Art Unit 3600  (2712)

SUBJECT : Certificate of Correction Request in Patent No.: 5995705

A response to the following question is requested with respect to the accompanying request for a certificate of correction.

With respect to the change(s) requested, correcting Office and/or Applicant's errors, should the patent read as shown in the certificate of correction?  No new matter should be introduced, nor should the scope or meaning of the claims be changed.

*PLEASE COMPLETE THIS FORM AND*
*RETURN WITH FILE, WITHIN 7 DAYS,*
*TO CERTIFICATES OF CORRECTION BRANCH - PK 3-915/922*
*PALM LOCATION 7580 - TEL. N0. 305-8309*

*THANK YOU FOR YOUR ASSISTANCE!*

Note your decision, regarding the changes requested in the Request for Certificate of Correction, by placing a check mark (+) in the box that reflects your decision, which corresponds to the question checked above.

☑ YES        ☐ NO        ☐ Comments below

☐ Comments: _____

_____

_____

_____

_____

_____

_____                    2615
          **Supervisor**                              **Art Unit**

PTOL-306 (REV. 2/02)                    U.S. DEPARTMENT OF COMMERCE Patent and Trademark Office

APBU-00000687

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.    : 5,995,705                                          Page 1 of 1
DATED          : November 30, 1999
INVENTOR(S)  : Richard Lang

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
**Related U.S. Application Data,** should read as follows:
-- [63] Continuation of application No. 08/624,958, filed March 28, 1996, now
abandoned, which is a continuation of application No. 07/976,542, filed Nov. 16, 1992,
now abandoned, which is a division of application No. 07/775,182, filed
November 11, 1991, now Pat. No. 5,164,839, which is a division of application
No. 07/347,629, filed May 5, 1989, now Pat. No. 5,057,932, which is a continuation-in-
part of application No. 07/289,776, filed December 27, 1988, now Pat. No. 4,963,995.

Signed and Sealed this

Thirtieth Day of April, 2002

Attest:

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

*Attesting Officer*