MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
GARLAND STEPHENS (admitted N.D.C.A.,
Texas Bar No. 24053910)
garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BURST.COM, INC.,<br><br>　　　　Defendant. | Case No. C 06-0019 MHP<br><br>MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5 TO SEAL DOCUMENTS<br><br>Hon. Marilyn Hall Patel<br><br>Complaint Filed: January 4, 2006<br>Trial Date: February 26, 2008 |

MISCELLANEOUS ADMINISTRATIVE REQUEST
PURSUANT TO CIVIL LOCAL RULES 7-10 & 79-5 TO
SEAL DOCUMENTS

Case No. C 06-0019 MHP
SV1:\261299\01\51mb01!.DOC\15096.0006

dockets.Justia.com

Apple Computer, Inc. ("Apple") hereby requests, pursuant to Civil Local Rules 7-10 and 79-5, an Order sealing Exhibits A, B, C, and D of To The Declaration Of Leeron G. Kalay In Support Apple's Claim Construction Brief lodged with the Court on December 8, 2006, specifically:

- **Exhibit A** - true and correct copies of excerpts from the deposition of Richard Lang in *Burst.com v. Microsoft Corp.,* Civil No. JFM-02-2952, taken on July 23, 2003.
- **Exhibit B** - true and correct copies of BURSTA 353338-353346 ["Instant Video Technology, Inc. Company Profile – Designers, Developers and Licensors of Interactive Network Technologies," dated March 1994].
- **Exhibit C** - true and correct copies of BURSTA 255880-255901 [memorandum from Richard Lang to Gary Familian, dated February 16, 1995 and enclosing "Athena Requirements Specification, Work in Process, Version 0.9"].
- **Exhibit D** - true and correct copies of BURSTA 315723-315724 [memoranda between Earl Mincer and Richard Lang, dated March 27, 1991 and April 5, 1991].

Each of the forgoing exhibits is lodged with the Declaration Of Leeron G. Kalay In Support of Apple's Claim Construction Brief. Pursuant to a stipulated protective order filed with this Court on September 15, 2006, parties may designate documents as Confidential Counsel's Eyes Only. *See* Declaration of Leeron G. Kalay In Support Of Plaintiff's Miscellaneous Administrative Request Pursuant to Civil Local Rules 7-10 and 79-5 to Seal Documents ("Kalay Decl. In Support of Apple's Miscellaneous Administrative Request"), Exhibit A. The Protective Order requires that, when so designated, such materials are to be filed with the Court under seal. *Id.* at ¶ 14. Each of exhibits A, B, C, and D have been designated as Confidential Outside Attorneys' Eyes Only by Burst.com, Inc. *See* Kalay Decl. In Support of Apple's Miscellaneous Administrative Request.

Accordingly, this narrowly tailored request to seal is only for material for which good cause to seal has been established. A Proposed Order has been filed and served herewith.

| | |
|---|---|
| 1  Dated:  December 8, 2006 | WEIL, GOTSHAL & MANGES LLP |
| | By:  _/s/ Leeron G. Kalay_<br>Leeron G. Kalay<br>Attorney for Plaintiff<br>Apple Computer, Inc. |