```
 1  MATTHEW D. POWERS (Bar No. 104795)
    matthew.powers@weil.com
 2  GARLAND STEPHENS (admitted N.D.C.A.,
    Texas Bar No. 24053910)
 3  garland.stephens@weil.com
    NICHOLAS A. BROWN (Bar No. 198210)
 4  nicholas.brown@weil.com
    WEIL, GOTSHAL & MANGES LLP
 5  Silicon Valley Office
    201 Redwood Shores Parkway
 6  Redwood Shores, CA  94065
    Telephone: (650) 802-3000
 7  Facsimile: (650) 802-3100

 8  Attorneys for Plaintiff
    APPLE COMPUTER, INC.
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., | Case No. C 06-0019 MHP |
| Plaintiff, | [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5 TO SEAL DOCUMENTS |
| v. | |
| BURST.COM, INC., | |
| Defendant. | Hon. Marilyn Hall Patel |
| | Complaint Filed: January 4, 2006<br>Trial Date: February 26, 2008 |

[PROPOSED] ORDER GRANTING
MISCELLANEOUS ADMINISTRATIVE
REQUEST

Case No. C 06-0019 MHP
SV1:\261304\02\51mg02!.DOC\15096.0006

dockets.Justia.com

1   As set forth in plaintiff Apple Computer, Inc.'s Miscellaneous Administrative Request Pursuant to Civil Local Rules 7-10 and 79-5 to Seal Documents (hereinafter "Apple's Miscellaneous Administrative Request"), Apple Computer, Inc. lodged with the Court the following documents in connection with Plaintiff Apple Computer, Inc.'s Claim Construction Brief:

Exhibits A, B, C, & D to the Declaration of Leeron G. Kalay in Support of Apple's Claim Construction Brief.

Having considered Apple Computer, Inc.'s Miscellaneous Administrative Request, and good cause appearing,

IT IS HEREBY ORDERED that Exhibits _____ to the _____ Declaration are to be filed under seal.

Dated: _____, 2006.

_____
The Honorable Marilyn Hall Patel