MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
GARLAND STEPHENS (admitted N.D.C.A.,
Texas Bar No. 24053910)
garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant. | Case No. C 06-0019 MHP <br><br> DECLARATION OF LEERON G. KALAY IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5 TO SEAL DOCUMENTS <br><br> Hon. Marilyn Hall Patel <br><br> Complaint Filed: January 4, 2006 <br> Trial Date: February 26, 2008 |

DECLARATION OF LEERON G. KALAY ISO
MISCELLANEOUS ADMINISTRATIVE REQUEST
PURSUANT TO CIVIL LOCAL RULES 7-10 & 79-5 TO

Case No. C 06-0019 MHP
SV1:\261300\02\5lmc02!.DOC\15096.0006

Dockets.Justia.com

I, Leeron G. Kalay, declare:

1. I am a member of the Bar of this Court and an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Apple Computer, Inc. in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached hereto as Exhibit 1 is the stipulated protective order filed with the Court on September 15, 2006, which states in part that parties may designate documents as Confidential Counsel's Eyes Only. The protective order requires that, when so designated, such materials are to be filed with the Court under seal. *Id.* at ¶ 14.

3. Each of the exhibits lodged with the Declaration Of Leeron G. Kalay In Support of Apple's Claim Construction Brief (Exhibits A, B, C, and D) have been designated as Confidential Outside Attorneys' Eyes Only by Burst.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this Eighth day of December 2006 at Redwood Shores, California.

Dated:   December 8, 2006                              WEIL, GOTSHAL & MANGES LLP

                                                       By:   */s/ Leeron G. Kalay*
                                                              Leeron G. Kalay