1   MATTHEW D. POWERS (Bar No. 104795)
    matthew.powers@weil.com
2   GARLAND STEPHENS (admitted N.D.C.A.,
    Texas Bar No. 24053910)
3   garland.stephens@weil.com
    NICHOLAS A. BROWN (Bar No. 198210)
4   nicholas.brown@weil.com
    WEIL, GOTSHAL & MANGES LLP
5   Silicon Valley Office
    201 Redwood Shores Parkway
6   Redwood Shores, CA 94065
    Telephone: (650) 802-3000
7   Facsimile: (650) 802-3100

8   Attorneys for Plaintiff
    APPLE COMPUTER, INC.
9

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  APPLE COMPUTER, INC.,                Case No. C 06-0019 MHP

14              Plaintiff,               PROOF OF SERVICE

15         v.
                                         Hon. Marilyn Hall Patel
16  BURST.COM, INC.,
                                         Complaint Filed: January 4, 2006
17              Defendant.               Trial Date: February 26, 2008

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE RE MISCELLANEOUS                        CASE NO. C 06-0019 MHP
ADMINISTRATIVE REQUEST                                   SV1:\261306\01\5LM$01!.DOC\15096.0006
SV1:\261306\01\5LM$01!.DOC\15096.0006

1

**DECLARATION OF SERVICE**

2

        I am a citizen of the United States, more than 18 years old, and not a party to this action.  My place of employment and business address is 201 Redwood Shores Parkway,

3

Redwood Shores, California, 94065-1175.  On December 8, 2006, I caused a copy of the Manual Filing Notification, Exhibits A, B, C & D to the Declaration of Leeron G. Kalay In Support Of

4

Plaintiff's Miscellaneous Administrative Request Pursuant to Civil Local Rules 7-10 and 79-5 to Seal Documents as follows:

5

6

        [ ]   **BY MAIL**  I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States

7

Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.  The above document was placed

8

in a sealed envelope with first-class postage thereon fully prepaid, and placed for collection and mailing on that date following ordinary business practices.

9

        [ ]   **BY FACSIMILE**  I am readily familiar with the business practice at my

10

place of business for collection and processing of documents for transmission by facsimile. In the ordinary course of business, documents are collected and transmitted by facsimile using a

11

facsimile machine that produces a record showing whether the facsimile transmission was completed successfully.  On the above-referenced date, I delivered the above document(s) to the

12

persons responsible for transmitting documents by facsimile following ordinary business practice for transmission to the person(s) at the address and facsimile number identified below.  I have

13

attached to the original papers being filed with the Court a copy of the transmission report confirming that transmission to the person(s) identified below was successful.

14

        [ XX ] **BY OVERNIGHT COURIER SERVICE**  I am readily familiar with the

15

business practice at my place of business for collection and processing of correspondence for deposit with an overnight delivery service.  Correspondence placed for collection and processing

16

is either delivered to a courier or driver authorized by said overnight delivery service to receive documents or deposited by an employee or agent of this firm in a box or other facility regularly

17

maintained by said overnight delivery service that same day in the ordinary course of business. On the above-referenced date, I sealed the above document(s) in an envelope or package

18

designated by the courier service and addressed to the person(s) identified below, with payment of next day delivery fees provided for, and delivered the envelope/package to the office personnel

19

responsible for delivering documents to overnight courier services following ordinary business practice.

20

Robert J. Yorio (Bar No. 93178)

21

Colby B. Springer (Bar No. 214868)
CARR & FERRELL LLP

22

2200 Geng Road
Palo Alto, CA 94303

23

650.812.3400 Telephone
650.812.3444 Facsimile

24

email: ryorio@carrferrell.com
email: cspringer@carrferrell.com

25

26

27

28

PARKER C. FOLSE III
(WA Bar No. 24895 – *Pro Hac Vice Pending*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice Pending*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice Pending*)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880 Tel
(206) 516-3883 Fax

1

2    SPENCER HOSIE                          MICHAEL F. HEIM (TX Bar No.
     (CA Bar No. 101777)                    9380923- *Pro Hac Vice Pending*)
3    shosie@hosielaw.com                    mheim@hpcllp.com
     BRUCE WECKER                           LESLIE V. PAYNE (TX Bar No.
4    (CA Bar No. 078530)                    0784736- *Pro Hac Vice Pending*)
     bwecker@hosielaw.com                   HEIM, PAYNE & CHORUSH, L.L.P.
5    HOSIE McARTHUR LLP                     600 Travis Street, Suite 6710
     One Market, 22nd Floor                 Houston, TX 77002
6    San Francisco, CA 94105                (713) 221-2000 Tel.
7    (415) 247-6000 Tel.                    (713) 221.2021 Fax
     (415) 247-6001 Fax

8

9            I declare under penalty of perjury under the laws of the United States of America
     that the foregoing is true and correct.
10

11       Executed on December 8, 2006 at Redwood Shores, California.

12                                          _Edna Lee Ang_
13                                          Edna Ang

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28