PARKER C. FOLSE III (WA Bar No. 24895 – *Admitted Pro Hac Vice*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 – *Admitted Pro Hac Vice*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 – *Admitted Pro Hac Vice*)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880 Tel
(206) 516-3883 Fax

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*(additional attorneys listed on signature page)*

ATTORNEYS FOR DEFENDANT
BURST.COM, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff/Counterdefendant, <br><br><br><br><br><br><br> BURST.COM, INC., <br><br> Defendant/Counterclaimant. | Case No. 3:06-CV-00019 MHP <br><br> **DECLARATION OF LESLIE V. PAYNE IN SUPPORT OF DEFENDANT BURST.COM, INC.'S REPLY BRIEF ON CLAIM CONSTRUCTION** |

I, Leslie V. Payne, submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am a partner of the law firm Heim, Payne & Chorush, L.L.P., counsel for Burst.com, Inc. ("Burst") in the above-captioned action. I make this declaration in support of Burst's Reply Brief on Claim Construction. I have personal knowledge of the facts stated herein, and, if called to testify as a witness, I could and would testify competently thereto.

2. Attached here as **Exhibit 27** is a true and correct copy of a document titled "Using the Time Compression Plug-In" (Exhibit 6 to Burst.com's Reply Brief in the Microsoft case).

3. Attached here as **Exhibit 28** is a true and correct copy of an article titled "Time Compression: Systems Concerns, Usage, and Benefits," by Omoigui, et al. (Exhibit 7 to Burst's Reply Brief in the Microsoft case).

4. Attached here as **Exhibit 29** is a true and correct copy of an article titled "Video Compression: A Codec Primer" by T. Jay Fowler (Exhibit 8 to Burst's Reply Brief in the Microsoft case).

5. Attached here as **Exhibit 30** is a true and correct copy of excerpts from *Multimedia Demystified: A Guide to the World of Multimedia from Apple Computer, Inc.*, (Random House 1993) (Exhibit 9 to Burst's Reply Brief in the Microsoft case).

6. Attached here as **Exhibit 31** is a true and correct copy of an article titled "Efficient listening with two ears: Dichotic time compression and spatialization," by Barry Arons (Exhibit 10 to Burst's Reply Brief in the Microsoft case).

7. Attached here as **Exhibit 32** is a true and correct copy of excerpts from the deposition transcript of Joel Halpern dated November 13, 2006 (other excerpts were attached as Exhibit 8 to my first declaration).

8. Attached here as **Exhibit 33** is a true and correct copy of U.S. Patent No. 4,563,710 (Baldwin).

9. Attached here as **Exhibit 34** is a true and correct copy of QuickTime Streaming Server Darwin Streaming Server Administrator's Guide (2002).

10. Attached here as **Exhibit 35** is a true and correct copy of a document titled "VCR-ET Technical Summary" (1989).

11. Attached here as **Exhibit 36** is a true and correct copy of U.S. Patent No. 5,724,450 (Chen et al.).

12. Attached here as **Exhibit 37** is a true and correct copy of *Patent Local Rule 4-3 Joint Claim Construction and Prehearing Statement*; Court's Docket No. 59, Exhibit E.

13. Attached here as **Exhibit 38** is a true and correct copy of MANUAL OF PATENT EXAMINING PROCEDURES § 706.03(o) (5th Ed. 1989).

I declare under penalty of perjury that the foregoing is true and correct.

Executed December 22, 2006

/s/ Leslie V. Payne

MICHAEL F. HEIM (TX Bar No. 9380923 - Admitted Pro Hac Vice)
LESLIE V. PAYNE (TX Bar No. 0784736 - Admitted Pro Hac Vice)
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, TX 77002
(713) 221-2000 Tel.
(713) 221.2021 Fax

ROBERT J. YORIO (CA Bar No. 93178)
V. RANDALL GARD (CA Bar No. 151677)
COLBY B. SPRINGER (CA Bar No. 214868)
CARR & FERRELL LLP
2200 Geng Road

1  Palo Alto, CA  94303
2  (650) 812-3400 Tel.
   (650) 812-3444
3
4  **ATTORNEYS FOR DEFENDANT BURST.COM, INC.**