# EXHIBIT 27

Dockets.Justia.com

MSDN Home > MSDN Library > Audio · Video > Windows Media Encoder 9 Series SD' Programming Guide > Creating an Encoding Application > Preprocessing Audio and Vi.



Previous     Next

# Using the Time Compression Plug-In

You can use the time compression plug-in to accelerate a video stream without distorting the accompanying audio stream. By default, the plug-in provides no compression. Therefore, you must display the predefined property page so that end users can configure the plug-in. To learn how to create a dialog box and display a property page, see Displaying the Plug-In Property Pages.

To use the time compression plug-in:

- One source must be audio.
- All sources must be files.
- Output must be to a file.
- One-pass encoding must be used.

**Note**  You cannot apply inverse telecine or use multichannel audio with time compression.

The following examples show how to configure an encoding session for time compression. For end-to-end code examples, see Complete Code Examples.

**Visual Basic Example**

To use the time compression plug-in, you must add the Windows Media Encoder Time Compression Plug-in reference to the project. For more information, see Programming in Visual Basic.

```
' Create a WMEncoder object.
Dim Encoder As WMEncoder
Set Encoder = New WMEncoder

' Configure the encoding session, including the sources, output, and
' profile.

' Retrieve the transform collection from the source group.
Dim GrpTrnsColl As IWMEncTransformCollection
Set GrpTrnsColl = SrcGrp.GroupTransformCollection

' Add a transform plug-in to the collection.
Dim Trans As IWMEncTransform
Set Trans = GrpTrnsColl.Add

' Set the time compression plug-in into the source group.
Trans.SetInput "TCGroupTransformPlugin://TimeCompression1"

' To configure the time compression plug-in, you must enable the
' relevant property page and retrieve input from the end user.
' The plug-in defaults to no compression.
' You must also create an IWMEncFile object and configure the
' archiving process.
```

**C++ Example**

```
// Include libraries.
#include <windows.h>
#include <atlbase.h>
#include <comdef.h>
#include "C:\WMSDK\WMEncSDK9\include\wmencode.h"
#include <conio.h> // for kbhit()

HRESULT hr = S_OK;
IPropertyBag* pPropertyBag;
IWMEncSourceGroup2* pSrcGrp;
IWMEncTransformCollection* pTransColl;
IWMEncTransform* pTransform;
```

```cpp
CComVariant varSpeed(lfSpeed);          speed up factor
CComVariant varRemovePause(bRemovePause); // enable pause removal
CComVariant varLogPath(szLogFileName); // pause removal log path

// Configure the source group and sources.

// Retrieve a pointer to the transform collection.
if ( SUCCEEDED( hr ) )
{
    hr = pSrcGrp->get_GroupTransColl(&pTransColl);
}

// Add a transform item to the collection.
if ( SUCCEEDED( hr ) )
{
    hr = pTransColl->Add(&pTransform);
}

// Add the time compression plug-in.
if ( SUCCEEDED( hr ) )
{
    hr = pTransform->SetInput(CComBSTR("TimeCompression"), CComBSTR("TCGroupTransformPlugin"));
}

// Retrieve a pointer to the property bag.
if ( SUCCEEDED( hr ) )
{
    hr = pTransform->QueryInterface(IID_IPropertyBag, (void**)&pPropertyBag);
}

// Configure the time compression plug-in.
if ( SUCCEEDED( hr ) )
{
    hr = pPropertyBag->Write(CComBSTR("TcpiObj_Speedup"), &varSpeed);
}
if ( SUCCEEDED( hr ) )
{
    hr = pPropertyBag->Write(CComBSTR("TcpiObj_PauseRemoveOn"), &varRemovePause);
}
if ( SUCCEEDED( hr ) )
{
    hr = pPropertyBag->Write(CComBSTR("TcpiObj_LogResultPath"), &varLogPath);
}

// Release pointers.
if ( pSrcGrp )
{
    pSrcGrp->Release();
    pSrcGrp = NULL;
}
if ( pTransColl )
{
    pTransColl->Release();
    pTransColl = NULL;
}
if ( pTransform )
{
    pTransform->Release();
    pTransform = NULL;
}
if ( pPropertyBag )
{
    pPropertyBag->Release();
    pPropertyBag = NULL;
}
```

**See Also**

- Interfaces (C#)
- Interfaces (C++)
- Objects (Visual Basic)
- Preprocessing Audio and Video

**Previous**                              **Next**

© 2000-2003 Microsoft Corporation. A[ll righ]ts reserved.

Contact Us | E-Mail this Page | MSDN Flash Newsletter

© 2004 Microsoft Corporation. All rights reserved.   Terms of Use   Privacy Statement   Accessibility