# EXHIBIT 30

Dockets.Justia.com

# DEMYSTIFYING
# MULTIMEDIA

A Guide for Multimedia Developers from Apple Computer, Inc.



℗ 1993 Apple Computer, Inc.
All rights reserved.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, mechanical, electronic, photocopying, recording, or otherwise, without prior written permission of Apple Computer, Inc.

**Published by:**
**Apple Computer, Inc.**
Worldwide Multimedia Marketing
20525 Mariani Avenue
Cupertino, California 95014-6299
408/996-1010

**Produced by:**
**vivid publishing**
220 Sansome, 5th Floor
San Francisco, CA 94104
415/512-7200

Apple, the Apple logo, APDA, AppleCD SC, AppleLink, AppleTalk, LaserWriter, Macintosh, and Visual Almanac are registered trademarks of Apple Computer, Inc.

AppleScript, Macintosh Centris, Knowledge Navigator, Macintosh Duo, Macintosh Quadra, OneScanner, PowerBook, QuickRing, QuickTime, and System 7 are trademarks of Apple Computer, Inc.

Classic is a registered trademark licensed to Apple Computer, Inc.

Adobe Illustrator, Adobe PhotoShop, Adobe Premiere, Adobe Type Manager, and PostScript are trademarks of Adobe Systems Incorporated, which may be registered in certain jurisdictions.

Aldus, Aldus FreeHand, PageMaker, Persuasion and SuperCard are registered trademarks and Fetch is a trademark of Aldus Corporation.

America OnLine is a service mark of Quantum Computer Services, Inc.

Authorware, MacroMind Director, and MacRecorder are registered trademarks and Authorware Professional, Lingo, Macromedia Three-D, MacroModel, SoundEdit, and Swivel 3D Professional are trademarks of Macromedia, Inc.

Broderbund is a registered trademark and Living Books is a trademark of Broderbund Software, Inc.

Canvas is a trademark of Deneba Software.

CDTV is a trademark of Commodore-Amiga, Inc.

Claris, FileMaker, HyperCard, HyperTalk, and MacWrite are registered trademarks of Claris Corporation.

CompuServe is a registered trademark of CompuServe Incorporated.

DiVA VideoShop is a trademark of DiVA Corporation.

DVI is a registered trademark of Intel Corporation.

Helvetica is a registered trademark of Linotype Company.

Infini-D is a trademark of Specular International Ltd.

LaserDisc is a trademark of Pioneer Electronic Corporation.

MACWORLD is a registered trademark of International Data Group.

Microsoft is a registered trademark of Microsoft Corporation.

MPC is a trademark of the Multimedia PC Marketing Council.

NeXTSTEP is a trademark of NeXT Computer, Inc.

NuBus is a trademark of Texas Instruments.

Omnipage is a trademark of Caere Corporation.

Photo CD is a registered trademark of Eastman Kodak Company.

PixelPaint and VideoSpigot are trademarks of SuperMac Technology.

PS/2 is a registered trademark and Ultimedia is a trademark of International Business Machines Corporation.

Radius Color Display is a trademark of Radius, Inc.

RasterOps is a registered trademark of RasterOps Corp.

Sony is a registered trademark of Sony Corporation.

THINC C is a trademark of Symantec Corporation.

UNIX is a registered trademark of UNIX Systems Laboratory, Inc.

VIS is a trademark of Tandy Corporation.

386 is a trademark of Intel Corporation.

vidual basis. The level of quality that is possible given the data rates and the decompression times is another consideration.

### Compression Characteristics

Compression schemes can be either lossy or lossless. **Lossless** compression preserves all of the original data. These schemes are appropriate for situations where data integrity is a primary importance. Software instructions and text data are examples where all information must be preserved. **Lossy** compression drops data or degrades the quality according to the compression setting. With lossy compression, data is actually lost and cannot be recovered but the compression ratios are usually far greater than lossless schemes. Lossy schemes attempt to remove information the viewer is apt not to notice (dropping visual information before audio), but if the compression settings are too restrictive, the picture quality may become too poor.

There are four main characteristics by which you can judge compression algorithms—**compression ratio, image quality, compression/decompression speed,** and **spatial/temporal compression.**

The **compression ratio** is a comparison of the storage space for the compressed data with that of the uncompressed data. This ratio gives an indication of how much compression is achieved for a particular image, sound, or video clip. Most compression algorithms allow a range of compression ratios with the exact ratio depending on the complexity of the content. For example, a highly detailed image of a crowd at a football game may yield a very small compression ratio, whereas an image of a pure blue sky may yield a very high compression ratio.

The compression ratio typically affects the **image quality.** Generally, the higher the compression ratio, the poorer the quality of the resulting image. This trade-off between compression ratio and picture quality is an important consideration.

**Compression and decompression speed** represent the times required to encode and decode data, respectively. Compression/decompression speed depends on the efficiency and speed of the compression/decompression algorithm, or **codec.** Some codecs take a long time to compress even a little data. This will affect how fast the production team can work, so consider this when planning the production for a project. Some codecs are **symmetric,** which means that it takes the same amount of time to compress as to decompress. Other codecs are **asymmetric.** This means that compression and decompression times are not the same.

Asymmetric codecs may take a very long time to compress data but they decompress and "play" much more quickly.

**Spatial compression** is used to remove information from within a single frame of picture or video. The frame is analyzed and compressed independently of the other frames. **Temporal compression,** however, analyzes the changes between one frame and the next and only records the changes. For video with little detail or movement, the changes between individual frames is low and the compression ratio can be very high. But for video with lots of minute changes throughout the frame, compression may make little difference.

### Compression Limits

Finely detailed video or high fidelity audio may perform poorly on lower-end computers. Such performance may not permit the kind of fluid presentation that is required for some uses.



For active and "live" multimedia, like a teleconference or videophone, the compression and decompression times may stifle real-time interaction and destroy any sense of spontaneity. When using decompressed imagery, avoid finely timed interactions because the performance of the playback equipment may not be able to deliver the elements within the time expected. Again, test all elements before finalizing production specifications.

*Each transition has its own data rate associated with it when in a digital video format. Cuts, for example, use less data than a cross-dissolve. Data-intensive transitions may be a problem in movies made for less-powerful computers. If a computer cannot process the frames fast enough, it will drop some out, which may degrade the quality of the movie. It may be better to redesign the edits to use less intensive transitions. Prototyping should determine the appropriate transition styles to use.*

*Older CD-ROMs have a minimum data transfer rate of 150KB/sec while newer ones can handle 300 KB/sec.*