# EXHIBIT 34-2

Dockets.Justia.com

**To execute a command as root:**

- Open a terminal window and type sudo followed by a space and then the command you want to execute. You will be prompted for an administrator password before the command executes.

For example, to execute the kill command using sudo, you would enter the following in a terminal:

```
[host:~] user# sudo kill 529 530
```

where 529 and 530 are process IDs.

For more information about sudo, enter man sudo in a terminal.

### Streaming on Port 80

If you are setting up a streaming server on the Internet and you think some of your clients are behind firewalls that allow only web traffic, enable streaming on port 80. This lets the streaming server accept connections on port 80, the default port for web traffic, and QuickTime clients will be able to connect to your streaming server even if they are behind a web-only firewall. If you enable streaming on port 80, make sure you disable any Web server on the same computer that may conflict with your streaming server.

### Firewalls and Networks With Address Translation

The streaming server sends data using User Datagram Protocol (UDP) packets. Firewalls designed to protect information on a network often block UDP packets. Client computers located behind a firewall that blocks UDP packets can't receive streamed media. However, the streaming server also allows streaming over HTTP connections, which allows streamed media to be viewed through even very tightly configured firewalls.

Some client computers located on networks that use address translation may also be unable to receive UDP packets, but they can receive media that's streamed over HTTP connections.

If users have problems viewing media through a firewall or via a network that uses address translation, they should upgrade their client software to QuickTime 5 or later. If users still have problems, their network administrators should provide them with the appropriate settings for the Streaming Proxy and Streaming Transport settings on their computers.

Network administrators can also set their firewall software to permit RTP and RTSP throughput.

### Problems

This section provides information on what to do if you encounter certain problems while streaming media.

APBU-00148985

### Streaming Server Admin Is Not Responding

■ Verify that the streamingadminserver.pl script is running. If not, log in as root (or administrator in Windows), open a terminal window, and start the Streaming Server Admin process by typing

`/usr/sbin/streamingadminserver.pl`

■ Alternatively, use sudo to execute the command as root. See "Executing a Command With sudo" on page 44.

### The Server Doesn't Start Up or Quits Unexpectedly

■ Check the error log.

■ Make sure the QuickTimeStreamingServer file (for QTSS) or the DarwinStreamingServer file (for DSS) is in the /usr/sbin/ directory.

### The Streaming Server Computer Crashes or Is Restarted

■ With QuickTime Streaming Server (QTSS) 4.1 or later, when the computer restarts, playlists start up automatically. With QTSS 4.0, once the computer starts up, you may need to restart playlists, even if Streaming Server Admin indicates they are playing.

■ Make sure the streaming server is running before you restart the playlists.

■ If you were using the streaming server to relay broadcasts using the Default Relay feature, you need to restart the broadcasts on the other streaming servers that were relaying to this server using the RTSP Announce protocol. Likewise, any TCP or RTSP Announce relays must be restarted on the server after it has restarted.

### Media Files Do Not Stream Properly

■ Try streaming a sample movie to see if the server can stream it. A sample movie is included with the server.

If the server streams the sample movie, the problem may be with the way your movie file is prepared. Recreate the movie.

If the sample movie doesn't stream, the problem may be with the server computer or the network.

■ Check streaming server activity and, if necessary, reduce the maximum number of connections or throughput.

■ If the problem occurs on a client computer, make sure the user has the appropriate Streaming Proxy and Streaming Transport settings. The administrator for the client computer's network should be able to provide the correct settings.

■ Make sure the client software supports the file format being broadcast.

■ Check the structure of the URL.

APBU-00148986

- Check the playlist. If you created a looping playlist containing hinted MPEG-1 QuickTime files, QuickTime clients will likely have problems viewing the stream.

### Streaming Performance Seems Slow

- If you are streaming QuickTime movies, make the movies self-contained using QuickTime Player Pro or other authoring application, and make sure hinting is optimized for streaming services.
- Reduce the maximum number of connections or the maximum throughput.
- Turn off other services.
- If users can't see the live streamed media, make sure you are capturing a signal from the audio or video equipment into the computer you're using for capture and encoding.
- Make sure the SDP file is located in the media directory on your streaming server.

### Users Can't Connect to Your Broadcast

- Make sure the client computer has QuickTime 4 or later installed. If users are connecting using a web browser, be sure the QuickTime 4 Plugin is installed correctly.
- Make sure users have the correct URL.
- If users are trying to connect to a broadcasted playlist, make sure the broadcast description file contains the correct IP address, destination base port, and path name for the Session Description Protocol (SDP) file.
- If users are attempting to connect to your broadcast over HTTP, make sure you disable any web server that may be conflicting with your streaming server. Also, make sure streaming on port 80 is enabled in the General Settings pane of Streaming Server Admin.

### Users See Error Messages While Streaming Media

Here's what the messages mean:

*Error code 401:* The user has tried to get access to a protected file. Users may need to upgrade to QuickTime 5 or later.

*Error code 404:* The server cannot locate the URL the user entered. Make sure users enter the correct URL for the broadcast. Tell users not to attempt to view media in a web browser by typing an RTSP URL directly into the web browser's location address. RTSP URLs are used only with the Open URL command of QuickTime Player.

APBU-00148987

*Error code 415:* The movie file is not hinted or has a compressed movie resource. You need to hint the movie again using the Pro version of QuickTime Player. Alternatively, you may be attempting to natively serve MP3 files on demand (that is, as an HTTP download). QTSS or DSS support of MP3 streams is intended for shoutcast/icecast-compatible live streams (such as those created by a streaming playlist) or live streams of other compatible MP3 live encoder broadcasters. If you wish to serve individual MP3 files on demand (not as live streams), simply host the files on a web server.

*Error code 453:* The server is too busy for users to view the stream. Users should try again later. You may want to increase the maximum number of connections in the General Settings pane of Streaming Server Admin.

*Error code 454:* The connection to the server was dropped. Users must start viewing the stream again. Check if the server is behind a firewall or the client is behind Network Address Translation (NAT) software. See "Streaming on Port 80" and "Firewalls and Networks With Address Translation" under Security.

*Error code –5420:* The server may not be running. Check the streaming server and restart it if necessary. Check if the server is behind a firewall or the client is behind Network Address Translation (NAT) software. See "Streaming on Port 80" and "Firewalls and Networks With Address Translation" under Security.

### Users Can't See Live Streamed Media

- Make sure you are broadcasting a signal from the audio or video equipment into the computer you're using for broadcast and encoding.
- If necessary, make sure the Session Description Protocol (SDP) file is located in the media folder you set up on your streaming server.

### You're Having Problems With Playlists

If you enable logging, you can use the log file to troubleshoot problems that occur during the broadcast.

Playlists with problems appear in the Available Playlists list with an alert icon next to the name. Click the icon to view any error or warning messages.

- If the media in the playlist is not being broadcast, check Streaming Server Admin to make sure the streaming server is running. If the streaming server is running, make sure a process called PlaylistBroadcaster is running on the server computer. If it is running, stop the broadcast, delete the SDP file for the broadcast from the streaming server media directory, then restart the broadcast. A new SDP file is generated when you restart the broadcast.
- If the media in the playlist is not being broadcast randomly, make sure the weighted random play mode is specified. You must stop and start the broadcast for the changes to take effect.

APBU-00148988

- If the media plays once and then stops, make sure the play mode is set to either Sequential Looped or Weighted Random. If you broadcast the playlist as weighted random and set a value other than zero for repeated items, make sure the value is less than the number of media files in the playlist. You must stop and start the broadcast for the changes to take effect.

- If some media in the playlist are not played, check the weight you have assigned to each media file in the playlist. You must stop and start the broadcast for the changes to take effect.

- If a movie playlist isn't streaming correctly, be sure the content, format, and encoding of the media are the same for all files in the playlist. Also, make sure users have QuickTime 4 or later installed on their computers.

- If your playlist contains movies with different encodings, the encodings that don't match the encoding of the first movie in the playlist (also known as the sdp_reference_movie) won't be played. You can play movies with different encodings in the playlist if the first movie in the playlist contains all the encodings you plan to use.

### Advanced

This section answers questions raised by more advanced users.

#### How do I bind the Streaming Server Admin computer to a single IP address if my machine is multihomed?

A line in the streamingadminserver.conf file tells the server what IP address it should bind to. For example, the line

```
bind=1.2.3.4
```

tells the server to bind to the local IP address 1.2.3.4.

**To specify a single IP address:**

1   Log in to the server as an administrator.

2   Open or create the streamingadminserver.conf file. The file is in the following locations:

QTSS 4:

```
/Library/QuickTimeStreaming/Config/streamingadminserver.conf
```

DSS 4 (Windows):

```
\Program Files\Darwin Streaming Server\streamingadminserver.conf
```

DSS 4 (other supported platforms):

```
/etc/streaming/streamingadminserver.conf
```

APBU-00148989

3   Insert the following lines in the streamingadminserver.conf file:

```
ssl=0
bind=<IP address to bind to>
```

4   Save the file as a plain text file (not .rtf or other format).

5   For the change to take effect, kill the Streaming Server Admin process and then restart the server.

**How do I bind QTSS or DSS to a single IP address if my machine is multihomed?**

The bind_ip_addr property in the streamingserver.xml file tells the server what IP address it should accept. For example, a value of zero in

```
<PREF NAME="bind_ip_addr">0<PREF>
```

means that all IP addresses are enabled for the server.

**To specify a single IP address:**

1   Log in to the server as an administrator.

2   Open the streamingserver.xml file and look for the bind_ip_addr property. The file is in the following locations:

QTSS 4:

```
/Library/QuickTimeStreaming/Config/streamingserver.xml
```

DSS 4 (Windows):

```
\Program Files\Darwin Streaming Server\streamingserver.xml
```

DSS 4 (other supported platforms):

```
/etc/streaming/streamingserver.xml
```

3   Replace the zero with the IP address to which you wish to bind (for example, 192.168.1.1):

```
<PREF NAME="bind_ip_addr">192.168.1.1<PREF>
```

4   Save the file as a plain text file (not .rtf or other format).

5   For the change to take effect, kill the QTSS or DSS processes that are running and then restart the server.

**50**    Chapter 2

How do I kill and restart the QuickTime Streaming Server processes in Mac OS X Server?

**To kill the QuickTime Streaming Server (QTSS) processes:**

1  Find the process ID (PID) for each process, then enter a command in Terminal to "kill" the processes and restart QTSS.

   You must be logged in as root to perform this task.

2  Open the Terminal application in the Finder and enter the following:

   `ps -ax | grep QuickTimeStreamingServer`

   Text similar to the following should appear:

   ```
   949  ??  Ss0:00.00 /usr/sbin/QuickTimeStreamingServer
   950  ??  S  0:00.13 /usr/sbin/QuickTimeStreamingServer
   965  std  S+0:00.00 grep QuickTimeStreamingServer
   ```

3  Find the process IDs of the QuickTimeStreamingServer processes. In this example, they are 949 and 950. To kill them, enter the following:

   `kill 949 950`

4  Finally, restart the server by entering the following:

   `QuickTimeStreamingServer`

How do I kill and restart Streaming Server Admin processes in Mac OS X Server?

To kill and restart Streaming Server Admin processes, you need to find the process ID (PID) for the streamingadminserver process, enter a command in Terminal to kill the process, and then restart Streaming Server Admin.

You must be logged in as root to perform this task.

**To kill and restart a process:**

1  Open the Terminal application in the Finder and enter the following:

   `ps -ax | grep streamingadminserver`

   Text similar to the following should appear:

   ```
   947  ??  Ss      0:00.00 /usr/sbin/streamingadminserver.pl
   970  std  S+      0:00.00 grep streamingadminserver
   ```

2  Find the process ID of the streamingadminserver process. In this example, it is 947. To kill the process, enter the following:

   `kill 947`

APBU-00148991

3   Finally, restart Streaming Server Admin by entering the following:

```
streamingadminserver.pl
```

**How do I get QTSS to re-read its preferences without killing or restarting the server?**

One way to do this is to use Streaming Server Admin. Using your web browser, go to http://qtss.domain.com:1220, for example, and stop and start the streaming server via the web interface. If you use this method, currently connected users will be disconnected.

Alternatively, you can send the child process of QuickTimeStreamingServer an HUP (-1) signal. Currently connected users will not be disconnected, but this method is a little trickier.

You must be logged in as root to perform this task.

**To get QTSS to re-read its preferences:**

1   Open the Terminal application in the Finder and enter the following:

```
ps -ax | grep QuickTimeStreamingServer
```

Text similar to the following should appear:

```
949  ??  Ss     0:00.00 /usr/sbin/QuickTimeStreamingServer
950  ??  S      0:00.13 /usr/sbin/QuickTimeStreamingServer
965  std S+     0:00.00 grep QuickTimeStreamingServer
```

2   Find the larger of the two process IDs (PIDs) for the QuickTimeStreamingServer processes. In this case, it is 950.

3   To send an HUP signal to this child process, enter the following:

```
kill -HUP 950
```

**How do I configure QTSS to host streams from multiple user media directories?**

QuickTime Streaming Server can have one only main media directory. However, you can create symbolic links within this directory. This allows users to have read/write access to their own secure streaming media folders and to access the streams via RTSP (Real-Time Streaming Protocol) from a single QTSS media folder. Also, users do not need read/write access to the main QuickTime Streaming Server Movies directory (/Library/QuickTimeStreaming/Movies/).

You need to be logged in as the administrator to create these links.

Here's a simple way to configure the QTSS media directory so that multiple users (user1, user2, and user3, for example) have write access to their own independent movie directories:

APBU-00148992

**To configure QTSS to host streams from multiple media directories:**

1   For each individual user, make a local movie library in each user's home directory. For example:

```
/Users/user1/Movies/
/Users/user2/Movies/
/Users/user3/Movies/
```

2   Set each directory to be owned by its user, and give each user read/write access to his or her own files.

3   In your QTSS media directory, create symbolic links that point to each user's private movie directory. For example, in Terminal, enter:

```
cd /Library/QuickTimeStreaming/Movies
ln -s /Users/user1/Movies user1
ln -s /Users/user2/Movies user2
ln -s /Users/user3/Movies user3
```

This will produce the following:

```
/Library/QuickTimeStreaming/Movies/user1 -> /Users/user1/Movies
/Library/QuickTimeStreaming/Movies/user2 -> /Users/user2/Movies
/Library/QuickTimeStreaming/Movies/user3 -> /Users/user3/Movies
```

4   Ask users to upload their hinted QuickTime movies to their own movie directories. For example:

```
/Users/user1/Movies/sample.mov
/Users/user2/Movies/test_abc.mov
/Users/user3/Movies/xyz.mov
```

Users can use RTSP URLs such as the following to stream movies from each user's private movie directory:

```
rtsp://qtss.domain.com/user1/sample.mov
rtsp://qtss.domain.com/user2/test_abc.mov
rtsp://qtss.domain.com/user3/xyz.mov
```

APBU-00148993

APBU-00148994

CHAPTER

# Setup Example

This chapter describes the key components needed for a generic webcasting setup and how they are connected together. The setup instructions that follow assume an educational setting, such as a university campus. But the example can be easily adapted for varied uses, including

- distance learning classes
- corporate communications to employees, customers, suppliers, or shareholders
- one-time concert or presentation
- childcare center broadcasts to parents

## Streaming Presentations—Live and On Demand

This example shows how a university network administrator might set up a streaming server and other needed components to stream classroom presentations, live and on demand, to students using client computers connected to the campus network and to the Internet.

APBU-00148995

Such a setup would make it possible for students unable to attend a class in person to view it online. It would also enable students who want to review parts of the lecture later to play an archived version on their computers.



The streaming setup in this example, shown above, has these features:

- A local network with Ethernet connections to classrooms and lecture halls from which live presentations are to be streamed already exists.

- A digital video (DV) camera and microphone are set up in a classroom or lecture hall to convert the live presentation to digital form. The camera makes a high-quality DV recording of the presentation and provides the digital signal that is to be encoded for live streaming.

- The DV camera is connected through a FireWire port to a laptop running QuickTime Broadcaster, which encodes the digitized live presentation and transmits the signal via an Ethernet connection to the streaming server on the campus network.

- The streaming server is a rack-mounted Xserve running "headless" (without a monitor and keyboard). The server is running Mac OS X Server with QuickTime Streaming Server (QTSS) configured to reflect the encoded live presentation as a unicast stream to each client computer on the campus network and on the Internet that "tunes in" to the broadcast. The Xserve comes with Mac OS X Server and QTSS preinstalled.

APBU-00148996

- Client computers of various types with QuickTime Player or other MPEG-4 compliant software installed can access the Xserve streaming server via the campus network. Other client computers can access the streaming server via the Internet.
- The broadcaster laptop running iMovie is used to produce high-quality on-demand versions of a live presentation after the presentation is concluded. The recorded digitized presentation is brought into the computer for compression through its FireWire connection using the DV camera.

*Note:* QuickTime Broadcaster can be set to record the encoded live stream to disk for archival purposes. However, it is desirable to encode the footage separately to achieve higher quality results.

- The broadcaster laptop is also used to control the Xserve remotely through the laptop's browser and the QTSS web-based Streaming Server Admin user interface.

*Note:* The laptop could also be connected to the local network wirelessly via an AirPort base station for extra portability. The AirPort is 802.11 compliant and works fine with QTSS. Its 11 megabits per second (Mbps) of bandwidth would be more than enough for our example setup unless other clients were also placing heavy demands on the same base station.

## Setting It Up

The following steps show how to set up QuickTime Streaming Server and the other components needed for live and on-demand streaming in this hypothetical university setting.

### Step 1: Prepare the Location

It will probably not be possible to find classrooms on a typical campus that provide a broadcasting and recording environment comparable to a professional television or recording studio. Still, there are measures that you can take to ensure reasonably good results:

- Go into a classroom or lecture room that you want to use for live streaming, close the doors, and listen for extraneous noise that could interfere with a broadcast. If noise from a nearby break room, video gaming area, street traffic, or other source is noticeable and can't be eliminated, find another room.
- If extraneous noise is not an issue, stand in the center of the room, clap your hands or shout, and listen for an echo. If you hear an echo, the sound quality of a live broadcast can be compromised. You can reduce or eliminate echoes by hanging heavy curtains on bare walls or placing acoustic panels in a checkerboard pattern on each wall.
- Next, examine the floors and furniture. Carpeted floors and padded chairs are best. A lectern should have a cloth on top, or other padded surface, to protect against noises such as the speaker's setting down a glass of water.

APBU-00148997

- Windows can cause lighting problems. For more control, you should be able to draw the blinds and supplement room lights with a portable lighting kit that can be quickly set up for a live session.

### Step 2: Prepare the Network

Check that there is an Ethernet connection to the classroom or lecture hall where the live broadcast is to take place. Install, repair, or replace cables and connectors as needed, using high-quality materials.

Bear in mind that streaming—especially live streaming—can make heavy demands on network resources, especially available bandwidth. To ensure that the network can handle the extra load, it may be necessary to do some or all of the following:

- Determine the capacity of the existing network and calculate the anticipated additional traffic generated by live and on-demand streaming.
- Draw a map of bandwidth segments on your network, listing the capacity between all points.
- Determine which applications are used in your network, their use patterns, where they are hosted, and the bandwidth they normally use during peak and off-peak times.
- Based on the configuration and capacities of your network, select the appropriate place to install your streaming server, avoiding potential bottlenecks.
- If necessary, add capacity to the network (additional T1 lines, routers, switches, and so on) to handle the anticipated maximum number of concurrent viewers of live broadcasts in addition to other peak network traffic.

    Keep in mind that a typical local network provides bandwidth internally of 10–100 Mbps. In contrast, a T1 line, frequently used to connect to the Internet, provides only about 1.5 Mbps of bandwidth.

    T1 lines work fine for HTTP and FTP, where the requests are either short lived or are not time sensitive, but streaming is much more demanding. With streaming you can't slow things down. The data has to be transferred at least as fast as the original content data rate in order to deliver streams.

    For this example, we will assume a maximum of 10 concurrent viewers, half on the local network and half on the Internet and a bit rate for each unicast stream of approximately 256 kilobits per second (Kbps). The peak extra bandwidth needed is then about 3.2–3.3 megabits per second (Mbps). This estimate includes an extra margin of 25–30 percent for unplanned network congestion and peaks in the transmitted streams that can occur for various reasons.

APBU-00148998

**Step 3: Set Up Your Streaming Server**

An administrator computer must be set up before you can configure and manage your streaming server if, as in this example, the streaming server is running headless. For information on setting up an administrator computer, see "Setting Up an Administrator Computer" in *Getting Started With Mac OS X Server* (included on the Mac OS X Server CD).

Any computer with a reasonably up-to-date browser connected either directly to the local network or to the Internet can be used to manage QTSS remotely once Mac OS X Server has been configured. For this example, we assume that the broadcaster laptop in the streaming setup illustration is also used for this purpose.

Although the Xserve comes with Mac OS X Server and QTSS preinstalled, the software must be configured for the particular network to which it is being added and for the specific uses to which it is to be put. For information on setting up Mac OS X Server, see *Getting Started With Mac OS X Server* and *Mac OS X Server Administrator's Guide*, included on the Mac OS X Server CD.

Among the questions to be answered when setting up your streaming server are the following:

**Can the server computer be dedicated solely to streaming?**

It's best if your streaming server doesn't also have to handle web serving, mail serving, and other server tasks. This example setup includes a dedicated streaming server.

**How much random access memory (RAM) is needed?**

The minimum required to run QTSS is 128 megabytes (MB). Estimate about 256 MB of RAM for every 50 MB of throughput you plan to serve. This setup assumes 256 MB of RAM.

**How much hard disk storage is needed?**

Video files can be large. A hinted one-hour presentation encoded at 300 Kbps (not optimized for a server) will take up approximately 135 MB of hard disk space. A 60-GB hard disk can store more than 400 such presentations.

*Note:* Here's a formula for calculating streaming file sizes:

```
dataRateInBits / 8 bits * timeInSeconds = file size
```

APBU-00148999

Example for a one-hour 300-Kbps stream:

```
300,000 / 8 bits * 3600 = 135,000,000 bytes = 135 MB file size
```

Many local networks these days include redundant arrays of independent disks (RAID) storage systems, which provide much larger amounts of hard disk space.

If you use a storage location for streaming files different from the QTSS default (/Library/QuickTimeStreaming/Movies), you'll need to enter the path to that location in the General Settings page of Streaming Server Admin. Place any Session Description Protocol (SDP) files referencing live webcasts in the same location so they can be recognized by QTSS.

In our example setup, all archived streaming files and SDP reference files reside in the default Movies folder of the streaming server.

### Does the streaming server have an adequate network card?

The network card is a critical component of your streaming server, since it provides Ethernet connectivity between the server and your audience. An Ethernet card should provide a minimum of 100 megabytes (about 0.8 gigabit) per second of throughput.

### Where will the streaming server be located on the network? And what about a firewall?

The streaming server must be located where it will be accessible to users (in our example, students) logging on from both the local network and the Internet. It also should be protected by a firewall against unauthorized access to the server and to the archived media files.

Mac OS X Server includes IP Firewall service, which scans incoming IP packets and rejects or accepts these packets based on a set of filters you create. For instructions on setting up this service, see "Firewall Service" in *Mac OS X Administrator's Guide*.

APBU-00149000

Specific ports need to be opened in the firewall to allow Real-Time Streaming Protocol (RTSP) requests from users, encoded video and audio from the broadcaster, and outbound streams to clients on the local network and the Internet. The table below lists the ports used by QuickTime Streaming Server and Darwin Streaming Server and for incoming and outgoing requests.

| | |
|---|---|
| **Ports used to communicate with client** | 554, 7070 TCP or 80 TCP |
| **Ports used to send media** | 6970-6999 UDP, or 80 TCP |
| **Ports used to receive broadcast** | 10000-65635 UDP |
| **Ports server will stream through** | 554 RTSP 7070 TCP or 80 TCP |
| **Default port typically used by MP3 broadcasters** | 8000 TCP |
| **Port used for remotely managing QTSS or DSS** | 1220 TCP |

In this example setup, we'll assume that the students connecting to the streaming server via the Internet are *not* behind their own firewalls. If that's the case, we won't enable streaming on port 80, the port typically carrying HTTP Internet traffic and allowed by most firewalls.

If some clients *are* behind firewalls, it may be desirable to enable streaming on port 80 for those clients to access the streams.

**To enable streaming on port 80:**

1   Click Port Settings in Streaming Server Admin.

The Port Settings page displays.

2   Click the "Streaming on Port 80" checkbox, then click Save Changes.

**Important**  If you enable streaming on port 80, make sure that your server is not also running a web server, such as Apache. Running both QTSS or DSS and a web server with streaming on port 80 enabled can cause a port conflict that results in one or both of the servers' not behaving properly.

APBU-00149001

**Will it be necessary to set up a broadcaster user account on the streaming server?**

In this example setup, it will be necessary to create a broadcaster user account, because the encoding software and QTSS are on separate computers. This allows a Session Description Protocol (SDP) file to be created on the server by the encoding software, which QuickTime Broadcaster does automatically if the Automatic Unicast (Announce) transport mode is selected. The SDP file provides information about the format, timing, and authorship of a live streaming broadcast. Once specified, the user name and password will be entered through QuickTime Broadcaster.

For instructions on creating a broadcaster user account, see "Using Automatic Unicast (Announce) With QTSS or DSS on a Separate Computer" on page 43. You'll need to use the administrator computer previously set up to create this account.

*Note:* The broadcaster user name and password can be changed using the StreamingServerAdmin UI, which in this example can be accessed from the laptop browser.

**Finally, will users require authentication to access live or archived presentations?**

In our example setup, no authentication is necessary. However, if you want to restrict access to your streams, you'll need to set up password-protected individual user or group accounts. For information on how to set up and manage such accounts, see the appropriate topics under Security in Chapter 2.

## Step 4: Set Up for a Live Webcast

For the example setup, the following items are needed:

- good-quality DV camera
- microphone placed near the speaker, either on a stand or clipped to the speaker's clothing, connected by good-quality audio cable to the DV camera audio input
- sturdy tripod on which to mount the camera
- portable lighting kit

### The Camera Is the First Link

Since the camera is the first link in the video signal chain, it is very important. Two main things determine a DV camera's picture quality:

- *Lens quality.* The better the lens, the better the image.
- *Image capture mechanism.* DV cameras use charge-coupled devices (CCDs) to convert the picture into electronic signals. The number and size of the CCDs affect the quality of the image.

  Optical zoom gives better quality than digital zoom, but zooming should be avoided or kept to a minimum when streaming a live presentation to avoid degrading the stream.

APBU-00149002

Lower-end DV cameras use a single charge-coupled device (CCD) to capture the complete image, whereas higher-quality cameras use three separate CCDs to scan the red, blue, and green content of the image, giving a better quality scan. CCDs range in size from 1/4 inch to 2/3 inch; bigger CCDs give better resolution.

Here are other desirable features:

- You should be able to override automatic camera settings.
- You'll want to use a separate microphone that can plug into the camera for optimal sound pick-up. A built-in microphone is unsuitable for most situations.
- The camera should accept professional XLR plugs (as opposed to the 1/8-inch mini-jack connectors). It should also have a headphone jack for monitoring the audio input.
- Finally, a FireWire output enables digital transfers and automated capture, which can save time later.

### Keep the Microphone Close

The microphone is the first link in the audio signal chain and so is also very important. Dynamic microphones are a good all-around choice and can be purchased for as little as $100.

The best way to improve audio if the room is "bad" is to place the microphone as close as possible to the person doing the speaking. Use a small lavalier (lapel) microphone clipped to the front of the speaker's clothing immediately under the mouth, or use a handheld microphone.

In the case of a panel discussion, use multiple microphones, preferably on sturdy stands, and a small audio mixer. Connect the mixed stereo output from the mixer into the line input on the DV camera.

If using an external microphone or mixer, make sure that all the connectors are securely and fully plugged in to assure reliable audio. Plug a pair of headphones into the video camera's headphone output to make sure that you can hear the audio at the video camera source and that it's not distorted.

### A Tripod is a Must

It's important to use a camera tripod when shooting a live presentation, and also to avoid pans, tilts, and zooms. If the camera moves just one degree, every pixel in the frame changes, multiplying the difficulty of encoding the stream adequately. What was a simple scene to encode suddenly becomes much more difficult.

The tripod should be lightweight while still providing stable support for the camera's weight.

**APBU-00149003**

Get a Simple Lighting Kit

Even a high-quality video camera will produce poor results without proper lighting. It's unlikely that the normal lighting available will be adequate for shooting a live presentation in a classroom, for example. At a minimum, you'll probably want to add back lighting to make your subject stand out from a dull background.

Lighting is a big subject in and of itself and beyond the scope of this guide. Suffice it to say that a portable lighting kit supporting three-point lighting (plus a reflector or two if you're planning to shoot outside) can greatly improve your results.

## Step 5: Set Up Broadcaster

In this example setup, QuickTime Broadcaster is installed on a PowerBook laptop. This encoding software is included on the Mac OS X Server CD and can also be downloaded free of charge from the QuickTime Broadcaster web site at
http://www.apple.com/quicktime/products/broadcaster/

To install QuickTime Broadcaster, double-click the installer package (QuickTimeBroadcaster.pkg) and follow the on-screen instructions.

Once the encoder software is installed, plug the camera into the laptop using FireWire, turn the camera on, and see if QuickTime Broadcaster recognizes it.

1  Open QuickTime Broadcaster and, if necessary, click the Show Details button.

2  Click the Video tab and choose a video source from the Source pop-up menu.

If the camera is recognized, it will appear in the Source menu and a preview image should display (if the preview function is on). Video settings should also be active (not dimmed).

If the camera doesn't appear in the Source menu, quit QuickTime Broadcaster, make sure your camera is connected and turned on, then open QuickTime Broadcaster again. If your camera still does not appear, check the QuickTime web site or the Apple Knowledge Base for information on compatibility and other issues.

When broadcasting to QTSS on a separate computer, as in this example setup, Automatic Unicast (Announce) is the recommended transmission method. It's easy to set up.

1  If necessary, click the Show Details button in QuickTime Broadcaster, then click the Network tab, and choose Automatic Unicast (Announce) from the Transmission pop-up menu.

2  In the Network pane, enter the IP address or host name of the receiving server (the Xserve in this example), a name for the broadcast file, the user name and password for the broadcaster user account on the streaming server created in Step 3, and the buffer delay (or accept the default).

*Note:* The buffer delay sets the number of seconds QuickTime buffers the broadcast before playback. For broadband connections, QuickTime Player 6 or later fills the buffer more quickly than real-time providing an "Instant-On" viewing experience.

APBU-00149004

3 Click Broadcast and, if necessary, start QTSS using Streaming Server Admin from the laptop's browser by typing in the browser window

```
http://streamingserverip:1220
```

where `streamingserverip` is the IP address of the streaming server.

Then enter the user name and password and click Start Server.

To find out if the live stream can be seen from a client, open QuickTime Player on one of the client computers and do the following:

1 Choose Open URL in New Player from the File menu.

2 Enter the Real-Time Streaming Protocol (RTSP) URL displayed in the Location section of the QuickTime Broadcaster window (for example, rtsp://myserver.com/mystream.sdp).

*Note:* The URL is case-sensitive and must be entered exactly as displayed in the QuickTime Broadcaster window.

The live stream should start playing in QuickTime Player.

**Step 6:** Test Your Setup

The last step is to test the setup. This should be done as realistically as possible.

- Set up your equipment just as it will be used for the live presentation, if possible in the actual location to be used.
- Ask a colleague to stand in for the presenter, or better yet, have the presenter take part in the test, making it a "dress rehearsal."
- Check the video image and the sound.
- Check that clients both on the local network and on the Internet can tune in to the live stream.
- Adjust the camera and microphone positions and lighting as necessary and troubleshoot any other problems.

## Creating a Web Page for Easy Access

Enabling access from a web page eliminates the cumbersome process for students of remembering the RTSP URL and names of the streaming server and SDP files.

In our example setup, the web page can be added to the existing university web site, but it can reside on any web server. Then students can access the live presentation (and the archived presentations, too) by simply clicking on links that show up in their browser windows.

APBU-00149005

From within an embedded "reference movie," you can direct client players to on-demand presentations encoded for different connection speeds to give users the best possible viewing experience.

For instructions on creating a web page with links to streamed media, see "Setting Up a Web Page With Streamed Media" on page 32.

### Shooting the Live Presentation

If all the preparatory work has been done, as outlined above, and the equipment and connections have been thoroughly tested, shooting the live presentation should be straightforward.

Here are a few tips for avoiding problems during the event:

- On the day (or evening) of the actual event to be streamed live, set up early so you have time to check once again that all components are working as expected.
- If an audience is to be present, let them know in advance that you will be webcasting the presentation live and ask for their cooperation.
- Tape down any cables strung along the floor to minimize tripping hazards.
- Check for potential sources of extraneous noise and take abatement measures if possible.

### Archiving the Live Presentation

In the example setup, the iMovie application that comes with Mac OS X is available on the laptop. iMovie is used to import the recorded DV footage from the camera tape and then to encode and archive taped live presentations after they have occurred.

To archive a live presentation, first import the recorded DV footage.

1 Connect the DV camera to the laptop using FireWire and turn on the camera.

2 Insert the tape with the video footage to be archived into the camera and switch to VTR mode.

3 Open iMovie on the laptop and in the iMovie UI set the Mode Switch under the iMovie monitor to Camera mode by dragging the round blue slide toggle toward the DV camera icon.

4 Use the Camera mode playback controls to view a portion of the tape in the iMovie monitor. If the tape doesn't play, check the connections and make sure the camera is turned on.

5 Rewind the tape to a few seconds before the point where you want to start importing.

6 Click Play below the iMovie monitor.

APBU-00149006

.

7  Click Import when you see the point in the presentation where you want to start importing.

8  Click Import again when you want to stop importing.

If you get some footage that you don't want to include in your archived presentation, you can edit it later using iMovie.

**Important** You'll need to monitor hard disk space as you import video and create your iMovie. One minute of DV footage uses about 220 MB of hard disk space, so a one-hour presentation can use up more than 13 gigabytes of disk space. The Free Space status bar, below the clip shelf, shows how much disk space is available at any point in the import process.

Next, use iMovie to compress and encode the DV footage for streaming.

1  In iMovie, choose Export Movie from the File menu.

2  Choose To QuickTime from the "Export Movie" pop-up menu.

3  Choose a movie format from the Formats pop-up menu.

You can choose one of the QuickTime formats optimized for different uses or choose Expert. Expert lets you use custom QuickTime settings, such as MPEG-4 Video.

4  Click Export.

5  Name your movie, select a destination for the file, and click Save.

The time it takes to save the movie depends on the movie's length and the format you chose.

*Note:* You may want to save more than one archive streaming file, each compressed for a different connection speed. For example, you might choose lower compression settings for clients on the campus network and higher compression settings for clients connecting over the Internet.

6  After you have saved the encoded file or files, check to make sure every file streams properly, and you're ready for the next archiving session.

APBU-00149007

APBU-00149008

# Glossary

This glossary defines terms and spells out abbreviations you may encounter while working with online help or the *QTSS and DSS Administrator's Guide*. References to terms defined elsewhere in the glossary appear in italics.

A

**access file**  A text file called *qtaccess* that contains information about users and groups who are authorized to view media in the directory in which the access file is stored.

**administrator**  A user with server or directory domain administration *privileges*.

**administrator computer**  A computer with server administrator software installed that can be used to configure and manage another computer.

**announced broadcast**  A method such as *Automatic Unicast (Announce)* enabling a broadcaster to negotiate with a server to accept a broadcast.

**AppleScript**  A scripting language with English-like syntax, used to write script files that can control your computer. AppleScript is part of the Mac operating system and is included on every Macintosh.

**Automatic Unicast (Announce)**  A method of delivering a broadcast to a streaming server in which an SDP file is automatically copied and kept current on the server. A *broadcast user* name and password must be created before starting such a broadcast.

**AVI (Audio Visual Interleave)**  A Windows video file format.

B

**bandwidth**  The capacity of a network connection, measured in *bits* or *bytes* per second, for carrying data.

**bit**  A single piece of information, with a value of either 0 or 1.

**bit rate**  The speed at which bits are transmitted on a network, usually expressed in bits per second.

**broadcast**  Transmitting one copy of a stream over the whole network.

69

APBU-00149009

**broadcast user**  A user who has permission to broadcast to the streaming server. The broadcast user name and password are set in the General Settings pane of Streaming Server Admin and are used in conjunction with *announced broadcasts*. It is not necessary to create a broadcast user for *UDP* broadcasts.

**browser plug-in**  Software that you attach to a browser to enable it to display specific data formats.

**byte**  Eight *bits*.

C

**client**  The user-side software or computer used to display *streaming* media.

**codec**  Any technology for compressing and decompressing data. Codecs can be implemented in software, hardware, or a combination of both.

**CVS**  Concurrent Versions System, a programming code management system.

D, E

**data rate**  Amount of information per second.

**DNS (Domain Name Service)**  A service that translates host names to *IP addresses*.

**DSL (digital subscriber line)**  A broadband data transmission technology that operates over telephone lines.

**DV (digital video)**  A digital tape-recording format using approximately 5:1 compression to produce Betacam quality on a very small cassette.

F, G

**firewall**  Software that protects the network applications and networking stack of a server. IP Firewall service, which is part of Mac OS X Server software, scans incoming IP *packets* and rejects or accepts these packets based on a set of filters you create.

**FireWire**  A hardware technology for exchanging data with peripheral devices, defined by *IEEE* Standard 1394. Also called iLink.

**frame**  A single image in a *movie* or sequence of images.

**frame rate**  In a *movie*, the number of frames per second.

**FTP (File Transfer Protocol)**  A *protocol* that allows computers to transfer files over a network. FTP *clients* using any operating system that supports FTP can connect to a file server and download files, depending on their access *privileges*. Most Internet browsers and a number of freeware applications can be used to access an FTP server.

APBU-00149010

**H**

**hinting**  Hinting creates a *track* for each streamable media track in the file that tells QuickTime Streaming Server how and when to deliver each frame of media. The hinting process performs in advance the required calculations, allowing *QTSS* to serve up a larger number of streams. Hinting also allows new codecs to be used without the need to upgrade the server.

**HTML (Hypertext Markup Language)**  The code inserted in a file to be displayed on a web browser page. The markup tells the web browser how to display a web page's words and images for the user.

**HTTP (Hypertext Transfer Protocol)**  An application *protocol* that defines the set of rules for linking and exchanging files on a network.

**I**

**IEEE**  The Institute of Electrical and Electronics Engineers, Inc., an organization dedicated to promoting standards in computing and electrical engineering.

**Instant On**  An advance in Apple's patent-pending Skip Protection technology that dramatically reduces buffer, or wait, time for an instantaneous viewing experience with *streaming* video on a broadband connection.

**IP (Internet Protocol)**  A connectionless protocol used to transmit *packets* of data from one machine to another. *TCP* and *UDP* use IP for their host-to-host data communications.

**IP address**  A unique numeric address that identifies a computer on the Internet.

**IP subnet**  A portion of an *IP* network, which may be a physically independent network segment, which shares a network address with other portions of the network and is identified by a subnet number.

**ISP (Internet service provider)**  A business that sells Internet access and often provides web hosting for ecommerce applications as well as mail services.

**J, K, L**

**JavaScript**  A scripting language used to add interactivity to web pages.

**key frame**  A sample in a sequence of temporally compressed samples that does not rely on other samples in the sequence for any of its information. Key frames are placed into *temporally compressed sequences* at a frequency that is determined by the *key frame rate*.

**key frame rate**  The frequency with which *key frames* are placed into temporally compressed data sequences.

**LAN (local area network)**  A network maintained within a facility, as opposed to a WAN (wide area network) that links geographically separated facilities.

APBU-00149011

**layer**  A mechanism for prioritizing the *tracks* in a movie or the overlapping of *sprites*. When it plays a movie, *QuickTime* displays the movie's images according to their layer—images with lower layer numbers are displayed on top; images with higher layer numbers may be obscured by images with lower layer numbers.

M

**M3U file**  An audio metafile that is created using a text editor and saved to a web server. The file directs a user's web browser to an MP3 playlist residing on the same web server and opens the user's MP3 player.

**Mac OS X**  The latest version of the Apple operating system, which combines the reliability of UNIX with the ease of use of Macintosh.

**Mac OS X Server**  An industrial-strength server platform that supports Mac, Windows, UNIX, and Linux clients out of the box and provides a suite of scalable workgroup and network services plus advanced remote management tools.

**Manual Unicast**  A method for transmitting a live stream to a single QuickTime Player client or to a computer running *QTSS or DSS*. An SDP file is usually created by the broadcaster application and then must be manually sent to the viewer or streaming server.

**Mbone**  Short for Multicast Backbone, a virtual network for real-time *streaming* over the Internet.

**MIDI (Musical Instrument Digital Interface)**  A standard format for sending instructions to a musical synthesizer.

**modifier track**  A *track* in a movie that modifies the data or presentation of other tracks. For example, a *tween* track is a modifier track.

**mount point**  A string used to identify a live stream, which can be a relayed movie stream, a nonrelayed movie stream, or an MP3 stream. Mount points that describe live movie streams always end with an .sdp extension.

**MOV**  The Apple QuickTime *movie* file extension used to name both movie redirect files and actual *QuickTime* media files.

**movie**  A structure of time-based data that is managed by *QuickTime*. A QuickTime movie may contain sound, video, animation, or a combination of data types. A QuickTime movie contains one or more *tracks;* each track represents a single data stream in the movie.

**MP3 (MPEG layer 3)**  A popular format for compressing music.

**MPEG-4**  An *ISO* standard based on the QuickTime file format that defines multimedia file and compression formats.

**multicast**  An efficient, one-to-many form of *streaming*. Users can join or leave a multicast but cannot otherwise interact with it.

**multihomed**  A server with multiple *IP addresses*.

APBU-00149012

N, O

**NAT (Network Address Translation)**  A technique sometimes used so that multiple computers can share a single *IP address.*

**open source**  A term for the cooperative development of software by the Internet community. The basic principle is to involve as many people as possible in writing and debugging code by publishing the source code and encouraging the formation of a large community of developers who will submit modifications and enhancements.

P

**packet**  A unit of data information consisting of header, information, error detection, and trailer records. *QTSS* uses *TCP, UDP,* and *IP* packets to communicate with streaming clients.

**pixel**  A single dot in a graphic image with a given color and brightness value.

**playlist**  A set of media files in the *QTSS* or DSS media folder specified to play one after the other or in random sequence.

**port**  A sort of virtual mail slot. A server uses port numbers to determine which application should receive data *packets. Firewalls* use port numbers to determine whether or not data packets are allowed to traverse a local network. "Port" usually refers to either a *TCP* or *UDP* port.

**privileges**  Settings that define the kind of access users have to shared items. You can assign four types of privileges to a share point, folder, or file:  read and write, read only, write only, and none (no access).

**progressive download**  Movie data that is pushed via *HTTP* to the client. The movie can be viewed by the user as it is being transferred. This is not a form of media *streaming.*

**protocol**  A set of rules that determines how data is sent back and forth between two applications.

**proxy server**  A server that sits between a client and server and negotiates communication between those two hosts. The client and server only communicate with the proxy server and never interact with each other. There are proxy applications for many network protocols, including *HTTP* (for web traffic) and *RTSP* (for streaming traffic).

Q

**qtaccess**  The name of the plain text *access file* that contains information about users and groups who are authorized to view media in the directory in which the access file is stored.

**QTSS (QuickTime Streaming Server)**  A technology that lets you deliver media over the Internet in real time.

**QuickTime**  A set of Macintosh system extensions or a Windows dynamic-link library that supports the composition and playing of *movies.*

APBU-00149013

**QuickTime Player**  An application, included with the *QuickTime* system software, that plays QuickTime *movies*.

**QuickTime Pro**  A version of *QuickTime Player* with advanced features, primarily the addition of editing capabilities.

R

**RAID (Redundant Array of Independent Disks)**  A hard disk array that either increases the speed of disk input-output or mirrors the data for redundancy, or provides both of these features. Users may access the RAID as if it were one drive, although it may be divided into multiple partitions.

**reference movie**  A .mov file created using a utility program like MakeRefMovie, available at no cost from Apple for Macintosh and Windows. The file contains the location of a streaming media file and can also contain the locations of multiple streaming files. A reference file linked from a web page, for example, can direct a client player to the on-demand presentation encoded for its particular connection speed.

**reflected stream**  A live broadcast delivered as a *unicast* stream. *Movie* and MP4 *playlists* also generate reflected streams.

**relayed stream**  A stream that is passed from one server to one or more other servers. Relays can also be used to generate a *multicast* stream. *QTSS* does not support relaying of *MP3* streams.

**RTP (Real-Time Transport Protocol)**  A network-transport protocol used for transmitting real-time multimedia content over *multicast* or *unicast* network services.

**RTSP (Real Time Streaming Protocol)**  A *protocol* for controlling a stream of real-time multimedia content. Sources of data can include both live feeds and stored clips.

S

**sample rate**  The number of samples per second used for audio. Higher sample rates yield higher quality audio than lower sample rates.

**SDP (Session Description Protocol)**  A text file used with QuickTime Streaming Server that provides information about the format, timing, and authorship of a live *streaming* broadcast and gives the user's computer instructions for tuning in.

**SMTP (Simple Mail Transport Protocol)**  A *protocol* for sending email.

**sprite**  An animated image that is managed by *QuickTime*. A sprite is defined once and is then animated by commands that change its position or appearance.

**SSL (Secure Sockets Layer)**  An Internet *protocol* that allows you to send encrypted, authenticated information across the Internet.

APBU-00149014

**static IP address**  An *IP* address that is assigned to a computer or device once and is never changed.

**streaming**  Delivery of video or audio data over a network in real-time, as a stream of *packets* instead of a single file download.

T

**TCP (Transmission Control Protocol)**  A method used along with the Internet Protocol (IP) to send data in the form of message units between computers over the Internet. *IP* takes care of handling the actual delivery of the data, and TCP takes care of keeping track of the individual units of data (called *packets*) into which a message is divided for efficient routing through the Internet.

**temporal compression**  Image compression that is performed between *frames* in a sequence. This compression technique takes advantage of redundancy between adjacent frames in a sequence to reduce the amount of data that is required to accurately represent each frame in the sequence. Sequences that have been temporally compressed typically contain *key frames* at regular intervals.

**track**  A *QuickTime* data structure that represents a single data stream in a QuickTime *movie*. A movie may contain one or more *tracks*. Each track is independent of other tracks in the movie and represents its own data stream.

**TTL (time-to-live)**  A *multicast* broadcast has a TTL value that is set by the user. It specifies the number of routers the stream will pass through before it stops propagating over the network.

**tween track**  A *track* that modifies the display of other tracks.

U

**UDP (User Datagram Protocol)**  A data transport *protocol* that does not support retransmission of lost *packets*, sometimes used instead of *TCP/IP*.

**unicast**  The one-to-one form of *streaming*. If *RTSP* is provided, the user can move freely from point to point in an on-demand *movie*.

**URL (Universal Resource Locator)**  A uniform way of specifying locations on the Internet or a local file system.

V, W, X, Y, Z

**VBR (variable bit rate)**  A method of compressing data that takes advantage of changes in the media's *data rate*.

**WAV**  A Windows format for sound files.

**webcast**  A broadcast of live video or audio on the Internet.

APBU-00149015

**XLR plug**  A three-pin audio connector that can be used with three-wire balanced cables, which cause electro-magnetic interference to be canceled out.

**XML**  An extensible markup language, similar to *HTML* but more formal and more flexible.

APBU-00149016

# Index

A

access control 40–43
access errors 26
access files 40–41
access history log 26
"Access Log" setting 26
address translation 45
administering streaming servers. *See* Streaming
    Server Admin application
administrators 18, 25, 40
AirPort base station 57
Announce (Automatic Unicast) 24, 43–44, 64–65
any-user tag 41
Apache web server 15
AppleCare support 13, 14
Apple skip-protection technology 13, 27
archiving live presentations 66–67
audio
    live 8–9
    MP3 audio streaming 12
    preparing 28
    streaming 8–9
audio metafiles 33
authentication
    access to streamed media 40–43, 62
    basic 25, 42
    default 25
    digest 25, 40
    disabling 40
    features 13
    overriding global setting 41

AuthScheme keyword 41
Automatic Unicast (Announce) 24, 43–44, 64–65
.avi format 28–29

B

bandwidth
    considerations 33
    live streaming and 9, 58
    networks and 58
    relays and 11
bandwidth segments 58
"Base Port" setting 38
basic authentication 25, 42
broadband connections 16, 27
Broadcaster. *See* QuickTime Broadcaster
Broadcaster Settings pane 23
broadcaster user account 25, 43, 62
broadcasting software 8
broadcasts
    *See also* QuickTime Broadcaster
    connecting over HTTP 47
    to different streaming server 24
    generic webcasting setup 55–67
    live 17–18
    names 37
    over TCP 24
    passwords 37
    playlists 27–28, 34, 35
    play modes 34
    prerecorded media 27–28, 34
    relayed 11, 35, 46
    remote 23–24
    starting 24

**77**

stopping 24
unable to connect to 47
viewing 24
browsers. *See* web browsers

## C

cable modems 33
cameras
    DV. *See* DV camera
    tripod 62, 63
    video 11
CCDs (charge-coupled devices) 62
certificate file 24, 43
"Change Admin Username/Password" setting 25
"Change Movie Broadcast Password" setting 25
"Change MP3 Broadcast Password" setting 25
charge-coupled devices (CCDs) 62
clean install 15
client computers
    access to streaming servers 57
    media sent to 9
    multicast vs. unicast transport 10
    requirements for 16
    viewing live streams 65
    viewing streamed media 31
codecs 29
command execution, with sudo 44–45
computers
    client. *See* client computers
    IP address of 37
    multihomed 49–50
    source 37
    subnets 16
Concurrent Version System (CVS) archive 13
configuring streaming servers 21–22
Connected Users pane 22
connections
    broadband 16, 27
    broadcast 47
    cable modem 33
    data rates 33
    dropped 48
    DSL 33
    Ethernet 58, 60
    HTTP 12, 45, 47

maximum number of 25, 46, 47, 48
wireless 57
CVS (Concurrent Version System) archive 13

## D

Darwin Streaming Server (DSS)
    *See also* streaming servers
    administering. *See* Streaming Server Admin
        application
    binaries 17
    binding to IP address 50
    described 12
    features 12–13
    MP3 files and 28
    non-Mac OS X upgrade 16
    obtaining 15
    problems with 46
    QuickTime Broadcaster and 9
    requirements for 17
    running on non-Mac OS X platforms 16
    setting up 15–19
    source code 13, 17
    support 13
    version 4 12–13
    version 4.1 13
    web site 15, 22
DarwinStreamingServer file 46
data rates 33
"Default Authentication Scheme" setting 25
"Default Relay" setting 37, 46
deleting items
    groups 42
    playlists 36
    SDP files 31
    users from user/group file 42
delivery, live 8
delivery, on-demand 8
digest authentication 25, 40
Digital Subscriber Line (DSL) 33
disk space 17, 59, 67
DNS hostname 37
DSL (Digital Subscriber Line) 33
DSS. *See* Darwin Streaming Server
DV camera
    live webcasts 62–64

APBU-00149018

QuickTime Broadcaster and 64
streaming presentations 56

**E**

eMac 17
EMBED tag 32
Error.log file 26
error code 401 42
error code 404 47
error code 415 48
error code 453 48
error code 454 48
error code −5420 48
error log 26
"Error Log" setting 26
errors
    See also troubleshooting
    access 26
    listed 47–48
    server busy 25
    while streaming media 47–48
Ethernet cards 60
Ethernet connections 58, 60
events, live 8
exporting items
    files as movies 29
    QuickTime movies 28
    QuickTime movies as hinted movies 29–30

**F**

file formats
    streaming 28–29
files
    access 40–41
    exporting as movies 29
    hinting 28–29
    MP3 19, 27, 28, 48
    MPEG-1 47
    MPEG-4 12, 16
    SDP. See SDP files
firewalls 43, 45, 60–61
Firewire output 63
Firewire ports 56
Firewire technology 17

**G**

general settings 24–25
"Genre" setting 35
group file 41, 42–43
groups 41, 42

**H**

hard disk space 17, 59–60, 67
hardware requirements 16–18, 59–60
headphone jack 63
headphones 63
help, online 22
hinted files 28–29, 48
hinted movies
    exporting QuickTime movies as 29–30
    performance 30
hinted MPEG-1 files 47
hinting
    MP3 files and 27
    purpose of 28
    uses for 29
hint tracks 29–30
hostname 22
HREF attribute 32
HTTP connections 12, 45, 47
HTTP downloads 48
HTTP traffic 61
HTTP URL 31
HUP signal 52

**I**

IETF (Internet Engineering Task Force) 14
iMac 17
iMovie 66–67
    compressing/encoding DV footage 67
    live presentations 57
instant-on streaming 13, 16, 27
Internet, multimedia sent over 9
Internet Engineering Task Force (IETF) 14
Internet Explorer 21
IP addresses
    binding QTSS/DSS to 50
    source computer 37
    Streaming Server Admin 22, 49–50

Index    **79**

APBU-00149019

IP Firewall service  60
IP packets  60
IP subnets  16
iTunes  16

K

killing QTSS processes  51
killing Streaming Server Admin processes  51–52
Knowledge Base articles  13

L

lighting issues  58, 64
lighting kit  62, 64
Linux systems  17
live audio
    requirements for  17–18
    setup for streaming  8–9
live broadcasting  17–18
live chats  11
live delivery  8
live events  8
live media
    streaming  31
    unable to see  48
live streaming
    audio  8–9
    choosing environment for  57–58
    concurrent viewers  58
    example of  55–67
    network setup  58
    video  8–9
live video
    archiving  66–67
    requirements for  17–18
    setup for streaming  8–9
    shooting  66
live webcasts  55–67
logging, enabling  35, 48
logs
    access history  26
    error  26
    location of  26–27
    MP3 access  26
    playlists  26–27, 35, 48

QuickTime movie  26
resetting  26
streaming admin server requests  26
streaming MP3 requests  26
looping playlists  47

M

M3U metafiles  33
Macintosh Server G3  17
Macintosh Server G4  17
Mac OS X
    DSS binaries/source code  17
    logs  26
Mac OS X Server
    AppleCare support page  13
    killing QTSS processes  51
    killing Streaming Server Admin
        processes  51–52
    QTSS requirements  17
    resources  13
    restarting QTSS processes  51
    restarting Streaming Server Admin
        processes  51–52
    upgrading  15
"Max. Number of Connections" setting  25
"Max. Throughput" setting  25
Mbone (multicast backbone)  10
media  27–33
    bandwidth considerations  33
    hinted movies  29–30
    instant-on streaming  27
    links to MP3 playlists  33
    live  31, 48
    multiple sources  28
    preparing audio  28
    prerecorded  27–28, 34
    protected  42
    SDP files  30
    sent over Internet  9
    streamed. See streamed media
    streaming file formats  28–29
    viewing from client computer  31
media directories
    disabling authentication for  40
    multiple  52–53

APBU-00149020

symbolic links within 52–53
"Media Directory" setting 24
media files
    accessing 26
    authorized users of 41
    hint tracks 30
    location of 24
    media types in 27
    mixing 28
    not streaming properly 46–47
    URL for 32
    user access to 41, 42
memory 17, 59
microphone 62, 63
Microsoft Internet Explorer 21
mount point 34, 37, 38
"Mount Point" setting 34, 37
movie files 48
movie playlists 27, 34
    See also playlists
movies
    exporting files as 29
    hinting 29
    QuickTime. See QuickTime movies
    reference 32
Mozilla browser 21
mp3_access.log file 26
MP3 access log 26
MP3 broadcasts 18, 25
.mp3 extension 19
MP3 files 19, 27, 28, 48
MP3 players 35
MP3 playlists
    See also playlists
    broadcasting media in 34
    categories 35
    creating 35–36
    deleting 36
    editing 36
    links to 33
    listening to 16
    prerecorded media for 27
    .sdp extension and 34
MP3 streaming 12, 48
MPEG-1 files 47

MPEG-4 files 12, 16
MPEG-4 player 16
MPEG-4 playlists 35–36
MPEG-4 streaming 12
multicast 10
"Multicast TTL" setting 38
multimedia 7, 9

N

"Name" setting 34
NATs (Network Address Translators) 43
Net::SSLeay 43
Netscape Communicator 21
Netscape Navigator 21
Network Address Translators (NATs) 43
network cards 60
networks
    address translation 45
    bandwidth and 58
    capacity of 58
    local area 38
    preparing for live streaming 58

O

on-demand delivery 8
online help 22
OpenSSL library 43

P

passwords
    broadcaster user account 25, 62
    broadcasts 37
    changing for users 42–43
    MP3 broadcasts 18, 25
    Streaming Server Admin 18, 22, 25, 39
    user accounts 42
    for viewing media 41
payload encoders 30
performance
    enhancements to 13
    hinted movies 30
    slow streaming 47
players
    MP3 35

APBU-00149021

MPEG-4 16
QuickTime. *See* QuickTime Player
PlaylistBroadcaster process 48
playlistname.err file 26–27
playlists 34–37
    access to 40
    broadcasting prerecorded media with 34
    creating 35–36
    deleting 36
    described 34
    editing 36
    links to 33
    looping 47
    movie 27
    MP3. *See* MP3 playlists
    MPEG-4 35–36
    names 34
    preparing prerecorded media for 27–28
    problems with 48–49
    relaying broadcasts 35
    removing items from 35
    server-side 13
    settings 34–35
    starting 35, 46
    stopping 35
playlists log 26–27, 35, 48
"Play Mode" setting 34
PLS metafiles 33
plug-ins, QuickTime 9, 47
port 80, streaming over 18, 25, 45, 61
ports
    base 38
    Firewire 56
    UDP 38
    used by QTSS/DSS 61
Power Mac G3 17
Power Mac G4 17
preferences 52
prerecorded media 27–28
presentations, streaming 55–67
presets directory 23
problems. *See* troubleshooting
proxies 43

Q
qtaccess file 40–41, 43–44
qtgroups file 39, 42
QTSS. *See* QuickTime Streaming Server
qtusers file 41
QuickTime Broadcaster
    *See also* broadcasts
    controlling remotely 23–24
    described 12
    live audio/video setup 9
    live presentations 57
    non-headless mode 24
    obtaining 16, 64
    presets 23, 24
    QTSS/DSS and 9
    remote control of 16
    requirements for 17–18
    setting up 16, 64–65
    streaming presentations 56
    video capture 17
    web site 16, 64
QuickTime client software 16
"QuickTime for the Web" 14
QuickTime Instructional web site 14
QuickTime movie log 26
QuickTime movies
    *See also* movies
    exporting 28
    exporting as hinted movies 29–30
    sample 19
    self-contained 28
QuickTime payload encoder 30
QuickTime Player
    described 12
    exporting QuickTime movies as hinted
        movies 30
    viewing media from clients 31
    viewing movies 19
    viewing streamed media on 9
QuickTime plug-in 9, 47
QuickTime Pro
    described 12
    included with "QuickTime for the Web" 14
QuickTime product suite 11
QuickTime Services web site 14

APBU-00149022

QuickTime streaming 7–14
    *See also* streaming
QuickTime Streaming course 14
QuickTime Streaming Server (QTSS)
    *See also* streaming servers
    administering. *See* Streaming Server Admin
        application
    binding to IP address 50
    described 12
    features 12–13
    killing processes 51
    MP3 files and 28
    multiple media directories 52–53
    obtaining 15
    problems with 46
    QuickTime Broadcaster and 9
    requirements for 17, 59–60
    re-reading preferences 52
    restarting processes 51
    setting up 15–19, 59–62
    support 13, 14
    version 4 12–13
    version 4.1 13
QuickTimeStreamingServer file 46
QuickTime Streaming Server product page 13
QuickTime web site 22

R

RAID storage systems 60
RAM 17, 59
real-time streaming 7, 8
Real-Time Streaming Protocol. *See* RTSP
Real-Time Transport Protocol. *See* RTP
RedHat Linux 17
reference movie 32
relayed broadcasts 11, 35, 46
"Relay Name" setting 37
relays 37–39
    default 37, 46
    names 37
    settings 37–38
    setting up 38
    streamed media 11
    support for 13
    turning off 39

turning on 39
uses for 11
via TCP 38
via UDP 38
Relay Settings pane 37–39
"Relay via TCP" setting 38
"Relay via UDP" setting 38
remote administration 18
remote broadcasts 23–24
remote control 16
remote servers 16
"Repetition" setting 35
"Request incoming stream" setting 37
resolution 63
resources 13–14
root user 44–45
routers 43
RTP (Real-Time Transport Protocol) 7, 14
RTP payload encoder 30
RTP standard 14
RTP streams 33
RTSP (Real-Time Streaming Protocol) 7, 14, 52
RTSP standard 14
RTSP URLs 31, 32, 53

S

.sdp extension 34
SDP files
    copying 31
    creation of 24, 30, 31, 43
    deleting 31
    described 30
    location of 48
    modifying 31
    playlists and 48
    pointers to 38
    purpose of 62
"Secure Administration" setting 24
Secure Sockets Layer. *See* SSL
security 39–45
    access control 40–43
    Automatic Unicast (Announce)
        method 43–44
    certificate file 24, 43
    command execution with sudo 44–45

APBU-00149023

firewalls 43, 45
Net::SSLeay 43
networks with address translation 45
OpenSSL library 43
passwords. *See* passwords
proxies 43
resetting Admin user name/password 39
Secure Sockets Layer 43
streaming on port 80 45
user accounts 42–43
"Sequential Looped" mode 34, 49
"Sequential" mode 34
server administrators 18, 25, 40
servers
    Apache 15
    busy 25, 48
    connection dropped 48
    maximum throughput of 25
    not running 48
    remote 16
    streaming. *See* streaming servers
    subnets 16
    Xserve 16, 17, 56
server-side playlists 13
Session Description Protocol files. *See* SDP files
skip-protection technology 13, 27
software requirements 16–18, 59
Solaris systems 17
"Source Hostname or IP Address" setting 37
SRC attribute 32
SSL (Secure Sockets Layer) 24, 43
SSL certificate 18
"Status: _ Enabled" setting 37
streamed media
    controlling access to 40–43
    embedding in web pages 32–33
    errors during 47–48
    live 31
    relaying 11
    viewing from client computer 31
streaming
    *See also* QuickTime streaming
    codecs 29
    instant-on 13, 16, 27
    live. *See* live streaming

MP3 12, 48
MPEG-4 12
over port 80 18, 25, 45, 61
overview 7–9
poor performance 47
process for 9–11
quality of 13
real-time 7, 8
streamingadminserver.log file 26
streamingadminserver.pl script 46
streamingadminserver process 51–52
streaming admin server requests log 26
streaming file formats 28–29
streaming files 59
streaming media files 28
streaming movies 28
streaming MP3 playlists 16
streaming MP3 requests log 26
"Streaming on Port 80" setting 25
streaming presentations 55–67
Streaming Proxy settings 46
StreamingServer.log file 26
Streaming Server Admin application 21–27
    binding to single IP address 49–50
    changing server settings 23
    configuring server 21–22
    connected users 22–23
    controlling QuickTime Broadcaster
        remotely 23–24
    described 21
    general settings 24–25
    killing processes 51–52
    log settings 25–27
    new features 12, 13
    password 18, 22, 25, 39
    port settings 25
    problems with 46
    relay settings 37–39
    re-reading QTSS preferences 52
    resetting user name/password 39
    restarting processes 51–52
    starting streaming service 22
    stopping streaming service 22
    streaming server setup 18–19
    user name 18, 22, 25, 39

APBU-00149024

viewing server activity 22
working with 21–22
streaming servers
    *See also* Darwin Streaming Server; QuickTime
        Streaming Server; servers
    administering. *See* Streaming Server Admin
        application
    advanced topics 49–53
    changing settings for 23
    connected users 22–23
    considerations 59–62
    creating user accounts on 43–44
    general settings 24–25
    log settings 25–27
    mailing lists 14
    overview 7–8
    port settings 25
    problems with 46
    remote administration 18
    requirements for 17, 59–60
    restricting access to 62
    setting up 15–19, 59–62
    testing setup 19
    viewing activity 22
streaming service
    changing settings for 23
    starting 22
    stopping 22
streaming service providers 14
Streaming Transport settings 46
sudo 44–45

**T**

T1 lines 58
TCP
    broadcasts over 24
    relay via 38
.text format 28–29
time-to-live (TTL) 38
tracks, hint 29–30
tripod 62, 63
troubleshooting 45–49
    *See also* errors
    live streamed media 48
    media files 46–47

playlists 48–49
Streaming Server Admin 46
streaming servers 46
TTL (time-to-live) 38

**U**

UDP packets 45
UDP ports 38
UDP streams 37
unicast 10
URLs
    HTTP 31
    media files 32
    RTSP 31, 32, 53
    specified in SRC attribute 32
    Streaming Server Admin computer 22
    unable to locate 47
user accounts
    adding 42
    broadcaster 25, 43, 62
    creating 43–44
    passwords 42
User Datagram Protocol. *See* UDP
user file 41, 42–43
"User Name/Password" setting 37
user names
    authorized users 41
    Streaming Server Admin 18, 22, 25, 39
users
    access control 40–43
    broadcast 25
    changing password 42–43
    connected 22–23
    deleting from user/group file 42
    messages for 41
    multiple media directories 52–53
    unable to connect to broadcast 47
    unable to see live streamed media 48
    viewing media 41
    working with 22–23

**V**

valid-user tag 41
video

APBU-00149025

capture  17
    streaming  8–9
video cameras  11
video files  59

**X**

XLR plugs  63
Xserve server  16, 17, 56

**W**

"Wait for announced stream(s)" setting  37
.wav format  28–29
web browsers
    administering server from  21
    Internet Explorer  21
    Mozilla  21
    Netscape Communicator  21
    Netscape Navigator  21
    QuickTime plug-in  9
    remote management of QTSS  59
    viewing streamed media through  32
webcasting setup  55–67
web pages
    embedding streaming media in  32–33
    MP3 playlists on  33
    playing streamed media over  9
    webcast access from  65
web servers  15
web sites
    AppleCare support  14
    Darwin Streaming Server  13, 15, 22
    Internet Engineering Task Force  14
    Mac OS X Server AppleCare support page  13
    QuickTime  22
    QuickTime Broadcaster  16, 61
    QuickTime Instructional site  14
    QuickTime Services  14
    QuickTime Streaming Server  13
    RTP standard  14
    RTSP standard  14
"Weighted Random" mode  35, 48, 49
WinAmp  16
Windows 2000 systems  17
Windows-based systems  9, 17, 26
Windows NT systems  17
wireless connections  57

APBU-00149026