# EXHIBIT 37

Dockets.Justia.com

Claim Chart for US Patent 5,995,705

| CLAIM LANGUAGE | BURST'S CLAIM CONSTRUCTION | BURST'S EVIDENCE | APPLE' CLAIM CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| 705-1. An audio/video *transceiver apparatus* comprising: | PROPOSED CONSTRUCTION: "**transceiver apparatus**" – *see* '995 claim 1 – AGREED | | PROPOSED CONSTRUCTION: "**transceiver**": *see* '995 Patent, Claim 1 – AGREED | |
| *input means for receiving audio/video source information*, said audio/video source information comprising a *multiplicity* of *video frames* collectively representing at least one *full motion video program*; | PROPOSED CONSTRUCTION: "**audio/video source information**"– *see* '995 claim 1 | INTRINSIC EVIDENCE: *See* '995 claim 1. EXTRINSIC EVIDENCE: *See* '995 claim 1. | PROPOSED CONSTRUCTION: "**audio/video source information**: *see* '839 Patent, Claim 1. | |
| | "**multiplicity**" – No construction necessary. Alternatively, "a large number." | INTRINSIC EVIDENCE: '995 7:67-8:2. EXTRINSIC EVIDENCE: *Webster's New Collegiate Dictionary* (1981) and *American Heritage Dictionary* (1982) (definition for multiplicity); expert testimony. | "**multiplicity**": *see* '839 Patent, Claim 19. | |
| | "**multiplicity of video frames in the form of one or more full motion video programs**" – *see* '839 claim 73. | INTRINSIC EVIDENCE: *See* '839 claim 73. EXTRINSIC EVIDENCE: *See* '839 claim 73. | "**video frames**": *see* '839 Patent, Claim 73. | |
| | "**input means for receiving audio/visual source information**" – *see* '995 claim 1. | INTRINSIC EVIDENCE: *See* '995 claim 1; *see also* '839 Figs. 3 & 4, 2:38, 2:52-58, 11:24-28, 11:48-12:11, 12:25-27, 12:38-45. | "**input means for receiving audio/visual source information**" - Limited to structures disclosed under §112 ¶6: video line or camera input line 15, TV RF tuner 16, auxiliary digital input port 17, fiber optic port | "**input means for receiving audio/visual source information**" INTRINSIC EVIDENCE: '705-7:12-17; 7:35-40; 7:45-47; 7:57-66; 9:4-8; 11:21-23; 11:26-51; Figs. 2-3 and |

| CLAIM LANGUAGE | BURST'S CLAIM CONSTRUCTION | BURST'S EVIDENCE | APPLE' CLAIM CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| | | EXTRINSIC EVIDENCE: *See* '995 claim 1. | 18, auxiliary analog audio and digital input ports, point-to-point microwave transceiver, or satellite transceiver. | associated text. EXTRINSIC EVIDENCE: Burst's claim construction briefing in Burst v. Microsoft; expert testimony; McGraw Hill Dictionary of Scientific and Technical Terms, 4th ed. (1989). |
| *compression means*, coupled to said input means, *for compressing said audio/video source information* into *a digital time compressed representation* thereof, wherein said digital time compressed representation of said audio/video source information *is capable of being transmitted in a burst transmission time period that is substantially shorter than a time period associated with real time viewing* by a receiver of said audio/video source information; | PROPOSED CONSTRUCTION: "audio/video source information" – *see* '995 claim 1 "digital" – *see* '839 claim 8 – AGREED "compression means" – *see* '995 claim 1 "compressing said audio/video source information" – *see* '995 claim 1. "digital time compressed representation . . . capable of being transmitted in a burst transmission | INTRINSIC EVIDENCE: *See* '995 claim 1. EXTRINSIC EVIDENCE: *See* '995 claim 1. INTRINSIC EVIDENCE: *See* '995 claim 1. EXTRINSIC EVIDENCE: *See* '995 claim 1. INTRINSIC EVIDENCE: *See* '995 claim 1. EXTRINSIC EVIDENCE: *See* '995 claim 1. INTRINSIC EVIDENCE: '995 1:34-37, 1:53-57, 2:46-51, 7:60-66, 10:28-31; '839 2:52-58, | PROPOSED CONSTRUCTION: "audio/video source information": *see* '839 Patent, Claim 1. "time compressed representation": *see* '839 Patent, Claim 1. "compression means…for compressing said audio/video source information…: *see* '995 Patent, Claim 1. "is capable of being transmitted in a burst transmission time period that is substantially shorter than a | "is capable of being transmitted in a burst transmission time period |

| CLAIM LANGUAGE | BURST'S CLAIM CONSTRUCTION | BURST'S EVIDENCE | APPLE' CLAIM CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| | **time period that is substantially shorter than a time period associated with real time viewing** – "a digital version of audio/video source information having a reduced number of bits that allows data transfer over an external communications link in a time period that is substantially shorter than the time required for normal playback" | 8:18-20, 10:6-9, 11:28-32, 11:51-12:10, 12:23-27; '839 2:52-58, 8:18-20, 10:6-9, 11:28-32, 11:51-12:10, 12:23-27. '705 PH: 5/26/98 OAR at 11, 13, 15-16 and claims.<br><br>EXTRINSIC EVIDENCE:<br>Expert testimony. | **time period associated with real time viewing**" – the time compressed representation is such that it is known at the time of compression that it is capable of being transmitted in a burst time period of definite duration that is substantially shorter than the time required to play the representation in real time. | that is substantially shorter than a time period associated with real time viewing"<br><br>INTRINSIC EVIDENCE: '839 – 8:5-26; '995 – 8:50-57; '995 FH – APBU 38-46, 72-89, 90-91; '932 FH – APBU 232-233.<br><br>EXTRINSIC EVIDENCE: Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; Claim Construction Order in *Burst.com v. Microsoft*; expert testimony; Webster's II New Riverside University Dictionary, (1988);  Modern Dictionary of Electronics, 6th ed. (1984); Gitlin, Hayes, & Weinstein, Data Communications Principles (Plenum Press, 1992); Graf & Sheets, Video Scrambling & Descrambling for Satellite and Cable TV (Newnes, 2nd edition, 1998); United States Patent No. 5,440,334. |
| ***storage means***, coupled to said compression means, *for storing said digital time compressed representation* of said audio/video source information; and | PROPOSED CONSTRUCTION:<br><br>"storage means" – Apple did not previously identify this term. Not subject to §112 ¶6, and no construction necessary. Alternatively, "a medium in which data is retained for subsequent retrieval" | INTRINSIC EVIDENCE:<br>'995 Abstract, Fig. 2, 1:29-33, 2:13-17, 2:59-62, 3:32, 4:13-16, 4:22-23, 5:27, 5:36-45, 6:8-17, 6:20-22, 9:12-26, 9:33-43, 9:55-61, 10:1-5, 10:9-21; '839 Abstract, Figs. 3 & 4, 6:37-42, 8:30-33, 9:65-10:11, 11:29-35, 11:66-12:4, 12:23-25, 12:38-40.<br><br>EXTRINSIC EVIDENCE:<br>*Modern Dictionary of Electronics* (6th Ed. 1984) and *IEEE Standard Dictionary of Electrical and* | PROPOSED CONSTRUCTION:<br><br>"storage means…for storing said digital time compressed representation…" - Limited to structures disclosed under §112 ¶6: DRAM, SRAM, CMOS memory, optical disc memory, bubble memory, magnetic disk, or digital paper. | "storage means…for storing said digital time compressed representation…"<br><br>INTRINSIC EVIDENCE: '705-6:16-29; Figs. 2-3 and associated text<br><br>EXTRINSIC EVIDENCE: Burst's claim construction briefing in Burst v. Microsoft; expert testimony; McGraw Hill Dictionary of Scientific and Technical Terms, 4th |

3

| CLAIM LANGUAGE | BURST'S CLAIM CONSTRUCTION | BURST'S EVIDENCE | APPLE' CLAIM CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| *transmission means*, coupled to said storage means, *for transmitting* said digital time compressed representation of said audio/video source information *away from said audio/video transceiver apparatus in said burst transmission time period*. | PROPOSED CONSTRUCTION: "**transmission means**" - Subject to §112 ¶6: "an audio/video transmitter/receiver such as a modem, a fiber optic transceiver, microwave transceiver, satellite transceiver, plus equivalents"<br><br>"**transmitting . . . away**" – "sending to an external device capable of playback" | INTRINSIC EVIDENCE: '995 Abstract, Fig. 2, 1:34-37, 1:50-56, 2:46-51, 3:28-37, 7:32-8:6, 8:20-23, 8:29-57, 9:55-68, 10:6-13; '839 Figs. 3 & 4, 2:38, 2:52-58, 8:18-20, 11:24-28, 11:48-12:11, 12:25-27, 12:38-45.<br>EXTRINSIC EVIDENCE: Expert testimony.<br>INTRINSIC EVIDENCE: *See* '995 claim 1; *see also* '839 Figs. 3 & 4, 11:28-32, 11:48-12:45.<br>EXTRINSIC EVIDENCE: *See* '995 claim 1. | PROPOSED CONSTRUCTION: "**transmission means...for transmitting...away from said audio/video transceiver apparatus in said burst transmission time period**" - Limited to structures disclosed under §112 ¶6: fiber optic port 18, point-to-point microwave transceiver, or satellite transceiver. | "**transmission means...for transmitting...away from said audio/video transceiver apparatus in said burst transmission time period**"<br>INTRINSIC EVIDENCE: '705-7:57-8:7, 11:24-51<br>EXTRINSIC EVIDENCE: Expert testimony; McGraw Hill Dictionary of Scientific and Technical Terms, 4th ed. (1989). |
| 705-2. The audio/video transceiver apparatus of claim 1, further comprising editing means, coupled to said storage means, for editing the digital time compressed representation of said audio/video source information stored in said storage means and for storing the edited digital time compressed representation of said audio/video source information in said storage means. | PROPOSED CONSTRUCTION: "**editing means**" – *see* '995 claim 2. | INTRINSIC EVIDENCE: *See* '995 claim 2; *see also* '839 12:46-52.<br>EXTRINSIC EVIDENCE: *See* '995 claim 2. | PROPOSED CONSTRUCTION: "**editing means... for editing the digital time compressed representation...and for storing...**": see '995 Patent, Claim 20. | |
| 705-3. The audio/video transceiver | PROPOSED CONSTRUCTION: | INTRINSIC EVIDENCE: | PROPOSED CONSTRUCTION: | "**transmission means...configured** |

4

| CLAIM LANGUAGE | BURST'S CLAIM CONSTRUCTION | BURST'S EVIDENCE | APPLE' CLAIM CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| apparatus of claim 2, wherein said *transmission means* is *configured to receive the edited digital time compressed representation* of said audio/video source information and to transmit the edited digital time compressed representation of said audio/video source information away from said audio/video transceiver apparatus in said burst transmission time period. | "transmission means" – *see above* | *See above.*<br>EXTRINSIC EVIDENCE:<br>*See above.* | "transmission means…configured to receive the edited digital time compressed representation…" - Limited to structures disclosed under §112 ¶6: fiber optic port 18, point-to-point microwave transceiver, or satellite transceiver. | to receive the edited digital time compressed representation…"<br>INTRINSIC EVIDENCE: '705-7:57-8:7; 11:3-7; 11:24-51; Figs. 2-3 and associated text<br>EXTRINSIC EVIDENCE: Expert testimony; McGraw Hill Dictionary of Scientific and Technical Terms, 4th ed. (1989). |
| 705-12. A method for handling audio/video source information, the method comprising the steps of: | | | | |
| receiving *audio/video source information*, said audio/video source information comprising a *multiplicity of video frames collectively constituting at least one full motion video program*; | PROPOSED CONSTRUCTION:<br>"audio/video source information"- *see* '995 claim 1.<br><br>"multiplicity" – *see above.*<br><br>"multiplicity of video frames collectively constituting at least one full motion video program" – *see* '839 claim 73. | INTRINSIC EVIDENCE:<br>*See* '995 claim 1.<br>EXTRINSIC EVIDENCE:<br>*See* '995 claim 1.<br><br>INTRINSIC EVIDENCE:<br>*See above.*<br>EXTRINSIC EVIDENCE:<br>*See above.*<br><br>INTRINSIC EVIDENCE:<br>*See* '839 claim 73.<br>EXTRINSIC EVIDENCE:<br>*See* '839 claim 73. | PROPOSED CONSTRUCTION:<br>"audio/video source information": see '839 Patent, Claim 1.<br><br>"multiplicity": see '839 Patent, Claim 19.<br><br>"video frames": see '839 Patent, Claim 73. | |
| compressing the received audio/video source information into | PROPOSED CONSTRUCTION: | INTRINSIC EVIDENCE: | PROPOSED CONSTRUCTION: | |

4411-1/1011.00  5

| CLAIM LANGUAGE | BURST'S CLAIM CONSTRUCTION | BURST'S EVIDENCE | APPLE' CLAIM CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| a *digital time compressed representation* thereof, the digital time compressed representation of said audio/video source information having an associated burst transmission time period that is substantially shorter than a time period associated with real time viewing by a receiver of said audio/video source information; | "audio/video source information" — *see* '995 claim 1.<br><br>"digital" — *see* '995 claim 8 – AGREED<br><br>"compressing the received audio/video source information" – *see* '839 claim 1.<br><br>"digital time compressed representation . . . having an associated burst transmission time period that is substantially shorter than a time period associated with real time viewing" – "a digital version of audio/video source information having a reduced number of bits that allows data transfer over an external communications link in a time period that is substantially shorter than the time required for normal playback" | *See* '995 claim 1.<br>EXTRINSIC EVIDENCE:<br>*See* '995 claim 1.<br><br>INTRINSIC EVIDENCE:<br>*See* '839 claim 1.<br>EXTRINSIC EVIDENCE:<br>*See* '839 claim 1.<br><br>INTRINSIC EVIDENCE:<br>'995 1:34-37, 1:53-57, 2:46-51, 7:60-66, 10:28-31; '839 2:52-58, 8:18-20, 10:6-9, 11:28-32, 11:51-12:10, 12:23-27; 839 2:52-58, 8:18-20, 10:6-9, 11:28-32, 11:51-12:10, 12:23-27.<br>'705 PH: 5/26/98 OAR at 11, 13, 15-16 and claims.<br>EXTRINSIC EVIDENCE:<br>Expert testimony. | "audio/video source information": see '839 Patent, Claim 1.<br><br><br><br>"time compressed representation:" see '839 Patent, Claim 1.<br>"having an associated burst time period": see '839 Patent, Claim 1. | |
| *storing* the digital time compressed representation of said audio/video source information; and | | | | |
| *transmitting, in said burst transmission time period,* the stored digital time compressed | PROPOSED CONSTRUCTION:<br>"transmitting…to a selected destination" – *see* '839 claim 1. | INTRINSIC EVIDENCE:<br>*See* '839 claim 1. | PROPOSED CONSTRUCTION:<br>"transmitting": see '839 Patent, Claim 1. | |

| CLAIM LANGUAGE | BURST'S CLAIM CONSTRUCTION | BURST'S EVIDENCE | APPLE' CLAIM CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| representation of said audio/video source information *to a selected destination*. | | EXTRINSIC EVIDENCE: *See* '839 claim 1. | | |
| 705-13. The method of claim 12, further comprising the steps of: | | | | |
| editing the stored time compressed representation of said audio/video source information; and | | | | |
| storing the edited time compressed representation of said audio/video source information. | | | | |
| 705-21. A method for handling audio/video source information, the method comprising the steps of: | | | | |
| receiving *audio/video source information* as a *digital time compressed representation* thereof, said audio/video source information comprising a *multiplicity of video frames* collectively constituting at least one *full motion video program* selected from a *video library storing* a *plurality* of video programs in a digital time compressed representation thereof *for selective retrieval*; | PROPOSED CONSTRUCTION: "audio/video source information"- *see* '995 claim 1. <br><br>"digital" – *see* '839 claim 8 – AGREED <br><br>"multiplicity" – *see above*. | INTRINSIC EVIDENCE: *See* '995 claim 1. <br>EXTRINSIC EVIDENCE: *See* '995 claim 1. <br><br><br><br><br>INTRINSIC EVIDENCE: *See above.* <br>EXTRINSIC EVIDENCE: *See above.* | PROPOSED CONSTRUCTION: "audio/video source information": see '839 Patent, Claim 1. <br><br>"video library": see '839 Patent, Claim 19. <br><br>"multiplicity": see '839 Patent, Claim 19. | |

| CLAIM LANGUAGE | BURST'S CLAIM CONSTRUCTION | BURST'S EVIDENCE | APPLE' CLAIM CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| | "digital time compressed representation" – "a digital version of audio/video source information having a reduced number of bits." | INTRINSIC EVIDENCE: '995 1:34-37, 1:53-57, 2:46-51, 7:60-66, 10:28-31; '839 2:52-58, 8:18-20, 10:6-9, 11:28-32, 11:51-12:10, 12:23-27; 839 2:52-58, 8:18-20, 10:6-9, 11:28-32, 11:51-12:10, 12:23-27. '705 PH: 5/26/98 OAR at 11, 13, 15-16 and claims. EXTRINSIC EVIDENCE: Expert testimony. | "time compressed representation": see '839 Patent, Claim 1. | |
| | "multiplicity of video frames collectively constituting at least one full motion video program" – see '839 claim 73. | INTRINSIC EVIDENCE: See '839 claim 73. EXTRINSIC EVIDENCE: See '839 claim 73. | "video frames": see '839 Patent, Claim 73. | |
| said at least one video program *being received* by a receiver *in a burst transmission time period that is substantially shorter than a time period associated with real-time viewing* by a receiver of said at least one video program; | PROPOSED CONSTRUCTION: "being received … in a burst transmission time period that is substantially shorter than a time period associated with real-time viewing" – "being received … over an external communications link in a time period that is substantially shorter than the time required for normal playback." | INTRINSIC EVIDENCE: '995 1:34-37, 1:53-57, 2:46-51, 7:60-66, 10:28-31; '839 2:52-58, 8:18-20, 10:6-9, 11:28-32, 11:51-12:10, 12:23-27; 839 2:52-58, 8:18-20, 10:6-9, 11:28-32, 11:51-12:10, 12:23-27. '705 PH: 5/26/98 OAR at 11, 13, 15-16 and claims. EXTRINSIC EVIDENCE: Expert testimony. | PROPOSED CONSTRUCTION: "being received … in a burst transmission time period …" – see '839 Patent, Claim 17. | |
| *storing* the digital time compressed representation of said audio/video source information; and | | | | |

8

| CLAIM LANGUAGE | BURST'S CLAIM CONSTRUCTION | BURST'S EVIDENCE | APPLE' CLAIM CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| *transmitting, in said burst transmission time period*, the stored digital time compressed representation of said audio/video source information *to a selected destination*. | PROPOSED CONSTRUCTION: "**transmitting**" – *see* '839 claim 1. <br><br> PROPOSED CONSTRUCTION: "**in said burst time period**" – *see* '995 claim 1 ("in a time period that is shorter than the time required for normal playback"). <br><br> PROPOSED CONSTRUCTION: "**transmitting . . . to a selected destination**" – *see* '839 claim 1. | INTRINSIC EVIDENCE: *See* '839 claim 1. <br> EXTRINSIC EVIDENCE: *See* '839 claim 1. <br><br> INTRINSIC EVIDENCE: *See* '995 claim 1; *see also* '839 Figs. 3 & 4, 11:48-12:11, 12:25-27, 12:38-45. <br> EXTRINSIC EVIDENCE: *See* '995 claim 1. <br><br> INTRINSIC EVIDENCE: *See* '839 claim 1. <br> EXTRINSIC EVIDENCE: *See* '839 claim 1. | PROPOSED CONSTRUCTION: "**transmitting**": see '839 patent, Claim 1 <br><br> "**in said burst time period**": see '839 Patent, Claim 1. | |