1    MATTHEW D. POWERS (Bar No. 104795)
      matthew.powers@weil.com
2    GARLAND T. STEPHENS (admitted N.D.C.A.,
      Texas Bar No. 24053910)
3    garland.stephens@weil.com
      NICHOLAS A. BROWN (Bar No. 198210)
4    nicholas.brown@weil.com
      WEIL, GOTSHAL & MANGES LLP
5    Silicon Valley Office
      201 Redwood Shores Parkway
6    Redwood Shores, CA 94065
      Telephone: (650) 802-3000
7    Facsimile: (650) 802-3100

8    Attorneys for Plaintiff
      APPLE COMPUTER, INC.
9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12

13    APPLE COMPUTER, INC.,           Case No. C 06-0019 MHP

14            Plaintiff,                  [PROPOSED] ORDER GRANTING
                                                    APPLE'S MOTION FOR SUMMARY
15           v.                               JUDGMENT OF NONINFRINGEMENT
                                                     OF THE "STORED TIME
16    BURST.COM, INC.,                    COMPRESSED REPRESENTATION"
                                                     LIMITATION
17            Defendant.

18                                                             Date: February 8, 2007
                                                             Time: 9:00 a.m.
19                                                              Hon. Marilyn Hall Patel

20                                                              Complaint Filed: January 4, 2006
                                                             Trial Date: February 26, 2008

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MTN. FOR SJ OF                            Case No. C 06-0019 MHP
NONINFRINGEMENT                                                      SV1:\262828\01\5mss01!.DOC\15096.0006

1    Before the Court is Apple Computer, Inc.'s Motion for Summary Judgment of
2 Noninfringement Of The "Stored Time Compressed Representation" Limitation.  The Court
3 having considered the papers submitted in connection with the motion and the parties' arguments
4 and, after that careful consideration:

5    IT IS HEREBY ORDERED that Apple's Motion For Summary Judgment of
6 Noninfringement of the "Stored Time Compressed Representation" Limitation is GRANTED.

8 Dated:

10    The Honorable Marilyn Hall Patel
      U.S. District Court Judge