1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  GARLAND T. STEPHENS (admitted N.D.C.A.,
   Texas Bar No. 24053910)
3  garland.stephens@weil.com
   NICHOLAS A. BROWN (Bar No. 198210)
4  nicholas.brown@weil.com
   WEIL, GOTSHAL & MANGES LLP
5  Silicon Valley Office
   201 Redwood Shores Parkway
6  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  Attorneys for Plaintiff
   APPLE COMPUTER, INC.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 APPLE COMPUTER, INC.,            Case No. C 06-0019 MHP

14              Plaintiff,           DECLARATION OF PAUL T. EHRLICH
                                     IN SUPPORT OF APPLE COMPUTER,
15     v.                            INC.'S MOTION FOR SUMMARY
                                     JUDGMENT OF NONINFRINGEMENT
16 BURST.COM, INC.,                  OF THE "STORED TIME
                                     COMPRESSED REPRESENTATION"
17              Defendant.           LIMITATION

18                                   Date: February 8, 2007
                                     Time: 9:00 a.m.
19                                   Hon. Marilyn Hall Patel

20                                   Complaint Filed: January 4, 2006
                                     Trial Date: February 26, 2008
21

22

23

24

25

26

27

28

EHRLICH DECL. ISO APPLE'S MSJ OF NONINF. RE:
"STORED TIME COMPRESSED REPRESENTATION"                    Case No. C 06-0019 MHP
LIMITATION                           1

Dockets.Justia.com

1   I, Paul T. Ehrlich, declare:

2   1. I am a member of the Bar of this Court and an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Apple Computer, Inc. in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached hereto as **Exhibit 4** are true and correct copies of screenshots from the iTunes Help feature.

3. Attached hereto as **Exhibit 5** are true and correct copies of screenshots from the website located at http://www.apple.com.

4. Attached hereto as **Exhibit 6** is a true and correct copy of standards showing AAC and MP3 file formats.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of January 2007, at Redwood Shores, California.

_____/s/_____
Paul T. Ehrlich

EHRLICH DECL. ISO APPLE'S MSJ OF NONINF. RE: "STORED TIME COMPRESSED REPRESENTATION" LIMITATION     1

Case No. C 06-0019 MHP