Apple Computer Inc. v. Burst.com, Inc.            Doc. 89 Att. 2
Case 3:06-cv-00019-MHP    Document 89-3    Filed 01/04/2007    Page 1 of 5
http://www.apple.com/itunes/overview/



# elcome to the entertainment center of your world.

w playing on iTunes 7: Music, movies, TV shows, audiobooks, podcasts, and iPod games.

load iTunes 7 and make yourself at home. Buy music, movies, TV shows, and books, or download free podcasts from the iTunes Store 24 hours a day, 7 days a . Play everything on your Mac or PC. Then sync it to your iPod and bring it along. here.



ne an entertainment superstore that's open 24 hours a day, 7 days a week. Now ne one that delivers anything you want, anytime you want, instantly. With the ated iTunes Store, you can build a collection of digital music, movies, TV shows, games, audiobooks, and podcasts from the comfort of your computer. Everything uy, you own forever. And you can give as good as you get with iTunes gifts.



**Play it.**
Turn your CDs into digital files by importing them into iTunes. Then organize your collection — including everything you've purchased from the iTunes Store — into playlists perfect for burning. Since all your music and video lives on your computer, you can play it (or stream it to your home stereo) at the touch of a button. Or flip through all your cover art until you find exactly what you want.

Dockets.Justia.com

**Bring it.**

s on your iPod? Everything on iTunes. The
ent you connect your iPod to your computer,
s starts to sync your music and more,
atically. Once it does, you can get a closer
t the contents of your iPod, courtesy of a
 summary in iTunes. And if you've got iTunes
 purchases you'd like to move from one
uter to another, iTunes syncs in reverse, too
m your iPod back to any authorized
uter.




s of the Caribbean: The Curse of the Black
 available on iTunes in selected countries. © Disney

## New in iTunes 7

### Movies
Buy Disney films from the iTunes Store and go to the movies without leaving your comfy chair.

### Cover Flow
With Cover Flow, you can flip through your digital music and video collection just as you would CDs.

### Automatic Album Art
As long as you have an iTunes Store account, iTunes will automatically fetch available album art for any CD you imported to iTunes.

### New User Interface
Enjoy better views, an improved Source List, and easier way to navigate your digital entertainment collection.

### iPod Games
Just $4.99 in the iTunes Store, iPod games give you hours of fun.



### iPod Summary
Get at-a-glance information about everything on your iPod.



### Download Manager
Make the most of your time by telling iTunes in what order to download content from the iTunes Store.

### Higher Video Resolution
Every movie or TV show you buy from the iTunes store downloads at 640 by 480 pixels: four times better than before.



### Onscreen Video Controls
Play all your iTunes video on a brand-new interface that gives you more control, even at full screen.

### Multiple Libraries
Build your collection over multiple libraries, and keep them on different hard drives to save space.

### Library Backup
A new "Back Up to Disc" menu lets you easily back up your entire iTunes library to CD or DVD.



### Gapless Playback
Live albums, classical works, or any work that sounds best when it's continuous, now seamlessly transitions from one song to another.

### Ratings and Parental Controls
View ratings on the iTunes Store and filter out



Case 3:06-cv-00019-MHP    Document 89-3    Filed 01/04/2007    Page 3 of 5

http://www.apple.com/itunes/overview/

music, movies, and TV shows you don't want kids to access.

Home > iTunes > iTunes Overview

Copyright © 2006 Apple Computer, Inc. All rights reserved.



## ore in store.

24/7, the iTunes Store features more than 3.5 million 99¢ songs, 65,000 free ...sts, 20,000 audiobooks, 200 TV shows, and now, movies and iPod games. Find, ...load, play, and sync in a fraction of the time it takes to drive to any superstore.

### ...ongs for a song
...ongs, albums, and music videos from major and ...endent music labels, plus individual artists, the iTunes ...eliminates the hassle of subscription services and ...hes annoying ads. For just 99¢ each, you get ...quality AAC songs that won't disappear at the end of the ..., or ever. What you buy is yours to keep. That's fair to ...nd fair to artists.



### ...the movies
...favorite digital music store is now your favorite digital ...theater. Shop for hot new releases including *Pirates of ...aribbean: The Curse of the Black Pearl*, plus bestsellers ...isney library titles. Every movie you buy from the iTunes ...downloads at near DVD-quality 640-by-480 resolution(1) ...ooks great on both your computer and your iPod.



### Meet some TV stars
The iTunes Store also features TV shows from nearly every major network and cable channel. For $1.99, you can own the latest commercial-free episode of your favorite show one day after it airs. And — like everything from the iTunes Store — you can sync TV shows to your iPod.



### Stay on your game
Get your game on with new iPod games from the iTunes Store. Choose from popular games such as Tetris, Mahjong, and PAC-MAN, or discover new games such as Zuma and Vortex. At $4.99, each iPod game offers hours of fun.



### Choose podcasts freely
Every radio-style and video podcast on the iTunes Store is free. With tens of thousands of podcasts to choose from and subscribe to, you're sure to find podcasts that pique your interest.

### Buy the book
Audiobooks on the iTunes Store range from fiction to mystery to biography — just about anything on the bestseller list and beyond.





...act resolution depends on aspect ratio.

...s of the Caribbean: The Curse of the Black Pearl* available on iTunes in selected countries. © Disney

Home > iTunes > iTunes Store

Copyright © 2006 Apple Computer, Inc. All rights reserved.

# iPod + iTunes

**Completely remastered. The new iPod nano.**
Watch the ad.

## What's on your iPod? iTunes.

Music, movies, TV shows, audiobooks, podcasts, games. Download it all from iTunes, play it on your Mac or PC, then sync it to your iPod in minutes. iPod and iTunes were made for each other.






**Free Download**
For Mac and Windows

### iPod
Movies. Now playing on iPod.
30GB, 80GB
From $249

### iPod nano
Completely remastered.
2GB, 4GB, 8GB
From $149

### iPod shuffle
Clip and go.
1GB
$79

### iTunes 7
Download music, movies, TV shows, audiobooks, and podcasts from the iTunes Store. Play it all on your Mac or PC. Then sync to your iPod and go.