MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
GARLAND T. STEPHENS (admitted N.D.C.A.,
Texas Bar No. 24053910)
garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant. | Case No. C 06-0019 MHP <br><br> DECLARATION OF LEERON G. KALAY IN SUPPORT OF APPLE COMPUTER, INC.'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF THE "STORED TIME COMPRESSED REPRESENTATION" LIMITATION <br><br> Date: February 8, 2007 <br> Time: 9:00 a.m. <br> Hon. Marilyn Hall Patel <br><br> Complaint Filed: January 4, 2006 <br> Trial Date: February 26, 2008 |

KALAY DECL. ISO APPLE'S MSJ OF NONINF. RE: "STORED TIME COMPRESSED REPRESENTATION" LIMITATION

1

Case No. C 06-0019 MHP

I, Leeron G. Kalay, declare:

1. I am a member of the Bar of this Court and an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Apple Computer, Inc. in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the deposition of Jeff Robbin, taken September 19, 2006.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the deposition of Patrice Gautier, taken October 25, 2006.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the deposition of Richard Lang in *Burst.com v. Microsoft*, Case No. 02-2090 (District of Maryland), taken July 23, 2003.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of January 2007, at Redwood Shores, California.

_____/s/_____
Leeron G. Kalay

# EXHIBIT 1

```
 1  MATTHEW D. POWERS (Bar No. 104795)
    matthew.powers@weil.com
 2  GARLAND T. STEPHENS (admitted N.D.C.A.,
    Texas Bar No. 24053910)
 3  garland.stephens@weil.com
    NICHOLAS A. BROWN (Bar No. 198210)
 4  nicholas.brown@weil.com
    WEIL, GOTSHAL & MANGES LLP
 5  Silicon Valley Office
    201 Redwood Shores Parkway
 6  Redwood Shores, CA  94065
    Telephone: (650) 802-3000
 7  Facsimile: (650) 802-3100

 8  Attorneys for Plaintiff
    APPLE COMPUTER, INC.
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| APPLE COMPUTER, INC., | Case No. C 06-0019 MHP |
|---|---|
| Plaintiff, | **MANUAL FILING NOTIFICATION** |
| v. | EXHIBITS 1, 2, AND 3 TO THE DECLARATION OF LEERON G. KALAY IN SUPPORT OF APPLE COMPUTER INC.'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF THE "STORED TIME COMPRESSED REPRESENTATION" LIMITATION |
| BURST.COM, INC., | |
| Defendant. | |
| | Date: February 8, 2007<br>Time: 9:00 a.m.<br>Hon. Marilyn Hall Patel |
| | Complaint Filed: January 4, 2006<br>Trial Date: February 26, 2008 |
| | **FILED UNDER SEAL** |

**THIS ENVELOPE CONTAINS MATERIALS SUBJECT TO A STIPULATED PROTECTIVE ORDER ENTERED IN THIS ACTION. IT IS NOT TO BE OPENED NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE PUBLIC, EXCEPT BY ORDER OF THE COURT.**

**EXHIBIT 2**

| | |
|---|---|
| 1 | MATTHEW D. POWERS (Bar No. 104795) |
| | matthew.powers@weil.com |
| 2 | GARLAND T. STEPHENS (admitted N.D.C.A., |
| | Texas Bar No. 24053910) |
| 3 | garland.stephens@weil.com |
| | NICHOLAS A. BROWN (Bar No. 198210) |
| 4 | nicholas.brown@weil.com |
| | WEIL, GOTSHAL & MANGES LLP |
| 5 | Silicon Valley Office |
| | 201 Redwood Shores Parkway |
| 6 | Redwood Shores, CA 94065 |
| | Telephone: (650) 802-3000 |
| 7 | Facsimile: (650) 802-3100 |
| 8 | Attorneys for Plaintiff |
| | APPLE COMPUTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., | Case No. C 06-0019 MHP |
| Plaintiff, | **MANUAL FILING NOTIFICATION** |
| v. | EXHIBITS 1, 2, AND 3 TO THE DECLARATION OF LEERON G. KALAY IN SUPPORT OF APPLE COMPUTER INC.'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF THE "STORED TIME COMPRESSED REPRESENTATION" LIMITATION |
| BURST.COM, INC., | |
| Defendant. | |
| | Date: February 8, 2007 |
| | Time: 9:00 a.m. |
| | Hon. Marilyn Hall Patel |
| | Complaint Filed: January 4, 2006 |
| | Trial Date: February 26, 2008 |
| | **FILED UNDER SEAL** |

**THIS ENVELOPE CONTAINS MATERIALS SUBJECT TO A STIPULATED PROTECTIVE ORDER ENTERED IN THIS ACTION. IT IS NOT TO BE OPENED NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE PUBLIC, EXCEPT BY ORDER OF THE COURT.**

**EXHIBIT 3**

MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
GARLAND T. STEPHENS (admitted N.D.C.A.,
Texas Bar No. 24053910)
garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BURST.COM, INC.,<br><br>    Defendant. | Case No. C 06-0019 MHP<br><br>**MANUAL FILING NOTIFICATION**<br><br>EXHIBITS 1, 2, AND 3 TO THE DECLARATION OF LEERON G. KALAY IN SUPPORT OF APPLE COMPUTER INC.'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF THE "STORED TIME COMPRESSED REPRESENTATION" LIMITATION<br><br>Date: February 8, 2007<br>Time: 9:00 a.m.<br>Hon. Marilyn Hall Patel<br><br>Complaint Filed: January 4, 2006<br>Trial Date: February 26, 2008<br><br>**FILED UNDER SEAL** |

**THIS ENVELOPE CONTAINS MATERIALS SUBJECT TO A STIPULATED PROTECTIVE ORDER ENTERED IN THIS ACTION. IT IS NOT TO BE OPENED NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE PUBLIC, EXCEPT BY ORDER OF THE COURT.**