MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
GARLAND T. STEPHENS (admitted N.D.C.A.,
Texas Bar No. 24053910)
garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>BURST.COM, INC.,<br><br>    Defendant. | Case No. C 06-0019 MHP<br><br>MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5 TO SEAL DOCUMENTS<br><br>Hon. Marilyn Hall Patel<br><br>Complaint Filed: January 4, 2006<br>Trial Date: February 26, 2008 |

MISCELLANEOUS ADMINISTRATIVE REQUEST
PURSUANT TO CIVIL LOCAL RULES 7-10 & 79-5 TO
SEAL DOCUMENTS
Case No. C 06-0019 MHP
SV1:\262784\01\5mrk01!.DOC\15096.0006

Dockets.Justia.com

Apple Computer, Inc. ("Apple") hereby requests, pursuant to Civil Local Rules 7-10 and 79-5, an Order sealing the exhibits to the Declaration of Leeron G. Kalay in Support of Apple's Motion For Summary Judgment of Noninfringement of the "Stored Time Compressed Representation" Limitation lodged with the Court on January 4, 2007, specifically:

- **Exhibit 1** – a true and correct copy of the transcript of the deposition of Jeff Robbin, taken on September 19, 2006.
- **Exhibit 2** - a true and correct copy of the transcript of the deposition of Patrice Gautier, taken on October 25, 2006.
- **Exhibit 3** - a true and correct copy of excerpts from the transcript of the deposition of Richard Lang in *Burst.com, Inc. v. Microsoft Corp.,* Case No. 02-2090 (District of Maryland), taken on July 23, 2003.

Each of the forgoing exhibits is lodged with the Declaration of Leeron G. Kalay in Support of Apple's Motion for Summary Judgment of Noninfringement of the "Stored Time Compressed Representation" Limitation. Pursuant to a stipulated protective order filed with this Court on September 15, 2006, parties may designate documents as Confidential Counsel's Eyes Only. *See* Declaration of Leeron G. Kalay in Support of Plaintiff's Miscellaneous Administrative Request Pursuant to Civil Local Rules 7-10 and 79-5 to Seal Documents ("Kalay Decl. in Support of Apple's Miscellaneous Administrative Request"), Exhibit A. The Protective Order requires that, when so designated, such materials are to be filed with the Court under seal. *Id*. at ¶ 14. Both exhibits 1 and 2 have been designated as Confidential Outside Attorneys' Eyes Only by Apple, and Exhibit 3 has been designated as Confidential by Burst.com, Inc. *See* Kalay Decl. in Support of Apple's Miscellaneous Administrative Request.

1  Accordingly, this narrowly-tailored request to seal is only for material for which good cause to seal has been established. A Proposed Order has been filed and served herewith.

Dated:   January 4, 2007

WEIL, GOTSHAL & MANGES LLP

By: _____/s/_____
Leeron G. Kalay
Attorney for Plaintiff
Apple Computer, Inc.