1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  GARLAND T. STEPHENS (admitted N.D.C.A.,
   Texas Bar No. 24053910)
3  garland.stephens@weil.com
   NICHOLAS A. BROWN (Bar No. 198210)
4  nicholas.brown@weil.com
   WEIL, GOTSHAL & MANGES LLP
5  Silicon Valley Office
   201 Redwood Shores Parkway
6  Redwood Shores, CA  94065
   Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  Attorneys for Plaintiff
   APPLE COMPUTER, INC.
9

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13 APPLE COMPUTER, INC.,                 Case No. C 06-0019 MHP

14         Plaintiff,                    [PROPOSED] ORDER GRANTING
                                         MISCELLANEOUS ADMINISTRATIVE
15    v.                                 REQUEST PURSUANT TO CIVIL
                                         LOCAL RULES 7-10 AND 79-5 TO
16 BURST.COM, INC.,                      SEAL DOCUMENTS

17         Defendant.                    Hon. Marilyn Hall Patel

18                                       Complaint Filed:  January 4, 2006
                                         Trial Date:  February 26, 2008
19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
MISCELLANEOUS ADMINISTRATIVE                            Case No. C 06-0019 MHP
REQUEST                                                 SV1:\262793\01\5mrt01!.DOC\15096.0006

1    As set forth in plaintiff Apple Computer, Inc.'s Miscellaneous Administrative Request Pursuant to Civil Local Rules 7-10 and 79-5 to Seal Documents (hereinafter "Apple's Miscellaneous Administrative Request"), Apple Computer, Inc. lodged with the Court the following documents in connection with Plaintiff Apple Computer, Inc.'s Motion for Summary Judgment of Noninfringement of the "Stored Time Compressed Representation" Limitation:

Exhibits 1, 2, and 3 to the Declaration of Leeron G. Kalay in Support of Apple's Motion for Summary Judgment of Noninfringement of the "Stored Time Compressed Representation" Limitation.

Having considered Apple Computer, Inc.'s Miscellaneous Administrative Request, and good cause appearing,

IT IS HEREBY ORDERED that Exhibits 1, 2, and 3 to the Declaration of Leeron G. Kalay in Support of Apple's Motion For Summary Judgment of Noninfringement of the "Stored Time Compressed Representation" Limitation are to be filed under seal.

Dated:

_____
The Honorable Marilyn Hall Patel
U.S. District Court Judge