1    MATTHEW D. POWERS (Bar No. 104795)
     matthew.powers@weil.com
2    GARLAND T. STEPHENS (admitted N.D.C.A.,
     Texas Bar No. 24053910)
3    garland.stephens@weil.com
     NICHOLAS A. BROWN (Bar No. 198210)
4    nicholas.brown@weil.com
     WEIL, GOTSHAL & MANGES LLP
5    Silicon Valley Office
     201 Redwood Shores Parkway
6    Redwood Shores, CA 94065
     Telephone: (650) 802-3000
7    Facsimile: (650) 802-3100

8    Attorneys for Plaintiff
     APPLE COMPUTER, INC.

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13   APPLE COMPUTER, INC.,                Case No. C 06-0019 MHP

14              Plaintiff,                [PROPOSED] ORDER GRANTING
                                          APPLE'S MOTION FOR SUMMARY
15        v.                              JUDGMENT OF INVALIDITY

16   BURST.COM, INC.,                     Date:  February 8, 2007
                                          Time:  9:00 a.m.
17              Defendant.                Hon. Marilyn Hall Patel

18                                        Complaint Filed:  January 4, 2006
                                          Trial Date:  February 26, 2008
19

20

21

22

23

24

25

26

27

28

1    Before the Court is Apple Computer, Inc.'s Motion for Summary Judgment of

2    Invalidity.  The Court having considered the papers submitted in connection with the motion and

3    the parties' arguments and, after that careful consideration:

4    IT IS HEREBY ORDERED that Apple's Motion For Summary Judgment of

5    Invalidity is GRANTED.

6    Dated:

7

8    _____
The Honorable Marilyn Hall Patel
U.S. District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28