1   MATTHEW D. POWERS (Bar No. 104795)
    matthew.powers@weil.com
2   GARLAND T. STEPHENS (admitted N.D.C.A.,
    Texas Bar No. 24053910)
3   garland.stephens@weil.com
    NICHOLAS A. BROWN (Bar No. 198210)
4   nicholas.brown@weil.com
    WEIL, GOTSHAL & MANGES LLP
5   Silicon Valley Office
    201 Redwood Shores Parkway
6   Redwood Shores, CA  94065
    Telephone: (650) 802-3000
7   Facsimile: (650) 802-3100

8   Attorneys for Plaintiff
    APPLE COMPUTER, INC.

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13   APPLE COMPUTER, INC.,                  Case No. C 06-0019 MHP

14                   Plaintiff,             DECLARATION OF NICHOLAS A.
                                            BROWN IN SUPPORT OF APPLE
15          v.                              COMPUTER, INC.'S MOTION FOR
                                            SUMMARY JUDGMENT OF
16   BURST.COM, INC.,                       INVALIDITY

17                   Defendant.             Date:  February 8, 2007
                                            Time:  9:00 a.m.
18                                          Hon. Marilyn Hall Patel

19                                          Complaint Filed:  January 4, 2006
                                            Trial Date:  February 26, 2008
20

21

22

23

24

25

26

27

28

BROWN DECL. ISO APPLE'S MOTION FOR SUMMARY                    Case No. C 06-0019 MHP
JUDGMENT OF INVALIDITY

1    I, Nicholas A. Brown, declare:

2    1.    I am a member of the Bar of this Court and an attorney with the law firm of

3    Weil, Gotshal & Manges LLP, counsel of record for Apple Computer, Inc. in the above-captioned

4    matter.  I submit this declaration based on personal knowledge and following a reasonable

5    investigation.  If called upon as a witness, I could competently testify to the truth of each

6    statement herein.

7    2.    Attached hereto as **Exhibit 1** is a true and correct copy of Defendant

8    Burst.com's Objections and Responses to Plaintiff Apple Computer, Inc.'s First Set of

9    Interrogatories [Nos. 1-8], dated July 17, 2006.

10    3.    Attached hereto as **Exhibit 2** is a true and correct copy of U.S. Patent No.

11    4,667,088 issued to Kramer et al. on May 19, 1987.

12    4.    Attached hereto as **Exhibit 3** is a true and correct copy of U.S. Patent No.

13    4,790,003 issued to Kepley et al. on December 6, 1988.

14    5.    Attached hereto as **Exhibit 4** is a true and correct copy of the Joint Claim

15    Construction and Prehearing Statement, dated October 3, 2006.

16    6.    Attached hereto as **Exhibit 5** is a true and correct copy of D. Huffman, "A

17    Method for the Construction of Minimum-Redundancy Codes," *Proceedings of the I.R.E.*, Vol.

18    40, pp. 1098-1101 (Sep. 1952).

19    7.    Attached hereto as **Exhibit 6** is a true and correct copy of J. Ziv and A.

20    Lempel, "A Universal Algorithm for Sequential Data Compression," *IEEE Transactions on*

21    *Information Theory*, Vol. IT-23, No. 3, pp. 337-343 (May 1977).

22    8.    Attached hereto as **Exhibit 7** is a true and correct copy of R. Metcalfe and

23    D. Boggs, "Ethernet: Distributed Packet Switching for Local Computer Networks,"

24    *Communications of the ACM*, Vol. 19, No. 7, pp. 395-404 (Jul. 1976).

25

26

27

28

BROWN DECL. ISO APPLE'S MOTION FOR SUMMARY          Case No. C 06-0019 MHP
JUDGMENT OF INVALIDITY          1

1    I declare under penalty of perjury under the laws of the United States of America

2  that the foregoing is true and correct.

3    Executed this 4th day of January 2007, at Redwood Shores, California.

4    */s/ Nicholas A. Brown*
        Nicholas A. Brown

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28