1  ROBERT J. YORIO (CA Bar No. 93178)
   yorio@carrferrell.com
2  V. RANDALL GARD (CA Bar. No. 151677)
   rgard@carrferrell.com
3  COLBY B. SPRINGER (CA Bar No. 214868)
   cspringer@carrferrell.com
4  CARR & FERRELL LLP
   2200 Geng Road
5  Palo Alto, California 94303
   (650) 812-3400 Tel.
6  (650) 812-3444 Fax

7  PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*)
   pfolse@susmangodfrey.com
8  IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*)
   icrosby@susmangodfrey.com
9  FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*)
   fshort@susmangodfrey.com
10 SUSMAN GODFREY
   1201 Third Avenue, Suite 3800
11 Seattle, Washington 98101-3000
   (206) 516-3880 Tel
12 (206) 516-3883 Fax

13 Attorneys for Defendant and Counterclaimant
   BURST.COM, INC.
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| APPLE COMPUTER, INC. | ) | CASE NO. C06-00019 MHP |
| | ) | |
| | ) | **[PROPOSED] ORDER GRANTING** |
| Plaintiff/Counterdefendant, | ) | **BURST.COM, INC.'S MOTION TO ENLARGE** |
| | ) | **TIME WITHIN WHICH TO RESPOND TO** |
| vs. | ) | **APPLE COMPUTER, INC.'S MOTIONS FOR** |
| | ) | **SUMMARY JUDGMENT** |
| BURST.COM, INC., | ) | |
| | ) | Complaint Filed: January 4, 2006 |
| | ) | Trial Date:       February 26, 2008 |
| Defendant/Counterclaimant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

{00216242v1}                                                                  Case No. C06-00019 JL
[PROPOSED] ORDER GRANTING DEFENDANT & COUNTERCLAIMANT BURST.COM,S MOT TO ENLARGE
TIME WITHIN WHICH TO RESPOND TO APPLE COMPUTER'S MOTIONS FOR SUMMARY JUDGMENT

Dockets.Justia.com

1  The Motion of Burst.com, Inc. for an enlargement of time within which to file its Opposition
2  to Apple Computer, Inc.'s Summary Judgment Motions of Non-Infringement and Invalidity having
3  been filed on January 8, 2007, the Court having considered the Motion and the Opposition, if any, of
4  Apple Computer, Inc. thereto, and good cause appearing therefore,
5  The Court grants Burst.com, Inc.'s Motion and sets the following briefing and hearing
6  schedule with respect to Apple's Motion for Summary Judgment of Non-Infringement and its Motion
7  for Summary Judgment of Invalidity:

| | |
|---|---|
| Burst's Opposition to the Summary Judgment Motions | 30 days following the issuance of the Court's Claim Construction Ruling; |
| Apple's Reply in Support of its Summary Judgment Motions | 14 days following the filing and service of Burst's Opposition papers |
| Summary Judgment Hearing Date | 14 days following the filing and service of Apple's Reply |

DATED: _____

UNITED STATES DISTRICT COURT JUDGE

---

{00216242v1}    1    Case No. C06-00019 JL
[PROPOSED] ORDER GRANTING DEFENDANT & COUNTERCLAIMANT BURST.COM,S MOT TO ENLARGE TIME WITHIN WHICH TO RESPOND TO APPLE COMPUTER'S MOTIONS FOR SUMMARY JUDGMENT