1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  GARLAND T. STEPHENS (admitted N.D.C.A.,
   Texas Bar No. 24053910)
3  garland.stephens@weil.com
   NICHOLAS A. BROWN (Bar No. 198210)
4  nicholas.brown@weil.com
   WEIL, GOTSHAL & MANGES LLP
5  Silicon Valley Office
   201 Redwood Shores Parkway
6  Redwood Shores, CA  94065
   Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  Attorneys for Plaintiff
   APPLE COMPUTER, INC.
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12

| 13 | APPLE COMPUTER, INC., | Case No. C 06-0019 MHP |
|---|---|---|
| 14 | Plaintiff, | [PROPOSED] ORDER DENYING BURST.COM, INC.'S MOTION TO ENLARGE TIME WITHIN WHICH TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT |
| 15 | v. | |
| 16 | BURST.COM, INC., | |
| 17 | Defendant. | Date: Not Scheduled<br>Time: Not Scheduled<br>Hon. Marilyn Hall Patel |
| 18 | | |
| 19 | | Complaint Filed: January 4, 2006<br>Trial Date: February 26, 2008 |
| 20 | | |

28

[PROPOSED] ORDER DENYING BURST'S MTN. TO                         Case No. C 06-0019 MHP
ENLARGE TIME                                                     SV1:\263412\01\5n9001!.DOC\15096.0006

Dockets.Justia.com

1  Before the Court is Burst.com's Motion to Enlarge Time Within Which to Respond to Motions For Summary Judgment. Having considered the papers submitted in connection with the motion and the parties' arguments:

IT IS HEREBY ORDERED that Burst.com's Motion to Enlarge Time is DENIED.

Dated:

_____
The Honorable Marilyn Hall Patel
U.S. District Court Judge