IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLE COMPUTER, INC.,            No. C 06-0019-MHP

        Plaintiff,

   v.                                  **CLERK'S NOTICE VACATING SUMMARY JUDGMENT PORTION OF FEB. 8, 2007 HEARING**

BURST.COM, INC.,

        Defendant.
                               /

       YOU ARE NOTIFIED THAT the hearing regarding plaintiff's motions for summary judgment, set for Thursday, February 08, 2007 at 9:00 a.m., in Courtroom 15, 18th Floor, San Francisco, is VACATED. The claim construction hearing REMAINS SET for February 08, 2007 at 9:00 a.m. At that hearing, the court will set the summary judgment hearing date as well as the briefing schedule for the summary judgment motions.

Dated: July 16, 2007                              FOR THE COURT,

                                              Richard W. Wieking, Clerk

                                              By:_____
                                                 Edward Butler
                                                 Courtroom Deputy