1    PARKER C. FOLSE III (WA Bar No. 24895 – *Admitted Pro Hac Vice*)
     pfolse@susmangodfrey.com
2    IAN B. CROSBY (WA Bar No. 28461 – *Admitted Pro Hac Vice*)
     icrosby@susmangodfrey.com
3    FLOYD G. SHORT (WA Bar No. 21632 – *Admitted Pro Hac Vice*)
     fshort@susmangodfrey.com
4    SUSMAN GODFREY, L.L.P.
5    1201 Third Avenue, Suite 3800
     Seattle, Washington  98101-3000
6    (206) 516-3880 Tel
     (206) 516-3883 Fax
7
8    SPENCER HOSIE (CA Bar No. 101777)
     shosie@hosielaw.com
9    BRUCE WECKER (CA Bar No. 078530)
     bwecker@hosielaw.com
10   HOSIE McARTHUR LLP
     One Market, 22nd Floor
11   San Francisco, CA 94105
     (415) 247-6000 Tel.
12   (415) 247-6001 Fax
13
14   *(additional attorneys listed on signature page)*
15
     Attorneys for Defendant
16   BURST.COM, INC.
17
18                  UNITED STATES DISTRICT COURT

19       FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

20

21   APPLE COMPUTER, INC.,                 §    Case No. 3:06-CV-00019 MHP
                                           §
22            Plaintiff/Counterdefendant,  §
                                           §    **JOINT CLAIM CONSTRUCTION**
23                                         §    **CHART GROUPED BY TERM**
                                           §
24                                         §
                                           §
25                                         §
                                           §
26   BURST.COM, INC.,                      §
                                           §
27            Defendant/Counterclaimant.   §
                                           §
28   _____   §

                               -1-

                                         Case No. 3:06-CV-00019 MHP

Dockets.Justia.com

In advance of the *Markman* hearing set for February 8, 2007, and pursuant to the Court's request at the October 10, 2006 hearing, Plaintiff Apple Computer, Inc. ("Apple") and Defendant Burst.com, Inc. ("Burst") jointly submit, through their respective counsel, this Term-By-Term Claim Construction Chart, attached as Exhibit A, containing all terms in dispute contained in U.S. Patent Nos. 4,963,995, 5,164,839, 5,995,705, and 5,057,932, and Exhibit B, containing all Agreed Terms.

/s/  Parker C. Folse III

PARKER C. FOLSE III (WA Bar No. 24895 –
*Admitted Pro Hac Vice*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 –
*Admitted Pro Hac Vice*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 –
*Admitted Pro Hac Vice*)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington  98101-3000
(206) 516-3880 Tel
(206) 516-3883 Fax

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

MICHAEL  F.  HEIM  (TX  Bar  No.  9380923 -
Admitted Pro Hac Vice)
LESLIE  V.  PAYNE  (TX  Bar  No.  0784736 -
Admitted Pro Hac Vice)
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, TX  77002
(713) 221-2000 Tel.

-2-

1    (713) 221.2021 Fax

2    ROBERT J. YORIO (CA Bar No. 93178)
3    V. RANDALL GARD (CA Bar No.  151677)
     COLBY B. SPRINGER (CA Bar No. 214868)
4    CARR & FERRELL LLP
     2200 Geng Road
5    Palo Alto, CA  94303
6    (650) 812-3400 Tel.
     (650) 812-3444

7
     **ATTORNEYS FOR
8    DEFENDANT/COUNTERCLAIMANT
     BURST.COM, INC.**
9

10        /s/ Nicholas A. Brown (by permission)
     MATTHEW D. POWERS (Bar No. 104795)
11   matthew.powers@weil.com
     NICHOLAS A. BROWN (Bar No. 198210)
12   nicholas.brown@weil.com
     LEERON G. KALAY (Bar No. 233579)
13   leeron.kalay@weil.com
     WEIL, GOTSHAL & MANGES LLP
14   Silicon Valley Office
15   201 Redwood Shores Parkway
     Redwood Shores, CA 94065
16   Telephone: (650) 802-3000
17   Facsimile: (650) 802-3100
18   **ATTORNEYS FOR PLAINTIFF AND
     COUNTERDEFENDANT
19   APPLE COMPUTER, INC.**

20

21

22

23

24

25

26

27

28

Case No. 3:06-CV-00019 MHP