# Exhibit A

Dockets.Justia.com

## TERM-BY-TERM CLAIM CONSTRUCTION CHART

| CLAIM TERMS | BURST'S CONSTRUCTION | BURST'S EVIDENCE | APPLE'S CONSTRUCTION | APPLE'S EVIDENCE |
|---|---|---|---|---|
| *"audio/visual source information"* or *"audio/video source information"* **'995:** 1, 2, 3, 8, 9, 15, 16, 17, 19, 20, 21, 22; 23, 24, 25, 26, 27, 28, 44, 47, 51, 52, 80; **'839:** 1, 2, 3, 7, 8, 9, 15, 16, 17, 19, 20, 21 22, 23, 26, 27, 28, 44, 45, 46, 47, 48, 49, 50, 51, 52, 58, 59, 73, 76, 77; **'705:** 1, 2, 3, 12, 13, 21; **'932:** 4. | **"audio/video source information"** and **"audio/visual source information"** - "an audio and/or video work that can be received from one or more sources and that has a temporal dimension" | INTRINSIC EVIDENCE: '995 Abstract, Fig. 2, 1:7-18, 1:40-62, 2:1-7, 2:18-22, 5:28-32, 7:1-8:2. '995 PH: 3/12/90 OAR at 18-20 and claims; '705 PH: 5/26/98 OAR at 15-16 and claims. EXTRINSIC EVIDENCE: Expert testimony. | **"audio/video"** - agreed construction **"audio/video source information"** - the entirety of the data intended to be transmitted, not segments of that data. Apple does not object to the phrase "an audio and/or video work" in Burst's proposed construction. Apple also agrees that the audio/video source information "has a temporal dimension" but believes this phrase is inherent and unnecessary. Apple <u>does</u> object to the phrase "can be received from one or more sources." | INTRINSIC EVIDENCE: '839 - 1:25-43, 1:56-63, 2:1-23, 5:35-40, 8:11-33, 8:38-50, 9:23-10:9, 20:32-44, 11:51-12:11. '995 FH - APBU 89-91; '839 FH - APBU 361, 364-365; '932 FH - APBU 232-235, 238-239; 705 FH - APBU 551, 620-621, 648-650. EXTRINSIC EVIDENCE: Claim Construction Order in *Burst.com v. Microsoft*; Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; expert testimony; <u>Webster's II New Riverside University Dictionary</u>, (1988); <u>McGraw Hill Dictionary of Scientific and Technical Terms</u>, 4th ed. (1989). |

| | | | | |
|---|---|---|---|---|
| *"input means"*<br>**'995:** 1, 15, 16, 17<br>**'932:** 4;<br>**'705:** 1.<br><br>*"input means for receiving audio/video source information"*<br>**'995:** 1;<br>**'932:** 4;<br>**'705:** 1.<br><br>*"input means for receiving audio/video source information as a time compressed representation thereof…"*<br>**'995:** 17. | **"input means"** - Not subject to §112 ¶6: "an input port or terminal capable of receiving information"<br><br>Although Burst does not believe "input means" is subject to § 112 ¶6, Burst provides the following description of the corresponding structure if the terms were interpreted as subject to § 112 ¶6.<br><br>**'995 Patent**<br>**"input means for receiving audio/video source information"** – Corresponding structure: video line or camera input line, TV RF tuner, auxiliary digital input port, fiber optic input/output port, audio/video transmitter/receiver, or microwave satellite transceiver, plus equivalents.<br><br>**"input means for receiving audio/video source information as a time compressed representation thereof…"** – Corresponding structure: auxiliary digital input port, fiber optic port, or microwave satellite transceiver, plus equivalents.<br><br>**'932 and '705 Patents**<br>**"input means for receiving** | INTRINSIC EVIDENCE:<br>'995 Fig. 2, 2:27-32, 3:28-37, 7:1-7, 7:23-8:6, 8:29-57, 10:6-21; *see also* '839 Figs. 3 & 4, 2:38, 2:52-58, 11:24-28, 11:48-12:11, 12:25-27, 12:38-45.<br><br>EXTRINSIC EVIDENCE:<br>*Modern Dictionary of Electronics* (6th Ed. 1984) and *IEEE Standard Dictionary of Electrical and Electronics Terms* (4th Ed. 1988) (definition for input); expert testimony. | '995 PATENT:<br>**"input means for receiving audio/visual source information"** - Limited to structures disclosed under §112 ¶6: video line or camera input line 15, TV RF tuner 16, auxiliary digital input port 17, or fiber optic port 18. | INTRINSIC EVIDENCE: '995 - 7:1-7; 7:23-28; 7:32-37; 7:45-55; 8:60-63; Fig. 2 and associated text<br><br>EXTRINSIC EVIDENCE: Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; expert testimony; <u>McGraw Hill Dictionary of Scientific and Technical Terms</u>, 4th ed. (1989). |
| | | | **"input means for receiving audio/video source information as a time compressed representation thereof…"** - Limited to structures disclosed under §112 ¶6: fiber optic port 18. | INTRINSIC EVIDENCE: '995 - 7:32-37; 7:45-64; 8:29-44; 8:50-57; 9:62-68; 10:14-20; Fig. 2 and associated text<br><br>EXTRINSIC EVIDENCE: Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; expert testimony; <u>McGraw Hill Dictionary of Scientific and Technical Terms</u>, 4th ed. (1989). |
| | | | '932 PATENT:<br>**"input means for receiving audio/visual source information"** - Limited to structures disclosed under §112 ¶6: point-to-point microwave transceiver, or satellite transceiver. | INTRINSIC EVIDENCE: '932-11:53-12:11; Figs. 2-3 and associated text; '932 FH-APBU 200; 212; 216-17; 231-34<br><br>EXTRINSIC EVIDENCE: Burst's claim <span style="font-variant:small-caps">CONSTRUCTION</span> briefing in Burst v. Microsoft; expert testimony; <u>McGraw Hill Dictionary of Scientific and</u> |

| | | | |
|---|---|---|---|
| | **audio/video source information"** – Corresponding structure: video line or camera input line, TV RF tuner, auxiliary digital input port, fiber optic input/output port, audio/video transmitter/receiver, or microwave transceiver, plus equivalents. | | | <u>Technical Terms</u>, 4th ed. (1989). |
| | | | '705 PATENT: **"input means for receiving audio/visual source information"** - Limited to structures disclosed under §112 ¶6: video line or camera line 15, TV RF tuner 16, auxiliary digital input port 17, fiber optic port 18, auxiliary analog audio and digital input ports, point-to-point microwave transceiver, or satellite transceiver. | INTRINSIC EVIDENCE: '705-7:12-17; 7:35-40; 7:45-47; 7:57-66; 9:4-8; 11:21-23; 11:26-51; Figs. 2-3 and associated text. EXTRINSIC EVIDENCE: Burst's claim construction briefing in Burst v. Microsoft; expert testimony; <u>McGraw Hill Dictionary of Scientific and Technical Terms</u>, 4th ed. (1989). |

| *"compression means"* **'995:** 1, 8, 9, 21; | **"compression means"** ('995) - Subject to §112 ¶6: "For video, a compressor/decompressor executing one or both of the following data compression algorithms: (i) reducing the number of bits by coding each frame independently, i.e., treating each frame as an individual image, and/or (ii) reducing the number of bits by comparing two or more frames and coding certain differences between those frames, plus equivalents; and/ or for audio, a compressor/decompressor executing the following data compression algorithm: reducing the number of bits by comparing two or more samples and coding certain differences between those samples, plus equivalents." | INTRINSIC EVIDENCE: '995 Fig. 2, 2:42-51, 4:19-27, 4:63-5:35, 5:59-60, 9:12-15, 9:25-26. <br><br> EXTRINSIC EVIDENCE: Expert testimony. | **"compression means…for compressing said audio/video source information…"** <br><br> AND <br><br> **"compression means…for recompressing…"** - Limited to structures disclosed under §112 ¶6: None | INTRINSIC EVIDENCE: '995 - 4:48-54; 4:63-5:24; Fig. 2 and associated text <br><br> EXTRINSIC EVIDENCE: Claim Construction Order in *Burst.com v. Microsoft*; Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; expert testimony. |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| *"compression means…for compressing said audio/video source information…"* **'932:** 4; | **"compression means"** ('932) - Subject to §112 ¶6: "For video, a compressor/decompressor executing one or both of the following data compression algorithms: (i) reducing the number of bits by coding each frame independently, i.e., treating each frame as an individual image, and/or (ii) reducing the number of bits by comparing two or more frames and coding certain differences between those frames, plus equivalents." | | | |
| *"compression means…for compressing said audio/video source information into a digital time compressed representation…capable of being transmitted in a burst time transmission period that is substantially shorter than a time period associated with real time viewing"* **'705:** 1. | **"compression means"** ('705) - Subject to §112 ¶6: "For video, a compressor/decompressor executing the following data compression algorithms: (i) reducing the number of bits by coding each frame independently, i.e., treating each frame as an individual image and (ii) reducing the number of bits by comparing two or more frames and coding certain differences between those frames, plus equivalents." | | | |

| | | | | |
|---|---|---|---|---|
| *"compressing said audio/video source information"*<br>**'995:** 1;<br>**'932:** 4;<br>**'705:** 1.<br><br><br>*"compressing the received audio/video source information"*<br>**'839:** 1;<br>**'705:** 12. | **"compressing said audio/video source information"** - "reducing the number of bits necessary to represent the audio/video source information" | INTRINSIC EVIDENCE:<br>'995 Fig. 2, 2:42-51, 4:19-27, 4:63-5:35, 5:59-60, 9:12-15, 9:25-26.<br><br>EXTRINSIC EVIDENCE:<br>*Modern Dictionary of Electronics* (6th Ed. 1984) and *Webster's New Collegiate Dictionary* (1981) (definition for compress); expert testimony. | **"compressing"** – no construction necessary.<br><br>Related: **"time compressed representation"** - see below. | |
| *"time compressed representation . . . having an associated time period that is shorter than a time period associated with a real time representation"*<br>**'995:** 1, 8, 9;<br>**'932:** 4.<br><br>*"time compressed representation . . . having an associated burst time period that is shorter than a time period associated with a real time representation"*<br>**'839:** 1, 8, 9, 73, 76. | **"time compressed representation . . . having an associated time period that is shorter than a time period associated with a real time representation"**<br>and<br>**"time compressed representation . . . having an associated burst time period that is shorter than a time period associated with a real time representation"** - "a version of audio/video source information having a reduced number of bits that allows data transfer over an external communications link in a time period that is shorter than the time required for normal playback" | INTRINSIC EVIDENCE:<br>'995 1:34-37, 1:50-57, 2:42-51, 4:19-27, 4:63-5:35, 5:59-60, 7:55-8:2, 9:12-15, 9:25-26, 10:28-31;<br><br>'839 Figs. 3 & 4, 2:52-58, 8:18-20, 10:6-9, 11:28-32, 11:48-12:11, 12:25-27, 12:38-45.<br>'705 PH: 5/26/98 OAR at 11, 13, 15-16 and claims.<br><br>EXTRINSIC EVIDENCE:<br>*Modern Dictionary of Electronics* (6th Ed. 1984) and *Webster's New Collegiate Dictionary* (1981) (definition for compress); expert testimony. | **"time compressed representation"** - a representation of the audio/video source information that is compressed in time without using data compression. | INTRINSIC EVIDENCE: '839 - 2:47-58, 4:29-5:39, 8:5-26, 12:17-33, 11:68:12:10; '995- 4:63-5:24, 8:50-57; '995 FH - APBU 38-46, 72-89, 90-91; '932 FH - APBU 234-235; '705 FH - APBU 551-552, 620-621, 648-653.<br><br>EXTRINSIC EVIDENCE: expert testimony; Webster's II New Riverside University Dictionary, (1988); Modern Dictionary of Electronics, 6th ed. (1984); Gitlin, Hayes, & Weinstein, Data Communications Principles (Plenum Press, 1992); Graf & Sheets, Video Scrambling & Descrambling for Satellite and Cable TV (Newnes, 2nd edition, 1998); United States Patent No. 5,440,334. |

| | | | | |
|---|---|---|---|---|
| | | | **"having an associated time period"** AND **"having an associated burst time period (that is shorter than a time period associated with a real time representation)"** - the time compressed representation has a burst transmission time of definite duration that is known at the time of compression to be shorter than the time required to play the source information in real time. | INTRINSIC EVIDENCE: '839 - 8:5-26; '995 - 8:50-57; '995 FH - APBU 38-46, 72-89, 90-91; '932 FH - APBU 232-233.<br><br>EXTRINSIC EVIDENCE: Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; Claim Construction Order in *Burst.com v. Microsoft*; expert testimony; Webster's II New Riverside University Dictionary, (1988); Modern Dictionary of Electronics, 6th ed. (1984); Gitlin, Hayes, & Weinstein, Data Communications Principles (Plenum Press, 1992); Graf & Sheets, Video Scrambling & Descrambling for Satellite and Cable TV (Newnes, 2nd edition, 1998); United States Patent No. 5,440,334. |
| | | | **"is capable of being transmitted in a burst transmission time period that is substantially shorter than a time period associated with real time viewing"** - the time compressed representation is such that it is known at the time of compression that it is capable of being transmitted in a burst time period of definite duration that is substantially shorter than the time required to play the representation in real time. | INTRINSIC EVIDENCE: '839 - 8:5-26; '995 - 8:50-57; '995 FH - APBU 38-46, 72-89, 90-91; '932 FH - APBU 232-233.<br><br>EXTRINSIC EVIDENCE: Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; Claim Construction Order in *Burst.com v. Microsoft*; expert testimony; Webster's II New Riverside University Dictionary, (1988); Modern Dictionary of Electronics, 6th ed. (1984); Gitlin, Hayes, & Weinstein, Data |

| | | | | |
|---|---|---|---|---|
| | | | | Communications Principles (Plenum Press, 1992); Graf & Sheets, <u>Video Scrambling & Descrambling for Satellite and Cable TV</u> (Newnes, 2nd edition, 1998); United States Patent No. 5,440,334. |
| *"digital time compressed representation . . . having an associated burst transmission time period that is substantially shorter than a time period associated with real time viewing"* **'705:** 12. | **"digital time compressed representation . . . having an associated burst transmission time period that is substantially shorter than a time period associated with real time viewing"** – "a digital version of audio/video source information having a reduced number of bits that allows data transfer over an external communications link in a time period that is substantially shorter than the time required for normal playback" | I<span style="font-size:smaller">NTRINSIC</span> E<span style="font-size:smaller">VIDENCE</span>:<br>'995 1:34-37, 1:53-57, 2:46-51, 7:60-66, 10:28-31; *see also* '839 2:52-58, 8:18-20, 10:6-9, 11:28-32, 11:51-12:10, 12:23-27.<br>'705 PH: 5/26/98 OAR at 11, 13, 15-16 and claims.<br>E<span style="font-size:smaller">XTRINSIC</span> E<span style="font-size:smaller">VIDENCE</span>:<br>Expert testimony. | **"digital"** - agreed construction<br><br>**"time compressed representation"** - see above.<br><br>**"having an associated burst time period"** - see above | |
| *"digital time compressed representation . . . is capable of being transmitted in a burst transmission time period that is substantially shorter than a time period associated with real time viewing"* **'705:** 1. | **"digital time compressed representation . . . capable of being transmitted in a burst transmission time period that is substantially shorter than a time period associated with real time viewing"** – "a digital version of audio/video source information having a reduced number of bits that allows data transfer over an external | I<span style="font-size:smaller">NTRINSIC</span> E<span style="font-size:smaller">VIDENCE</span>:<br>'995 1:34-37, 1:53-57, 2:46-51, 7:60-66, 10:28-31; *see also* '839 2:52-58, 8:18-20, 10:6-9, 11:28-32, 11:51-12:10, 12:23-27.<br>'705 PH: 5/26/98 OAR at 11, 13, 15-16 and claims.<br>E<span style="font-size:smaller">XTRINSIC</span> E<span style="font-size:smaller">VIDENCE</span>:<br>Expert testimony. | **"digital"** - agreed construction<br><br>**"time compressed representation"** - see above<br><br>**"is capable of being transmitted in a burst transmission time period that is substantially shorter than a time period associated with real time** | |

| | | | | |
|---|---|---|---|---|
| | communications link in a time period that is substantially shorter than the time required for normal playback" | | **"viewing"** – see above | |
| *"digital time compressed representation"* <br> **'995:** 8, 9, 23, 24, 25, 26, 27, 28; <br> **'839:** 8, 9, 23, 24, 25, 26, 27, 28; <br> **'705:** 1, 2, 3, 12, 21. <br><br> *"time compressed representation . . . being received over an associated burst time period that is shorter than a real time period associated with said audio/video source information"* <br> **'995:** 17. <br><br> *"time compressed representation . . . being received over an associated burst time period that is shorter than a real time period associated with real time playback"* <br> **'839:** 17. | **"digital time compressed representation"** – "a digital version of audio/video source information having a reduced number of bits." | INTRINSIC EVIDENCE: <br> '995 1:34-37, 1:53-57, 2:46-51, 7:60-66, 10:28-31; *see also* '839 2:52-58, 8:18-20, 10:6-9, 11:28-32, 11:51-12:10, 12:23-27. <br><br> '705 PH: 5/26/98 OAR at 11, 13, 15-16 and claims. <br><br> EXTRINSIC EVIDENCE: <br> Expert testimony. | **"digital"** - agreed construction <br><br> **"time compressed representation"** - see above | |
| | **"time compressed representation . . . being received over an associated burst time period that is shorter than a real time period associated with real time playback"** - "a version of audio/video source information having a reduced number of bits that is received over an external communications link in a time period that is shorter than the time required for normal playback" | INTRINSIC EVIDENCE: <br> '995 1:34-37, 1:50-57, 2:42-51, 4:19-27, 4:63-5:35, 5:59-60, 7:55-8:2; 9:12-15, 9:25-26, 10:28-31; *see also* '839 Figs. 3 & 4, 2:52-58, 8:18-20, 10:6-9, 11:28-32, 11:48-12:11, 12:25-27, 12:38-45. <br><br> '705 PH: 5/26/98 OAR at 11, 13, 15-16 and claims. <br><br> EXTRINSIC EVIDENCE: <br> Expert testimony. | **"time compressed representation"** - see above <br><br> **"being received in an associated burst time period that is shorter than a time period with a real time representation"** <br> AND <br> **"being received over an associated burst time period that is shorter than a real time period associated with real time** | INTRINSIC EVIDENCE: '839 - 8:5-26; '995 - 8:50-57; '995 FH - APBU 38-46, 72-89, 90-91; '932 FH - APBU 232-233. <br><br> EXTRINSIC EVIDENCE: Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; Claim Construction Order in *Burst.com v. Microsoft*; expert testimony; |

| | | | | |
|---|---|---|---|---|
| *"time compressed digital representation . . . being received in an associated burst time period that is shorter than a time period associated with a real time representation"* **'839:** 77.<br><br>*"being received . . . in a burst transmission time period that is substantially shorter than a time period associated with real-time viewing"* **'705:** 21. | **"time compressed digital representation . . . being received in an associated burst time period that is shorter than a time period with a real time representation"** - "a digital version of audio/video source information having a reduced number of bits that is received over an external communications link in a time period that is shorter than the time required for normal playback" | <span style="font-variant:small-caps">Intrinsic Evidence:</span><br>'995 1:34-37, 1:50-57, 2:42-51, 4:19-27, 4:63-5:35, 5:59-60, 7:55-8:2; 9:12-15, 9:25-26; *see also* '839 Figs. 3 & 4, 11:48-12:11, 12:25-27, 12:38-45.<br><br>'705 PH: 5/26/98 OAR at 11, 13, 15-16 and claims.<br><br><span style="font-variant:small-caps">Extrinsic Evidence:</span><br>Expert testimony. | **playback"** – the time compressed representation is received in a burst time of definite duration that is shorter than the time required to play the source information in real time. | Webster's II New Riverside University Dictionary, (1988); Modern Dictionary of Electronics, 6th ed. (1984); Gitlin, Hayes, & Weinstein, Data Communications Principles (Plenum Press, 1992); Graf & Sheets, Video Scrambling & Descrambling for Satellite and Cable TV (Newnes, 2nd edition, 1998); United States Patent No. 5,440,334. |
| | **"being received . . . in a burst transmission time period that is substantially shorter than a time period associated with real-time viewing"** – "being received . . . over an external communications link in a time period that is substantially shorter than the time required for normal playback." | <span style="font-variant:small-caps">Intrinsic Evidence:</span><br>'995 1:34-37, 1:53-57, 2:46-51, 7:60-66, 10:28-31; '839 2:52-58, 8:18-20, 10:6-9, 11:28-32, 11:51-12:10, 12:23-27; 839 2:52-58, 8:18-20, 10:6-9, 11:28-32, 11:51-12:10, 12:23-27.<br>'705 PH: 5/26/98 OAR at 11, 13, 15-16 and claims.<br><br><span style="font-variant:small-caps">Extrinsic Evidence:</span><br>Expert testimony. | **"being received … in a burst transmission time period …"** - see above | |

| | | | | |
|---|---|---|---|---|
| *"random access storage means"* **'995:** 1, 2, 3, 7, 8, 9, 17, 20, 21, 22, 23, 25, 26, 28, 44, 47, 80; <br><br> *"random access storage means…for storing the recompressed…"* **'995:** 21. | **"random access storage means"** - Not subject to §112 ¶6: "storage that provides for random access to any given segment of stored audio/video source information" <br><br> Although Burst does not believe "random access storage means" is subject to § 112 ¶6, Burst provides the following description of the corresponding structure for the '995 patent claims if the terms were interpreted as subject to § 112 ¶6. <br><br> **"random access storage means"** – Corresponding structure: DRAM, SRAM, CMOS, or optical disk memories, plus equivalents. | INTRINSIC EVIDENCE: <br> '995 Fig. 2, 2:13-17, 2:59-66, 3:32, 4:13-16, 4:22-23, 5:27, 5:36-45, 6:8-22, 9:12-28, 9:33-43, 9:55-61, 10:1-21; *see also* '839 Fig. 4; 6:37-42; 12:23-27. <br><br> '995 PH: 3/12/90 OAR at 18-20 and claims; '932 PH: 5/7/90 OAR at 5-6. <br><br> EXTRINSIC EVIDENCE: <br> Expert testimony. | '995 PATENT: <br> **"random access storage means…for storing the time compressed representation…"** <br> AND <br> **"random access storage means…for storing the recompressed…"** - Limited to structures disclosed under §112 ¶6: DRAM, SRAM, CMOS memory, or optical disc memory. | INTRINSIC EVIDENCE: '995 - 6:8-19; Fig. 2 and associated text <br><br> EXTRINSIC EVIDENCE: Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; expert testimony; McGraw Hill Dictionary of Scientific and Technical Terms, 4th ed. (1989). |
| *"storage means"* **'705:** 1, 2 <br><br> *"storage means…for storing said digital time compressed representation…"* | **"storage means"** –Not subject to §112 ¶6, and no construction necessary. Alternatively, "a medium in which data is retained for subsequent retrieval" <br><br> Although Burst does not believe "storage means" is subject to § | INTRINSIC EVIDENCE: <br> '995 Abstract, Fig. 2, 1:29-33, 2:13-17, 2:59-62, 3:32, 4:13-16, 4:22-23, 5:27, 5:36-45, 6:8-17, 6:20-22, 9:12-26, 9:33-43, 9:55-61, 10:1-5, 10:9-21; '839 Abstract, Figs. 3 & 4, 6:37-42, | '705 PATENT: <br> **"storage means…for storing said digital time compressed representation…"** - Limited to structures disclosed under §112 ¶6: DRAM, SRAM, CMOS memory, optical disc memory, | INTRINSIC EVIDENCE: '705-6:16-29; Figs. 2-3 and associated text <br><br> EXTRINSIC EVIDENCE: Burst's claim construction briefing in Burst v. Microsoft; expert testimony; McGraw Hill Dictionary of Scientific and |

| '705: 1. | 112 ¶6, Burst provides the following description of the corresponding structure if the terms were interpreted as subject to § 112 ¶6.<br><br>**"storage means"** – Corresponding structure: DRAM, SRAM, CMOS, magnetic disk, or optical disk memories, plus equivalents. | 8:30-33, 9:65-10:11, 11:29-35, 11:66-12:4, 12:23-25, 12:38-40.<br><br>EXTRINSIC EVIDENCE:<br><br>*Modern Dictionary of Electronics* (6th Ed. 1984) and *IEEE Standard Dictionary of Electrical and Electronics Terms* (4th Ed. 1988) (definition for storage); expert testimony. | bubble memory, magnetic disk, or digital paper. | <u>Technical Terms</u>, 4th ed. (1989). |

| | | | | |
|---|---|---|---|---|
| *"output means"*<br>**'995:** 1, 2, 17;<br>**'932:** 4.<br><br>*"output means…for receiving… [and] for transmission away from said audio/video transceiver apparatus"*<br>**'995:** 1, 2, 17.<br>**'932:** 4 | **"output means"** - Not subject to §112 ¶6: "an output port or terminal capable of transmitting information"<br><br>Although Burst does not believe "output means" is subject to § 112 ¶6, Burst provides the following description of the corresponding structure if the terms were interpreted as subject to § 112 ¶6.<br><br>**<u>'995 Patent</u>**<br>**"output means"** – Corresponding structure: fiber optic input/output port, auxiliary digital port, or microwave satellite transceiver, plus equivalents.<br><br>**<u>'932 Patent</u>**<br>**"output means"** – Corresponding structure: fiber optic input/output port, auxiliary digital port, or microwave transceiver, plus equivalents. | INTRINSIC EVIDENCE:<br>'995 Fig. 2, 1:34-37, 1:50-56, 2:46-51, 3:28-37, 7:32-8:6, 8:20-23, 8:29-57, 9:55-68, 10:6-13; *see also* '839 Figs. 3 & 4, 2:38, 2:52-58, 11:24-28, 11:48-12:11, 12:25-27, 12:38-45.<br><br>EXTRINSIC EVIDENCE:<br>Modern Dictionary of Electronics (6th Ed. 1984) and IEEE Standard Dictionary of Electrical and Electronics Terms (4th Ed. 1988) (definition for output); expert testimony. | '995 PATENT:<br>**"output means…for transmission away from said audio/video transceiver apparatus"** - Limited to structures disclosed under §112 ¶6: fiber optic port 18 that delivers audio/video signals to a fiber optic telephone line. | INTRINSIC EVIDENCE: '995-7:45-64; 8:50-57; 9:62-68; Fig. 2 and associated text<br><br>EXTRINSIC EVIDENCE: Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; expert testimony. |
| | | | '932 PATENT:<br>**"output means…for receiving… [and] for transmission away from said audio/video transceiver apparatus"** - Limited to structures disclosed under §112 ¶6: point-to-point microwave transceiver, or satellite transceiver. | INTRINSIC EVIDENCE: '932-11:51-12:11; Figs. 2-3 and associated text; '932 FH-APBU 200; 212; 216-17; 231-34<br><br>EXTRINSIC EVIDENCE: Burst's claim construction briefing in Burst v. Microsoft; expert testimony. |

| *"transmission means"* **'705:** 1, 3.<br><br>*"transmission means...for transmitting...away from said audio/video transceiver apparatus in said burst transmission time period"* **'705:** 1, 3.<br><br>*"transmission means...configured to receive the edited digital time compressed representation..."* **'705:** 3. | **"transmission means"** - Subject to §112 ¶6: "an auxiliary digital port, fiber optic transceiver, or microwave transceiver, plus equivalents" | I<small>NTRINSIC</small> E<small>VIDENCE</small>:<br>'995 Abstract, Fig. 2, 1:34-37, 1:50-56, 2:46-51, 3:28-37, 7:32-8:6, 8:20-23, 8:29-57, 9:55-68, 10:6-13; *see also* '839 Figs. 3 & 4, 2:38, 2:52-58, 8:18-20, 11:24-28, 11:48-12:11, 12:25-27, 12:38-45.<br><br>E<small>XTRINSIC</small> E<small>VIDENCE</small>:<br>Expert testimony. | **'705 P<small>ATENT</small>:**<br>**"transmission means...for transmitting...away from said audio/video transceiver apparatus in said burst transmission time period"** - Limited to structures disclosed under §112 ¶6: fiber optic port 18, point-to-point microwave transceiver, or satellite transceiver.<br><br>**"transmission means...configured to receive the edited digital time compressed representation..."** - Limited to structures disclosed under §112 ¶6: fiber optic port 18, point-to-point microwave transceiver, or satellite transceiver. | I<small>NTRINSIC</small> E<small>VIDENCE</small>: '705-7:57-8:7, 11:24-51<br>E<small>XTRINSIC</small> E<small>VIDENCE</small>: Expert testimony; <u>McGraw Hill Dictionary of Scientific and Technical Terms</u>, 4th ed. (1989).<br><br>I<small>NTRINSIC</small> E<small>VIDENCE</small>: '705-7:57-8:7; 11:3-7; 11:24-51; Figs. 2-3 and associated text<br>E<small>XTRINSIC</small> E<small>VIDENCE</small>: Expert testimony; <u>McGraw Hill Dictionary of Scientific and Technical Terms</u>, 4th ed. (1989). |
| *"the time compressed audio/video source information...for transmission away from said audio/video transceiver apparatus"* **'995:** 1.<br>**'932:** 4.<br><br>*"the [edited ] time compressed representation of said audio/video source information...for transmission away from said audio/video* | **"the time compressed audio/video source information...for transmission away from said audio/video transceiver apparatus"** and **"the time compressed representation of said audio/video source information...for transmission away from said audio/video transceiver apparatus"** – "sending the time compressed representation to an external device capable of playback, where the representation is sent in | I<small>NTRINSIC</small> E<small>VIDENCE</small>:<br>'995 Abstract, 1:34-37, 1:50-57, 7:45-66, 8:29-57, 9:55-10:21.<br><br>'995 PH: 3/12/90 OAR at 18-20 and claims; '932 PH: 5/7/90 OAR at 5-6; '705 PH: 5/26/98 OAR at 11, 15 and claims.<br><br>E<small>XTRINSIC</small> E<small>VIDENCE</small>:<br>Expert testimony. | **"transmitting"** and **"transmission"** – sending to a remote location; excludes transferring through an interface to a storage device.<br><br>**"time compressed"** - see above<br><br>**"audio/video source information"** - see above | I<small>NTRINSIC</small> E<small>VIDENCE</small>: '839 - Abstract, 1:36-43, 1:59-63, 2:14-18, 2:19-23, 8:18-20, 8:24-26, 8:60-61, 9:12-13, 10:7-10:9, 11:3, 11:30-32, 11:51-56, 12:12-17, 12:25-33; 995-8:50-57; '995 FH - APBU 89, 90-91,121-123; '705 FH - APBU 551-552, 620-621, 649-653.<br><br>E<small>XTRINSIC</small> E<small>VIDENCE</small>: expert testimony; <u>McGraw Hill Dictionary of Scientific and Technical Terms</u>, 4th ed. (1989). |

| | | | | |
|---|---|---|---|---|
| *transceiver apparatus"* **'995:** 2, 17. | a time period that is shorter than the time required for normal playback" | | | |
| **"transmitting . . . away"** **'705:** 1. | **"transmitting . . . away"** – "sending to an external device capable of playback" | INTRINSIC EVIDENCE: '995 Abstract, 1:34-37, 1:50-57, 7:45-66, 8:29-57, 9:55-10:21; *see also* '839 Figs. 3 & 4, 11:28-32, 11:48-12:45. '995 PH: 3/12/90 OAR at 18-20 and claims; '932 PH: 5/7/90 OAR at 5-6; '705 PH: 5/26/98 OAR at 11, 15 and claims. EXTRINSIC EVIDENCE: Expert testimony. | **"transmitting / transmission"** - see above **"transmitting . . . away"** - no construction necessary | |
| **"transmitting"** **'839:** 1, 17, 73, 76, 77. **"transmitting . . . to a selected destination"** **'839:** 1, 17, 73, 76, 77. | **"transmitting"** – No construction required. Alternatively, "sending" | INTRINSIC EVIDENCE: '995 Abstract, 1:34-37, 1:50-57, 7:45-66, 8:29-57, 9:55-10:21; *see also* '839 Figs. 3 & 4; 11:28-32, 11:48-12:11, 12:25-27, 12:38-45. EXTRINSIC EVIDENCE: *IEEE Standard Dictionary of Electrical and Electronics Terms* (4th Ed. 1988) (definition for transmit); expert testimony. | **"transmitting"** – see above. ("sending to a remote location; excludes transferring through an interface to a storage device.") | |
| | **"transmitting . . . to a selected destination"** – "sending to an external device that is capable of playback and is selected by a user" | INTRINSIC EVIDENCE: '995 Abstract, 1:34-37, 1:50-57, 7:45-66, 8:29-57, 9:55-10:21; *see also* '839 Figs. 3 & 4, 11:28-32, 11:48-12:11, 12:25-27, 12:38-45. '995 PH: 3/12/90 OAR at 18-20 | **"transmitting"** – see above. ("sending to a remote location; excludes transferring through an interface to a storage device.") **"transmitting . . . to a selected destination"** - no construction | |

| | | and claims; '932 PH: 5/7/90 OAR at 5-6; and '705 PH: 5/26/98 OAR at 11, 15 and claims.<br><br>EXTRINSIC EVIDENCE:<br><br>Expert testimony. | necessary | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| ***"in said burst time period"*** **'839:** 1, 17, 73,76, 77;<br><br>***"in said burst transmission time period"*** **'705:** 1, 3, 12, 21. | **"in said burst time period"** – "in a time period that is shorter than the time required for normal playback" | INTRINSIC EVIDENCE:<br>'995 1:34-37, 1:50-57, 2:42-51, 4:19-27, 4:63-5:35, 5:59-60, 7:55-8:2, 9:12-15, 9:25-26, 10:28-31; *see also* '839 Figs. 3 & 4, 11:48-12:11, 12:25-27, 12:38-45.<br><br>'705 PH: 5/26/98 OAR at 11, 13, 15-16 and claims.<br><br>EXTRINSIC EVIDENCE:<br>Expert testimony. | **"in said burst time period"** - in the burst transmission time of definite duration that is known at the time of compression to be shorter than the time required to play the source information in real time. | INTRINSIC EVIDENCE: '839 - 8:5-26; '995 - 8:50-57; '995 FH - APBU 38-46; 72-89, 90-91; '932 FH - APBU 232-233.<br><br>EXTRINSIC EVIDENCE: Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; Claim Construction Order in *Burst.com v. Microsoft*; expert testimony; Webster's II New Riverside University Dictionary, (1988); Modern Dictionary of Electronics, 6th ed. (1984); Gitlin, Hayes, & Weinstein, Data Communications Principles (Plenum Press, 1992); Graf & Sheets, Video Scrambling & Descrambling for Satellite and Cable TV (Newnes, 2nd edition, 1998); United States Patent No. 5,440,334. |

| | | | | |
|---|---|---|---|---|
| *"editing means"*<br>**'995:** 2, 20, 21, 23, 26, 80.<br>**'705:** 2.<br><br>*"editing means…for editing the time compressed representation…and for restoring the time compressed representation"*<br>**'995:** 2.<br><br>*"editing means… for editing the digital time compressed representation…and for storing…"*<br>**'705:** 2.<br><br>*"editing means…for editing said selectively decompressed time compressed representation… and for storing…"*<br>**'995:** 20, 21. | **"editing means"** - Subject to §112 ¶6: "a processor executing stored editing software and a controller, plus equivalents" | INTRINSIC EVIDENCE:<br>'995 Abstract, Fig. 2, 1:57-59, 6:23-48, 6:53-62, 9:31-54; *see also* '839 12:46-52.<br><br>EXTRINSIC EVIDENCE:<br>Expert testimony. | **"editing means…for editing the time compressed representation…and for restoring the time compressed representation"** - Limited to structures disclosed under §112 ¶6: (1) Digital control unit 14 which includes (a) CPU (Intel 80286 or 80386 or Motorola 68020 or 68030), (b) ROM (TI TMS47256) and (c) integrated circuit controller; and (2) user interface control panel, light pen or mouse. | INTRINSIC EVIDENCE: '995 - 6:23-48; 6:53-62; 9:31-41; Fig. 2 and associated text<br><br>EXTRINSIC EVIDENCE: Claim Construction Order in *Burst.com v. Microsoft*; Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; expert testimony; <u>Webster's II New Riverside University Dictionary</u>, (1988); <u>McGraw Hill Dictionary of Scientific and Technical Terms</u>, 4th ed. (1989). |
| | | | **"editing means…for editing said selectively decompressed time compressed representation… and for storing…"** - Limited to structures disclosed under §112 ¶6: (1) Digital control unit 14 which includes (a) CPU (Intel 80286 or 80386 or Motorola 68020 or 68030), (b) ROM (TI TMS47256) and (c) integrated circuit controller; (2) user interface control panel, light pen or mouse; and (3) VME bus, Intel's Multibus, or Optobuss. | INTRINSIC EVIDENCE: '995 - 6:23-48; 6:53-68; 9:31-41; Fig. 2 and associated text<br><br>EXTRINSIC EVIDENCE: Claim Construction Order in *Burst.com v. Microsoft*; Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; expert testimony; <u>Webster's II New Riverside University Dictionary</u>, (1988); <u>McGraw Hill Dictionary of Scientific and Technical Terms</u>, 4th ed. (1989). |
| *"editing"*<br>**'995:** 2, 3, 20, 21, 23, 24, 26, 27, 80;<br>**'839:** 2, 3, 20, 21, 23, 26, 27.<br>**'705:** 2, 13. | **"editing"** – No construction required. Alternatively, "modifying" | INTRINSIC EVIDENCE:<br>'995 Abstract, 6:23-48, 6:53-62, 9:31-54; *see also* '839 12:46-52. | **"editing"** - modifying the representation of the audio/video source information (does not include the function of creating a | INTRINSIC EVIDENCE: '839 - 6:49-62, 6:63-7:5, 10:15-19, 10:27-31, 12:46-52; '995 - 6:26-37, 6:40-48. |

| | | EXTRINSIC EVIDENCE: | playlist) | EXTRINSIC EVIDENCE: Claim |
|---|---|---|---|---|
| | | *Webster's New Collegiate Dictionary* (1981) (definition for edit); expert testimony. | | Construction Order in *Burst.com v. Microsoft*; IEEE Standard Dictionary of Electrical and Electronics Terms, 4th ed. (1988); Webster's II New Riverside University Dictionary (1988). |

| | | | | |
|---|---|---|---|---|
| *"selectively decompressing"* **'995:** 20, 21, 22, 23, 25, 26, 28; **'839:** 20, 21, 22, 23, 26, 28. | **"selectively decompressing"** – No construction required. Alternatively, "decompressing some or all of the stored time compressed representation selected by a user" | INTRINSIC EVIDENCE: '995 1:57-59; 2:59-64; 4:19-26; 5:43-45; 5:57-63; 6:23-48; 9:18-30; *see also* '839 Fig. 4; 12:46-52.<br><br>EXTRINSIC EVIDENCE: Expert testimony. | **"selectively decompressing"** - decompressing the portion of the stored time compressed representation selected by a user. | INTRINSIC EVIDENCE: '839 - 6:53-7:9, 10:10-32, '705 FH - APBU-00000649.<br><br>EXTRINSIC EVIDENCE: Webster's II New Riverside University Dictionary (1988). |
| *"decompression means"* **'995:** 20, 21, 22, 23, 25, 26, 28<br><br>*"decompression means…for selectively decompressing [the/said] time compressed representation …"* **'995:** 20, 21, 22. | **"decompression means"** - Subject to §112 ¶6: "a compressor/decompressor executing a decompression algorithm consistent with the compression algorithm used, plus equivalents" | INTRINSIC EVIDENCE: '995 Fig. 2, 2:42-51, 4:19-27, 4:63-5:35, 5:59-60, 9:12-15, 9:25-26.<br><br>EXTRINSIC EVIDENCE: Expert testimony. | **"decompression means…for selectively decompressing said time compressed representation …"** - Limited to structures disclosed under §112 ¶6: None. | INTRINSIC EVIDENCE: '995 - 4:48-54; 4:63-5:24; Fig. 2 and associated text<br><br>EXTRINSIC EVIDENCE: Claim Construction Order in *Burst.com v. Microsoft*; Burst's Claim Construction Briefing in V; expert testimony; Webster's II New Riverside University Dictionary, (1988). |

| | | | | |
|---|---|---|---|---|
| *"recording means"*<br>**'995:** 44, 47<br><br>*"recording means, including a removable recording medium … for storing … "*<br>**'995:** 44, 47. | **"recording means"** - Subject to §112 ¶6: "an audio/video recording unit such as a magnetic tape drive, WORM drive, or erasable optical disk drive, plus equivalents" | INTRINSIC EVIDENCE:<br>'995 2:37-41, 3:38-4:16, 9:4-30, 10:29-36.<br><br>EXTRINSIC EVIDENCE:<br>Expert testimony. | **"recording means, including a removable recording medium … for storing … "** - Limited to structures disclosed under §112 ¶6: recording unit that uses removable magnetic tape, removable WORM optical disk, or removable erasable optical disk, and shunt switch. | INTRINSIC EVIDENCE: '995 - 3:38-4:16; 5:63-6:2; 9:4-30; Fig. 2 and associated text<br><br>EXTRINSIC EVIDENCE: Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; expert testimony; <u>McGraw Hill Dictionary of Scientific and Technical Terms</u>, 4th ed. (1989). |

| | | | | |
|---|---|---|---|---|
| *"multiplicity"*<br>**'995:** 19;<br>**'839:** 19, 73, 76, 77;<br>**'932:** 4;<br>**'705:** 1, 12, 21. | **"multiplicity"** – No construction necessary. Alternatively, "a large number" | INTRINSIC EVIDENCE:<br>'995 7:67-8:2.<br><br>EXTRINSIC EVIDENCE:<br>*Webster's New Collegiate Dictionary* (1981) and American Heritage Dictionary (1982) (definition for multiplicity); expert testimony. | **"multiplicity"** - two or more; usually a fairly large number. | INTRINSIC EVIDENCE:<br><br>EXTRINSIC EVIDENCE: Landis on Mechanics of Claim Drafting, 5th ed. (2005). |
| *"multiplicity of video frames in the form of one or more full motion video programs"*<br>**'839:** 73, 76, 77;<br>**'932:** 4.<br><br>*"multiplicity of video frames collectively [representing / constituting] at least one full motion video program"*<br>**'705:** 1, 12, 21.<br><br>*"video frames"*<br>**'839:** 73, 76, 77.<br><br>*"[at least one] full motion video program"*<br>**'839:** 73, 76, 77. | **"multiplicity of video frames in the form of one or more full motion video programs"** – No construction necessary. Alternatively, "movies and other video materials represented by multiple images in a temporal sequence and providing the sense of motion when viewed sequentially" | INTRINSIC EVIDENCE:<br>'995 1:14-18, 4:28-54, 5:9-18, 6:30-48; *see also* '839 1:21-24.<br>'705 PH: 5/26/98 OAR at 15-16 and claims.<br><br>EXTRINSIC EVIDENCE:<br>*Modern Dictionary of Electronics* (6th Ed. 1984) (definition for frame); expert testimony. | **"multiplicity"** - see above<br><br>**"video frames"** - individual images intended to be displayed in sequence.<br><br>**"[at least one] full motion video program"** - an entire audio/video program made of video frames that are displayed in sequence to make a moving picture.<br><br>Apple does not object to the portion of Burst's construction that defines "full motion video" as "images in a temporal sequence providing the sense of motion when viewed sequentially." | **"video frames"**<br>INTRINSIC EVIDENCE: '839 - 4:64-5:2; '932 FH - APBU 234.<br><br>EXTRINSIC EVIDENCE: McGraw-Hill Dictionary of Scientific and Technical Terms, 4th ed. (1989).<br><br>**"[at least one] full motion video program"**<br>INTRINSIC EVIDENCE: 839 - 4:64-5:2; '705 FH - APBU 652; '932 FH - APBU 234<br><br>EXTRINSIC EVIDENCE: Claim Construction Order in *Burst.com v. Microsoft*; Burst's Claim Construction Briefing in *Burst.com v. Microsoft*; Webster's II New Riverside University Dictionary (1988). |