## **EXHIBIT B**

| **CLAIM TERM** | **AGREED-UPON CONSTRUCTION** |
|---|---|
| "audio/video"<br>(**'995:** 1, 2, 3, 7, 8, 9, 15, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 44, 47, 51, 52, 80; **'839:** 1, 2, 3, 7, 8, 9, 15, 16, 17, 19, 20, 22, 23, 26, 27, 28, 44, 45, 46, 47, 48, 49, 50, 51, 52, 58, 59, 73, 76, 77; **'932:** 4; **'705:** 1, 2, 3, 12, 13, 21) | "audio only, video only, or audio and video (i.e. audio and/or video)" |
| "transceiver apparatus"<br>(**'995**: 1, 2, 3, 7, 8, 9, 15, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 44, 47, 51, 52, 80; **'932:** 4; **'705:** 1, 2, 3) | "a combination of components, in a common housing, that transmits and receives data" |
| "semiconductor memory"<br>(**'995**: 7; **'839**: 7) | "a form of memory that stores information in a semiconductor" |
| "analog"<br>(**'995**: 8; **'839**: 8) | "information in the form of continuously varying physical quantities" |
| "digital"<br>(**'995**: 8, 9, 15, 16, 23, 24, 25, 26, 27, 28, 51; **'839**: 8, 9, 23, 26, 27, 28, 51, 52, 77; **'705**: 1, 2, 3, 12, 21) | "information in the form of digits or discrete quantities" |
| "computer"<br>(**'995**: 15; **'839**: 15) | "any device capable of accepting information, applying prescribed processes to the information, and supplying the results of these processes" |
| "fiber optic"<br>(**'995**: 16; **'839**: 16) | "fibers for sending or receiving information in optical form" |
| "erasable optical disk"<br>(**'839**: 52) | "an optical disk storage medium that has read/write/erase capabilities" |

| CLAIM TERM | AGREED-UPON CONSTRUCTION |
|---|---|
| "erasable optical disc means " (**'995**: 52) | "an optical disk storage medium that has read/write/erase capabilities" |
| "CD-ROM" (**'839**: 51) | "Compact-Disc Read Only Memory." |
| "CD-ROM means" (**'995**: 51) | "Compact-Disc Read Only Memory" |
| "communications link" (**'839**: 19) | "a connection between one device and another provided by one or more media over which information can be transmitted and received" |
| "storing…programs…for selective retrieval" (**'839:** 19, 77) | "storing programs so that a user can select which program(s) to retrieve" |
| "random access storage means...for storing the time compressed representation... said random access storage means comprising one or magnetic disks" (**'932:** 4) | "one or more magnetic disks" |