1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  NICHOLAS A. BROWN (Bar No. 198210)
   nicholas.brown@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
4  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
5  Telephone:  (650) 802-3000
   Facsimile:  (650) 802-3100
6
   Attorneys for Plaintiff
7  APPLE COMPUTER, INC.

8  FLOYD G. SHORT (WA Bar No. 21632 – *Admitted Pro Hac Vice*
9  fshort@susmangodfrey.com
   SUSMAN GODFREY, L.L.P.
10 1201 Third Avenue, Suite 3800
   Seattle, WA  98101-3000
11 Telephone:  (206) 516-3880
   Facsimile:  (206) 516-3883
12
   ROBERT J. YORIO (Bar No. 93178)
13 ryorio@carrferrell.com
   COLBY B. SPRINGER (Bar No. 214868)
14 cspringer@carrferrell.com
   CARR & FERRELL LLP
15 2200 Geng Road
   Palo Alto, CA  94303
16 Telephone:  (650) 812-3400
   Facsimile:  (650) 812-3444
17
   Attorneys for Defendant
18 BURST.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| APPLE COMPUTER, INC., | Case No. C 06-0019 MHP |
|---|---|
| Plaintiff, | **MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING INTO THE FEDERAL COURTHOUSE CERTAIN EQUIPMENT AND MATERIALS FOR PURPOSES OF A TUTORIAL AND CLAIM CONSTRUCTION HEARING** |
| v. | |
| BURST.COM, INC., | |
| Defendant. | |

MAR to Bring into the Federal Courthouse Certain Equipment
and Materials for Purposes of Tutorial and Claim Construction
Hearing

Case No. C 06-0019 MHP
SV1:\263950\01\5nny01!.DOC\15096.0006

Dockets.Justia.com

1  Plaintiff Apple Computer, Inc. and defendant Burst.com, Inc. hereby request
2  permission on January 31, 2007 to bring into the Federal Courthouse located at 450 Golden Gate
3  Avenue, San Francisco, California, and set up in the courtroom of the Honorable Marilyn Hall
4  Patel certain electronic equipment and other materials for use at a Technology Tutorial set for
5  February 1, 2007.  Additionally, plaintiff Apple Computer, Inc. and defendant Burst.com, Inc.
6  hereby request permission on February 7, 2007 to bring into the Federal Courthouse certain
7  electronic equipment and other materials for use at a Claim Construction Hearing set for February
8  8, 2007.  The equipment and materials will include easels, exhibit boards, network equipment,
9  laptop and desktop computers, speakers, video and audio cables, video and audio boosters, power
10 strips, extension cords, projector, projection screen, an elmo, additional monitors (at least five),
11 and video and audio recording equipment.  The parties also request permission to bring laptop
12 computers and related equipment into the courthouse on February 1, 2007 and February 8, 2007
13 for use at the Technology Tutorial and Claim Construction Hearing, respectively.

14  Pursuant to General Order 45, section X(B), counsel for Apple Computer, Inc.
15 attests under penalty of perjury that counsel for Burst.com, Inc. concurs in the filing of this
16 stipulation.

17 Dated:  January 26, 2007          WEIL, GOTSHAL & MANGES LLP

18                                   By:  _____/s/ Nicholas A. Brown_____
                                         Nicholas A. Brown
19                                       Attorneys for Plaintiff
                                         Apple Computer, Inc.
20

21 Dated:  January 26, 2007          SUSMAN GODFREY LLP

22                                   By:  _____/s/ Floyd G. Short_____
                                         Floyd G. Short
23                                       Attorneys for Defendant
                                         Burst.com, Inc.
24

25

26

27

28

MAR to Bring into the Federal Courthouse Certain Equipment
and Materials for Purposes of Tutorial and Claim Construction
Hearing                                    1                          Case No. C 06-0019 MHP
                                                                      SV1:\263950\01\5nny01!.DOC\15096.0006