1　MATTHEW D. POWERS (Bar No. 104795)
　　matthew.powers@weil.com
2　NICHOLAS A. BROWN (Bar No. 198210)
　　nicholas.brown@weil.com
3　WEIL, GOTSHAL & MANGES LLP
　　Silicon Valley Office
4　201 Redwood Shores Parkway
　　Redwood Shores, CA 94065
5　Telephone: (650) 802-3000
　　Facsimile: (650) 802-3100
6
　　Attorneys for Plaintiff
7　APPLE COMPUTER, INC.

8　FLOYD G. SHORT (WA Bar No. 21632 – *Admitted Pro Hac Vice*
9　fshort@susmangodfrey.com
　　SUSMAN GODFREY, L.L.P.
10　1201 Third Avenue, Suite 3800
　　Seattle, WA 98101-3000
11　Telephone: (206) 516-3880
　　Facsimile: (206) 516-3883
12
　　ROBERT J. YORIO (Bar No. 93178)
13　ryorio@carrferrell.com
　　COLBY B. SPRINGER (Bar No. 214868)
14　cspringer@carrferrell.com
　　CARR & FERRELL LLP
15　2200 Geng Road
　　Palo Alto, CA 94303
16　Telephone: (650) 812-3400
　　Facsimile: (650) 812-3444
17
　　Attorneys for Defendant
18　BURST.COM, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant. | Case No. C 06-0019 MHP <br><br> **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING INTO THE FEDERAL COURTHOUSE CERTAIN EQUIPMENT AND MATERIALS FOR PURPOSES OF A TUTORIAL AND CLAIM CONSTRUCTION HEARING** |

[Proposed] Order Granting MAR to Bring into the Federal
Courthouse Certain Equipment and Materials for Purposes of　　　　　　Case No. C 06-0019 MHP
Tutorial and Claim Construction Hearing　　　　　　　　　　　　　　　SV1:\263954\03\5n_203!.DOC\15096.0006

Dockets.Justia.com

1     IT IS HEREBY ORDERED:

2     (1) At 10:00 a.m. or anytime thereafter on January 31, 2007 plaintiff Apple Computer, Inc. and defendant Burst.com, Inc., by and through its counsel of record, may bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, and set up in the courtroom of the Honorable Marilyn Hall Patel certain electronic equipment and other materials for use at a Technology Tutorial set for February 1, 2007;

(2) At 2:30 p.m. or anytime thereafter on February 7, 2007 plaintiff Apple Computer, Inc. and defendant Burst.com, Inc., by and through its counsel of record, may bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, and set up in the courtroom of the Honorable Marilyn Hall Patel certain electronic equipment and other materials for use at a Claim Construction Hearing set for February 8, 2007.

The equipment and materials to be brought into the courthouse will include:

(a) 5 LCD video monitors

(b) ELMO document camera

(c) Video Projector

(d) Distribution amplifier

(e) Da-Lite deluxe 12' screen

(f) Miscellaneous cables carts, carts and power cords

(g) Exhibit boards

(h) Laptop computers

(i) Speakers

(j) Video and Audio recording equipment

[Proposed] Order Granting MAR to Bring into the Federal
Courthouse Certain Equipment and Materials for Purposes of
Tutorial and Claim Construction Hearing    1    Case No. C 06-0019 MHP
SV1:\263954\03\5n_203!.DOC\15096.0006

1  Court staff, including assistant U.S. Marshals on duty at the time, are directed to
2  allow and to take such steps as reasonably necessary to facilitate the foregoing activity.

4  IT IS SO ORDERED.

6  Dated:

8  By: _____
   Hon. Marilyn Hall Patel
9  U.S. District Court Judge

[Proposed] Order Granting MAR to Bring into the Federal
Courthouse Certain Equipment and Materials for Purposes of
Tutorial and Claim Construction Hearing     2     Case No. C 06-0019 MHP