MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100

Attorneys for Plaintiff
APPLE COMPUTER, INC.

FLOYD G. SHORT (WA Bar No. 21632 – *Admitted Pro Hac Vice*
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101-3000
Telephone:  (206) 516-3880
Facsimile:  (206) 516-3883

ROBERT J. YORIO (Bar No. 93178)
ryorio@carrferrell.com
COLBY B. SPRINGER (Bar No. 214868)
cspringer@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
Telephone:  (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Defendant
BURST.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant. | Case No. C 06-0019 MHP <br><br> **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING INTO THE FEDERAL COURTHOUSE CERTAIN EQUIPMENT AND MATERIALS FOR PURPOSES OF A TUTORIAL AND CLAIM CONSTRUCTION HEARING** |

[Proposed] Order Granting MAR to Bring into the Federal
Courthouse Certain Equipment and Materials for Purposes of
Tutorial and Claim Construction Hearing

Case No. C 06-0019 MHP
SV1:\263954\03\5n_203!.DOC\15096.0006

1  IT IS HEREBY ORDERED:

2  (1) At 10:00 a.m. or anytime thereafter on January 31, 2007 plaintiff Apple Computer, Inc. and defendant Burst.com, Inc., by and through its counsel of record, may bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, and set up in the courtroom of the Honorable Marilyn Hall Patel certain electronic equipment and other materials for use at a Technology Tutorial set for February 1, 2007;

7  (2) At 2:30 p.m. or anytime thereafter on February 7, 2007 plaintiff Apple Computer, Inc. and defendant Burst.com, Inc., by and through its counsel of record, may bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, and set up in the courtroom of the Honorable Marilyn Hall Patel certain electronic equipment and other materials for use at a Claim Construction Hearing set for February 8, 2007.

The equipment and materials to be brought into the courthouse will include:

(a) 5 LCD video monitors

(b) ELMO document camera

(c) Video Projector

(d) Distribution amplifier

(e) Da-Lite deluxe 12' screen

(f) Miscellaneous cables carts, carts and power cords

(g) Exhibit boards

(h) Laptop computers

(i) Speakers

(j) Video and Audio recording equipment

[Proposed] Order Granting MAR to Bring into the Federal
Courthouse Certain Equipment and Materials for Purposes of
Tutorial and Claim Construction Hearing    1    Case No. C 06-0019 MHP
SV1:\263954\03\5n_203!.DOC\15096.0006

Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and to take such steps as reasonably necessary to facilitate the foregoing activity.

THE PARTIES SHALL COORDINATE WITH COURTROOM DEPUTY EDWARD BUTLER FOR TIMES CONVENIENT TO HIM [(415) 522-3018].

IT IS SO ORDERED.

Dated:   1/29/07

By: _____
Hon. Marilyn Hall Patel
U.S. District Court Judge