## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: February 1, 2007

Case No.    C 06-0019  MHP            Judge: MARILYN H. PATEL

Title: APPLE COMPUTER -v- BURST.COM INC

Attorneys:  Plf: Matthew Powers, Nicholas A. Brown, Garland Stephens
            Dft: Parker Folse, Leslie Payne, Ian Crosby, Floyd Short, Randall Gard, Michael Heim

Deputy Clerk: Edward Butler   Court Reporter: Jim Yeomans  Time in Court: 9:10-10:57 a.m.; 11:21 a.m.- 12:30 p.m.

### PROCEEDINGS

1)   Tutorial for Claim Construction Hearing

2)

3)

### SUMMARY:

Presentation by Defendant's Expert Dr. Sheila Hemami.

Presentation by Plaintiff's counsel Mr. Powers.

The claim construction hearing remains on the Court's calendar for Thursday, Feb. 8, 2007, at 9:00 a.m. The parties are directed to confer and come to an agreement on the order of presentation of issues. The parties' experts should be present and available for the hearing.