## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: February 8, 2007

Case No.   C 06-0019 MHP          Judge: MARILYN H. PATEL

Title: APPLE COMPUTER -v- BURST.COM INC

Attorneys:  Plf: Matthew Powers, Nicholas A. Brown, Garland Stephens
            Dft: Parker Folse, Leslie Payne, Ian Crosby, Floyd Short, Randall Gard, Michael Heim,
                 Robert Yorio

Deputy Clerk: Edward Butler   Court Reporter: Jim Yeomans  Time in Court: 9:16 a.m. - 1:15 p.m.; 2:17 p.m. - 4:47 p.m.

### PROCEEDINGS

1) Claim Construction Hearing

2)

3)

### SUMMARY:

Oral arguments re: claim construction.

Defendant may respond to the document submitted to the Court during Mr. Stephens' presentation.

The Court orders defendant to respond to plaintiff's summary judgment motions within 30 days of the date of the filing of the Court's Order re: Claim Construction.  Plaintiff is to reply within 2 weeks thereafter.  The matter will be set for a hearing at 2:00 p.m on a date other than the court's standard Monday Law and Motions calendar.