1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  GARLAND STEVENS (admitted to N.D.C.A.,
   Texas Bar No. 24053910)
3  garland.stevens@weil.com
   NICHOLAS A. BROWN (Bar No. 198210)
4  nicholas.brown@weil.com
   WEIL, GOTSHAL & MANGES LLP
5  Silicon Valley Office
   201 Redwood Shores Parkway
6  Redwood Shores, CA  94065
   Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  Attorneys for Plaintiff
   APPLE COMPUTER, INC.
9

10                     UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12

13  APPLE COMPUTER, INC.,                  Case No. 3:06-CV-00019 MHP

14              Plaintiff,                 **PLAINTIFF APPLE COMPUTER, INC.'S NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**
15         v.

16  BURST.COM, INC.,

17              Defendants.

18
19
20
21
22
23
24
25
26
27
28

NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY
JUDGMENT OF NON-INFRINGEMENT                              Case No. C 06-CV-00019 MHP

1  Pursuant to Northern District of California Local Rule 7-7(e), plaintiff Apple Inc. respectfully withdraws without prejudice its Motion for Summary Judgment of Non-Infringement Based On The "Stored Time Compressed Representation" Limitation, filed January 4, 2007. No Opposition has yet been filed to this Motion.

Dated: June 5, 2007

WEIL, GOTSHAL & MANGES LLP

By   /s/ Nicholas A. Brown
Nicholas A. Brown
Attorney for Plaintiff Apple Computer, Inc.

NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT       1       Case No. C 06-CV-00019 MHP