MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
GARLAND STEVENS (admitted to N.D.C.A.,
Texas Bar No. 24053910)
garland.stevens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| APPLE COMPUTER, INC., | Case No. 3:06-CV-00019 MHP |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT WITHOUT PREJUDICE** |
| BURST.COM, INC., | |
| Defendants. | |

[PROPOSED] ORDER GRANTING WITHDRAWAL OF
MOTION FOR SUMMARY JUDGMENT OF NON-
INFRINGEMENT WITHOUT PREJUDICE

Case No. C 06-CV-00019 MHP

1    The Court, having considered the papers submitted in connection with Apple's
2    Notice of Withdrawal of Motion for Summary Judgment of Non-Infringement Based on the
3    "Stored Time Compressed Representation" Limitation,
4    HEREBY ORDERS that this motion for summary judgment of non-infringement
5    is withdrawn without prejudice.

7    Dated:

   Hon. Marilyn Hall Patel
8    United States District Judge

[PROPOSED] ORDER GRANTING WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT WITHOUT PREJUDICE         1            Case No. C 06-CV-00019 MHP