1  MATTHEW D. POWERS (Bar No. 104795)
    matthew.powers@weil.com
2  GARLAND STEVENS (admitted to N.D.C.A.,
    Texas Bar No. 24053910)
3  garland.stevens@weil.com
    NICHOLAS A. BROWN (Bar No. 198210)
4  nicholas.brown@weil.com
    WEIL, GOTSHAL & MANGES LLP
5  Silicon Valley Office
    201 Redwood Shores Parkway
6  Redwood Shores, CA 94065
    Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  Attorneys for Plaintiff
    APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| APPLE COMPUTER, INC., | Case No. 3:06-CV-00019 MHP |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED]** ORDER GRANTING WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT WITHOUT PREJUDICE |
| BURST.COM, INC., | |
| Defendants. | |

(Note: "[PROPOSED]" is shown with strikethrough.)

[PROPOSED] ORDER GRANTING WITHDRAWAL OF
MOTION FOR SUMMARY JUDGMENT OF NON-
INFRINGEMENT WITHOUT PREJUDICE       Case No. C 06-CV-00019 MHP

Dockets.Justia.com

1  The Court, having considered the papers submitted in connection with Apple's Notice of Withdrawal of Motion for Summary Judgment of Non-Infringement Based on the "Stored Time Compressed Representation" Limitation,

HEREBY ORDERS that this motion for summary judgment of non-infringement is withdrawn without prejudice.

Dated: June 6, 2007



IT IS SO ORDERED
Judge Marilyn H. Patel

[PROPOSED] ORDER GRANTING WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT WITHOUT PREJUDICE     1     Case No. C 06-CV-00019 MHP