# Exhibit B

# DIGITAL TELEPHONY AND NETWORK INTEGRATION

Bernhard E. Keiser
and
Eugene Strange

 VAN NOSTRAND REINHOLD COMPANY
———————— New York

Copyright © 1985 by Van Nostrand Reinhold Company Inc.

Library of Congress Catalog Card Number: 83-21698
ISBN: 0-442-24659-5

All rights reserved. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without permission of the publisher.

Manufactured in the United States of America

Published by Van Nostrand Reinhold Company Inc.
135 West 50th Street
New York, New York 10020

Van Nostrand Reinhold Company Limited
Molly Millars Lane
Wokingham, Berkshire RG11 2PY, England

Van Nostrand Reinhold
480 Latrobe Street
Melbourne, Victoria 3000, Australia

Macmillan of Canada
Division of Gage Publishing Limited
164 Commander Boulevard
Agincourt, Ontario M1S 3C7, Canada

15 14 13 12 11 10 9 8 7 6 5 4 3 2 1

Library of Congress Cataloging in Publication Data
Keiser, Bernhard, 1928–
  Digital telephony and network integration.

### 4.3. DIFFERENTIAL PCM

The formation of a differential waveform was discussed briefly in Chapter 2. It is produced by subtracting from the present value a recent past value or values, or some weighted combination of them. The basis for the quantization of differential waveforms is that once the initial level of a waveform has been established, the information content is expressed by the changes in value of that waveform. Accordingly, only the changes need to be transmitted. As a result, differential PCM (DPCM) can be used at a lower bit rate than PCM with a comparable quality of reproduction. The sampling rate, of course, is presumed to be at the Nyquist rate.

Figure 4–3 shows a typical DPCM system in block diagram form. As can be seen there, instead of direct sampling of the input, as was done in PCM, the difference between the input and a prediction signal (based on past samples) is sampled and coded. For this reason, DPCM also is known as *predictive coding*. The "prediction signal" is derived in the same way as the receiver detects the signal, and is performed in the box labeled "Integrator."



TRANSMITTING SECTION



RECEIVING SECTION

Fig. 4–3. Block diagram of DPCM system using analog differencing.