# Exhibit C

NS

*inager*

I

*Service*

# Digital Telephony
## Second Edition

**John Bellamy**
Vice President of Engineering
AMBIT Systems Inc
Carrollton, Texas



A Wiley-Interscience Publication
**JOHN WILEY & SONS, INC.**
New York · Chichester · Brisbane · Toronto · Singapore

In recognition of the importance of preserving what has been written, it is a policy of John Wiley & Sons, Inc. to have books of enduring value published in the United States printed on acid-free paper, and we exert our best efforts to that end.

Copyright © 1991 John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

Reproduction or translation of any part of this work beyond that permitted by Section 107 or 108 of the 1976 United States Copyright Act without the permission of the copyright owner is unlawful. Requests for permission or further information should be addressed to the Permissions Department, John Wiley & Sons, Inc.

*Library of Congress Cataloging-in-Publication Data:*

Bellamy, John, 1941-
   Digital telephony / John Bellamy. — 2nd ed.
     p.   cm. — (Wiley series in telecommunications)
   "A Wiley-Interscience publication."
   Includes bibliographical references and index.

   1. Digital telephone systems.   I. Title.   II. Series.
TK5103.7.B44   1990
621.385—dc20                             90-37906
ISBN 0-471-62056-4                   CIP

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

Frequency domain voice coders provide improved coding efficiencies by encoding the most important components of the spectrum on a dynamic basis. As the sounds change different portions (formants) of the frequency band are encoded. The period between formant updates is typically 10 to 20 msec. Instead of using periodic spectrum measurements, some higher quality vocoders continuously track gradual changes in the spectral density at a higher rate. Frequency domain vocoders often provide lower bit rates than the time domain coders, but typically produce more unnatural sounding speech.

## 3.4 DIFFERENTIAL PULSE CODE MODULATION

Differential pulse code modulation (DPCM) is designed specifically to take advantage of the sample-to-sample redundancies in a typical speech waveform. Since the range of sample *differences* is less than the range of individual *samples*, fewer bits are needed to encode difference samples. The sampling rate is often the same as for a comparable PCM system. Thus the bandlimiting filter in the encoder and the smoothing filter in the decoder are basically identical to those used in conventional PCM systems.

A conceptual means of generating the difference samples for a DPCM coder is to store the previous input sample directly in a sample-and-hold circuit and use an analog subtractor to measure the change. The change in the signal is then quantized and encoded for transmission. The DPCM structure shown in Figure 3.27 is more complicated, however, because the previous input value is reconstructed by a feedback loop that integrates the encoded sample differences. In essence, the feedback signal is an estimate of the input signal as obtained by integrating the encoded sample differences. Thus the feedback signal is obtained in the same manner used to reconstruct the waveform in the decoder.

The advantage of the feedback implementation is that quantization errors do not accumulate indefinitely. If the feedback signal drifts from the input signal, as a result of an accumulation of quantization errors, the next encoding of the difference signal automatically compensates for the drift. In a system without



Figure 3.27. Functional block diagram of differential PCM.