# Exhibit D

# DIGITAL CODING OF WAVEFORMS
## Principles and Applications to Speech and Video

**N. S. JAYANT**

*Bell Laboratories, Inc.*
*Murray Hill, NJ*

**PETER NOLL**

*Technical University of Berlin*

PRENTICE-HALL, INC. Englewood Cliffs, New Jersey 07632

Library of Congress Cataloging in Publication Data

Jayant, Nuggehally S., 1946-
  Digital coding of waveforms.

  Includes index.
  1. Signal processing—Digital techniques. 2. Coding
theory. I. Noll, P. (Peter), 1936-         II. Title.
TK5102.J39   1984      621.38'043      83-22170
ISBN 0-13-211913-7

Editorial/production supervision: *Shari Ingerman*
Cover design: *Edsal Enterprises*
Manufacturing buyer: *Tony Caruso*
Page layout: *Diane Koromhas*

© 1984 by Bell Telephone Laboratories, Incorporated

All rights reserved. No part of this book may be
reproduced, in any form or by any means,
without permission in writing from the publisher.

Printed in the United States of America
10  9  8  7  6  5  4  3  2  1

ISBN   0-13-211913-7   01

FROM :VOICECROFT                    FAX NO. :                         Mar. 29 2007 02:35PM  P3
Case 3:06-cv-00019-MHP    Document 108-5    Filed 06/07/2007    Page 4 of 4



**Figure 6.2** Variations of a DPCM coder: (a) an "analog" implementation with a fixed uniform quantizer; (b) a "digital" implementation with an adaptive quantizer; and (c) a "digital" implementation with a fixed nonuniform quantizer.

The fact that $y(n)=\tilde{x}(n)$ is available at the transmitter (as a "locally decoded" value) means that both transmitter and receiver can use the same prediction algorithm:

$$\hat{x}(n) = f[y(n-1), y(n-2),...]  \qquad (6.9)$$

An alternative algorithm such as

$$\hat{x}(n) = f[x(n-1), x(n-2),...]  \qquad (6.10)$$

would have the advantage of better predictions at the encoder, based on uncorrupted input samples rather than on quantization-noise-corrupted samples as in (6.9). However, in this case, the receiver would still be forced to employ (6.9), and differing prediction values at the encoder and decoder would result in an overall poorer mse performance. The *open-loop* structure implied in (6.10) can,