# Exhibit A

Dockets.Justia.com

A Merriam-Webster®

Copyright © 1981 by G. & C. Merriam Co.

Philippines Copyright 1981 by G. & C. Merriam Co.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's new collegiate dictionary.

  Editions for 1898–1948 have title: Webster's collegiate dictionary.
  Includes index.
  1. English language—Dictionaries.
PE1628.W4M4    1981    423    80-25144
ISBN 0-87779-408-1
ISBN 0-87779-409-x (indexed)
ISBN 0-87779-410-3 (deluxe)

Webster's New Collegiate Dictionary principal copyright 1973

COLLEGIATE trademark Reg. U.S. Pat. Off.

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.*

Made in the United States of America

504948    RMcN8281

**wood·wax·en** \'wu̇d-,wak-sən\ *n* [ME *wodewexen,* alter. of OE *wuduweaxe,* fr. *wudu* wood + *-weaxe* (prob. fr. *weaxan* to grow) — more at WAX] : a low bushy yellow-flowered Eurasian leguminous shrub (*Genista tinctoria*) grown for ornament or formerly as the source of a yellow dye

**wood·wind** \-,wind\ *n* **1** : one of a group of wind instruments (as a clarinet, flute, oboe, or saxophone) that is characterized by a cylindrical or conical tube of wood or metal usu. ending in a slightly flared bell, that produces tones by the vibration of one or two reeds in the mouthpiece or by the passing of air over a mouth hole, and that usu. has finger holes or keys by which the player may produce all the tones within the instrument's range **2** *pl* : the woodwind section of a band or orchestra

**wood·work** \-,wərk\ *n* : work made of wood; *esp* : interior fittings (as moldings or stairways) of wood

[1]**wood·work·ing** \-,wər-kiŋ\ *n* : the act, process, or occupation of working with wood — **wood·work·er** \-kər\ *n*

[2]**woodworking** *adj* : used for woodworking 〈~ tools〉

**woody** \'wu̇d-ē\ *adj* **wood·i·er; -est** **1** : abounding or overgrown with woods **2** **a** : of or containing wood or wood fibers : LIGNEOUS 〈~ tissues〉 **b** : having woody parts : rich in xylem and associated structures 〈~ plants〉 **3** : characteristic of or suggestive of wood 〈wine with a ~ flavor〉 — **wood·i·ness** *n*

[1]**woof** \'wu̇f, 'wüf\ *n* [alter. of ME *oof,* fr. OE *ōwef,* fr. *ō-* (fr. *on*) + *wefan* to weave — more at WEAVE] **1** **a** : a filling thread or yarn in weaving **b** : woven fabric; *also* : the texture of such a fabric **2** : a basic or essential element or material

[2]**woof** \'wu̇f\ *n* [imit.] **1** : a low gruff sound typically produced by a dog **2** : a low note emitted by sound reproducing equipment

[3]**woof** *vi* : to make the sound of a woof

**woof·er** \'wu̇f-ər\ *n* : a loudspeaker usu. larger than a tweeter, responsive only to the lower acoustic frequencies, and used for reproducing sounds of low pitch

**wool** \'wu̇l\ *n, often attrib* [ME *wolle,* fr. OE *wull;* akin to OHG *wolla* wool, L *vellus* fleece, *lana* wool, *lanugo* down] **1** : the soft wavy or curly hypertrophied undercoat of various hairy mammals and esp. the sheep made up of fibers of keratin molecules within a matrix and covered with minute scales **2** : a product of wool; *esp* : a woven fabric or garment of such fabric **3** **a** : a dense felted pubescence esp. on a plant : TOMENTUM **b** : a filamentous mass — usu. used in combination; compare MINERAL WOOL, STEEL WOOL — **wooled** \'wu̇ld\ *adj*

**-wooled** \'wu̇ld\ *adj comb form* : having wool of (such) quality 〈coarse-*wooled*〉

[1]**wool·en** *or* **wool·len** \'wu̇l-ən\ *adj* **1** : made of wool — compare WORSTED **2** : of or relating to the manufacture or sale of woolen products 〈~ mills〉 〈the ~ industry〉

[2]**woolen** *or* **woollen** *n* **1** : a fabric made of wool **2** : garments of woolen fabric — usu. used in pl.

**wool fat** *n* : wool grease esp. after refining : LANOLIN

**wool·fell** \'wu̇l-,fel\ *n, Brit* : WOOLSKIN

**wool–gath·er** \'wu̇l-,gath-ər, -,geth-\ *vi* : to indulge in woolgathering — **wool·gath·er·er** \-ər-ər\ *n*

**wool·gath·er·ing** \-,gath-(ə-)riŋ, -,geth-\ *n* : the act of indulging in idle daydreaming

**wool grease** *n* : a fatty slightly sticky wax coating the surface of the fibers of sheep's wool — compare WOOL FAT

[1]**wool·ly** *also* **wooly** \'wu̇l-ē\ *adj* **wool·li·er; -est** **1** **a** : of, relating to, or bearing wool **b** : resembling wool **2** **a** : lacking in clearness or sharpness of outline 〈a ~ TV picture〉 **b** : marked by mental confusion 〈~ thinking〉 **3** : marked by boisterous roughness or lack of order or restraint 〈where the West is still ~ —Paul Schubert〉 — **wool·li·ness** *n*

[2]**wool·ly** *also* **wool·ie** *or* **wooly** \'wu̇l-ē\ *n, pl* **wool·lies** **1** : a garment made from wool; *esp* : underclothing of knitted wool — usu. used in pl. **2** *West & Austral* : SHEEP

**woolly aphid** *n* : a plant louse (genus *Eriosoma*) covered with a dense coat of white filaments

**woolly bear** *n* : any of various rather large very hairy caterpillars; *esp* : one that is the larva of a tiger moth

**wool·ly–head·ed** \,wu̇l-ē-'hed-əd\ *adj* **1** : having hair suggesting wool **2** : marked by vague or confused perception or thinking

**wool·pack** \'wu̇l-,pak\ *n* **1** **a** : a wrapper of strong fabric into which fleeces are packed for shipment **b** : the complete package of wool and wrapper **2** : a rounded cumulus cloud springing from a horizontal base

**wool·sack** \-,sak\ *n* **1** *archaic* : WOOLPACK 1b **2** : the official seat of the Lord Chancellor or his deputy in the House of Lords

**wool·shed** \-,shed\ *n* : a building or range of buildings (as on an Australian sheep station) in which sheep are sheared and wool is prepared for market

**wool·skin** \-,skin\ *n* : a sheepskin having the wool still on it

**wool·sort·er's disease** \'wu̇l-,sȯrt-ərz-\ *n* : pulmonary anthrax resulting esp. from inhalation of bacterial spores (*Bacillus anthracis*) from contaminated wool or hair

**wool sponge** *n* : a soft-fibered durable commercial sponge; *esp* : one (*Hippiospongia lachne*) found in the Gulf of Mexico, the Caribbean sea, and off the southern coast of Florida

**wool stapler** *n* : a dealer in wool

**woom·era** \'wu̇m-ə-rə\ *n* [native name in Australia] : a wooden rod with a hooked end used by Australian aborigines for throwing a spear

**woops** *interj* : OOPS

**woo·zy** \'wü-zē, 'wu̇z-ē\ *adj* **woo·zi·er; -est** [prob. alter. of *oozy*] **1** : mentally unclear or hazy 〈seems a little ~, not quite knowing what to say —J. A. Lukacs〉 **2** : affected with dizziness, mild nausea, or weakness : SICK — **woo·zi·ly** *adv* — **woo·zi·ness** *n*

**wop** \'wäp\ *n, often cap* [It dial. *guappo* blusterer, swaggerer, bully, tough] : ITALIAN — usu. used disparagingly

**Worces·ter** \'wu̇s-tər\ *n* : low-fired porcelain containing a frit and steatite produced at Worcester, England from about 1751 — called also *Worcester china, Worcester porcelain*

**Worces·ter·shire sauce** \,wu̇s-tə(r)-,shi(ə)r-, -shər- *also* -,shī(ə)r-\ *n* [*Worcestershire,* England, where it was orig. made] : a pungent sauce whose ingredients include soy, vinegar, and garlic

**Worcs** *abbr* Worcestershire

[1]**word** \'wərd\ *n* [ME, fr. OE; akin to OHG *wort* word, L *verbum,* Gk *eirein* to say, speak] **1** **a** : something that is said **b** *pl* (1) : TALK, DISCOURSE 〈putting one's feelings into ~*s*〉 (2) : the text of a vocal musical composition **c** : a brief remark or conversation 〈would like to have a ~ with you〉 **2** **a** (1) : a speech sound or series of speech sounds that symbolizes and communicates a meaning without being divisible into smaller units capable of independent use (2) : the entire set of linguistic forms produced by combining a single base with various inflectional elements without change in the part of speech elements **b** : a written or printed character or combination of characters representing a spoken word 〈the number of ~*s* to a line〉 **c** : a combination of electrical or magnetic impulses conveying a quantum of information in communication and computer work **3** : ORDER, COMMAND 〈don't move till I give the ~〉 **4** *often cap* **a** : LOGOS **b** : GOSPEL 1a **c** : the expressed or manifested mind and will of God **5** **a** : NEWS, INFORMATION 〈sent ~ that he would be late〉 **b** : RUMOR **6** : the act of speaking or of making verbal communication **7** : SAYING, PROVERB **8** : PROMISE, DECLARATION 〈kept her ~〉 **9** : a quarrelsome utterance or conversation — usu. used in pl. **10** : a verbal signal : PASSWORD — **good word** **1** : a favorable statement 〈put in a *good word* for me〉 **2** : good news 〈what's the *good word*〉 — **in a word** : in short — **in so many words** **1** : in exactly those terms 〈implied that such actions were criminal but did not say so *in so many words*〉 **2** : in plain forthright language 〈*in so many words,* she wasn't fit to be seen —Jean Stafford〉 — **of few words** : not inclined to say more than is necessary : LACONIC 〈a man *of few words*〉 — **of one's word** : that can be relied on to keep a promise — used only after *man* or *woman* 〈a man *of his word*〉 — **upon my word** : with my assurance : INDEED, ASSUREDLY 〈*upon my word,* I've never heard of such a thing〉

[2]**word** *vi, archaic* : SPEAK ~ *vt* : to express in words : PHRASE

**word·age** \'wərd-ij\ *n* **1** **a** : WORDS **b** : VERBIAGE 1 **2** : the number or quantity of words **3** : WORDING

**word–association test** *n* : a test of personality and mental function in which the subject is required to respond to each of a series of words with one that it evokes in his mind or with one of a specified class of words

**word·book** \'wərd-,bu̇k\ *n* : VOCABULARY, DICTIONARY

**word class** *n* : a linguistic form class whose members are words; *esp* : PART OF SPEECH

**word–for–word** *adj* : being in or following the exact words : VERBATIM

**word for word** *adv* : in the exact words : VERBATIM

**word–hoard** \'wərd-,hō(ə)rd, -,hȯ(ə)rd\ *n* : a supply of words : VOCABULARY

**word·ing** \'wərd-iŋ\ *n* : the act or manner of expressing in words

**word·less** \'wərd-ləs\ *adj* **1** : not expressed in or accompanied by words **2** : SILENT, INARTICULATE — **word·less·ly** *adv* — **word·less·ness** *n*

**word·mon·ger** \-,məŋ-gər, -,mäŋ-\ *n* : a writer who uses words for show or without particular regard for meaning

**word–mon·ger·ing** \-g(ə-)riŋ\ *n* : the use of empty or bombastic words

**word–of–mouth** \,wərd-ə(v)-'mau̇th\ *adj* : orally communicated

**word of mouth** : oral communication

**word order** *n* : the order of arrangement of words in a phrase, clause, or sentence

**word·play** \'wərd-,plā\ *n* : verbal wit

**word processing** *n* : a system for the production of typewritten documents (as business letters) with automated typing and text-editing equipment

**word square** *n* : ACROSTIC 3

**word stress** *n* : the manner in which stresses are distributed on the syllables of a word — called also *word accent*

**wordy** \'wərd-ē\ *adj* **word·i·er; -est** **1** : using or containing many and usu. too many words **2** : of or relating to words : VERBAL — **word·i·ly** \'wərd-ᵊl-ē\ *adv* — **word·i·ness** \'wərd-ē-nəs\ *n*
***syn*** WORDY, VERBOSE, DIFFUSE, PROLIX, REDUNDANT *shared meaning element* : using more words than effective expression requires

**wore** *past of* WEAR

[1]**work** \'wərk\ *n* [ME *werk, work,* fr. OE *werc, weorc;* akin to OHG *werc,* Gk *ergon*] **1** : activity in which one exerts strength or faculties to do or perform something: **a** : sustained physical or mental effort to overcome obstacles and achieve an objective or result **b** : the labor, task, or duty that affords one his accustomed means of livelihood **c** : a specific task, duty, function, or assignment often being a part or phase of some larger activity **2** **a** : energy expended by natural phenomena **b** : the result of such energy 〈sand dunes are the ~ of sea and wind〉 **c** : the transference of energy that is produced by the motion of the point of application of a force and is measured by multiplying the force and the displacement of its point of application in the line of action **3** **a** : something that results from a particular manner or method of working, operating, or devising 〈careful police ~〉 〈clever camera ~〉 **b** : something that results from the use or fashioning of a particular material 〈porcelain ~〉 **4** **a** : a fortified structure (as a fort, earthen barricade, or trench) **b** *pl* : structures in engineering (as docks, bridges, or embankments) or mining (as shafts or tunnels) **5** *pl but sing or pl in constr* : a place where industrial labor is carried on : PLANT, FACTORY **6** *pl* : the working or moving parts of a mechanism 〈~*s* of a clock〉 **7** **a** : something produced or accomplished by effort, exertion, or exercise of skill 〈this book is the ~ of many hands〉 **b** : something produced by the exercise of creative talent or expenditure of creative effort : artistic production **8** *pl* : performance of moral or religious acts 〈salvation by ~*s*〉 **9** **a** : effective operation : EFFECT, RESULT 〈wait for time to do its healing ~〉 **b** : manner of working : WORKMANSHIP, EXECUTION **10** : the material or piece of material that is operated upon at any stage in the process of manufacture **11** *pl* **a** : everything pos-

sessed, available, or belongi
went overboard〉 **b** : subje
abuse — usu. used with *get*
***syn*** WORK, LABOR, TRAVAIL
*element* : activity involvin
— **at work** **1** : engaged i
regular occupation **2** : ha
**in the works** : in process c
tion — **in work** **1** : in p
training — **out of work** : v
[2]**work** *adj* **1** : suitable o
clothes〉 **2** : used for work
[3]**work** *vb* **worked** \'wərkt
*werken, worken,* fr. OE *wyn*
to pass : EFFECT 〈~ miracle
or desired product by expe
SHAPE 〈~ flint into tools〉
work; *esp* : EMBROIDER **3**
kneading **b** : to bring into
cutting, hammering, scrap
steel〉 **4** : to set or keep in
to operate or produce 〈a p
: to solve (a problem) by r
with *out* **6** **a** : to cause to
death〉 **b** : to make use of
operation of 〈switches are ~
on an operation through o
sides of the street〉 〈fisherr
down to the pool〉 **8** : to
way through college〉 **9** **a**
out of a condition or posit
ARRANGE 〈we can ~ it so th
: to practice trickery or caj
agement for a free ticket〉 **b**
rage〉 ~ *vi* **1** **a** : to exert
sustained effort for a purpos
: to perform or carry throu
continuous repeated operati
: to perform work or fulfill
: to function or operate ac
better with oil〉 **3** : to exert
duce a desired effect or re
slowly and with difficulty :
to the presidency〉 **b** : to sa
worked : react in a specified
easily〉 **7** **a** : to be in agita
**c** : to move slightly in relat
specified condition by slow
~*ed* loose〉 — **work on** **1**
**2** : to strive to influence o
effect upon : operate on : IN
**work·able** \'wər-kə-bəl\ *ad*
: PRACTICABLE, FEASIBLE — \
**work·able·ness** \'wər-kə-ba
**work·a·day** \'wər-kə-,dā\ *a*
*workyday,* n., (workday)] **1**
days **2** : PROSAIC, ORDINARY
**work·a·hol·ic** \,wər-kə-'hȯl-il
*-holic* (as in *alcoholic*)] : a co
**work·bag** \'wərk-,bag\ *n* : a
work; *esp* : a bag for needlew
**work·bas·ket** \-,bas-kət\ *n* :
**work·bench** \-,bench\ *n* : a
ics, machinists, and carpente
**work·boat** \-,bōt\ *n* : a boat
cial fishing and ferrying sup
senger or naval service
**work·book** \-,bu̇k\ *n* **1** : a
: a workman's handbook or
done **4** : a student's indivi
solved directly on the pages
**work·box** \-,bäks\ *n* : a box f
**work camp** *n* : a camp for w
short-term group project in
religious organizations volunt
**work·day** \'wərk-,dā\ *n* **1** :
distinguished from Sunday o
day during which work is per
**worked** \'wərkt\ *adj* : that h
development, treatment, or m
**worked up** *adj* : emotionally
**work·er** \'wər-kər\ *n* **1** **a**
industrial labor or with a par
bination **b** : a member of th
ally underdeveloped and usu.
ants, bees, wasps, or termites
protective duties of the colon
usu. electrotype plate from wl
**worker–priest** *n* : a French
sionary purposes spends par
secular job
**work farm** *n* : a farm on whi
tions are confined
**work·folk** \'wərk-,fōk\ *or* **wo**
ple; *esp* : farm workers
**work force** *n* **1** : the worke
factory's *work force*〉 **2** : th
signable for any purpose 〈the
**work·horse** \'wərk-,hȯ(ə)rs\
as distinguished from driving
who performs most of the w
useful or durable vehicle, craf
**work·house** \-,hau̇s\ *n* **1** *Bri*
tion for persons guilty of minc

1340

ıs-tə(r)-ˌshi(ə)r-, -shər- *also* -ˌshī(ə)r-\
where it was orig. made] : a pungent
ıde soy, vinegar, and garlic

; akin to OHG *wort* word, L *verbum*;
**a** : something that is said **b** *pl* (1)
ıe's feelings into ~*s*⟩ (2) : the text of
**c** : a brief remark or conversation
ı you⟩ **2 a** (1) : a speech sound or
ymbolizes and communicates a mean-
nto smaller units capable of indepen-
of linguistic forms produced by com-
various inflectional elements without
ı elements **b** : a written or printed
haracters representing a spoken word
⟩ **c** : a combination of electrical or
a quantum of information in commu-
: **3** : ORDER, COMMAND ⟨don't move
ıp **a** : LOGOS **b** : GOSPEL 1a **c** : the
d and will of God **5 a** : NEWS, IN-
ould be late⟩ **b** : RUMOR **6** : the act
al communication **7** : SAYING, PROV-
ON ⟨kept her ~⟩ **9** : a quarrelsome
usu. used in pl. **10** : a verbal signal
**1** : a favorable statement ⟨put in a
l news ⟨what's the *good word*⟩ — **in a**
**ny words 1** : in exactly those terms
ere criminal but did not say so *in so*
rthright language ⟨*in so many words*,
ean Stafford⟩ — **of few words** : not
s necessary : LACONIC ⟨a man *of few*
hat can be relied on to keep a promise
*man* ⟨a man *of his word*⟩ — **upon my**
: INDEED, ASSUREDLY ⟨*upon my word*,
ng⟩
*t* : to express in words : PHRASE
**a** : WORDS **b** : VERBIAGE 1 **2** : the
**3** : WORDING
a test of personality and mental func-
equired to respond to each of a series
kes in his mind or with one of a speci-

VOCABULARY, DICTIONARY
orm class whose members are words;

in or following the exact words : VER-

xact words : VERBATIM
, -ˌhō(ə)rd\ *n* : a supply of words

ct or manner of expressing in words
: not expressed in or accompanied by
LATE — **word·less·ly** *adv* — **word-**

näŋ-\ *n* : a writer who uses words for
gard for meaning
\ *n* : the use of empty or bombastic

-ˈmau̇th\ *adj* : orally communicated
unication
f arrangement of words in a phrase,

rbal wit
m for the production of typewritten
rs) with automated typing and text-

n which stresses are distributed on the
ılso *word accent*
r; **-est 1** : using or containing many
: of or relating to words : VERBAL —
**word·i·ness** \ˈwərd-ē-nəs\ *n*
E, PROLIX, REDUNDANT *shared meaning*
than effective expression requires

*ork*, fr. OE *were*, *weorc*; akin to OHG
in which one exerts strength or facul-
ng : **a** : sustained physical or mental
and achieve an objective or result **b**
affords one his accustomed means of
t, duty, function, or assignment often
ne larger activity **2 a** : energy ex-
a **b** : the result of such energy ⟨sand
wind⟩ **c** : the transference of energy
tion of the point of application of a
ultiplying the force and the displace-
on in the line of action **3 a** : some
icular manner or method of working,
ful police ~⟩ ⟨clever camera ~⟩ **b**
ı the use or fashioning of a particular
**a** : a fortified structure (as a fort,
**b** *pl* : structures in engineering (as
ents) or mining (as shafts or tunnels)
a place where industrial labor is car-
*pl* : the working of moving parts of a
**7 a** : something produced or accom-
exercise of skill ⟨this book is the ~ of
; produced by the exercise of creative
tive effort : artistic production **8** *pl*
ligious acts ⟨salvation by ~*s*⟩ **9 a**
: RESULT ⟨wait for time to do its heal-
king : WORKMANSHIP, EXECUTION **10**
aterial that is operated upon at any
ıfacture **11** *pl* **a** : everything pos-

1341

work • world

sessed, available, or belonging ⟨the whole ~*s*, rod, reel, tackle box, went overboard⟩ **b** : subjection to drastic treatment : all possible abuse — usu. used with *get* ⟨get the ~*s*⟩ or *give* ⟨gave him the ~*s*⟩ ***syn*** WORK, LABOR, TRAVAIL, TOIL, DRUDGERY, GRIND *shared meaning element* : activity involving effort or exertion ***ant*** play — **at work 1** : engaged in working : BUSY; *esp* : engaged in one's regular occupation **2** : having effect : OPERATING, FUNCTIONING — **in the works** : in process of preparation, development, or completion — **in work 1** : in process of being done **2** *of a horse* : in training — **out of work** : without regular employment : JOBLESS

²**work** *adj* **1** : suitable or styled for wear while working ⟨~ clothes⟩ **2** : used for work ⟨~ elephant⟩

³**work** *vb* **worked** \ˈwərkt\ *or* **wrought** \ˈrȯt\; **work·ing** [ME *werken*, *worken*, fr. OE *wyrcan*; akin to OE *weorc*] *vt* **1** : to bring to pass : EFFECT ⟨~ miracles⟩ **2 a** : to fashion or create a useful or desired product by expending labor or exertion upon : FORGE, SHAPE ⟨~ flint into tools⟩ **b** : to make or decorate with needlework; *esp* : EMBROIDER **3 a** : to prepare for use by stirring or kneading **b** : to bring into a desired form by a gradual process of cutting, hammering, scraping, pressing, or stretching ⟨~ cold steel⟩ **4** : to set or keep in motion, operation, or activity : cause to operate or produce ⟨a pump ~*ed* by hand⟩ ⟨~ farmland⟩ **5** : to solve (a problem) by reasoning or calculation — often used with *out* **6 a** : to cause to toil or labor ⟨~*ed* his horses nearly to death⟩ **b** : to make use of : EXPLOIT **c** : to control or guide the operation of ⟨switches are ~*ed* from a central tower⟩ **7** : to carry on an operation through or in or along ⟨the salesman ~*ed* both sides of the street⟩ ⟨fisherman ~*ed* the stream from the bridge down to the pool⟩ **8** : to pay for with labor or service ⟨~*ed* his way through college⟩ **9 a** : to get (oneself or an object) into or out of a condition or position by gradual stages **b** : CONTRIVE, ARRANGE ⟨we can ~ it so that you can take your vacation⟩ **10 a** : to practice trickery or cajolery on for some end ⟨~*ed* the management for a free ticket⟩ **b** : EXCITE, PROVOKE ⟨~*ed* himself into a rage⟩ ~ *vi* **1 a** : to exert oneself physically or mentally esp. in sustained effort for a purpose or under compulsion or necessity **b** : to perform or carry through a task requiring sustained effort or continuous repeated operations ⟨~*ed* all day over a hot stove⟩ **c** : to perform work or fulfill duties regularly for wages or salary **2** : to function or operate according to plan or design ⟨hinges ~ better with oil⟩ **3** : to exert an influence or tendency **4** : to produce a desired effect or result : SUCCEED **5 a** : to make way slowly and with difficulty : move or progress laboriously ⟨~*ed* up to the presidency⟩ **b** : to sail to windward **6** : to permit of being worked : react in a specified way to being worked ⟨this wood ~*s* easily⟩ **7 a** : to be in agitation or restless motion **b** : FERMENT 1 **c** : to move slightly in relation to another part **d** : to get into a specified condition by slow or imperceptible movements ⟨the knot ~*ed* loose⟩ — **work on 1** : AFFECT ⟨*worked on* his sympathies⟩ **2** : to strive to influence or persuade — **work upon** : to have effect upon : operate on : INFLUENCE

**work·able** \ˈwər-kə-bəl\ *adj* **1** : capable of being worked **2** : PRACTICABLE, FEASIBLE — **work·abil·i·ty** \ˌwər-kə-ˈbil-ət-ē\ *n* — **work·able·ness** \ˈwər-kə-bəl-nəs\ *n*

**work·a·day** \ˈwər-kə-ˌdā\ *adj* [alter. of earlier *workyday*, fr. obs. *workyday*, n., (workday)] **1** : of, relating to, or suited for working days **2** : PROSAIC, ORDINARY

**work·a·hol·ic** \ˌwər-kə-ˈhȯl-ik, -ˈhäl-\ *n* [*work* + connective *-a-* + *-holic* (as in *alcoholic*)] : a compulsive worker

**work·bag** \ˈwərk-ˌbag\ *n* : a bag for implements or materials for work; *esp* : a bag for needlework

**work·bas·ket** \-ˌbas-kət\ *n* : a basket for needlework

**work·bench** \-ˌbench\ *n* : a bench on which work esp. of mechanics, machinists, and carpenters is performed

**work·boat** \-ˌbōt\ *n* : a boat used for work purposes (as commercial fishing and ferrying supplies) rather than for sport or for passenger or naval service

**work·book** \-ˌbu̇k\ *n* **1** : a booklet outlining a course of study **2** : a workman's handbook or manual **3** : a record book of work done **4** : a student's individual exercise book of problems to be solved directly on the pages

**work·box** \-ˌbäks\ *n* : a box for work instruments and materials

**work camp** *n* : a camp for workers: as **a** : PRISON CAMP 1 **b** : a short-term group project in which individuals from one or more religious organizations volunteer their labor

**work·day** \ˈwərk-ˌdā\ *n* **1** : a day on which work is performed as distinguished from Sunday or a holiday **2** : the period of time in a day during which work is performed — **workday** *adj*

**worked** \ˈwərkt\ *adj* : that has been subjected to some process of development, treatment, or manufacture ⟨a newly ~ field⟩

**worked up** *adj* : emotionally aroused : EXCITED

**work·er** \ˈwər-kər\ *n* **1 a** : one that works esp. at manual or industrial labor or with a particular material — often used in combination **b** : a member of the working class **2** : one of the sexually underdeveloped and usu. sterile members of a colony of social ants, bees, wasps, or termites that perform most of the labor and protective duties of the colony — see HONEYBEE illustration **3** : a usu. electrotype plate from which printing is done

**worker–priest** *n* : a French Roman Catholic priest who for missionary purposes spends part of each weekday as a worker in a secular job

**work farm** *n* : a farm on which persons guilty of minor law violations are confined

**work·folk** \ˈwərk-ˌfōk\ *or* **work·folks** \-ˌfōks\ *n pl* : working people; *esp* : farm workers

**work force** *n* **1** : the workers engaged in a specific activity ⟨the factory's *work force*⟩ **2** : the number of workers potentially assignable for any purpose ⟨the nation's *work force*⟩

**work·horse** \ˈwərk-ˌhȯ(ə)rs\ *n* **1** : a horse used chiefly for labor as distinguished from driving, riding, or racing **2 a** : a person who performs most of the work of a group task **b** : a markedly useful or durable vehicle, craft, or machine

**work·house** \-ˌhau̇s\ *n* **1** *Brit* : POORHOUSE **2** : a house of correction for persons guilty of minor law violations

**work in** *vt* **1** : to insert or cause to penetrate by repeated or continued effort **2** : to interpose or insinuate gradually or unobtrusively ⟨*worked in* a few topical jokes⟩

¹**work·ing** *adj* **1** : adequate to permit work to be done ⟨a ~ majority⟩ **2** : assumed or adopted to permit or facilitate further work or activity ⟨~ draft⟩

²**working** *n* **1** : an excavation or group of excavations made in mining, quarrying, or tunneling — usu. used in pl. **2** : the manner of functioning or operating : OPERATION — usu. used in pl.

**working asset** *n* : an asset other than a capital asset

**working capital** *n* : capital actively turned over in or available for use in the course of business activity: **a** : the excess of current assets over current liabilities **b** : all capital of a business except that invested in capital assets

**work·ing–class** *adj* : relating to, deriving from, or suitable to the class of wage earners ⟨~ virtues⟩

**working class** *n* : the class of people who work for wages usu. at manual labor

**working day** *n* : WORKDAY

**working dog** *n* : a dog fitted by size, breeding, or training for useful work (as draft or herding) esp. as distinguished from one fitted primarily for pet, show, or sporting use

**working fluid** *n* : a fluid working substance

**work·ing·man** \ˈwər-kiŋ-ˌman\ *n* : one who works for wages usu. at manual labor

**working papers** *n pl* : official documents legalizing the employment of a minor

**working substance** *n* : a usu. fluid substance that through changes of temperature, volume, and pressure is the means of carrying out thermodynamic processes or cycles (as in a heat engine)

**work·less** \ˈwər-kləs\ *adj* : being without work : UNEMPLOYED — **work·less·ness** *n*

**work load** *n* **1** : the amount of work or of working time expected from or assigned to an employee **2** : the amount of work performed or capable of being performed (as by a mechanical device) usu. within a specific period

**work·man** \ˈwərk-mən\ *n* **1** : WORKINGMAN **2** : ARTISAN

**work·man·like** \-ˌlīk\ *adj* : worthy of a good workman : SKILLFUL

**work·man·ly** \-lē\ *adj* : WORKMANLIKE

**work·man·ship** \-ˌship\ *n* **1** : the art or skill of a workman : CRAFTSMANSHIP; *also* : the quality imparted to a thing in the process of making ⟨a vase of exquisite ~⟩ **2** : something effected, made, or produced : WORK

**workmen's compensation insurance** *n* : insurance that reimburses an employer for damages that he is required to pay to an employee for injury occurring in the course of his employment

**work of art 1** : a product of one of the fine arts; *esp* : a painting or sculpture of high artistic quality **2** : something giving high aesthetic satisfaction to the beholder or auditor

**work off** *vt* : to dispose of or get rid of by work or activity

**work·out** \ˈwər-ˌkau̇t\ *n* : a practice or exercise to test or improve one's fitness esp. for athletic competition, ability, or performance

**work out** \ˌwər-ˈkau̇t, ˈwər-\ *vt* **1 a** : to bring about by labor and exertion ⟨*work out* your own salvation —Phil 2:12 (AV)⟩ **b** : to devise, arrange, or achieve by resolving difficulties ⟨after many years of wrangling, *worked out* a definite agreement —A.A. Butkus⟩ **c** : DEVELOP ⟨the final situation is not *worked out* with psychological profundity —Leslie Rees⟩ **2** : to discharge (as a debt) by labor **3** : to exhaust (as a mine) by working ~ *vi* **1 a** : to prove effective, practicable, or suitable ⟨how this will actually *work out* I don't know —Milton Kotler⟩ **b** : to amount to a total or calculated figure — used with *at* or *to* **2** : to engage in a workout ⟨*works out* in gymnasiums . . . to keep in shape —*Current Biol.*⟩

**work over** *vt* **1** : to subject to thorough examination, study, or treatment ⟨shelf stock would get thoroughly *worked over* by shoppers⟩ **2** : to do over : REWORK ⟨saved the play by *working* the first act *over*⟩ **3** : to beat up or manhandle with thoroughness ⟨the gang *worked* him *over*⟩

**work·peo·ple** \ˈwərk-ˌpē-pəl\ *n pl*, *chiefly Brit* : WORKERS, EMPLOYEES

**work·piece** \-ˌpēs\ *n* : a piece of work in process of manufacture

**work·room** \ˈwər-ˌkrüm, -ˌkru̇m\ *n* : a room used esp. for manual work

**work·shop** \ˈwərk-ˌshäp\ *n* **1** : a small establishment where manufacturing or handicrafts are carried on **2** : WORKROOM **3** : a usu. brief intensive educational program for a relatively small group of people that emphasizes participation in problem-solving

**work stoppage** *n* : concerted cessation of work by a group of employees usu. more spontaneous and less serious than a strike

**work·ta·ble** \ˈwərk-ˌtā-bəl\ *n* : a table for holding working materials and implements; *esp* : a small table with drawers and other conveniences for needlework

**work·up** \ˈwər-ˌkəp\ *n* : an intensive diagnostic study

**work–up** \ˈwər-ˌkəp\ *n* : an unintended mark on a printed sheet caused by the rising of spacing m[ate]rial

**work up** \ˌwər-ˈkəp, ˈwər-\ *vt* **1** : to stir up : ROUSE **2** : to produce by mental or physical work ⟨*worked up* a comedy act⟩ ⟨*worked up* a sweat in the gymnasium⟩ ~ *vi* : to rise gradually in intensity or emotional tone

**work·week** \ˈwər-ˌkwēk\ *n* : the hours or days of work in a calendar week ⟨40-hour ~⟩ ⟨a 5-day ~⟩

**work·wom·an** \ˈwər-ˌku̇m-ən\ *n* : a woman who works

¹**world** \ˈwər(-ə)ld\ *n* [ME, fr. OE *woruld* human existence, this world, age; akin to OHG *weralt* age, world; both fr. a prehistoric

ə abut ᵊ kitten ər further a back ā bake ä cot, cart
au̇ out ch chin e less ē easy g gift i trip ī life
j joke ŋ sing ō flow ȯ flaw ȯi coin th thin t͟h this
ü loot u̇ foot y yet yü few yu̇ furious zh vision