# Exhibit B



**Also Visit** | Unabridged Dictionary | Learner's Dictionary | Word Central for Kids | Collegiate

⦿ **Dictionary**  ○ **Thesaurus**  ○ **Spanish/English**

- Home
- Visit Our Sites
- Premium Services
- Downloads
- Word of the Day
- Word Games
- Open Dictionary
- Spelling Bee Hive
- Word for the Wise
- Online Store
- Help
- About Us

## protocol

2 entries found for **protocol**.
To select an entry, click on it.

```
protocol
hypertext transfer protocol
```
[Go]

Main Entry: **pro·to·col** 🔊
Pronunciation: 'prO-t&-"kol, -"kOl, -"käl, -k&l
Function: *noun*
Etymology: Middle French *prothocole,* from Medieval Latin *protocollum,* from Late Greek *prOtokollon* first sheet of a papyrus roll bearing date of manufacture, from Greek *prOt-* prot- + *kollan* to glue together, from *kolla* glue; perhaps akin to Middle Dutch *helen* to glue

**1 :** an original draft, minute, or record of a document or transaction

**2 a :** a preliminary memorandum often formulated and signed by diplomatic negotiators as a basis for a final convention or treaty **b :** the records or minutes of a diplomatic conference or congress that show officially the agreements arrived at by the negotiators

**3 a :** a code prescribing strict adherence to correct etiquette and precedence (as in diplomatic exchange and in the military services) <a breach of *protocol*> **b :** a set of conventions governing the treatment and especially the formatting of data in an electronic communications system <network *protocols*> **c :** **CONVENTION** 3a,b

**4 :** a detailed plan of a scientific or medical experiment, treatment, or procedure

**Learn more about "protocol"** and related topics at **Britannica.com**

**Find more about "protocol"** instantly with **Live Search**

**See a map of "protocol"** in the **Visual Thesaurus**

**Ads by Google**

**Ethernet Basics Guide**
Simple Tutorial on Ethernet, TCP/IP 5 Page Paper - Free PDF Download
**www.EthernetBasics.Com**

**Usb Protocol Analyzer**
Full-Feature & Low-Cost System for USB Device Testing and Debugging.
**www.GetCatalyst.com**

**Low Latency Market Data**

OPRA, NYSE, AMEX, NASDAQ, ECN's HyperFeed rapid migration program
**www.spryware.com**

**Pronunciation Symbols**



Products    Premium Services    Company Info    Contact Us    Advertising I

© 2006-2007 Merriam-Webster, Incorporated