1  PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*)
   pfolse@susmangodfrey.com
2  IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*)
   icrosby@susmangodfrey.com
3  FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*)
4  fshort@susmangodfrey.com
   SUSMAN GODFREY, L.L.P.
5  1201 Third Avenue, Suite 3800
   Seattle, Washington 98101-3000
6  (206) 516-3880 Tel
7  (206) 516-3883 Fax

8  SPENCER HOSIE (CA Bar No. 101777)
9  shosie@hosielaw.com
   BRUCE WECKER (CA Bar No. 078530)
10 bwecker@hosielaw.com
   HOSIE McARTHUR LLP
11 One Market, 22nd Floor
12 San Francisco, CA 94105
   (415) 247-6000 Tel.
13 (415) 247-6001 Fax

14 *(additional attorneys listed on signature page)*

15 Attorneys for Defendant/Counterclaimant
16 BURST.COM, INC.

17
                          UNITED STATES DISTRICT COURT
18                        NORTHERN DISTRICT OF CALIFORNIA
                             SAN FRANCISCO DIVISION
19

20 APPLE COMPUTER, INC.,
                                                  CASE NO. C06-00019 MHP
21        Plaintiff/Counterdefendant,

22        v.

23 BURST.COM, INC.,

24        Defendant/Counterclaimant.

25

26 **DECLARATION OF IAN B. CROSBY IN SUPPORT OF DEFENDANT BURST.COM,
    INC.'S OPPOSITION TO PLAINTIFF APPLE COMPUTER, INC.'S MOTION FOR
27     SUMMARY JUDGMENT ON INVALIDITY BASED ON KRAMER AND KEPLEY
28                                      PATENTS**

1
_____
DECLARATION OF IAN B. CROSBY
Case No. C06-00019 MHP

Dockets.Justia.com

I, Ian B. Crosby, declare as follows:

1. I am a partner in the Seattle office of Susman Godfrey L.L.P. I represent defendant Burst.com, Inc. ("Burst") in the above captioned matter. I make this declaration based upon personal knowledge and, if called upon to do so, could testify competently to the facts set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 4,963,995.

3. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 5,164,839.

4. Attached hereto as Exhibit 3 is a true and correct printed copy of the web page appearing at http://www.kanekramer.com.

5. Attached hereto as Exhibit 4 is a true and correct copy of selected pages from the deposition of Greg Mullins, dated February 23, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 7th day of June, 2007.

_____
Ian B. Crosby

ADDITIONAL COUNSEL:

MICHAEL F. HEIM (TX Bar No. 9380923- *Pro Hac Vice*)
LESLIE V. PAYNE (TX Bar No. 0784736-*Pro Hac Vice*)
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, TX 77002
(713) 221-2000 Tel.
(713) 221.2021 Fax

ROBERT J. YORIO (CA Bar No. 93178)
V. RANDALL GARD (CA Bar No. 151677)
COLBY B. SPRINGER (CA Bar No. 214868)
CARR & FERRELL LLP

2
_____
DECLARATION OF IAN B. CROSBY
Case No. C06-00019 MHP

1 | 2200 Geng Road
2 | Palo Alto, CA  94303
  | (650) 812-3400 Tel.
3 | (650) 812-3444
4 | ATTORNEYS FOR DEFENDANT/
  | COUNTERCLAIMAINT
5 | BURST.COM, INC.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

_____
DECLARATION OF IAN B. CROSBY
Case No. C06-00019 MHP