# IXI - The first MP3 Player

home |

## KANE KRAMER - The Inventor of the Digital Audio Player

Kane Kramer - CV

The development the first MP3 Player

Kane Kramer - Current Work

### Press Center

Press Contact

Press Releases



Copyright - © Kane Kramer 1979 - 2006. All rights reserved.

This is what the first Portable Digital Audio player ever looked like on paper.

This is an original drawing by Kane Kramer done in 1979 when he was 23 years old. It shows quite clearly the concept Kane believed would revolutionize the music industry.

The IXI System report and the 1981 patent explains how the whole idea revolved around distributing music electronically down telephone lines, this was many years before the internet had been invented. Kane's Patent also allowed for the downloading of data and software, there is no doubt that were it not for the attempted coup to take over control of the company the technology would have emerged earlier.

Despite having come up with this idea way a head of the game and at a time when nobody could quite believe a machine didn't need moving parts, Kane linked up with technical genius James Campbell and together built the world's first solid state audio recorder/player. After years of development and following four prototype models the fifth pre-production model went on sale at the APRS exhibition at Earls Court - London.

Following a very successful launch of the professional studio model and armed with 600 pledges from around the world at £10,000 sterling each a small group of the board of directors attempted to hive of the IP to another company to there own benefit. Distraught, Kane seized the drawings and prototypes and lodged them with solicitor Andrew Needleman to hold in trust to the benefit of the shareholders pending resolution of the problem. Despite an armful of orders Kane was understandably unable to raise one pound to manufacture his orders due to the split between the board. Unable to raise the funds to manufacture or pay for the Patent cost and renewals Kane has watched his work be absorbed by the world.

Kane said "At first I was flattered to see my work being copied; now most of the players sold

Dockets.Justia.com

are almost identical even with the same navigation controls as in my designs. Downloading is all the rage and the player is in the Guinness Book of Records as the fastest selling item of electrical equipment of all time and I don't make a penny from it, it's like a life sentence"

The solicitor, Andrew Needleman, moved offices after four years and dumped the prototypes, research results and drawings, nine years of Kane's work thrown in a bin, without even contacting him.

Kane has never made any money out of his amazing invention; instead he dedicates his life to helping other inventors avoid some of the mistakes he made himself.

This web site presents Kane's story as the inventor of the MP3 player and music downloading.

About Us | Site Map | Privacy Policy | Contact Us | ©2006 Kane Kramer