Apple Computer Inc. v. Burst.com, Inc.   Doc. 110 Att. 4
Case 3:06-cv-00019-MHP   Document 110-5   Filed 06/07/2007   Page 1 of 10
APPLE VS. BURST.COM   GREG MULLINS   FEBRUARY 23, 2007

Page 1

1           IN THE UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4

5

6   APPLE COMPUTER, INC.,

7      Plaintiff and Counterdefendant,

8      vs.                 Case No. 3:06-CV-00019 MHP

9   BURST.COM, INC.,

10      Defendant and Counterclaimant,
                                      /

11   AND RELATED COUNTERCLAIMS.

12

13              DEPOSITION OF GREG MULLINS

14                 PAGES 1 to 127

15            FRIDAY, FEBRUARY 23, 2007

16

17   REPORTED BY:   LOUISE MARIE SOUSOURES, CSR NO. 3575

18

19

20

21

22

23

24

25

Page 119

```
 1   only thing I can think of.
 2       Q.  So you don't know what the reference to
 3   variable rate in this sentence is referring to?
 4       A.  No.
 5       Q.  Okay.
 6           MR. CROSBY:  I think that's all I have
 7   today.  Pass the witness.
 8           MR. BROWN:  All right.  I have two or three
 9   questions briefly.
10                EXAMINATION BY MR. BROWN:
11       Q.  Mr. Mullins, do you remember you were asked
12   some questions earlier about the AIFF format?
13       A.  Yes.
14       Q.  Is AIFF a digital format?
15       A.  Yes.
16       Q.  So is audio digitized before it can be put
17   into the AIFF format?
18       A.  Yes.
19       Q.  Do you consider digitization to be
20   compression?
21       A.  I consider it to be a form of compression,
22   yes.
23       Q.  To your knowledge, is the video -- I'm
24   sorry.
25           To your knowledge, is the audio in AIFF
```

Page 120

```
 1   format compressed in any other way besides being
 2   digitized?
 3        A.   Not that I'm aware of.
 4             MR. BROWN:  That's all I have.
 5              FURTHER EXAMINATION BY MR. CROSBY:
 6        Q.   So just to follow up on that, is it your
 7   understanding that the AIFF process occurs at the
 8   time of digitization of audio?
 9        A.   No.  What I'm saying is that -- is it a
10   compressed format, and differentiation between
11   whether it's a compressed format or not to me is is
12   it smaller than the original asset.
13             By digitizing it, you're actually losing
14   some of the original information.
15             It's similar to YUV, you know, you're
16   dropping components of the video 4:2:2.
17        Q.   I guess -- so you said you considered
18   digitization to be a form of compression, correct?
19        A.   Yes.
20        Q.   So taking the analog source and converting
21   it to digital, in your mind, would be a form of
22   compression?
23        A.   Just like DV, yes.
24        Q.   So in what sense is taking -- in your mind,
25   is taking analog audio, which has no number of bits
```

1  associated with it, and converting it into a digital
2  format that does have some number of bits associated
3  with it?
4          In what sense do you view it as compression?
5      A.  There's some information being dropped on
6  the floor.
7      Q.  For example, if you were encoding it at a
8  high sampling rate and using a Lossless encoding
9  technique you would still view it as being
10 compression because the information in between the
11 sample points is information that's lost; is that
12 correct?
13     A.  You're losing information from the original
14 source, even if it's Lossy or Lossless.
15     Q.  So you understand the term compression to be
16 broader than simply reducing the number of bits to
17 represent something, correct?
18     A.  I consider compression to be if any of the
19 original information is lost, and the resultant is
20 smaller than the original, that is a form of
21 compression.
22     Q.  Well, in what sense is a digital
23 representation of an analog audio source smaller than
24 the original?
25     A.  It has less information.

Page 122

```
 1        Q.   Okay.  But you described it as there being
 2   two attributes to compression as you understood it.
 3             One is that information is lost and two is
 4   it's smaller than the original?
 5        A.   Then maybe I should retract the smaller than
 6   the original, just dropping information on the floor.
 7             So it's not a full representation of the
 8   original information.
 9        Q.   So is it your view, then, a Lossless
10   compression technique would not be compression?  Is
11   Lossless compression an oxymoron in your view?
12        A.   It is a compression algorithm.
13        Q.   But no information is lost?
14        A.   I think if you were to put -- if you had a
15   high end audio equipment and played the original in
16   what was on Lossless, you would notice a difference
17   in the quality.
18        Q.   But the information is not lost, is it?
19        A.   I don't really understand the specifics of
20   the Lossless compression you might be referring to,
21   but I do know there's a difference in the amount of
22   information between the original and the resultant is
23   different.
24        Q.   Well, isn't it true that if I take, say for
25   example, the Apple Lossless CODEC and I apply it to a
```

Page 123

1  digital audio stream and then I reverse the process,
2  that I'll have a bit-for-bit identical copy of the
3  original audio stream?
4       A.  I don't know that.
5       Q.  Okay.  So you don't know how Lossless
6  compression works?
7       A.  Not specifically.
8       Q.  And you don't know whether information is
9  lost or retained in the process?
10      A.  I can't say that I know for sure that it's
11 lost, but I mean it's not the original content.
12      Q.  But you don't know whether that
13 Losslessly-compressed file contains all the
14 information that was there in the original source?
15      A.  I don't know that.
16      Q.  And similarly -- and to the -- is it your
17 testimony that you believe that a digital -- a
18 digitally sampled representation of an analog audio
19 source is a compressed form of that original source;
20 is that correct?
21      A.  Well, I was specifically referring to AIFF
22 and now we've generalized it to be anything.
23      Q.  Well, I think that Mr. Brown's first
24 question to you is whether you viewed digitization as
25 being a form of compression; is that correct?

Page 124

1    A.   It can -- yes, it can be a form of
2    compression.
3    Q.   And your answer was that it can be a form of
4    compression?
5    A.   Yes, but it doesn't mean -- I don't want to
6    generalize and say anything in that fashion, but I do
7    think in that particular case it is.
8         And the same thing for digitizing video,
9    you're dropping components of the information because
10   it's considered irrelevant, you're not going to be
11   able to distinguish whether color information has
12   been dropped on the floor so why carry it around.
13   Q.   But to be clear, your testimony is that
14   converting analog source to digital format is always
15   compression no matter what digital format it is,
16   because information is lost, correct?
17   A.   Yes.
18   Q.   And it is in that sense alone that
19   conversion from analog to digital is compression,
20   correct?
21   A.   Yes.
22   Q.   Because the digital file is not smaller than
23   the analog source information, correct?
24        MR. BROWN:  Objection, vague.
25        THE WITNESS:  I don't know.

Page 125

```
 1   BY MR. CROSBY:
 2       Q.   I mean that's like saying, you know, red is
 3   bigger than round, right?
 4       A.   I don't know.
 5       Q.   Analog source information doesn't have a
 6   size, does it?
 7       A.   I guess not.
 8       Q.   Okay.  So to the extent you understand that
 9   process of digitization of analog source to be
10   compression, you understand it to be that way only in
11   the sense that information is removed, correct?
12       A.   Yes.
13       Q.   Okay.  You don't understand it to be that
14   way in the sense that any comparable measure of size
15   is reduced, correct?
16       A.   Yes.
17       Q.   Okay.
18            MR. CROSBY:  That's all.
19            MR. BROWN:  Okay.  I have no questions.
20            THE VIDEOGRAPHER:  This is the end of volume
21   1 tape number 2 in the deposition of Greg Mullins.
22   The original videotapes will be retained by Dan
23   Mottaz Video Productions, LLC, 182 Second Street,
24   Suite 202, San Francisco, California, 94105,
25   telephone is 415-624-1300.
```

Page 126

1        The time is now 12:06 and we are off the
2   record.
3
4        (Whereupon, at 12:06 p.m. the FEBRUARY 23,
5   2007 deposition of GREG MULLINS was adjourned.)
6
7
8
9
10                GREG MULLINS
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 127

```
 1            I, LOUISE MARIE SOUSOURES, duly authorized to
 2   administer oaths pursuant to Section 2093(b) of the
 3   California Code of Civil Procedure, do hereby
 4   certify: That the witness in the foregoing deposition
 5   was by me duly sworn to testify the truth in the
 6   within-entitled cause; that said deposition was taken
 7   at the time and place therein cited; that the
 8   testimony of the said witness was reported by me and
 9   was hereafter transcribed under my direction into
10   typewriting; that the foregoing is a complete and
11   accurate record of said testimony; and that the
12   witness was given an opportunity to read and correct
13   said deposition and to subscribe the same.
14            Should the signature of the witness not be
15   affixed to the deposition, the witness shall not have
16   availed himself or herself of the opportunity to sign
17   or the signature has been waived.
18            I further certify that I am not of counsel,
19   nor attorney for any of the parties in the foregoing
20   deposition and caption named, nor in any way
21   interested in the outcome of the cause named in said
22   caption.
23
24       DATED:      _____, 2007
25                   _____
```