UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE COMPUTER,                              No. C 06-00019 MHP

     Plaintiff(s),                          **CLERK'S NOTICE**
                                             **(Rescheduling Motion Hearing)**
  v.

BURST.COM,INC.,

     Defendant(s).                        /
_____

    The parties are notified that Plaintiff's Motion for Summary Judgment of Invalidity [doc. 92]

shall be heard **July 19, 2007 at 2:30 p.m.**  Please note that only the hearing date is being

rescheduled; the briefing schedule pursuant to the original hearing date remains in effect.

Richard W. Wieking
Clerk, U.S. District Court

Dated:  June 8, 2007                         Anthony Bowser, Deputy Clerk to the
                                             Honorable Marilyn Hall Patel
                                                 (415) 522-3140

*United States District Court*
*For the Northern District of California*