1    MATTHEW D. POWERS (Bar No. 104795)
     matthew.powers@weil.com
2    GARLAND T. STEPHENS (admitted N.D.C.A.,
     Texas Bar No. 24053910)
3    garland.stephens@weil.com
     NICHOLAS A. BROWN (Bar No. 198210)
4    nicholas.brown@weil.com
     WEIL, GOTSHAL & MANGES LLP
5    Silicon Valley Office
     201 Redwood Shores Parkway
6    Redwood Shores, CA  94065
     Telephone: (650) 802-3000
7    Facsimile: (650) 802-3100

8    Attorneys for Plaintiff
     APPLE COMPUTER, INC.
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12

13   APPLE COMPUTER, INC.,                    Case No. C 06-0019 MHP

14                 Plaintiff,                 **APPLE'S MISCELLANEOUS
                                              ADMINISTRATIVE REQUEST TO
15        v.                                  INCREASE THE PAGE LIMIT OF ITS
                                              REPLY BRIEF FOR ITS MOTION
16   BURST.COM, INC.,                         FOR SUMMARY JUDGMENT OF
                                              INVALIDITY**
17                 Defendant.
                                              Hon. Marilyn Hall Patel
18
                                              Complaint Filed:  January 4, 2006
19                                            Trial Date:  February 26, 2008

20

21

22

23

24

25

26

27

28

APPLE'S MISC. ADMIN. REQUEST TO INCREASE PAGE
LIMIT OF ITS REPLY BRIEF                                          Case No. C 06-0019 MHP

1    Pursuant to Northern District of California Local Rule 7-11 and 7-12, Apple

2  hereby moves to increase the page limit for its reply brief in support of its Motion for Summary

3  Judgment of Invalidity from 15 pages to 18 pages.  Northern District of California Civil Local

4  Rule 7-3(c) states that reply briefs or memoranda may not exceed fifteen pages of text.  Apple

5  requests this Court increase the page limit by three pages, from 15 pages to 18 pages.  Burst.com,

6  Inc. does not oppose this request.  A stipulation to that effect is attached hereto.  The increase in

7  the page limit is warranted because Burst does not oppose the request, because the requested

8  increase is small (3 pages), because the Court issued its claim construction order after Apple filed

9  its motion, and because the motion addresses two prior art references and 11 claims.

10  Dated:  June 20, 2007                                    WEIL, GOTSHAL & MANGES LLP

11                                                              By:  __/s/ Nicholas A. Brown_____

12                                                                   Nicholas A. Brown
                                                                   Attorney for Plaintiff Apple
13                                                                   Computer, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLE'S MISC. ADMIN. REQUEST TO INCREASE PAGE
LIMIT OF ITS REPLY BRIEF                                                    Case No. C 06-0019 MHP

1