1 MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
2 GARLAND T. STEPHENS (admitted N.D.C.A., Texas Bar No. 24053910)
3 garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
4 nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
5 Silicon Valley Office
201 Redwood Shores Parkway
6 Redwood Shores, CA  94065
Telephone: (650) 802-3000
7 Facsimile: (650) 802-3100

8 Attorneys for Plaintiff
APPLE COMPUTER, INC.
9

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| APPLE COMPUTER, INC., | Case No. C 06-0019 MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO INCREASE THE PAGE LIMIT OF APPLE'S REPLY BRIEF FOR ITS MOTION FOR SUMMARY JUDGMENT OF INVALIDITY** |
| v. | |
| BURST.COM, INC., | |
| Defendant. | Hon. Marilyn Hall Patel |
| | Complaint Filed: January 4, 2006<br>Trial Date: February 26, 2008 |

STIPULATION AND [PROPOSED] ORDER TO INCREASE
THE PAGE LIMIT FOR REPLY BRIEF FOR MOTION FOR          Case No. C 06-0019 MHP
SUMMARY JUDGMENT OF INVALIDITY

In accordance with Northern District of California Civil Local Rule 7-12, the undersigned hereby stipulate to increase the page limit of Apple's reply brief in support of its Motion For Summary Judgment of Invalidity from fifteen pages to eighteen pages.

Dated: June 20, 2007                              WEIL, GOTSHAL & MANGES LLP


                                                  By:   _/s/ Nicholas A. Brown_____
                                                        Nicholas A. Brown
                                                        Attorneys for Plaintiff Apple
                                                        Computer, Inc.

Dated: June 20, 2007                              PARKER C. FOLSE III
                                                  (WA Bar No. 24895 – Pro Hac Vice)
                                                  pfolse@susmangodfrey.com
                                                  SUSMAN GODFREY, LLP
                                                  1201 Third Avenue, Suite 3800
                                                  Seattle, Washington 98101-3000
                                                  Tel:  (206) 516-3880
                                                  Fax:  (206) 516-3883

                                                  MICHAEL F. HEIM
                                                  (TX Bar No. 9380923 – Pro Hac Vice)
                                                  LESLIE V. PAYNE
                                                  (TX Bar No. 0784736 – Pro Hac Vice)
                                                  600 Travis Street, Suite 6710
                                                  Houston, TX 77002
                                                  Tel:  (713) 221-2000
                                                  Fax:  (713) 221-2021


                                                  By:   __/s/ by permission_____
                                                        Leslie V. Payne
                                                        Attorneys for Defendant
                                                        Burst.com, Inc.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:
                                                  _____
                                                  Hon. Marilyn Hall Patel
                                                  U.S. District Court Judge