1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  GARLAND T. STEPHENS (admitted N.D.C.A.,
   Texas Bar No. 24053910)
3  garland.stephens@weil.com
   NICHOLAS A. BROWN (Bar No. 198210)
4  nicholas.brown@weil.com
   WEIL, GOTSHAL & MANGES LLP
5  Silicon Valley Office
   201 Redwood Shores Parkway
6  Redwood Shores, CA  94065
   Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  Attorneys for Plaintiff
   APPLE COMPUTER, INC.
9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13 | APPLE COMPUTER, INC.,        | Case No. C 06-0019 MHP
14 |          Plaintiff,          | **DECLARATION OF LEERON KALAY IN SUPPORT OF APPLE COMPUTER, INC.'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**
15 |     v.                       |
16 | BURST.COM, INC.,             |
17 |          Defendant.          | Date: July 19, 2007
                                    Time: 2:30 pm
18                                  Hon. Marilyn Hall Patel
19                                  Complaint Filed: January 4, 2006
                                    Trial Date: February 26, 2008
20

KALAY DECL. ISO APPLE'S MOTION FOR SUMMARY
JUDGMENT OF INVALIDITY                                    Case No. C 06-0019 MHP

I, Leeron Kalay, declare:

1. I am a member of the Bar of this Court and an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Apple Computer, Inc. in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of slide number 54 from Burst's Claim Construction Tutorial presentation, dated February 1, 2007.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the Claim Construction Tutorial, dated February 1, 2007.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from John Bellamy, Digital Telephony (John Wiley & Sons 1991) (1990).

5. Attached hereto as **Exhibit D** is a true and correct copy of an excerpt from N.S. Jayant & Peter Noll, Digital Coding of Waveforms: Principles and Applications to Speech and Video (Prentice-Hall 1984).

6. Attached hereto as **Exhibit E** is a true and correct copy of Ronne, "Transmission Facilities for General Purpose Wideband Services on Analog Carrier Systems, *IEEE Transactions on Communication Technology*," Vol. Com-14, No. 5, pp. 655-659 (October 1966).

7. Attached hereto as **Exhibit F** is a true and correct copy of U.S. Patent No. 4,974,178, issued to Izeki, et al., November 27, 1990.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of June 2007, at Redwood Shores, California.

*/s/ Leeron Kalay*
Leeron Kalay

KALAY DECL. ISO APPLE'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY                1                Case No. C 06-0019 MHP