Exh. A

# Audio Compression in the Burst Patents

- Category 2 is described.

- The specification mentions "conventional algorithms."

- One conventional algorithm is to compute differences between several samples using a fixed or changing equation and encode these differences.

  - DPCM coding.

  - Fibonacci delta compression.

  - In some instances, filtering techniques compute such differences.