Exh. B

```
                                            PAGES 1 - 125

                  UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA

        BEFORE THE HONORABLE MARILYN HALL PATEL, JUDGE

        APPLE COMPUTER,           )
                                  )
                PLAINTIFF,        )
                                  )
           VS.                    )   NO. C 06-0019 MHP
                                  )
        BURST.COM.                )
                                  )
                DEFENDANT.        )
        _____)

                                      SAN FRANCISCO, CALIFORNIA
                                      THURSDAY, FEBRUARY 1, 2007
```

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

FOR PLAINTIFF:              WEIL, GOTSHAL & MANGES
                            201 REDWOOD SHORES PARKWAY
                            REDWOOD SHORES, CA 94065
                      BY:   **MATTHEW D. POWERS**
                            **GARLAND T. STEPHENS**
                            **NICHOLAS A. BROWN**
                            ATTORNEYS AT LAW

FOR DEFENDANT:              SUSMAN GODFREY LLP
                            1201 THIRD AVENUE
                            SEATTLE, WASHINGTON 98101
                      BY:   **PARKER C. FOLSE III**
                            **IAN B. CROSBY**
                            **FLOYD G. SHORT**
                            ATTORNEYS AT LAW

            **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**


REPORTED BY:                JAMES YEOMANS, CSR #4039, RPR
                            OFFICIAL REPORTER

              COMPUTERIZED TRANSCRIPTION BY ECLIPSE

        JAMES YEOMANS - OFFICIAL REPORTER - (415)863-5179

```
 1   APPEARANCES:    (CONTINUED)

 2   FOR DEFENDANT:          HEIMPAYNE
                             CHORUSH
 3                           6710 CHASE TOWER
                             600 TRAVIS
 4                           HOUSTON, TEXAS  77002
                        BY:  MICHAEL F. HEIM
 5                           LESLIE V. PAYNE
                             ATTORNEYS AT LAW
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1   OR VIEW COMPRESSED VIDEO OR FOR THAT MATTER COMPRESSED IMAGES
2   WE HAVE TO DECOMPRESS IT FIRST, UNPACK THE BITS, THEN REARRANGE
3   THEM INTO A SONG OR VIDEO.
4           NOW, COMPRESSION IS SOMETIMES REFERRED TO AS ENCODING
5   OR CODING.  NOW, THESE ARE VERY GENERAL WORDS IN SIGNAL
6   PROCESSING AND THEY'RE USED TO DESCRIBE MANY DIFFERENT
7   FUNCTIONS.
8           IN THIS CASE YOU WILL SEE ME THROUGHOUT THE TUTORIAL
9   USING THEM, ENCODING AND CODING, I'M USING THEM AS SYNONYMS FOR
10  COMPRESSION.
11          SO HERE I'VE GIVEN THE WHOLE END-TO-END BLOCK DIAGRAM
12  FOR COMPRESSION OPERATION.  WE START OFF WITH OUR ORIGINAL
13  SOURCE FILES, SO THIS COULD BE OUR DIGITIZED AUDIO OR DIGITIZED
14  VIDEO AND IT'S INPUT TO A COMPRESSOR, THIS IS GOING TO REDUCE
15  THE NUMBER OF BITS OR THE FILE SIZE REQUIRED TO REPRESENT THE
16  SOURCE INFORMATION.
17          SO HERE IN THE MIDDLE WE CALL THIS THE COMPRESSED
18  FILE.  YOU CAN SEE I'VE SHOWN IT WITH FEWER BITS.  THIS
19  OPERATION IS REVERSED BY THE DECOMPRESSOR.
20          SO SOMETIMES, I THINK, PEOPLE CALL THIS AN INFLATER,
21  IN VERY COLLOQUIAL SPEECH IT UNPACKS THE COMPRESSED FILE AND
22  GIVES US BACK A VERSION, AND I'LL CLARIFY WHAT I MEAN BY THAT
23  IN A MOMENT, A VERSION OF AUDIO/VIDEO INFORMATION WHICH WE CAN
24  SEE OR HEAR.
25          NOW, ONE VERY IMPORTANT POINT I NEED TO MAKE ON THIS
```

```
 1   FROM POINT A TO POINT B, WE'RE LOOKING AT DIFFERENT LEVELS
 2   WHERE VARIOUS EVENTS OCCUR.
 3             IN 24 CASES GETTING THE FILES SMALLER IS GOING TO
 4   ALLOW THEM TO BE DOWNLOADED FASTER BECAUSE YOU JUST HAVE FEWER
 5   BITS, RIGHT, FEWER BITS ARE GOING TO TAKE LESS TIME TO GET FROM
 6   POINT A TO POINT B.
 7             THE COURT:  THANK YOU.
 8             DR. HEMAMI:  THESE ARE EXCELLENT QUESTIONS.
 9             THE COURT:  I THINK, I MAY GET A DIFFERENT RESPONSE
10   FROM APPLE.
11             AM I CORRECT, MR. POWERS?
12             MR. POWERS:  SLIGHTLY DIFFERENT, YES.
13             DR. HEMAMI:  OKAY.  SO WE SPENT A LOT OF TIME TALKING
14   ABOUT VIDEO, SO I HAVE ONE SLIDE ON AUDIO BECAUSE WE WANT TO
15   TOUCH ON THAT AS WELL.  IT'S JUST NOT NEARLY AS SEXY AS VIDEO
16   FOR ME.
17             SO THE AUDIO COMPRESSION IN THE BURST PATENTS CATEGORY
18   TWO COMPRESSION, THIS IS THE RELATIVE -- LET'S LOOK AT SEVERAL
19   SAMPLES AT THE TIME IS DESCRIBED.
20             AND THE SPECIFICATIONS SPECIFICALLY USES THE TERMS
21   CONVENTIONAL ALGORITHMS.  SO IF WE LOOK AT WHAT ARE
22   CONVENTIONAL ALGORITHMS THAT WERE USED IN '88 TIME FRAME, AND
23   FOR THAT MATTER NOW AS WELL, ONE CONVENTIONAL ALGORITHM IS WITH
24   THE AUDIO, WE TAKE MULTIPLE SAMPLES AT A TIME, WE COMPUTE
25   DIFFERENCES BETWEEN THIS GROUP OF SAMPLES, GROUPS OF SAMPLES
```

```
 1   USING FIXED OR CHANGING EQUATION, THEN WE ENCODE THESE
 2   DIFFERENCES, THEN IS OUR COMPRESSION OPERATION FOR AUDIO.
 3          DIFFERENTIAL PULSE CODE MODULATION WAS AND IS VERY
 4   COMMONLY USED FOR AUDIO CODING.  THE SPECIFICATIONS MENTIONS A
 5   FORM OF DCPN, WHICH IS FIBONACCI DELTA COMPRESSION.
 6          IN SOME INSTANCES WE CAN USE TECHNIQUES, FILTER
 7   TECHNIQUES.  THESE ARE MORE SOPHISTICATED WAYS TO COMPUTE
 8   DIFFERENCES BETWEEN ADJACENT SAMPLES THAT ALLOW US TO DO AN
 9   EVEN BETTER JOB OF COMPRESSING THE AUDIO.  AGAIN, BETTER JOB, I
10   MEAN SMALLER FILES.
11          NOW, WHAT I'D LIKE TO DO IS END UP MY COMPRESSION
12   SECTION JUST WITH HOW DO WE THINK ABOUT THESE COMPRESSED FILES
13   AND THE COMPRESSED REPRESENTATION.  SO WHAT I HAVE HERE IS OUR
14   BLOCK DIAGRAM OUR ENTIRE COMPRESSION DECOMPRESSION SYSTEM.
15          AND LET'S SUPPOSE, THAT WE START OFF WITH A CONVERTED
16   VIDEO, SAY THE BEATLES WITH LET IT BE, WHICH IS THREE MINUTES
17   LONG.  WERE I TO DIGITIZE THAT ENTIRE FILE IN TERMS OF THE
18   AUDIO AND THE VIDEO I WOULD END UP WITH 1.3 GIGABYTES OF DATA.
19   VERY, VERY LARGE AMOUNT OF DATA.
20          AND THE BYTE RATE -- THIS IS THE RAW DATA RATE THAT
21   THE BYTES WOULD BE COMING OUT OF ANALOG TO DIGITAL CONVERTERS
22   FOR THE AUDIO AND THE VIDEO IS 57.4 MEGABYTES PER SECOND.  I
23   GOT THIS NUMBER BY ADDING THE AUDIO BYTE RATE WE SAW EARLIER
24   AND THE VIDEO BYTE RATE WE SAW EARLIER, THIS IS NET PACKAGE
25   AUDIO AND VIDEO.
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED, HEREBY CERTIFY THAT THE FOREGOING PROCEEDINGS WERE REPORTED BY ME, A CERTIFIED SHORTHAND REPORTER, AND WERE THEREAFTER TRANSCRIBED UNDER MY DIRECTION INTO TYPEWRITING; THAT THE FOREGOING IS A FULL, COMPLETE AND TRUE RECORD OF SAID PROCEEDINGS.

I FURTHER CERTIFY THAT I AM NOT OF COUNSEL OR ATTORNEY FOR EITHER OR ANY OF THE PARTIES IN THE FOREGOING PROCEEDINGS AND CAPTION NAMED, OR IN ANY WAY INTERESTED IN THE OUTCOME OF THE CAUSE NAMED IN SAID CAPTION.

THE FEE CHARGED AND THE PAGE FORMAT FOR THE TRANSCRIPT CONFORM TO THE REGULATIONS OF THE JUDICIAL CONFERENCE.

FURTHERMORE, I CERTIFY THE INVOICE DOES NOT CONTAIN CHARGES FOR THE SALARIED COURT REPORTER'S CERTIFICATION PAGE.

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND THIS 5TH DAY OF FEBRUARY, 2007.

_____
JAMES YEOMANS, CSR, RPR