Exh. D

Dockets.Justia.com

# DIGITAL CODING OF WAVEFORMS
## Principles and Applications to Speech and Video

**N. S. JAYANT**

*Bell Laboratories, Inc.*
*Murray Hill, NJ*

**PETER NOLL**

*Technical University of Berlin*

PRENTICE-HALL, INC.  Englewood Cliffs, New Jersey  07632

**Library of Congress Cataloging in Publication Data**

Jayant, Nuggehally S., 1946-
  Digital coding of waveforms.

  Includes index.
  1. Signal processing—Digital techniques. 2. Coding
theory. I. Noll, P. (Peter), 1936-    II. Title.
TK5102.J39  1984    621.38'043    83-22170
ISBN 0-13-211913-7

Editorial/production supervision: *Shari Ingerman*
Cover design: *Edsal Enterprises*
Manufacturing buyer: *Tony Caruso*
Page layout: *Diane Koromhas*

© 1984 by Bell Telephone Laboratories, Incorporated

All rights reserved. No part of this book may be
reproduced, in any form or by any means,
without permission in writing from the publisher.

Printed in the United States of America

10  9  8  7  6  5  4  3  2  1

ISBN 0-13-211913-7 01

Prentice-Hall International, Inc., *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Prentice-Hall of Southeast Asia Pte. Ltd., *Singapore*
Whitehall Books Limited, *Wellington, New Zealand*

# 6

# Differential PCM

## 6.1 Introduction

In Chapter 2, we characterized speech and image signals as redundant waveforms. In this and in the two succeeding chapters, we describe *differential coding* or *predictive coding* systems where waveform redundancy is utilized in time-domain operations to realize straightforward reductions in bit rate, for a specified quality of digitization. *Differential PCM* (DPCM) coders, which are based on the notion of quantizing a prediction error signal, are important examples of predictive coding systems [Cutler, 1952] [Oliver, 1952] [Elias, 1955]. DPCM systems with one-bit quantizers constitute an important subclass, *deltamodulation* (Chapter 8).

The *linear predictors* mentioned in Section 2.5 constitute a central topic of discussion in the present chapter. The complexity of a DPCM system is directly related to that of the predictor algorithm. Predictors based on recent waveform history and time-invariant predictor coefficients (Section 6.4) lead to a class of coders which constitutes one example of the *low-to-medium-complexity* designs in Figures 1.5 and 1.6. These coders utilize *time-invariant* or *fixed* speech predictors and *intraframe* image predictors for high-quality digitizations at bit rates in the order of $R = 3$ or 4 bits/sample, in each case. DPCM systems of *high complexity* are characterized by the use of *adaptive predictors* matched to short-time input spectrum (Section 6.5), and/or the use of *distant-sample-memory* for utilizing waveform periodicities (Section 6.6). Examples of the latter are *pitch predictors* for speech and *interframe* predictors for video. These complex approaches are necessary for high-quality coding with $R = 2$ or 1 bits/sample.