1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  GARLAND T. STEPHENS (admitted N.D.C.A.,
   Texas Bar No. 24053910)
3  garland.stephens@weil.com
   NICHOLAS A. BROWN (Bar No. 198210)
4  nicholas.brown@weil.com
   WEIL, GOTSHAL & MANGES LLP
5  Silicon Valley Office
   201 Redwood Shores Parkway
6  Redwood Shores, CA  94065
   Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  Attorneys for Plaintiff
   APPLE COMPUTER, INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13 | APPLE COMPUTER, INC., | Case No. C 06-0019 MHP
14 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO INCREASE THE PAGE LIMIT OF APPLE'S REPLY BRIEF FOR ITS MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**
15 | v. |
16 | BURST.COM, INC., |
17 | Defendant. | Hon. Marilyn Hall Patel
18 |  | Complaint Filed: January 4, 2006
   |  | Trial Date: February 26, 2008

STIPULATION AND [PROPOSED] ORDER TO INCREASE
THE PAGE LIMIT FOR REPLY BRIEF FOR MOTION FOR        Case No. C 06-0019 MHP
SUMMARY JUDGMENT OF INVALIDITY

In accordance with Northern District of California Civil Local Rule 7-12, the undersigned hereby stipulate to increase the page limit of Apple's reply brief in support of its Motion For Summary Judgment of Invalidity from fifteen pages to eighteen pages.

Dated: June 20, 2007                    WEIL, GOTSHAL & MANGES LLP

By:  */s/ Nicholas A. Brown*
    Nicholas A. Brown
    Attorneys for Plaintiff Apple
    Computer, Inc.

Dated: June 20, 2007                    PARKER C. FOLSE III
(WA Bar No. 24895 – Pro Hac Vice)
pfolse@susmangodfrey.com
SUSMAN GODFREY, LLP
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Tel: (206) 516-3880
Fax: (206) 516-3883

MICHAEL F. HEIM
(TX Bar No. 9380923 – Pro Hac Vice)
LESLIE V. PAYNE
(TX Bar No. 0784736 – Pro Hac Vice)
600 Travis Street, Suite 6710
Houston, TX 77002
Tel: (713) 221-2000
Fax: (713) 221-2021

By:  /s/ by permission
    Leslie V. Payne
    Attorneys for Defendant
    Burst.com, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 21, 2007

IT IS SO ORDERED
Judge Marilyn H. Patel