MATTHEW D. POWERS (Bar No. 104795)
Email: matthew.powers@weil.com
GARLAND T. STEPHENS (Admitted NDCA, Texas Bar No. 24053910)
Email: garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
Email: Nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant. | Case No. C 06-0019 MHP <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF APPLE, INC.'S MOTION TO STRIKE THE DECLARATIONS OF DRS. HEMAMI AND GERSHO** <br><br> Date: TBD <br> Time: TBD <br> Hon. Marilyn Hall Patel <br><br> Complaint Filed: January 4, 2006 <br> Trial Date: February 26, 2008 |
|---|---|

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO STRIKE THE DECLARATIONS OF DRS. HEMAMI AND GERSHO

Case No. C 06-0019 MHP

SV1:\274728\01\5VZC01!.DOC\15096.0006

      Having reviewed the papers and arguments of counsel submitted in connection with plaintiff Apple Computer Inc.'s Motion to Strike The Declarations of Drs. Hemami and Gersho ("Apple's Motion"), the Court HEREBY ORDERS:

      Apple's Motion is GRANTED;

      The Declaration of Dr. Allen Gersho In Support of Burst's Opposition to Apple's Motion for Summary Judgment of Invalidity and the Declaration of Dr. Sheila Hemami In Support of Burst's Opposition to Apple's Motion for Summary Judgment of Invalidity are both stricken

Dated: _____

                                              Honorable Marilyn Hall Patel
                                 U.S. District Court Judge, Northern District