Apple Computer Inc. v. Burst.com, Inc.     Doc. 120

1 MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
2 GARLAND STEPHENS (admitted N.D.C.A.,
Texas Bar No. 24053910)
3 garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
4 nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
5 Silicon Valley Office
201 Redwood Shores Parkway
6 Redwood Shores, CA 94065
Telephone: (650) 802-3000
7 Facsimile: (650) 802-3100

8 Attorneys for Plaintiff
APPLE COMPUTER, INC.
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant. | Case No. C 06-0019 MHP <br><br> **DECLARATION OF NICHOLAS A. BROWN IN SUPPORT OF PLAINTIFF APPLE, INC.'S MOTION TO STRIKE THE DECLARATIONS OF DRS. HEMAMI AND GERSHO** <br><br> Date: TBD <br> Time: TBD <br> Hon. Marilyn Hall Patel <br><br> Complaint Filed: January 4, 2006 <br> Trial Date: February 26, 2008 |

BROWN DECLARATION IN SUPPORT OF APPLE'S
MOTION TO STRIKE          Case No. C 06-0019 MHP

Dockets.Justia.com

I, Nicholas A. Brown, declare:

1. I am a member of the Bar of this Court and an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Apple Computer, Inc. ("Apple") in the above-captioned matter. I submit the declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email from Nick Brown to Floyd Short and Leslie Payne, dated June 8, 2007.

3. Attached hereto as **Exhibit B** is a true and correct copy of an email from Ian B. Crosby to Nick Brown, dated June 11, 2007.

4. Attached hereto as **Exhibit C** is a true and correct copy of an email from Ian B. Crosby to Nick Brown, dated June 16, 2007.

5. Attached hereto as **Exhibit D** is a true and correct copy of *Sims v. Metropolitan Life Ins. Co.*, 2006 WL 3826716, *2 (N.D. Cal. Dec. 27, 2006).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of July 2007 at Redwood Shores, California.

WEIL, GOTSHAL & MANGES LLP

By:   /s/
      Nicholas A. Brown

BROWN DECLARATION IN SUPPORT OF APPLE'S MOTION TO STRIKE         1         Case No. C 06-0019 MHP