# Exhibit A

| | | |
|---|---|---|
| **Nicholas Brown/SV/WGM/US** | To | fshort@susmangodfrey.com, lpayne@hpcllp.com |
| 06-08-07 12:58 PM | cc | |
| | bcc | |
| | Subject | Depositions re Burst's SJ Declarations |

Floyd, Les -

As you know, Burst's opposition to Apple's motion for summary judgment relies on declarations from two experts, Dr. Gersho and Dr. Hemami. We would like take a half day deposition of each of those experts prior to filing our reply brief, which is due on June 21. Please let me know if Burst will agree to present Dr. Gersho and/or Dr. Hemami for deposition next week (i.e by Friday, June 15).

If Dr. Gersho and Dr. Hemami are not available for deposition next week, we would like you to agree to a brief extension so that we can depose each of them prior to filing our reply brief

Please let me know Burst's position on this issue.

Sincerely,

Nick Brown

< END >