# Exhibit B



| | | |
|---|---|---|
| "Ian B. Crosby" <icrosby@SusmanGodfrey.com> | To | <nicholas.brown@weil.com> |
| 06-11-07 10:41 AM | cc | |
| | bcc | |
| | Subject | Burst: Request for Expert Depositions |

| History: | ⬇ This message has been replied to and forwarded. |
|---|---|

Nick, neither of our experts are available for deposition on such short
notice, and you will need to move in any event if you would  like to take them
prior to expert reports as we will oppose presenting either of them more than
once in this case.  Not trying to be difficult, but we view the timing of your
motion and the decision not to submit your own supporting expert declarations
as Apple's strategic choices, and don't agree to alter the ordinary sequence
of discovery to accommodate.

Regards,

--Ian Crosby