1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  GARLAND T. STEPHENS (admitted N.D.C.A.,
   Texas Bar No. 24053910)
3  garland.stephens@weil.com
   NICHOLAS A. BROWN (Bar No. 198210)
4  nicholas.brown@weil.com
   WEIL, GOTSHAL & MANGES LLP
5  Silicon Valley Office
   201 Redwood Shores Parkway
6  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  Attorneys for Plaintiff
   APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| APPLE COMPUTER, INC. | ) | CASE NO. C06-00019 MHP |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR DEFENDANT'S RESPONSE AND HEARING ON PLAINTIFF'S MOTION TO STRIKE THE DECLARATIONS OF DRS. HEMAMI AND GERSHO** |
| v. | ) | |
| BURST.COM, INC., | ) | |
| Defendant. | ) | |
| | ) | Hon. Marilyn Hall Patel |
| | ) | Complaint Filed: January 4, 2006 |
| | ) | Trial Date: February 26, 2008 |

STIPULATION TO SHORTEN TIME                                   CASE NO. C 06-0019 MHP

Pursuant to the provisions of Local Rule 6-1, Plaintiff Apple Computer, Inc. ("Apple") and Defendant Burst.com, Inc. ("Burst"), hereby stipulate and request the Court to shorten Burst's time to respond to Plaintiff Apple, Inc.'s Motion to Strike the Declarations of Drs. Hemami and Gersho to July 16, to eliminate the filing of any reply by Apple, and to shorten the time for hearing on the motion to strike to July 19. Absent the requested order shortening time, Burst's response would be due July 17, Apple's reply would be due July 24, and the motion to strike would be noted for hearing on August 7. Apple requests, and Burst stipulates to the request, that the Court schedule the matter to be heard on July 19 in conjunction with the previously scheduled hearing on Apple's Motion for Summary Judgment of Invalidity. Shortened time is requested because Apple's motion to strike is related to Apple's pending motion for summary judgment, which is set for hearing before this Court on July, 19, 2007.

The initial Proposed Case Management Order in this case was jointly submitted by the parties on September 11, 2006. After the Court issued is Claim Construction Order, the parties jointly submitted a Revised Proposed Scheduling Order on June 8, 2007. Granting this motion will not affect any other deadlines in this case.

SO STIPULATED.

Dated: July 5, 2007

WEIL, GOTSHAL & MANGES LLP

By:   */s/ Nicholas A. Brown*
     Nicholas A. Brown
     Attorneys for Plaintiff Apple
     Computer, Inc.

Dated: July 5, 2007

PARKER C. FOLSE III
(WA Bar No. 24895 – Pro Hac Vice)
pfolse@susmangodfrey.com
SUSMAN GODFREY, LLP
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Tel: (206) 516-3880
Fax: (206) 516-3883

1
2  MICHAEL F. HEIM
   (TX Bar No. 9380923 – Pro Hac Vice)
3  LESLIE V. PAYNE
   (TX Bar No. 0784736 – Pro Hac Vice)
4  600 Travis Street, Suite 6710
   Houston, TX 77002
5  Tel: (713) 221-2000
   Fax: (713) 221-2021
6
7
   By:    /s/ by permission
8         Floyd G. Short
          Attorneys for Defendant
9         Burst.com, Inc.
10
11
12
13 PURSUANT TO STIPULATION, IT IS SO ORDERED.
14
   Dated:
15                                          _____
                                            Hon. Marilyn Hall Patel
16                                          U.S. District Court Judge
17
18
19
20
21
22
23
24
25
26
27
28