RECEIVED
07 JUL -3 PM 4:...
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California

APPLE COMPUTER, INC.,

Plaintiff(s),

v.

BURST.COM, INC.,

Defendant(s).
_____/

CASE NO. C06-00019 MHP

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Daniel J. Walker, an active member in good standing of the bar of USDC for the Western District of Washington whose business address and telephone number (particular court to which applicant is admitted) is

700 Stewart Street
Seattle, WA 98101
(206) 370-8400

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Burst.com, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: July 9, 2007

_____
United States District Judge