1 MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
2 GARLAND T. STEPHENS (admitted N.D.C.A.,
Texas Bar No. 24053910)
3 garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
4 nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
5 Silicon Valley Office
201 Redwood Shores Parkway
6 Redwood Shores, CA 94065
Telephone: (650) 802-3000
7 Facsimile: (650) 802-3100

8 Attorneys for Plaintiff
APPLE COMPUTER, INC.
9

10                                   UNITED STATES DISTRICT COURT

11                                   NORTHERN DISTRICT OF CALIFORNIA

12

13 APPLE COMPUTER, INC.,                  Case No. C 06-0019 MHP

14             Plaintiff,                         [PROPOSED] ORDER GRANTING
APPLE'S SECOND MOTION FOR
15      v.                                          SUMMARY JUDGMENT OF
INVALIDITY
16 BURST.COM, INC.,
                                             Date: September 10, 2007
17             Defendant.                      Time: 2:00 p.m.
Hon. Marilyn Hall Patel
18
Complaint Filed: January 4, 2006
19                                              Trial Date: February 26, 2008

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING SECOND MTN.                          Case No. C 06-0019 MHP
FOR SJ OF INVALIDITY                                                  SV1:\275143\01\5w@v01!.DOC\15096.0006

1    Before the Court is Apple Computer, Inc.'s Second Motion for Summary
2 Judgment of Invalidity. The Court having considered the papers submitted in connection with the
3 motion and the parties' arguments and, after that careful consideration:
4    IT IS HEREBY ORDERED that Apple's Second Motion For Summary Judgment
5 of Invalidity is GRANTED.
6 Dated:

_____
The Honorable Marilyn Hall Patel
U.S. District Court Judge