| | |
|---|---|
| 1 | MATTHEW D. POWERS (Bar No. 104795) |
| | matthew.powers@weil.com |
| 2 | GARLAND T. STEPHENS (admitted N.D.C.A., |
| | Texas Bar No. 24053910) |
| 3 | garland.stephens@weil.com |
| | NICHOLAS A. BROWN (Bar No. 198210) |
| 4 | nicholas.brown@weil.com |
| | WEIL, GOTSHAL & MANGES LLP |
| 5 | Silicon Valley Office |
| | 201 Redwood Shores Parkway |
| 6 | Redwood Shores, CA  94065 |
| | Telephone: (650) 802-3000 |
| 7 | Facsimile: (650) 802-3100 |
| 8 | Attorneys for Plaintiff |
| | APPLE COMPUTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., | Case No. C 06-0019 MHP |
| Plaintiff, | **DECLARATION OF LEERON G. KALAY IN SUPPORT OF APPLE COMPUTER, INC.'S SECOND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY** |
| v. | |
| BURST.COM, INC., | |
| Defendant. | Date: September 10, 2007<br>Time: 2:00 p.m.<br>Honorable Marilyn Hall Patel |
| | Complaint Filed: January 4, 2006<br>Trial Date: February 26, 2008 |

KALAY DECL. ISO APPLE'S SECOND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY

Case No. C 06-0019 MHP

1         I, Leeron Kalay, declare:

2     1.     I am a member of the Bar of this Court and an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Apple Computer, Inc. in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2.     Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcripts of the deposition of Richard Lang, taken January 8 and 9, 2007.

3.     Attached hereto as **Exhibit B** is a true and correct copy of U.S. Patent No. 4,506,387, issued to Walter on March 19, 1985.

4.     Attached hereto as **Exhibit C** is a true and correct copy of U.S. Patent No. 4,499,568, issued to Gremillet on February 12, 1985.

5.     Attached hereto as **Exhibit D** is a true and correct copy of U.S. Patent No. 4,541,012, issued to Tescher on September 10, 1985.

6.     Attached hereto as **Exhibit E** is a true and correct copy of U.S. Patent No. 4,667,088, issued to Kramer et al. on May 19, 1987.

7.     Attached hereto as **Exhibit F** is a true and correct copy of U.S. Patent No. 4,790,003, issued to Kepley et al. on December 6, 1988.

8.     Attached hereto as **Exhibit G** is a true and correct copy of Compusonics Corporation's Form 10-K, filed June 15, 1987.

9.     Attached hereto as **Exhibit H** is a true and correct copy of a Compusonics DSP-2002 system product brochure, copyright 1985.

10.     Attached hereto as **Exhibit I** is a true and correct copy of The Cambridge Companion to Proust (Richard Bales ed., Cambridge University Press 2001).

11.     Attached hereto as **Exhibit J** is a true and correct copy of Warren, "Peripheral Storage: Who's Got What," *ESD: The Electronic System Design Magazine*, 18(11): 54-63 (Nov. 1988).

12.     Attached hereto as **Exhibit K** is a true and correct copy of excerpts from

1  the prosecution history of U.S. Patent No. 5,057,932, bearing production numbers APBU236-241.

2      13.    Attached hereto as **Exhibit L** is a true and correct copy of U.S. Patent No. 5,057,932.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of July, 2007, at Redwood Shores, California.

                        */s/ Leeron Kalay*
                           Leeron Kalay