Exh. A

1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  GARLAND T. STEPHENS (admitted N.D.C.A.,
   Texas Bar No. 24053910)
3  garland.stephens@weil.com
   NICHOLAS A. BROWN (Bar No. 198210)
4  nicholas.brown@weil.com
   WEIL, GOTSHAL & MANGES LLP
5  Silicon Valley Office
   201 Redwood Shores Parkway
6  Redwood Shores, CA  94065
   Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  Attorneys for Plaintiff
   APPLE COMPUTER, INC.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  APPLE COMPUTER, INC.,              | Case No. C 06-0019 MHP

14             Plaintiff,              | **MANUAL FILING NOTIFICATION**

15        v.                           | EXHIBIT A TO THE DECLARATION
                                        | OF LEERON KALAY IN SUPPORT OF
16  BURST.COM, INC.,                   | APPLE COMPUTER INC.'S SECOND
                                        | MOTION FOR SUMMARY JUDGMENT
17             Defendant.              | OF INVALIDITY

18                                     | Date:  September 10, 2007
                                        | Time:  2:00 p.m.
19                                     | Hon. Marilyn Hall Patel

20                                     | Complaint Filed: January 4, 2006
                                        | Trial Date: February 26, 2008
21
                                        | **FILED UNDER SEAL**
22

23      **THIS ENVELOPE CONTAINS MATERIALS SUBJECT TO A STIPULATED
      PROTECTIVE ORDER ENTERED IN THIS ACTION.  IT IS NOT TO BE OPENED
24    NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE PUBLIC,
                     EXCEPT BY ORDER OF THE COURT.**
25

26

27

28

## MANUAL FILING NOTIFICATION

<u>Regarding:</u>

EXHIBIT A to the Declaration of Leeron Kalay in Support of Apple Computer, Inc.'s Second Motion for Summary Judgment of Invalidity [Excerpts from the transcripts of the deposition of Richard Lang, taken January 8 and 9, 2007].

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer file (audio, video, etc.) on CD or other media

_XX_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

___ Other (description): _____

Dated:  July 13, 2007                    WEIL, GOTSHAL & MANGES LLP

                                         By: _____/s/_____
                                              Leeron G. Kalay
                                              Attorneys for Plaintiff
                                              Apple Computer, Inc.