1   MATTHEW D. POWERS (Bar No. 104795)
    matthew.powers@weil.com
2   GARLAND STEPHENS (admitted N.D.C.A.,
    Texas Bar No. 24053910)
3   garland.stephens@weil.com
    NICHOLAS A. BROWN (Bar No. 198210)
4   nicholas.brown@weil.com
    WEIL, GOTSHAL & MANGES LLP
5   Silicon Valley Office
    201 Redwood Shores Parkway
6   Redwood Shores, CA  94065
    Telephone: (650) 802-3000
7   Facsimile: (650) 802-3100

8   Attorneys for Plaintiff
    APPLE COMPUTER, INC.

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13  APPLE COMPUTER, INC.,                Case No. C 06-0019 MHP

14              Plaintiff,               MISCELLANEOUS ADMINISTRATIVE
                                         REQUEST PURSUANT TO CIVIL
15       v.                              LOCAL RULES 7-10 AND 79-5 TO
                                         SEAL DOCUMENTS
16  BURST.COM, INC.,

17              Defendant.               Hon. Marilyn Hall Patel

18                                       Complaint Filed:  January 4, 2006
                                         Trial Date:  February 26, 2008
19

20

21

22

23

24

25

26

27

28

MISCELLANEOUS ADMINISTRATIVE REQUEST
PURSUANT TO CIVIL LOCAL RULES 7-10 & 79-5 TO                     Case No. C 06-0019 MHP
SEAL DOCUMENTS                                           SV1:\275272\01\5w#g01!.DOC\15096.0006

Dockets.Justia.com

1    Apple Computer, Inc. ("Apple") hereby requests, pursuant to Civil Local Rules 7-

2  10 and 79-5, an Order sealing Exhibit A To The Declaration Of Leeron G. Kalay In Support

3  Apple's Second Motion For Summary Judgment of Invalidity lodged with the Court on July 13,

4  2007.  Specifically, **Exhibit A** is a true and correct copy of excerpts from the deposition of

5  Richard Lang in *Apple, Inc. v. Burst. com, Inc.* Civil No. C 06-0019 MHP taken on January 8,

6  2007.

7    The forgoing exhibit is lodged with the Declaration Of Leeron G. Kalay In

8  Support of Apple's Second Motion For Summary Judgment of Invalidity.  Pursuant to a

9  stipulated protective order filed with this Court on September 15, 2006, parties may designate

10  documents as Confidential Counsel's Eyes Only.  *See* Declaration of Nicholas V. Martini In

11  Support Of Plaintiff's Miscellaneous Administrative Request Pursuant to Civil Local Rules 7-10

12  and 79-5 to Seal Documents ("Martini Decl. In Support of Apple's Miscellaneous Administrative

13  Request"), Exhibit 1.  The Protective Order requires that, when so designated, such materials are

14  to be filed with the Court under seal.  *Id*. at ¶ 14.  **Exhibit A** has been designated as Confidential

15  Outside Attorneys' Eyes Only by Burst.com, Inc.  *See* Martini Decl. In Support of Apple's

16  Miscellaneous Administrative Request.

17    Accordingly, this narrowly tailored request to seal is only for material for which

18  good cause to seal has been established.  A Proposed Order has been filed and served herewith.

19  Dated:  July 13, 2007                WEIL, GOTSHAL & MANGES LLP

20

21                        By:  _____*/s/ Nicholas V. Martini*_____
                              Nicholas V. Martini
22                            Attorneys for Plaintiff
                              Apple Computer, Inc.

23

24

25

26

27

28

MISCELLANEOUS ADMINISTRATIVE REQUEST
PURSUANT TO CIVIL LOCAL RULES 7-10 & 79-5 TO                    Case No. C 06-0019 MHP
SEAL DOCUMENTS                    2            SV1:\275272\01\5w#g01!.DOC\15096.0006