1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  GARLAND STEPHENS (admitted N.D.C.A.,
   Texas Bar No. 24053910)
3  garland.stephens@weil.com
   NICHOLAS A. BROWN (Bar No. 198210)
4  nicholas.brown@weil.com
   WEIL, GOTSHAL & MANGES LLP
5  Silicon Valley Office
   201 Redwood Shores Parkway
6  Redwood Shores, CA  94065
   Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  Attorneys for Plaintiff
   APPLE COMPUTER, INC.
9

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  APPLE COMPUTER, INC.,                 Case No. C 06-0019 MHP

14                Plaintiff,              DECLARATION OF NICHOLAS V.
                                          MARTINI IN SUPPORT OF
15       v.                               MISCELLANEOUS ADMINISTRATIVE
                                          REQUEST PURSUANT TO CIVIL
16  BURST.COM, INC.,                      LOCAL RULES 7-10 AND 79-5 TO
                                          SEAL DOCUMENTS
17                Defendant.
                                          Hon. Marilyn Hall Patel
18
                                          Complaint Filed:  January 4, 2006
19                                        Trial Date:  February 26, 2008

20

21

22

23

24

25

26

27

28

DECLARATION OF NICHOLAS V. MARTINI ISO
MISCELLANEOUS ADMINISTRATIVE REQUEST                 Case No. C 06-0019 MHP
PURSUANT TO CIVIL LOCAL RULES 7-10 & 79-5 TO         SV1:\275273\01\5w#h01!.DOC\15096.0006

I, Nicholas V. Martini, declare:

1. I am a member of the Bar of this Court and an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Apple Computer, Inc. in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. The stipulated protective order filed with the Court on September 15, 2006, states in part that parties may designate documents as Confidential Counsel's Eyes Only. The protective order requires that, when so designated, such materials are to be filed with the Court under seal. *Id.* at ¶ 14.

3. Exhibit A, lodged with the Declaration Of Leeron G. Kalay In Support of Apple's Claim Construction Brief has been designated as Confidential Outside Attorneys' Eyes Only by Burst.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of July, 2007 at Redwood Shores, California.

WEIL, GOTSHAL & MANGES LLP

By:   */s/ Nicholas V. Martini*
           Nicholas V. Martini

DECLARATION OF NICHOLAS V. MARTINI ISO
MISCELLANEOUS ADMINISTRATIVE REQUEST
PURSUANT TO CIVIL LOCAL RULES 7-10 & 79-5 TO

2

Case No. C 06-0019 MHP
SV1:\275273\01\5w#h01!.DOC\15096.0006