1    MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
2    GARLAND STEPHENS (admitted N.D.C.A.,
Texas Bar No. 24053910)
3    garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
4    nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
5    Silicon Valley Office
201 Redwood Shores Parkway
6    Redwood Shores, CA 94065
Telephone: (650) 802-3000
7    Facsimile: (650) 802-3100

8    Attorneys for Plaintiff
APPLE COMPUTER, INC.

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

| 13 | APPLE COMPUTER, INC., | Case No. C 06-0019 MHP |
|---|---|---|
| 14 | Plaintiff, | [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5 TO SEAL DOCUMENTS |
| 15 | v. | |
| 16 | BURST.COM, INC., | |
| 17 | Defendant. | |
| 18 | | Hon. Marilyn Hall Patel |
| 19 | | Complaint Filed: January 4, 2006<br>Trial Date: February 26, 2008 |

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
MISCELLANEOUS ADMINISTRATIVE                       Case No. C 06-0019 MHP
REQUEST                                                  SV1:\275274\01\5w#$01!.DOC\15096.0006

1   As set forth in plaintiff Apple Computer, Inc.'s Miscellaneous Administrative Request Pursuant to Civil Local Rules 7-10 and 79-5 to Seal Documents (hereinafter "Apple's Miscellaneous Administrative Request"), Apple Computer, Inc. lodged with the Court the following document in connection with Plaintiff Apple Computer, Inc.'s Second Motion For Summary Judgment of Invalidity:

Exhibit A to the Declaration of Leeron G. Kalay in Support of Apple's Second Motion For Summary Judgment of Invalidity.

Having considered Apple Computer, Inc.'s Miscellaneous Administrative Request, and good cause appearing,

IT IS HEREBY ORDERED that Exhibit A to the Declaration of Leeron G. Kalay in Support of Apple's Second Motion For Summary Judgment of Invalidity is to be filed under seal.

Dated:

_____
The Honorable Marilyn Hall Patel
United States District Court

[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST                    2                    Case No. C 06-0019 MHP