1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  GARLAND STEPHENS (admitted N.D.C.A.,
   Texas Bar No. 24053910)
3  garland.stephens@weil.com
   NICHOLAS A. BROWN (Bar No. 198210)
4  nicholas.brown@weil.com
   WEIL, GOTSHAL & MANGES LLP
5  Silicon Valley Office
   201 Redwood Shores Parkway
6  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  Attorneys for Plaintiff
   APPLE COMPUTER, INC.
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13 | APPLE COMPUTER, INC.,           | Case No. C 06-0019 MHP
14 |         Plaintiff,              | PROOF OF SERVICE
15 |     v.                          |
                                     | Hon. Marilyn Hall Patel
16 | BURST.COM, INC.,                |
                                     | Complaint Filed: January 4, 2006
17 |         Defendant.              | Trial Date: February 26, 2008

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE RE MISCELLANEOUS                                    CASE NO. C 06-0019 MHP
ADMINISTRATIVE REQUEST                                               SV1:\275276\01\5W#K01!.DOC\15096.0006
SV1:\275276\01\5W#K01!.DOC\15096.0006

Dockets.Justia.com

# DECLARATION OF SERVICE

I am a citizen of the United States, more than 18 years old, and not a party to this action. My place of employment and business address is 201 Redwood Shores Parkway, Redwood Shores, California, 94065-1175. On July 13, 2007, I caused a copy of Exhibit A to the Declaration of Leeron G. Kalay In Support Of Plaintiff Apple Computer, Inc.'s Second Motion For Summary Judgment of Invalidity for which the Manual Filing Notification, was filed pursuant to Plaintiff's Miscellaneous Administrative Request Pursuant to Civil Local Rules 7-10 and 79-5 to Seal Documents as follows:

[ ]  **BY MAIL**  I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. The above document was placed in a sealed envelope with first-class postage thereon fully prepaid, and placed for collection and mailing on that date following ordinary business practices.

[ ]  **BY FACSIMILE**  I am readily familiar with the business practice at my place of business for collection and processing of documents for transmission by facsimile. In the ordinary course of business, documents are collected and transmitted by facsimile using a facsimile machine that produces a record showing whether the facsimile transmission was completed successfully. On the above-referenced date, I delivered the above document(s) to the persons responsible for transmitting documents by facsimile following ordinary business practice for transmission to the person(s) at the address and facsimile number identified below. I have attached to the original papers being filed with the Court a copy of the transmission report confirming that transmission to the person(s) identified below was successful.

[ XX ]  **BY OVERNIGHT COURIER SERVICE**  I am readily familiar with the business practice at my place of business for collection and processing of correspondence for deposit with an overnight delivery service. Correspondence placed for collection and processing is either delivered to a courier or driver authorized by said overnight delivery service to receive documents or deposited by an employee or agent of this firm in a box or other facility regularly maintained by said overnight delivery service that same day in the ordinary course of business. On the above-referenced date, I sealed the above document(s) in an envelope or package designated by the courier service and addressed to the person(s) identified below, with payment of next day delivery fees provided for, and delivered the envelope/package to the office personnel responsible for delivering documents to overnight courier services following ordinary business practice.

Robert J. Yorio (Bar No. 93178)
Colby B. Springer (Bar No. 214868)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
650.812.3400 Telephone
650.812.3444 Facsimile
email: ryorio@carrferrell.com
email: cspringer@carrferrell.com

PARKER C. FOLSE III
(WA Bar No. 24895 – *Pro Hac Vice Pending*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice Pending*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice Pending*)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880 Tel
(206) 516-3883 Fax

| | |
|---|---|
| SPENCER HOSIE<br>(CA Bar No. 101777)<br>shosie@hosielaw.com<br>BRUCE WECKER<br>(CA Bar No. 078530)<br>bwecker@hosielaw.com<br>HOSIE McARTHUR LLP<br>One Market, 22nd Floor<br>San Francisco, CA 94105<br>(415) 247-6000 Tel.<br>(415) 247-6001 Fax | MICHAEL F. HEIM (TX Bar No. 9380923-<br>*Pro Hac Vice Pending*)<br>mheim@hpcllp.com<br>LESLIE V. PAYNE (TX Bar No. 0784736-<br>*Pro Hac Vice Pending*)<br>HEIM, PAYNE & CHORUSH, L.L.P.<br>600 Travis Street, Suite 6710<br>Houston, TX 77002<br>(713) 221-2000 Tel.<br>(713) 221.2021 Fax |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 13, 2007 at Redwood Shores, California.

*/s/ Edna Ang*
Edna Ang

PROOF OF SERVICE RE MISCELLANEOUS
ADMINISTRATIVE REQUEST                     3                     CASE NO. C 06-0019 MHP
SV1:\275276\01\5W#K01!.DOC\15096.0006