1  MATHEW D. POWERS (CA Bar No. 104795)
   matthew.powers@weil.com
2  NICHOLAS A. BROWN (CA Bar No. 198210)
   nicholas.brown@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
4  201 Redwood Shores Parkway
   Redwood Shores, CA 94065
5  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100

6  *Attorneys for Plaintiff and Counterdefendant*
   *APPLE COMPUTER, INC.*
7

8  PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*)
   pfolse@susmangodfrey.com
9  IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*)
   icrosby@susmangodfrey.com
10 FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*)
   fshort@susmangodfrey.com
11 SUSMAN GODFREY, L.L.P.
   1201 Third Avenue, Suite 3800
12 Seattle, WA 98101-3000
   Telephone: (206) 516-3880
13 Facsimile: (206) 516-3883

14 ROBERT J. YORIO (CA Bar No. 93178)
   yorio@carrferrell.com
15 COLBY B. SPRINGER (CA Bar No. 214868)
   cspringer@carrferrell.com
16 CHRISTOPHER P. GREWE (CA Bar No. 245938)
   CARR & FERRELL LLP
17 2200 Geng Road
   Palo Alto, CA 94303
18 Telephone: (650) 812-3400
   Facsimile: (650) 812-3444

19 *Attorneys for Defendant/Counterclaimant*
   *BURST.COM, INC.*

20                UNITED STATES DISTRICT COURT

21               NORTHERN DISTRICT OF CALIFORNIA

22

| | |
|---|---|
| 23 APPLE COMPUTER, INC., | CASE NO. C06-00019 MHP |
| 24     Plaintiff/Counterdefendant, | BURST.COM, INC.'S AND APPLE COMPUTER, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING INTO THE FEDERAL COURTHOUSE CERTAIN EQUIPMENT AND MATERIALS FOR PURPOSES OF HEARING ON SUMMARY JUDGMENT MOTION |
| 25     v. | |
| 26 BURST.COM, INC., | |
|     Defendant/Counterclaimant. | |

27

28 BURST.COM'S AND APPLE COMPUTER, INC.'S MISC.
   ADMIN REQ TO BRING INTO THE FEDERAL                      Case No. C06-00019 MHHP
   COURTHOUSE CERTAIN EQUIPMENT FOR SJ HEARING

Plaintiff Apple Computer, Inc. and defendant Burst.com, Inc. hereby request permission on July 19, 2007, to bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, and set up in the courtroom of the Honorable Marilyn Hall Patel certain electronic equipment and other materials for use at a Summary Judgment hearing set for July 19, 2007. The equipment and materials will include laptop and desktop computers, power strips, extension cords, projector, projection screen and an ELMO. The parties also request permission to bring laptop computers and related equipment into the courthouse on July 19, 2007, for use at the Summary Judgment hearing, respectively.

Dated: July 13, 2007          WEIL, GOTSHAL & MANGES LLP

                              By: _____/s/_____
                                   Leeron G. Kalay

                              Attorneys for Plaintiff and Counterdefendant
                              APPLE COMPUTER, INC.

Dated: July 13, 2007          CARR & FERRELL LLP

                              By: ___/s/ Christopher P. Grewe____
                                   Christopher P. Grewe

                              Attorneys for Defendant and Counterclaimant
                              BURST.COM, INC.

BURST.COM'S AND APPLE COMPUTER, INC.'S MISC.  
ADMIN REQ TO BRING INTO THE FEDERAL  
COURTHOUSE CERTAIN EQUIPMENT FOR SJ HEARING

Case No. C 06-00019 MHP

2