1  MATHEW D. POWERS (CA Bar No. 104795)
   matthew.powers@weilcom
2  NICHOLAS A. BROWN (CA Bar No. 198210)
   nicholas.brown@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
4  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
5  Telephone:  (650) 802-3000
   Facsimile:  (650) 802-3100

6  *Attorneys for Plaintiff and Counterdefendant*
   *APPLE COMPUTER, INC.*
7
   PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*)
8  pfolse@susmangodfrey.com
   IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*)
9  icrosby@susmangodfrey.com
   FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*)
10 fshort@susmangodfrey.com
   SUSMAN GODFREY, L.L.P.
11 1201 Third Avenue, Suite 3800
   Seattle, WA 98101-3000
12 Telephone:  (206) 516-3880
   Facsimile:  (206) 516-3883
13
   ROBERT J. YORIO (CA Bar No. 93178)
14 yorio@carrferrell.com
   COLBY B. SPRINGER (CA Bar No. 214868)
15 cspringer@carrferrell.com
   CHRISTOPHER P. GREWE (CA Bar No. 245938)
16 CARR & FERRELL LLP
   2200 Geng Road
17 Palo Alto, CA  94303
   Telephone:  (650) 812-3400
   Facsimile:  (650) 812-3444
18
   *Attorneys for Defendant/Counterclaimant*
19 *BURST.COM, INC.*

20            UNITED STATES DISTRICT COURT

21          NORTHERN DISTRICT OF CALIFORNIA

22 APPLE COMPUTER, INC.,              | CASE NO. C 06-00019 MHP

23            Plaintiff/Counterdefendant,  | [PROPOSED] ORDER GRANTING
                                           | BURST.COM, INC.'S AND APPLE
24     v.                                  | COMPUTER, INC.'S MISCELLANEOUS
                                           | ADMINISTRATIVE REQUEST TO BRING
25 BURST.COM, INC.,                        | INTO THE FEDERAL COURTHOUSE
                                           | CERTAIN EQUIPMENT AND MATERIALS
26            Defendant/Counterclaimant.   | FOR PURPOSES OF HEARING ON
                                           | SUMMARY JUDGMENT MOTION
27

28  [PROPOSED] ORDER GRANTING BURST.COM'S AND
    APPLE COMPUTER, INC.'S MISC. ADMIN REQ TO BRING
    CERTAIN EQUIPMENT AND MATERIALS                              No. C06-00019 MHP

IT IS HEREBY ORDERED:

At 9:00 a.m. or anytime thereafter on July 19, 2007, plaintiff Apple Computer, Inc. and

defendant Burst.com, Inc., by and through its counsel of record, may bring into the Federal

Courthouse located at 450 Golden Gate Avenue, San Francisco, California, and set up in the

courtroom of the Honorable Marilyn Hall Patel certain electronic equipment and other materials

for use at a Summary Judgment Motion hearing set for July 19, 2007 at 2:30 p.m..

The equipment and materials to be brought into the courthouse will include:

(a)    ELMO document camera

(b)    Video  Projector

(c)    Da-Lite deluxe 12' screen

(d)    Miscellaneous cable carts, carts and power cords

(e)    Laptop computers

Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and

to take such steps as reasonably necessary to facilitate the foregoing activity.

IT IS SO ORDERED.


Dated: _____                         _____

                                                  HONORABLE MARILYN HALL PATEL
                                                  United States District Court Judge


[PROPOSED] ORDER GRANTING BURST.COM'S AND
APPLE COMPUTER, INC.'S MISC. ADMIN REQ TO BRING
CERTAIN EQUIPMENT AND MATERIALS                    2                     No. C06-00019 MHP