1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                       NORTHERN DISTRICT OF CALIFORNIA

7

8    APPLE COMPUTER,                             No. C 06-00019 MHP

9              Plaintiff(s),                     **CLERK'S NOTICE**
                                                 **(Rescheduling Hearing)**
10      v.

11   BURST.COM,INC.,

12             Defendant(s).
     _____/

13

14          Due to the unavailability of court, the parties are notified that the hearing of the motion(s) in

15   this matter currently on calendar for July 19, 2007, is hereby RESCHEDULED to **July 25, 2007, at**

16   **2:00 p.m.**  Please note that only the hearing date is being rescheduled; the briefing schedule

17   pursuant to the orginal hearing date remains in effect.

18

19                                              Richard W. Wieking
                                                Clerk, U.S. District Court
20

21

22   Dated:  July 16, 2007                      _____
                                                Anthony Bowser, Deputy Clerk to the
23                                              Honorable Marilyn Hall Patel
                                                     (415) 522-3140
24

25

26

27

28

**United States District Court**
**For the Northern District of California**