PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*)
fshort@susmangodfrey.com
DANIEL J. WALKER (WA Bar No. 38876 - *Pro Hac Vice*)
dwalker@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington  98101-3000
(206) 516-3880 Tel
(206) 516-3883 Fax

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*(additional attorneys listed on signature page)*

Attorneys for Defendant/Counterclaimant
BURST.COM, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE COMPUTER, INC.,<br><br>       Plaintiff/Counterdefendant,<br><br>v.<br><br>BURST.COM, INC.,<br><br>       Defendant/Counterclaimant. | § CASE NO. C06-00019 MHP<br>§<br>§ DECLARATION OF DANIEL J. WALKER<br>§ IN SUPPORT OF BURST.COM INC.'S<br>§ OPPOSITION TO APPLE COMPUTER,<br>§ INC.'S MOTION TO STRIKE THE<br>§ DECLARATIONS OF DRS. HEMAMI<br>§ AND GERSHO<br><br>TRIAL DATE: FEBRUARY 26, 2008 |

1

Dockets.Justia.com

**DECLARATION OF DANIEL J. WALKER IN SUPPORT OF DEFENDANT BURST.COM, INC.'S OPPOSITION TO PLAINTIFF APPLE COMPUTER, INC.'S MOTION TO STRIKE THE DECLARATIONS OF DRS. HEMAMI AND GERSHO**

I, Daniel J. Walker, declare as follows:

1.     I am an associate in the Seattle office of Susman Godfrey L.L.P.  I represent defendant Burst.com, Inc. ("Burst") in the above captioned matter.  I make this declaration based upon personal knowledge and, if called upon to do so, could testify competently to the facts set forth herein.

2.     Attached hereto as Exhibit 1 is a true and correct copy of  an email dated June 8, 2007, from Apple attorney Nicholas Brown to Burst attorneys Floyd Short and Les Payne.

3.     Attached hereto as Exhibit 2 is a true and correct copy of a chain of email correspondence, dating from June 11, 2007 to June 16, 2007, between Apple attorney Nicholas Brown and Burst attorney Ian Crosby.

4.     Attached hereto as Exhibit 3 is a true and correct copy of a letter dated July 12, 2007, from Burst attorney Daniel Walker to Apple attorney Nicholas Brown, enclosing Dr. Allen Gersho's professional consulting services history.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 16th day of July, 2007.

Respectfully submitted,

PARKER C. FOLSE III (WA Bar No. 24895- *Pro Hac Vice*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461-
*Pro Hac Vice*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632- *Pro Hac Vice*)

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

fshort@susmangodfrey.com
DANIEL J. WALKER (WA Bar No. 38876 -
*Pro Hac Vice*)
dwalker@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington  98101-3000
(206) 516-3880 Tel
(206) 516-3883 Fax

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

MICHAEL F. HEIM (TX Bar No. 9380923-
*Pro Hac Vice Pending*)
LESLIE V. PAYNE (TX Bar No. 0784736-
*Pro Hac Vice Pending*)
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, TX  77002
(713) 221-2000 Tel.
(713) 221.2021 Fax

ROBERT J. YORIO (CA Bar No. 93178)
V. RANDALL GARD (CA Bar No.  151677)
COLBY B. SPRINGER (CA Bar No. 214868)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
(650) 812-3400 Tel.
(650) 812-3444

ATTORNEYS FOR DEFENDANT/
COUNTERCLAIMAINT
BURST.COM, INC.

3

DECLARATION OF DANIEL J. WALKER
Case No. C06-00019 MHP

1

## CERTIFICATE OF SERVICE

2

3          I hereby certify that on the date written above, that I electronically filed the foregoing

4   document with the Clerk of the Court using the CM/ECF system.  The Court or the CM/ECF

5   system will send notification of such filings to all CM/ECF participants.  I further certify that a

6   true and correct copy of this document was sent via U.S. first-class mail, postage pre-pad to all

7   non-CM/ECF participants.

8

9

10                                        Jami Grounds

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4