| | |
|---|---|
| 1 | MATHEW D. POWERS (CA Bar No. 104795) |
|   | matthew.powers@weilcom |
| 2 | NICHOLAS A. BROWN (CA Bar No. 198210) |
|   | nicholas.brown@weil.com |
| 3 | WEIL, GOTSHAL & MANGES LLP |
|   | Silicon Valley Office |
| 4 | 201 Redwood Shores Parkway |
|   | Redwood Shores, CA  94065 |
| 5 | Telephone:  (650) 802-3000 |
|   | Facsimile:  (650) 802-3100 |
| 6 | |
|   | *Attorneys for Plaintiff and Counterdefendant* |
| 7 | *APPLE COMPUTER, INC.* |
|   | |
| 8 | PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*) |
|   | pfolse@susmangodfrey.com |
| 9 | IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*) |
|   | icrosby@susmangodfrey.com |
| 10 | FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*) |
|    | fshort@susmangodfrey.com |
| 11 | SUSMAN GODFREY, L.L.P. |
|    | 1201 Third Avenue, Suite 3800 |
| 12 | Seattle, WA 98101-3000 |
|    | Telephone:  (206) 516-3880 |
|    | Facsimile:  (206) 516-3883 |
| 13 | |
|    | ROBERT J. YORIO (CA Bar No. 93178) |
| 14 | yorio@carrferrell.com |
|    | COLBY B. SPRINGER (CA Bar No. 214868) |
| 15 | cspringer@carrferrell.com |
|    | CHRISTOPHER P. GREWE (CA Bar No. 245938) |
|    | CARR & FERRELL LLP |
| 16 | 2200 Geng Road |
|    | Palo Alto, CA  94303 |
| 17 | Telephone:  (650) 812-3400 |
|    | Facsimile:  (650) 812-3444 |
| 18 | |
|    | *Attorneys for Defendant/Counterclaimant* |
| 19 | *BURST.COM, INC.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 22 | APPLE COMPUTER, INC., | CASE NO. C 06-00019 MHP |
| 23 |         Plaintiff/Counterdefendant, | [PROPOSED] ORDER GRANTING BURST.COM, INC.'S AND APPLE COMPUTER, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING INTO THE FEDERAL COURTHOUSE CERTAIN EQUIPMENT AND MATERIALS FOR PURPOSES OF HEARING ON SUMMARY JUDGMENT MOTION |
| 24 |    v. | |
| 25 | BURST.COM, INC., | |
| 26 |         Defendant/Counterclaimant. | |

[PROPOSED] ORDER GRANTING BURST.COM'S AND APPLE COMPUTER, INC.'S MISC. ADMIN REQ TO BRING CERTAIN EQUIPMENT AND MATERIALS

No. C06-00019 MHP

IT IS HEREBY ORDERED:

At 9:00 a.m. or anytime thereafter on July ~~19~~ 25, 2007, plaintiff Apple Computer, Inc. and defendant Burst.com, Inc., by and through its counsel of record, may bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, and set up in the courtroom of the Honorable Marilyn Hall Patel certain electronic equipment and other materials for use at a Summary Judgment Motion hearing set for July ~~19~~ 25, 2007 at ~~2:30~~ 2:00 p.m..

The equipment and materials to be brought into the courthouse will include:

(a)  ELMO document camera

(b)  Video Projector

(c)  Da-Lite deluxe 12' screen

(d)  Miscellaneous cable carts, carts and power cords

(e)  Laptop computers

Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and to take such steps as reasonably necessary to facilitate the foregoing activity.

IT IS SO ORDERED.

Dated: July 17, 2007



HONORABLE MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

[PROPOSED] ORDER GRANTING BURST.COM'S AND
APPLE COMPUTER, INC.'S MISC. ADMIN REQ TO BRING
CERTAIN EQUIPMENT AND MATERIALS

2

No. C06-00019 MHP