MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Plaintiff*
APPLE COMPUTER, INC.

PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

LESLIE V. PAYNE (TX Bar No. 0784736 – *Pro Hac Vice*)
lpayne@hpcllp.com
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, TX 77002
Telephone: (713) 221-2000
Facsimile: (713) 221.2021

*Attorneys for Defendant*
BURST.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant. | Case No. C 06-00019 MHP <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON APPLE'S FIRST AND SECOND MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY** <br><br> Date: September 12, 2007 <br> Time: 2:00 p.m. <br> Hon. Marilyn Hall Patel <br> Complaint Filed: January 4, 2006 |

STIPULATION AND [PROPOSED] ORDER CONTINUING
HEARING ON APPLE'S FIRST AND SECOND MOTIONS
FOR SUMMARY JUDGMENT OF INVALIDITY            Case No. C 06-00019 MHP

Pursuant to Civil Local Rule 6-2, Plaintiff Apple Computer, Inc. ("Apple") and Defendant Burst.com, Inc. ("Burst") hereby jointly request that the Court continue the hearing date for Apple's First and Second Motions for Summary Judgment of Invalidity, by approximately one week from September 12, 2007, to September 18, 2007. Apple's lead counsel, Matthew Powers, is set for trial before Judge Walker in the Northern District of California from September 10 to September 21. The trial is scheduled to skip Tuesdays. Accordingly, Apple and Burst hereby jointly request and stipulate that the Court continue the hearing date until Tuesday, September 18, 2007, or any day after September 21 that is convenient for the Court.

Dated: August 9, 2007                WEIL, GOTSHAL & MANGES LLP

By: /s/
Nicholas A. Brown
Attorneys for Plaintiff and Counterdefendant
APPLE COMPUTER, INC.

Dated: August 9, 2007                HEIM, PAYNE & CHORUSH, L.L.P.

By: by permission
Leslie V. Payne
Attorneys for Defendant and Counterclaimant
BURST.COM, INC.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Court hereby orders that the hearing date for Apple's First and Second Motions for Summary Judgment of Invalidity in this matter scheduled for September 12, 2007 at 2:00 p.m. is reset to Sept 18, 2007 at 2:00 p.m.

Dated: 8/10/2007

U.S. District Court Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON APPLE'S FIRST AND SECOND MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY        1        Case No. C06-00019 MHP