1  PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*)
   pfolse@susmangodfrey.com
2  IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*)
   icrosby@susmangodfrey.com
3  FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*)
   fshort@susmangodfrey.com
4  SUSMAN GODFREY, L.L.P.
   1201 Third Avenue, Suite 3800
5  Seattle, Washington 98101-3000
   (206) 516-3880 Tel.
6  (206) 516-3883 Fax

7  SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
8  BRUCE WECKER (CA Bar No. 078530)
   bwecker@hosielaw.com
9  HOSIE McARTHUR LLP
   One Market, 22nd Floor
10 San Francisco, CA 94105
   (415) 247-6000 Tel.
11 (415) 247-6001 Fax

12 *(additional attorneys listed on signature page)*

13 Attorneys for Defendant/Counterclaimant
   BURST.COM, INC.

14                   UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE COMPUTER, INC.,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>BURST.COM, INC.,<br><br>Defendant/Counterclaimant. | CASE NO. C06-00019 MHP<br><br>JOINT STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO EXCEED PAGE LIMITATIONS GOVERNING BURST'S OPPOSITION TO APPLE'S SECOND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND EXTEND DEADLINE FOR APPLE'S REPLY<br><br>DATE:   September 18, 2007<br>TIME:   2:00 p.m.<br>CRTRM:  15, 18th Floor<br>JUDGE:  Honorable Marilyn Hall Patel |

{00253108v1}                              -1-
JOINT STIPULATION & [PROPOSED] ORDER GRANTING ADMIN REQ TO EXCEED
PAGE LIMITATIONS RE: OPP TO APPLE'S SECOND FOR MSJ OF INVALIDITY        (Case No. C06-00019 MHP)

-2-

1  The Court, having considered the Stipulation for Administrative Relief permitting Burst to
2  file a Memorandum in Opposition to Plaintiff's Second Motion for Summary Judgment in excess of
3  applicable page limitations and extend Apple's Reply deadline, orders the following:

4  In accordance with Northern District of California Civil Local Rules 7-4 and 7-12, the
5  undersigned hereby stipulate to increase the page limit of Burst.com, Inc.'s Brief in Opposition to
6  Apple Computer, Inc.'s Second Motion for Summary Judgment of Invalidity from 25 pages of text
7  to 40 pages.

8  In accordance with Northern District of California Civil Local Rule 6-2 and 7-12, Apple and
9  Burst further hereby stipulate to extend the deadline of Apple's Brief in Reply to Burst's Opposition
10 to Apple's Second Motion for Summary Judgment of Invalidity ("the reply brief") from September
11 4, 2007 to September 6, 2007.  The reason for this short extension is that currently the reply brief
12 will be due immediately after the Labor Day holiday.  Previous extensions in this case have been for
13 Burst's response to Apple's complaint and Apple's response to Burst's counterclaims, for the date
14 of the case management conference, and for the date of the summary judgment hearing.  The Court
15 also modified the scheduling order at the request of the parties.  Extending the deadline for the reply
16 brief will not have any effect on the remaining deadlines in this case.

17
18 Dated:  August 24, 2007     By: _____/s/_____
                                 PARKER C. FOLSE III (WA Bar No. 24895-
19                               Admitted Pro Hac Vice)
                                 pfolse@susmangodfrey.com
20                               SUSMAN GODFREY, L.L.P.
                                 1201 Third Avenue, Suite 3800
21                               Seattle, Washington  98101-3000
                                 (206) 516-3880 Tel.
22
23                               SPENCER HOSIE (CA Bar No. 101777)
                                 shosie@hosielaw.com
24                               BRUCE WECKER (CA Bar No. 078530)
                                 bwecker@hosielaw.com
25                               HOSIE McARTHUR LLP
                                 One Market, 22nd Floor
26                               San Francisco, CA 94105
27                               (415) 247-6000 Tel.
28

MICHAEL F. HEIM (TX Bar No. 9380923-
Admitted Pro Hac Vice)
mheim@hpcllp.com
LESLIE V. PAYNE (TX Bar No. 0784736-
Admitted Pro Hac Vice)
lpayne@hpcllp.com
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, TX  77002
(713) 221-2000 Tel.

ROBERT J. YORIO (CA Bar No. 93178)
ryorio@carrferrell.com
V. RANDALL GARD (CA Bar No.  151677)
rgard@carrferrell.com
COLBY B. SPRINGER (CA Bar No. 214868)
cspringer@carrferrell.com
CHRISTOPHER P. GREWE (CA Bar No. 245938)
cgrewe@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
(650) 812-3400 Tel.

Attorneys for Defendant
BURST.COM, INC.


Dated:  August 24, 2007          WEIL, GOTSHAL & MANGES LLP


                                 By:        /s/
                                        Nicholas A. Brown

                                 Attorneys for Plaintiff APPLE COMPUTER, INC.

{00253108v1}

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August __, 2007

_____
Honorable Marilyn Hall Patel
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28