MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
GARLAND T. STEPHENS (admitted N.D.C.A., Texas Bar No. 24053910)
garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant. | Case No. 06-CV-00019 MHP <br><br> **DECLARATION OF NICHOLAS A. BROWN IN SUPPORT OF STIPULATION EXTENDING DEADLINES** <br><br> Complaint filed: January 4, 2006 <br> Trial Date: February 26, 2008 <br><br> Hon. Marilyn Hall Patel |

I, Nicholas A. Brown, declare:

1. I am a member of the State Bar of California and a member of the law firm of Weil, Gotshal & Manges LLP, counsel of record for Apple Computer, Inc. in this case. I have personal knowledge of the facts stated in this Declaration, and if called upon, could and would testify competently thereto.

2. In accordance with Northern District of California Civil Local Rule 6-2 and 7-12, the parties in the above-captioned matter stipulate to extend the deadline of Apple's Brief in Reply to Burst's Opposition to Apple's Second Motion for Summary Judgment of Invalidity ("the reply brief") from September 4, 2007 to September 6, 2007.

3. The reason for this short extension is that currently the reply brief will be due immediately after the Labor Day holiday.

4. The following are all previous time modifications in this case, whether by stipulation or Court order:

- D.I. 8, 9 – extending the time for Burst to respond to Apple's complaint from January 26, 2006 to February 17, 2006.
- D.I. 11, 12 – extending the time for Burst to respond to Apple's complaint from February 17, 2006 to March 20, 2006.
- D.I. 13 – extending the time for Burst to respond to Apple's complaint from March 20, 2006 to April 19, 2006
- D.I. 14, 16 – extending case management hearing from April 3, 2006 to May 8, 2006.
- D.I. 49, 51 – extending the time for Apple to respond to Burst's counterclaims from May 11, 2006 to May 18, 2006.
- D.I. 112, 118 – revising scheduling order.
- D.I. 139, 140 – extending the hearing for the motions for summary judgment from September 12, 2007 to September 18, 2007.

5. Extending the deadline for the reply brief will not have any effect on the remaining schedule for the case.

BROWN DECL. ISO STIP. EXTENDING DEADLINES          1

Case No. 06-CV-00019 MHP

1  Executed on August 24, 2007, at Redwood Shores, California.

2  I declare under penalty of perjury under the laws of the United States of America
3  that the foregoing is true and correct.

```
                                        _____/s/_____
                                        Nicholas A. Brown
```