1  PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*)
   pfolse@susmangodfrey.com
2  IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*)
   icrosby@susmangodfrey.com
3  FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*)
   fshort@susmangodfrey.com
4  SUSMAN GODFREY, L.L.P.
   1201 Third Avenue, Suite 3800
5  Seattle, Washington 98101-3000
   (206) 516-3880 Tel.
6  (206) 516-3883 Fax

7  SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
8  BRUCE WECKER (CA Bar No. 078530)
   bwecker@hosielaw.com
9  HOSIE McARTHUR LLP
   One Market, 22nd Floor
10 San Francisco, CA 94105
   (415) 247-6000 Tel.
11 (415) 247-6001 Fax

12 *(additional attorneys listed on signature page)*

13 Attorneys for Defendant/Counterclaimant
   BURST.COM, INC.

14                     UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16                            SAN FRANCISCO DIVISION

17 APPLE COMPUTER, INC.,                  CASE NO. C06-00019 MHP

18                                        JOINT STIPULATION AND [PROPOSED]
              Plaintiff/Counterdefendant, ORDER GRANTING ADMINISTRATIVE
19                                        REQUEST TO EXCEED PAGE LIMITATIONS
       v.                                 GOVERNING BURST'S OPPOSITION TO
20                                        APPLE'S SECOND MOTION FOR SUMMARY
   BURST.COM, INC.,                       JUDGMENT OF INVALIDITY AND EXTEND
21                                        DEADLINE FOR APPLE'S REPLY

22            Defendant/Counterclaimant.  DATE:   September 18, 2007
                                          TIME:   2:00 p.m.
23                                        CRTRM:  15, 18th Floor
                                          JUDGE:  Honorable Marilyn Hall Patel
24

25

26

27

28

{00253108v1}                          -1-
JOINT STIPULATION & [PROPOSED] ORDER GRANTING ADMIN REQ TO EXCEED
PAGE LIMITATIONS RE: OPP TO APPLE'S SECOND FOR MSJ OF INVALIDITY                    (Case No. C06-00019 MHP)

Dockets.Justia.com

1     The Court, having considered the Stipulation for Administrative Relief permitting Burst to file a Memorandum in Opposition to Plaintiff's Second Motion for Summary Judgment in excess of applicable page limitations and extend Apple's Reply deadline, orders the following:

    In accordance with Northern District of California Civil Local Rules 7-4 and 7-12, the undersigned hereby stipulate to increase the page limit of Burst.com, Inc.'s Brief in Opposition to Apple Computer, Inc.'s Second Motion for Summary Judgment of Invalidity from 25 pages of text to 40 pages.

    In accordance with Northern District of California Civil Local Rule 6-2 and 7-12, Apple and Burst further hereby stipulate to extend the deadline of Apple's Brief in Reply to Burst's Opposition to Apple's Second Motion for Summary Judgment of Invalidity ("the reply brief") from September 4, 2007 to September 6, 2007.  The reason for this short extension is that currently the reply brief will be due immediately after the Labor Day holiday.  Previous extensions in this case have been for Burst's response to Apple's complaint and Apple's response to Burst's counterclaims, for the date of the case management conference, and for the date of the summary judgment hearing.  The Court also modified the scheduling order at the request of the parties.  Extending the deadline for the reply brief will not have any effect on the remaining deadlines in this case.

Dated:  August 24, 2007    By:     /s/

    PARKER C. FOLSE III (WA Bar No. 24895-Admitted Pro Hac Vice)
    pfolse@susmangodfrey.com
    SUSMAN GODFREY, L.L.P.
    1201 Third Avenue, Suite 3800
    Seattle, Washington  98101-3000
    (206) 516-3880 Tel.

    SPENCER HOSIE (CA Bar No. 101777)
    shosie@hosielaw.com
    BRUCE WECKER (CA Bar No. 078530)
    bwecker@hosielaw.com
    HOSIE McARTHUR LLP
    One Market, 22nd Floor
    San Francisco, CA 94105
    (415) 247-6000 Tel.

{00253108v1}    -2-
JOINT STIPULATION & [PROPOSED] ORDER GRANTING ADMIN REQ TO EXCEED
PAGE LIMITATIONS RE: OPP TO APPLE'S SECOND FOR MSJ OF INVALIDITY    (Case No. C06-00019 MHP)

```
                    MICHAEL F. HEIM (TX Bar No. 9380923-
                    Admitted Pro Hac Vice)
                    mheim@hpcllp.com
                    LESLIE V. PAYNE (TX Bar No. 0784736-
                    Admitted Pro Hac Vice)
                    lpayne@hpcllp.com
                    HEIM, PAYNE & CHORUSH, L.L.P.
                    600 Travis Street, Suite 6710
                    Houston, TX  77002
                    (713) 221-2000 Tel.

                    ROBERT J. YORIO (CA Bar No. 93178)
                    ryorio@carrferrell.com
                    V. RANDALL GARD (CA Bar No.  151677)
                    rgard@carrferrell.com
                    COLBY B. SPRINGER (CA Bar No. 214868)
                    cspringer@carrferrell.com
                    CHRISTOPHER P. GREWE (CA Bar No. 245938)
                    cgrewe@carrferrell.com
                    CARR & FERRELL LLP
                    2200 Geng Road
                    Palo Alto, CA  94303
                    (650) 812-3400 Tel.

                    Attorneys for Defendant
                    BURST.COM, INC.


Dated:  August 24, 2007        WEIL, GOTSHAL & MANGES LLP


                               By:         /s/
                                      Nicholas A. Brown

                               Attorneys for Plaintiff APPLE COMPUTER, INC.
```

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED. insofar as extension of time is agreed to; Insofar as the page increase, it is DENIED.  The parties shall stay within prescribed page limits.

Dated:  August 28 2007

Honorable Marilyn Hall Patel
United States District Judge



{00253108v1}                              -4-

JOINT STIPULATION & [PROPOSED] ORDER GRANTING ADMIN REQ TO EXCEED
PAGE LIMITATIONS RE: OPP TO APPLE'S SECOND FOR MSJ OF INVALIDITY                    (Case No. C06-00019 MHP)