1  PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*)
   pfolse@susmangodfrey.com
2  IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*)
   icrosby@susmangodfrey.com
3  FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*)
   fshort@susmangodfrey.com
4  SUSMAN GODFREY, L.L.P.
   1201 Third Avenue, Suite 3800
5  Seattle, Washington 98101-3000
6  (206) 516-3880 Tel
   (206) 516-3883 Fax
7
8  SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
9  BRUCE WECKER (CA Bar No. 078530)
   bwecker@hosielaw.com
10 HOSIE McARTHUR LLP
   One Market, 22nd Floor
11 San Francisco, CA 94105
   (415) 247-6000 Tel
12 (415) 247-6001 Fax

13 *(additional attorneys listed on signature page)*

14 Attorneys for Defendant/Counterclaimant
15 BURST.COM, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| APPLE COMPUTER, INC., | Case No. 3:06-CV-00019 MHP |
| Plaintiff/Counterdefendant, | **MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5 TO SEAL DOCUMENTS** |
| v. | |
| BURST.COM, INC., | Hon. Marilyn Hall Patel |
| Defendant/Counterclaimant | Complaint Filed: January 4, 2006<br>Trial Date: February 26, 2008 |

MISCELLANEOUS ADMINISTRATIVE REQUEST                                CASE NO. C06-00019 MHP
TO SEAL DOCUMENTS

Dockets.Justia.com

Burst.com, Inc. ("Burst") hereby requests, pursuant to Civil Local Rules 7-10 and 79-5, an Order sealing Documents and Exhibits in Support of Defendant Burst.com, Inc.' Opposition to Plaintiff Apple Computer, Inc.'s Second Motion for Summary Judgment of Invalidity lodged with the Court on August 28, 2007, specifically:

- Portions of pages 10 and 11 of Defendant Burst.com, Inc.'s Opposition to Plaintiff Apple Computer, Inc.'s Second Motion for Summary Judgment on Invalidity
- Exhibit 11 to Declaration of Richard Lang in Opposition to Second Motion for Summary Judgment of Invalidity
- Exhibits 2, 6, 7, 15-19, 21 to the Declaration of Daniel J. Walker in Support of Burst.com, Inc.'s Opposition to Apple Computer, Inc.'s Second Motion for Summary Judgment
- Exhibit 1 to Declaration of Dr. Justin Douglas Tygar in Opposition to Apple's Second Motion for Summary Judgment of Invalidity
- Exhibit 3 to the Declaration of Dr. Sheila Hemami in Opposition to Apple's Second Motion for Summary Judgment of Invalidity
- Appendix B to the Declaration Bruce McFarlane in Opposition to Plaintiff Apple Computer, Inc.'s Second Motion for Summary Judgment of Invalidity

Each of the foregoing documents and exhibits is lodged with the Court. Pursuant to a stipulated protective order filed with this Court on September 15, 2006, parties may designate documents as Confidential Counsel's Eyes Only. *See* Declaration of Bruce Wecker in Support of Miscellaneous Administrative Request Pursuant to Civil Local Rules 7-10 and 79-5 to Seal Documents, Exhibit A. The Protective Order requires that, when so designated, such materials are to be filed with the Court under seal. *Id.* at ¶ 14. Each of these exhibits have been designated as Confidential Attorneys' Eyes Only by Apple Computer, Inc. or Burst.com, Inc.

Accordingly, this narrowly tailored request to seal is only for material for which good cause to seal has been established. A Proposed Order has been filed and served herewith.

MISCELLANEOUS ADMINISTRATIVE REQUEST　　　1　　　CASE NO. C06-00019 MHP
TO SEAL DOCUMENTS

Dated: August 28, 2007

Respectfully submitted:

  /s/ Bruce Wecker
PARKER C. FOLSE III (WA Bar No. 24895 - *Pro Hac Vice*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 - *Pro Hac Vice*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 - *Pro Hac Vice)*
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington  98101-3000
(206) 516-3880 Tel.
(206) 516-3883 Fax

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

MICHAEL F. HEIM (TX Bar No. 9380923 - *Pro Hac Vice*)
mheim@hpcllp.com
LESLIE V. PAYNE (TX Bar No. 0784736 - *Pro Hac Vice*)
lpayne@hpcllp.com
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, TX  77002
(713) 221-2000 Tel.
(713) 221.2021 Fax

ROBERT J. YORIO (CA Bar No. 93178)
ryorio@carrferrell.com
V. RANDALL GARD (CA Bar No.  151677)
randygard@carrferrell.com
COLBY B. SPRINGER (CA Bar No. 214868)
cspringer@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
(650) 812-3400 Tel.
(650) 812-3444

ATTORNEYS FOR DEFENDANT
BURST.COM, INC.