1  PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*)
   pfolse@susmangodfrey.com
2  IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*)
   icrosby@susmangodfrey.com
3  FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*)
   fshort@susmangodfrey.com
4  SUSMAN GODFREY, L.L.P.
   1201 Third Avenue, Suite 3800
5  Seattle, Washington  98101-3000
6  (206) 516-3880 Tel
   (206) 516-3883 Fax
7
8  SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
9  BRUCE WECKER (CA Bar No. 078530)
   bwecker@hosielaw.com
10 HOSIE McARTHUR LLP
   One Market, 22nd Floor
11 San Francisco, CA 94105
   (415) 247-6000 Tel.
12 (415) 247-6001 Fax
13
   Attorneys for Defendant/Counterclaimant
14 BURST.COM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| APPLE COMPUTER, INC., | Case No. 3:06-CV-00019 MHP |
| Plaintiff/Counterdefendant, | **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5 TO SEAL DOCUMENTS** |
| v. | |
| BURST.COM, INC., | |
| Defendant/Counterclaimant | Hon. Marilyn Hall Patel |
| | Complaint Filed:  January 4, 2006<br>Trial Date:  February 26, 2008 |

1  MICHAEL F. HEIM (TX Bar No. 9380923 - *Pro Hac Vice*)
   mheim@hpcllp.com
2  LESLIE V. PAYNE (TX Bar No. 0784736 - *Pro Hac Vice*)
   lpayne@hpcllp.com
3  HEIM, PAYNE & CHORUSH, L.L.P.
   600 Travis Street, Suite 6710
4  Houston, TX  77002
   (713) 221-2000 Tel.
5  (713) 221.2021 Fax

6  ROBERT J. YORIO (CA Bar No. 93178)
   ryorio@carrferrell.com
7  V. RANDALL GARD (CA Bar No.  151677)
   randygard@carrferrell.com
8  COLBY B. SPRINGER (CA Bar No. 214868)
   cspringer@carrferrell.com
9  CARR & FERRELL LLP
10 2200 Geng Road
   Palo Alto, CA  94303
11 (650) 812-3400 Tel.
   (650) 812-3444
12
13 ATTORNEYS FOR DEFENDANT
   BURST.COM, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MISCELLANEOUS                              CASE NO. C06-00019 MHP
ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS

As set forth in defendant Burst.com, Inc.'s Miscellaneous Administrative Request Pursuant to Civil Local Rules 7-10 and 79-5 to Seal Documents (hereinafter "Burst's Miscellaneous Administrative Request"), Burst.com, Inc. lodged with the Court the following documents in connection with defendant Burst.com, Inc.'s Opposition to Apple Computer, Inc.'s Second Motion for Summary Judgment of Invalidity Brief:

- Defendant Burst.com, Inc.'s Opposition to Plaintiff Apple Computer, Inc.'s Second Motion for Summary Judgment on Invalidity
- Exhibit 11 to Declaration of Richard Lang in Opposition to Second Motion for Summary Judgment of Invalidity
- Exhibits 6, 7, 15-19, 21 to the Declaration of Daniel J. Walker in Support of Burst.com, Inc.'s Opposition to Apple Computer, Inc.'s Second Motion for Summary Judgment
- Exhibit 1 to Declaration of Dr. Justin Douglas Tygar in Opposition to Apple's Second Motion for Summary Judgment of Invalidity
- Exhibit 3 to the Declaration of Dr. Sheila Hemami in Opposition to Apple's Second Motion for Summary Judgment of Invalidity
- Appendix B to the Declaration Bruce McFarlane in Opposition to Plaintiff Apple Computer, Inc.'s Second Motion for Summary Judgment of Invalidity

Having considered Burst's Miscellaneous Administrative Request, and good cause appearing,

IT IS HEREBY ORDERED that _____ to the

_____

_____ are to be filed under seal.

Dated: _____, 2007.


                                                        _____
                                                        The Honorable Marilyn Hall Patel