1  PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*)
   pfolse@susmangodfrey.com
2  IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*)
   icrosby@susmangodfrey.com
3  FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*)
   fshort@susmangodfrey.com
4  SUSMAN GODFREY, L.L.P.
   1201 Third Avenue, Suite 3800
5  Seattle, Washington  98101-3000
6  (206) 516-3880 Tel
   (206) 516-3883 Fax
7
8  SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
9  BRUCE WECKER (CA Bar No. 078530)
   bwecker@hosielaw.com
10 HOSIE McARTHUR LLP
   One Market, 22nd Floor
11 San Francisco, CA 94105
   (415) 247-6000 Tel.
12 (415) 247-6001 Fax
13
   Attorneys for Defendant/Counterclaimant
14 BURST.COM, INC.

15
                  UNITED STATES DISTRICT COURT
16        FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)
17

18
19 APPLE COMPUTER, INC.,                  Case No. 3:06-CV-00019 MHP

20         Plaintiff/Counterdefendant,    **DECLARATION OF BRUCE WECKER
                                          IN SUPPORT OF MISCELLANEOUS
21    v.                                  ADMINISTRATIVE REQUEST
                                          PURSUANT TO CIVIL LOCAL RULES
22 BURST.COM, INC.,                       7-10 AND 79-5 TO SEAL DOCUMENTS**

23         Defendant/Counterclaimant      Hon. Marilyn Hall Patel

24                                        Complaint Filed:  January 4, 2006
25                                        Trial Date:  February 26, 2008

26
27
28

DECLARATION OF BRUCE WECKER                                 CASE NO. 3:06-CV-00019

Dockets.Justia.com

1  MICHAEL F. HEIM (TX Bar No. 9380923 - *Pro Hac Vice*)
   mheim@hpcllp.com
2  LESLIE V. PAYNE (TX Bar No. 0784736 - *Pro Hac Vice*)
   lpayne@hpcllp.com
3  HEIM, PAYNE & CHORUSH, L.L.P.
   600 Travis Street, Suite 6710
4  Houston, TX  77002
   (713) 221-2000 Tel.
5  (713) 221.2021 Fax

6  ROBERT J. YORIO (CA Bar No. 93178)
   ryorio@carrferrell.com
7  V. RANDALL GARD (CA Bar No.  151677)
   randygard@carrferrell.com
8  COLBY B. SPRINGER (CA Bar No. 214868)
   cspringer@carrferrell.com
9  CARR & FERRELL LLP
   2200 Geng Road
10 Palo Alto, CA  94303
   (650) 812-3400 Tel.
11 (650) 812-3444
12
13 ATTORNEYS FOR DEFENDANT
   BURST.COM, INC.

DECLARATION OF BRUCE WECKER                                CASE NO. C06-00019 MHP

I, Bruce Wecker, declare:

1.  I am a member of the Bar of this Court and an attorney with the law firm of Hosie McArthur LLP, counsel of record for Burst.com, Inc. in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2.  Attached hereto as Exhibit 1 is the stipulated protective order filed with the Court on September 15, 2006, which states in part that parties may designate documents as Confidential Counsel's Eyes Only. The protective order requires that, when so designated, such materials are to be filed with the Court under seal. *Id.* at ¶ 14.

3.  The following documents and exhibits lodged in connection with Defendant Burst.com, Inc.'s Opposition to Plaintiff Apple Computer, Inc.'s Second Motion for Summary Judgment of Invalidity have been designated as Highly Confidential Outside Attorneys' Eyes Only by Apple Computer, Inc. or Burst.com, Inc.:

- Portions of pages 10 and 11 of Defendant Burst.com, Inc.'s Opposition to Plaintiff Apple Computer, Inc.'s Second Motion for Summary Judgment on Invalidity
- Exhibit 11 to Declaration of Richard Lang in Opposition to Second Motion for Summary Judgment of Invalidity
- Exhibits 2, 6, 7, 15-19, 21 to the Declaration of Daniel J. Walker in Support of Burst.com, Inc.'s Opposition to Apple Computer, Inc.'s Second Motion for Summary Judgment
- Exhibit 1 to Declaration of Dr. Justin Douglas Tygar in Opposition to Apple's Second Motion for Summary Judgment of Invalidity
- Exhibit 3 to the Declaration of Dr. Sheila Hemami in Opposition to Apple's Second Motion for Summary Judgment of Invalidity
- Appendix B to the Declaration Bruce McFarlane in Opposition to Plaintiff Apple Computer, Inc.'s Second Motion for Summary Judgment of Invalidity

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 28th day of August 2007 at San Francisco, California.

Dated: August 28, 2007                        HOSIE McARTHUR LLP

                                                      __/s/ Bruce Wecker_____
                                                      Bruce Wecker