# The Burst Inventions



5