# Parameters for Uncompressed & Compressed Files



| | Original Source File | Compressed File | Decompressed or Reconstructed File |
|---|---|---|---|
| Concert video | "Let It Be" | "Let It Be" | "Let It Be" |
| Length | 3 minutes | 3 minutes | 3 minutes |
| File size | 1.3 Gigabytes | 130 Megabytes | 1.3 Gigabytes |
| Bit rate | 57.4 Mbit/second | 5.74 Mbit/second | 57.4 Mbit/second |

Apple Computer, Inc. v. Burst.com, Inc.    Doc. 146 Att. 2    Dockets.Justia.com