PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880 Tel
(206) 516-3883 Fax

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

Attorneys for Defendant/Counterclaimant
BURST.COM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| APPLE COMPUTER, INC., | Case No. 3:06-CV-00019 MHP |
| Plaintiff/Counterdefendant, | **MANUAL FILING NOTIFICATION** |
| v. | **EXHIBIT 3 TO THE DECLARATION OF DR. SHEILA HEMAMI IN OPPOSITION TO APPLE'S SECOND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY** |
| BURST.COM, INC., | |
| Defendant/Counterclaimant | |
| | Hon. Marilyn Hall Patel |
| | Complaint Filed: January 4, 2006<br>Trial Date: February 26, 2008 |
| | **FILED UNDER SEAL** |

**THIS ENVELOPE CONTAINS MATERIALS SUBJECT TO A STIPULATED PROTECTIVE ORDER ENTERED IN THIS ACTION. IT IS NOT TO BE OPENED NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE PUBLIC, EXCEPT BY ORDER OF THE COURT.**

## MANUAL FILING NOTIFICATION

REGARDING:

**EXHIBIT 3 TO THE DECLARATION OF DR. SHEILA HEMAMI IN OPPOSITION TO APPLE'S SECOND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For more information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

- ITEMS UNDER SEAL

Dated: August 28, 2007          Respectfully submitted:

    /s/ Bruce Wecker_____
PARKER C. FOLSE III (WA Bar No. 24895 - *Pro Hac Vice*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 - *Pro Hac Vice*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 - *Pro Hac Vice)*
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington  98101-3000
(206) 516-3880 Tel.
(206) 516-3883 Fax

| | |
|---|---|
| 1 | SPENCER HOSIE (CA Bar No. 101777) |
| | shosie@hosielaw.com |
| 2 | BRUCE WECKER (CA Bar No. 078530) |
| | bwecker@hosielaw.com |
| 3 | HOSIE McARTHUR LLP |
| | One Market, 22nd Floor |
| 4 | San Francisco, CA 94105 |
| 5 | (415) 247-6000 Tel. |
| | (415) 247-6001 Fax |
| 6 | |
| | MICHAEL F. HEIM (TX Bar No. 9380923 - *Pro Hac Vice*) |
| 7 | mheim@hpcllp.com |
| | LESLIE V. PAYNE (TX Bar No. 0784736 - *Pro Hac Vice*) |
| 8 | lpayne@hpcllp.com |
| 9 | HEIM, PAYNE & CHORUSH, L.L.P. |
| | 600 Travis Street, Suite 6710 |
| 10 | Houston, TX  77002 |
| | (713) 221-2000 Tel. |
| 11 | (713) 221.2021 Fax |
| 12 | ROBERT J. YORIO (CA Bar No. 93178) |
| | ryorio@carrferrell.com |
| 13 | V. RANDALL GARD (CA Bar No.  151677) |
| | randygard@carrferrell.com |
| 14 | COLBY B. SPRINGER (CA Bar No. 214868) |
| 15 | cspringer@carrferrell.com |
| | CARR & FERRELL LLP |
| 16 | 2200 Geng Road |
| | Palo Alto, CA  94303 |
| 17 | (650) 812-3400 Tel. |
| 18 | (650) 812-3444 |
| | ATTORNEYS FOR DEFENDANT |
| 19 | BURST.COM, INC. |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |