PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880 Tel.
(206) 516-3883 Fax

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

Attorneys for Defendant/Counterclaimant
BURST.COM, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant/Counterclaimant. | CASE NO. C06-00019 MHP <br><br> **DECLARATION OF BRUCE McFARLANE IN OPPOSITION TO PLAINTIFF APPLE COMPUTER, INC.'S SECOND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY** <br><br> Hon. Marilyn Hall Patel <br><br> Complaint: January 4, 2006 <br> Trial: February 26, 2008 |

5469/1011.0010

DECLARATION OF BRUCE McFARLANE IN OPPOSITION TO PLAINTIFF APPLE COMPUTER, INC.'S
SECOND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY –
Case No. C06-00019 MHP

1  MICHAEL F. HEIM
2    (TX Bar No. 9380923 – *Pro Hac Vice*)
   LESLIE V. PAYNE
3    (TX Bar No. 0784736 – *Pro Hac Vice*)
   HEIM, PAYNE & CHORUSH, L.L.P.
4  600 Travis Street, Suite 6710
   Houston, TX 77002
5  (713) 221-2000 Tel.
   (713) 221-2021 Fax
6
   ROBERT J. YORIO (CA Bar No. 93178)
7  ryorio@carrferrell.com
   V. RANDALL GARD (CA Bar No. 151677)
8  rgard@carrferrell.com
   COLBY B. SPRINGER (CA Bar No. 214868)
9  cspringer@carrferrell.com
10 CARR & FERRELL LLP
   2200 Geng Road
11 Palo Alto, CA 94303
   (650) 812-3400 Tel.
12 (650) 812-3444 Fax
13
14 ATTORNEYS FOR DEFENDANT
   BURST.COM, INC.

5469/1011.0010

DECLARATION OF BRUCE McFARLANE IN OPPOSITION TO PLAINTIFF APPLE COMPUTER, INC.'S
SECOND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY –
Case No. C06-00019 MHP

I, BRUCE McFARLANE, declare that:

1. I am a Managing Director with LitiNomics, a financial and economic consulting firm. I have been retained by Defendant Burst.com, Inc. to provide expert analysis.

2. Appendix A is my curriculum vitae, documenting the details of my professional experience in the areas of, among others, patent infringement damages. It also lists all of my publications and matters in which I have consulted and given sworn testimony.

3. Appendix B reflects and summarizes sales data provided primarily by Plaintiff Apple, Inc. of the principal accused products in this case, iPod, iTunes Music Store downloads, and computers loaded with iTunes software. In some instances, the Apple data I received were incomplete. In such circumstances, I have made certain assumptions and relied on third party sales data (e.g., analyst reports) to fill in missing or incomplete Apple sales data. The data obtained from Apple are, I understand, preliminary and sourced to Apple-produced data as of August 13, 2007. My analysis of Apple sales of accused products is continuing as Apple produces additional sales information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of August, 2007 at Mountain View, California

Dated: August 28, 2007.

*Bruce McFarlane*

5469/1011.0010

**DECLARATION OF BRUCE McFARLANE IN OPPOSITION TO PLAINTIFF APPLE COMPUTER, INC.'S SECOND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY –**
Case No. C06-00019 MHP