PARKER C. FOLSE III (WA Bar No. 24895 – *Admitted Pro Hac Vice*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 – *Admitted Pro Hac Vice*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 – *Admitted Pro Hac Vice*)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880 Tel
(206) 516-3883 Fax

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

(*additional attorneys listed on signature page*)

Attorneys for Defendant
BURST.COM, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant/Counterclaimant. | Case No. 3:06-CV-00019 MHP <br><br> **DECLARATION OF DR. JUSTIN DOUGLAS TYGAR IN OPPOSITION TO APPLE'S SECOND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY** <br><br> Hon. Marilyn Hall Patel <br><br> Complaint: January 4, 2006 <br> Trial: February 26, 2008 |

I, Justin Douglas Tygar, submit this Declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am a full Professor at the University of California, Berkeley, where I hold an appointment in two units: the Electrical Engineering and Computer Science Department in the College of Engineering and the School of Information. Defendant Burst.com, Inc. ("Burst") has retained me as an expert in the above-captioned action. I have prepared and submitted a report entitled "Expert Report of Professor Justin Douglas Tygar, Ph.D. regarding Infringement of U.S. Patent Nos. 4,963,995; 5,164,839; 5,995,705; & 5,057,932" dated August 24, 2007. I make this declaration in support of Burst's Opposition to Apple's Second Motion for Summary Judgment of Invalidity.

2. A true and correct copy of my infringement report is attached as Exhibit 1 to this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 28, 2007

Dr. Justin Douglas Tygar

DECLARATION OF DR. JUSTIN DOUGLAS TYGAR IN OPPOSITION
TO APPLE'S SECOND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY            CASE NO. 3:06-CV-0019 MHP
6092-v1/1011.0010