# EXHIBIT 1

Dockets.Justia.com

From: Richard Lang
Sent: Tuesday, January 25, 2000 11:48 AM
To: 'Bill Schiefelbein'
Cc: Tom Koshy; Tom Honeybone; Brooks Cutter; Will Friedman
Subject: RE: Meeting follow-up

Dear Bill,

Thank you for taking the time to analyze the Burstware ROI document and provide your feedback. We would like address some of your comments and provide a platform for collaborative efforts between WMT and Burstware.

Like you, we are sure that the WMT is capable of significant performance with a wide variety of NICs. In order to provide a fair assessment of WMT's capabilities, we researched publicly available information on your website at <http://www.microsoft.com/Windows/windowsmedia/en/serve/deployguides.asp>, which pointed to the Windows Media Services Deployment Guide. The Guide's section on server sizing recommends the use of Compaq's ActiveAnswers sizing application (which we provide as a reference point). The WMT configuration that we compared versus Burstware was based on results provided by that recommended application. We are unable to provide comparisons with information that is not publicly available about WMT.

With respect to Akamai, our analysis is based upon the assumption that their systems require a different server for each of the major media types, such as WMT, Real, and QuickTime. We have reason to believe that this is an accurate portrayal of the current state of Akamai's software. The ROI analysis is partially based upon the reduction in the number of servers due to Burstware multiple media format capabilities.

We agree that live is an important capability. Later this year, IVT expects to release extensions to Burstware that will encapsulate live unicast and multicast capabilities. This will allow Burstware to deliver live events directly to the Windows Media Player, as well as other industry-standard players. The receiving end would retain the "Burst-Enabled" characteristics of player-side managed buffers and allow expanded functionality

It is not our intent to "slam" WMT's content delivery, but to provide a basis for showing where Burstware augments functionality and effective use of resources. The ROI document points to the strengths of Burstware's delivery methodology, which provides a high soft statistical QoS (without specialized hardware or conditioning) across combined LAN/WAN networks, including both Internet and intranet. This may be viewed as a strong value-added proposition to WMT. Current edge-based architectures do not handle QoS beyond the edge. The ROI document also points out that the market trend is heading towards home networks interfaced to DSL and cable modems. Microsoft's pavilion at CES 2000 reinforces this view. Home networks add the LAN/WAN problem to the concept of a direct connect between the consumer and the edge. We believe that Burstware offers a straightforward and effective solution to the problems posed by home network growth.

Since our visit to Redmond, we have built a side-by-side comparison test intended for users with high-speed connections at home: DSL and cable-modems. The test uses an MMS server and a Burstware server, each running on comparable NT machines, each located at the exact same co-location site in one of our internet POPs. If you are interested in trying this out from your home high-speed connection, go to:

<http://www.burst.com/engineering/comparison>

username = engineer

CONFIDENTIAL
CONFIDENTIAL-OUTSIDE ATTORNEYS EYES ONLY

BUR0056515
BURSTA0054972

password = comparison

(If you have any problems accessing this page form Microsoft, please give me a call. There are certain firewall issues which will be addressed in the coming weeks)

Under viewing conditions where there is significant non-video activity on either the LAN or WAN, Burstware demonstrates the consistency of quality that we believe every user expects to have.

IVT is proposing that Burstware is an ideal collaborative system with WMT for the growth of media as carried across broadband and through the home network. It is also an ideal component to enhance edge-based solutions. We would like to develop a joint business model with Microsoft that takes maximum advantage of the existing and evolving market opportunities. There are several ways that we could accomplish that together. These include the integration of our technology on the player and/or the server side of Microsoft product, a licensing by Microsoft of our technology and collaboration on our new content hosting service (along with our other partners). These are items that Will Poole suggested could be of interest to you.

We have the unique capability of extending the edge of the cloud right to the desktop, which provides content management and network effeciencies not possible within the inelasticity of a static real-time delivery model. As we suggested earlier, we believe that Microsoft is in the best position to optimize our proprietary advantage. Please let me know if you would like to proceed with the meeting we spoke about several weeks ago. We will base our strategic plans going forward on your degree of interest in continuing our dialog.

Richard Lang

Chairman & CEO

*burst.com*

415-391-4455, ext. #201

www.burst.com

-----Original Message-----
**From:** Bill Schiefelbein   [mailto:billsch@Exchange.Microsoft.com]
**Sent:** Wednesday, January 19, 2000 2:15 AM
**To:** Richard Lang
**Cc:** Tom Koshy; Tom  Honeybone; Brooks Cutter; Will Friedman
**Subject:** RE: Meeting   follow-up


Hello Richard. Once again, sorry for the slow  response.

Firstly I would like to make a few comments on the  ROI document which you sent us.  I did have issue with one fundamental  assumption you made in coming up with your 437% ROI gain over WMT. You indicate that WMT allows only one 100Bt NIC per server while your solution  allows for 4. This is simply not true. You can configure a server  with as many NICs, 100Bt, Gigabit, OC-3, OC-12, etc as you wish (perhaps you  got this info from the NetShow Theater 3.0 documentation which is a different  server).

CONFIDENTIAL
CONFIDENTIAL-OUTSIDE ATTORNEYS EYES ONLY

BUR0056516
BURSTA0054973

We do alot of testing ourselves with Gigabit cards and have had impressive results in both aggregate bandwidth throughput as well as number of simultaneous client connections (over 10,000 clients connected to one server).

I also see no mention of support for live content distribution. This is certainly a key scenario for us and I was wondering what your story was.

You mention a huge code savings when compared to folks such as Akamai since your system would not require servers to be extended so far to the edge of the network. I can't help but be a bit skeptical that this could in fact be acheived and am curious if you have real-world test results showing this. You also mention something about Akamai below. Are you doing some of this testing on their network today (if you can share that information).

Finally, with respect to a biz-dev meeting, I would like to understand more what your thoughts are in working together. Your web site and especially your ROI paper slam our technology for content delivery, yet we still feel it is a very sound mechanism which we fully intend to continue developing. So again, beyond the DShow based integration of your client component into our player, what areas do you see for collaboration or generating a story around?

Thanks!

Bill

---------

Bill Schiefelbein
Microsoft
(425) 703-2786
billsch@microsoft.com
-----Original Message-----
**From:** Richard Lang    [mailto:RichardLang@burst.com]
**Sent:** Tuesday, January 11, 2000    10:34 AM
**To:** 'Bill Schiefelbein'
**Cc:** Tom    Koshy
**Subject:** RE: Meeting follow-up


Hello Bill. Thanks for the quick response. Please let me know asap when you have a date. Much is happening here with Akamai, Excite@home and others. It would be very timely for both IVT and Microsoft to meet soon. I'll wait to hear from you.    Richard
-----Original Message-----
**From:** Bill Schiefelbein    [mailto:billsch@Exchange.Microsoft.com]
**Sent:** Monday, January    10, 2000 11:47 AM
**To:** Richard Lang
**Subject:** RE:    Meeting follow-up


Hello Richard - yes time does fly! Sorry I    don't have a date yet, but I'm talking with the biz-dev folks and will let    you know when we can get together.

Thanks

CONFIDENTIAL
CONFIDENTIAL-OUTSIDE ATTORNEYS EYES ONLY

BUR0056517
BURSTA0054974

Bill

---

Bill Schiefelbein
Microsoft
(425) 703-2786
billsch@microsoft.com

-----Original Message-----
**From:** Richard Lang     [mailto:RichardLang@burst.com]
**Sent:** Thursday, January 06,     2000 2:32 PM
**To:** Bill Schiefelbein
**Cc:** Will    Friedman
**Subject:** Meeting follow-up


Hello Bill. Just before the holidays, Will    Friedman told me that you would be the one setting up a follow-up    meeting in Redmond with your Business Development people. We talked    about doing it in early January, although the month is already going by    fast. Do you have some dates in mind toward the latter half of the    month? Please advise. Thanks and Happy new Year!

Richard Lang
Chairman & CEO
*burst.com*    (formerly Instant Video Technologies, Inc.)
415-391-4455, ext. #201

CONFIDENTIAL
CONFIDENTIAL-OUTSIDE ATTORNEYS EYES ONLY

BUR0056518
BURSTA0054975