PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880 Tel
(206) 516-3883 Fax

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

Attorneys for Defendant/Counterclaimant
BURST.COM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant/Counterclaimant | Case No. 3:06-CV-00019 MHP <br><br> **MANUAL FILING NOTIFICATION** <br><br> **EXHIBIT 11 TO THE DECLARATION OF RICHARD LANG IN OPPOSITION TO SECOND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY** <br><br> Hon. Marilyn Hall Patel <br><br> Complaint Filed: January 4, 2006 <br> Trial Date: February 26, 2008 <br><br> **FILED UNDER SEAL** |

**THIS ENVELOPE CONTAINS MATERIALS SUBJECT TO A STIPULATED PROTECTIVE ORDER ENTERED IN THIS ACTION. IT IS NOT TO BE OPENED NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE PUBLIC, EXCEPT BY ORDER OF THE COURT.**

# MANUAL FILING NOTIFICATION

REGARDING:

**EXHIBIT 11 TO THE DECLARATION OF RICHARD LANG IN OPPOSITION TO SECOND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For more information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

- ITEM UNDER SEAL

Dated: August 28, 2007                Respectfully submitted:

    /s/ Bruce Wecker
PARKER C. FOLSE III (WA Bar No. 24895 - *Pro Hac Vice*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 - *Pro Hac Vice*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 - *Pro Hac Vice)*
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880 Tel.
(206) 516-3883 Fax

|   |   |
|---|---|
| 1 | SPENCER HOSIE (CA Bar No. 101777) |
|   | shosie@hosielaw.com |
| 2 | BRUCE WECKER (CA Bar No. 078530) |
|   | bwecker@hosielaw.com |
| 3 | HOSIE McARTHUR LLP |
|   | One Market, 22nd Floor |
| 4 | San Francisco, CA 94105 |
|   | (415) 247-6000 Tel. |
| 5 | (415) 247-6001 Fax |

MICHAEL F. HEIM (TX Bar No. 9380923 - *Pro Hac Vice*)
mheim@hpcllp.com
LESLIE V. PAYNE (TX Bar No. 0784736 - *Pro Hac Vice*)
lpayne@hpcllp.com
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, TX 77002
(713) 221-2000 Tel.
(713) 221.2021 Fax

ROBERT J. YORIO (CA Bar No. 93178)
ryorio@carrferrell.com
V. RANDALL GARD (CA Bar No. 151677)
randygard@carrferrell.com
COLBY B. SPRINGER (CA Bar No. 214868)
cspringer@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
(650) 812-3400 Tel.
(650) 812-3444

ATTORNEYS FOR DEFENDANT
BURST.COM, INC.

MANUAL FILING NOTIFICATION    2    CASE NO. C06-00019 MHP