# EXHIBIT 8

Dockets.Justia.com

iPod images

# 100 Million iPods Sold

CUPERTINO, California—April 9, 2007—Apple® today announced that the 100 millionth iPod® has been sold, making the iPod the fastest selling music player in history. The first iPod was sold five and a half years ago, in November 2001, and since then Apple has introduced more than 10 new iPod models, including five generations of iPod, two generations of iPod mini, two generations of iPod nano and two generations of iPod shuffle. Along with iTunes® and the iTunes online music store, the iPod has transformed how tens of millions of music lovers acquire, manage and listen to their music.

"At this historic milestone, we want to thank music lovers everywhere for making iPod such an incredible success," said Steve Jobs, Apple's CEO. "iPod has helped millions of people around the world rekindle their passion for music, and we're thrilled to be a part of that."

"It's hard to remember what I did before the iPod," said Mary J. Blige, GRAMMY Award-winning singer. "iPod is more than just a music player, it's an extension of your personality and a great way to take your favorite music with you everywhere you go."

"Without the iPod, the digital music age would have been defined by files and folders instead of songs and albums," said John Mayer, GRAMMY Award-winning singer-songwriter and guitarist. "Though the medium of music has changed, the iPod experience has kept the spirit of what it means to be a music lover alive."

The iPod has also sparked an unprecedented ecosystem of over 4,000 accessories made specifically for the iPod that range from fashionable cases to speaker systems, and more than 70 percent of 2007-model US automobiles currently offer iPod connectivity.

"I take my running shoes and my iPod with me everywhere," said Lance Armstrong, seven-time Tour de France champion. "I listen to music when I run. Having my music with me is really motivating."

Every iPod features seamless integration with iTunes 7. The iTunes Store (www.itunes.com) features the world's largest catalog with over five million songs, 350 television shows and over 400 movies. The iTunes Store has sold over 2.5 billion songs, 50 million TV shows and over 1.3 million movies, making it the world's most popular online music, TV and movie store.

Apple ignited the personal computer revolution in the 1970s with the Apple II and reinvented the personal computer in the 1980s with the Macintosh. Today, Apple continues to lead the industry in innovation with its award-winning computers, OS X operating system and iLife and professional applications. Apple is also spearheading the digital media revolution with its iPod portable music and video players and iTunes online store, and will enter the mobile phone market this year with its revolutionary iPhone.

Press Contacts:
Tom Neumayr
Apple
tneumayr@apple.com
(408) 974-1972