# EXHIBIT 11

Dockets.Justia.co

# iTunes Store Tops Three Billion Songs

CUPERTINO, California—July 31, 2007—Apple® today announced that more than three billion songs have been purchased and downloaded from the iTunes® Store (www.itunes.com). iTunes is the world's most popular online music, TV and movie store featuring a catalog of over five million songs, 550 television shows and 500 movies. iTunes recently surpassed Amazon and Target to become the third largest music retailer in the US.*

"We'd like to thank all of our customers who have contributed to this incredible milestone," said Eddy Cue, Apple's vice president of iTunes.

With Apple's legendary ease of use, pioneering features such as Cover Flow™, integrated podcasting support, iMix playlist sharing, seamless integration with iPod® and iPhone™, and the ability to turn previously purchased songs into completed albums at reduced prices, the iTunes Store is the best way for PC and Mac® users to legally discover, purchase and download music and video online.

*Based on data from market research firm the NPD Group's MusicWatch survey, which captures consumer reported past week unit purchases equivalized so that one CD equals 12 tracks, excluding wireless transactions.

Apple ignited the personal computer revolution in the 1970s with the Apple II and reinvented the personal computer in the 1980s with the Macintosh. Today, Apple continues to lead the industry in innovation with its award-winning computers, OS X operating system and iLife and professional applications. Apple is also spearheading the digital media revolution with its iPod portable music and video players and iTunes online store, and has entered the mobile phone market this year with its revolutionary iPhone.

**Press Contacts:**
Tom Neumayr
Apple
tneumayr@apple.com
(408) 974-1972

Jason Roth
Apple
jroth@apple.com
(408) 862-2633

NOTE TO EDITORS: For additional information visit Apple's PR website, or call Apple's Media Helpline at (408) 974-2042.

Apple, the Apple logo, Mac, Mac OS, Macintosh, iTunes, Cover Flow, iPod and iPhone are trademarks of Apple. Other company and product names may be trademarks of their respective owners.