# EXHIBIT 14

Dockets.Justia.com

# Apple's iPod Now Available at All Target Stores

CUPERTINO, California—October 30, 2002—Apple® today announced that iPod™, Apple's wildly popular portable digital music player, will be available at all Target stores nationwide starting this week. All 1,148 Target stores will offer the 10GB iPod for Mac® and Windows.

"We're thrilled that Target will significantly expand the availability of Apple's award-winning iPod to even more customers," said Tim Cook, Apple's executive vice president of Worldwide Sales and Operations. "Apple has placed an operable iPod on display in each of Target's 1,148 stores, so every Target customer can use and listen to an iPod before they buy."

Available in both Mac® and Windows versions, iPod holds up to 4,000 songs and is the only portable digital music player with Auto-sync, an innovative feature that automatically downloads an entire digital music library into an iPod and keeps it up-to-date whenever the iPod is plugged in. iPod is available in three configurations: a 5GB model that starts at just $299 (US); a 10GB model that is 10 percent thinner for just $399 (US); and a 20GB model that can hold 4,000 songs for just $499 (US). Both the 10GB and the 20GB models feature the industry's first solid-state touch wheel for incredible precision, accuracy and durability, and include a new Apple carrying case and wired remote.

With iPod's built-in FireWire® port, an entire CD can be downloaded in less than 10 seconds and a massive 4,000 song library can be downloaded in just over 30 minutes, versus the more than 13 hours it would take to transfer 4,000 songs with USB-based devices. The iPod's battery provides up to 10 hours of continuous music and recharges automatically whenever iPod is connected, using power supplied over the FireWire cable. For Mac users, iPod includes iTunes™ 3, Apple's award-winning digital music software.* For Windows users, the iPod works seamlessly with MUSICMATCH Jukebox, the number-one selling music software for PCs.

All iPod models include earbud headphones, Apple iPod Power Adapter and FireWire cable. 10GB and 20GB iPod models include carrying case and wired remote; optional remote and carrying case are available for 5GB iPod models. iPod for Windows also includes a 4-pin-to-6-pin FireWire adapter. iPod for Mac includes iTunes 3; iPod for Windows includes MUSICMATCH Jukebox software.

iPod for Mac requires Mac® OS X version 10.1 or Mac OS 9.2, iTunes 2.0.4 and a Macintosh® with built-in FireWire port. iPod for Windows requires a PC with built-in FireWire or a Windows-certified FireWire card and Windows Me, Windows 2000 or Windows XP Home or Professional.

*Some iPod features require a Mac and iTunes 3.

Apple ignited the personal computer revolution in the 1970s with the Apple II and reinvented the personal computer in the 1980s with the Macintosh. Apple is committed to bringing the best personal computing experience to students, educators, creative professionals and consumers around the world through its innovative hardware, software and Internet offerings.

**Press Contacts:**
Lynn Fox
(408) 974-6209
lfox@apple.com

NOTE TO EDITORS: For additional information visit Apple's PR website (www.apple.com/pr/), or call Apple's Media Helpline at (408) 974-2042.

Apple, the Apple logo, Mac, Mac OS, Macintosh, iPod, FireWire and iTunes are either registered trademarks or trademarks of Apple. Other company and product names may be trademarks of their respective owners.


Press Info   Products   Press Release

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store location, or find a reseller.    Site Map |

Copyright © 2007 Apple Inc. All rights reserved.    Terms of Use | Privacy Policy