| | |
|---|---|
| 1 | PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*) |
| | pfolse@susmangodfrey.com |
| 2 | IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*) |
| | icrosby@susmangodfrey.com |
| 3 | FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*) |
| | fshort@susmangodfrey.com |
| 4 | SUSMAN GODFREY, L.L.P. |
| | 1201 Third Avenue, Suite 3800 |
| 5 | Seattle, Washington  98101-3000 |
| 6 | (206) 516-3880 Tel |
| | (206) 516-3883 Fax |
| 7 | |
| 8 | SPENCER HOSIE (CA Bar No. 101777) |
| | shosie@hosielaw.com |
| 9 | BRUCE WECKER (CA Bar No. 078530) |
| | bwecker@hosielaw.com |
| 10 | HOSIE McARTHUR LLP |
| | One Market, 22nd Floor |
| 11 | San Francisco, CA 94105 |
| 12 | (415) 247-6000 Tel. |
| | (415) 247-6001 Fax |
| 13 | |
| | Attorneys for Defendant/Counterclaimant |
| 14 | BURST.COM, INC. |

15  UNITED STATES DISTRICT COURT
16  FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | | |
|---|---|---|
| 17 | APPLE COMPUTER, INC., | Case No. 3:06-CV-00019 MHP |
| 18 | Plaintiff/Counterdefendant, | **MANUAL FILING NOTIFICATION** |
| 19 | v. | **EXHIBITS 2, 6, 7, 15-19, 21 TO THE DECLARATION OF DANIEL J. WALKER IN SUPPORT OF BURST.COM INC.'S OPPOSITION TO APPLE COMPUTER, INC.'S SECOND MOTION FOR SUMMARY JUDGMENT** |
| 20 | BURST.COM, INC., | |
| 21 | Defendant/Counterclaimant | |
| 22 | | |
| 23 | | Hon. Marilyn Hall Patel |
| 24 | | Complaint Filed:  January 4, 2006 |
| 25 | | Trial Date:  February 26, 2008 |
| 26 | | **FILED UNDER SEAL** |

27   **THIS ENVELOPE CONTAINS MATERIALS SUBJECT TO A STIPULATED
28   PROTECTIVE ORDER ENTERED IN THIS ACTION.  IT IS NOT TO BE OPENED
     NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE PUBLIC,
     EXCEPT BY ORDER OF THE COURT.**

## MANUAL FILING NOTIFICATION

REGARDING:

**EXHIBITS 2, 6, 7, 15-19, 21 TO THE DECLARATION OF DANIEL J. WALKER IN SUPPORT OF BURST.COM INC.'S OPPOSITION TO APPLE COMPUTER, INC.'S SECOND MOTION FOR SUMMARY JUDGMENT**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For more information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

- ITEMS UNDER SEAL

Dated: August 28, 2007           Respectfully submitted:

  /s/ Bruce Wecker
PARKER C. FOLSE III (WA Bar No. 24895 - *Pro Hac Vice*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 - *Pro Hac Vice*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 - *Pro Hac Vice)*
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880 Tel.
(206) 516-3883 Fax

| | |
|---|---|
| 1 | SPENCER HOSIE (CA Bar No. 101777) |
| | shosie@hosielaw.com |
| 2 | BRUCE WECKER (CA Bar No. 078530) |
| | bwecker@hosielaw.com |
| 3 | HOSIE McARTHUR LLP |
| | One Market, 22nd Floor |
| 4 | San Francisco, CA 94105 |
| 5 | (415) 247-6000 Tel. |
| | (415) 247-6001 Fax |
| 6 | |
| | MICHAEL F. HEIM (TX Bar No. 9380923 - *Pro Hac Vice*) |
| 7 | mheim@hpcllp.com |
| | LESLIE V. PAYNE (TX Bar No. 0784736 - *Pro Hac Vice*) |
| 8 | lpayne@hpcllp.com |
| 9 | HEIM, PAYNE & CHORUSH, L.L.P. |
| | 600 Travis Street, Suite 6710 |
| 10 | Houston, TX 77002 |
| | (713) 221-2000 Tel. |
| 11 | (713) 221.2021 Fax |
| 12 | ROBERT J. YORIO (CA Bar No. 93178) |
| | ryorio@carrferrell.com |
| 13 | V. RANDALL GARD (CA Bar No. 151677) |
| | randygard@carrferrell.com |
| 14 | COLBY B. SPRINGER (CA Bar No. 214868) |
| 15 | cspringer@carrferrell.com |
| | CARR & FERRELL LLP |
| 16 | 2200 Geng Road |
| | Palo Alto, CA 94303 |
| 17 | (650) 812-3400 Tel. |
| 18 | (650) 812-3444 |
| | ATTORNEYS FOR DEFENDANT |
| 19 | BURST.COM, INC. |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

MANUAL FILING NOTIFICATION                 2                 CASE NO. C06-00019 MHP