| | |
|---|---|
| 1 | PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*)<br>pfolse@susmangodfrey.com |
| 2 | IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*)<br>icrosby@susmangodfrey.com |
| 3 | FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*)<br>fshort@susmangodfrey.com |
| 4 | SUSMAN GODFREY, L.L.P. |
| 5 | 1201 Third Avenue, Suite 3800<br>Seattle, Washington  98101-3000 |
| 6 | (206) 516-3880 Tel<br>(206) 516-3883 Fax |
| 7 | |
| 8 | SPENCER HOSIE (CA Bar No. 101777)<br>shosie@hosielaw.com |
| 9 | BRUCE WECKER (CA Bar No. 078530)<br>bwecker@hosielaw.com |
| 10 | HOSIE McARTHUR LLP |
| 11 | One Market, 22nd Floor<br>San Francisco, CA 94105 |
| 12 | (415) 247-6000 Tel.<br>(415) 247-6001 Fax |
| 13 | |
| 14 | Attorneys for Defendant/Counterclaimant<br>BURST.COM, INC. |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | | |
|---|---|---|
| 17 | APPLE COMPUTER, INC., | Case No. 3:06-CV-00019 MHP |
| 18 | Plaintiff/Counterdefendant, | **MANUAL FILING NOTIFICATION** |
| 19 | v. | **EXHIBITS 2, 6, 7, 15-19, 21 TO THE DECLARATION OF DANIEL J. WALKER IN SUPPORT OF BURST.COM INC.'S OPPOSITION TO APPLE COMPUTER, INC.'S SECOND MOTION FOR SUMMARY JUDGMENT** |
| 20 | BURST.COM, INC., | |
| 21 | Defendant/Counterclaimant | |
| 22 | | |
| 23 | | Hon. Marilyn Hall Patel |
| 24 | | Complaint Filed:  January 4, 2006 |
| 25 | | Trial Date: February 26, 2008 |
| 26 | | **FILED UNDER SEAL** |

**THIS ENVELOPE CONTAINS MATERIALS SUBJECT TO A STIPULATED PROTECTIVE ORDER ENTERED IN THIS ACTION.  IT IS NOT TO BE OPENED NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE PUBLIC, EXCEPT BY ORDER OF THE COURT.**

## MANUAL FILING NOTIFICATION

REGARDING:

**EXHIBITS 2, 6, 7, 15-19, 21 TO THE DECLARATION OF DANIEL J. WALKER IN SUPPORT OF BURST.COM INC.'S OPPOSITION TO APPLE COMPUTER, INC.'S SECOND MOTION FOR SUMMARY JUDGMENT**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For more information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

- ITEMS UNDER SEAL

Dated: August 28, 2007          Respectfully submitted:

    /s/ Bruce Wecker
PARKER C. FOLSE III (WA Bar No. 24895 - *Pro Hac Vice*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 - *Pro Hac Vice*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 - *Pro Hac Vice*)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880 Tel.
(206) 516-3883 Fax

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

SPENCER HOSIE (CA Bar No. 101777)  
shosie@hosielaw.com  
BRUCE WECKER (CA Bar No. 078530)  
bwecker@hosielaw.com  
HOSIE McARTHUR LLP  
One Market, 22nd Floor  
San Francisco, CA 94105  
(415) 247-6000 Tel.  
(415) 247-6001 Fax  

MICHAEL F. HEIM (TX Bar No. 9380923 - *Pro Hac Vice*)  
mheim@hpcllp.com  
LESLIE V. PAYNE (TX Bar No. 0784736 - *Pro Hac Vice*)  
lpayne@hpcllp.com  
HEIM, PAYNE & CHORUSH, L.L.P.  
600 Travis Street, Suite 6710  
Houston, TX 77002  
(713) 221-2000 Tel.  
(713) 221.2021 Fax  

ROBERT J. YORIO (CA Bar No. 93178)  
ryorio@carrferrell.com  
V. RANDALL GARD (CA Bar No. 151677)  
randygard@carrferrell.com  
COLBY B. SPRINGER (CA Bar No. 214868)  
cspringer@carrferrell.com  
CARR & FERRELL LLP  
2200 Geng Road  
Palo Alto, CA 94303  
(650) 812-3400 Tel.  
(650) 812-3444  

ATTORNEYS FOR DEFENDANT  
BURST.COM, INC.