# EXHIBIT 20

Dockets.Justia.com

CompuSonics

DSP 2002

VERSION 1.00

PRELIMINARY USER MANUAL

August 28, 1985

Copyright 1985, CompuSonics Corporation

APBU00155234

CompuSonics DSP2002   Preliminary User Manual          Version 1

About This Manual
"""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""

The first thing to do when your CompuSonics DSP2002 arrives, or even
before, is read this manual.     All other   reference  books  and
documentation for the DSP2002 assume you have read this book.

This manual is organized so that the information you  need  can  be
located quickly when  using  this book as an operator's guide.  The
following is an overview of the manual's contents:

Chapter 1, "An Introduction to the DSP2002 Audio  Computer  and  Its
Professional Uses". provides a general description of the system and
its most common applications.

Chapter 2, "Assembling and Powering The  System",  explains  how  to
unpack,  set up, and connect your machine's components to each other
and to external audio equipment.

Chapter 3, "Getting Acquainted", gives a  walk-around  tour  of  the
system and  instructions for proper care of its parts.  This chapter
shows how to use  the  tutorial disk  "CompuSonics  Presents....The
DSP2002".  A user controls quick-reference section is also provided
here.

Chapter 4, "How It Works". contains block diagrams and  flow  charts
with  text  descriptions  to introduce the fundamental principals of
operation of the DSP2002.

Chapter 5, "Guide to Audio Programs",  is  a  user's  guide  to  the
various  installed  software programs for audio recording, playback,
editing, processing. off-line audio storage/retrieval and back-ups.

Chapter 6, "Using The Operating System", is a guide to system  level
operations and  the  Regulus  operating system.  Installation of new
software and updates is discussed, as well as ways to customize  the
user-level of the operating system for your studio needs.

Chapter  7,  "Diagnostics  and  Trouble-Shooting",  is a guide to the
various diagnostic and  maintenance programs  on  the  system  and
includes tips for trouble-shooting if things don't work.

Chapter  8,  "Creating  Your  Own  Software Modules", introduces the
tools available to the user who wishes to  write  original  software
for DSP2002 applications.

                  ***  Customer Support: (617) 354-0050  ***      -  -

APBU00155235

Chapter 1

Introduction to the DSP 2002 Audio Computer and Its Professional Uses
"""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""

The Audio Computer Itself

The first thing to know about audio computers is that one doesn't
need to know anything about what makes them work to use them.    Of
course, they are data processing machines like all computers, but,
since they are dedicated to a single endeavor, audio, they may be
described in terms of the functions that the user controls. The
primary type of data inside an audio computer is music, voice, or
any sound within the range of 20 to 20,000 hertz. This information
is processed according to built-in software to accomplish a wide
variety of tasks presently handled in conventional audio equipment
by separate devices.

Each piece of conventional audio equipment is usually designed for
one distinct purpose.   A tape deck records and plays back. An
electronic editor makes splices. A mixing desk mixes. A record or
compact disc player plays.   A time code controller synchronizes
equipment. A reverberation unit adds echo to audic. Etc, etc. The
function of a unit is fixed; "hard-wired". For example, changing
the type of filtering in the equalization section of a mixer may
require a technician with a soldering iron. The audio computer, on
the other hand, is a chameleon, capable of changing its function at
will. The user may switch from recording to editing at the touch of
a button.   Inside the computer, new pieces of software    are
automatically loaded as the user commands the DSP 2002 to perform
different tasks.

From the user's point of view, the actual physical parts of the
audio computer consist of two things; a "black box", and a console.
The "black box" contains the computer itself, its memory, power
supplies, and interfaces to the real world. The console typically
has a TV type display screen (CRT), a typewriter style keyboard, and
an auxiliary input device like a pad of pushbuttons, trackballs or
light pen. At the rear of the "black box" are standard XLR type
audio connectors for line or mike level inputs and outputs.


The Functions of the Audio Computer

Two classes of functions are found in audio computers: emulations
of conventional equipment, and unique processes.    Emulating
conventional audio equipment includes:

        *   record/playback deck
        *   audio crossfade electronic editor
        *   digital audio sampling and looping system
        *   cartridge machine


*** Customer Support: (617) 354-0050 ***      -  -

APBU00155236

CompuSonics DSP2002 · Preliminary User Manual                Version 1

Additional emulation software packages currently under development
for delivery in the future include:

        * music synthesizer
        * harmonizer unit
        * storage oscilloscope
        * frequency analyser

Functions unique to the audio computer include:

        * random access stereo record and playback
        * playback and stereo mixing of on-line audio sound effects
        * arrangement and programming of Editlists
        * audio sync editor with better than 1/100th frame accuracy
        * slip sync audio editing
        * on-line database of sound effects and music library
        * off-line digital storage of sound effects library
        * three dimensional color graphic displays of the signal
        * audio signal processing, noise removal and enhancement
        * user programmability for new functions
      . * digital telecommunications
        * music/voice encoding for improved storage efficiency

Operating in the emulation mode requires little or no re-training.
controls have all the usual labels for the usual functions. For
example, operating as a "tape recorder" the controls are labelled
"play", "record", "forward", "reverse", etc., etc. The labels are
pictured on the CRT screen as they appear on the keypad in front of
the user. When a different emulation is selected, a new set of
controls is painted on the screen.

The unique audio computer functions are derived from the underlying
fact that the DSP 2002 is, after all, a computer that can do
"normal" computer things. Properly equipped, the computer can use
the telephone to transmit data (music) anywhere with no loss of
fidelity. Because computer memory is extremely fast, music segments
widely separated in time can be spliced together instantly while
playing back, without any tape handling. Three dimensional color
displays that emphasize features of interest in the signal can be
generated by graphics software from music data. And most
importantly, the user, with some training in computer programming,
can create his or her own software to do the tasks he or she wishes.

The optional Music/voice data reduction (called CSX encoding) is one
of the most novel capabilities of the DSP 2002. CompuSonics has
patented and copyrighted systems built into the equipment that allow
the user the option to automatically or manually analyze the audio
data and reduce the number of bits to be stored or transmitted.
These systems take into account the psychoacoustic properties of
human hearing, and pattern matching, to encode less significant data
with fewer data words. The result is efficient high quality audio
signal storage, which saves precious disk space, and narrower
bandwidth requirements for transmission of digital audio data
between machines.

                    *** Customer Support: (617) 354-0050 ***

APBU00155237

The use of data reduction is optional, and may be invoked either at the time a recording is made (real-time) or afterwards (post-processing). If CSX encoding is not selected, then the audio signal is recorded to disk as a 16-bit linearly sampled audio signal. The sampling rate is determined by the system hardware configuration and sampling rate selected.

If CSX encoding is chosen for a given recording, a number of modes may be selected. These range from totally lossless encoding schemes yielding small but useful savings, to methods which yield a greater amount of reduction with the expense of exact reconstruction. These encoding schemes may be selected dependent on the nature of the signal, and the playback requirements. For example, a purely voice signal may be subjected to a much greater amount of data reduction than a wide band music signal. The reduction factors range from about 2:1 to a maximum of about 16:1.

Typical Uses of the Audio Computer

Digital Recording

Operating as a digital recorder, the DSP 2002 may be considered a two-track recorder. The principal advantage over conventional systems is the high speed random access afforded by digital disks. Rewind, cueing and lock-up to sync are virtually instant. The "master tape deck" is a set of magnetic hard disks. Master recordings may be made at full data rate, 16 bit linear 50,000 hertz sampling, or in the data reduction mode to conserve memory.

During master recording, mono or stereo recordings are user selected. Total capacity of the disk storage in terms of minutes will vary depending on the equipment configuration. The recording time capacity of the DSP 2002 in mono must be divided by the number of channels to compute multi-channel recording time.

For example, a DSP 2002 that will record one hour in mono will record 30 minutes in stereo. The actual recording in the computer's memory consists of disk storage files called soundfiles. Each file may be considered to be a single audio "track". Thus a stereo recording consists of two soundfiles. The are not actually locked together in time as on conventional audio tape. In fact, they may be "slipped" with respect to each other when given new cue points during editing.

The user has four options for unloading and reloading soundfiles to and from the hard disks: floppy, digital cartridge tape, Sony 1610 encoded video tape, or analog tape. Off-loading to floppy disk is useful for storing and retrieving individual effects or collections of effects as well as music selections. The digital cartridge tape format (a computer industry standard) is useful for off-loading the edit lists and soundfiles for particular shows or for maintaining an off-line sound effects library. Similarly, it is possible to make direct digital dubs of soundfiles to and from Sony PCM 1610 video tape format. Of course, soundfiles can be off-loaded to

CompuSonics DSP2002   Preliminary User Manual                    Version 1

conventional formats such as analog tape as well.

It is recommended that any valuable recordings, soundfiles, and edit
lists be backed up. The back-up procedure involves saving the data
to floppy disk or digital tape as described above.    This is a
safeguard against power failure, electrical disturbance,  or an
accident. Normally, back-ups of new materials or changes to  edit
lists should be made at regular intervals.

Editing

In conventional  systems audio source material is either edited by
hand with a razor blade and tape,  or electronically for digital
audio Sony U-Matic type systems.  Both approaches rely on performing
a physical operation of some kind. · With razor blade in hand,  the
task is to locate the desired portions of tape and splice them
together. A U-matic editor locates the desired segments, then dubs
them to a destination tape.     The DSP 2002 edits entirely in
software; there are no physical transpositions of the audio  source
material on disk. This results in ease and speed of editing.

The basic tools available to the editor on the DSP 2002 are:

                    *  naming of "tracks"; called Soundfiles
                    *  naming of sequences; called Editlists
                    *  timecode marking
                    *  audible forward and reverse
                    *  insert/delete
                    *  stop/start
                    *  precise edit point location
                    *  fade/crossfade
                    *  looping

Prior  to making a digital recording, the user may select the number
of channels to record and whether data encoding will be used.     The
recording process is started by pushing the record key, and stopped
by pushing the stop key. At this point, a name may be given to  the
newly recorded soundfile.     The name can reflect the name of the
artist or whatever seems appropriate. If the user makes another
recording, the DSP 2002 will again request a name.  The same name
can be re-used, but its more practical to at least add  "take-2"  on
the name,  if not an entirely new name.  These names are the titles
of the Soundfiles. During editing they appear in a numbered list on
the CRT.

Soundfiles  are the source material for creating edits, or sequences
of Soundfiles. These edits or sequences are called Editlists.  When
the user  has succesfully created an edit and wishes to perform it,
the DSP 2002 requests that a name be defined. This user typed name
will then be placed in a numbered list on the CRT, separate from the
Soundfiles. During editing, the desired material in a Soundfile  is
not actually moved anywhere inside the DSP 2002 apart from its
original recorded position. Therefore, as many trial attempts  as
desired for an edit can quickly be tested. When the result is

                    *** Customer Support: (617) 354-8850  ***        - -

APBU00155239

·CompuSonics DSP2002  Preliminary User Manual                Version 1

audibly satisfactory, the final set of editing commands are saved in
an Editlist; only the commands, not the re-organization of source
material required by conventional systems. Storing only the editing
commands themselves saves space. and allows many versions of the
source material to seem to occupy the same area in memory.

For example, suppose a stereo master recording has been made in the
DSP 2002.    This recording consists of five songs, each 3 minutes
long, occupying 15 minutes of disk storage.. The order of the songs
as recorded is simply 1,2,3,4,5. The producer would like to hear
the "tape" in every possible order.    There are 120 possible
combinations.    On conventional equipment the engineer would make
separate dubs, each 15 minutes long, for a total of 30 hours of
tape.

On the DSP 2002 each song has a name, that during editing can be
repeated or re-arranged. In this example, the Soundfile names are
sorted into 120 Editlists. Each one contains the commands to create
one possible combination of the names.    The Editlists themselves
take up less than 1% of the disk space. The original recordings, in
their original order, are not touched in this process.  The producer
can hear each and every Editlist, generating the required 30 hours
of music, from 15 minutes of disk storage.  Similarly, a request for
trials of every possible 4 by 2 mix-down can be auditioned.


Audio Post-Production for Video and Film

Conventional audio for video and film post-production is a labor
intensive combination of library searches for source material, tape
loop fabrication. synchronization and dubbing.  Furthermore. much of
the work that goes into a specific project is not re-useable.    The
DSP   2002   can   be   configured  as  a  workstation  for  digital
recording/editing/syncing with an integral on-line library.  Set up
in this way, complex audio post-production projects can be managed
effectively by one engineer.

A typical application is producing the sound track for a  series  of
animated videotapes.    The audio engineer reviews the sound track
script, and locates his source material on audio tape, vinyl disk,
or film loop. Each audio source segment is then recorded in the DSP
2002 as a Soundfile with a name attached.    While watching the
videotape, SMPTE timecode cues are noted so they can serve as
punch-in/punch-out points in the DSP 2002. The Soundfiles are ready
to function as a random access on-line library of sound effects.

Operating in the editing mode, Editlists are defined to sequence the
desired portions of the Soundfiles.    Each Editlist is assigned
in/out times coinciding with the desired SMPTE cues. Soundfiles can
also be selectively "cut" and "spliced" into "tape loops", which are
then named in the Editlists. This feature allows a short portion of
a desired audio effect to extend as long as desired in time without
using significant amounts of storage. The edited and time-marked
Editlists are then ready to be triggered by either outside events
(switches). SMPTE timecode coincidence. or directly from the DSP

                *** Customer Support: (617) 354-0850 ***        -  -

APBU00155240

2002 keypad.  Since the Editlists occupy only a  small  fraction  of
the  storage  area,  thousands  of  sequences  can  be available for
instant re-call, creating the practical effect of a large  secondary
on-line library consisting of sequenced material and "tape loops".

A  major  advantage in editing audio for video using the DSP 2002 is
the ease with which the audio can be conformed to  video.    If  the
video  edits  are  rearranged  or  changed,  the corresponding audio
changes may be made on the DSP 2002 with little or no effort.    The
DSP  2002  completely eliminates the need for time consuming tape to
tape dubs.  For example, if the frame number of a  "door  slam"  has
changed,  one  need  only enter the new frame number in the Editlist
entry corresponding to the door slam.  Similarly,  if  a   scene has
been lengthened and the background music must also be lengthened, it
is easy to use the music editing and looping feature to lengthen the
music with a few keystrokes!

The final audio dub to master videotape is accomplished with the DSP
2002 in playback  mode.    SMPTE  timecode  from  the  videotape  is
constantly  read  by  the DSP 2002 through one of its communications
ports.   As  cue  points  are  hit,  the   cued-up   Editlists   are
automatically triggered, and the desired audio is continously output
at the XLR connectors.


Mixing

The DSP 2002 offers a number of options for stereo mixdown of stored
soundfiles.  For example, sound effects which overlap in time may be
mixed to the stereo output.  The number of soundfiles that  may  be
mixed  in real-time depends on the configuration of your system, the
format of the soundfiles, and the complexity of the edit list  being
performed.  By overlapping and mixing the playback of soundfiles, it
is possible to create a variety of effects and complex edit lists.


Acoustic Research and Signal Processing Applications

Many  problems  and  phenomena  currently  of  interest  in  various
academic, private and governmental institutions, can be investigated
effectively with the DSP 2002.  Among these topics are:

        *  audio signal analysis and enhancement
        *  Human acoustic perception
        *  Speech processing
        *  Encryption/decryption systems development
        *  Restoration of noisy analog recordings
        *  Seismic signal analysis
        *  Voice activated software
        *  Interactive learning systems development
        *  Computer voice-mail filing systems
        *  Hi-Fidelity audio system testing
        *  Computer music development

Solutions to problems in these areas can be facilitated by  the  DSP

APBU00155241

CompuSonics DSP2002   Preliminary User Manual              Version 1

2002's real time data acquisition and processing capabilities.
Users interested in such applications have access to the CompuSonics
Development Environment; a complete operating system interface and
compilers for "C" and "Fortran". With these tools, the research
oriented user can write his own programs, debug and run them on the
DSP 2002, the DSP 1000, or even other Unix-type machines.

For example, a development engineer at a computer aided  instruction
company wishes to develop micro-computer teaching software that
talks. Working with the DSP 2002, he creates voice files on a  DSP
1000 formatted diskette that contains spoken instructions.  Then, on
his company's own micro, he writes DSP 1000 operating commands  into
his educational program software. In actual operation, the teaching
computer seems to respond personally, by voice, to the student's
keyboard inputs.   The voice comes from the DSP 1000, controlled
through a standard interface cable.

APBU00155242

CompuSonics DSP2002   Preliminary User Manual           Version 1

Chapter 2

Assembling and Powering the System
""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""

Unpacking

Your new DSP 2000 is shipped in specially designed  containers  that
are numbered  in the sequence they should be opened.  Take care when
unpacking not to damage the container or  the  cushioning  material.
This  will allow re-use of the shipping boxes and cushioning should
you need to move your machine or re-ship it.  To open the  box,  cut
the  top  taped  seams  that  are sealed  with  tan colored tape as
indicated in illustration 1.   Inside  the  box  is  a  cushioning
assembly with handles at each end. · Carefully lift the DSP module in
its protective carrier. out of the box. as shown in illus 2.   Place
the  carrier  on  a  level surface adjacent to the place you want to
install the DSP 2000.

Unfold the carrier and place the DSP in the desired  position  on  a
desk or other  smooth,  level  surface  as  in. illus.   3.    Each
successive module may be placed directly on top of the  last.    The
only  restriction on placement is that at least 3 inches of free air
space should surround the stacked DSP modules  for  proper  cooling.
(see  illus  .)  For  rack  mounting refer to the rack mount hardware
instructions packed with the unit.

The packaging for the CRT unit varies depending  on  the  model  you
have purchased.  Typically, the CRT is packed in a molded foam lined
box.  The CRT and its keyboard are stowed  in  indentations  of  the
foam.   Lift the CRT directly out of its cushion, taking care not to
strike the glass face of the CRT on any nearby objects.

Once all the modules are unpacked, save the shipping containers in a
dry location.   These boxes and liners are the only factory approved
method of return for warranty service.  Should you  require  factory
service, and lack the shipping containers, new ones will be provided
at list price.

Inspecting for shipping damage

Make a visual inspection of each module, the CRT, keyboard, and  the
trackball array,  if  your system is equipped with one.  Inspect the
equipment for any dents, cracks, broken switches,  bent  connectors,
kinked cables  or  missing  keycaps.  Damage must be reported to the
shipping company immediately.  If you are uncertain who shipped  the
unit, contact  the  customer  service  dept.   at CompuSonics.
Otherwise, fill in and mail the warranty registration card.

Connecting up the system

Now that you have all the modules stacked, and the CRT, keyboard and
trackball  array  nearby,  it's time to plug all the parts together.
Notice that all the cords and cables that come with each part of the
system have  color  coded  dots  or numbers on each end (illus.  4).

            *** Customer Support: (617) 354-0050 ***       — —

CompuSonics DSP2002   Preliminary User Manual              Version 1

These color dots are also above or alongside the corresponding
socket or connection point on each unit.  Follow the dots to
interconnect the system.  Some of the connection points have
retainer bails that secure the cable end to the socket.  These
require a positive push to engage.  (illus 5.) Other cable ends will
only insert in one orientation.  The CRT to keyboard cable is a
coiled type that may be stretched when in use.  Take care however,
not to stretch it across a sharp edge.

The audio connectors are standard XLR type with the following pin
assignments:

            pin 1        Ground
            pin 2        Positive
            pin 3        Negative

Since XLR cables may be constructed differently, verify that the
wiring pattern in your cables is as shown in illus 6 before
connecting to the DSP 2000.

The power strip

An AC power distribution and circuit breaker strip is supplied with
your system that is equipped with voltage spike suppressors and line
filters.  CAUTION! Verify that the on/off switch on the power strip
is off before proceeding.  Each module of the system, the CRT and
the trackball array should be plugged into this strip.

The power strip itself must be plugged into its own 15 amp grounded
circuit.  This helps isolate the audio computer from electrical
noise. If there is any question about the quality or capacity of
the supply circuit, test it!  The supply should be capable of
supporting 1500 watts of load continuously at no less than 110
volts. "Brown-out" conditions can severly damage your system.  If
low voltage conditions are anticipated, a UPS must be used.

Power up/down procedure.

The DSP 2000 requires a specific sequence of actions for both
powering up and powering down the system.  The power up sequence is:

1)  Make sure the power strip, CRT, and CPU module is turned off and
the analog box power cable is unplugged.

2) Turn the power strip on.

3) Turn on the terminal.  After the terminal has been turned on,
push the LOCK key on the keyboard once.  That will put the terminal
into lower-case mode (It is in upper-case mode by default after
power up).   The LOCK key toggles the terminal mode from lower-case
to upper-case.  Most commands you will use are in lower-case
characters (see Chapter 3).

4) Turn on the CPU module.  You should hear the fans turn on and the
disk drive start spinning.

                *** Customer Support: (617) 354-8050 ***      - -

CompuSonics DSP2002    Preliminary User Manual              Version 1

CAUTION! Listen for the chirps of the disk drive(s) starting up.
If you hear a loud buzzing instead, turn off the module, wait 5
minutes and try again. If the buzzing comes back, shut down and
call the Service Center.

5) Plug in the analog box. You should hear its fan start up.

6) At this point, you should see a message on the screen with a
right arrow prompt ">". You are ready to boot up the system to
the operating system. See Chapter 3, "Getting Acquainted", for
how to proceed.

CAUTION!    Allow  10  minutes for the system to warm up before using
it.

Power down procedure:

1) If you are operating an audio program, you must first exit the
program.   See the operational description of the audio program you
are using for the correct procedure to exit..

2) If you have just exited an audio program, or if you are at the
Regulus operating system level, then type the command:

sync

and then type the command:

stop

(Be sure you hit RETURN after typing each command).  The Probug
prompt ">" should now appear on the screen.

3) Unplug the analog box.

4) Turn off the CPU box.

5) Turn off the terminal.

6) Turn off the power strip.


WARNING: After you have powered down the system, PLEASE WAIT AT
LEAST 10 MINUTES BEFORE POWERING IT UP AGAIN.

*** Customer Support: (617) 354-0050 ***

CompuSonics DSP2002 · Preliminary User Manual          Version 1

                            Chapter 3

Getting Acquanted
"""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""

Basic Parts of The System:              ¦---------------------------¦
                                        ¦ drawing of system         ¦
      AD/DA module                      ¦---------------------------¦
      CPU module
      Terminal

Taking Care of the System:

      Environmental considerations
      Cleaning the modules

Starting the System (Booting):

Before reading the following, please be sure you have powered up the
DSP 2002 according to the checklist in Chapter 2. Failure to follow
the correct procedure may result in damage to the equipment.

Starting up the system's software is referred to as "booting" the
system because the initial process is one of bootstrapping the
computer's operating system program from disk into RAM.     The
operating system is the main program the computer uses to control
the entire machine and its functions. When first powered up, the
only operating instructions the DSP 2002 contains are those
necessary to load its operating system into RAM. The bootstrap
program, called "Probug" is always present in solid state
non-volatile memory on the main CPU circuit board. The ">" prompt
on the CRT display is from Probug. Absence of the ">" on the CRT
indicates that a problem exists which will make it impossible to use
the system until corrected. (see troubleshooting, page X). It's a
good idea to allow the equipment a 10 minute warm-up period prior to
booting. This will allow the disk drive to reach a stable operating
temperature.

WARNING: If your system has a peripheral serial device connected to
the serial port J2 on the back of the DSP 2002 CPU box, and the
serial device broadcasts a messages when powered up (such as the BTX
Shadow), then either disconnect J2 or turn off the power on the
peripheral device before proceeding with the next step.

To boot the system, type:

e800.

The hard disk drive will become active, and shortly thereafter, you
should see a message appear on the screen similar to this:

REGULUS 4.2B 10/25/84 #11473 No MMU
Copyright Alcyon Corp.
@(#) Version of Fri Jun 21 05:26 1985
sys/non/wst 420k/604k/699

            ***  Customer Support: (617) 354-0850  ***        -    -

Case 3:06-cv-00019-MHP   Document 151-21   Filed 08/28/2007   Page 15 of 41

CompuSonics DSP2002   Preliminary User Manual               Version 1

The numbers and dates in the message may be different depending on
the serial number of your operating system and the date it was made.

As soon as you have completed this stage, you have entered the
Regulus operating system. The operating system is ready for you to
type a command or name of a program to run. A command is entered by
typing the name of the command and then hitting the RETURN key. The
DSP 2002 will then execute the program you have requested.

(If you disconnected J2 or powered down a peripheral device
connected to J2 as described in the warning above, you may now plug
the device back in or turn it on again).

If you make a mistake typing the name of a command, you can use the
BACK SPACE key to back up and erase the unwanted characters, or you
can erase the entire line by typing CTRL-U. To type CTRL-U, just
hold down the CTRL key while pressing the "u" key.

The operating system makes a distinction between lower case and
upper case characters from the keyboard. Most commands are spelled
using lower-case letters. Make sure that the keyboard is set for
lower case.  If it is not, press the LOCK key on the keyboard. The
LOCK key toggles the keyboard input between lower and upper case.
(Remember that when the terminal is first powered on, it is in upper
case mode, so the first thing you should do after powering up the
terminal is push the LOCK key to put it back into lower case mode;
see power-up procedure in chap. 2).

Now try typing a command to the operating system.  One command is
the "date" command, which reports the current time and date, or
allows you to set them if you have just powered up. To find out the
date on the system, just type

date

and then hit the RETURN key.  The operating system will respond with
a message something like:

Wed Aug 14 22:46:30 1985

If you have just powered up the system or booted it up, the date
will probably be wrong and you will have to enter a new date. To do
this, just type:

date mm/dd/yy hh:mm:ss

where mm is the number of the month (08 is August), dd is the date
of the month (like 14), and yy is the last two numbers of the year
(like 85 for 1985). Similarly, hh is the hour of the day on a
twenty-four hour clock (00 to 23), mm is the minute in the hour (00
to 59), and ss is the second (00 to 59). Therefore, to set the date
to, say, 28 seconds before midnight on October 31, 1985, just type

date 10/31/85 23:59:32

                .*** Customer Support: (617) 354-0050 ***      -  -

APBU00155247

CompuSonics DSP2002  Preliminary User Manual           Version 1

and then hit RETURN.    The  operating system has a built in clock
which automatically keeps track of the time.  Now if you  type  the
"date"  command,  the  system will report the time and date based on
the way you "set the clock".

To learn more about the various Regulus  operating  system  commands
and their use, refer to Chapter 6, "Using the Operating System".

The audio programs on the CompuSonics DSP 2002 are entered by typing
a command to the operating system, just  like  the  "date"  command
above.   For  example,  the command to run the video post-production
audio editing program is called "autoplay". Now that you  know  how
to  enter commands to the operating system, you are ready to run the
various audio programs on the DSP 2002.   At  this  point,  you  may
proceed  with  the  tutorial  audio program described below, or go
directly to Chapter 5 and run one of the  audio  programs  described
there.

CompuSonics Presents....The DSP 2002!

     Intro to tutorial program

Learning The Controls:

     The TTY keyboard             |---------------------------|
          key descriptions        | drawings of keyboard      |
          cursor operations       |---------------------------|

     The CRT Displays             |---------------------------|
          menus                   | drawings of displays      |
          screens                 |---------------------------|

Controls Reference:

     Charts of controls/keys per program  |---------------------------|
                                           | drawings per program      |
                                           |---------------------------|

Taking Care of Disks:

     How to handle floppies       |---------------------------|
          storage of floppies     |  drawings of handling     |
          marking on floppies     |---------------------------|

          *** Customer Support: (617) 354-0050 ***

APBU00155248

CompuSonics DSP2002 · Preliminary User Manual                Version 1

Chapter 4

How It Works
""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""

This chapter is an "inside" look at how the DSP 2002 does its job.
If bits and bytes leave you cold, you may want to pass by.

Hardware Modules

The DSP 2002 is a modular system: built up from components in a
structured way.   The block diagram (illus) provides an outline of
the whole system and each module in it.   Typically, there are 3
modules,  Input/Output, CPU, Music Workspace (disks and controller),
plus the user interface (terminal).  The DSP 2002 has two separate
boxes:  One box contains the input/output module, and the other
contains both the storage module and the cpu module combined.    In
large systems there will probably be more storage modules and in
some applications, more user interfaces.

I/O Module

Sound enters and leaves the DSP 2002 through the I/O module.    When
the audio signal enters the module via the XLR connector it passes
into the signal conditioning circuit board.  Here, the signal is
amplified to the range required by the system and filtered by
anti-aliasing filters to remove any out of range frequencies.    The
audio signal is then passed to the analog to digital conversion
circuit board. Analog signals are essentially a constantly varying
electrical current.   The analog to digital conversion process is
simply a highly accurate, very fast series of voltage measurements.
Fifty thousand times per second the signal in each channel is
measured, and the resulting numbers converted into 16 bit binary
words.   This process yields a stream of data at the rate of 800,000
bits per second per channel. The data is then passed to the CPU
module.

The I/O module must also handle the data coming the other direction,
from the CPU module and through the ouput XLRs.    Each channel of
audio data coming from the CPU is the exact same 800,000 bits per
second that was sent to the CPU, unless a data reduction process has
been run in the CPU module. If data reduction is in effect, the
800,000 bits per second coming back from the CPU will be a very
close representation of the original data.  This stream of bits is
composed of the same 16 bit words that were created on the input
side of the process. These 16 bit numbers are used to control the
level of the output current. A new output current level is set
50,000 times per second per channel. creating an analog signal
virtually identical to the original. However, since this operation
is inherently discrete 50,000 times per second, the output wave form
contains flat spots that make it look like an ascending and
descending staircase. The job of removing the flat spots, smoothing
the signal, is accomplished by the filter circuit board's output
section.   Here, anti-image filters remove any components from the
reconstructed analog signal's frequency spectrum that are above the

APBU00155249

range of human hearing.  Since the "staircase" effect created at the
digital to analog conversion is at 50 Khz, it is easily filtered out
without any audible side effects or residue.

The final stage of output processing is amplification to the proper
line level.  This is accomplished by the signal conditioning circuit
board.

CPU Module

In one respect the name CPU module is not 100% accurate, since it
implies that there is one processor in the module.  Depending on the
system's number of channels, there may be more than a dozen
microprocessor chips at work in the CPU module.  The block diagram
illustrates a DSP 2002 with 4 processors.  Two of these chips are on
the circuit board labelled "2x320" (these are installed in the
CompuSonics DSP 2002 version 2 release).  These are the signal
processing chips, usually assigned 1 per input or output channel.
The signal processors handle functions such as digital mixing, level
control, panning and equalization.

The Motorola 68000 series microprocessors are employed by the DSP
2002.  The "host" circuit board uses a 68000 to do the housekeeping
for the entire machine.  "Regulus", the operating system, lives on
this circuit board and undertakes such tasks as memory allocation,
file handling, timekeeping, password maintenance and the like.
Consider this circuit board the traffic cop of the DSP 2002's data
flow.  This circuit board, called the CPU board, handles commands
and user input, directs the signal processors and disk controller,
and shovels audio data between the disk controller and the signal
processors while recording or playing audio.  Color graphic
displays, which are optional on the DSP 2002, are generated by
another special purpose microprocessor, the NEC 7220, and a graphics
software program.  The graphics hardware, if included with the
system, resides on the CPU board.

The CPU module houses the interface to the I/O module.  These
circuit boards accept the digital audio data from the I/O module
during recording and place the data on the data bus, or on playback,
accept data from the bus and forward it to the I/O module for D/A
conversion.

APBU00155250

## Chapter 5

Guide to the Audio Programs
"""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""

The audio programs available on the DSP2002 are described in this
chapter. Each section is titled with the name of the program. For
example, the "autoplay" program is described in the section called
"autoplay" in this chapter.

This chapter assumes you have read Chapter 2, "Assembling and
Powering the System", and Chapter 3, "Getting Acquainted". Make
sure you have booted to the Regulus operating system, and that you
are ready to enter a command. Review Chapter 3 if you are
uncertain.

All the audio programs are entered by typing the name of the program
to the Regulus operating system, and then hitting the RETURN key.
Make sure you type lower case letters and upper case letters
distinctly, as given in the name. For example, to run the
"autoplay" program, you must type "autoplay", not "Autoplay" or
"AUTOPLAY". Before trying to run another program, make sure you
first exit the program you are running by following the exit
procedure described in the audio program description.

APBU00155251

CompuSonics DSP2002   Preliminary User Manual              Version 1

                          autoplay


"autoplay" is an on-line digital stereo audio record/playback
program. Included in autoplay are soundfile management and SMPTE
time code triggered edit list creation capabilities. The program
can also be controlled externally via RS422 SMPTE/EBU protocol.

The autoplay program allows the user manipulation of sound recorded
to hard disk through several special purpose menu screens.

          I. RECORD
             Sound is recorded to hard disk.

         II. TRIM
             Unwanted sound can be removed from disk.

        III. EDIT screens
             Edit lists can be created and filled with
             SMPTE time code referenced sound segments
             for stereo mastering or for layback to
             multitrack.

        *IV. CROSSFADE
             Sequential edits can be crossfaded.

         *V. SONY 1610 INTERFACE
             Edit lists can be recorded out digitally
             onto videotape or digital audio loaded in
             from tape using a Sony 1610 digital audio
             encoder/decoder.

     * Not yet implemented

Certain constructs need to be explained before describing the
specific functionality of each screen.    Sound segments, when
recorded into the system in the RECORD screen, are given an
identifying name and are then placed in a master list called the
SOUNDFILE DIRECTORY.    Sound segments recorded into the system are
called SOUNDFILES. Each soundfile in the Soundfile Directory maps
to the locations on the disk where the sound is stored. Soundfiles
are necessarily unique since only one sound can be recorded in any
given location.   The soundfiles can be trimmed of unwanted material
in the TRIM screen.

Another master list is the EDIT LIST DIRECTORY. In this directory
are the user's EDIT LISTS. The EDIT LIST DIRECTORY screen allows
the user to create new or open pre-existing Edit Lists. These lists
contain soundfiles saved over to the list in the EDIT DECISION LIST
screen or edits created in the EDITOR Screen. There are therefore
three types of list items: 1) SOUNDFILES in the SOUNDFILE
DIRECTORY. 2) EDIT LISTS in the EDIT LIST DIRECTORY. 3) EDITS in

               ***  Customer Support: (617) 354-0050  ***     - -

APBU00155252

CompuSonics DSP2002  Preliminary User Manual                Version 1

EDIT DECISION LISTS.    Furthermore,  there  is  only one SOUNDFILE
DIRECTORY, one EDIT LIST DIRECTORY, and as many EDIT LISTS as a user
creates.    The  standard  procedure  to follow in developing an Edit
List would be to open an Edit List, then save soundfiles over to the
list  either  unchanged from the EDIT DECISION LIST screen, or after
editing in the EDITOR Screen.  For a summary of the procedure and  a
pictorial outline of the menu screens used see Figure 1.


                            SCREEN LAYOUT

Each CompuSonics user menu screen is accompanied by a keypad graphic
on the CRT which maps to the numeric keypad on the right side of the
alphanumeric keyboard    supplied  with  the  system.    The  graphic
representation of a keyboard key will be called  a  button  in  this
documentation.    References  to keys are to the physical keys on the
alphanumeric keyboard.  Each button has a short label indicating its
functionality.    For  instance,  in most screens the 5 key on the
numeric keypad maps to the PLAY button on the CRT screen.    Buttons
mapped to  keys with shifted output get two labels.  The upper label
indicates the button's function when shifted.  Most buttons will  be
highlighted  in  reverse  video  after  being  pressed  and  while
performing their function.

All the menu screens present the user with a list.  In some  screens
there are  two  lists.    The DSP 2002 keeps sound cued at all times.
The reverse video cursor in each list indicates  which  soundfile,
edit list, or edit is cued.  If there are two lists on a screen, it
is also necessary to look at the list title above  the  list  for  a
reverse video indicator.    The  list with its title highlighted in
reverse video is the currently cued list.  All button functions will
be executed on the item cued in that list.  To cue the opposite list
use the <> button.  The title of  the  second  list  will  now  be
highlighted to  indicate  that  it  is  the currently cued list.  To
perform button functions on the soundfile, edit list, or edit you're
interested in,  simply cue up the item by toggling the list cue and
using the UP and DOWN buttons to  cue  it  with  the  reverse  video
cursor.

The QUIT button is present on most menus and returns the user to the
previous screen.  When it is not present type the 'x' key to  quit
(particularly  in  the  Edit  List  Directory  and  Editor screens).
Typing the 'x' key twice from the Edit List Directory  screen  exits
the autoplay user interface program.


To enter  the  autoplay  program from the Regulus operating system,
just type

autoplay

and hit the RETURN key.  (Refer to Chapter 3, "Getting  Acquainted",
for examples of how to enter commands to the operating system).  The
program will now automatically start up in the EDIT  LIST  DIRECTORY

                *** Customer Support: (617) 354-0058 ***              - -

APBU00155253



APBU00155254

CompuSonics DSP2002   Preliminary User Manual                Version 1

screen.    You may either use the EDIT LIST DIRECTORY screen, or move
to another screen like RECORD or any of the other screens  described
below. Figure 1  illustrates  how  to  move  between screens.   The
descriptions given below describe specific screen functionality  and
controls.

APBU00155255

CompuSonics DSP2002  Preliminary User Manual                Version 1

EDIT LIST DIRECTORY screen

The EDIT LIST DIRECTORY screen is the first screen the user
encounters upon entering the autoplay program. The user can access
the RECORD, TRIM, and EDIT DECISION LIST screens from here by
pressing the appropriate button. The user must first cue an Edit
List before pressing the OPENEDL button and entering the EDIT
DECISION LIST screen.

EDIT LIST DIRECTORY screen function buttons

1) DEL
   Delete edit list from Edit List Directory.

2) TRIM
   Go to TRIM screen

3) < >
   Toggle list cue between Soundfile Directory
   and Edit List Directory.

4) OPENEDL
   Open currently cued Edit List. Go to
   EDIT DECISION LIST screen.

5) ^UP
   Scroll up through the currently cued list
   by five items.

6) UP
   Scroll up through the currently cued list
   by one item.

7) REC
   Go to RECORD screen.

8) PLAY
   Playback of currently cued soundfile.

9) NEWEDL
   Create new Edit List. Enter name after prompt
   and <CR> when satisfied.

10) ^DOWN
    Scroll down through the currently cued list
    by five items.

11) DOWN
    Scroll down through the currently cued list
    by one item.

12) STOP
    Stop playback of soundfile.

13) JUMP

*** Customer Support: (617) 354-0050 ***

Enter list index number for immediate
jump to numbered location in currently
cued list.

14) QUIT
Start exit from autoplay back into
operating system. Prompts for 'x'
key to actually exit.

15) 'x' key
Hit twice to exit autoplay routine and
return to operating system.

APBU00155257

CompuSonics DSP2002  Preliminary User Manual              Version 1

## RECORD screen

Recording sound into the DSP 2002 is a simple task.  After
connecting the stereo inputs and outputs (input #2 for mono), press
the INPUT button to hear the source.  Press STOP to cut input, then
use the UP or DOWN buttons to position the reverse video cursor on a
<FREE> spot.  Toggle the CHNLS button to choose between mono and
stereo recording.  There will be a message at the bottom left of the
screen indicating the number of channels currently chosen.    Press
the REC button to start recording.  The button will be highlighted
in reverse video while recording.  Hit STOP to end recording.   The
menu will prompt for a name.  Use the alphanumeric keyboard to enter
the soundfile name.  Up to 32 alphanumeric characters are allowed in
titling the soundfile.   Hit the RETURN key (<CR>) when satisfied
with the soundfile name.  To play the soundfile, press the PLAY
button.  To stop hit STOP.

      RECORD screen function buttons

      1) TRIM
            Go to the TRIM screen.

      2) DEL
            Delete currently cued soundfile from the
            Soundfile Directory.

      3) INPUT
            Monitor source sound coming into DSP 2002.

      4) ^UP
            Scroll up through the currently cued list
            by five items.

      5) UP
            Scroll up through the currently cued list
            by one item.

      6) REC
            Start recording input to hard disk in
            currently cued <FREE> slot of Soundfile
            Directory.

      7) PLAY
            Playback of currently cued soundfile.

      8) CHNLS
            Toggle allowing selection between stereo
            and mono recording.

      9) ^DOWN
            Scroll down through the currently cued list
            by five items.

      10) DOWN
            Scroll down through the currently cued list

         ***  Customer Support: (617) 354-0058  ***

APBU00155258

by one item.

11) STOP
Multi-purpose stop of playback, recording,
and input.

12) JUMP
Enter list index number for immediate
jump to numbered location in Soundfile
Directory.

13) QUIT
Return to EDIT LIST DIRECTORY screen.

*** Customer Support: (617) 354-0050 *** — —

APBU00155259

EDIT DECISION LIST screen

The EDIT DECISION LIST screen provides functions for editing Edit
Lists. playing back Edit Lists synced to time code, and other useful
Edit List manipulations.   In addition sounds to be edited in the
EDITOR screen are chosen here.


        EDIT DECISION LIST screen function buttons

    1) DEL
        Delete Edit from Edit List.

    2) < >
        Toggle list cue between Soundfile Directory
        and Edit List.

    3) SF>EDIT
        Save currently cued soundfile to
        Edit List. Either enter new name <CR>
        after prompt or just <CR> for same
        name.

    4) EDIT
        Select currently cued soundfile or edit for
        editing in the EDITOR screen.


    5) ^UP
        Scroll up through the currently cued list
        by five items.

    6) UP
        Scroll up through the currently cued list
        by one item.

    7) REPEAT
        Repeat currently cued soundfile or edit.
      · User prompted for number of times to
        repeat and delay time in between repeats.

    8) PLAY
        Playback of currently cued soundfile or
        edit.

    9) PLAYL
        Play Edit List sequentially from top to bottom.

    10) ^DOWN
        Scroll down through the currently cued list
        by five items.

    11) DOWN
        Scroll down through the currently cued list
        by one item.


        ***  Customer Support: (617) 354-0058  ***        -  -

CompuSonics DSP2002   Preliminary User Manual                    Version 1

    12) PERFL
        Perform Edit List playback in sync to SMPTE
        timecode from external time code source.

    13) STOP
        Stop playback of soundfile or edit.

    14) JUMP
        Enter list index number for immediate
        jump to numbered location in currently
        cued list.

    15) QUIT
        Return to EDIT LIST DIRECTORY screen.

*** Customer Support: (617) 354-0050 ***

APBU00155261

EDITOR screen

To enter the EDITOR screen, choose a soundfile or an existing edit in the EDIT DECISION LIST screen, and then press the EDIT button. The list portion of the screen will be filled with the current Edit List and the EDIT WINDOW will appear in the bottom left of the screen. The name of the segment chosen to be edited will appear in the window along with its edit parameters.

The EDITOR screen is designed to facilitate the modification and rehearsing of edit parameter settings. An infinite variety of settings can be rehearsed before a decision need be made to save the edit. Edit parameters are directions for playing back sound from the disk. In and out points, number of times to loop, and video sync point are all parameters, or instructions, that the computer follows when playing back an edit.

The various displays in the Edit Window reveal the current value of an edit parameter. All time displays are in SMPTE time code format. The current position display indicates position within the edit segment. Hitting the PLAY button will always start playback from the current position to the end of the edit. There are four other time displays surrounding the current position display: IN, OUT, LOOPIN, LOOPOUT. To set any one of these displays, move current position to the desired location and press the corresponding button. For example, to set IN to 00:00:02:00, move current position to 00:00:02:00 and press AUDIN. The IN display should now say 00:00:02:00.

Movement through the sound can be accomplished several ways. The simplest way is to press PLAY and allow the 2002 to play up to the point you're interested in, then press STOP. The current position display will reflect the new location. The second way is to use the shuttle buttons: << and >>, coupled with the ^FINE/FINE/COARSE/^COARSE button. The shuttle buttons move the current position forward or backwards in varying increments. These movements are accompanied by a short burst of sound to aid the ear in locating edit points. The final method involves the GOTO, HEAD, and TAIL buttons. These buttons allow instant movement to specific points in the edit. See the button function descriptions below.

After changing the edit parameters to a desired setting the REH button should be pressed. REH stands for "rehearse" and pressing this button readies the computer for playback of the edit according to the currently active edit parameters specified in the Edit Window. This ready state is indicated by the reverse video highlighting of the REH button. Pressing the PLAY button immediately following rehearse starts playback of the edit. REH/PLAY is different from PLAY in that playback does not start from the current position, instead starting at the audio in point defined in the edit parameter list.

A basic scenario might include the following:

    1) Setting audio in and out points.

            ***  Customer Support: (617) 354-0050  ***          - -

2) Setting loopin, loopout, and loop count.

3) Setting a video sync point with a sync offset.

4) Saving an edit.

Move current position to the point desired by pressing PLAY and then
STOP. Current position display reads 00:00:08:22. Press AUDIN to
set the audio in point to the current position. The IN display
should read 00:00:08:22 also. Now press GOTO. The GOTO button will
light up and wait for a destination (see GOTO button description
below for choices available).   Press GOTO again. A prompt will
appear for entering a destination point in time code format.   Enter
1515.   Leading zeros can be omitted and colons aren't necessary.
Hit the return key.    Current position should read  00:00:15:15.
Press AUDOUT  to  set  the  audio out point at 00:00:15:15.  The OUT
display should display this value.

To listen to this edit press REH, then PLAY.   This  combination
instructs  the  computer  to  playback from IN to OUT with any other
edit parameters active also.  After playback change OUT.  Adjust the
shuttle setting  for forward/reverse  motion to FINE.  Set the edit
point selection mode to OUT by  toggling  the  appropriate  button.
Press << to  move current position back three frames.  The burst of
sound will start a little before and end on  the  current  position.
Press  AUDOUT  again  to  set  the audio out point to its new value,
00:00:15:12.  REH/PLAY for the result.

Setting up loops is quite similar to setting up edits.  Specify loop
in  or  loop  out  points  using  the LPIN and LPOUT buttons and the
current position display. There are a  few  restrictions,  however.
The loop  range  and  the  edit range must overlap.  In other words,
LPIN must be before OUT and LPOUT after IN so that  the  two  ranges
have  at  least  some  sound  in common to avoid a discontinuity. On
REH/PLAY, sound starts playing from IN and ends at OUT.  If the loop
count, LPCNT, is non-zero, sound still starts at IN but now plays to
LPOUT and branches back to LPIN LPCNT times before playing on to OUT
and ending.    Regardless  of looping, sound will always start at IN
and end at OUT on REH/PLAY, even if it loops in between.  The  RESET
button  allows  the  individual  or  group resetting of the AUDIN,
AUDOUT, LPIN, and LPOUT buttons and is  quite  useful  in  remedying
tangled ranges.

To  set  a video sync point, press the VIDSYNC button if a time code
reader is serially interfaced on the second RS232 port on  the  back
panel of the CPU unit.  The time code value will be displayed in the
VIDSYNC display.  To enter a time code manually, hold down the  ctrl
key and press the s key.  A prompt will appear for the new value.

The  time  code  value  displayed in VIDSYNC is referenced to the IN
point of the edit.  To get the edit to trigger on  the  SMPTE  code
value press the PERF button.  PERF will light up indicating that the
2002 is monitoring time code coming in over  the  serial  interface.
If  the time code is greater than the video sync point the edit will

                 *** Customer Support: (617) 354-0050 ***         -  -

automatically trigger, otherwise it will wait until the correct time
code is read and then play.    This process assumes that the
interfaced reader is actually sending out valid code of course.

The sync offset feature allows sound to start at IN but be synced to
a point in the middle of the edit. After setting IN move current
position to the audio sync point in the middle of the edit.    By
pressing SYNCOFF at this point the 2002 will calculate the offset
between the current position (audio sync) and the IN (start of edit)
and subtract this time value from the video sync point to yield a
new trigger point. This updated trigger point is displayed in the
SYNC OFFSET display of the Edit Window. The IN point of the edit
syncs to SYNC OFFSET and the current position, or audio sync, syncs
to VIDEO SYNC.

The next step after completing an edit involves saving the edit
parameters into an Edit List. One enters the EDITOR screen by
pressing the EDIT button from the EDIT DECISION LIST screen with
either a soundfile or edit cued. In the Edit Window of the EDITOR
screen by the title of the edit segment is an indicator of which
list the edit came from, the Soundfile Directory or the Edit List.
When saving edits of soundfiles the SAVEDIT button will append the
saved edit onto the end of the currently open Edit List diplayed
above the Edit Window.    Saving edits of existing edits yields a
different situation. A choice must be made between saving the edit
as a modification of an existing edit or saving it as a new edit.
In the first case the edit is saved back into its former position in
the list, while in the latter it is appended onto the end of the
edit list.

        EDITOR screen function buttons

        1) LPIN
            Set loop in point from current position
            register.

        2) LPCNT
            Set number of times to loop segment
            specified by loop in and loop out.
            Number refers to number of times to
            repeat loop section after its initial
            play.

        3) LPOUT
            Set loop out point from current position
            register.

        4) VIDSYNC
            Video sync set. Grabs video time code
            number from time code equipment and
            references start of edit to that code.

        5) SYNCOFF
            Calculates offset from current position
            register and audio in point and subtracts

            ***  Customer Support: (617) 354-8050  ***        -  -

APBU00155264

        this offset from the video sync point.
        to get Sync offset point. The edit will
        now be triggered at the Sync offset point
        and the current position will occur at
        the Video sync point.  This feature allows
        you to find a sync point in the middle of
        an edit and match that to a video sync point
        by calculating where the edit should start
        playing in order for the current audio
        position sync point to match the given
        video sync point.

    6) ^FINE / FINE / COARSE / ^COARSE
        Adjust shuttle setting for forward and
        reverse motion through sound via << and >>
        shuttle buttons:

            ^FINE:     subframe
             FINE:     3 frames
            COARSE:    1 second
            ^COARSE:  10 seconds

    7) AUDIN
        Set audio in point from current position
        register.

    8) AUDOUT
        Set audio out point from current position
        register.

    9) HEAD
        Set current position register to start
        of edit.

    10) GOTO
        Enable GOTO mode which maps keypad to
        specific GOTO functionality.  The
        following buttons are enabled:

        a) AUDIN
            Set current position to audio in point.

        b) AUDOUT
            Set current position to audio out point.

        c) GOTO
            Query the user for destination current
            position.  Enter in SMPTE time code
            format.

        d) LPIN
            Set current position to loop in point.

        e) LPOUT
            Set current position to loop out point.

    *** Customer Support: (617) 354-0050 ***         -  -

CompuSonics DSP2002 · Preliminary User Manual                    Version 1

  f) QUIT
   Exit GOTO mode.

 11) <<
  Reverse shuttle through sound accompanied
  by a short burst of audio.

 12) >>
  Forward shuttle through sound accompanied
  by a short burst of audio.

 13) IN / OUT / WINDOW
  Toggle button allowing variable edit point
  selection modes. IN mode sets shuttle
  burst to START at current position and
  play a little beyond. OUT mode sets
  shuttle burst to start slightly before
  and END on current position. WINDOW
  allows you to play from an IN point
  while varying current position so that
  the shuttle burst window of sound
  starts from IN and plays to current
  position. This edit selection mode
  is useful for isolating short sound
  segments such as words.

 14) cntrl s
  Manually set VIDEO SYNC.

 15) RESET
  Enable RESET mode which maps keypad to
  specific RESET functionality. The
  following buttons are enabled:

  a) AUDIN
   Set audio in point to start of edit.

  b) AUDOUT
   Set audio out point to end of edit.

  c) RESET
   Set all in points to beginning of
   edit, all out points to the end.

  d) LPIN
   Set loop in point to start of edit.

  e) LPOUT
   Set loop out point to end of edit.

  f) QUIT
   Exit RESET mode.

   *** Customer Support: (617) 354-0050 ***

APBU00155266

CompuSonics DSP2002  Preliminary User Manual          Version 1

16) PLAY
    Playback of currently cued soundfile.
    starting from current position and playing
    through end of soundfile.

17) REH
    Enable rehearse mode which maps keypad to
    specific REH functionality. Cue up sound
    for playback according to edit parameters
    specified in Edit Window. The following
    buttons are enabled:

    a) PLAY
       Playback of edit according to parameters
       specified in Edit Window.

    b) QUIT
       Exit REH mode.

18) TAIL
    Set current position register to end of
    edit.

19) SAVEDIT
    Save edit with parameters to Edit List.

20) PERF
    Trigger edit with parameters active on
    its SMPTE time code sync point.

21) STOP
    Stop playback.  Current position becomes
    point where playback stops.

22) QUIT
    Return to EDIT DECISION LIST screen.

*** Customer Support: (617) 354-0050 ***

APBU00155267

CompuSonics DSF2002  Preliminary User Manual            Version 1

### TRIM screen

The TRIM screen allows the user to eliminate unwanted material  from
the disk  by  trimming  soundfiles.     The  screen is similar to the
EDITOR screen in functionality except that edits  executed  in  this
screen  reflect  directly  back  to the sound stored on disk and are
therefore irreversible. Therefore care should be taken in  trimming
soundfiles.    The  procedure  involves  selecting  audio  in and out
points on a soundfile and then saving the new "trimmed" version  The
disk space belonging to the excess sound is now free for recording.

        TRIM screen function buttons

    1) ^FINE / FINE / COARSE / ^COARSE
        Adjust shuttle setting for forward and
        reverse motion through sound via << and >>
        shuttle buttons:

            ^FINE:    subframe
             FINE:    3 frames
           COARSE:    1 second
          ^COARSE:    10 seconds

    2) SAVSF
        Save trimmed soundfile back to Soundfile
        Directory.

    3) AUDIN
        Set audio in point from current position
        register.

    4) AUDOUT
        Set audio out point from current position
        register.

    5) HEAD
        Set current position register to start
        of soundfile.

    6) GOTO
        Enable GOTO mode which maps keypad to
        specific GOTO functionality.  The
        following buttons are enabled:

        a) AUDIN
            Set current position to audio in point.

        b) AUDOUT
            Set current position to audio out point.

        c) GOTO
            Query the user for destination current
            position.  Enter in SMPTE time code
            format.

        *** Customer Support: (617) 354-0050 ***       — —

CompuSonics DSP2002  ·Preliminary·User Manual                Version 1

        d) QUIT
            Exit GOTO mode.

    7) <<
        Reverse shuttle through sound accompanied
        by a short burst of audio.

    8) >>
        Forward shuttle through sound accompanied
        by a short burst of audio.

    9) IN / OUT / WINDOW
        Toggle button allowing variable edit point
        selection modes.  IN mode sets shuttle
        burst to START at current position and
        play a little beyond.  OUT mode sets
        shuttle burst to start slightly before
        and END on current position. WINDOW
        allows you to play from an IN point
        while varying current position so that
        the shuttle burst window of sound
        starts from IN and plays to current
        position.  This edit selection mode
        is useful for isolating short sound
        segments such as words.

    10) REC
        Go to RECORD screen.

    11) PLAY
        Playback of currently cued soundfile.
        starting from current position and playing
        through end of soundfile.

    12) REH
        Enable rehearse mode which maps keypad to
        specific REH functionality. Cue up sound
        for playback according to edit parameters
        specified in Trim Window. The following
        buttons are enabled:

        a) PLAY
            Playback of edit according to parameters
            specified in Edit Window.

        b) QUIT
            Exit REH mode.

    13) TAIL
        Set current position register to end of
        soundfile.

    14) STOP
        Stop playback.  Current position becomes
        point where playback stops.


        ***  Customer Support: (617) 354-0050  ***

CompuSonics DSP2002  Preliminary User Manual                    Version 1

    15) RESET
        Enable RESET mode which maps keypad to
        specific RESET functionality. The
        following buttons are enabled:

        a) AUDIN
            Set audio in point to start of edit.

        b) AUDOUT
            Set audio out point to end of edit.

        c) RESET
            Set all in points to beginning of
            edit, all out points to the end.

        d) QUIT
            Exit RESET mode.

    16) QUIT
        Return to EDIT LIST DIRECTORY screen.

*** Customer Support: (617) 354-0050 ***

APBU00155270

CompuSonics DSP2002 Preliminary User Manual          Version 1

## KNOWN BUGS

1) Edits relating back to deleted soundfiles are known to yield invalid results on playback or when edited and therefore should be backed up and deleted.

*** Customer Support: (617) 354-0050 ***

APBU00155271

CompuSonics DSP2002   Preliminary User Manual              Version 1

## Loading an update floppy

To  load an update floppy just insert the floppy in the floppy drive
on the front of the CPU module and latch the lock arm down.    The
unfolded surface of the floppy should face up.   Type

        cd /
        installdisk

to transfer the contents of the update floppy to the hard disk.

*** Customer Support: (617) 354-0050 ***      -  -

APBU00155272

CompuSonics DSP2002   Preliminary User Manual                Version 1

## sndbackup, sndreturn

"sndbackup" and "sndreturn" are two utility programs for backing
up the soundfile directory, editlist directory, and special audio
index information. This is a safeguard against accidental deletion
or power failure during a soundfile record or delete operation.
"sndbackup" just makes a copy of all the important soundfile and
editlist information to another file on the disk. If required,
this information can be retrieved using "sndreturn". "sndreturn"
should only be used in case of a disaster -- if you have any doubt,
call Customer Support. Remember, all changes to the soundfile
directory and editlist directory which were made since the last
"sndbackup" will be lost if you do a "sndreturn".

APBU00155273