1  PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*)
   pfolse@susmangodfrey.com
2  IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*)
   icrosby@susmangodfrey.com
3  FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*)
   fshort@susmangodfrey.com
4  SUSMAN GODFREY, L.L.P.
   1201 Third Avenue, Suite 3800
5  Seattle, Washington 98101-3000
6  (206) 516-3880 Tel
   (206) 516-3883 Fax
7
8  SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
9  BRUCE WECKER (CA Bar No. 078530)
   bwecker@hosielaw.com
10 HOSIE McARTHUR LLP
   One Market, 22nd Floor
11 San Francisco, CA 94105
   (415) 247-6000 Tel.
12 (415) 247-6001 Fax
13
   Attorneys for Defendant/Counterclaimant
14 BURST.COM, INC.

15                  UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)
16

| | |
|---|---|
| 17 APPLE COMPUTER, INC., | Case No. 3:06-CV-00019 MHP |
| 18     Plaintiff/Counterdefendant, | **MANUAL FILING NOTIFICATION** |
| 19 v. | **EXHIBITS 2, 6, 7, 15-19, 21 TO THE DECLARATION OF DANIEL J. WALKER IN SUPPORT OF BURST.COM INC.'S OPPOSITION TO APPLE COMPUTER, INC.'S SECOND MOTION FOR SUMMARY JUDGMENT** |
| 20 BURST.COM, INC., | |
| 21     Defendant/Counterclaimant | |
| 22 | |
| 23 | Hon. Marilyn Hall Patel |
| 24 | Complaint Filed: January 4, 2006 |
| 25 | Trial Date: February 26, 2008 |
| 26 | **FILED UNDER SEAL** |

27    **THIS ENVELOPE CONTAINS MATERIALS SUBJECT TO A STIPULATED
       PROTECTIVE ORDER ENTERED IN THIS ACTION.  IT IS NOT TO BE OPENED
28     NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE PUBLIC,
                      EXCEPT BY ORDER OF THE COURT.**

1
2                                  **MANUAL FILING NOTIFICATION**

3  REGARDING:

4        **EXHIBITS 2, 6, 7, 15-19, 21 TO THE DECLARATION OF DANIEL J. WALKER IN
   SUPPORT OF BURST.COM INC.'S OPPOSITION TO APPLE COMPUTER, INC.'S
5  SECOND MOTION FOR SUMMARY JUDGMENT**

6
        This filing is in paper or physical form only, and is being maintained in the case file in the
7  Clerk's office.

8       If you are a participant in this case, this filing will be served in hard-copy shortly.

9       For more information on retrieving this filing directly from the court, please see the court's
10
   main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
11
   This filing was not e-filed for the following reason:
12
13        • ITEMS UNDER SEAL

14

15  Dated: August 28, 2007              Respectfully submitted:

16

17
                                         /s/ Bruce Wecker
18                                      PARKER C. FOLSE III (WA Bar No. 24895 - *Pro Hac Vice*)
                                        pfolse@susmangodfrey.com
19                                      IAN B. CROSBY (WA Bar No. 28461 - *Pro Hac Vice*)
                                        icrosby@susmangodfrey.com
20                                      FLOYD G. SHORT (WA Bar No. 21632 - *Pro Hac Vice)*
                                        fshort@susmangodfrey.com
21                                      SUSMAN GODFREY, L.L.P.
22                                      1201 Third Avenue, Suite 3800
                                        Seattle, Washington  98101-3000
23                                      (206) 516-3880 Tel.
                                        (206) 516-3883 Fax
24

25

26

27

28

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

MICHAEL F. HEIM (TX Bar No. 9380923 - *Pro Hac Vice*)
mheim@hpcllp.com
LESLIE V. PAYNE (TX Bar No. 0784736 - *Pro Hac Vice*)
lpayne@hpcllp.com
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, TX  77002
(713) 221-2000 Tel.
(713) 221.2021 Fax

ROBERT J. YORIO (CA Bar No. 93178)
ryorio@carrferrell.com
V. RANDALL GARD (CA Bar No.  151677)
randygard@carrferrell.com
COLBY B. SPRINGER (CA Bar No. 214868)
cspringer@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
(650) 812-3400 Tel.
(650) 812-3444

ATTORNEYS FOR DEFENDANT
BURST.COM, INC.