# EXHIBIT 26

Dockets.Justia.com



J. Johnson
2-5-93
Prior Art
Statement

RECEIVED
93 JAN 12 AM 7:48
GROUP 260

IN THE
UNITED STATES PATENT AND TRADEMARK OFFICE
ART UNIT 2615
Examiner

Richard A. Lang

CASE        284

SERIAL NO.  07/976,542

FILED       November 16, 1992

SUBJECT     AUDIO/VIDEO RECORDER/TRANSCEIVER

---

THE COMMISSIONER OF PATENTS AND TRADEMARKS
  WASHINGTON, D.C. 20231

SIR:

### INFORMATION DISCLOSURE STATEMENT

Pursuant to the provisions of 37 CFR 1.56, 1.97, and 1.98, applicant cites herein twenty-one U.S. patent references which were cited in parent application Serial No. 07/775,182. Enclosed are two sheets of Form PTO-1449 on which the twenty-one references are cited. Copies of those references are not enclosed since they were submitted in the parent application.

Respectfully submitted,

Richard A. Lang

By _____
William E. Hein
Patent Attorney #26,465

December 19, 1992
(303) 667-6741
Loveland, Colorado

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on December 19, 1992.
                                                                    Date
William E. Hein
Name of applicant, assignee, or
Registered Representative

_____
Signature
December 19, 1992
Date

1

CONFIDENTIAL-OUTSIDE ATTORNEYS EYES ONLY                    BURSTA0002287

Sheet 1 of 2

| LIST OF PATENTS, PUBLICATIONS, AND OTHER INFORMATION DISCLOSED BY APPLICANT (Use several sheets if necessary) | ATTY. DOCKET NO. 284 | SERIAL NO. 07/976,942 |
|---|---|---|
| | APPLICANT Richard A. Lang | 93 JAN 12 AM 7:48 |
| | FILING DATE November 16, 1992 | GROUP 260 |

RECEIVED 08/896,127

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| /HN/ | AA | 4,197,709 | 2/1979 | Workman | 353 | 133 | |
| /HN/ | AB | 4,400,717 | 8/1983 | Southworth et al. | 358 | 13 | |
| /HN/ | AC | 4,506,387 | 3/1985 | Walter | 455 | 612 | |
| /HN/ | AD | 4,511,934 | 4/1985 | Ohira et al. | 360 | 55 | |
| /HN/ | AE | 4,516,156 | 5/1985 | Fabris et al. | 358 | 85 | |
| /HN/ | AF | 4,563,710 | 1/1986 | Baldwin | 360 | 9.1 | |
| /HN/ | AG | 4,625,080 | 11/1986 | Scott | 379 | 104 | |
| /HN/ | AH | 4,654,484 | 3/1987 | Reiffel et al. | 379 | 53 | |
| /HN/ | AI | 4,698,664 | 10/1987 | Nichols et al. | 358 | 10 | |
| /HN/ | AJ | 4,709,418 | 11/1987 | Fox et al. | 455 | 612 | |
| /HN/ | AK | 4,724,491 | 2/1988 | Lambert | 358 | 310 | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AL | | | | | | | |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| AR | |
| AS | |
| AT | |

EXAMINER: Huy Nguyen  
DATE CONSIDERED: 4/16/93

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

CONFIDENTIAL-OUTSIDE ATTORNEYS EYES ONLY    BURSTA0002288

Sheet 2 of 2

| | | | | | | |
|---|---|---|---|---|---|---|
| LIST OF PATENTS, PUBLICATIONS, AND OTHER INFORMATION DISCLOSED BY APPLICANT (Use several sheets if necessary) | ATTY. DOCKET NO. 284 | | SERIAL NO. 07/976,542 08/896727 | | | |
| | APPLICANT Richard A. Lang | | | | | |
| | FILING DATE November 16, 1992 | | GROUP 2615 | | | |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | PATENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| HN | AA | 4736239 | 4/1988 | Sprague et al. | 358 | 21R | |
| HN | AB | 4743959 | 9/1988 | Frederiksen | 358 | 11 | |
| HN | AC | 4750034 | 6/1988 | Lem | 358 | 84 | |
| HN | AD | 4768110 | 8/1988 | Dunlap et al. | 360 | 33.1 | |
| HN | AE | 4774574 | 9/1988 | Daly et al. | 358 | 133 | |
| HN | AF | 4821208 | 4/1989 | Ryan et al. | 364 | 518 | 10/1986 |
| HN | AG | 4851931 | 7/1989 | Parker et al. | 360 | 15 | 2/1987 |
| HN | AH | 4868653 | 9/1989 | Golin et al. | 358 | 133 | 10/1987 |
| HN | AI | 4918523 | 4/1990 | Simon et al. | 358 | 133 | 10/1987 |
| HN | AJ | 4446490 | 5/1984 | Hoshimi et al. | 360 | 32 | |
| | AK | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AL | | | | | | | |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| AR | |
| AS | |
| AT | |

EXAMINER: Huy Nguyen  DATE CONSIDERED: 4/16/93

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

CONFIDENTIAL-OUTSIDE ATTORNEYS EYES ONLY                                     BURSTA0002289