# EXHIBIT 28

Dockets.Justia.com

RECEIVED
GROUP 230
1992 JAN 22 PM 3: 15

RECEIVED
GROUP 230
1992 JAN 22 PM 3: 15

IN THE

UNITED STATES PATENT AND TRADEMARK OFFICE

ART UNIT 2305

Examiner H. Nguyen

Richard A. Lang

CASE      249

SERIAL NO.  07/775,182

FILED     October 11, 1991

SUBJECT   AUDIO/VIDEO RECORDER/TRANSCEIVER

THE COMMISSIONER OF PATENTS AND TRADEMARKS
  WASHINGTON, D.C.  20231

SIR:

INFORMATION DISCLOSURE STATEMENT

Pursuant to the provisions of 37 CFR 1.56, 1.97, and 1.98, applicant submits herewith copies of twenty-one prior art references, some of which were cited in the parent and grandparent applications and the remainder of which have otherwise come to applicant's attention, together with two sheets of Form PTO-1449 on which the twenty-one references are cited. A concise explanation of the relevance of each of these cited references follows:

U.S. Patent No. 4,179,709 to Workman describes an aparatus and method for transmitting a digital image over a limited bandwidth communications channel in which a block transformation technique involving transform coefficients is employed;

U.S. Patent No. 4,274,133 to Southworth et al. describes a slow-scan television system;

U.S. Patent No. 4,446,490 to Hoshimi et al. describes a pulse code modulation (PCM) signal processor.

U.S. Patent No. 4,506,387 to Walter describes a programming-on-demand

1

CONFIDENTIAL-OUTSIDE ATTORNEYS EYES ONLY

BURSTA0002193

cable television system in which a video program is divided into a number of segments and stored in a segmented memory in compressed digital form, the stored video segments then being converted from electrical data to optical data and simultaneously transmitted over a plurality of parallel fiber optic lines to a data receiving station, which then reconverts the optical data back to the original electrical data;

U.S. Patent No. 4,511,934 to Ohira et al. describes a video tape recorder having a rotary magnetic head drum.

U.S. Patent No. 4,516,516 to Fabris et al. describes a video teleconferencing system in which teleconferencing cameras are remotely controlled by participants of the teleconference.

U.S. Patent No. 4,563,710 to Baldwin describes a multiple head helical scanning device for television tape recording in which the multiple heads are disposed on a rotatable headwheel.

U.S. Patent No. 4,625,080 to Scott describes a telephone-based programming system for a remotely located video cassette recorder.

U.S. Patent No. 4,654,484 to Reiffel et al. describes a method for compressing single-frame video images for slow-scan television.

U.S. Patent No. 4,698,664 to Nichols et al. describes a multiple-screen editing system that permits quicker editing of recorded information.

U.S. Patent No. 4,709,418 to Fox et al. describes an interactive wideband cable network.

U.S. Patent No. 4,724,491 to Lambert describes a system for automatically inserting television advertising spots in video programs.

U.S. Patent No. 4,736,239 to Sprague et al. describes a compression/storage method for video RAM storage of a limited number of frames of video information.

U.S. Patent No. 4,743,959 to Frederiksen describes a video acquisition and compression system that prepares video information for transmission at real-time rates.

2

CONFIDENTIAL-OUTSIDE ATTORNEYS EYES ONLY

BURSTA0002194

U.S. Patent No. 4,750,034 to Lem describes an apparatus for monitoring the replay of audio/video information carriers.

U.S. Patent No. 4,768,110 to Dunlap et al. describes a dual-deck video cassette recorder.

U.S. Patent No. 4,774,574 to Daly et al. describes a block transformation method for transmitting a digital image over a limited bandwidth communication channel.

U.S. Patent No. 4,821,208 to Ryan et al. describes a display processor for computer-generated displays.

U.S. Patent No. 4,851,931 to Parker et al. describes an apparatus and method for rapidly creating a custom tape of musical pieces selected from a music library.

U.S. Patent No. 4,868,653 to Golin et al. describes a method and apparatus for compression of video information to make it suitable for recording and transmission using relatively narrow band media.

U.S. Patent No. 4,918,523 to Simon et al. describes a digital video formatting and transmission system and method.

Respectfully submitted,

Richard A. Lang

By _____
William E. Hein
Patent Attorney #26,465

January 20, 1992
(303) 667-6741
Loveland, Colorado

3

CONFIDENTIAL-OUTSIDE ATTORNEYS EYES ONLY                    BURSTA0002195

Sheet 1 of 2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LIST OF PATENTS, PUBLICATIONS, AND OTHER INFORMATION DISCLOSED BY APPLICANT (Use several sheets if necessary) | | | ATTY. DOCKET NO. 249 | | | SERIAL NO. 07/775,182 | |
| | | | APPLICANT Richard A. Lang | | | | |
| | | | FILING DATE October 11, 1991 | | | GROUP 2305 | |

RECEIVED 1992 JAN 28 PM 3:15

**U.S. PATENT DOCUMENTS**

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| HN | AA | 4179709 | 4/1979 | Workman | 353 | 133 | |
| HN | AB | 4400717 | 5/1983 | Southworth et al. | 358 | 13 | |
| HN | AC | 4506387 | 7/1985 | Walter | 455 | 612 | |
| HN | AD | 4511934 | 3/1985 | Ohira et al. | 360 | 55 | |
| HN | AE | 4516156 | 5/1985 | Fabris et al. | 358 | 85 | |
| HN | AF | 4563710 | 9/1986 | Baldwin | 360 | 9.1 | |
| HN | AG | 4625080 | 5/1986 | Scott | 379 | 104 | |
| HN | AH | 4654484 | 3/1987 | Reiffel et al. | 379 | 53 | |
| HN | AI | 4698664 | 5/1987 | Nichols et al. | 358 | 10 | |
| HN | AJ | 4709418 | 8/1987 | Fox et al. | 455 | 612 | |
| HN | AK | 4724491 | 1988 | Lambert | 358 | 310 | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AL | | | | | | | |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

**OTHER DOCUMENTS** (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| AR | |
| AS | |
| AT | |

EXAMINER: Huy Nguyen

DATE CONSIDERED: 3/4/92

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

CONFIDENTIAL-OUTSIDE ATTORNEYS EYES ONLY                                                                 BURSTA0002196

Sheet 2 of 2

| LIST OF PATENTS, PUBLICATIONS, AND OTHER INFORMATION DISCLOSED BY APPLICANT (Use several sheets if necessary) | ATTY. DOCKET NO. 249 | SERIAL NO. 07/775,482 |
|---|---|---|
| | APPLICANT Richard A. Lang | |
| | FILING DATE October 11, 1991 | GROUP 2305 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| /HN/ | AA | 4736239 | 7/1988 | Sprague et al. | 358 | 21R | |
| /HN/ | AB | 4743959 | 7/1988 | Frederiksen | 358 | 11 | |
| /HN/ | AC | 4750034 | 7/1988 | Lem | 358 | 84 | |
| /HN/ | AD | 4768110 | 1988 | Dunlap et al. | 360 | 33.1 | |
| /HN/ | AE | 4774574 | 1988 | Daly et al. | 358 | 133 | |
| /HN/ | AF | 4821208 | 4/1989 | Ryan et al. | 364 | 518 | 10/1986 |
| /HN/ | AG | 4851931 | 7/1989 | Parker et al. | 360 | 15 | 2/1987 |
| /HN/ | AH | 4868653 | 9/1989 | Golin et al. | 358 | 133 | 10/1987 |
| /HN/ | AI | 4918523 | 4/1990 | Simon et al. | 358 | 133 | 10/1987 |
| /HN/ | AJ | 4446490 | 1/1984 | Hoshimi et al. | 360 | 32 | |
| | AK | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AL | | | | | | | |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| AR | |
| AS | |
| AT | |

| EXAMINER Huy Nguyen | DATE CONSIDERED 3/4/92 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

CONFIDENTIAL-OUTSIDE ATTORNEYS EYES ONLY                                                                                  BURSTA0002197