PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880 Tel
(206) 516-3883 Fax

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel
(415) 247-6001 Fax

Attorneys for Defendant/Counterclaimant
BURST.COM, INC.

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant/Counterclaimant | Case No. 3:06-CV-00019 MHP <br><br> **PROOF OF SERVICE** <br><br> Hon. Marilyn Hall Patel <br><br> Complaint Filed: January 4, 2006 <br> Trial Date: February 26, 2008 |

PROOF OF SERVICE                                           CASE NO. C06-00019 MHP

Dockets.Justia.com

1  MICHAEL F. HEIM (TX Bar No. 9380923 - *Pro Hac Vice*)
   mheim@hpcllp.com
2  LESLIE V. PAYNE (TX Bar No. 0784736 - *Pro Hac Vice*)
   lpayne@hpcllp.com
3  HEIM, PAYNE & CHORUSH, L.L.P.
   600 Travis Street, Suite 6710
4  Houston, TX  77002
   (713) 221-2000 Tel.
5  (713) 221.2021 Fax

6  ROBERT J. YORIO (CA Bar No. 93178)
   ryorio@carrferrell.com
7  V. RANDALL GARD (CA Bar No.  151677)
   randygard@carrferrell.com
8  COLBY B. SPRINGER (CA Bar No. 214868)
   cspringer@carrferrell.com
9  CARR & FERRELL LLP
   2200 Geng Road
10 Palo Alto, CA  94303
   (650) 812-3400 Tel.
11 (650) 812-3444

12 ATTORNEYS FOR DEFENDANT
13 BURST.COM, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I am a citizen of the United States, more than 18 years old, and not a party to this action. My business address is One Market, Spear Tower, Suite 2200, San Francisco, California, 94105. I hereby certify that a true and correct copies of :

- Defendant Burst.com, Inc.'s Opposition to Plaintiff Apple Computer, Inc.'s Second Motion for Summary Judgment of Invalidity
- Declaration of Richard Lang in Opposition to Second Motion for Summary Judgment of Invalidity
- Declaration of Daniel J. Walker in Support of Burst.com, Inc.'s Opposition to Apple Computer, Inc.'s Second Motion for Summary Judgment
- Declaration of Dr. Justin Douglas Tygar in Opposition to Apple's Second Motion for Summary Judgment of Invalidity
- Declaration of Dr. Sheila Hemami in Opposition to Apple's Second Motion for Summary Judgment of Invalidity
- Declaration Bruce McFarlane in Opposition to Plaintiff Apple Computer, Inc.'s Second Motion for Summary Judgment of Invalidity
- Manual Filing Notifications
- Proposed Order for Filing Under Seal

was served as follows on the following counsel of record:

| | |
|---|---|
| Nicholas A. Brown<br>Matthew D. Powers<br>WEIL, GOTSHAL, & MANGES, LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | *via Federal Express* |
| Garland T. Stephens<br>WEIL, GOTSHAL, & MANGES, LLP<br>700 Louisiana, Suite 1600<br>Houston, TX 77002 | *via Federal Express* |

On this 28th day of August, 2007.

                                         /s/ Janine DeAndre
                                         Janine DeAndre