# APPENDIX A



FIG.1