PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880 Tel
(206) 516-3883 Fax

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

Attorneys for Defendant/Counterclaimant
BURST.COM, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant/Counterclaimant | Case No. 3:06-CV-00019 MHP <br><br> [~~PROPOSED~~] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5 TO SEAL DOCUMENTS <br><br> Hon. Marilyn Hall Patel <br><br> Complaint Filed: January 4, 2006 <br> Trial Date: February 26, 2008 |

MICHAEL F. HEIM (TX Bar No. 9380923 - *Pro Hac Vice*)
mheim@hpcllp.com
LESLIE V. PAYNE (TX Bar No. 0784736 - *Pro Hac Vice*)
lpayne@hpcllp.com
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, TX 77002
(713) 221-2000 Tel.
(713) 221.2021 Fax

ROBERT J. YORIO (CA Bar No. 93178)
ryorio@carrferrell.com
V. RANDALL GARD (CA Bar No. 151677)
randygard@carrferrell.com
COLBY B. SPRINGER (CA Bar No. 214868)
cspringer@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
(650) 812-3400 Tel.
(650) 812-3444

ATTORNEYS FOR DEFENDANT
BURST.COM, INC.

As set forth in defendant Burst.com, Inc.'s Miscellaneous Administrative Request Pursuant to Civil Local Rules 7-10 and 79-5 to Seal Documents (hereinafter "Burst's Miscellaneous Administrative Request"), Burst.com, Inc. lodged with the Court the following documents in connection with defendant Burst.com, Inc.'s Opposition to Apple Computer, Inc.'s Second Motion for Summary Judgment of Invalidity Brief:

- ~~Defendant Burst.com, Inc.'s Opposition to Plaintiff Apple Computer, Inc.'s Second Motion for Summary Judgment on Invalidity~~
- Exhibit 11 to Declaration of Richard Lang in Opposition to Second Motion for Summary Judgment of Invalidity
- Exhibits 6, 7, 15-19, 21 to the Declaration of Daniel J. Walker in Support of Burst.com, Inc.'s Opposition to Apple Computer, Inc.'s Second Motion for Summary Judgment
- Exhibit 1 to Declaration of Dr. Justin Douglas Tygar in Opposition to Apple's Second Motion for Summary Judgment of Invalidity
- Exhibit 3 to the Declaration of Dr. Sheila Hemami in Opposition to Apple's Second Motion for Summary Judgment of Invalidity
- Appendix B to the Declaration Bruce McFarlane in Opposition to Plaintiff Apple Computer, Inc.'s Second Motion for Summary Judgment of Invalidity

Having considered Burst's Miscellaneous Administrative Request, and good cause appearing,

IT IS HEREBY ORDERED that _all the above except_ ~~to the~~ _the Opposition_ _____ _Pleadings, briefs, memoranda are not filed_ are to be filed under seal. _under seal_

Dated: _8/29_, 2007.

_____
The Honorable Marilyn Hall Patel

[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS     1     CASE NO. C06-00019 MHP