1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  GARLAND T. STEPHENS (admitted N.D.C.A.,
   Texas Bar No. 24053910)
3  garland.stephens@weil.com
   NICHOLAS A. BROWN (Bar No. 198210)
4  nicholas.brown@weil.com
   WEIL, GOTSHAL & MANGES LLP
5  Silicon Valley Office
   201 Redwood Shores Parkway
6  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  Attorneys for Plaintiff
   APPLE COMPUTER, INC.
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13 APPLE COMPUTER, INC.,                    Case No. C 06-0019 MHP

14         Plaintiff,                       **DECLARATION OF NICHOLAS A. BROWN IN SUPPORT OF APPLE COMPUTER, INC.'S REPLY IN SUPPORT OF ITS SECOND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**
15     v.

16 BURST.COM, INC.,

17         Defendant.                       Date: September 18, 2007
                                            Time: 2:00 p.m.
18                                          Honorable Marilyn Hall Patel

19                                          Complaint Filed: January 4, 2006
                                            Trial Date: February 26, 2008
20

21
22
23
24
25
26
27
28

BROWN DECL. ISO APPLE'S REPLY TO ITS SECOND                       Case No. C 06-0019 MHP
MOTION FOR SUMMARY JUDGMENT OF INVALIDITY

Dockets.Justia.com

1  I, Nicholas Brown, declare:

2  1. I am a member of the Bar of this Court and an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Apple Computer, Inc. in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the February 8, 2007 Claim Construction Hearing.

3. Attached hereto as **Exhibit B** is a true and correct copy of the transcript of the deposition of Sheila Hemami, taken September 4, 2007.

4. Attached hereto as **Exhibit C** is a true and correct copy of Amsterdam, Jonathan, "Data Compression with Huffman Coding," *Byte Magazine,* p. 99 (May 1986) (APBU00665410-00665417).

5. Attached hereto as **Exhibit D** is a true and correct copy of the transcript of the deposition of Richard Lang, taken July 23, 2003.

6. Attached hereto as **Exhibit E** is a true and correct copy of Gardner, Eriq, "First Bill, Now Steve", *IP Law & Business*, p. 36-45 (April 2006).

7. Attached hereto as **Exhibit F** is a true and correct copy of U.S. Patent No. 3,786,445, issued to Ho et al. on January 15, 1974.

8. Attached hereto as **Exhibit G** is a true and correct copy of transcript excerpts from the deposition of Kane Kramer, taken August 7, 2007.

9. Attached hereto as **Exhibit H** is a true and correct copy of *Advanceme Inc. v. RapidPay, LLC*, 2007 WL 2350644 (E.D. Tex. Aug. 14, 2007).

10. Attached hereto as **Exhibit I** is a true and correct copy of *Asyst Tech. Inc., v. Empak, Inc.*, 2007 WL 2255220 (N.D. Cal. Aug. 3 2007) (designated as not for citation).

11. Attached hereto as **Exhibit J** is a true and correct copy of *Frazier v. Layne Christensen Co.*, 2007 WL 1875909 (Fed. Cir. June 29, 2007) (designated as not for citation)

12. Attached hereto as **Exhibit K** is a true and correct copy of *Friskit Inc., v.*

1  *RealNetworks, Inc.*, 2007 WL 2156239 (N.D. Cal. July 26, 2007)

2      13.    Attached hereto as **Exhibit L** is a true and correct copy of *In re Icon Health &Fitness, Inc.*, 2007 WL 2189161 (Fed. Cir. Aug. 1, 2007)

4      14.    Attached hereto as **Exhibit M** is a true and correct copy of *In re Trans Texas Holdings Corp.*, 2007 WL 2377009 (Fed. Cir. Aug. 22, 2007)

6      15.    Attached hereto as **Exhibit N** is a true and correct copy of *Semiconductor Energy Lab. Co. v. Chi Mei Optoelectronics Corp.*, 2007 WL 1793770 (N.D. Cal. June 19, 2007)

8      16.    Attached hereto as **Exhibit O** is a true and correct copy of transcript excerpts from the deposition of Earl Mincer, taken July 20, 2007.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 6th day of September, 2007, at Redwood Shores, California.

    */s/ Nicholas Brown*
    Nicholas A. Brown

1  *RealNetworks, Inc.*, 2007 WL 2156239 (N.D. Cal. July 26, 2007)

2      13.    Attached hereto as **Exhibit L** is a true and correct copy of *In re Icon Health &Fitness, Inc.*, 2007 WL 2189161 (Fed. Cir. Aug. 1, 2007)

4      14.    Attached hereto as **Exhibit M** is a true and correct copy of *In re Trans Texas Holdings Corp.*, 2007 WL 2377009 (Fed. Cir. Aug. 22, 2007)

6      15.    Attached hereto as **Exhibit N** is a true and correct copy of *Semiconductor Energy Lab. Co. v. Chi Mei Optoelectronics Corp.*, 2007 WL 1793770 (N.D. Cal. June 19, 2007)

8      16.    Attached hereto as **Exhibit O** is a true and correct copy of transcript excerpts from the deposition of Earl Mincer, taken July 20, 2007.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 6th day of September, 2007, at Redwood Shores, California.

    */s/ Nicholas Brown*
    Nicholas A. Brown