# Exhibit A

PAGES 1 - 255

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE MARILYN HALL PATEL, JUDGE

APPLE COMPUTER,                    )
                                   )
          PLAINTIFF,               )
                                   )
  VS.                              )        NO. C 06-0019 MHP
                                   )
BURST.COM.                         )
                                   )
          DEFENDANT.               )
_____)

                    SAN FRANCISCO, CALIFORNIA
                    THURSDAY, FEBRUARY 8, 2007

                **TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

FOR PLAINTIFF:          WEIL, GOTSHAL & MANGES
                        201 REDWOOD SHORES PARKWAY
                        REDWOOD SHORES, CA  94065
                   BY:  **MATTHEW D. POWERS**
                        **GARLAND T. STEPHENS**
                        **NICHOLAS A. BROWN**
                        ATTORNEYS AT LAW

FOR DEFENDANT:          SUSMAN GODFREY LLP
                        1201 THIRD AVENUE
                        SEATTLE, WASHINGTON  98101
                   BY:  **PARKER C. FOLSE III**
                        **IAN B. CROSBY**
                        **FLOYD G. SHORT**
                        ATTORNEYS AT LAW

         **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:            JAMES YEOMANS, CSR #4039, RPR
                        OFFICIAL REPORTER

COMPUTERIZED TRANSCRIPTION BY ECLIPSE

1    **APPEARANCES:   (CONTINUED)**

2    FOR DEFENDANT:              HEIMPAYNE
                                CHORUSH
3                               6710 CHASE TOWER
                                600 TRAVIS
4                               HOUSTON, TEXAS  77002
                         BY:   **MICHAEL F. HEIM**
5                              **LESLIE V. PAYNE**
                               **ATTORNEYS AT LAW**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  THURSDAY, FEBRUARY 8, 2007                          9:00 A.M.

2          (THE FOLLOWING PROCEEDINGS WERE HEARD IN OPEN COURT:)

3      **THE CLERK:**  CALLING CASE NUMBER C 06-0019, APPLE

4  COMPUTER VERSUS BURST.COM, INC.

5          WILL COUNSEL PLEASE MAKE THEIR APPEARANCES FOR THE

6  RECORD.

7      **MR. POWERS:**  MATT POWERS, GARLAND STEPHENS AND

8  NICHOLAS BROWN FOR APPLE.

9      **MR. FOLSE:**  PARKER FOLSE ON BEHALF OF BURST.  WITH ME

10 AT COUNSEL TABLE ARE MY CO-COUNSEL MIKE HEIM, LES PAYNE,

11 RANDALL GARD AND FLOYD SHORT.

12         AND AS THE COURT REQUESTED, DR. HEMAMI IS ALSO HERE

13 AGAIN WITH US, IN THE EVENT THE COURT HAS QUESTIONS, AS IS

14 MR. LANG, THE INVENTOR, AND HIS WIFE AND CO-FOUNDER LISA.

15     **THE COURT:**  THANK YOU.  GOOD MORNING.

16         NOW, YOU DIVIDED UP THE PRESENTATIONS INTO GROUPINGS,

17 AND WHO'S GOING TO START WITH RESPECT TO YOUR FIRST GROUP?

18         AND WHAT IS THAT GROUP, FIRST GROUP YOU'RE GOING TO

19 DEAL WITH?

20     **MR. POWERS:**  IF IT HELPS, WE HAVE A SHEET OF PAPER

21 THAT DESCRIBES THE GROUPS AND HOW WE'RE DIVIDING THEM UP.

22     **MR. FOLSE:**  I WAS GOING TO COME TO THAT.  ONE OF THE

23 SLIDES WE'LL SHOW WHEREIN THE HEARING BINDER THE DIFFERENT

24 GROUPINGS OCCUR.

25     **THE COURT:**  WHAT YOUR GOING TO ESSENTIALLY USE THIS

```
 1   POWER POINT, OR SLIDE, WHATEVER, FOR THE PURPOSE OF THE

 2   HEARING, CORRECT?

 3           MR. FOLSE:  YES, I HAVE BINDERS.

 4           THE COURT:  WE HAVE BINDERS IN CHAMBERS, I DIDN'T

 5   BRING THEM OUT, BUT AM I GOING TO NEED THEM, DO YOU THINK?

 6           ARE YOU GOING TO PRETTY MUCH HAVE EVERYTHING HERE?

 7           MR. FOLSE:  WHAT I HAVE HERE, THE BINDERS OF THE

 8   SLIDES WE'RE GOING TO USE TODAY, THAT THE COURT DOES NOT YET

 9   HAVE.

10           THE COURT:  WHY DON'T WE SEE IF WE NEED, AND THOSE ARE

11   NOT AS EXTENSIVE AS THE BINDERS WE HAVE, I ASSUME THEN, THAT

12   YOU SUBMITTED EARLIER, OR ARE THEY?

13           MR. FOLSE:  THIS JUST THE BINDER OF THE SLIDES.  WE

14   MAY NOT COVER ALL THE SLIDES, PROBABLY WON'T.

15           THE COURT:  OKAY.  LET'S SEE IF WE REALLY NEED THOSE

16   BINDERS.  IF SO, WE'LL BRING THEM OUT.  A LOT OF OTHERS THEY'RE

17   BOXES IN THERE, TOO.  WE NEED ALL THAT OUT HERE, I DON'T KNOW,

18   WE'LL SEE.

19           MR. FOLSE:  I'M NOT -- THESE MAY BE MORE OF

20   DISTRACTION AS WE TALK TODAY THEN ANYTHING ELSE.

21           THE COURT:  WHY DON'T YOU LEAVE IT DOWN THERE.

22           MR. FOLSE:  THE COURT WILL HAVE THEM.

23           THE COURT:  I GOT THIS AND I GOT THAT, PRESUMABLY

24   THEY'RE BOTH GOING TO LOOK ALIKE, BUT GO AHEAD.

25           ARE YOU THE ONE THAT'S GOING TO START?
```

1        **MR. FOLSE:**  I'M GOING TO START.  AND REALLY WHAT --

2   AND WHAT I'M GOING TO DO, IS EXPLAIN HOW WE INTEND TO DIVIDE

3   THIS BETWEEN MYSELF AND MY CO-COUNSEL.  I'M GOING TO PROVIDE A

4   BRIEF INTRODUCTION THAT WILL CONSIST OF COVERING THREE TOPICS.

5        THE FIRST, IS TO GIVE THE COURT AN OVERVIEW OF THE

6   PRESENTATION.

7        THE SECOND, ARE SOME COMMENTS BY WAY OF BACKGROUND.

8        AND THE THIRD, VERY BRIEF REVIEW OF KEY CLAIM

9   CONSTRUCTION PRINCIPLES AND THE LAW.

10        SO THE OVERVIEW --

11        **THE COURT:**  HASN'T CHANGED IN THE LAST WEEK, HAS IT?

12        **MR. FOLSE:**  IT HAS NOT CHANGE.  I THINK, THE COURT IS

13   QUITE FAMILIAR WITH IT.

14        **THE COURT:**  YOU SPEND LESS TIME ON THAT.

15        **MR. FOLSE:**  SO HERE'S HOW WE DIVIDED THE PRESENTATION

16   WITH REGARD TO CLAIM TERMS.

17        THE FIRST GROUPING CONSISTS OF THE COMPRESSION TERMS

18   AND TERMS RELATING TO BURST TIME PERIOD.  MR. HEIM IS GOING TO

19   COVER THAT.  HE WILL THEN SIT DOWN AND APPLE'S COUNSEL WILL

20   THEN COVER THE SAME GROUP OF TERMS.

21        THEN THE SECOND GROUP OF TERMS, WHICH I WILL COVER,

22   CONSISTS OF TRANSMISSION TERMS AND TERMS RELATING TO THE

23   HANDLING OF AUDIO/VIDEO INFORMATION.  AND THEN, AGAIN, I'LL SIT

24   DOWN, APPLE WILL RESPOND.

25        AND THEN THE THIRD GROUPING CONSISTS OF MEANS PLUS

1    FUNCTION ISSUES AND TERMS.

2        AND TO LOOK AT THE HEARING BINDER, AGAIN, NOT THAT THE

3    COURT NEEDS IT, BUT I PREPARED THIS IN THE EVENT THE COURT

4    WANTED TO BE LOOKING AT IT DURING THE PRESENTATION.

5        BUT THIS FIRST GROUPING MR. HEIM WILL COVER ARE THE

6    TERMS LISTED UNDER SUBPARTS A AND B OF THE CLAIM TERMS AND THEN

7    THE GROUPING I WILL COVER.  I'M NOT AT ALL SURE THAT I'M GOING

8    TO COVER EVERY ONE OF THESE BECAUSE IN THE INTEREST OF TIME,

9    BUT THAT'S THE GROUPING THAT I WILL COVER.

10       AND THEN THIS THIRD GROUPING WHICH WILL BE COVERED BY

11   MR. PAYNE AND, ACTUALLY, MR. HEIM WILL COVER, SIMPLY BECAUSE

12   THEY'RE COMPRESSION MEANS ISSUES IN THAT THIRD GROUPING WHICH

13   ARE RELATED TO THE CLAIM CONSTRUCTION TERMS THAT HE'LL BE

14   DISCUSSING IN THE FIRST SET.

15       ONE QUESTION, I DID THAT IN ORDER TO DETERMINE THE

16   COURT'S PREFERENCE.  WE WOULD LIKE SOME OPPORTUNITY TO RESPOND,

17   TO PROVIDE A REBUTTAL TO APPLE'S ARGUMENTS, AND I CAN THINK OF

18   TWO WAYS, IF THE COURT PERMITS, THAT IT COULD BE DONE.

19       ONE IS, AS APPLE SITS DOWN, MODULE BY MODULE, WHAT MAY

20   ACTUALLY HOPEFULLY SAVE TIME AND BE FASTER TO HAVE ONE REBUTTAL

21   NEAR THE END.

22       **THE COURT:**  I THINK, PROBABLY THE LATTER OPTION.  BUT

23   IF YOU HAVE REBUTTAL ARE WE GOING TO HEAR ABOUT SURREBUTTAL?

24       **MR. POWERS:**  DEPENDS ON THE REBUTTAL.

25       **THE COURT:**  WE MAY WANT TO STOP THE TENNIS MATCH

1  BEFORE WE GET TO REBUTTAL THEN.  SEEMS TO ME PLENTY OF PAPER

2  HERE.  PLENTY TO GO THROUGH, AND SO I THINK --

3          **MR. FOLSE:**  THAT WAS OUR FEELING.

4          **THE COURT:**  FORGET REBUTTAL.  FORGET REBUTTAL, NO

5  REBUTTAL.

6          **MR. FOLSE:**  ALL TOGETHER?

7          **THE COURT:**  ALL TOGETHER.  OTHERWISE IT JUST KEEPS

8  GOING ON AND ON.

9          **MR. FOLSE:**  WE CERTAINLY DIDN'T THINK IT MADE ANY

10  SENSE TO HAVE REBUTTAL IN THE MIDDLE OF A TENNIS MATCH.

11          WHAT WE DID HOPE, IF THERE WAS SOMETHING IN ORDER OF

12  15 AND 20 MINUTES AT THE VERY END, WE COULD, IF WE FELT THERE

13  WERE ISSUES.

14          **THE COURT:**  I THINK NOT.  I THINK NOT.  IF I THINK WE

15  NEED IT I'LL LET YOU KNOW.  OKAY.

16          **MR. FOLSE:**  LET ME TURN TO THE BACKGROUND COMMENTS

17  THAT I WANTED TO MAKE TO THE COURT BY WAY OF OVERVIEW BEFORE WE

18  GET INTO THE CLAIM CONSTRUCTION TERMS.

19          AND THE COURT HAS HEARD SOME OF THESE POINTS BEFORE.

20  IT'S DISCUSSED IN OUR BRIEF, DR. HEMAMI DISCUSSED IT.  WE DO

21  THINK IT IS IMPORTANT THAT THE COURT SHOULD APPRECIATE THE

22  CONTEXT IN WHICH THESE INVENTIONS OCCURRED.

23          WE BELIEVE THAT THEY REPRESENTED A TRUE PARADIGM SHIFT

24  IN THE EDITING, STORAGE AND DELIVERY OF AUDIO/VIDEO

25  INFORMATION.

1          AND IN 1988 WHEN THE PATENT APPLICATIONS WERE FILED,

2    THE APPLICATION FIRST TO THE ISSUED PATENTS AUDIO AND VIDEO, AT

3    THAT TIME WERE BEING TRANSMITTED PRIMARILY THROUGH BROADCAST IN

4    REAL TIME, WHICH MEANT THAT THE TIME REQUIRED TO TRANSMIT THE

5    AUDIO AND VIDEO WAS NOT DIFFERENT THEN THE TIME REQUIRED TO

6    VIEW OR LISTEN TO IT.

7          THERE WAS A CONTINUOUS TRANSMISSION OF CONTENT AND

8    CONSUMERS WOULD TUNE IN AS THE TRANSMISSION WAS OCCURRING AND

9    VIEW OR LISTEN TO IT AS THE TRANSMISSION WAS OCCURRING.

10         THERE WERE TECHNOLOGIES IN THE ART AT THAT TIME THAT

11   PROVIDED OR DIGITIZING ANALOG AUDIO/VIDEO AND FOR COMPRESSING

12   IT, BUT THOSE TECHNOLOGIES WERE NOT APPLIED IN A WAY AT THAT

13   TIME THAT ALTERED THE TIME REQUIRED FOR TRANSMISSION.

14         THE TRANSMISSION TIME STILL, EVEN WITH THE USE OF

15   THOSE TECHNOLOGIES, DID NOT DIFFER FROM THE TIME REQUIRED FOR

16   VIEWING OR LISTENING.

17         INSTEAD, SYSTEM DESIGNERS USED THOSE TECHNOLOGIES TO

18   PERMIT MORE CHANNELS TO BROADCAST OVER IN REAL TIME OVER THE

19   SAME GIVEN AMOUNT OF BANDWIDTHS.

20         THE BURST INVENTION, MR. LANG'S INVENTION DID WERE TO

21   ESTABLISH A NEW MODEL FOR DIGITAL MEDIA DELIVERY.  THEY

22   REFLECTED THE INNOVATION THAT DELIVERY OF AUDIO AND VIDEO WORKS

23   COULD BE ACCOMPLISHED FASTER THAN REAL TIME.

24         THAT IS, MORE RAPIDLY THAN THE TIME REQUIRED TO VIEW

25   OR LISTEN TO THE CONTENT AND THE REPRESENT -- THE INNOVATION

1  THAT CONSUMERS COULD BE RECEIVED COMPRESSED WORKS THAT THEY

2  COULD THEN SAVE, EDIT, PLAYBACK OR TRANSMIT TO OTHER DEVICES,

3  RATHER THAN SIMPLY VIEWING THE AUDIO AND VIDEO AS THE

4  TRANSMISSION OCCURRED.  AND THOSE INNOVATIONS REFLECTED, WE

5  BELIEVE, NOT ONLY IN THE PATENTS THEMSELVES, BUT ALSO IN THE

6  PROSECUTION HISTORY.

7        AND I'VE JUST PUT ONE EXAMPLE ON THIS SLIDE FROM THE

8  PROSECUTION HISTORY OF THE '705 PATENT, WHICH DISCUSSES EXACTLY

9  THE KINDS OF CHANGES AND INNOVATIONS THAT I JUST SUMMARIZED.

10        IT REFERS TO THE SYSTEM DESIGNERS FROM THE ADVENT OF

11  COMPRESSION TECHNIQUES, NOTING THAT A SYSTEM IMPLEMENTING

12  COMPRESSION COULD SERVICE MORE CLIENTS IN REAL TIME THEN A

13  SYSTEM WITHOUT COMPRESSION.

14        AND THAT BETTER COMPRESSION ENABLED THE SYSTEM TO

15  SERVICE EVEN MORE CLIENTS, BUT SYSTEM DESIGNERS DID NOT

16  RECOGNIZE THAT TIME-COMPRESSED REPRESENTATIONS COULD BE SENT IN

17  A BURST TIME PERIOD THAT IS SHORTER THAN THE TIME PERIOD NEEDED

18  FOR REAL TIME VIEWING BY RECEIVING --

19        **THE COURT:**  I HAVE TO STOP YOU RIGHT THERE.  I HAVE A

20  PHONE CALL I HAVE TO TAKE, SO I'M GOING TO TAKE A MOMENT AND

21  HOPEFULLY WON'T TAKE VERY LONG.

22        IN THE MEANTIME I DO HAVE A QUESTION, THOUGH, SO YOU

23  CAN TAKE A LOOK.

24        YOU KNOW, THE SUMMARY OF THE INVENTION GIVES YOU AN

25  IDEA OF WHY IS THIS NEW OR WHAT'S, YOU KNOW, WHAT'S IMPORTANT

```
 1   ABOUT AND SO FORTH, IS THERE ANYTHING IN THE SUMMARY OF THE

 2   INVENTION THAT TELLS US THAT?

 3         IF YOU CAN TAKE A LOOK THROUGH WHILE I TAKE THIS PHONE

 4   CALL AND THEN YOU CAN ANSWER THAT QUESTION FOR ME WHEN I GET

 5   BACK.

 6              MR. FOLSE:  THANK YOU.

 7              THE COURT:  THANK YOU.

 8                        (RECESS TAKEN.)

 9                        (PROCEEDINGS RESUMED.)

10         THE COURT:  SORRY ABOUT THAT.  BUT NOW DID YOU

11   UNDERSTAND MY QUESTION?

12              MR. FOLSE:  I THINK SO.

13         THE COURT:  AS I GAVE YOU HOMEWORK AND LEFT THE BENCH.

14              MR. FOLSE:  I THINK I DO.  IF I'M NOT ANSWERING THE

15   QUESTION YOU ASKED, PLEASE LET ME KNOW.

16         BUT LET ME REFER THE COURT, I GUESS, IN SEQUENCE, IN

17   THE CONTEXT OF THE '995 PATENT.  IN THE ABSTRACT THE FINAL

18   SENTENCE REFERS TO THE FACT THAT THE RECORDER TRANSMITTER HAS

19   CAPABILITY TO TRANSMIT AND RECEIVE PROGRAM INFORMATION IN

20   EITHER COMPRESSED OR DECOMPRESSED FORMAT OVER FIBEROPTIC LINES.

21         THE COURT:  NOW, WHICH -- WHERE IS THAT?  IN WHICH

22   COLUMN?

23              MR. FOLSE:  THAT IS --

24         THE COURT:  OF THE '995?

25              MR. FOLSE:  THAT IS IN THE ABSTRACT OF THE '955 PATENT
```

1    ON THE FIRST PAGE, AND I'M GOING TO JUST MOVE THROUGH A COUPLE

2    OF PASSAGES, BUT THAT'S AN APPROPRIATE PLACE TO START.

3        **THE COURT:** OKAY.

4        **MR. FOLSE:** THEN TURNING TO COLUMN ONE IN THE SUMMARY

5    OF THE INVENTION, WHICH BEGINS AT LINE 64, IT REFERS TO AN

6    IMPROVED AUDIO/VIDEO RECORDER BEING PROVIDED ADDED FEATURES AND

7    FUNCTIONS WHICH SIGNIFICANTLY ENHANCED ITS USEFULNESS AND

8    FUNCTIONALITY.

9        THEN IN VOLUME TWO THE OBJECT OF THE INVENTION ARE

10   DESCRIBED.  I WILL REFER THE COURT TO LINE 46 IN COLUMN TWO

11   WHICH STATES:

12       "A STILL FURTHER OBJECT OF THE INVENTION IS TO

13       PROVIDE AN AUDIO/VIDEO RECORDER UTILIZING A DATA

14       COMPRESSION TECHNIQUE FOR EFFICIENT STORAGE,

15       TRANSMISSION AND RECEPTION OF A DIGITIZED AUDIO/VIDEO

16       PROGRAM OVER TELEPHONE LINES OR BY OTHER EXTERNAL

17       DIGITAL MEANS, SUCH AS SATELLITE TRANSMISSION OR

18       RECEPTION."

19       AND IN MOVING, FINALLY, TO COLUMN 7, AND THIS TIES

20   BACK TO THE REFERENCE TO FIBEROPTIC LINES.  THIS IS THE

21   DISCUSSION OF THE PREFERRED EMBODIMENT IN COLUMN 7 BEGINNING AT

22   LINE 55, IT STATES:

23       "THE FIBEROPTIC LINE CARRIES DIGITAL SIGNALS IN THE

24       FORM OF LIGHT WAVES OVER GREAT DISTANCES WITH A HIGH

25       DEGREE OF ACCURACY AND RELIABILITY AND AT A HIGH

1    SPEED."

2         AND GIVES AN EXAMPLE.  THE VCRET CAN RECEIVE THE VIDEO

3    PROGRAM AT AN ACCELERATED RATE VIA FIBEROPTIC PORT 18 E.G. FROM

4    A VARIETY OF SOURCES.

5         FOR EXAMPLE, A VIDEO PROGRAM MAY BE COMMUNICATED AT AN

6    ACCELERATED RATE FROM THE FIRST VCRET TO A SECOND VCRET IN LESS

7    TIME THEN IT WOULD TAKE TO VIEW THE PROGRAM, THUS, IT IS NOT

8    NECESSARY TO ACCESS THE OPTICAL FIBER FOR LONG PERIODS OF TIME

9    TO TRANSMIT A LONG VIDEO PROGRAM.

10         IT'S ALSO ENVISIONED IN THE FUTURE A VIDEO LIBRARY

11    MAYBE ESTABLISHED WHICH DOWN LOADS VIDEO PROGRAMS AT AN

12    ACCELERATED RATE VIA OPTICAL FIBERS TO SUBSCRIBERS VCR DT, SO I

13    THINK THOSE PASSAGES MOST DIRECTLY --

14    **THE COURT:**  THOSE PASSAGES DO, BUT I JUST FOUND IT

15    INTERESTING, I DIDN'T SEE ANYTHING IN THE SUMMARY OF THE

16    INVENTION THAT REALLY HIGHLIGHTED -- I MEAN, THE PORTIONS YOU

17    READ ARE FAIRLY OPAQUE, OPAQUE AND NOTHING REALLY SORT OF

18    FOCUSED ON, HEY, THIS REALLY IS TRANSMISSION MUCH FASTER,

19    THINGS OCCUR IN A MUCH -- IN MUCH LESS TIME IN REAL TIME, ET

20    CETERA, AND PLACING EMPHASIS ON THAT.

21         AND BECAUSE SO I WONDER IF WAS -- THIS ENDED UP -- DID

22    THIS END UP -- BECAUSE IN THE PROSECUTION HISTORY BEING A

23    PATCHWORK WAS DONE AND MAYBE SOME -- MAYBE THE CLAIMS WERE

24    CHANGED, BUT OTHER PARTS OF IT WEREN'T CHANGED OF THE

25    APPLICATION.

1    **MR. FOLSE:**  I THINK NOT, YOUR HONOR.  I THINK, PART OF

2    THE EXPLANATION, IS THAT THIS INVENTION PULLED TOGETHER A LOT

3    OF IDEAS.

4         THE APPARATUS AND THE METHOD BEING DESCRIBED IN HERE

5    INCLUDES INFORMATION ABOUT THE RECEPTION OF INFORMATION IN

6    ANALOG FORM AND DIGITAL FORM, THE CONVERSION OF ANALOG TO

7    DIGITAL.  DESCRIBES USING DATA KEPT COMPRESSION TO COMPRESS THE

8    DIGITAL CONTENT, REFERS TO STORING IT.

9         THERE'S A LOT IN THE PREFERRED EMBODIMENT AND IN MANY

10   OF THE CLAIMS THAT DISCUSS THE ABILITY TO THEN EDIT AND SEGMENT

11   BY SEGMENT BASIS, TO TAKE CONTENT FROM DIFFERENT SOURCES AND

12   MIX THEM TOGETHER AND CREATE NEW WORKS, AND THEN TO TRANSMIT

13   THE PROGRAMS OVER A VARIETY OF COMMUNICATION CHANNELS,

14   INCLUDING THESE VERY HIGH SPEED FIBEROPTIC LINES, IN WHAT -- IN

15   ORDER TO ENABLE RECIPIENTS TO HAVE THE CONTENT, SAVE IT, STORE

16   IT, EDIT IT THEMSELVES ON SIMILAR DEVICES AND, OF COURSE, VIEW

17   IT.

18        AND SO, I THINK, THE PATENT TALKS ABOUT A LOT OF

19   THINGS FROM THE STANDPOINT OF WHERE WE STAND HERE TODAY IN

20   2007.  LOOKING BACK CLEARLY THE PART OF THE INNOVATION THAT

21   MAYBE THE MOST SIGNIFICANT IS THE PART WE'RE TALKING ABOUT

22   TODAY.

23        WHETHER OR NOT THE PATENT, THE DRAFTERS OF THE PATENT

24   SPECIFICATION, THE ABSTRACT SHOULD HAVE DONE A BETTER JOB

25   HIGHLIGHTING IT, PROBABLY, IN HINDSIGHT I WOULD SAY, YES, FROM

1  MY INTERESTED PROSPECTIVE HERE, BUT I THINK THE INNOVATION IS

2  DISCLOSED IN THE PATENT AND MORE POSSIBLY IN THE PATENT CLAIMS.

3       **THE COURT:**  OKAY.  I WON'T KEEP YOU ON THIS ANYMORE.

4  I'LL LET YOU MOVE ALONG.

5       **MR. FOLSE:**  OKAY.  SO WE REALLY BELIEVE WITH THAT

6  BACKGROUND, THAT APPLE'S CLAIM CONSTRUCTION POSITION IN A

7  NUTSHELL REPRESENT AN ATTEMPT TO REWRITE THE PATENTS.

8       THEY HAVE IN FAIRLY OBVIOUS WAYS DEVELOPED CLAIM

9  CONSTRUCTION POSITIONS, BECAUSE OF THE ABILITY OF THOSE

10  POSITIONS IF ADOPTED BY THE COURT TO PROVIDE A DEFENSES TO

11  INFRINGEMENT.

12       THEIR POSITIONS AS WELL EXPLAIN TODAY WE THINK ARE

13  WRONG, AND IN PART THEY CANNOT BE SUPPORTED BECAUSE APPLE

14  DEFENDS THEM IN LARGE PART BY TURNING A BLIND EYE TO THE BEST

15  EVIDENCE, WHICH IS THE PATENT DOCUMENT ITSELF.

16       THEY PROPOSE CONSTRUCTIONS THAT ARE DIRECTLY AT ODDS

17  WITH WHAT THE PATENT DISCLOSES, AND THEY HAVE MISCHARACTERIZED

18  AND TAKEN OUT OF CONTEXT THE PROSECUTION HISTORY.

19       AND MUCH OF THEIR APPROACH TO CLAIM CONSTRUCTION WE

20  THINK RUNS AFOUL OF SOME KEY LEGAL PRINCIPLES, AND I WILL GO

21  THROUGH THESE VERY QUICKLY, AND ACTUALLY EXTRACTED THEM FROM

22  THREE OPINIONS OF THIS COURT.

23       AND I DON'T THINK THE COURT WAS PURPORTING TO MAKE ANY

24  NEW LAW, BUT WAS COLLECTING VERY CLEAR LAW FROM THE FEDERAL

25  CIRCUIT APPLICABLE TO CLAIM CONSTRUCTION.  THE THREE DECISIONS

1    BEING:  COLLABORATION PROPERTIES, IXYS CORPORATION AND NIKON

2    VERSUS ASM LITHOGRAPHY.

3            THE COURT:  ALL OF WHICH, I THINK, SETTLED SHORTLY

4    AFTER.

5            MR. FOLSE:  SORRY?

6            THE COURT:  ALL OF WHICH SETTLED AFTER CLAIM

7    CONSTRUCTION.

8            MR. FOLSE:  I'M SURE THE COURT KNOWS THAT IS A -- NOT

9    UNCOMMON PHENOMENON.

10           BUT, AGAIN, VERY, VERY QUICKLY, THE COURT HAS

11   RECOGNIZED, AGAIN, THESE ARE ALL PASSAGES FROM THE COURT'S

12   OPINION AND THE INTERNAL QUOTES VARIOUS FEDERAL CIRCUIT'S

13   DECISION, THE COURT QUITE CLEARLY RECOGNIZED IN ALL THREE

14   DECISION THE FOCUS ON INTRINSIC EVIDENCE.

15           IT ACTUALLY PROVIDES A HIERARCHY, REFER TO IT AS KIND

16   OF ORDER OF OPERATIONS IN CLAIM CONSTRUCTION, WHICH IS TO LOOK

17   AT THE CLAIM LANGUAGE THEN USE THE SPECIFICATIONS TO AID IN

18   DEFINING THE TERMS USED IN THE CLAIMS.

19           IF THAT IS NECESSARY, IF THE CLAIM LANGUAGE IS

20   AMBIGUOUS IN SOME RESPECT AND, FINALLY, TURNING TO THE

21   PROSECUTION HISTORY IF THAT IS NECESSARY.

22           AMONG THE SOURCES OF INTRINSIC EVIDENCE THE COURT HAS

23   RECOGNIZED THAT THE SPECIFICATIONS THE SINGLE BEST GUIDE AND

24   MAY ASSIST IN RESOLVING THE AMBIGUITY.

25           THE COURT HAS ALSO RECOGNIZED THAT A CLAIM

1   CONSTRUCTION THAT WOULD NOT COVER A PREFERRED EMBODIMENT IN THE

2   SPECIFICATION IS RARELY, IF EVER, CORRECT, AND WOULD REQUIRE

3   HIGHLY PERSUASIVE EVIDENTIARY SUPPORT.

4           THAT IS CLEARLY AN ISSUE WITH REGARD TO SOME OF THE

5   COMPRESSION TERMS HERE, WHERE BY ITS OWN ADMISSION APPLE

6   PROPOSING A CLAIM CONSTRUCTION THAT WOULD EXCLUDE THE PREFERRED

7   EMBODIMENT.

8           AND THE CASE LAW DOESN'T SAY THAT IS NEVER PROPER, AND

9   APPLE CITED THREE CASES IN THEIR BRIEF IN WHICH THAT OCCURRED,

10  BUT IN EACH OF THOSE CASES THERE WERE VERY, VERY CLEAR

11  AMENDMENTS THAT WERE ADOPTED DURING THE PROSECUTION HISTORY, IN

12  ORDER TO OVERCOME PRIOR ART AND THE CLAIM LANGUAGE.  AND THE

13  DISCLAIMER OF SUBJECT MATTER, SCOPE IN THE PROSECUTION HISTORY

14  WAS EXTRAORDINARILY CLEAR, THAT IS NOT OUR CASE, AS MR. HEIM

15  WILL TALK ABOUT.

16          ONLY DEFINITIVE STATEMENTS OF CLAIMS SCOPE ABANDONMENT

17  ARE JUDICIALLY COGNIZABLE AT THIS STAGE OF THE PROCEEDING, AS

18  FEDERAL CIRCUIT HAS DECLINED TO APPLY THE DOCTRINE OF

19  PROSECUTION DISCLAIMER WHERE THE ALLEGED DISAVOWAL OF CLAIM

20  SCOPE IS AMBIGUOUS.

21          THE LAST POINT ON THIS SLIDE JUST SIMPLY REFERS TO

22  EXTRINSIC EVIDENCE.  AND, OBVIOUSLY, EXTRINSIC EVIDENCE AND

23  EXPERT TESTIMONY CAN BE USEFUL TO HELP THE COURT COME TO A

24  PROPER UNDERSTANDING, BUT IT CAN NEVER BE USED TO VARY OR

25  CONTRADICT THE CLAIM LANGUAGE WHERE THE PATENT DOCUMENTS ARE

1   AMBIGUOUS, EXPERT TESTIMONY REGARDING THE MEANING OF THE CLAIM

2   IS ENTITLED TO KNOW WHY THAT IS IMPORTANT ALSO.

3           BECAUSE APPLE'S POSITION WITH REGARD TO THE

4   COMPRESSION TERMS REALLY STARTS WITH EXPERT TESTIMONY, THAT IS

5   THE FOUNDATION FOR THEIR ATTEMPT TO CONVINCE THE COURT THAT THE

6   CLAIMS MEAN SOMETHING ENTIRELY DIFFERENT FROM WHAT THE

7   SPECIFICATION DISCLOSES.

8           SKIP THROUGH THESE SLIDES.  I THINK, WITH THAT

9   OVERVIEW, YOUR HONOR, I'M NOW GOING TO TURN TO THE -- TURNOVER

10  TO MR. HEIM TO ADDRESS THE FIRST MODULE OF CLAIM TERMS WHICH

11  CONCERN COMPRESSION AND BURST TIME PERIODS.

12          **THE COURT:**  THANK YOU.

13          **MR. FOLSE:**  THANK YOU.

14          **MR. HEIM:**  GOOD MORNING, YOUR HONOR.

15          **THE COURT:**  WOULD YOU SPELL YOUR LAST NAME?

16          **MR. HEIM:**  HEIM, H-E-I-M.

17          **THE COURT:**  OKAY.  SO YOU'RE NOT THE GENTLEMAN WHOSE

18  NAME APPEARS AS THE ATTORNEY ON THE PATENT, THAT GETS VERY

19  CLOSE.

20          **MR. HEIM:**  IT'S INTERESTING YOU SHOULD SAY THAT.  I

21  WAS SHOCKED WHEN I SAW THE ATTORNEY PROSECUTED THIS WAS A

22  WILLIAM HEIN, H-E-I-N.  THE FIRST CONCERN I HAD WAS THAT

23  SOMEBODY WAS GOING TO THINK THAT WAS MY UNCLE, OR MY BROTHER,

24  OR SOMETHING LIKE THAT.

25          THERE'S NO RELATION WHATSOEVER, YOUR HONOR.

```
 1            THE COURT:  NOT EVEN SPELLED THE SAME.

 2            MR. HEIM:  BUT THEY'RE CLOSE, PEOPLE MISSPELL MY NAME

 3    THAT WAY ALL THE TIME.

 4            THE COURT:  OKAY.

 5            MR. HEIM:  IF I COULD JUST FOLLOW-UP ON ONE POINT

 6    MR. FOLSE RAISED.

 7            HE WAS IDENTIFYING THE VARIOUS PASSAGES IN THE '995

 8    SPECIFICATION THAT TALKED ABOUT TRANSMISSION FASTER THAN REAL

 9    TIME, THERE'S ONE OTHER THING WE NEED TO ADD TO THAT ANSWER.

10    THAT IS, WE NEED TO LOOK AT THE ORIGINAL CLAIMS AS WELL.

11            BECAUSE THE ORIGINAL CLAIMS RIGHT FROM THE GETGO WERE

12    TRYING TO CLAIM THIS FASTER THAN REAL TIME CONCEPT.  AND WE

13    KNOW FROM THE CASE LAW FROM THE FEDERAL CIRCUIT THAT THE

14    ORIGINAL CLAIMS ARE PART OF THE APPLICATION, THE SPECIFICATION

15    AS FILED.

16            SO WE NEED TO TAKE A LOOK AT THOSE.  WE'LL LOOK AT

17    THEM A LITTLE BIT LATER.  WE'RE GOING TO TALK ABOUT THE

18    PROSECUTION HISTORY.

19            IN PARTICULAR, YOUR HONOR, IF YOU'LL LOOK AT CLAIMS 1

20    THROUGH 4, AND THE OTHER CLAIMS, I THINK, ARE --

21            THE COURT:  WE'RE LOOKING AT THE '995?

22            MR. HEIM:  '995 PROSECUTION HISTORY CLAIMS 1 THROUGH 4

23    AND 18 THROUGH 19.  AND YOU CAN FIND THEM AS EXHIBIT A TO

24    APPLE'S BRIEF AND THE BATES NUMBERS ARE 038 THROUGH 042.

25            AND THE THING THAT YOU'LL NOTICE IS THE CLAIMS ARE
```

1    DRAFTED A LITTLE BIT INARTFULLY, BUT THEY'RE TRYING TO CAPTURE

2    THE CONCEPT SENDING FASTER THEN REAL TIME.

3         THERE'S COMPRESSION TERMS IN THERE AND SENDING FASTER

4    THAN REAL TIME.  WHAT HAPPENED -- AND, AGAIN, WE'LL GET INTO IT

5    IN MORE DETAIL -- WHAT HAPPENED THOSE CLAIMS WERE REJECTED AND

6    THAT CONCEPT WAS REFINED AND THOSE ARE THE CLAIMS THAT

7    ULTIMATELY ISSUED IN THE '995 PATENT.  WE'LL TALK ABOUT THAT IN

8    A LITTLE MORE DETAIL IN A FEW MINUTES HERE.

9         WHAT I'D LIKE TO TALK ABOUT, YOUR HONOR, TODAY,

10   THERE'S FIVE COMPRESSION TERMS, AND WE'RE GOING TO SPLIT UP THE

11   PRESENTATION A LITTLE BIT BECAUSE THE LAST THREE ARE MEANS PLUS

12   FUNCTION TERMS, AND SO WE'LL ADDRESS THOSE WHEN WE ADDRESS THE

13   MEANS PLUS FUNCTION TERMS.

14        WE'RE GOING TO FOCUS ON THE FIRST TWO COMPRESSING,

15   THEN THE VARIOUS PHRASES, THE TIME-COMPRESS REPRESENTATION, I

16   IDENTIFIED THREE VARIANTS OF THAT.

17        WE'RE NOT GOING TO SPEND A LOT OF TIME ON THE

18   DIFFERENT VARIATIONS, BUT IT IS IMPORTANT FOR THE COURT TO

19   REALIZE, THAT THE TIME-COMPRESS REPRESENTATIONS THE PHRASE IS

20   NOT ALWAYS THE SAME.

21        WE'RE GOING TO ADDRESS GLOBAL ISSUES THAT APPLY ACROSS

22   THE BOARD, BUT NONETHELESS THE TERMS ARE DIFFERENT.

23        GLOBAL ISSUE, THIS IS THE BIG ISSUE, PROBABLY, THE

24   BIGGEST ISSUE IN THE BRIEFING, AND CERTAINLY THE ISSUE THAT THE

25   PARTIES SPENT THE MOST PAGES ON, AND THAT IS THIS:

1    DOES COMPRESSING SOURCE INFORMATION MEAN THAT YOU DO

2    DATA COMPRESSION?

3    DOES IT INVOLVE DATA COMPRESSION TO REDUCE THE NUMBER

4    OF BITS?

5    OR IS IT THE SITUATION LIKE APPLE IS PROPOSING HERE,

6    THAT YOU COMPRESS IN TIME WITHOUT DATA COMPRESSION?

7    THAT'S THE LANGUAGE THAT THEY USE.

8    LET'S TURN TO THE COMPRESSING TERM.  WE HAVE AN

9    INTERESTING SITUATION.  THE COMPRESSING AUDIO/VIDEO SOURCE

10   INFORMATION IS ACTUALLY FOUND IN THE FUNCTION OF A LOT OF MEANS

11   PLUS FUNCTION CLAIMS, ESPECIALLY THE ONES THAT REQUIRE

12   COMPRESSING.

13   YOU CAN THINK ABOUT THE CLAIMS, I GUESS, AT TWO

14   DIFFERENT LEVELS.  THERE ARE CLAIMS THAT REQUIRE THE

15   COMPRESSING AND THERE ARE CLAIMS THAT RECEIVE A COMPRESSED

16   REPRESENTATION, WHERE THE COMPRESSING HAS OCCURRED ALREADY.

17   WITH RESPECT TO THE CLAIMS THAT REQUIRE COMPRESSION,

18   SUCH AS '995 CLAIM 1, THE COMPRESSING IS PART OF THE FUNCTION

19   OF THE COMPRESSING MEANS.

20   AND THEN IN THE SITUATION OF THE '839 PATENT, CLAIM 1,

21   WHICH IS NOT IN MEANS PLUS FUNCTION FORMAT, IT'S A METHOD

22   CLAIM, IT'S THE ACTUAL ACT COMPRESSING THAT YOU'LL SEE IN THAT

23   CLAIM.

24   SO THE LANGUAGE IN THE PATENT '995 CLAIM 1 IS THE

25   EXAMPLE IS COMPRESSING SAID AUDIO/VIDEO SOURCE INFORMATION INTO

1   A TIME-COMPRESSED REPRESENTATION, THE COMPRESSING OCCURS ON THE

2   AUDIO/VIDEO SOURCE INFORMATION TO CAUSE THE TIME-COMPRESSED

3   REPRESENTATION.

4         THAT'S THE WAY THE CLAIM LANGUAGE READS.  FIRST

5   CONSTRUCTION OF THAT TERM IS FOCUSED ON DATA COMPRESSION,

6   REDUCE THE NUMBER OF BITS NECESSARY TO REPRESENT THE

7   AUDIO/VIDEO SOURCE INFORMATION.

8         APPLE TAKEN A PASS ON THIS ONE.  THEY SAY THAT NO

9   CONSTRUCTION IS NECESSARY.  I THINK, WE HAVE TO ASK OURSELVES

10  WHY?

11        WHY ARE THEY NOT TRYING TO PROPOSE A DEFINITION FOR

12  THIS TERM?

13        AND, I THINK, THE REASON IS, YOUR HONOR, THEY'RE

14  CAUGHT BETWEEN A ROCK AND A HARD PLACE A LITTLE BIT ON THIS

15  ONE.  THEY WANT TO SAY THE CLAIMS, THE TIMES REPRESENTATION

16  MEANS THEIR VERSION OF TIME COMPRESSION, BUT THEY REALIZE THE

17  SPECIFICATION IS VERY CLEAR, THAT COMPRESSING MEANS DATA

18  COMPRESSION.

19        AND SO WHEN WE LOOK AT THE SPECIFICATION COLUMNS 4,

20  LINE 63, CONTINUES ONTO CLAIM 5, IT'S REALLY CRYSTAL CLEAR

21  WHAT'S BEING DISCUSSED HERE, IT'S DATA COMPRESSION THAT IS

22  OCCURRING.

23        WHAT THE PASSAGE SAYS IS VARIOUS ALGORITHMS MAYBE

24  EMPLOYED IN THE COMPRESSION PROCESS, WHICH ENABLE THE

25  REPRESENTATION OF A SERIES OF NUMBERS BY REDUCED NUMBER OF

```
 1    BITS.

 2              LET'S TAKE THAT PASSAGE AGAIN.

 3              COMPRESSION PROCESS WHICH ENABLES THE REPRESENTATION

 4    OF A SERIES OF NUMBERS BY REDUCED NUMBER OF BITS.  IT'S TELLING

 5    US WHAT THE COMPRESSION PROCESS IS IN THESE PATENTS.

 6              AND SO I'VE DONE A SIMPLE ILLUSTRATION AT THE BOTTOM.

 7    YOU HAVE A SITUATION WHERE YOU HAVE AUDIO VISUAL INFORMATION

 8    WITH LOTS OF ZEROES AND ONES.  YOU DO THIS DIGITAL COMPRESSION

 9    AND THE RESULT IN REDUCED NUMBER OF BITS, THAT'S WHAT'S

10    DESCRIBED IN THE PATENT.  AND BURST CONSTRUCTION FOR

11    COMPRESSED.

12              THE COURT:  IS THAT NOW DATA COMPRESSION THAT YOU'RE

13    TALKING ABOUT?

14              MR. HEIM:  ABSOLUTELY, YOUR HONOR, THAT IS DATA

15    COMPRESSION.

16              THE COURT:  RIGHT.

17              MR. HEIM:  THE REDUCED NUMBER OF BITS IS DATA

18    COMPRESSION.  YOUR TAKING DATA OF A CERTAIN SIZE AND YOUR

19    MAKING IT SMALLER.  THERE'S LESS DATA.

20              THE COURT:  THAT'S WHAT'S OBVIOUS FROM THE BOTTOM.

21    NOW, WHAT DOES THE TERM "REPRESENTATION" REALLY MEAN IN THIS

22    CONTEXT?

23              WHY IS THAT TERM USED?

24              IS THERE A TERM THAT COULD BE USED THAT'S BETTER, MORE

25    ARTFUL?
```

1      **MR. HEIM:** WELL, THE TERM THAT BURST USED, WE'LL FIND

2   IT IN A SECOND, IS A VERSION OF THE AUDIO/VISUAL SOURCE

3   INFORMATION.

4           APPLE IN THEIR CONSTRUCTION ON TIME-COMPRESSED

5   REPRESENTATION JUST PARROTS THAT WORD REPRESENTATION.  I THINK,

6   THAT TERM IS VERY IMPORTANT, YOUR HONOR.  IT'S VERY IMPORTANT,

7   I THOUGHT ABOUT IT A LOT.

8           I THINK REPRESENTATION HERE MEANS THAT SOMETHING HAS

9   CHANGED.  YOU KNOW, NOT THE EXACT SAME THING OR YOU WOULDN'T

10  SAY IT'S A REPRESENTATION.  SOMETHING CHANGED ABOUT THAT

11  AUDIO/VISUAL SOURCE INFORMATION.  WHAT CHANGED?

12          IT'S GOTTEN SMALLER.  IT'S SOMETHING THAT'S

13  REPRESENTED WITH DIFFERENT ZEROES AND ONES.  SO I THINK THAT

14  TERM IS VERY IMPORTANT AND WE CAN'T MAKE LIGHT OF IT.

15          FIRST CONSTRUCTION WITH RESPECT TO COMPRESSING IS,

16  REDUCING THE NUMBER OF BITS NECESSARY TO REPRESENT THE

17  AUDIO/VIDEO SOURCE INFORMATION.  THIS IS INTENDED TO PARROT

18  REALLY WHAT IS STATED EXPLICITLY IN THE SPECIFICATION, THAT'S

19  THE GOAL.  APPLE'S EXPERT HAS ADMITTED DATA COMPRESSION IS THE

20  ONLY THING.

21          **THE COURT:** BACK UP FOR JUST A MOMENT.

22          **MR. HEIM:** ABSOLUTELY.

23          **THE COURT:** WHAT YOU WERE JUST SHOWING THERE AND WHAT

24  COLUMN?

25          **MR. HEIM:** COLUMN 4.  THE SAME THING FROM THE PAGE

1    BEFORE, COLUMN 4, 63 THROUGH 68, YOUR HONOR.

2              OKAY.  SO WE TOOK IT RIGHT OUT OF THE SPECIFICATION.

3         **THE COURT:**  OKAY.

4         **MR. HEIM:**  IT'S ABOUT AS CLOSE TO EXPLICIT DEFINITION,

5    I THINK, AS YOU'LL SEE.

6         **THE COURT:**  GO AHEAD, I'M SORRY TO INTERRUPT YOU.

7         **MR. HEIM:**  THE NEXT POINT I WAS GOING TO MAKE,

8    SOMETHING, I THINK, WE ALL AGREE, DATA COMPRESSION WAS

9    DISCLOSED IN THE SPECIFICATION.  THE TIME COMPRESSION APPLE'S

10   ADVOCATING HERE IS NOT DISCLOSED AT ALL IN THE SPECIFICATION.

11             SPECIFICATION SAYS NOTHING ABOUT IT, THEIR EXPERT SAID

12   THAT AND, I BELIEVE, MR. POWERS SAID THAT LAST WEEK.  HE SAID

13   BOTH SIDES ARE IN AGREEMENT TIME COMPRESSION IS NOT DISCUSSED

14   OR DISCLOSED IN THE SPECIFICATION, FIGURE 2 OR ANYWHERE ELSE.

15             NO DEBATE ABOUT THAT.  FIGURE 2 ONLY DATA COMPRESSION,

16   I THINK, WE'RE IN AGREEMENT ON THAT POINT.  THE SPECIFICATION

17   ONLY DISCLOSES DATA COMPRESSION, IT DOESN'T DISCLOSE APPLE'S

18   VERSION OF TIME COMPRESSION.

19        **THE COURT:**  THEN WHY IN CLAIM 1, FOR EXAMPLE, AND

20   THROUGHOUT THIS ONE USE THE TERM A "TIME-COMPRESSED

21   REPRESENTATION?"

22        **MR. HEIM:**  YOUR HONOR, I THINK THE REASON THEY CHOSE

23   THAT PHRASE, IS THEY WERE ATTEMPTING TO EXPLAIN IN LAY TERMS

24   EXACTLY THE FUNCTION THAT WAS BEING ACHIEVED HERE.

25             YOU KNOW, LET'S TAKE THE WORDS APART.  YOU GOT A

REPRESENTATION, IT'S A DIFFERENT VERSION THEN THE ORIGINAL

SOURCE INFORMATION.  IT'S COMPRESSED.  IT'S DATA COMPRESSED.

IT'S SQUEEZED DOWN.  IT'S REDUCED.

TIME-COMPRESSED TAKEN TOGETHER MEANS THERE'S SOME SORT

OF TEMPORAL REDUCTION THAT OCCURRED.  WHAT SORT OF TEMPORAL

REDUCTION?

THE CLAIM TELLS US WHAT SORT OF TEMPORAL REDUCTION,

IT'S A TEMPORAL REDUCTION, SO THAT YOU CAN TRANSMIT IT FASTER

THAN REAL TIME.

IT IS THAT SHIFT, THAT PARADIGM SHIFT MR. FOLSE TALKED

ABOUT TIME-COMPRESSED REPRESENTATION, WASN'T SOME SORT OF

MAGICAL INVOCATION HERE TO BRING IN A COMPLETELY DIFFERENT

FIELD.

THAT'S NOT TALKED ABOUT IN THE SPECIFICATION, IT WAS

AN ATTEMPT BY THE INVENTOR AND THE PATENT ATTORNEY TO EXPLAIN

IN SIMPLE TERMS THE CONCEPT THAT THEY WERE TRYING TO CAPTURE.

**THE COURT:**  AND IS THERE IN THE -- IN THE

SPECIFICATION, IS THERE ANYTHING THAT TELLS YOU HOW TO ACHIEVE

TIME COMPRESSION?

**MR. HEIM:**  YOUR HONOR, I DON'T THINK IT'S IN THE -- A

SINGLE PLACE, BUT WHEN YOU PIECE TOGETHER THE DIFFERENT PIECES

FROM THE OBJECTS OF THE INVENTION FROM THE PASSAGES THAT 4 AND

5, THEY TALK ABOUT DATA COMPRESSION, TO THE PASSAGES THAT TALK

ABOUT THE ACCELERATED TRANSMISSION TO THE ORIGINAL CLAIMS, ONE

SKILLED IN THE ART COULD CERTAINLY PIECE TOGETHER THE CONCEPT

1    YOU WERE COMPRESSING IN ORDER TO SEND FASTER THAN REAL TIME,

2    YOU WERE TRYING TO ACHIEVE THIS PARADIGM SHIFT.

3         **THE COURT:**  CAN YOU HELP ME OUT?

4         WHERE IN THE SPECIFICATION WOULD IT TELL SOMEONE

5    SKILLED IN THE ART THAT THIS IS HOW YOU'RE GOING TO, NOT ONLY

6    COMPRESSED THE DATA, BUT THIS IS HOW YOU'RE GOING TO TRANSMIT

7    IT FASTER OR MOVE IT FASTER?

8         **MR. HEIM:**  YOUR HONOR, IT'S ESSENTIALLY THE SAME

9    PASSAGES MR. FOLSE IDENTIFIED.  IT'S THAT PASSAGE REALLY IN

10   COLUMN 2, I THINK, IS ONE PRIME PLACE, WHERE IT INDICATES THE

11   OBJECT OF THE INVENTION IS TO USE A DATA COMPRESSION TECHNIQUE,

12   BUT IF YOU LOOK AT -- LET'S BACK UP FOR A SECOND.

13        IF YOU'RE IN COLUMN 2 AND YOU LOOK AT LINE 42, THE

14   FIRST THING IT SAYS IS THAT IT'S AN OBJECT OF THE INVENTION TO

15   PROVIDE AN IMPROVED AUDIO/VIDEO RECORDER WHICH MAXIMIZES A

16   GIVEN STORAGE CAPACITY, THROUGH THE USE OF A DATA COMPRESSION

17   TECHNIQUE.  USE DATA COMPRESSION YOU HAVE MORE MEMORY AVAILABLE

18   TO YOU, YOU CAN STORE MORE AUDIO/VISUAL INFORMATION ON IT.

19        **THE COURT:**  THAT'S DOESN'T MEAN IT'S GOING TO MOVE

20   FASTER.

21        **MR. HEIM:**  YOU'RE RIGHT.  LET'S LOOK AT THE NEXT

22   PARAGRAPH HERE.  UNTIL FURTHER OBJECT OF THE INVENTION PROVIDE

23   --

24        **THE COURT:**  DON'T TIME-COMPRESS YOUR COMMENTS.  OKAY.

25        **MR. HEIM:**  A STILL FURTHER OBJECT OF THE INVENTION IS

1    TO PROVIDE AN AUDIO/VIDEO RECORDER, UTILIZING A DATA

2    COMPRESSION TECHNIQUE FOR EFFICIENT STORAGE.

3         THAT'S VERY SIMILAR TO WHAT THEY SAID IN THE PREVIOUS

4    PARAGRAPH, RIGHT.  AGAIN, THAT MAKES PERFECT SENSE, YOU

5    COMPRESSED THE SIDES OF THE DATA YOU'RE GOING TO HAVE MORE

6    STORAGE CAPACITY.

7         **THE COURT:**  RIGHT.

8         **MR. HEIM:**  NOW, LOOK WHAT IT'S SAYING, ALL FOR

9    EFFICIENT TRANSMISSION AND RECEPTION.

10        **THE COURT:**  YOU KNOW, THIS IS ONE OF THE PROBLEMS.

11   THERE'S A COMMA THERE, RIGHT?

12        IT DOESN'T SAY EFFICIENT STORAGE AND TRANSMISSION, IN

13   WHICH CASE EFFICIENT WOULD MODIFY TRANSMISSION.  IT SAYS

14   EFFICIENT STORAGE COMMA TRANSMISSION AND RECEPTION, DOES

15   EFFICIENT MODIFY RECEPTION ALSO?

16        **MR. HEIM:**  YES, I BELIEVE SO, YOUR HONOR.

17        **THE COURT:**  WELL, ONE CAN BE ONE'S OWN, AS I SAID IN

18   OTHER CASES, ONE CAN BE ONE'S OWN LEXICOGRAPHER, WHETHER ONE'S

19   OWN GRAMMARIAN I DON'T KNOW ABOUT THAT.

20        BECAUSE THE WAY I READ THAT EFFICIENT MODIFIED

21   STORAGE, BUT IT DOESN'T MODIFY TRANSMISSION RECEPTION.  I MEAN,

22   I'M JUST -- I'M PUZZLED BY THE FACT EFFICIENT SUPPOSE TO TELL

23   US AND THIS MOST -- FASTER -- EFFICIENT CAN MEAN A LOT OF

24   DIFFERENT THINGS.

25        **MR. HEIM:**  UNDERSTAND.

1     **THE COURT:**  SAVINGS, YOU KNOW, ON POWER OR ALL KINDS

2     OF OTHER SAVINGS THAT MAYBE, YOU KNOW, RENDERED MORE EFFICIENT.

3         **MR. HEIM:**  RIGHT.

4         **THE COURT:**  MAYBE I DON'T KNOW WHAT OTHER KIND OF

5     THINGS CAN HAPPEN.  WHETHER YOU DON'T GET INTERFERENCE, OR

6     STATIC, OR ANYTHING LIKE THAT, WHATEVER IT MIGHT BE.  COULD BE

7     RENDER IT MORE EFFICIENT.

8         WHY NOT SAY FASTER IF, IN FACT, THAT'S WHAT HAPPENING?

9         **MR. HEIM:**  THEN THEY DID WHEN THEY GOT DOWN TO TALKING

10    ABOUT THE TRANSMISSION IN COLUMN 7.  THE PASSAGES THAT

11    MR. FOLSE JUST IDENTIFIED.  COLUMN 7 LINE 58 THE VCRET CAN

12    RECEIVE A VIDEO PROGRAM AT AN ACCELERATED RATE.

13        **THE COURT:**  NOW, IS THAT SOLELY BY VIRTUE OF USING

14    FIBEROPTIC CABLES, OR FIBEROPTIC SIGNALS, OR IS THAT BY VIRTUE

15    OF SOMETHING IN THE PATENT?

16        **MR. HEIM:**  YOUR HONOR, IT'S BY VIRTUE OF A COMBINATION

17    OF THE COMPRESSION.  WHEN YOU COMPRESS YOU MAKE THE FILE

18    SMALLER, AND THE POINT, IF YOU FOLLOW THIS THROUGH, IS THAT

19    EVEN FOR THE HIGH SPEED TYPES OF TRANSMISSION LIKE FIBEROPTIC

20    YOU'RE GOING TO USE LESS OF THAT BANDWIDTH, YOU'RE GOING TO

21    ABLE TO SEND IT FAST, NOT CONSUME A LARGE PART OF IT.

22        AND WOULD SUGGEST, EVEN BACK ON THE PASSAGE THEY READ

23    IN COLUMN 2, YOU'RE GOING TO BE ABLE TO SEND THIS INFORMATION,

24    DEPENDING ON THE SIZE OF THE FILE, DEPENDS ON THE SIZE OF THE

25    FILE HOW MUCH YOU COMPRESS IT, YOU CAN SEND IT BY OTHER MEANS

1    AS WELL AND THE PATENT TALKS ABOUT SEVERAL OF THOSE THAT WE'LL

2    DEVELOP A LITTLE BIT FURTHER.

3        CERTAINLY TALKS ABOUT THE MICROWAVE AND SATELLITE AS

4    WELL.  ALSO, TALKS ABOUT TELEPHONE LINES.  CLEARLY THERE'S

5    GOING TO BE SOME INSTANCES WHERE YOU CANNOT SEND IT FASTER THAN

6    REAL TIME OVER THE TELEPHONE AND THERE'S GOING TO BE INSTANCES

7    WHERE YOU CAN.

8        OKAY.  DEPENDS ON SIZE OF THE FILE, DEPENDS ON THE

9    BANDWIDTH OF THE TELEPHONE LINE, BUT THE OTHER THING THAT --

10   KEEP IN MIND --

11       **THE COURT:**  YOU'RE MIRACULOUSLY ABLE NOW, YOU KNOW, I

12   DON'T KNOW WHETHER IT'S BY VIRTUE OF THIS OR BY VIRTUE OF SOME

13   OTHER PROCESS, TO TAKE SOMETHING.

14       I JUST DOWNLOADED PART I OF THE HISTORY OF THE

15   PELOPONNESIAN WARS, WHY I DID THAT?  I DON'T KNOW.  BUT AUDIBLE

16   VERSION NINE HOURS.  OKAY.  OF LISTENING.  NINE HOURS OF

17   INTENSE LISTENING.  AND, I THINK, IT TOOK ALL OF ABOUT TWO AND

18   A HALF MINUTES TO DOWNLOAD IT.

19       NOW, OBVIOUSLY, SOMETHING IS AT WORK HERE, SOME KIND

20   OF TIME COMPRESSION, HOWEVER IT'S ACHIEVED.  BUT IT JUST SEEMS

21   TO ME THAT THIS PATENT WOULD HAVE EMPHASIZED THIS IF, IN FACT,

22   IT WAS ABLE TO DO SOMETHING ALONG THOSE LINES.

23       AND SO, I THINK, THAT -- I THINK, YOUR STRUGGLING WITH

24   THE GRAMMAR HERE.  FOR EXAMPLE, GOING BACK TO THIS BUSINESS OF

25   EFFICIENT THAT WE TALKED ABOUT AND WHAT IT MODIFIES TO GET, BUT

1   I DON'T SEE THAT THERE'S ANYTHING IN HERE THAT REALLY TELLS US

2   THAT THAT'S WHAT THIS PARTICULAR INVENTION DOES, AS OPPOSED TO

3   IT'S ENABLED MORE BY THE, YOU KNOW, THE HIGH SPEED TRANSMISSION

4   LINES OF SOME SORT.  WHETHER IT BE FIBEROPTIC OR SOMETHING

5   ELSE.

6        **MR. HEIM:**  I THINK, IT'S -- IS THE CASE WHEN YOU LOOK

7   COMPRESSION ALGORITHMS THAT ARE DESCRIBED.  BURST WAS NOT

8   INVENTING ANY NEW COMPRESSION ALGORITHMS, THEY WERE AMENDING TO

9   USE EXISTING TECHNOLOGY.

10        WHAT MR. LANG WAS TRYING TO DO WAS TO CHANGE THE

11   BROADCAST PARADIGM.  WHAT EXISTED BEFORE, WAS PEOPLE SENT

12   AUDIO/VISUAL INFORMATION, THE DELIVERY MECHANISM WAS TO SEND IT

13   IN REAL TIME.

14        OKAY.  YOU COULD USE COMPRESSION THERE, BUT YOU DIDN'T

15   USE IT TO SEND IT FASTER THEN REAL TIME, YOU USED IT TO HAVE

16   MORE CHANNELS ON YOUR CABLE.

17        **THE COURT:**  LET ME ASK YOU THIS:

18        THE ALGORITHMS THAT ARE USED IN CONNECTION WITH OR

19   WHAT ARE REFERRED TO AT, I GUESS, WHERE YOU WERE READING FROM,

20   THE BOTTOM OF COLUMN FOUR, TOP COLUMN FIVE, THOSE ARE

21   ALGORITHMS USED FOR DATA COMPRESSION IN THIS CASE?

22        **MR. HEIM:**  YES, YOUR HONOR.

23        **THE COURT:**  CAN THEY ALSO -- THOSE SAME ALGORITHMS BE

24   USED FOR TIME COMPRESSION?

25        **MR. HEIM:**  REALLY DEPENDS WHAT YOU MEAN BY TIME

1   COMPRESSION.  IF YOU MEAN, APPLE'S VERSION OF TIME COMPRESSION,

2   THE ANSWER IS, NO.

3           **THE COURT:**  NO, YOUR VERSION?

4           **MR. HEIM:**  YES.  THOSE ARE EXACTLY THE COMPRESSION

5   TECHNIQUES THAT ARE USED IN ORDER TO GENERATE THE

6   TIME-COMPRESSED REPRESENTATIONS.

7           **THE COURT:**  WELL, THEY'RE, APPARENTLY, TO SOMEONE

8   SKILLED IN THE ART, THEY WOULD UNDERSTAND WHEN IT SAYS

9   ALGORITHMS, LIKE CCIDTT GROUP MAYBE USED, RIGHT?

10          **MR. HEIM:**  THAT'S ABSOLUTELY CORRECT.

11          **THE COURT:**  SO THAT WOULD HAVE SOME MAGICAL

12  CONNOTATION TO PEOPLE OF ORDINARY SKILL IN THE ART?

13          **MR. HEIM:**  THAT'S RIGHT.

14          **THE COURT:**  BUT CAN YOU USE THOSE SAME ALGORITHMS FOR

15  THIS TIME-COMPRESSION FEATURE?

16          **MR. HEIM:**  YOU WOULD USE IT FOR THE TIME -- FOR

17  GENERATING THE TIME-COMPRESSED REPRESENTATION.

18          AS DR. HEMAMI EXPLAINED LAST WEEK, THERE ARE TWO

19  DIFFERENT CATEGORIES OF COMPRESSION.  DATA COMPRESSION THAT IS

20  DESCRIBED IN THE BURST PATENTS, HER CATEGORY 1, WHICH IS --

21  WHICH SHE REFERRED TO AS COMPRESSING A FRAME INDEPENDENTLY.

22          MR. POWERS REFERS TO IT LATER AS INTRAFRAME TYPE

23  COMPRESSION.  THAT'S ONE SORT OF COMPRESSION THAT'S DESCRIBED

24  IN THESE PATENTS THAT SOMEBODY SKILLED IN THE ART WOULD

25  RECOGNIZE.

1      THE SECOND TYPE OF COMPRESSION THAT IS DISCLOSED IN

2   THESE PATENTS, IS THE DEPENDENT TYPE OF COMPRESSION.  WHERE YOU

3   LOOK OFF A TIME INTERVAL, YOU LOOK AT FRAMES SPACED IN TIME AND

4   YOU CODE DIFFERENCES BETWEEN THE FRAMES.

5      OKAY.  SO THAT'S THE SECOND TYPE.  THAT'S THE CATEGORY

6   TWO TYPE OF COMPRESSION.  ALSO, REFERRED TO, YOUR HONOR, AS

7   TO -- ASKED A QUESTION ABOUT IT LAST WEEK, ALSO REFERRED TO IT

8   AS TEMPORAL COMPRESSION, COMPRESSION OVER TIME.

9      THOSE TWO DIFFERENT ALGORITHMS CAN BE USED TOGETHER OR

10   THEY CAN BE USED SEPARATELY TO REDUCE THE AMOUNT OF DATA IN THE

11   FILE, TO ENABLE TRANSMISSION FASTER THAN REAL TIME.

12      **THE COURT:**  NOW, ARE BOTH OF THOSE ALGORITHMS REFERRED

13   TO IN THIS PATENT OR IN THE --

14      **MR. HEIM:**  ABSOLUTELY.

15      **THE COURT:**  -- IN THE SPECIFICATION?

16      **MR. HEIM:**  IN COLUMN 5, EVERYBODY AGREES ABOUT THAT.

17   THAT BOTH THE INDEPENDENT AND THE DEPENDENT TYPES OF

18   COMPRESSION WHICH APPLE HAS REFERRED TO AS INTRAFRAME,

19   INTERFRAME ARE DISCLOSED IN THE PATENT.

20      **THE COURT:**  OKAY.  GO AHEAD.  I'M SORRY TO INTERRUPT

21   YOU.

22      **MR. HEIM:**  THE -- ONE OF THE POINTS, I WAS JUST GOING

23   TO COMPLETE ANSWERING YOUR OTHER QUESTION YOU ASKED, AGAIN,

24   ABOUT WHERE IT'S DESCRIBED, AGAIN, IT IS DESCRIBED IN THE

25   CLAIMS.

1      THERE'S THE ATTEMPT TO CAPTURE THAT CONCEPT, THAT

2 PARADIGM SHIFT.  SO IF WE LOOK AT CLAIMS 1 THROUGH 4 AND 18 AND

3 19, WE'LL SEE THAT THEY ARE TRYING TO CAPTURE THE CONCEPT OF

4 RECEIVING AUDIO/VIDEO INFORMATION AT A FIRST SPEED, AND THEN

5 SENDING IT AT A FASTER SPEED TO AN AUDIO PORT, AND PART OF THE

6 WAY THEY DO THAT IN THE CLAIMS, CLAIMS 1 AND 4, 18 AND 19 IS BY

7 COMPRESSION.

8      OKAY.  SO THAT SPEED CONCEPT WAS THERE RIGHT FROM THE

9 GETGO.  THAT'S NOT SOMETHING THAT CAME IN LATER.

10      OKAY.  TIME-COMPRESSED REPRESENTATION, WE CAN MOVE

11 THROUGH THIS RELATIVELY QUICKLY.

12      THREE VARIANTS I DESCRIBED.  THE FIRST IS

13 TIME-COMPRESSED REPRESENTATION.  THIS IS IN THE FUNCTION CLAIM

14 1 OF THE '995.

15      "A TIME-COMPRESSED REPRESENTATION HAVING AN

16      ASSOCIATED TIME PERIOD THAT IS SHORTER THAN THE TIME

17      PERIOD ASSOCIATED WITH THE REAL TIME REPRESENTATION."

18         THAT'S THE FIRST VARIANT OF THE PHRASE "HAVING

19      ASSOCIATED TIME PERIOD."

20      NOW BURST HAS CONSTRUED THE PHRASE IN ITS ENTIRETY.

21 THE REASON IS HAVING AN ASSOCIATED TIME PERIOD REALLY DESCRIBES

22 THE TIME-COMPRESSED REPRESENTATION.

23      WHEN THEY STARTED TO USE THE TIME-COMPRESSED

24 REPRESENTATION, THEY PUT IN THIS OTHER VERBIAGE AS WELL TO

25 REALLY MAKE CLEAR WHAT THEY WERE TRYING TO CAPTURE HERE.

```
 1        THEY WEREN'T TRYING TO CAPTURE THIS OTHER VARIANT,

 2   APPLE'S VERSION OF TIME COMPRESSION, THEY WERE TRYING TO

 3   CAPTURE THIS CONCEPT OF BEING ABLE TO SEND FASTER THAN REAL

 4   TIME.  THAT WAS THE TIME COMPRESSION, SENDING FASTER THAN REAL

 5   TIME.

 6        NOW, AS I SAID, THERE ARE THREE DIFFERENT VARIANTS I

 7   GOT UP HERE ON THE TIME-COMPRESSED REPRESENTATION PHRASE.  I

 8   DON'T WANT TO TRY TO NITPICK BETWEEN THE DIFFERENT VARIATIONS

 9   HERE BECAUSE WE HAVE SUCH A LIMITED TIME.  WHAT I'D LIKE TO DO

10   IS TALK ABOUT THE TWO GLOBAL ISSUES THAT REALLY APPLY ACROSS

11   THE BOARD.

12        THE FIRST, OF COURSE, IS DATA COMPRESSION ISSUE, WE

13   TALKED ABOUT ALREADY AND WE'LL DEVELOP FURTHER.

14        THE SECOND ISSUE THAT COMES INTO PLAY, IS THAT APPLE'S

15   DEFINITION REQUIRES A DEFINITE DURATION, THAT IS KNOWN AT THE

16   TIME OF COMPRESSION, WE'LL PICK THAT UP A LITTLE BIT LATER.

17        ONE OTHER POINT I NEED TO MAKE, YOUR HONOR, IS THAT

18   WHEN YOU LOOK AT THE CHARTS AND THE DIFFERENT CONSTRUCTIONS,

19   YOU'LL SEE BURST HAS CONSTRUED THE PHRASE TIME-COMPRESSED

20   REPRESENTATION VARIANTS, IT'S CONSTRUED THAT ENTIRE PHRASE.

21        APPLE'S TAKEN A DIFFERENT APPROACH, THEY'VE BROKEN IT

22   INTO CHUNKS AND THEY CONSTRUED THE CHUNKS.  I'M NOT HERE TO

23   ARGUE ONE APPROACH OR THE OTHER, I'D LIKE TO FOCUS ON THE TWO

24   DIFFERENT, YOU KNOW, THE TWO MAJOR DIFFERENCES BETWEEN THE

25   PARTIES AND ADDRESS THOSE.
```

1          SO SECOND VARIANT, THE BEING RECEIVED OVER OR IN AN

2     ASSOCIATED BURST TIME PERIOD.  WE HAVE THE SAME TWO GENERAL

3     ISSUES HERE, SAME TWO GLOBAL ISSUES ABOUT COMPRESSING IN TIME

4     WITHOUT USING DATA COMPRESSION AND WE HAVE THE DEFINITE

5     DURATION ISSUE.  AND THAT ALSO OCCURS IN THE -- IS CAPABLE TYPE

6     OF LANGUAGE WHICH APPEARS IN '705 CLAIM 1.

7          WE TALKED ABOUT THE VIDEO ISSUE.

8          LET'S TALK ABOUT WHAT TIME-COMPRESS REPRESENTATION

9     MEANS ACCORDING TO BURST, AND I GOT SOME GRAPHICS HERE TO

10    DESCRIBE THAT.

11         IT'S REALLY A TWO-STEP PROCESS.  THAT PHRASE REALLY

12    DESCRIBES A TWO-STEP PROCESS.  FIRST, YOU DATA COMPRESS THE

13    AUDIO/VISUAL INFORMATION TO REDUCE THE NUMBER OF BITS.

14         SO YOU START WITH THE LARGER AUDIO/VIDEO, ORIGINAL

15    AUDIO/VIDEO SOURCE INFORMATION.  YOU GO THROUGH THE COMPRESS

16    PROCESS, WHICH THE PATENT SAYS IS DATA COMPRESSION AND YOU GET

17    THIS COMPRESSED REPRESENTATION.

18         AND REMEMBER THEY USE THE WORD REPRESENTATION TO

19    INDICATE SOMETHING HAD CHANGED HERE, THE BITS HAD CHANGED.

20         THEN STEP TWO, WAS TO ALLOW THIS FASTER THAN REAL TIME

21    TRANSMISSION TO ANOTHER DEVICE.  THAT'S THE SECOND PART, AND

22    IT'S A CRITICAL PART OF THE TIME-COMPRESSED REPRESENTATION

23    PHRASE, THAT APPEARS IN THE LANGUAGE OF THAT PHRASE ITSELF.

24    AND HERE THE POINT IS THIS:

25         AUDIO/VIDEO SOURCE INFORMATION HAS A TEMPORAL ASPECT.

1    WHEN YOU TALK ABOUT SONGS, WHEN YOU TALK ABOUT A TV PROGRAM OR

2    A MUSIC VIDEO IT HAS A TIME COMPONENT, IT HAS A COMPONENT.  YOU

3    KNOW, YOU CAN TURN ON THE STOPWATCH DR. HEMAMI SAID LAST WEEK,

4    AND IT WILL TELL YOU HOW LONG IT PLAYS.

5         TELLS YOU A MUSIC VIDEO IS THREE-MINUTES LONG, AND SO

6    WHEN YOU START PLAYBACK, UNTIL YOU END PLAYBACK THERE'S A TIME

7    COMPONENT ASSOCIATED WITH THAT.

8         THE TIME-COMPRESSED REPRESENTATION, THE TEMPORAL

9    REDUCTION THAT'S BEING DESCRIBED IN THAT PHRASE, IS THE

10   REDUCTION RELATIVE TO THE TRANSMISSION TIME.

11        YOUR ABLE TO SEND THAT DATA COMPRESSED FILE IN LESS

12   TIME THAN IT WOULD TAKE TO PLAY IT BACK.  THAT'S ALL THAT'S

13   INTENDED BY THAT PHRASE.  THAT'S BURST'S CONSTRUCTION.

14        APPLE'S CONSTRUCTION, APPLE'S POSITION IS DIFFERENT,

15   OF COURSE.  THEY SAY YOU HAVE SOURCE INFORMATION.  IT GOES

16   THROUGH THEIR COMPRESSION PROCESS, WHICH THEIR EXPERT DESCRIBES

17   AS JUST INCREASING THE SIGNALING RATE.

18        WHEN YOU READ OUT THE DATA FROM MEMORY AND YOU GET

19   THEIR VERSION, THEIR SOURCE INFORMATION THAT HAS A HIGHER OR

20   FASTER SIGNALING RATE, BUT THE DATA ITSELF IS IDENTICAL.  IT IS

21   BIT-FOR-BIT IDENTICAL.  THERE HAS BEEN NO DATA COMPRESSION

22   WHATSOEVER.

23        IN FACT, IT'S NOT EVEN A REPRESENTATION AT ALL, IT'S

24   NOT DIFFERENT AT ALL, IT'S THE EXACT SAME DATA.  SO THAT'S

25   APPLE'S POSITION ON THE TIME COMPRESSION.

```
 1          OKAY.  AND, OF COURSE, THE EXAMPLE THEY GIVE IS THE

 2    CHIPMUNK-SPEED PLAYBACK OF AN ALBUM.  YOU HAVE A 33 RPM ALBUM

 3    YOU PLAY FASTER, THAT'S WHAT THEY'RE TRYING TO MAKE THE ANALOGY

 4    TO.  OKAY.

 5          WHAT I WANT TO DO NOW, I WANT TO FOCUS ON THE

 6    INTRINSIC EVIDENCE.  THE REASON IS, OF COURSE, THAT'S WHAT

 7    PHILLIPS TELLS US WE HAVE TO DO.

 8          BEFORE WE DO THAT, I WANT TO POINT OUT TO THE COURT,

 9    THE TERM TIME COMPRESSION DID NOT HAVE A SINGLE MEANING AS

10    APPLE IS SUGGESTING HERE, THAT IS NOT THE CASE.

11          DR. HEMAMI TESTIFIED THAT THERE WERE, AT LEAST, FOUR

12    DIFFERENT -- FOUR DIFFERENT USES OF THE TERM TIME COMPRESSION

13    WHICH SHE HAD SEEN, AND THAT'S IN HER EXPERT REPORT PAGES 42

14    AND 43.

15          JUST NOT IN THE BURST VERSUS MICROSOFT CASE, MOTZ

16    DEALT WITH THIS ISSUE, AND JUDGE MOTZ CONCLUDED THE TERM TIME

17    COMPRESSION HAD MANY USES.

18          IN PARTICULAR, THE USE THAT JUDGE MOTZ THOUGHT WAS

19    RELEVENT, THE MOST COMMON USE FOR TIME COMPRESS REFERRED  TO

20    DISCARDING VIDEO FRAMES SO YOU CAN SEND SOMETHING FASTER.

21          YOU JUST DROP OUT THE VIDEO FRAMES, SO YOU THAT CAN

22    SEND IT IN REAL TIME VIDEO, VERY LARGE.  SO IN ORDER TO MEET

23    THAT REAL TIME PARADIGM, WHAT EXISTED BEFORE WAS TO COMPRESS BY

24    JUST DROPPING OUT THE FRAMES.  SO THAT'S ANOTHER USE THAT YOU

25    SEE OF THE WORD TIME COMPRESSION.
```

1    **THE COURT:** NOW, BUT IS THAT, IN FACT, DATA

2    COMPRESSION THAT RESULTS IN TIME COMPRESSION?

3    **MR. HEIM:** IT -- YOUR HONOR, I DON'T KNOW IF YOU WOULD

4    CHARACTERIZE THAT AS DATA COMPRESSION, JUST TAKING OUT THE

5    FRAMES.

6    I GUESS, YOU COULD SAY IT IS, BUT IT DIDN'T RESULT IN

7    TIME COMPRESSION. THE REASON IT DIDN'T, IS THEY WERE SENDING

8    IT AT REAL TIME.

9    **THE COURT:** BUT YOU'RE REMOVING -- YOU WOULD BE

10    REMOVING, IF YOU'RE DOING IT, YOU WOULD BE REMOVING X NUMBER OF

11    BITS FOR EACH FRAME, RIGHT?

12    **MR. HEIM:** THAT'S EXACTLY RIGHT. BUT THEY'RE DOING IT

13    TO MEET THE REAL TIME PARAMETERS. THEY CAN'T GET THE

14    INFORMATION THERE FAST ENOUGH FOR REAL TIME, SO THEY'RE TAKING

15    OUT BITS TO MEET THE REAL TIME PARAMETERS.

16    **THE COURT:** THIS WHOLE BUSINESS OF, YOU KNOW, WAS USED

17    THE OTHER DAY IN THE TUTORIAL, TIME COMPRESSION MULTIPLEXING.

18    I KNOW I'M TAKING AWAY FROM YOUR TIME, RIGHT, WELL --

19    **MR. HEIM:** IT'S MORE IMPORTANT.

20    **THE COURT:** -- YOUR TIME IS MY TIME, MY TIME IS YOUR

21    TIME, RIGHT?

22    THE WHOLE CONCEPT OF TIME-COMPRESSION MULTIPLEXING, IS

23    THAT TERM USED ACTUALLY IN THE PATENT AT ALL?

24    **MR. HEIM:** NO.

25    **THE COURT:** AND WHAT IS MEANT BY THAT, AS FAR AS YOU

1  UNDERSTAND?

2        **MR. HEIM:**  TIME-COMPRESSION MULTIPLEXING?

3        **THE COURT:**  YES.

4        **MR. HEIM:**  YOUR HONOR, THAT IS A TECHNIQUE THAT

5  EXISTED.  IT WAS USED IN THE MULTIPLEXING ENVIRONMENT WHERE,

6  FOR EXAMPLE, YOU MIGHT WANT TO SEND A LOT OF DIFFERENT TV

7  CHANNELS ON THE SINGLE COMMUNICATION CHANNEL, IT'S A WAY TO

8  SHARE THAT SINGLE COMMUNICATION CHANNEL AMONG MULTIPLE SOURCES.

9        CAN ALSO BE USED IN THE DUPLEX, WHERE YOU'RE TALKING

10  ON THE PHONE, YOU SEND IT BACK AND FORTH.  WHAT IT MEANS IS,

11  YOU GET THE INFORMATION IN, YOU STORE IT AND THEN YOU READ IT

12  OUT FASTER.

13        THAT'S THE WAY YOU DO THE -- THAT'S HOW YOU REDUCE THE

14  TIME ASPECT.  YOU CLOCK IT OUT FASTER.  YOU HAVE A HIGHER

15  SIGNALING RATE COMES OUT AND THEN YOU INTERLEAVED IT WITH A LOT

16  OF OTHER PIECES, A LOT OF SOURCE INFORMATION AND IT TRAVELS

17  DOWN THE PIPE IN REAL TIME.  THAT'S WHAT WE MEANT.

18        CAN WE PLAY, AGAIN, THE ANIMATION?

19        JUSTIN, DO YOU HAVE THAT UP?

20        THIS IS AN EXAMPLE OF TIME-COMPRESSION MULTIPLEXING.

21  THIS IS ONE OF THE REFERENCES THAT APPLE WAS USING AT THE

22  TUTORIAL, THE SKLAR REFERENCE.

23        THE WAY THAT TIME-COMPRESSION MULTIPLEXING WORKED,

24  YOUR HONOR, YOU WOULD HAVE THESE VARIOUS SOURCES OVER HERE ON

25  THE LEFT, YOU HAVE THESE VARIOUS DIFFERENT SOURCES.

1         AND WHAT THEY DO, THEY HAVE DATA THAT'S COMING OUT AND

2    GOING INTO A COMMON PIPE.  THAT DATA IS -- WE CAN SEE ON THIS

3    NEXT SLIDE IS BEING INTERLEAVED TOGETHER, SO ALL THE DATA BEING

4    INTERLEAVED TOGETHER.

5         OKAY.  SO IT'S ALL BEING JAMMED TOGETHER IN A SPECIFIC

6    TIME SLOT.  YOU -- IT'S LIKE YOU HAVE A PRE-DEFINED TIME SLOT

7    WHERE YOU GET TO TALK, THEN YOU GET TO TALK, THEN YOU GET TO

8    TALK, THAT'S WHAT MULTIPLEXING MEANS, WE'RE TAKING TURNS.

9         SO THEY'RE TAKING TURNS HAVING A PIECE OF THAT PIPE,

10   AND THE WAY THEY FIT THEM ALL TOGETHER, THEY HAVE THIS THING

11   GOING FASTER ON THIS SIDE THEN THEY DO ON THIS SIDE.

12        SO THAT DATA COMES IN, GETS STORED AND GETS RIGHT OUT

13   FASTER.  GETS JAMMED TOGETHER WITH A BUNCH OF OTHER STUFF, THEN

14   IT GOES ACROSS THE PIPE.

15        THE THING TO NOTICE ABOUT THIS, YOUR HONOR, IF YOU

16   JUST SEND IT DIRECTLY ACROSS HERE, YOU KNOW, IN REAL TIME,

17   THAT'S EXACTLY THE SPEED THAT THIS THING IS GOING ACROSS.  IT'S

18   NOT JETTING ACROSS HERE FASTER, IT'S GETTING INTERLEAVED AND

19   GETTING SENT ACROSS THE REAL TIME.

20        THAT'S THE WAY THESE TCM TYPE SYSTEMS WORK, THEY WORK

21   IN REAL TIME.  THEY'RE THE KIND OF SYSTEMS THAT THE BURST

22   PATENTS WERE TRYING TO CHANGE THE PARADIGM FROM.

23        YOU KNOW, THEY WERE THE REAL TIME SITUATIONS.  HOW DO

24   WE SHARE THAT COMMUNICATION CHANNEL?  WE'RE GOING TO GIVE

25   EVERYBODY A SLOT, WE'RE GOING TO CLOCK THE DATA OUT FASTER,

1    THAT'S THE WAY IT'S GOING TO WORK.

2            **THE COURT:**  THESE OPERATE ONLY WITH FIBEROPTIC CABLE

3    OR COULD THEY USE OTHER TRANSMISSION MEANS AS WELL?

4            **MR. HEIM:**  THEY COULD USE OTHER TRANSMISSION MEANS AS

5    WELL.

6            LET'S TALK ABOUT THE INTRINSIC EVIDENCE.  THREE THINGS

7    WE WANT TO TALK ABOUT HERE TODAY.

8            WE WANT TO TALK ABOUT THE SPECIFICATION; WE WANT TO

9    TALK ABOUT THE CLAIM CONTEXT; WE WANT TO TALK ABOUT THE

10   PROSECUTION HISTORY.

11           THAT'S WHAT WE'RE GOING TO TALK ABOUT.  THAT'S THE

12   FOCUS OF BURST'S CASE.  IT'S ALL CONSISTENT WITH THOSE.  YOU

13   USE DATA COMPRESSION TO ACHIEVE THE TIME-COMPRESSED

14   REPRESENTATION.

15           APPLE COMES AT IT A DIFFERENT WAY THAT'S INCONSISTENT

16   WITH WHAT PHILLIPS TELLS US.  THEY START BY GOING TO THE

17   TREATISES, GOING TO THE THIRD-PARTY ARTICLES.

18           WHAT THEY SAY, YOU USE TIME-COMPRESSED REPRESENTATION,

19   THAT MUST MEAN THIS OVER HERE.  THAT DOESN'T MEAN WHAT YOU HAVE

20   IN THE -- YOUR SPECIFICATION, THIS -- IT MEANS THIS OVER HERE.

21           THE ONLY LINK, THE ONLY WAY THEY HAVE TO JUSTIFY IT,

22   THEY TRY TO SAY, THERE WAS A DISCLAIMER, OCCURRED IN THE

23   PROSECUTION HISTORY, AS WE SAY FROM MISSOURI "THAT JUST AIN'T

24   THE CASE".

25           SO SPECIFICATION, WE'VE LOOKED AT THESE PASSAGES

1    BEFORE, AND I DON'T THINK WE HAVE TO SPEND A LOT OF TIME ON IT,

2    YOUR HONOR, BUT THE POINT IS, DATA COMPRESSION.

3         THE ONLY THING THAT'S DISCLOSED, I'M NOT GOING TO BEAT

4    A DEATH HORSE, IT'S THE ONLY DATA COMPRESSION.  THAT'S -- THE

5    ONLY COMPRESSION DESCRIBED IS DATA COMPRESSION.

6         APPLE'S CONSTRUCTION THAT SAYS THAT YOU GOT TO DO THE

7    COMPRESSION IN TIME WITHOUT USING DATA COMPRESSION, IS

8    EXCLUDING THE PREFERRED EMBODIMENT.

9         THEY ACKNOWLEDGE IT, THEY SAY THEY'RE TRYING TO MEET

10   THE UNUSUAL CASE.  QUITE FRANKLY, THEY JUST CAN'T DO IT.

11        CLAIM CONTEXT, YOUR HONOR, WE TALKED ABOUT THIS A

12   LITTLE BIT.  THE CLAIMS GIVE US A CONTEXT HERE THAT'S VERY

13   IMPORTANT.  THE REASON IS THESE CLAIMS DEFINE AN ORDER OF

14   OPERATION.  DATA COMPRESSION IS CONSISTENT WITH THAT ORDER OF

15   OPERATION.

16        APPLE'S TIME COMPRESSION, THAT TCM TYPE COMPRESSION IS

17   NOT.  SO IF WE LOOK AT THE CLAIMS, I JUST PICKED 9839 CLAIM 1,

18   THERE'S AN ORDER OF OPERATION THAT'S DEFINED BY THESE CLAIMS.

19        THE FIRST LIMITATION, RECEIVING AUDIO/VIDEO SOURCE

20   INFORMATION.  THAT OCCURS FIRST.

21        NEXT, COMPRESSED THE RECEIVED AUDIO/VIDEO SOURCE

22   INFORMATION.  COMPRESSING REFERS TO WHAT HAPPENED BEFORE, HAS

23   TO COME AFTER.  RIGHT.

24        DOES IT MEAN YOU HAVE TO COMPLETELY RECEIVE EVERYTHING

25   BEFORE YOU START COMPRESSION, BUT COMPRESSING DOESN'T OCCUR

1    UNTIL YOU RECEIVE IT?

2         YOU STORE.  WHAT DO YOU STORE?  YOU STORE THE

3    TIME-COMPRESSED REPRESENTATION.  HAS TO COME AFTER COMPRESSING

4    BECAUSE THAT'S WHAT THE CLAIM TELLS US.

5         TRANSMITTING.  YOU TRANSMIT THE STORED TIME-COMPRESSED

6    REPRESENTATION.  INDICATES YOUR TRANSMITTING WHAT'S BEEN

7    STORED.  THIS IS A SITUATION WHERE THE CLAIM CONTEXT IS VERY

8    SPECIFIC AND SAYS, YOU GOT TO DO THEM IN THIS ORDER.

9         THIS IS THE RIGHT ORDER.  THE ORDER IS RECEIVED,

10    COMPRESSED, STORE THAT TIME-COMPRESSED REPRESENTATION AND

11    TRANSMIT FASTER THAN REAL TIME.

12         THE DATA COMPRESSION THAT IS DISCLOSED IN THE PATENT

13    IS ENTIRELY CONSISTENT WITH THE CLAIM ORDER.  WHAT THE

14    SPECIFICATION DESCRIBES IS RECEIVING THE AUDIO/VIDEO SOURCE

15    INFORMATION.

16         UP HERE AT THE TOP, NEXT THING THAT HAPPENS IS GOES

17    INTO THE COMPRESSOR DECOMPRESSOR 26.  DR. HEMAMI REFERRED TO

18    THAT AS CODEC, JUST TAKING THE FIRST COUPLE OF LETTERS FROM

19    EACH OF TERMS.  THAT'S A COMMON WAY TO REFER TO THAT IS CODEC.

20         THE THIRD STEP, YOU STORE THE COMPRESSED AUDIO/VIDEO

21    REPRESENTATION IN MEMORY.

22         SO YOU RECEIVED IT, YOU COMPRESSED IT, YOU STORED IT,

23    NOW YOU TRANSMIT THAT COMPRESSED REPRESENTATION FASTER THAN

24    REAL TIME.  THAT'S WHAT THE PATENT DISCLOSED, IT'S ENTIRELY

25    CONSISTENT WITH DATA COMPRESSION.  YOU RECEIVE IT, YOU COMPRESS

1    IT, YOU STORE IT, YOU TRANSMIT IT.

2         WE LOOK AT THE TCM REFERENCES, DR. HEMAMI WENT OVER

3    THIS LAST WEEK, AND I'M NOT GONG TO GO THROUGH IT IN GORY

4    DETAIL, BUT THE ORDER IS DIFFERENT.

5         WHAT YOU DO, YOU RECEIVE OVER HERE ON THE LEFT AT THE

6    TERMINAL, THAT'S THE INPUT TERMINAL RIGHT THERE.  YOU RECEIVE

7    IT.  GOT THIS SORT OF SIGNALING, RIGHT, GETS PUT INTO THE

8    BUFFER WHERE IT'S STORED AND THEN IT'S READ OUT OF THERE.

9         IT'S CLOCKED OUT AT A HIGHER SIGNALING RATE.  YOU CAN

10   SEE THAT THE SIGNALING RATE GETS HIGHER.  OCCURS MORE

11   FREQUENTLY THEN OVER HERE.  SPACED TOGETHER AND THEN IT GETS

12   TRANSMITTED.  SO THE COMPRESSION IN THE TRANSMISSION REALLY

13   OCCUR TOGETHER, BUT THE ORDER --

14        **THE COURT:**  THE COMPRESSION IN THIS CASE?

15        **MR. HEIM:**  YES, YOUR HONOR.

16        **THE COURT:**  IS REALLY WHERE THE MULTIPLEXING IS GOING

17   ON, SO TO SPEAK?

18        **MR. HEIM:**  IT IS.

19        **THE COURT:**  WOULD IT BE INCONSISTENT WITH THE WHOLE

20   NOTION OF MULTIPLEXING TO HAVE STORAGE AFTER THE MULTIPLEXING?

21        **MR. HEIM:**  IT DOESN'T MAKE SENSE AND HERE'S WHY.

22        WHEN YOU DO THIS SORT OF OPERATION, YOU KNOW, AT STEP

23   THREE, WHERE YOU'RE DOING THE COMPRESSING, YOUR CHANGING THE

24   SIGNALING RATE.  IF YOU NOW GO AND STORE IT YOU LOSE THAT

25   CHANGE.  BECAUSE ALL YOU'RE GOING TO STORE IN MEMORY, ARE

1    ZEROES AND ONES.

2    THE SIGNALING RATE DOESN'T GET STORED, IT JUST GETS

3    PUT IN THERE, IT FILLS UP THE BUFFER WITH ZEROES AND ONES.

4    THAT WHOLE SIGNALING RATE TCM COMPRESSION IT'S GONE.

5    IF YOU NEED TO COMPRESS THE -- YOU GOT TO DO IT AGAIN.

6    WHEN IT'S STORED YOU DON'T HAVE THE TIME-COMPRESSED, YOU DON'T

7    HAVE COMPRESS REPRESENTATION ANYMORE, YOU JUST HAVE THE

8    ORIGINAL ZEROES AND ONES AND THAT'S IT.

9    IS IT POSSIBLE THEORETICALLY THAT SOMEBODY MIGHT DO

10   IT?

11   I SUPPOSE THEY MIGHT, BUT THEN THEY HAVE TO COMPRESS

12   IT AGAIN.  YOU HAVE TO RECOMPRESS IT.  SO DOESN'T REALLY MAKE

13   SENSE TO DO IT.

14   AND THAT'S ONE OF THE KEY PROBLEMS WE HAVE HERE.  IS

15   THEY'RE TAKING TIME-COMPRESSED REPRESENTATION AND THEY'RE

16   SAYING, LISTEN, THAT MEANS TIME COMPRESSION, LIKE THESE TCM

17   REFERENCES.  OKAY, WELL, YOU KNOW, OBVIOUSLY, WE DON'T LIKE --

18   THAT EXCLUDES THE PREFERRED EMBODIMENT, BUT THERE'S OTHER

19   PROBLEMS, TOO.

20   THE OTHER PROBLEM IS INCONSISTENT TECHNICALLY THE

21   CLAIM CONTEXT ORDER.  IT DOESN'T MAKE ANY SENSE.  AND WE GOT A

22   THIRD PROBLEM WHEN WE GOT TO THE PROSECUTION HISTORY AS WELL.

23   SO IT'S OUT OF ORDER.  DOESN'T MAKE ANY SENSE TO DO IT THAT

24   WAY.

25   AND ONE OF THE POINTS ON THE BTTCM WHICH I MADE

1    ALREADY I WANT TO REITERATE, '839 SAYS RECEIVED COMPRESSED

2    STORE, TRANSMIT FASTER THAN REALTIME.  TCM RECEIVES, STORES OUT

3    OF ORDER, COMPRESSES, THEN TRANSMITS IN REAL TIME.  IT'S QUITE

4    A BIT DIFFERENT.

5         NOW, I BELIEVE LAST WEEK THAT MR. POWERS ADMITTED

6    THAT, HE SAID CERTAINLY TRUE THAT THIS REFERENCE, I BELIEVE HE

7    WAS REFERRING TO GITLAND, IT'S NOT ENTIRELY TRUE.  THE SEQUENCE

8    OF STORAGE AND COMPRESSION, THE CASE TIME COMPRESSING IS

9    DIFFERENT FROM THE SEQUENCE IN THE CLAIMS OF COMPRESSING AND

10   THEN STORING.

11        THERE'S NO DEBATE ABOUT THAT, APPLE AGREES.  WHAT I

12   HEARD MR. POWERS SAY LAST WEEK IS, BUT YOU'RE TALKING ABOUT

13   VALIDITY, WE'RE NOT TALKING ABOUT VALIDITY HERE.  AND THAT'S

14   NOT TRUE WE'RE NOT TALKING ABOUT VALIDITY.

15        WE'RE TALKING ABOUT THE SITUATION WHERE THEY'RE TRYING

16   TO DRAFT A LIMITATION ONTO THIS CLAIM THAT EXCLUDES THE

17   PREFERRED EMBODIMENT AND TAKES -- REALLY STANDS THE ORDER OF

18   THE CLAIMED OPERATIONS ON THEIR HEAD.  NOT A VALIDITY POSITION,

19   THIS IS THE REASON THAT THEIR TIME COMPRESSION IS JUST WRONG.

20        LET'S SKIP THE ANIMATION WITH THAT.  I'D LIKE TO GO TO

21   THE PROSECUTION HISTORY.

22        THERE'S THREE PROSECUTION HISTORY WE NEED TO TALK

23   ABOUT, THE '995, THE '932 AND THE '705.

24        LET ME JUST GLOBALLY SUMMARIZE APPLE'S POSITION IN

25   THEIR BRIEFS.  THEY SAY, IN THE '995 AND THE '932 CLAIMS WERE

1    AMENDED.  THEY EVEN TAKE THE POSITION THAT THE ORIGINAL CLAIMS

2    COVERED THE DATA COMPRESSION.

3          THEY SAY, THAT THE CLAIMS WERE AMENDED TO GIVE UP THE

4    DATA COMPRESSION.  THAT'S THEIR POSITION OVERCOME DATA

5    COMPRESSION PRIOR ART.  IT'S NOT THE CASE.  WE'RE GOING TO LOOK

6    AT IT VERY CLOSELY, WE'RE GOING TO SEE IT'S NOT THE CASE.

7          '705 PROSECUTION HISTORY, THEY PULL A SINGLE SENTENCE

8    OUT OF A VERY LONG PROSECUTION HISTORY, AND THEY SAY, LOOK,

9    THERE'S A DISCLAIMER HERE, THIS IS WHERE YOU GAVE UP DATA

10   COMPRESSION.  AGAIN, IT'S NOT THE CASE, WE'RE GOING TO LOOK AT

11   THAT.

12         WHAT I'VE GOT UP HERE IS THE FAMILY TREE OF THE PATENT

13   IN SUIT.  I GOT THE '995 AT THE TOP, THE '932 IS THE CIP OF THE

14   '995, ADDED SOME NEW STUFF.  ADDED, FOR EXAMPLE, THE MICROWAVE,

15   USING THE MICROWAVE TRANSCEIVER TO SEND FASTER THAN REAL TIME.

16         WE HAVE THE VISUAL OF THE '839 AND THEN WE HAVE

17   ANOTHER DIVISIONAL THAT ULTIMATELY RESULTED IN THE '705 DOWN

18   HERE.  YELLOW THE FOUR PATENTS IN SUIT.

19         CAN YOU SEE THE '705, DIDN'T JUST COME -- DIDN'T

20   SPROUT RIGHT OUT OF THE '839, IT CAME THROUGH A SERIES OF THREE

21   APPLICATIONS.

22         FIRST THE '542, THEN THE '958 AND THEN THE LAST ONE

23   THE '727 APPLICATION, AT ISSUE AS THE '705.  THAT'S IMPORTANT,

24   WE'LL TALK ABOUT IT IN A FEW MINUTES.

25         OKAY.  REASON IT'S IMPORTANT, QUITE FRANKLY, IS THAT

1    APPLE IN ITS DISCLAIMER ARGUMENT FOCUSES ONLY ON A SINGLE

2    STATEMENT, A SINGLE STATEMENT THAT OCCURS UP HERE.  THERE'S A

3    LOT THAT GOES ON AFTER THAT.

4         '995 PROSECUTION HISTORY, YOUR HONOR, THESE ARE THE

5    ORIGINAL CLAIMS.  YOU ASKED SOME QUESTIONS ABOUT IT.  WE TALKED

6    ABOUT IT A LITTLE BIT EARLIER.  LET'S TAKE A LOOK WHAT THEY'RE

7    TRYING TO CLAIM HERE.

8         THEY GOT A FIRST MEANS FOR CONVERTING ANALOG VIDEO,

9    THIS -- SO THIS INTO SIGNALS, DIGITAL DATA SIGNALS.  SO YOU

10   RECEIVE ANALOG VIDEO, YOU CONVERT TO DIGITAL.

11        NEXT YOU TRANSMIT THOSE DIGITAL DATA SIGNALS TO OUTPUT

12   PORT AT A SPEED GREATER THAN THE SPEED OF THE ANALOG VIDEO

13   SIGNALS RECEIVED.  SO YOU RECEIVE ANALOG VIDEO HERE, YOU HAVE

14   SOME MEANS THAT SPEED IT UP, TO GET IT OVER HERE TO THE OUTPUT

15   PORT.

16        OKAY.  CLAIMS TWO AND THREE THAT WE DON'T HAVE HERE,

17   IDENTIFY THE OUTPUT PORT IS CONNECTED TO FIBEROPTIC CHANNEL AND

18   TO A TELEPHONE LINE.  AND THEN FOUR ADDS THE CONCEPT HERE OF

19   COMPRESSING.

20        OKAY.  THIS IS WHERE THE COMPRESSING COMES IN.  SAYS,

21   THE FIRST MEANS, THIS GUY RIGHT HERE THAT DID THE A TO D

22   CONVERSION, THE ANALOG, THE DIGITAL CONVERSION, ALSO GOES

23   COMPRESSION, THOSE ARE THE ORIGINALS CLAIMS.

24        WHAT HAPPENS, THOSE CLAIMS 1 THROUGH 4, I'M SORRY, 1

25   AND 4 AND ALSO 18 AND 19 WE TALKED ABOUT AS WELL, THAT HAD THAT

1    FASTER SPEED REJECTED BY THIS BALDWIN REFERENCE, BY THIS

2    BALDWIN PATENT, YOUR HONOR.

3         APPLE TAKES THE POSITION THAT THE CLAIMS ULTIMATELY

4    WERE AMENDED TO OVERCOME THE PRIOR ART AND THE PRIOR ART WAS

5    DATA COMPRESSION, JUST NOT TRUE.

6         BALDWIN IS NOT DATA COMPRESSION, BALDWIN CONVERSION

7    TALKS ABOUT STRETCHING OUT SIGNALS.  IT'S TALKING ABOUT READING

8    OUT AT ONE AND ONE THIRD INPUT SPEED TO BUNCH THE DATA.  IT

9    TALKS ABOUT EMPTYING THE SOURCE, EMPTIED QUICKER THEN THEY ARE

10   FILLED.

11        THOSE ARE ALL CONCEPTS WHERE YOU'RE CHANGING SIGNALING

12   RATES, THOSE ARE ALL CONCEPTS KIND OF LIKE TIME COMPRESSION, A

13   LITTLE DIFFERENT THAN APPLE'S TCM TYPE STUFF.

14        IT'S A VERSION, A FLAVOR OF TIME COMPRESSION, IT'S NOT

15   DATA COMPRESSION.  WHAT HAPPENS IN RESPONSE THEY, BURST,

16   CANCELS THOSE CLAIMS, PUTS IN NEW CLAIMS AND THEIR CLAIMS

17   ISSUED IN THE CLAIMS.

18        OKAY.  WITH THAT SAME SORT OF ORDER, YOUR HONOR, THAT

19   WE SAW BEFORE, AND BURST HIGHLIGHTS THAT ORDER IN THE REMARKS

20   TO THE PATENT & TRADEMARK OFFICE.

21        IT SAYS THE CLAIMS ARE DIRECTED TO AN AUDIO/VIDEO

22   TRANSCEIVER, AUDIO/VIDEO SOURCE INFORMATION, COMPRESS THE

23   AUDIO/VIDEO SOURCE INFORMATION STORE AND TRANSMIT IT.

24        THEN IT'S SO IMPORTANT THEY SAY IT AGAIN, THEY SAY

25   THIS SUMMARY, THESE IMPORTANT FEATURES:  RECEIVE, COMPRESS,

1   STORE, TRANSMIT.  THAT'S THAT ORDER WE TALKED ABOUT IN THE

2   CLAIMS A LITTLE WHILE AGO.  THEY OVERCAME THAT TIME COMPRESSION

3   BALDWIN REFERENCE BY PUTTING IN THIS ORDER.

4           SO CONTRARY TO WHAT APPLE SAYS THE CLAIMS WERE AMENDED

5   TO DISTINGUISH DATA COMPRESSION, THAT'S JUST FACTUALLY NOT

6   TRUE.  THE CLAIMS WERE AMENDED TO RECITE THAT ORDER TO OVERCOME

7   A VERSION OF TIME COMPRESSION.

8           THAT'S WHAT HAPPENED IN THE '995.  WHAT THIS REFERENCE

9   SHOWS, WHAT THIS SHOWS, WHAT THIS HISTORY SHOWS, YOUR HONOR,

10  THESE CLAIMS DIDN'T COVER THAT TCM TYPE COMPRESSION.  IN FACT,

11  IT WAS DISCLAIMED, THE CLAIMS WERE NARROWED IN ORDER TO AVOID

12  THAT TYPE OF REFERENCE.

13          THE '932 PROSECUTION HISTORY.  GOT THE CLAIMS UP HERE

14  9 THROUGH 11, THOSE ARE THE CLAIMS APPLE FOCUSES ON AGAIN.

15  THESE ARE THE ORIGINALS CLAIMS FILED IN THAT APPLICATION.  IT

16  HAS THE LIMITATIONS AND IT INCLUDES THE COMPRESSING AS PART OF

17  THE MEANS FOR DIGITIZING.

18          AND THEN IT HAS THE TRANSMISSION MEANS THAT TRANSMITS,

19  BUT IT DOESN'T TRANSMIT AWAY FASTER THEN REAL TIME.  YOU DON'T

20  GET THAT SORT OF FASTER SPEED THING UNTIL YOU GET DOWN TO CLAIM

21  11.

22          CLAIM 11 SAYS, YOU TRANSMIT OR RECEIVE THE COMPRESSED

23  DIGITAL DATA IS LESS -- SAYS -- I'M SORRY, THE TIME REQUIRED TO

24  TRANSMIT AND RECEIVE THE COMPRESSED DIGITAL DATA IS LESS THAN

25  THE TIME REQUIRED TO MONITOR THE AUDIO SIGNAL CORRESPONDING TO