# Exhibit B

Dockets.Justia.com

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

APPLE COMPUTER, INC.,            )
    Plaintiff/Counterdefendant,)
                               )
vs.                              )    CASE NO. C06-00019 MHP
                               )
BURST.COM, INC.,                 )
    Defendant/Counterclaimant. )


ORAL VIDEOTAPED DEPOSITION

SHEILA HEMAMI

SEPTEMBER 4, 2007

VOLUME 2


ORAL VIDEOTAPED DEPOSITION OF SHEILA HEMAMI, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on the 4th day of September, 2007, from 8:22 a.m. to 2:03 p.m., before Dana Richardson, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Weil, Gotshal & Manges, L.L.P., 700 Louisiana, Suite 1600, Houston, Texas 77002, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

    Job No. 1601-84301

Page 2

```
 1           APPEARANCES
 2  FOR PLAINTIFF:
 3    Mr. Garland T. Stephens
      WEIL, GOTSHAL & MANGES, L.L.P.
 4    700 Louisiana, Suite 1600
      Houston, Texas  77002
 5    Telephone: (713) 546-5044 - Fax: (713) 224-9511
      E-mail: garland.stephens@weil.com
 6      -and-
 7    Ms. Jayna Whitt - (via telephone)
      APPLE, INC.
 8    1 Infinite Loop, MS 3-PAT
      Cupertino, CA 95014
 9    Telephone: (408) 974-4262
      E-mail: jwhitt@apple.com
10
    FOR DEFENDANT:
11
      Mr. Leslie V. Payne
12    HEIM, PAYNE & CHORUSH, L.L.P.
      600 Travis Street, Suite 6710
13    Houston, Texas  77002
      Telephone: (713) 221-2003 - Fax: (713) 221-2021
14    E-mail: lpayne@hpellp.com
15  ALSO PRESENT:
16    Mr. George White, Videographer
```

Page 3

```
 1              INDEX
 2                                  PAGE
 3  SHEILA HEMAMI
 4  Examination by Mr. Stephens ........... 4
    Signature Page ........................ 202
 5  Court Reporter's Certificate .......... 203
 6
 7           EXHIBITS
 8
 9  EXHIBIT    DESCRIPTION           PAGE
10
11  Exh.247    Declaration of Sheila S. Hemami   58
               in Support of Burst.Com, Inc.'s
12             Opposition to Plaintiff Apple
               Computer, Inc.'s Motion for
13             Summary Judgment on Invalidity
               Based on Kramer and Kepley
14             Patents
15  Exh.248    Declaration of Dr. Sheila    111
               Hemami in Opposition to Apple's
16             Second Motion for Summary
               Judgment of Invalidity
17
    Exh.249    Walter Patent No. 4,506,387,  111
18             Bates Nos. APBU-00000814
               through APBU-00000823
19
    Exh.250    Kepley Patent No. 4,790,003,  189
20             Bates Nos. APBU-00003776
               through APBU-00003793
21
```

Page 4

```
08:21:50  1        THE VIDEOGRAPHER: Beginning the deposition of
08:21:51  2  Sheila Hemami. It is the 4th of September, year 2007. The
08:21:56  3  time is 8:22. We're on the record.
08:22:00  4        If the attorneys want to introduce themselves
08:22:02  5  for the record, then we can swear in the witness and go.
08:22:08  6        MR. STEPHENS: Garland Stephens of Weil,
08:22:10  7  Gotshal & Manges representing the plaintiff, Apple.
08:22:13  8        MR. PAYNE: Les Payne for defendant, Burst.
08:22:17  9        MR. STEPHENS: I should also mention that
08:22:19 10  present monitoring the deposition on the phone is Jayna Whitt,
08:22:22 11  in-house counsel for Apple.
         12              SHEILA HEMAMI,
         13  having been first duly sworn, testified as follows:
         14              EXAMINATION
         15  BY MR. STEPHENS:
08:22:32 16    Q.  Good morning, Dr. Hemami.
08:22:34 17    A.  Morning.
08:22:34 18    Q.  I'd like to ask you first about your opinion about
08:22:37 19  the person of ordinary skill in the art as it relates to the
08:22:40 20  patents in this lawsuit. You summarized that opinion in
08:22:45 21  declarations that you filed in support of Burst's opposition
08:22:48 22  to Apple's motions for summary judgment; is that right?
08:22:52 23    A.  I think it only appeared in the second declaration.
08:22:56 24  It certainly was in the second.
08:22:57 25    Q.  Okay. Now, one of the things that you said is that a
```

Page 5

```
08:23:02  1  person of ordinary skill in the art at the time of the patent
08:23:08  2  application leading to the '995 patent was filed would have
08:23:12  3  had an understanding of digital communications technologies
08:23:15  4  and their available bandwidths and audio and/or video
08:23:19  5  compression techniques. Do you remember that?
08:23:21  6    A.  Yes.
08:23:24  7    Q.  What kind of digital communications technologies and
08:23:29  8  available bandwidths would a person of ordinary skill in the
08:23:32  9  art at the time the '995 patent application was filed have?
08:23:38 10    A.  So, the digital communication techniques that I had
08:23:42 11  in mind were -- let me start off by sort of giving a -- a very
08:23:47 12  general classification. One would be the types of digital
08:23:51 13  communication techniques that one would learn about in, say,
08:23:55 14  an undergraduate overview course on digital communication.
08:24:00 15  So, various modulation strategies for over-the-air
08:24:07 16  communication, terrestrial and satellite; assorted air control
08:24:12 17  coding that might go with those techniques; and essentially,
08:24:18 18  at a lower level, digital signalling strategies. For example,
08:24:23 19  understanding the PCM in the context of digital communication
08:24:27 20  was a modulation technique. I believe that such a person
08:24:32 21  would also be aware of the various types of landline or
08:24:43 22  cables, physical media, rather than over-the-air propagation
08:24:49 23  media for digital communication, including both copper wire
08:24:54 24  and also fiber optic. So, I guess following up on that, one
08:25:01 25  would understand, one would know available bandwidths, the --
```

Page 6

08:25:07  1    the general availability of these techniques, meaning how
08:25:11  2    would one go about obtaining them or from what service
08:25:15  3    providers would one contract, this type of thing.
08:25:20  4        Q.  Okay.  So, I'd like to explore that in a little bit
08:25:23  5    more detail.  When you talk about physical media for
08:25:27  6    land-based communications, like copper wire, fiber optic and
08:25:33  7    the available bandwidths, would that include, for example,
08:25:37  8    Ethernet?
08:25:38  9        A.  I believe that such a person would definitely have an
08:25:40 10    understanding of Ethernet.  That certainly doesn't fall in the
08:25:44 11    category of classical digital communication techniques that I
08:25:48 12    studied, but I think one of skill in the art would certainly
08:25:52 13    be aware -- aware of that.
08:25:53 14        Q.  And what bandwidths would a person of ordinary skill
08:25:56 15    in the art understand to be associated with Ethernet?
08:26:01 16        A.  At that time period, the Ethernet range was between 1
08:26:05 17    and 10 megabit per second.
08:26:07 18        Q.  And with respect to copper wire, what kinds of
08:26:17 19    communications facilities would a person of ordinary skill in
08:26:22 20    the art understand to have been available?
08:26:25 21        A.  For digital communication in that time frame, ISDN,
08:26:32 22    Integrated Services Digital Network, which I -- I believe I
08:26:35 23    mentioned in my claim construction report, was seen as a
08:26:43 24    up-and-coming or near-future technology that would be broadly
08:26:49 25    available to consumers or -- when I say "consumers," I mean

Page 7

08:26:53  1    end users, not necessarily -- it wasn't something that sat in
08:26:57  2    the middle of a telecommunications system that the system
08:27:00  3    implementer would only have access to.  It would be something
08:27:03  4    that residential and business customers would -- would have
08:27:06  5    access to.
08:27:07  6        Q.  Okay.  Other than ISDN, what other kinds of
08:27:11  7    communications facilities would a person of ordinary skill in
08:27:14  8    the art understand to be available over copper wire?
08:27:17  9        A.  Based on my recollection now, that is the predominant
08:27:25 10    digital signalling strategy that I considered that was --
08:27:27 11    would be seen as future -- broadly available in the future.
08:27:31 12    So, people were designing for it even though you couldn't
08:27:33 13    necessarily pick up the phone and call the phone company
08:27:36 14    and -- and sign up for it at the time.
08:27:39 15        Q.  Okay.  Would they have been -- would they have been
08:27:45 16    aware of, for example, modems?
08:27:47 17        A.  Oh, yes, of course.
08:27:52 18        Q.  And what about the higher bandwidths offering that
08:27:58 19    large telecommunications companies made available, for
08:28:02 20    example, T1 and other types of digital communications lines?
08:28:08 21        A.  So -- I -- I believe that such a person would know
08:28:10 22    that it -- these T1 lines were available to -- I should say
08:28:15 23    these T1 lines were -- or T1 and similar lines, potentially
08:28:22 24    the aggregate lines that had the higher bandwidths, would be
08:28:26 25    available to -- I think it's fair to say business customers,

Page 8

08:28:32  1    were they to contract with the -- the service providers.  I
08:28:38  2    don't know at the time if it was possible for a person in
08:28:40  3    their home to call up the phone company and -- and get a T1
08:28:47  4    line.
08:28:48  5        Q.  But if a large company, for example, wanted a T1
08:28:51  6    line, they could get one from AT&T at the time?
08:28:54  7        A.  That -- that is my understanding, yes.
08:28:56  8        Q.  And a person of ordinary skill in the art would have
08:28:58  9    understood that?
08:29:00 10        A.  I do believe that, yes.
08:29:07 11        Q.  Okay.  Any other kinds of communications facilities
08:29:11 12    over copper wire that a person of ordinary skill in the art
08:29:15 13    would have understood at the relevant time?
08:29:16 14        A.  Let me just clarify something, going back to --
08:29:18 15    you -- you had pointed out modems, which I had omitted.  And
08:29:22 16    certainly modems were used for -- were and still are used for
08:29:25 17    digital transmission but using analog signalling.  Just to
08:29:28 18    clarify, one does not need a digital facility in order to use
08:29:33 19    a modem.  One essentially forces what's own -- one's own
08:29:36 20    digital facility over the -- over the analog line.
08:29:39 21        Q.  That raises an interesting point.  I think in the
08:29:42 22    tutorial, you said that systems designers weren't really
08:29:45 23    concerned with the details of the transmission medium.  Do you
08:29:49 24    recall that?
08:29:50 25        A.  Certainly somebody -- yes, I do.  One is -- who is

Page 9

08:29:52  1    designing a system -- I think I was using that in the context,
08:29:56  2    perhaps, of referring to the communication link or the pipe.
08:29:58  3    And the -- the description of the pipe simply involves a
08:30:04  4    bandwidth and potentially the error rate or quality of
08:30:08  5    service.
08:30:08  6        Q.  And that would apply to all these different types of
08:30:11  7    communications media we've been talking about, right?
08:30:13  8        A.  Certainly for -- for all the media, the system
08:30:15  9    designer could walk around to the other side of the cable or
08:30:18 10    whatever the connection is and completely characterize that
08:30:22 11    connection that he or she was going to use by the -- the
08:30:25 12    relevant transmission characteristics that they were
08:30:28 13    interested in for their application, absolutely.
08:30:31 14        Q.  And that would apply to modems as well as things that
08:30:36 15    were digital from end to end; is that right?
08:30:38 16        A.  Yes.  Yes.  Well, you know, I guess when we look at
08:30:41 17    it that way, of course, you feed the modem digital
08:30:44 18    information, you feed the other lines digital information.
08:30:47 19    So, it's really what happens on the other side of the --
08:30:49 20        Q.  And then the modem digital information comes out the
08:30:51 21    other end, right?
08:30:54 22        A.  It comes -- well, it depends what you define the
08:30:54 23    "other end" as.  Clearly the modem is transmitting to another
08:30:57 24    modem which receives the modulated analog signal and -- that's
08:31:00 25    the "dem" part of the modem -- and demodulates it back to a --

Page 10

```
08:31:03  1   a digital signal which it deliveries to its connection.
08:31:08  2      Q.  Okay.  And, so, a system designer wouldn't really
08:31:11  3   care about the physical level signalling.  All they'd really
08:31:15  4   care about is what kind of bandwidth can I get from the input
08:31:19  5   port to the output port, right?
08:31:23  6      A.  Given that the terms "input port" and "output port"
08:31:26  7   have meaning in this case, I feel a little bit more
08:31:29  8   comfortable if we just sort of call it the -- the link.
08:31:30  9   What -- what kind of -- I think you mentioned bandwidth.
08:31:34 10   There's a secondary issue which is generally of concern which
08:31:37 11   we haven't spoken about much in this case because I think it's
08:31:40 12   not particularly relevant; but just for -- for completeness,
08:31:43 13   the quality of service is also important.  Obviously if
08:31:46 14   somebody's trying to sell me a 1 megabit-per-second connection
08:31:49 15   and one out of every two bits is going to be wrong, that
08:31:53 16   doesn't do me a whole lot of good.
08:31:55 17      Q.  Sure.  But one of ordinary skill in the art would
08:31:56 18   have understood that with an intermediate error correction
08:31:58 19   protocol, you could trade off the available bandwidth for
08:32:02 20   error correction, right?
08:32:03 21      A.  In -- intermediate, I think that's something that the
08:32:08 22   system designer would have to put in -- into their system.
08:32:09 23   But, yes, that is the whole point of error-correcting --
08:32:11 24      Q.  Okay.
08:32:11 25      A.  -- error-correcting protocols -- or I should say
```

Page 11

```
08:32:14  1   error-correcting codes.
08:32:18  2      Q.  Now, you -- well, I just want to make sure I've got
08:32:22  3   completeness on the copper wire part.  Are there any other
08:32:25  4   facilities that a person of ordinary skill at the relevant
08:32:28  5   time would have understood to be available over copper wire
08:32:32  6   besides the ISDN modems and T1 and related facilities?
08:32:40  7      A.  Now, here, when you say "copper wire," can you --
08:32:44  8      Q.  Well, that was your term.  I -- I --
08:32:46  9      A.  Okay.  So -- so, copper wire with respect to ISDN and
08:32:52 10   modems, I was specifically thinking of the public switched
08:32:56 11   telephone network which was -- which was installed.  Obviously
08:33:02 12   we could go buy copper wire at the hardware store and -- and
08:33:04 13   switch it however we wanted.  So, drawing upon my memory right
08:33:08 14   now -- and I have to say I have not reviewed these items in
08:33:11 15   detail -- I think that we have covered a fair chunk of them.
08:33:15 16      Q.  Okay.  Now, Ethernet would be a sort of flavor of
08:33:21 17   copper wire transmission; is that fair to say?
08:33:22 18      A.  Well, certainly, yeah, I think, colloquially, we
08:33:25 19   could call it copper wire.  It's certainly not -- you know,
08:33:27 20   our Ethernet cables are not fiber.
08:33:30 21      Q.  Yes.  And at the prime, they were probably more often
08:33:32 22   coaxial cable than a twisted pair of copper; is that right?
08:33:37 23      A.  I believe that they were both used at the time, but,
08:33:38 24   yes.
08:33:39 25      Q.  Okay.  Now, you mentioned ISDN.  That was available
```

Page 12

```
08:33:51  1   in a primary rate and a basic rate; is that right?
08:33:54  2      A.  There were -- well, "available" is a -- what did you
08:33:59  3   say, there were available, that was -- that's a generous term.
08:34:04  4   I think that perhaps we should talk about ISDN in terms of
08:34:06  5   what the designers envisioned because the actual
08:34:10  6   implementation of ISDN varied widely, I think, both in the US
08:34:17  7   and also overseas.  So, speaking from the standpoint of the
08:34:26  8   system architects, meaning the groups that standardized or got
08:34:31  9   together and tried to put together the whole protocol and --
08:34:34 10   and so on and so forth, there were basic rate interface which
08:34:42 11   was envisioned as what were called two B lines plus one D line
08:34:48 12   and primary rate interface which was a much greater number of
08:34:56 13   B lines -- but I think that number varied depending on Japan,
08:35:00 14   Europe and the US -- and a signalling D line.  I don't have
08:35:04 15   the -- the greater number off the top of my head, but it is
08:35:07 16   double digit.
08:35:07 17      Q.  Okay.  Does 26 ring a bell for the United States?
08:35:11 18      A.  It doesn't ring a bell; but I would believe that, if
08:35:14 19   you told me it was true.
08:35:15 20      Q.  Okay.  And there was a difference in the bandwidth
08:35:15 21   for the D line between primary rate interface and basic rate
08:35:19 22   interface, correct?
08:35:21 23      A.  That's right.  The basic rate interface D channel
08:35:24 24   bandwidth was 16 kilobits per second, and the primary rate
08:35:27 25   interface was 64 kilobits per second.
```

Page 13

```
08:35:31  1      Q.  On the D line?
08:35:33  2      A.  On the D line, that's right, on the signalling
08:35:36  3   channel.
08:35:37  4      Q.  And for the B lines on both, it was 64 kilobits per
08:35:40  5   second, right?
08:35:40  6      A.  Yes.
08:35:44  7      Q.  What's the relationship between ISDN and T1?
08:35:51  8      A.  My understanding is that there is no relationship.
08:35:54  9      Q.  All right.  Did -- did T1 sometimes consist of a
08:36:01 10   plurality of B channels?
08:36:03 11      A.  Well, T1 was partitioned into 64 kilobit-per-second
08:36:13 12   channels.  So, it's total bandwidth was 1.544 megabit per
08:36:18 13   second.  Some of that was used for framing, essentially
08:36:21 14   synchronization bits, so that the system continued to actually
08:36:26 15   read the ones and zeros out as they were put on.  Now, off the
08:36:30 16   top of my head, I don't recall what percentage.  I think every
08:36:33 17   193rd bit may have been a framing bit.
08:36:36 18          But T1 consisted of some integer number of
08:36:39 19   64 kilobit-per-second channels; and the origin of the
08:36:42 20   64 kilobit-per-second was, of course, the spoken voice system.
08:36:45 21   PCM, pulse-coded modulated speech for the phone system, was
08:36:50 22   8,000 samples per second at 8 bits per sample.  So, because T1
08:36:55 23   was sort of developed as part of the -- the phone system, it
08:36:58 24   was logical to partition it into these 64 kilobit-per-second
08:37:03 25   channels.
```

### Page 14

08:37:04  1    Now, as far as the T1 line is concerned, bits
08:37:07  2  are just bits. So, whether you put a phone conversation into
08:37:10  3  one of those slots or a B channel from ISDN onto one of those
08:37:15  4  slots is transparent to the signalling equipment.
08:37:18  5    Q. So, one of ordinary skill in the art at the
08:37:22  6  appropriate time would have understood that you could map ISDN
08:37:27  7  on to a T1; is that right?
08:37:30  8    A. I guess I'm not sure what you mean by "map."
08:37:32  9    Q. Well, let me phrase it differently. Would it have
08:37:36 10  been a reasonable thing to do, to use a T1 line to deliver a
08:37:43 11  primary rate interface ISDN channel?
08:37:48 12    A. I don't know if that was done. I just don't know.
08:37:54 13    Q. Okay. What is a T1?
08:37:58 14    A. T1 is the acronym that was created by AT&T in
08:38:07 15  contrast to E1, which used twice the rate in Europe, for
08:38:10 16  essentially long-distance, high-speed multiplexing of spoken
08:38:18 17  voice. So, this -- these lines were at, as I mentioned,
08:38:23 18  1.544 megabit per second. And at origin, my understanding is
08:38:30 19  that, I think, we as an average phone user would not see a T1
08:38:35 20  line or know a T1 line or even need to know what a T1 line is.
08:38:40 21  It was something that was buried deep inside the phone system
08:38:43 22  as operated by AT&T for their long-distance, high-speed
08:38:48 23  trunking.
08:38:49 24    Q. And it was one of the primary means for delivering
08:38:51 25  phone calls; is that right?

### Page 15

08:38:53  1    A. Well, certainly for great distance transmission,
08:39:01  2  getting phone calls from Point A to Point B. At some point,
08:39:03  3  they came from the home or point of origin to a switching
08:39:08  4  office to a central office. At some point, they got on a -- a
08:39:11  5  common carrier or a -- or a T1 line. In 1988 -- at what point
08:39:18  6  T1 was used for more or less local transmission, I don't know.
08:39:25  7  So, in other words, within Houston, I don't know in 1988 if
08:39:28  8  you would find T1 lines within Houston or if that would be
08:39:31  9  something that would run from Houston to Dallas.
08:39:34 10    Q. I see. So, in 1988, you may not use a T1 line on a
08:39:40 11  normal phone call within Houston; but there was a fairly high
08:39:43 12  likelihood that you would use a T1 line or some higher rate
08:39:46 13  line if you made a phone call from Houston to Dallas; is that
08:39:49 14  right?
08:39:51 15    MR. PAYNE: Objection, form.
08:39:53 16    A. I think that based on my knowledge of T1 use at the
08:39:56 17  time, what you said is accurate. Now, I -- I could go look
08:40:01 18  this up and verify that I was either right or wrong, but my
08:40:05 19  understanding now is that that would be the case and I don't
08:40:08 20  know to what extent T1 penetration had -- at what lower level
08:40:12 21  closer to the user end it had gone.
08:40:15 22    Q. (By Mr. Stephens) Okay. But the large switches that
08:40:16 23  were used to switch telephone calls between users directly
08:40:21 24  supported T1; is that right?
08:40:23 25    A. I don't know that for a fact.

### Page 16

08:40:24  1    Q. So, you don't know, for example, whether the AT&T
08:40:28  2  5ESS switch supported T1 interface cards?
08:40:31  3    A. I can tell you that at some point I did know the
08:40:33  4  answer to that; but right now, I can't tell you that.
08:40:37  5    Q. Okay. Is it your expectation that it would?
08:40:40  6    A. If you would give me a little bit of technical
08:40:43  7  information on that switch, I could read it and probably make
08:40:46  8  a reasonable guess.
08:40:47  9    Q. Okay.
08:40:47 10    A. Simply stringing numbers together, I couldn't tell
08:40:50 11  you.
08:40:50 12    Q. All right. Fair enough. So, do I understand
08:41:01 13  correctly, then, that the ISDN B channels had the same
08:41:06 14  bandwidth as a partition of a T1, then; is that right?
08:41:10 15    A. In terms of the T1 being set up to multiplex multiple
08:41:16 16  64-kilobit-per-second calls, sure.
08:41:18 17    Q. Okay. And that would also be true for the primary
08:41:22 18  rate ISDN D line, also 64 kilobits per second just like a T1
08:41:25 19  partition, right?
08:41:28 20    A. It's a 64-kilobit-per-second channel. So, being at
08:41:31 21  64, certainly it could be directly mapped to a -- "mapped" is
08:41:35 22  not a good word, but we don't seem to have a good
08:41:39 23  alternative -- directly transmitted over one of the
08:41:41 24  appropriate slots on a -- on a T1 line.
08:41:43 25    Q. Okay. So, one of ordinary skill in the art at the

### Page 17

08:41:45  1  time would understand that you could use T1 partitions to
08:41:50  2  deliver the B and D channels from a primary rate interface
08:41:53  3  ISDN connection, right?
08:41:56  4    A. Well, deliver to where? Can you clarify that?
08:41:59  5    Q. Yeah. Deliver to the other end of the channel.
08:42:02  6    A. Which channel?
08:42:04  7    Q. The collection of channels that make up the primary
08:42:08  8  rate interface.
08:42:14  9    A. Can I ask you to start over again? I think --
08:42:15 10    Q. Yeah. Okay. So, let me see if I can --
08:42:18 11    A. Put that all together.
08:42:18 12    Q. Let me try to put it all together. So, if -- would
08:42:20 13  one of ordinary skill in the art have understood that a
08:42:23 14  telecommunications carrier could use T1 facilities to make a
08:42:30 15  primary rate interface ISDN line available to one of its
08:42:36 16  subscribers?
08:42:37 17    A. I don't know -- so, I'm going to attempt to rephrase
08:42:41 18  what I think you're asking; and please correct me if I -- if
08:42:45 19  I've misunderstood. I don't know if the service providers --
08:42:51 20  for one, I don't know that primary rate interface was actually
08:42:55 21  ever delivered to anybody. But notwithstanding that, I don't
08:42:58 22  know if the service providers envisioned providing the primary
08:43:03 23  rate interface by simply sticking a T1 line -- making it
08:43:10 24  available at the point of connection or whether they
08:43:14 25  envisioned some intermediate connection. I don't know that.

### Page 18

08:43:20  1    Q. But either was possible, right?
08:43:22  2    A. Well, many, many things could be possible; but from
08:43:26  3  the standpoint of the -- the service providers, I don't know
08:43:29  4  if they would consider that possible or not. This -- it may
08:43:34  5  or may not have involved laying a lot of extra cable, and I
08:43:38  6  think we know from sort of practice and common sense that any
08:43:43  7  installation that involves substantial upgrade of an existing
08:43:48  8  communication infrastructure in the country is not a trivial
08:43:53  9  operation.
08:43:54 10    Q. And, yet, that's something that's been done on an
08:43:58 11  ongoing basis from the time that the first telegraph lines
08:44:02 12  were laid in the mid 19th century, right? There's been a
08:44:04 13  continual process of upgrading the data rates -- or bandwidth,
08:44:10 14  maybe, is a better term -- of the -- the physical
08:44:13 15  communications infrastructure in the United States, right?
08:44:15 16    A. I think, perhaps, I misspoke; and I just have to
08:44:18 17  inject a little piece of information here. It was Ezra
08:44:21 18  Cornell who actually developed the technique for
08:44:25 19  simultaneously laying the lines and digging the trench, and
08:44:29 20  that's why he made all the money and Samuel Morris did not.
08:44:32 21        So, let me clarify what I meant. Certainly if
08:44:34 22  we look at the initial phone system and the -- the current
08:44:40 23  phone system, we have just tremendous improvement since --
08:44:44 24  since Day 1. However, I'm referring here to, perhaps, a major
08:44:55 25  infrastructure replacement. So, let me give an example, maybe

### Page 19

08:44:59  1  through use of a counter-example.
08:45:02  2        The reason that ISDN was so anticipated was that
08:45:06  3  if we think about the -- the state of phone service to homes
08:45:11  4  in the United States, homes, business, really, any entity that
08:45:15  5  had a telephone in the US in 1988 and even today, the vast
08:45:20  6  majority of those connections are analog -- analog connections
08:45:26  7  connecting to analog equipment at both ends and copper wire.
08:45:31  8  We can see that in the basement, if you go look at -- if you
08:45:33  9  have an older home, go look at the equipment there. ISDN was
08:45:37 10  really a big deal. People really looked forward to it,
08:45:42 11  started designing all kinds of -- of applications and -- and
08:45:45 12  coming up with things that could be done over it because it
08:45:49 13  provided high-speed digital service to the home over existing
08:45:55 14  infrastructure. There was no need for the phone company or
08:45:59 15  any other service provider to go out and take every single
08:46:04 16  home and re-cable things. Now, ISDN never quite caught on
08:46:12 17  because DSL -- and then later we see cable modem -- came in,
08:46:19 18  and DSL offered high-speed digital connections over the same
08:46:25 19  analog phone line.
08:46:26 20    Q. Okay. But I want to go back to my other question.
08:46:30 21  You would agree, I -- I think, that -- correct me if I'm
08:46:35 22  wrong. "Would you agree" is a better way to put it. Would
08:46:38 23  you agree that since the laying of the first telegraph cables
08:46:43 24  in the mid 19th century, the telecommunications infrastructure
08:46:47 25  in the United States has undergone a process of constant

### Page 20

08:46:51  1  improvement in the bandwidth that was available over the --
08:46:57  2  that infrastructure?
08:46:59  3    A. I don't know if I would say the improvement was
08:47:01  4  constant. I suspect that if we go back and -- and -- and lay
08:47:05  5  it all out -- and I think that Steve Wicker's freshman notes
08:47:10  6  probably would do a good job of doing this -- probably it's --
08:47:12  7  it's much more of a step function as opposed to constant,
08:47:18  8  where as new technologies were developed that required a
08:47:24  9  substantial replacement of a large amount of infrastructure,
08:47:28 10  at some point the decision was made to go ahead and do that.
08:47:31 11  Now, that's clearly not an instantaneous thing. It's not that
08:47:36 12  one day, all of a sudden everybody has a different type of
08:47:39 13  connection. But I -- I don't think that we would see constant
08:47:47 14  same-rate changes over the entire time period for upgrading,
08:47:50 15  for lack of a better word, of the system.
08:47:52 16    Q. Well, I didn't mean to imply that they happened at a
08:47:55 17  steady rate. In fact, if anything, the rates been
08:47:58 18  accelerating, right?
08:48:04 19    A. I'm not sure if I -- I think that -- people having no
08:48:06 20  communication to some communication was probably the biggest
08:48:10 21  jump that was ever done, and it's -- I think I would argue,
08:48:12 22  too, that going from Morse to speech to something that one
08:48:17 23  hears and speaks probably is also a quantum leap relative
08:48:21 24  to -- to anything that -- that we have done since. But I
08:48:24 25  think that -- that the point we're arguing is a little bit

### Page 21

08:48:27  1  esoteric. Certainly the system has improved, but I think that
08:48:32  2  it -- it --
08:48:35  3    Q. Maybe I can ask a different question. Maybe that
08:48:37  4  will help.
08:48:37  5    A. Let's try that.
08:48:38  6    Q. Is it fair to say that since the inception of the
08:48:41  7  telephone system in the early 20th century or late
08:48:44  8  19th century, that there have been large numbers of engineers
08:48:48  9  working to increase the bandwidth of the telecommunications
08:48:53 10  infrastructure in the United States?
08:48:54 11    A. The word "large" being somewhat unquantifiable, I
08:48:57 12  think that's a fair statement.
08:48:59 13    Q. Okay.
08:49:00 14    A. I mean, certainly a lot of engineers were employed by
08:49:03 15  both AT&T and the subsequent spinoffs of -- of companies.
08:49:06 16    Q. And based on that fact alone, it has been foreseeable
08:49:10 17  through that entire period that there would be periodic
08:49:12 18  increases in the bandwidth available over the
08:49:15 19  telecommunications infrastructure in this country, right?
08:49:19 20    A. I -- I don't think I would agree with that. For many
08:49:21 21  years, engineers believed that they had reached the upper
08:49:25 22  limit of what could be done over the analog phone line. So,
08:49:29 23  I -- I would not say that -- that -- we always constantly
08:49:34 24  assume that there will be tremendous improvements ahead. I
08:49:39 25  think there certainly have been times where people have

Page 22

1  thought this is really -- we've hit the fundamental,
2  theoretical limit of what can be done.
3     Q. Well, you're talking about the fundamental,
4  theoretical limit of what can be done over one pair of copper
5  wires, right?
6     A. Well, I'm giving an example; but I don't think that
7  that's the only -- the only situation where people have said,
8  "Oh, we've really banged up against the top, and we can't
9  improve things anymore."
10    Q. So, can you identify for me a situation where people
11 have said, "Oh, it's not possible to send information faster
12 than a particular rate"?
13    A. Well --
14    Q. And I don't mean over a twisted pair of copper wires
15 or a single fiber. I mean from Point A to Point B through any
16 means.
17       MR. PAYNE: Objection, form.
18    A. I'm not sure right now, over the -- off the top of my
19 head, I can draw out any particular example. But I'm sure
20 that these exist. I mean, some media just have physical
21 limits that are seen as insurmountable.
22    Q. (By Mr. Stephens) Again, my question is not about a
23 single media. It certainly has been well understood for a
24 very long time that you could increase the bandwidth by
25 putting parallel media together, right?

Page 23

1     A. I'm sorry, when I said "single media," I meant just
2  the physical characteristics of whatever it is you're trying
3  to transmit over, whether you're going in parallel or -- I
4  mean, you know, that's sort of a -- I wouldn't -- I wouldn't
5  have included that in -- you know, I don't think somebody
6  coming up and saying, "Hey, you could put two of those."
7        "Oh, my gosh, you're right."
8        You know, I -- I wouldn't count that as a
9  fundamental block or breakthrough either.
10    Q. Okay. That's what I'm getting at. That's been known
11 for a very long time, right, that if you can only send data
12 over a given wire at a certain rate, you can put two down and
13 then send twice as much data, right?
14    A. From a hypothetical standpoint, two is always going
15 to be greater than -- twice as much as one. From a practical
16 standpoint, you may or may not be able to obtain a second
17 channel. It may require physical installation of the second
18 channel. It may be a case of satellite transponders where
19 there just are no more transponders to be purchased or -- or
20 there's no more capacity in the sky. So, from a theoretical
21 standpoint, certainly on a sophomore quiz, if they said, "Put
22 two lines in parallel," that's always a valid answer. I think
23 when we go to actual systems, we're -- we're often hit with
24 constraints that sometimes don't allow such a solution.
25    Q. Well, those constraints can be overcome, generally,

Page 24

1  right? You -- you can lay a second cable. You might have to
2  pay a lot of money to do it; but you can do that, right?
3     A. Well --
4        MR. PAYNE: Objection, form.
5     A. -- this is -- I mean, we're completely sort of
6  discussing this whole thing in the Ether. There's no specific
7  example. You can always lay a second cable. And to -- to
8  make generalizations like that, you know, I think is -- is
9  okay at a very abstract level; but it doesn't necessarily give
10 us any insight as to whether for any particular engineering
11 problem or design solution that turns out to be a valid
12 solution.
13    Q. (By Mr. Stephens) Okay. Well, I take it, though,
14 from your testimony, that certainly in the mid Eighties it was
15 widely expected that ISDN would deliver a significant increase
16 in the digital bandwidth available to the typical consumer,
17 correct?
18    A. I think that's a fair statement, yes. Yes.
19    Q. Okay.
20    A. That was expected. Yet another great engineering
21 nondelivery.
22    Q. Well, it was not delivered because something better
23 came along, DSL, right?
24    A. Well, we as engineers are very poor at predicting the
25 market. That's been shown time and time again.

Page 25

1     Q. Okay. So, we've talked about copper wire. You also
2  mentioned fiber optic as a physical media for land
3  transmission. What would one of ordinary skill at the
4  relevant time have understood to be available or expected in
5  the way of fiber optic facilities?
6     A. So, for this, I don't have those numbers off the top
7  of my head; but I will say they are in my claim construction
8  report on -- under the section that describes what was
9  available for fiber optic at the time.
10    Q. Okay.
11    A. It lays out, also, the progression of how the
12 bandwidths had increased and -- and what had been tested and
13 what was coming.
14    Q. Do -- do you remember, sort of, order of magnitude?
15    A. Oh, it was with a "g." These were giga -- gigabits
16 per second.
17    Q. Now, you also mentioned in your declaration that a
18 person of ordinary skill would have had an understanding of
19 audio and/or video compression techniques. What would a
20 person of ordinary skill have understood about audio and/or
21 video compression techniques at the relevant time?
22    A. So, one of ordinary skill, first, would have
23 understood the -- the fundamental characteristics of the
24 signal. That audio signal is inherently a one-dimensional
25 signal. Certainly if it's stereo, it's two-channel; but we

Sheila Hememi - 9/4/07

8 (Pages 26 to 29)

Page 26

```
08:55:13  1  still consider it a -- a one-dimensional signal.  It -- it is
08:55:15  2  only a signal that varies with time.  One of ordinary skill
08:55:19  3  who dealt with audio compression would understand the general
08:55:24  4  statistical characteristics of audio signals and the
08:55:29  5  differences between the various types of audio signals that
08:55:34  6  one might be interested in compressing.  One large difference
08:55:40  7  which I've addressed quite a bit is certainly the difference
08:55:44  8  between speech or voice and wideband audio; so, a very
08:55:49  9  specialized signal, which would be speech, as opposed to a far
08:55:53 10  more general signal encompassing what is generally considered
08:55:56 11  to be an entire range of human hearing up to -- up to
08:56:00 12  20 kilohertz.  And I think, also, one would understand general
08:56:05 13  processing techniques that were reasonable given the
08:56:09 14  statistical characteristics of the signal and also the way
08:56:13 15  that the -- the human ear perceives sound.
08:56:20 16          For video, one of ordinary skill would
08:56:25 17  understand the similar items but as they pertain to video.
08:56:32 18  That video is a -- a three-dimensional signal that varies with
08:56:37 19  both space and time.  One of ordinary skill would understand
08:56:43 20  the different formats in which raw or uncompressed video could
08:56:50 21  be represented and the implications that those formats might
08:56:53 22  have on the representation, compression and processing of the
08:56:58 23  video, statistical characteristics of the signal -- again --
08:57:03 24  and I -- the term "statistical characteristics" is something I
08:57:08 25  use to describe both of these signals.  The -- what one would
```

Page 27

```
08:57:13  1  understand of those characteristics, obviously, would be very
08:57:15  2  different for both audio and video -- appropriate strategies
08:57:20  3  for processing, preprocessing and processing and compressing
08:57:25  4  both the video, including various mathematical techniques, and
08:57:30  5  a little bit, also, about how we see and how quality of the
08:57:38  6  video signal might be quantified.
08:57:41  7          Let me back up.  Similarly for audio, there
08:57:44  8  would be an understanding with -- with respect to quality.
08:57:48  9  When we talk about compression, I can compress any signal to
08:57:54 10  any size.  The resulting output may be completely unsuitable
08:57:58 11  for anybody or anything.  So, there's always a -- a
08:58:03 12  understanding that one has to consider, what is, very
08:58:07 13  colloquially here, I'm referring to, is the quality of the
08:58:11 14  output signals.  Is the output signal suitable for the purpose
08:58:17 15  for which it was designed or advertised?
08:58:20 16          Let me add one thing that would be common to
08:58:23 17  both of these skill sets as well, and that would be an
08:58:27 18  understanding of various noise lists or entropy coding
08:58:32 19  techniques, essentially bit compaction techniques.  Once you
08:58:35 20  have a sequence of bits, can you make them smaller?
08:58:40 21     Q.  Anything else?
08:58:41 22     A.  I'm sure more things will come to me, but I think
08:58:44 23  that's a good list for starters.
08:58:46 24     Q.  Okay.  Now, you mentioned that you can compress any
08:58:49 25  signal to any size.  And I took that to mean that you were
```

Page 28

```
08:58:52  1  implying that quality is important because of that; is that
08:58:55  2  right?
08:58:55  3     A.  Yeah.  I mean, an example would be, you know, purely
08:58:58  4  from a theoretical standpoint -- this goes back to what I said
08:59:02  5  before about arguing things from a theoretical standpoint -- I
08:59:06  6  could take a picture of what I see here, you and the
08:59:09  7  videographer and the equipment and everything outside; and I
08:59:12  8  could compress that image, which clearly has a lot of content
08:59:16  9  and information in it, to a single number.  Now, a reasonable
08:59:19 10  choice would be the average pixel value of everything here.
08:59:23 11  And from a rate distortion standpoint -- that is, how many
08:59:26 12  bits you're spending for how much distortion you get -- that
08:59:29 13  is one point on the rate distortion curve; and I can certainly
08:59:33 14  calculate the distortion.  It's going to be very large, but
08:59:37 15  it's a -- it's a fair theoretical representation.  If you want
08:59:41 16  this giant distortion, here's the representation of the image.
08:59:45 17          Now, that image, it wouldn't even be considered
08:59:47 18  an image to anybody except for me, the theoretical compression
08:59:50 19  person.  So, this is an extreme example, but you -- we could
08:59:56 20  consider backing that image up to a point where at some point
08:59:59 21  it's decided that that picture is an adequate representation
09:00:02 22  of what I saw here today in front of me as opposed to some
09:00:06 23  theoretical representation, which doesn't provide anybody any
09:00:09 24  information whatsoever.  And -- and what is enough is a
09:00:14 25  function of the application.  If the answer -- if the point of
```

Page 29

```
09:00:16  1  the picture is to answer the question, how many humans were in
09:00:20  2  my field of view, it doesn't have to be very good.  If the
09:00:23  3  question was, how many cars were on the highway, we need a
09:00:26  4  much higher quality image.
09:00:29  5     Q.  Okay.  I guess what I was getting at was:  Is that
09:00:30  6  something that a person of ordinary skill in the art would
09:00:34  7  have understood at the relevant time?
09:00:36  8     A.  Yes.  Yes.
09:00:37  9     Q.  Okay.
09:00:38 10     A.  This is sort of a fundamental aspect of -- of
09:00:39 11  compression.
09:00:41 12     Q.  Okay.  So, a person of ordinary skill in the art at
09:00:44 13  the time would have understood that it's possible to compress
09:00:46 14  any signal to any size but that you have to take into account
09:00:49 15  the quality that you need for your particular application; is
09:00:52 16  that right?
09:00:53 17     A.  Yes.  The -- the average person on the street may not
09:00:55 18  accept what you've provided as compression and may, instead,
09:00:58 19  call it garbage.
09:01:01 20     Q.  Okay.  Now, are there specific audio compression
09:01:09 21  techniques that a person of ordinary skill in the art would
09:01:12 22  have been aware of?
09:01:14 23     A.  So, what type of audio are you referring to here?
09:01:17 24     Q.  Well, let's talk -- well, first of all, would you
09:01:22 25  agree that the word "audio" includes both speech and what you
```

Page 30

```
09:01:26  1  refer to as wideband audio?
09:01:28  2      A.  Well, it depends what we're -- in the context of
09:01:32  3  what -- I think in the context of what we're -- the litigation
09:01:34  4  that's going on, I would like to delineate wideband audio from
09:01:39  5  speech or narrowband audio and the -- you know, if we can
09:01:42  6  agree on a definition for the term "audio," then --
09:01:44  7      Q.  Well, let's say, for the moment, that I'm just asking
09:01:46  8  about how a person of ordinary skill would use the word
09:01:49  9  "audio" at the relevant time.  Would that person have
09:01:53 10  understood the word "audio" to include -- to be a generic term
09:01:55 11  that would include both speech and wideband audio?
09:01:58 12      A.  I think that person would have required clarification
09:02:01 13  as to what the context of the term was.  Clearly, you know,
09:02:04 14  there would be a sentence around it.  They might be working at
09:02:07 15  some firm that specifically dealt with voice coding strategies
09:02:11 16  or wideband audio compression strategies.  So, within that
09:02:16 17  context, I think they would have an understanding of what it
09:02:18 18  was.  But were you to just ask somebody, "Well, do you do
09:02:21 19  audio compression, and what do you work on," at some point,
09:02:25 20  they would delineate whether they are a speech coding -- what
09:02:28 21  we colloquially call -- I colloquial -- a speech coding person
09:02:30 22  or a wideband audio coding person.
09:02:35 23      Q.  Okay.  Now, would a person of ordinary skill in the
09:02:36 24  art at the relevant time have been aware of that distinction?
09:02:39 25      A.  Oh, yes.
```

Page 31

```
09:02:40  1      Q.  Okay.  And would they have some understanding of both
09:02:42  2  sides of that divide?
09:02:45  3      A.  Certainly there -- there's no question that a speech
09:02:49  4  coding person would know that what they were doing was very,
09:02:52  5  very suited, designed, specially engineered for speech signals
09:03:04  6  and voice signals.  And historically that came out of the fact
09:03:08  7  that the phone system dealt with speech, and there was this
09:03:11  8  group of speech engineers at AT&T that -- you know, that was
09:03:15  9  their thing.  It was to -- to transmit voice over these lines.
09:03:18 10  So, they -- they worked on speech.  Those individuals would
09:03:22 11  also know that what they were doing was unsuited for wideband
09:03:30 12  audio.  That's why we saw MP3 came out of a lab in Germany as
09:03:38 13  opposed to the AT&T speech group, which was widely, maybe even
09:03:42 14  universally, regarded as the best speech coding group in the
09:03:47 15  world.
09:03:47 16      Q.  So, let me back up for a second.  And before we sort
09:03:51 17  of zero in on audio, were there compression techniques that
09:03:55 18  were not specific to audio or video that would have been known
09:03:59 19  to a person of ordinary skill in the art at the relevant time?
09:04:02 20      A.  Well, I mentioned noiseless or entropy coding, which
09:04:07 21  is a strategy for merely taking sequences of bits and reducing
09:04:13 22  the number of bits in those sequences.  Those techniques are
09:04:19 23  blind to where the bits came from.  So, those noiseless or
09:04:28 24  entropy coding techniques, just like the disk doubler stuff
09:04:33 25  like we used to run on the hard drives to create more room,
```

Page 32

```
09:04:36  1  those techniques are -- are source independent from the
09:04:40  2  standpoint that they don't care where the bits came from.
09:04:43  3  They're just going to try and do the best job they can on
09:04:46  4  compacting them.  So, that type of -- of compression technique
09:04:49  5  would be -- would be known to folks who worked both in
09:04:53  6  audio -- any type of audio compression and also in video
09:04:57  7  compression.
09:04:57  8      Q.  Okay.  Can you give me some specific examples?
09:05:00  9      A.  So, Huffman coding is one example; arithmetic coding;
09:05:04 10  Lempel-Ziv coding or Lempel-Ziv-Welch coding are -- are
09:05:09 11  dictionary-type techniques.  Those are three examples.
09:05:16 12      Q.  Now, you referred to that as entropy coding.  Entropy
09:05:20 13  is a measure of information; is that right?
09:05:25 14      A.  Yeah, I think that's a fair statement.  In our world.
09:05:28 15  It's not the thermodynamic entropy.  Yes.
09:05:29 16      Q.  Understood.  And that Claude Shannon is the person
09:05:31 17  who first applied the word "entropy" to measuring information;
09:05:32 18  is that right?
09:05:34 19      A.  I don't know that he was; but, again, if you tell me
09:05:36 20  that's true, I would believe it.
09:05:37 21      Q.  Okay.  Well, he certainly did apply it in that
09:05:39 22  context.
09:05:41 23      A.  He did very well, yes.
09:05:42 24      Q.  Okay.  And entropy is a measure of the information of
09:05:51 25  a particular, shall we say, piece of content; is that right?
```

Page 33

```
09:05:56  1      A.  Colloquially, I think that's correct.  It -- it
09:06:02  2  becomes a little -- certainly if we're talking about something
09:06:06  3  that I would call an IID Gaussian source.  I have a black box
09:06:09  4  and I've rigged it up to spit out numbers according to some
09:06:13  5  probability distribution.  Then we know that the numbers
09:06:16  6  coming out of the black box really don't mean anything.  They
09:06:19  7  are simply drawn according to some probability distribution;
09:06:22  8  and we can certainly compute various entropy measures, first
09:06:27  9  order entropy, second order, on that data.
09:06:29 10          Now, when we talk about what is information and
09:06:33 11  we start talking about something that truly is information,
09:06:35 12  for example, the documents in front of you, the picture of the
09:06:38 13  room, the -- the audio transcript of today's deposition, we
09:06:44 14  can convert these signals to numbers, we can digitize them
09:06:51 15  somehow or appropriately represent the text in your documents,
09:06:54 16  but measuring the true information content starts to become
09:06:58 17  somewhat esoteric.  Okay.  So, entropy is the best we can do
09:07:04 18  numerically.  Maybe that's the best way to put it.  It's a
09:07:07 19  numerical measure.  It may or may not.  What is the true
09:07:09 20  information in an image?  I don't know.
09:07:12 21      Q.  So, entropy, in a sense, is the best we can do
09:07:16 22  numerically to measure the amount of information in an image
09:07:20 23  or in an audio --
09:07:20 24      A.  Well, I would even modify that to say that -- in
09:07:25 25  fact, in my research group, if we want to try and get the best
```

Page 34

```
09:07:30  1   bound we can on entropy for an image, what we do is we
09:07:34  2   actually push it through a bunch of compression algorithms
09:07:39  3   because the -- the smallest file, as long as the image looks
09:07:44  4   adequate according to our definition of quality, that's a --
09:07:46  5   that's a representation of the image. And the -- the smallest
09:07:50  6   file is going to give me at least an upper bound on how small
09:07:55  7   I can make that image file and still have it contain the
09:07:58  8   original information. I certainly could not get the number of
09:08:01  9   bits representing that file using any standard measure of
09:08:07 10   entropy that we teach in an information theory course because
09:08:10 11   what that algorithm does is so sophisticated at squashing
09:08:17 12   things and extracting redundancy and packing it well, we don't
09:08:19 13   have any entropy measure that that's sophisticated. This may
09:08:22 14   be completely incomprehensible to you.
09:08:25 15       Q.  I --
09:08:25 16       A.  So, I'm trying -- there's -- there's entropy we can
09:08:28 17   compute and it has a definition and a number and then there's
09:08:31 18   also, maybe what I should call, experimental entropy which
09:08:35 19   is -- I know fundamentally that entropy is a measure of
09:08:39 20   information. And if I can represent an image with a file this
09:08:42 21   small, I know that the entropy of the image is, at most, that
09:08:46 22   many bits even though I may not be able to compute that with
09:08:49 23   an equation.
09:08:51 24       Q.  I think you're going in a direction that -- that
09:08:53 25   suggests what I'm after. What I'm -- what I'm really trying
```

Page 35

```
09:08:55  1   to understand is: Does the Shannon type entropy measure
09:08:59  2   represent the best you can do in terms of compression without
09:09:04  3   discarding information?
09:09:06  4       A.  If we are speaking about real information, then I
09:09:11  5   would say no, real information meaning an image, an audio
09:09:15  6   sequence, a video, a seismograph, you know, an EKG trace,
09:09:20  7   anything like that. If we are talking about numbers that we
09:09:24  8   generate using a mathematical algorithm to simply give me
09:09:30  9   random numbers, then we really can't necessarily do too much
09:09:33 10   better than that.
09:09:33 11       Q.  Okay.
09:09:35 12       A.  Now, we may not, really, be able to compute that --
09:09:38 13   compute that entropy measure; but we have an idea of what the
09:09:42 14   right way to do it would be.
09:09:43 15       Q.  Well, but for many distributions, it's a
09:09:46 16   straightforward calculation, right?
09:09:47 17       A.  Well, first order entropy is a straight-order
09:09:48 18   calculation; but information theory tells us that if we code
09:09:52 19   multiple samples simultaneously, we can actually do better.
09:09:55 20   So, instead of coding each sample once -- well, let's talk
09:10:00 21   about text because that's easier. Instead of coding each
09:10:00 22   letter --
09:10:01 23       Q.  Well, let me stop you. I'm sorry.
09:10:02 24       A.  -- code two together.
09:10:03 25       Q.  Is it fair to say that Huffman coding was the first
```

Page 36

```
09:10:06  1   asymptotically optical compression algorithim?
09:10:11  2       A.  Oh, he -- yes, he certainly -- David Huffman produced
09:10:13  3   the first entropy code that could be proven to achieve first
09:10:23  4   order entropy.
09:10:24  5       Q.  And it was very well known for that reason; is that
09:10:26  6   right?
09:10:27  7       A.  I don't know if it was well known for that reason.
09:10:28  8   It was incredibly easy to design a Huffman code, which I think
09:10:34  9   probably went a very long way towards its acceptance. It's
09:10:37 10   very easy to implement, very easy to explain to people and
09:10:42 11   it's not patented, which is another big bonus in use.
09:10:45 12       Q.  So, you've mentioned Huffman, Lempel-Ziv and
09:10:50 13   arithmetic coding as examples of general purpose compression
09:10:56 14   algorithms that would have been known to a person of ordinary
09:10:59 15   skill. Are there any others?
09:11:00 16       A.  Oh, I'm sure there are others. I just can't produce
09:11:04 17   any names off the top of my head. There were various -- they
09:11:07 18   were all -- actually, there are many, many techniques. If we
09:11:09 19   go back and look at the transactions on information theory,
09:11:12 20   people were constantly coming up with techniques to
09:11:15 21   strategically code more efficiently using variable rate. You
09:11:19 22   know, Golomb-Rice codes are another example I can think of.
09:11:23 23       Q.  And why were they doing that? Why were people
09:11:26 24   working on producing new compression algorithms?
09:11:32 25       A.  The simple answer is they had government funding to
```

Page 37

```
09:11:36  1   do it.
09:11:37  2           Now, here, are you talking specifically about
09:11:39  3   the noiseless coding techniques that we've just discussed?
09:11:43  4       Q.  Sure.
09:11:49  5       A.  I don't know what the impetus was for the noiseless
09:11:54  6   coding techniques other than simply compacting bits. Now,
09:11:57  7   clearly when these -- I mean, Huffman did his codes in the
09:12:01  8   Sixties, I think. The Lempel-Ziv family of codes was in the
09:12:07  9   Seventies. Disk space and just storage space in general was
09:12:11 10   extremely expensive. So, there is a desire -- there was a
09:12:17 11   desire to, if we had digital information, which was seen as,
09:12:21 12   you know, extremely -- you can create a lot of it in a little
09:12:27 13   bit of time, and any savings of the disk space would be a
09:12:33 14   substantial help to preserving that disk space and allowing
09:12:38 15   one to store more information on it.
09:12:40 16           Now, I think, also, that digital communication
09:12:43 17   links were not of the tremendous bandwidths that we see today.
09:12:48 18   There were -- NASA had to do a lot of communication with the
09:12:51 19   stuff that they were sending up. In that case, they have low
09:12:55 20   power. You don't necessarily want to signal at a high rate.
09:12:59 21   You want to conserve the power on the satellite or on whatever
09:13:01 22   is -- is -- you know, you can't re-gas it very easily. And
09:13:04 23   then you have a need to make sure that the bits that you send
09:13:10 24   are sort of as efficient as possible.
09:13:12 25       Q.  So, people understood that you could send a given
```

Page 38

```
09:13:16  1   file, for example, over a given link faster by compressing it
09:13:20  2   first, right?
09:13:27  3        A.  Let me rephrase that a little bit. Some of these
09:13:30  4   techniques, there's no guarantee that you actually end up with
09:13:33  5   a smaller file. So, to simply make a blanket statement like
09:13:38  6   that is not true. It's certainly the case that if I have two
09:13:42  7   files and one is larger than the other and I transmit them
09:13:47  8   over the same bandwidth, it's going to take longer to transmit
09:13:51  9   and receive the longer file than it is the shorter file.
09:13:53 10        Q.  Right. It's essentially a law of nature that fewer
09:13:57 11   bits takes less time to send over a given channel, right?
09:14:01 12        A.  All other things being equal, yes.
09:14:03 13        Q.  Okay. And the goal of these general purpose
09:14:07 14   compression algorithms was to take a wide variety of file
09:14:11 15   types and reduce the number of bits needed to represent them,
09:14:15 16   right?
09:14:15 17        A.  I don't know if that was the goal of these
09:14:17 18   techniques. I mean, a lot of these people were esoteric
09:14:20 19   information theorists who --
09:14:23 20        Q.  Well, let me ask it differently.
09:14:23 21        A.  -- I think, happen to be working on the compression
09:14:24 22   problem. And that certainly was an outcome that these
09:14:28 23   techniques could be used to reduce the number of bits to
09:14:32 24   represent a file.
09:14:34 25            Now, let me also just clarify one thing here.
```

Page 39

```
09:14:36  1   These compression algorithms that we're talking about is --
09:14:39  2   are lossless compression algorithms or noiseless. So -- and I
09:14:43  3   think I had a slide in my tutorial that -- that illustrated
09:14:48  4   this very nicely. If we take a file and we apply one of these
09:14:52  5   techniques to it and, you know, with the caveat that
09:14:55  6   Lempel-Ziv, in particular, and some of the dictionary-based
09:14:58  7   techniques may actually expand it, when we go through the
09:15:01  8   compressor, we end up with an output -- let's call it a
09:15:05  9   compressed file even though it may not be smaller. We go
09:15:07 10   through a decompressor. What comes out of the decompressor is
09:15:11 11   bit for bit equivalent to what went in.
09:15:13 12        Q.  I understand that. My question, though, is that
09:15:18 13   implementations of these general purpose compression
09:15:20 14   algorithms were widely used by the mid Eighties on a wide
09:15:24 15   variety of file types to reduce the number of bits required to
09:15:28 16   represent those files, right?
09:15:30 17        A.  I -- I honestly don't know if I would say they were
09:15:34 18   widely used. I can certainly tell you that there were seven
09:15:38 19   or eight companies that claimed to have patents on arithmetic
09:15:42 20   coding; and arithmetic coding, to this day, is not very widely
09:15:47 21   used for that reason.
09:15:49 22        Q.  Okay. But, for example, the Lempel-Ziv-Welch
09:15:51 23   algorithm was used to compress images in GIFs, right?
09:15:56 24        A.  And that, we know, also died because of patent
09:15:59 25   issues. But, yes, the GIF image format used LZW.
```

Page 40

```
09:16:03  1        Q.  Okay. And that was available in the mid Eighties,
09:16:05  2   right?
09:16:05  3        A.  In the mid Eighties. That, I don't know. I don't
09:16:07  4   know the -- the -- the birth date of -- of GIF.
09:16:10  5        Q.  Do you know whether it was invented at Compuserve?
09:16:14  6        A.  I do believe it was but --
09:16:15  7        Q.  I mean the GIF image.
09:16:17  8        A.  Yeah, but didn't they have -- I thought it --
09:16:22  9        Q.  Well, let me just -- let me try to ask it
09:16:22 10   differently. And I don't want to go off on so many
09:16:26 11   sidetracks. We have real limited time here. So, what I'm
09:16:29 12   trying to get at is whether one of ordinary skill in the art
09:16:32 13   would have understood that compression techniques were
09:16:36 14   available, as a general matter, to reduce file sizes?
09:16:39 15        A.  One of ordinary skill would understand that there
09:16:41 16   would be lossless techniques and lossy techniques. We've just
09:16:45 17   talked about the lossless techniques. But the lossless
09:16:48 18   techniques --
09:16:50 19        Q.  Hold on. Let me stop you for a moment because I
09:16:52 20   don't want to go off on -- on a sidetrack.
09:16:55 21        A.  There's one important thing I want to say, though.
09:16:57 22        Q.  Okay. Go ahead. Go ahead.
09:16:58 23        A.  These lossless techniques, yeah, by virtue of the
09:17:00 24   fact that they had to preserve, bit for bit, what came out the
09:17:03 25   other side was what went in after we compressed and
```

Page 41

```
09:17:04  1   decompressed, they were substantially limited in the reduction
09:17:08  2   that they could achieve.
09:17:09  3        Q.  Okay. But they frequently would achieve some
09:17:14  4   reduction, even if it wasn't a lot, right?
09:17:17  5        A.  Yes.
09:17:18  6        Q.  Okay.
09:17:19  7        A.  There would be -- one would expect on large files --
09:17:25  8   and here, I'm just going to say "large" and not qualify it,
09:17:26  9   but that all of those techniques that we've discussed would --
09:17:31 10   would -- would produce a smaller file size, albeit may not --
09:17:35 11   maybe not even half, perhaps only 20, 30 percent smaller.
09:17:39 12        Q.  Okay. But a person of ordinary skill in the art
09:17:43 13   would have understood at the relevant time that that would
09:17:45 14   have taken half or two-thirds or whatever the compression rate
09:17:50 15   was the amount of time required to transmit the uncompressed
09:17:54 16   file over a given channel, right?
09:17:56 17        A.  Certainly over -- one could compute the -- the
09:17:59 18   corresponding reduction if -- from a theoretical standpoint,
09:18:04 19   if one were to implement that. Of course, let's never mind
09:18:07 20   that you have to put equipment at both ends and you may or may
09:18:10 21   not be able to do that.
09:18:12 22        Q.  Well, it was completely predictable, right?
09:18:14 23            MR. PAYNE:  Objection, form.
09:18:15 24        A.  What does "predictable" mean?
09:18:16 25        Q.  (By Mr. Stephens) Meaning that if you took a file and
```

Page 42

```
09:18:17  1    you compressed it and you compared it to the uncompressed
09:18:20  2    version, you knew with absolute certainty that you would have
09:18:25  3    some approximate reduction in the transmission time over a
09:18:28  4    given channel that reflected the difference in the number of
09:18:30  5    bits between the compressed and uncompressed versions, right?
09:18:34  6        A. Well, from a theoretical standpoint but, also, you
09:18:37  7    know, let me say that, here, we're talking about a theoretical
09:18:40  8    channel. You may have 50 megabit per second, for example -- I
09:18:45  9    think you have a -- and, now, that channel, we may or may not
09:18:49 10    have access to the whole 50 megabits. It may be -- let's --
09:18:53 11        Q. Let me -- let me just ask you to assume --
09:18:55 12        A. Wait. Let's just talk about the T1 example. T1
09:18:59 13    chunks come in 64 kilobits per second. So, if I have
09:19:03 14    something at 65 kilobits per second, I'm a little out of luck
09:19:08 15    because I have to -- I have to get 128 kilobit-per-second
09:19:10 16    channel.
09:19:12 17        Q. I'm sorry, I'm not asking about whether you -- the
09:19:13 18    rate of the file. I'm asking about a file of a given size and
09:19:16 19    how long it would take to transmit it.
09:19:20 20        A. So, let me go back.
09:19:22 21            MR. PAYNE: Wait. Is there a question on the
09:19:23 22    table?
09:19:24 23            MR. STEPHENS: No. Why don't we take a break
09:19:26 24    and change the tape.
09:19:27 25            THE VIDEOGRAPHER: Off the record at 9:19.
```

Page 43

```
          1            (Recess taken)
09:27:38  2            THE VIDEOGRAPHER: This is the beginning of
09:27:38  3    Tape 2 of the deposition of Dr. Hemami. The time is 9:27.
09:27:45  4    We're back on the record.
09:27:46  5        Q. (By Mr. Stephens) Dr. Hemami, before the break, we
09:27:48  6    were talking about the person of ordinary skill in the art and
09:27:51  7    what they would have known at the relevant time. Is it fair
09:27:54  8    to say that -- that a person of ordinary skill at the relevant
09:27:57  9    time would have understood that, all of the things being
09:27:59 10    equal, it takes less time to send a given file with fewer
09:28:03 11    bits?
09:28:08 12        A. All things being equal, given that we compute
09:28:12 13    transmission time according to bits divided by bandwidth,
09:28:17 14    obviously if the numerator bits is smaller, the resulting time
09:28:21 15    is going to be smaller.
09:28:24 16        Q. Okay. Is it also fair to say that a person of
09:28:27 17    ordinary skill at the relevant under -- relevant time would
09:28:29 18    have understood that the goal of compression is to take a
09:28:33 19    given file and reduce the number of bits required to represent
09:28:37 20    it?
09:28:46 21        A. I think using the term "goal" is perhaps a little bit
09:28:49 22    vague here. I think one of ordinary skill would understand
09:28:53 23    that compression generally reduces file size.
09:28:58 24        Q. Okay. So, a person of ordinary skill at the relevant
09:29:02 25    time would have understood that compressing a file is a way to
```

Page 44

```
09:29:06  1    reduce the amount of time required to send that file, right?
09:29:11  2            MR. PAYNE: Objection, form.
09:29:15  3        A. I -- I'm not quite sure I would phrase it like that.
09:29:20  4    We would -- perhaps, I think it's more accurate to give it as
09:29:23  5    a two-step sequence of events. Compression reduces the number
09:29:29  6    of bits; and by merely computing transmission time, were that
09:29:34  7    file to be transmitted over an identical communication link as
09:29:37  8    the uncompressed file, we would compute the time for
09:29:40  9    transmission would be smaller. I'm uncomfortable putting
09:29:43 10    "goal" in there because this is a -- compression is employed
09:29:52 11    in a system for -- for various reasons.
09:29:54 12        Q. (By Mr. Stephens) Okay.
09:29:54 13        A. And the system designer obviously is building the
09:29:57 14    system for whatever the -- the end goal is, and he or she may
09:29:59 15    have various reasons for doing things.
09:30:03 16        Q. Okay. Now, going back to audio, what kinds of
09:30:12 17    wideband audio compression algorithms would a person of
09:30:19 18    ordinary skill have known about at the relevant time?
09:30:21 19        A. Okay. So, again, here, let me just start off and say
09:30:25 20    that these were described in my claim construction report.
09:30:28 21    So, to the extent that I missed some, they -- there is a --
09:30:34 22        Q. Okay.
09:30:35 23        A. -- outline of these given there.
09:30:37 24            So, we -- wideband audio, certainly one of
09:30:44 25    ordinary skill would be aware of DPCM, which I think we've
```

Page 45

```
09:30:50  1    discussed and that is mentioned in my report. One could also
09:30:57  2    start off with just the basic technique of pulse-coded
09:30:59  3    modulation followed by quantization where the quantization
09:31:05  4    strategy -- PCM does not, itself, provide any compression, but
09:31:11  5    quantization is the procedure by which we throw information
09:31:14  6    away and -- and an appropriate quantization strategy could be
09:31:21  7    employed to achieve compression. And, in fact, what those
09:31:25  8    appropriate quantization strategies were was a topic of
09:31:30  9    research and interest at that time.
09:31:33 10            Additionally, there were also subband coding
09:31:45 11    algorithms which attempted to -- let me just say, with respect
09:31:53 12    to compression, all of these techniques are assuming that we
09:31:55 13    are starting off with a signal that has been digitized, not
09:32:01 14    starting off with an -- an analog signal. The subband coding
09:32:06 15    techniques segmented the -- or separated the input signal into
09:32:15 16    frequency bands and processed each band and compressed each
09:32:20 17    band separately and independently according to the
09:32:23 18    characteristics of those bands.
09:32:27 19        Q. Any others?
09:32:31 20        A. I think that generally covers the -- a wide swath of
09:32:39 21    algorithms.
09:32:42 22        Q. Are there any others that come to mind?
09:32:44 23        A. Not that come to mind now, certainly.
09:32:47 24        Q. Okay. Fine. What analog compression algorithms
09:32:51 25    would have been known to a person of ordinary skill at the
```

### Page 46

```
09:32:53  1   relevant time?
09:32:54  2       MR. PAYNE: Objection, form.
09:32:56  3       A.  So, I -- I don't know what an analog compression
09:32:59  4   algorithm is.
09:32:59  5       Q.  (By Mr. Stephens) Okay. So, you don't know how you
09:33:01  6   would compress an analog signal?
09:33:03  7       A.  I don't even know what "compress" means as applied to
09:33:07  8   an analog signal. I think that you have to give a little bit
09:33:10  9   more detail as to what you're asking.
09:33:11 10       Q.  What else would you need to know?
09:33:16 11       A.  Well, certainly in this case, we have a construction
09:33:17 12   as compressing referring to reducing the number of bits; and
09:33:22 13   an analog signal has no bits.
09:33:26 14       Q.  Okay. Let me be very clear. I'm not asking about
09:33:29 15   compressed as it's used in the Court's claim construction.
09:33:33 16   I'm asking about compress or compression as it was used by
09:33:36 17   people of ordinary skill at the relevant time, in the mid --
09:33:40 18   mid Eighties.
09:33:40 19       A.  If we're referring -- again, going back to my
09:33:43 20   description of a person of ordinary skill, I think this person
09:33:46 21   would answer that one cannot compress an analog signal --
09:33:50 22       Q.  Okay.
09:33:50 23       A.  -- that that signal would require digitization prior
09:33:55 24   to any potential compression operation.
09:34:16 25       Q.  You mentioned that PCM plus quantization is a form of
```

### Page 47

```
09:34:20  1   compression that would have been known to a person of ordinary
09:34:22  2   skill in the art and that quantization is throwing information
09:34:26  3   away. What about resampling?
09:34:28  4       A.  Can you be more specific about what you mean by
09:34:30  5   "resampling"?
09:34:31  6       Q.  Yeah. So, for example, if you take a -- a
09:34:33  7   44.1 kilohertz audio signal from a CD and you resample it at
09:34:40  8   40 kilohertz, would that be a form of compression?
09:34:45  9       A.  Can you explain the resampling operation?
09:34:48 10       Q.  Yeah. So, you, for example, interpolate intermediate
09:34:52 11   points so that you can reduce the number of samples necessary
09:34:58 12   to represent the same audio signal and throw away information
09:35:02 13   in the process.
09:35:12 14       A.  From a theoretical perspective, what you have just
09:35:16 15   described actually destroys signal.
09:35:21 16       Q.  I understand it's a lossless -- I mean, it's lossy.
09:35:25 17       A.  It's a little bit more than lossy. It's actually
09:35:31 18   inducing -- it's really creating signal where there was none
09:35:35 19   before and --
09:35:36 20       Q.  Well, let me make a simpler example, then, to start
09:35:39 21   with. What if you just threw away every other sample?
09:35:44 22       A.  So, generally, I don't believe that that would be
09:35:50 23   considered to be compression, independent of the horrible
09:35:54 24   things that it's doing to the signal.
09:35:57 25       Q.  Okay. Well, let me -- let me try again. Are you
```

### Page 48

```
09:35:59  1   familiar with the process of resampling?
09:36:02  2       A.  I call it "rate changing," and I teach it in my
09:36:05  3   course.
09:36:06  4       Q.  Okay.
09:36:06  5       A.  But there's an important step that you left out.
09:36:09  6       Q.  What is that, filtering --
09:36:11  7       A.  Yes.
09:36:11  8       Q.  -- to reduce the bandwidth appropriately?
09:36:14  9       A.  Yes, exactly.
09:36:14 10       Q.  Okay. So, if you do that, you -- what was the word,
09:36:16 11   "rate changing," that you used?
09:36:18 12       A.  Yes.
09:36:18 13       Q.  Is that a form of compression?
09:36:21 14       A.  I don't believe that one of ordinary skill would
09:36:24 15   consider that to be a form of compression.
09:36:26 16       Q.  Okay.
09:36:26 17       A.  Now, having -- and I believe that I also gave some
09:36:28 18   examples in my previous deposition along those lines that --
09:36:33 19   that this is -- this would not be considered compression.
09:36:35 20   Now, having said that, I have certainly seen examples in
09:36:42 21   literature where authors or inventors refer to dropping
09:36:53 22   samples as compression. It's maybe, perhaps, a little bit of
09:36:59 23   an interpretation. In those examples, the -- let's call it
09:37:05 24   the reduced information following the -- the rate changing or
09:37:10 25   resampling operation, was then subsequently compressed
```

### Page 49

```
09:37:13  1   according to a conventional or -- or compression algorithm
09:37:17  2   as -- as one of ordinary skill would understand compression to
09:37:21  3   mean.
09:37:21  4       Q.  Okay. Well, let me -- let me --
09:37:23  5       A.  So, I -- it's a little bit -- I think, in general,
09:37:25  6   you could possibly get people involved in a debate on this;
09:37:28  7   but I think, for the most part, most people would come down on
09:37:32  8   the side of that's -- that's -- doesn't fall in the general
09:37:36  9   class of what we consider to be either lossy or lossless
09:37:38 10   compression.
09:37:39 11       Q.  Okay. Is it a technique that would have been known
09:37:43 12   to a person of ordinary skill in the art even though it's not,
09:37:46 13   as you say, necessarily compression?
09:37:50 14       A.  Well, I -- I think that the two things that you said
09:37:53 15   are sort of independent. Rate changing is certainly something
09:37:56 16   that would be known to someone who knew compression from the
09:38:03 17   standpoint that in order to understand compression, one has to
09:38:06 18   have some background in signal processing; and rate changing
09:38:09 19   is a fundamental operation or -- or sequence of events to
09:38:13 20   understand from a standpoint of signal processing. So,
09:38:16 21   certainly that person would understand a rate changing
09:38:18 22   operation.
09:38:19 23       Q.  Okay. Meaning a person of ordinary skill in the art
09:38:22 24   would have understood rate changing as part of their technical
09:38:25 25   vocabulary?
```

## Page 50

```
09:38:28  1    A.  Yes.  That would be -- yes, exactly.  You could walk
09:38:29  2  into their office and ask them to diagram it out and explain
09:38:33  3  what happens and so on.
09:38:34  4    Q.  Okay.  And rate changing a signal to a lower sample
09:38:38  5  rate does reduce the number of bits required to represent that
09:38:41  6  signal, right?
09:38:43  7    A.  No, not necessarily.
09:38:44  8    Q.  I understand not necessarily, but it can?
09:38:46  9    A.  No.  I -- in and of itself, no.
09:38:50 10    Q.  All right.  Hold on.  Let me ask a different -- a
09:38:52 11  different question, then, more specific.  So, if you take a
09:38:55 12  44.1 kilohertz, 16 bit sample from a CD and you rate change it
09:39:02 13  so that it's 40 kilohertz and 16 bits, is it possible to do
09:39:08 14  that using rate changing as you've described it?
09:39:11 15    A.  Well, let's be very -- the -- my concern here is with
09:39:15 16  the bits.  Okay.  So, we start off with 16 bit samples and
09:39:21 17  we -- I think we agreed that we would append a filtering
09:39:25 18  operation prior to the -- the -- the down-sampling
09:39:29 19  operation -- and the process of filtering that signal is going
09:39:35 20  to change its dynamic range.  So, from the standpoint of --
09:39:47 21  there's a little bit more design here involved, I guess is
09:39:50 22  what I'm trying to get at so --
09:39:51 23    Q.  All I'm asking about is whether it's possible to use
09:39:55 24  resampling to change a wideband audio signal from
09:39:59 25  44.1 kilohertz, 16 bits, like you have on an ordinary CD, to
```

## Page 51

```
09:40:04  1  40 kilohertz, 16 bits.  Is that possible to do?
09:40:06  2    A.  Well, anything is possible.  We could eject 15 of the
09:40:09  3  bits and get it down to a 1 bit signal.  We're then back to
09:40:13  4  the quality issue that I had mentioned earlier.
09:40:16  5    Q.  Okay.  But a person of ordinary skill in the art
09:40:18  6  would have understood that you could down-sample
09:40:21  7  44.1 kilohertz, 16 bit wideband audio signal to a
09:40:25  8  40 kilohertz, 16 bit wideband audio signal, right?
09:40:31  9    A.  As you have described it, which would have more
09:40:34 10  distortion, never mind the filtering and frequency content
09:40:37 11  that we've ejected, but the fact that we've gone from a 16 bit
09:40:40 12  representation to a 16 bit representation with some arithmetic
09:40:43 13  in between.  So, we have -- in this discussion, we have
09:40:46 14  completely not dealt with the fact that the filtering
09:40:50 15  operation is going to adjust the number of bits that we need
09:40:53 16  to represent those samples at a given signal-to-noise ratio
09:40:58 17  so --
09:41:00 18    Q.  It is possible to do, right?  It is possible to take
09:41:03 19  a 44.1 kilohertz, 16 bit representation and use down-sampling
09:41:07 20  to change it to a 40 kilohertz, 16 bit representation, right?
09:41:12 21    A.  In a -- from a -- again, if I gave this to a student
09:41:16 22  on a piece of paper, they can certainly put something together
09:41:20 23  that would do that.  Now, again, going back to whether this is
09:41:23 24  suitable for any particular application, this becomes another
09:41:27 25  question.
```

## Page 52

```
09:41:28  1    Q.  Okay.  But a person of ordinary skill would have
09:41:30  2  understood you can do that, right?
09:41:31  3    A.  A boss of ordinary skill may come in and say, "Ah,
09:41:35  4  you've ruined the signal."  So, from that perspective, we
09:41:39  5  could certainly put a system together that would do that.
09:41:41  6    Q.  And a person of ordinary skill would have understood
09:41:43  7  that, right?
09:41:44  8    A.  Again, that falls -- both -- both aspects that we've
09:41:47  9  talked about, both the filtering and resampling as you've
09:41:50 10  described it and also the consideration of the arithmetic,
09:41:54 11  fall into the category of DSP and that a compression engineer
09:41:58 12  would understand.
09:41:59 13    Q.  Okay.  Okay.  Now, if you could, give me a list of
09:42:11 14  those kinds of speech compression algorithms that you think a
09:42:18 15  person of ordinary skill would have known about at the
09:42:20 16  relevant time.
09:42:21 17    A.  So, this is not going to be a exhaustive list of all
09:42:29 18  the speech coding techniques that were available, but
09:42:33 19  certainly there were -- so, Vector quantization was an
09:42:40 20  approach that was in high favor for -- for speech
09:42:46 21  applications.  There were various waveform coders which
09:42:52 22  actually attempted to match the -- the signal, the speech
09:42:56 23  signal, characteristics of the speech signal.  There were
09:43:01 24  coders that -- I'm not sure what the right technical term for
09:43:07 25  these coders are, but essentially, their goal was to produce a
```

## Page 53

```
09:43:11  1  signal that sounded like the speech, but -- and I -- I'm
09:43:19  2  delineating sound, then, because if you, for example, were to
09:43:22  3  look at the traces, they would look completely different, but
09:43:25  4  to the -- to the ear, they would sound the same.  So, these
09:43:28  5  coders were effectively coders that modeled the generation
09:43:32  6  system and attempted to, based on that model, cause a
09:43:39  7  generation system to produce sounds that were similar enough
09:43:45  8  with what had actually been spoken.  Those are several
09:43:51  9  examples.
09:43:51 10    Q.  Okay.  Anything else you can think of?
09:43:52 11    A.  Oh, I'm sure things will come to me as we go along.
09:43:56 12    Q.  Is silence compression a speech compression method
09:43:59 13  that was known?
09:44:01 14    A.  I don't know that I would say silence compression was
09:44:03 15  a speech compression method because, clearly, speech is not
09:44:07 16  silence.  Silence compression was -- maybe we could call it a
09:44:15 17  additional strategy that could be employed especially in
09:44:21 18  two-way, bidirectional conversations where typically we have
09:44:26 19  only one party speaking at a time.
09:44:32 20    Q.  Any other speech compression algorithms that you can
09:44:36 21  think of that a person of ordinary skill in the art would have
09:44:39 22  been aware of?
09:44:40 23    A.  Well, we also then have sort of our traditional PCM
09:44:45 24  with companding and DPCM techniques.
09:44:51 25    Q.  Okay.  Anything else that comes to mind?
```

Page 54

1   A. Not immediately.
2   Q. Okay. How about video? What kinds of compression
3   techniques would have been known to a person of ordinary skill
4   in the art regarding video?
5   A. So, in video, we can first sort of segregate two very
6   broad classes of -- of video compression. The first class
7   were strategies by which each video frame or field was treated
8   completely independently as if it were a still image and the
9   second was often called intra-frame video coders and I think
10  that the scene adaptive coder which I discussed with Mr. Brown
11  on my last deposition is an example of that. The other
12  category of video coders were what we call inter-frame,
13  broadly, inter-frame coders and these coders attempted to
14  exploit the gross similarity between any two adjacent video
15  frames or fields that, in general, in absence of a scene
16  change or a cut to commercial, any two video frames are going
17  to be very, very similar and one should be able to exploit the
18  similarity for those -- in order to more efficiently represent
19  the data. And within both of these types of general classes,
20  there were all kinds of approaches to -- to doing these
21  things.
22  Q. So, there were many different approaches to both
23  intra-frame and inter-frame video compression coding that were
24  known to people of ordinary skill?
25  A. I think for video compression engineers, yes. I

Page 55

1   would say that they were aware of the different strategies and
2   the different approaches that -- that people had taken and
3   were developing at the time to move toward video compression
4   strategies.
5   Q. Okay. And -- and they were also aware of techniques
6   that combined the two of them together; is that right?
7   A. Well, it's almost impossible to have an inter-frame
8   coder without some intra-frame coding. So, when I say
9   "inter-frame," I'm using that as a broad class that somewhere
10  in there you're going to have some frame that is coded
11  completely independently. Even if you rig the system to
12  pretend like it's not, it's -- it's still going to end up, at
13  some point, being coded independently.
14  Q. Okay. Now, would a person of ordinary skill at the
15  appropriate time have understood how to use the literature to
16  locate other compression techniques besides the ones they were
17  already familiar with?
18  A. I think that at the time -- now, here -- maybe you
19  can explain a little bit more what the "literature" is since I
20  think you and I may have different definitions for that.
21  Q. Okay. What I mean, for example, are professional
22  journals and technical libraries, various source books of
23  algorithms and the like.
24  A. So, I think that with respect to specifically
25  addressing video compression, one of ordinary skill would be

Page 56

1   aware of the existence of various IEEE journals, also the Bell
2   System Technical Journal, which was a journal that was
3   published by AT&T Bell Labs at the time, and the various
4   conferences that occurred. And here, I'm referring to, I
5   guess, the technical conferences where researchers and
6   industrial people would publish their papers and exchange
7   ideas.
8   Q. Okay. Anything else?
9   A. The standards organizations did -- I mean, ITU
10  certainly had the -- the working groups on the video
11  teleconferencing standards in existence, and the ISO -- I
12  think the MPEG committee was formed in 1987 or 1988, but those
13  committees were not -- I'm sort of thinking out loud here. I
14  think that what we've covered is good, those committees. Even
15  now, it's sometimes difficult to get information out of them.
16  Q. Well, the ITU committees published standards, right?
17  A. They do publish standards, yes, they do. They do.
18  Q. And they publish draft standards as well, right?
19  A. Draft standards do come out of those groups.
20  Q. And those are commonly used by people in the
21  telecommunications industry, right?
22  A. I don't know to what extent they were used. I mean,
23  I think you really have no reason for a draft standard unless
24  you're going -- it depends what standard it is. There are
25  many, many, many standards that these groups put out; and I

Page 57

1   don't know to what extent all of them are used. I think some
2   of them are probably way more popular than others.
3   Q. Well, if you wanted your telecommunications system to
4   inter-operate with someone else's, you'd probably want to look
5   at the standards.
6   A. Certainly. Of course. Of course.
7   Q. Now, what about audio, what kind of literature would
8   people of ordinary skill in the art been aware of in audio,
9   meaning either wideband audio or speech compression?
10  A. So, in audio, not only would there be appropriate
11  technical journals and -- and records of conferences but
12  also -- well, I say "also." Maybe it falls in the same
13  category. Before, I mentioned IEEE and AT&T journals, which
14  are clearly put out by technical organizations. With respect
15  to audio, I think the Journal of the Acoustical Society of
16  America would also be something that might be known to an
17  audio person.
18  Q. About the audio engineering society?
19  A. Yes.
20  Q. Any others?
21  A. No, not -- not that I can think of. You know, audio
22  was substantially more advanced than -- all audio, speech,
23  wideband, much more advanced than video with respect to the
24  technical community's understanding of how to process and
25  handle the signal.

Page 58

```
09:51:20  1      Q.  The ITU also had published a number of standards for
09:51:23  2   audio compression, correct?
09:51:26  3      A.  ITU.
09:51:28  4      Q.  Like, just for example, G.721?
09:51:31  5      A.  Ah, yes.  Yes.  Thank you.  That's right.  That's
09:51:36  6   right.  Now, the G.721 standard -- now, at this point, I'd
09:51:40  7   like to ask for a copy of my declaration.
09:51:43  8      Q.  Okay.  Which one?
09:51:43  9      A.  The first one.
09:51:44 10      Q.  Okay.
         11          (Exh.247 marked)
09:51:58 12      Q.  (By Mr. Stephens) Okay.  I'm handing you what's been
09:52:00 13   marked as Exhibit 247.
09:52:04 14          MR. STEPHENS:  A copy -- you got one?  Okay.
09:52:06 15          MR. PAYNE:  What did you say, 247?
09:52:09 16          MR. STEPHENS:  Yes.
09:52:14 17      A.  Okay.  So, what I wanted to check was the reference
09:52:16 18   that I had looked at on G.722.  So, let me say, off the top of
09:52:21 19   my head, I don't know what G.721 is.
09:52:25 20      Q.  (By Mr. Stephens) Okay.  But G.722 is also an audio
09:52:27 21   compression standard?
09:52:31 22      A.  Whether it was adopted as a standard, I don't know.
09:52:35 23   But certainly it was put together by the group and envisioned
09:52:37 24   and -- and evaluated.
09:52:39 25      Q.  And at least published as a draft standard, if not a
```

Page 59

```
09:52:42  1   standard, right?
09:52:43  2      A.  At least published as a draft, yeah.  People had to
09:52:45  3   know about it somehow.
09:52:46  4      Q.  And you can download it from the IT website today,
09:52:50  5   right?
09:52:50  6      A.  Today, yes.
09:52:51  7      Q.  And you could have gotten it from the ITU with a
09:52:54  8   phone call?
09:52:56  9      A.  Oh, I'm sure it would have been, though.
09:52:57 10      Q.  But it was a standard process?
09:52:59 11      A.  It was.  Well, I assume so.  I certainly -- I didn't
09:53:02 12   do it at the time.
09:53:02 13      Q.  Okay.  So, ITU standards are also one of the sources
09:53:05 14   of audio compression information that a person of ordinary
09:53:08 15   skill in the art would likely have known about, right?
09:53:11 16      A.  Again, here, we're using "audio" as a general term.
09:53:14 17   722 certainly, which I refer to here, was listed as wideband
09:53:19 18   audio.  Actually, it was for wideband speech, as I explained
09:53:22 19   in the -- in the declaration.  So, with the caveat that it
09:53:26 20   would be for the appropriate audio for whatever the standard
09:53:29 21   dealt with.
09:53:29 22      Q.  Okay.  Now, would a person of ordinary skill in the
09:53:32 23   art at the appropriate time have been familiar with computers?
09:53:39 24      A.  I think, certainly, one of ordinary skill would have
09:53:44 25   been familiar with, used computers, programmed computers.  One
```

Page 60

```
09:53:50  1   would have been able to implement algorithms on computers for
09:53:55  2   the purposes of verification or testing or development.
09:54:19  3      Q.  Would a person of ordinary skill in the art at the
09:54:24  4   appropriate time have understood that you could store
09:54:26  5   compressed audio on a computer's hard drive?
09:54:37  6      A.  This is going to sound a little nutty, but can you
09:54:40  7   clarify what you mean by "store"?  Simply, the bits resided
09:54:43  8   there?
09:54:44  9      Q.  Yes.
09:54:45 10      A.  I think that one of ordinary skill, certainly
09:54:48 11   whatever type of audio he or she were processing, would have
09:54:55 12   understood that at least small pieces of that audio, if not
09:54:59 13   the entire digitized audio, could be stored on the hard drive.
09:55:04 14      Q.  And -- and, in fact, could be stored on the hard
09:55:07 15   drive in an ordinary file in an ordinary file system, right?
09:55:11 16      A.  Well, can you clarify what you mean by "ordinary"?
09:55:15 17      Q.  FAT16, FAT32.
09:55:19 18      A.  I think that as any other file would be sitting on
09:55:21 19   the file system, sure.
09:55:23 20      Q.  Okay.  And just to be clear for the record, the FAT16
09:55:27 21   file system is the one that was used by MS-DOS on IBM PCs in
09:55:31 22   that time, right?
09:55:33 23      A.  I don't know that.
09:55:33 24      Q.  Okay.  But what you said would be applicable to the
09:55:37 25   type of file system that was used on ordinary PCs at the time,
```

Page 61

```
09:55:40  1   right?
09:55:45  2      A.  Honestly, I don't think that people would be doing --
09:55:47  3   these people would be doing this on PCs at the time.  I think
09:55:50  4   it was more likely it would be done on some type of higher-end
09:55:53  5   work station.
09:55:54  6      Q.  Work station?
09:55:55  7      A.  Yes, simply from a standpoint of both available
09:55:59  8   software that one might want to use and also computational
09:56:04  9   horsepower that was required.
09:56:07 10      Q.  Okay.  But a person of ordinary skill in the art at
09:56:10 11   the time would have understood that you could store audio
09:56:13 12   files on a Unix workstation or an IBM PC or an Apple Macintosh
09:56:19 13   at the time, right?
09:56:21 14      A.  Certainly that they could be stored.  It may not have
09:56:24 15   been trivial to get them on to a particular machine.
09:56:27 16      Q.  Okay.  But there were hardware devices available in
09:56:31 17   the Eighties that would allow you to digitize sound and store
09:56:34 18   it on a computer's hard drive, right?
09:56:39 19      A.  The hardware device itself?  You -- I guess if I
09:56:46 20   interpret your question, it sounds like you're saying that
09:56:50 21   there was a hard -- hardware device that sat directly and fed
09:56:53 22   onto the hard drive and took analog audio in.
09:56:54 23      Q.  No, no.  I just mean --
09:56:54 24      A.  Just merely the existence of digitized audio?
09:56:59 25      Q.  That's right.
```

## Page 62

09:56:59  1   A. Yeah, I think there was equipment that could digitize
09:57:02  2  audio and put that audio on to some type of format or entity
09:57:07  3  such that it could be introduced into the computer.
09:57:10  4   Q. Okay. And persons of ordinary skill in the art
09:57:13  5  understood that at the relevant time, right?
09:57:15  6   A. I think that, certainly, audio compression people
09:57:17  7  would be well aware of that --
09:57:19  8   Q. Okay.
09:57:19  9   A. -- because, otherwise, they would not be very well
09:57:22 10  suited to doing audio compression.
09:57:24 11   Q. Okay. Now, what about video compression?
09:57:28 12   A. Now, video compression starts to become a little bit
09:57:30 13  more challenging because one reason that audio was and still
09:57:35 14  is so much more advanced compared to video is because it's a
09:57:40 15  lot smaller, file-wise. There are many, many fewer samples
09:57:44 16  per second required to represent any type of audio, whether
09:57:49 17  it's speech, narrowband, wideband, than video, which if we
09:57:55 18  just think about sort of VHS quality in North American, is,
09:58:01 19  at -- at best, 30 megabits per second. You know, that's far
09:58:06 20  greater than the numbers that we've thrown around in this case
09:58:10 21  for -- for any type of uncompressed audio. And as a result,
09:58:17 22  some frames or portions of frames or cropped versions of
09:58:22 23  frames could certainly be stored on a hard disk. But quickly,
09:58:26 24  there was a capacity issue. So, if we simply talk about
09:58:30 25  storing by video, there -- in terms of what was in an ordinary

## Page 63

09:58:39  1  Unix workstation or PC or Mac, that disk would have filled up
09:58:46  2  very, very quickly.
09:58:49  3   Q. But certainly people working in the video compression
09:58:52  4  arts were performing video compression on computers of some --
09:58:57  5  some type and storing video sequences in compressed form on
09:59:03  6  hard drives in the Eighties, right?
09:59:06  7   A. I don't know that the compressed sequences were --
09:59:11  8  now we can throw it away, right? We have our Apple. It does
09:59:13  9  iMovie, whatever, you know, the little mini -- mini disk that
09:59:20 10  comes in a Handycam. In the Eighties, not only were the raw
09:59:26 11  files very large but the compression was not nearly as
09:59:31 12  efficient as what we're doing today, too. So, the resulting
09:59:35 13  file sizes that people were dealing with were much, much
09:59:39 14  larger. So, to say that the whole sequence -- I mean --
09:59:42 15   Q. Let me -- let me ask a different question.
09:59:44 16   A. I think several frames were compressed, very short
09:59:46 17  chunks. I don't think they were all done on a single computer
09:59:50 18  at once. They may well have been done in parallel over many
09:59:54 19  computers and spooled off on to storage or physically removed
09:59:58 20  or written off to magnetic tape, simply because of the shear
10:00:03 21  volume of the data.
10:00:04 22   Q. I want to ask a question now using the terms as
10:00:07 23  construed by the Court -- I mean, as you understand them to be
10:00:10 24  unconstrued by the Court. When did it first become possible,
10:00:13 25  in your understanding, to store a full motion video work in

## Page 64

10:00:18  1  compressed form on a hard drive on a computer?
10:00:22  2   A. Well, there's a key piece of information, I guess
10:00:27  3  that -- that is missing in order to answer that question,
10:00:32  4  which is: What is the length of the work? So, let me address
10:00:35  5  that: I understand "work" to be something that's the result
10:00:44  6  of a creative effort. So, I would say that the video of my
10:00:49  7  deposition today -- you may disagree, but it's not -- not the
10:00:53  8  result of a creative effort.
10:00:56  9   Q. I do strongly disagree, but that's okay.
10:00:58 10   A. Do you understand what I mean?
10:01:01 11   Q. I -- actually, I don't. But that's okay.
10:01:04 12   A. Well --
10:01:04 13   Q. And I'm -- I'm not asking you to explain that.
10:01:05 14  Please just continue with your answer.
10:01:09 15   A. Yeah. So -- okay. So -- so, for example, a public
10:01:15 16  service announcement, I would say, is not a creative work.
10:01:19 17   Q. Look --
10:01:20 18   A. But -- but I'm trying to get at length here. Okay.
10:01:23 19  So --
10:01:26 20       MR. PAYNE: Let's just -- what's the question?
10:01:28 21   Q. (By Mr. Stephens) The question is: When did it first
10:01:31 22  become possible to store a full motion video work on a hard
10:01:35 23  drive?
10:01:35 24       MR. PAYNE: Okay. That's -- that sounds like an
10:01:37 25  enablement question to me. I mean, you're --

## Page 65

10:01:39  1       MR. STEPHENS: Look, let her -- if you're going
10:01:39  2  to make your objection, that's fine, make your objection.
10:01:41  3       MR. PAYNE: Well, I might --
10:01:43  4       MR. STEPHENS: Don't coach the witness.
10:01:43  5  Don't --
10:01:45  6       MR. PAYNE: I'm not coaching her. The -- the
10:01:47  7  purpose of the deposition today is to ask her questions
10:01:48  8  about --
10:01:49  9       MR. STEPHENS: I'm trying to find out about the
10:01:49 10  scope and content of the prior art. You can't tell me I'm not
10:01:53 11  entitled to do that.
10:01:54 12       MR. PAYNE: Okay. I'm telling you you're only
10:01:56 13  entitled to address issues set forth in her declarations, per
10:02:01 14  our agreement.
10:02:02 15       MR. STEPHENS: Make your objection and direct
10:02:03 16  her not to answer if you --
10:02:06 17       MR. PAYNE: So -- certainly. So, you know, I --
10:02:09 18  I -- I think you're -- you're arguably going over the line,
10:02:15 19  but I'll let her answer.
10:02:18 20       MR. STEPHENS: Okay.
10:02:18 21   Q. (By Mr. Stephens) When did --
10:02:18 22   A. So, can you repeat the question, please?
10:02:20 23   Q. Yeah. When did it first become possible to store a
10:02:23 24  full motion video work on a hard drive?
10:02:26 25   A. So -- okay, let me not pontificate on the length.

Page 66

10:02:31  1   But, first off, we have -- there would be, in making this
10:02:33  2   computation, some length of the full motion video sequence,
10:02:37  3   which would be sufficiently long enough to somehow indicate
10:02:40  4   that it had some type of creative content. And the second
10:02:44  5   issue is: What is the size of the hard drive? The third
10:02:50  6   issue -- if I only said two, I was mistaken -- is: What is
10:02:53  7   the compression algorithm and to what size is -- you know,
10:03:01  8   essentially what is -- the combination of the length of the
10:03:05  9   sequence and the compression algorithm gives us a resulting
10:03:10 10   file size; and that file size, then we want to compare to hard
10:03:14 11   disks. Now, I have -- I do not have hard disk evolution at my
10:03:21 12   fingertips.
10:03:22 13       Q.  So, you don't know the answer, then?
10:03:23 14       A.  That's right.
10:03:24 15       Q.  Okay. Do you know if it was possible by 1988?
10:03:32 16       A.  I know that in preparing for my tutorial, I did
10:03:36 17   verify that the example that I gave was reasonable and
10:03:41 18   feasible. So, I would say, yes, it was possible in 1988.
10:03:45 19       Q.  And the example that you gave was -- how -- how was
10:03:48 20   that constructed?
10:03:50 21       A.  Well, I considered a work of some length and
10:03:59 22   applied -- actually, I think I applied the compression
10:04:03 23   strategy that was directly suggested.
10:04:06 24       Q.  Now, you're talking about the very, very short video
10:04:09 25   that you had available at the -- at the tutorial; is that

Page 67

10:04:14  1   right?
10:04:15  2       A.  That I didn't play?
10:04:17  3       Q.  Right. But you produced it to us at that time.
10:04:19  4       A.  Okay. So -- so, I would -- that -- that was
10:04:22  5   solely -- that -- I would say that was a bit short to be
10:04:26  6   considered a work. I was not -- that length, whatever it was,
10:04:32  7   ten frames or something, no, I would -- I would not say that
10:04:35  8   that's -- that's fair. That -- that video existed simply to
10:04:38  9   show what the video would look like using a compression
10:04:42 10   algorithm. But I did verify, to myself, that for a reasonable
10:04:47 11   link; and I think it was -- it's -- it was a three-minute
10:04:51 12   music video, two-minute music video. It's -- it's on the
10:04:55 13   slides, that that was a fair operation.
10:05:00 14       Q.  And you came out to a over a hundred megabytes in
10:05:03 15   storage space; is that right?
10:05:04 16       A.  I don't remember.
10:05:06 17       Q.  Okay.
10:05:06 18       A.  What I will say is that I -- I wanted to make sure
10:05:09 19   that I represented a fair presentation. So, I did check very
10:05:20 20   carefully.
10:05:20 21       Q.  Now, you're aware that DVI had demonstrated video
10:05:26 22   compression prior to that, right? I think you refer to that
10:05:32 23   in your declaration.
10:05:33 24       A.  Yeah, DVI -- I mean, other people demonstrated video
10:05:40 25   compression prior to that, too. DVI, they had a particular

Page 68

10:05:43  1   proprietary compression algorithm and -- and --
10:05:47  2       Q.  And you could store that on a computer, right, on a
10:05:50  3   disk drive?
10:05:50  4       A.  Well, I think the -- the motivation for DVI was to
10:05:53  5   put it on CDs.
10:05:55  6       Q.  And CDs had relatively low bit rates compared to hard
10:06:00  7   drives, right, bandwidth on and off the disk?
10:06:10  8       A.  Okay. Let me think. CDs have a data rate of
10:06:14  9   1.4 megabit per second. Yes, yes.
10:06:17 10       Q.  Actually, they have a bit rate of about 150
10:06:20 11   kilobytes -- okay, right, 150 kilobytes per second.
10:06:24 12       A.  Well --
10:06:24 13       Q.  1.2 --
10:06:25 14       A.  Yeah. The only reason I remember that is MPEG-1 was
10:06:29 15   designed for video on a CD. So, you have 1.4 megabits per
10:06:33 16   second coming off, and that .4 is basically all error
10:06:36 17   correction. So, that leaves you with 1.
10:06:38 18       Q.  Okay. So -- so, again, just to make the record
10:06:41 19   clear, if you could do video that would play back at a bit
10:06:48 20   rate low enough to be playable from a CD, then it would also
10:06:52 21   play back from a hard drive, right?
10:06:54 22       A.  I -- I don't know the hard drive transfer speeds off
10:06:59 23   the top of my head.
10:06:59 24       Q.  Okay. But they were -- you do know that they were
10:07:03 25   higher than CD-ROMs?

Page 69

10:07:04  1       A.  I do believe that. So, provided that you could get
10:07:06  2   the blocks off and all the file management was there, then --
10:07:12  3   and you could move around that drive fast enough, yes, I do
10:07:15  4   believe that you would be able to play a file off of a hard
10:07:19  5   drive.
10:07:21  6       Q.  So, a person of ordinary skill in the art at the
10:07:25  7   relevant time would have known of compression algorithms that
10:07:28  8   compressed video sufficiently to store it in a file on a hard
10:07:35  9   drive, right?
10:07:35 10       A.  Well, let me say that that -- DVI was proprietary,
10:07:39 11   their compression algorithm. They did not release it. And in
10:07:44 12   order, actually, to get that compression, you had to
10:07:48 13   physically send your stuff to -- I believe it was Intel or
10:07:52 14   whoever was implementing the -- the compression. And, so, I
10:07:57 15   think while one of ordinary skill may have known of the
10:08:00 16   existence of DVI, one of ordinary skill certainly didn't know
10:08:05 17   what DVI was doing.
10:08:07 18       Q.  Okay.
10:08:08 19       A.  Intel was very -- that was very important to them.
10:08:09 20       Q.  Were there any algorithms that would have been known
10:08:12 21   to a person of ordinary skill in the art that such a person
10:08:15 22   would have understood would allow you to compress video and
10:08:18 23   store it on a hard drive?
10:08:22 24       A.  Can you ask that again, please?
10:08:24 25       Q.  Yeah. Were there any algorithms that would have been