### Page 70

```
10:08:26  1   known to a person of ordinary skill at the relevant time that
10:08:30  2   that person would have understood would allow you to store
10:08:34  3   compressed video on a hard drive?
10:08:43  4       A.  You mean the whole video?  When you say "store
10:08:47  5   compressed video," you're referring to the entire file?
10:08:49  6       Q.  Well, let's say a full-motion video work, as
10:08:54  7   construed by the Court.
10:08:55  8       A.  Well, again, we have a bunch of variables here that
10:08:59  9   are -- come into play and are unknown, how long is the work,
10:09:04 10   what is the compression algorithm and how big is the disk.
10:09:08 11       Q.  Okay.  And I'm asking you to make whatever reasonable
10:09:11 12   assumptions you need there to answer the question.
10:09:13 13       A.  We also have this issue of quality in the back of our
10:09:17 14   mind, right?  Clearly we don't want to represent every frame
10:09:21 15   by a single number.  So, compression algorithms existed; and
10:09:28 16   certainly one could take video -- let's go with my
10:09:40 17   three-minute length -- or two-minute, whatever I did in the
10:09:44 18   tutorial -- and compress it.  And providing that the
10:09:49 19   compressed -- combination of the compression algorithm in the
10:09:53 20   hard disk size gave us a file that there was sufficient room
10:09:56 21   to put it on the hard disk, then certainly it could be stored
10:10:00 22   on the hard disk.
10:10:00 23       Q.  Okay.  And a person of ordinary skill would have
10:10:02 24   understood that before Mr. Lang came up with his invention,
10:10:07 25   right?
```

### Page 71

```
10:10:07  1       A.  Well, I don't think that storing a file is part of
10:10:10  2   the -- I mean, storing is certainly one of the -- the steps in
10:10:13  3   the claims, but --
10:10:14  4       Q.  I -- I'm not ask --
10:10:15  5       A.  -- any file can be stored on a disk, right?  I mean,
10:10:17  6   this is -- you know, this happens to be a file where the bits
10:10:22  7   represent compressed video.  But, you know, this is simply
10:10:25  8   storing a file on a disk.  I mean, this was known starting
10:10:28  9   whenever the first disks came out in the Fifties or Sixties.
10:10:33 10       Q.  Well, and -- and the ability to store compressed
10:10:34 11   video on a disk was known as soon as algorithms became
10:10:38 12   available that allowed you to compress it to a reasonable size
10:10:42 13   that would fit on then-available disks, right?
10:10:46 14       A.  Well, the ability to store anything on a disk goes
10:10:49 15   along with how big is the disk and how big is your thing.  So,
10:10:53 16   this is just one particular example of data.
10:10:56 17       Q.  Okay.  So, as long as it will fit on a disk, you can
10:10:59 18   store any kind of digital information on a disk, right?
10:11:02 19       A.  That's a bit broad, and I'm not sure I want to agree
10:11:04 20   to that.  But, you know, bits are bits, right?  And what do
10:11:08 21   disks do?  They store bits so --
10:11:10 22       Q.  Okay.  So, I'd like to talk a little bit now about
10:11:13 23   what computers are and what a person of ordinary skill in the
10:11:18 24   art would have understood about computers in the mid Eighties.
10:11:19 25   A person of ordinary skill in the mid Eighties would have
```

### Page 72

```
10:11:23  1   understood that typical, let's say, workstations had both disk
10:11:33  2   drives -- well, had disk drives, right?
10:11:39  3       A.  What is a typical workstation?  Can you be a little
10:11:41  4   bit more specific?  Previously you mentioned a PC.  So, I'm --
10:11:44  5   I just want to make sure we're talking about the --
10:11:47  6       Q.  Well, you said that a PC might not be what a person
10:11:49  7   of ordinary skill in the art would use to develop algorithms,
10:11:52  8   for example.
10:11:53  9       A.  Right.
10:11:54 10       Q.  So, I'm talking about the kind of computer that a --
10:11:56 11       A.  Okay.
10:11:56 12       Q.  -- person of ordinary skill --
10:11:58 13       A.  Okay.
10:11:58 14       Q.  -- would use to develop algorithms.  That would
10:12:00 15   normally have had a disk drive, right?
10:12:02 16       A.  You know, I don't actually know that it would have
10:12:03 17   normally had a disk drive.
10:12:04 18       Q.  If it didn't have a disk drive, how would it store
10:12:07 19   files?
10:12:07 20       A.  Oh, I'm sorry.  You're referring to hard disk drive.
10:12:10 21       Q.  Yes.
10:12:11 22       A.  Yes, I believe it would have had a -- a hard disk
10:12:13 23   drive.
10:12:13 24       Q.  Or it might have had a -- a Ethernet card and used a
10:12:17 25   file server, right?
```

### Page 73

```
10:12:20  1       A.  Then, I guess, we wouldn't call that a -- a -- more
10:12:24  2   likely, that workstation would be a little bit more akin to a
10:12:28  3   dumb terminal that's running off of some large compute server.
10:12:31  4       Q.  Well, certainly was commonplace to -- to use Ethernet
10:12:34  5   to network Unix workstations in the mid Eighties, right?
10:12:39  6       A.  Yes.  But given the type of development that -- that
10:12:41  7   these folks would be doing on -- even audio, still relatively
10:12:45  8   large file sizes, I don't know that they would want to be
10:12:52  9   constantly shuffling those files back and forth over the
10:12:55 10   network as they processed them.  I suspect that it would be
10:12:58 11   slow for them, and it would be maddening for anybody else on
10:13:01 12   the same network.
10:13:02 13       Q.  Well, whether you do it when you're processing them
10:13:05 14   or just to offload the disk space on to a file server
10:13:08 15   somewhere, certainly it was something that people of ordinary
10:13:11 16   skill in the art at the time would have understood as within
10:13:14 17   the range of solutions available to them for working on
10:13:19 18   compressed audio or video, right?
10:13:22 19           MR. PAYNE:  Objection, form.
10:13:22 20       A.  I sort of lost what the "it" was in that question.
10:13:26 21       Q.  (By Mr. Stephens)  Meaning transferring a file over a
10:13:28 22   network to a disk drive on another machine.
10:13:30 23       A.  There certainly were remote compute servers, yes.
10:13:34 24       Q.  I'm not asking about a compute server.  I'm asking
10:13:37 25   about a remote disk drive.
```

Page 74

10:13:42  1    A.  I don't know what the common configuration for those
10:13:45  2  systems were.
10:13:47  3    Q.  It certainly would have been known to one of ordinary
10:13:50  4  skill in the art that you could transfer a file, an audio
10:13:52  5  file, let's say, on one Unix workstation hard disk to a hard
10:13:58  6  disk residing on another machine on the same network, right?
10:14:04  7        MR. PAYNE: Objection, form.
10:14:05  8    A.  I believe that was possible.
10:14:07  9    Q.  (By Mr. Stephens) And with Ethernet, that transfer
10:14:10 10  would have happened faster than real-time, correct?
10:14:18 11    A.  Now, the Ethernet data rates were 1 to 10 megabit per
10:14:29 12  second; but Ethernet is a shared resource.  So, I think it
10:14:32 13  depends on how much other traffic there is on the network as
10:14:34 14  to whether that's a faster-than-real-time transfer or not.
10:14:37 15    Q.  Okay.  So, let's assume there's no one else using the
10:14:40 16  network at the time.
10:14:41 17    A.  I think it would be reasonable to expect that the
10:14:48 18  transmission time for the audio file would be less than the
10:15:02 19  playback time of the original file.
10:15:05 20    Q.  And a person of ordinary skill in the art would have
10:15:08 21  understood that if they were using a workstation to develop
10:15:13 22  digital audio compression methods in the mid Eighties, right?
10:15:18 23        MR. PAYNE: Objection, form.
10:15:19 24    A.  I'm not sure that's something that occurred to them.
10:15:22 25  I think if -- if a genie showed up and asked them to, "Hey,

Page 75

10:15:25  1  what is the bit rate of your audio and what is the bit rate of
10:15:27  2  your Ethernet connection," they might say, "Gee, you're
10:15:31  3  right."
10:15:31  4    Q.  (By Mr. Stephens) Well, let me ask it a little
10:15:33  5  differently.  So, if I have a file on my disk inside my Unix
10:15:38  6  workstation and I want to copy that to another disk, whether
10:15:42  7  that's on the -- my same machine or across the network to
10:15:47  8  another machine, there's no connection between that copying
10:15:53  9  time and the amount of time required to play that file back,
10:15:56 10  is there?
10:15:57 11    A.  The data transfer time is solely a function of the
10:16:00 12  available bandwidth and the file size, as we have discussed.
10:16:04 13  So, the transfer is ignorant of whatever the bits represent.
10:16:08 14    Q.  So, the --
10:16:08 15    A.  Now, let's -- let me -- I mean, there is a little bit
10:16:10 16  of a connection.  Clearly, if we have a four-hour Wagner
10:16:13 17  opera, that is going to have a larger file than a three-minute
10:16:20 18  Beetles tune.
10:16:22 19    Q.  Well, bigger files take somewhat longer to --
10:16:25 20    A.  Yes.
10:16:25 21    Q.  -- transmit?
10:16:25 22    A.  Yes.  So, I mean, I don't think we can completely
10:16:28 23  decouple the two.
10:16:30 24    Q.  Well, it's decoupled in the sense that there's -- you
10:16:32 25  can't predict the amount of time required to make the file

Page 76

10:16:35  1  copy based on the length in minutes that it would take to
10:16:39  2  listen to the performance, right, particularly for compressed?
10:16:43  3    A.  You could, you could.  As an engineer, you could
10:16:45  4  certainly upper-bound it.
10:16:46  5    Q.  I'm not asking about an upper bound.  I'm asking --
10:16:49  6    A.  No, no, no.  Yeah, but this is how engineers think,
10:16:52  7  right?  You said you could not; and actually, the -- the -- I
10:16:55  8  think the engineer would say, "Well, first off, I know what
10:16:57  9  the audio is.  I mean, I know it's four hours or three
10:16:59 10  minutes.  And if it's compressed, then I have a range of what
10:17:03 11  I expect it to be."  So, you know, back-of-the-envelope
10:17:09 12  calculations, one can actually -- and -- and similar
10:17:11 13  back-of-the-envelope calculations for available bandwidth, if
10:17:15 14  it's a shared resource or not.
10:17:16 15    Q.  Okay.  Now, if you're -- if you're copying a file
10:17:18 16  from one disk to another, you generally want that to happen
10:17:22 17  quickly, right?
10:17:25 18        MR. PAYNE: Objection, form.
10:17:26 19    A.  I -- I'm not sure that we really want anything to
10:17:29 20  happen when we copy -- I mean, I -- I just --
10:17:31 21    Q.  (By Mr. Stephens) Well, would you agree that the
10:17:33 22  history of computer technology development has been one of
10:17:38 23  ever-increasing speeds?
10:17:39 24    A.  That is certainly true.
10:17:41 25    Q.  And that applies both to I/O, to disk drives and to

Page 77

10:17:46  1  transfers between the simple processing unit in RAM?
10:17:50  2    A.  I think that internal bus speeds as well as
10:17:53  3  transistor switching speeds -- really, it's the transistor --
10:17:56  4  let me just put in a little blurb here.  This is all
10:17:59  5  electrical engineers, nothing to do with computer scientists,
10:18:03  6  in terms of increasing speed of computers.  Certainly the --
10:18:07  7  the Moore's Law and faster and faster transistors have driven
10:18:11  8  all of -- all of the speed increases that you've discussed.
10:18:14  9    Q.  Well, and it's also generally been desirable by users
10:18:18 10  of computers to make them compute faster, right?
10:18:23 11    A.  Well, users of computers and just about everything
10:18:27 12  else that we deal with in daily life.  Yeah, I think that's
10:18:30 13  the case.
10:18:31 14    Q.  And it's also been desirable to make the disk drives
10:18:35 15  transfer data faster during that period of computer
10:18:38 16  development, right?
10:18:42 17    A.  Again, I don't know what desirable is.  This is all
10:18:44 18  natural evolution of the equipment.
10:18:45 19    Q.  So, the natural evolution of computer systems has led
10:18:50 20  to ever-faster disk drives, right?
10:18:51 21    A.  To this point, yes.
10:18:55 22    Q.  And that's partly because what you can do with a
10:18:58 23  computer is limited by how fast you can move data around,
10:19:02 24  right?
10:19:04 25    A.  It depends on what you're trying to do.

### Page 78

```
10:19:05  1      Q.  As a -- as a very general principle, that's true,
10:19:08  2   right?
10:19:08  3      A.  Well, in some applications, yes.  It's the data
10:19:11  4   movement, which is the bottleneck.  In other applications, it
10:19:15  5   may well be the -- the computing.
10:19:17  6      Q.  Okay.  But in many applications and particularly in
10:19:19  7   many multimedia applications, it's how fast you can move data,
10:19:23  8   right?
10:19:24  9      A.  I think that multimedia has been also -- "hampered"
10:19:29 10   is the wrong word.  Multimedia has a lot of computational
10:19:32 11   requirements, and I think that it's -- it's not fair to say
10:19:36 12   it's solely data transfer speeds within the machine that
10:19:40 13   that -- that have -- that are the issue for multimedia.
10:19:46 14      Q.  Okay.  But it's "an" issue for multimedia, right?
10:19:47 15      A.  It is "an" issue for multimedia.  But, again, as I
10:19:51 16   mentioned, the driving data rate for MPEG was getting video
10:19:55 17   off a CD.
10:19:56 18      Q.  Okay.  And, so, once I have a multimedia file on my
10:20:00 19   hard drive and I want to copy it to another hard drive, what
10:20:04 20   determines how fast that copy occurs?
10:20:10 21      A.  Well, we have the -- the computer itself has to --
10:20:16 22   operating system has to deal with issuing commands and causing
10:20:23 23   the copy to occur at a higher level.  The disk drives have I/O
10:20:32 24   speeds, as you mentioned, which are caused by both the
10:20:37 25   fundamental physical read/write data rate off the disk as well
```

### Page 79

```
10:20:41  1   as the level of error correction and any other signal
10:20:43  2   conditioning or pre- or post-processing they have to do on the
10:20:48  3   data to get it off.
10:20:48  4      Q.  Okay.
10:20:49  5      A.  And, of course, you know, they are connected by some
10:20:50  6   type of bus.  So, we have the fundamental speed of the bus as
10:20:55  7   well.
10:20:56  8      Q.  But there's nothing in that process of copying a file
10:21:00  9   from one disk to another that restricts the transfer speed to
10:21:06 10   the time required or the speed required for playback; is that
10:21:11 11   right?
10:21:13 12          MR. PAYNE:  Objection, form.
10:21:14 13      A.  Well, the -- speed required?  Speed required for
10:21:19 14   playback?
10:21:20 15      Q.  (By Mr. Stephens)  In other words, the -- the time it
10:21:22 16   takes to transfer a multimedia file from one disk to another
10:21:27 17   on a computer in the mid Eighties was not restricted to the
10:21:30 18   amount of time required to play that file back, right?
10:21:37 19          MR. PAYNE:  Objection, form, assumes facts.
10:21:39 20      A.  I guess I don't know that.  I mean, you could
10:21:41 21   certainly imagine building a system where you did put some
10:21:45 22   type of constraint on what was going on.
10:21:49 23      Q.  (By Mr. Stephens)  I'm not -- I'm not asking about an
10:21:49 24   imaginary system.  I'm asking about a typical multimedia -- a
10:21:52 25   typical Unix workstation used by a person of ordinary skill in
```

### Page 80

```
10:21:56  1   the art.
10:21:57  2          MR. PAYNE:  Objection, form.
10:21:57  3      A.  Well, first off, I don't know that the term
10:21:59  4   "multimedia file" even existed --
10:22:02  5      Q.  (By Mr. Stephens)  Well, let's say audio file.
10:22:05  6      A.  -- in the 1988 time frame.  So, however the audio was
10:22:08  7   represented, it was simply bits.  And as far as the file
10:22:14  8   system is concerned, bits are bits and the bits will be moved
10:22:17  9   from Point A to Point B and there's no reason to expect that
10:22:20 10   the bits that happen to belong to an audio file would be
10:22:23 11   treated any better or any worse than the bits that belong to,
10:22:27 12   say, a -- a user's dissertation file.
10:22:31 13      Q.  So, the computer doesn't know how long it would take
10:22:34 14   to play that audio file back when it's moving it from one disk
10:22:38 15   to another, right?
10:22:40 16      A.  A generic, ignorant computer without prior
10:22:45 17   programming or special features, certainly it has no way to
10:22:49 18   know anything.  The -- what the computer knows about the data
10:22:51 19   is really just the file system structure and how big it is and
10:22:55 20   where it is.
10:22:55 21      Q.  So, the transfer time would not be limited to or
10:23:01 22   restricted to the amount of time required to play that file
10:23:04 23   back, right?
10:23:06 24          MR. PAYNE:  Objection, form, incomplete
10:23:08 25   hypothetical.
```

### Page 81

```
10:23:15  1      A.  Sorry, I lost my train of thought.  Can you repeat
10:23:17  2   the question?
10:23:17  3      Q.  (By Mr. Stephens)  Sure.  So, when you're copying an
10:23:20  4   audio file from one disk to another disk in a Unix workstation
10:23:24  5   in the mid Eighties, the time required to make that copy isn't
10:23:28  6   restricted to the amount of time required to play that file
10:23:31  7   back, right?
10:23:32  8          MR. PAYNE:  Objection, form.  Where -- what are
10:23:33  9   you talking about, Unix-based workstations?  That's not a
10:23:36 10   declaration --
10:23:37 11          MR. STEPHENS:  Make your objection.  Stop --
10:23:38 12          MR. PAYNE:  I'm going to instruct her not to
10:23:40 13   answer the question.
10:23:41 14          MR. STEPHENS:  You're going to -- okay.
10:23:41 15          MR. PAYNE:  It's beyond the declaration.
10:23:41 16          MR. STEPHENS:  All right.  You're going to
10:23:41 17   instruct her not to answer?
10:23:43 18          MR. PAYNE:  If you've got a specific prior
10:23:45 19   art --
10:23:45 20          THE WITNESS:  I'm sorry, could I take a break
10:23:45 21   and --
10:23:47 22          MR. STEPHENS:  No.  There's a question pending.
10:23:48 23          MR. PAYNE:  -- you've got specific prior art in
10:23:51 24   the declaration.  You're suggesting hypotheticals that assume
10:23:54 25   facts not in evidence.  And, so, I have no choice but to
```

Page 82

```
10:23:59  1    instruct her not to answer.
10:24:00  2       Q.  (By Mr. Stephens) Are you going to follow your
10:24:01  3    counsel's advice?
10:24:02  4       A.  Yes.
10:24:01  5       Q.  Okay.
10:24:02  6          THE WITNESS:  Is it okay if we take a little
10:24:04  7    break?
10:24:05  8          MR. STEPHENS:  Then we can take a break.
10:24:07  9          All right.  I'll be asking for another day of
10:24:09 10    deposition with this witness after we move to compel on this
10:24:10 11    point.
10:24:15 12          THE VIDEOGRAPHER:  Off the record at 10:24.
10:24:17 13          MR. PAYNE:  And the objection stands.
         14          (Recess taken)
10:35:26 15          THE VIDEOGRAPHER:  Beginning of Tape 3 to the
10:35:28 16    deposition of Dr. Hemami.  The time is 10:35.  We're back on
10:35:33 17    the record.
10:35:33 18       Q.  (By Mr. Stephens) Okay.  Dr. Hemami, let's see, we
10:35:37 19    were still talking about a person of ordinary skill in the art
10:35:40 20    in the mid Eighties.  Now, it would have been known to such a
10:35:44 21    person that analog-to-digital and digital-to-analog convertors
10:35:51 22    were things that were available to them, right?
10:35:56 23       A.  Yes.  The existence of A to D and D to A would have
10:35:59 24    been known.
10:36:01 25       Q.  And that's true both for audio and for video; is that
```

Page 83

```
10:36:03  1    right?
10:36:07  2       A.  Yes.  Although, the A-to-D conversion video were
10:36:13  3    substantially more specialized and difficult to get; but they
10:36:16  4    would be aware that it was possible to do that.
10:36:19  5       Q.  Okay.  And I think we've already talked about the use
10:36:29  6    of disk drives being well known at the time to store digital
10:36:35  7    data; is that right?
10:36:36  8       A.  Yes.
10:36:40  9       Q.  Now, was it known to use external storage devices
10:36:43 10    like disk drives on a SCSI interface?
10:36:54 11       A.  Storage external to a computer that contained the CPU
10:37:04 12    unit was known, yes.
10:37:12 13       Q.  And the Small Computer Systems Interface or SCSI
10:37:14 14    interface, that was also known, right?
10:37:18 15       A.  I don't know what the time was on the SCSI interface.
10:37:20 16       Q.  Would you agree that, at least with respect to
10:37:23 17    personal computers, the primary types of personal computers in
10:37:27 18    the marketplace at the time were PCs and Apple Macintoshes?
10:37:32 19       A.  I think we called them IBMs at the time.
10:37:34 20       Q.  Okay.
10:37:36 21       A.  Certainly the -- well, there were actually quite a
10:37:38 22    lot of computers.  I had several Commodore computers.  I think
10:37:44 23    that Radio Shack's Tandy brand had a fair chunk of the market.
10:37:49 24    And I think we -- we referred to IBMs and IBM clones.
10:37:53 25       Q.  Okay.  And Apple Macintoshes were available?
```

Page 84

```
10:37:58  1       A.  They were available; but they certainly did not have,
10:38:01  2    I think, really very much market base.
10:38:03  3       Q.  Okay.
10:38:04  4       A.  They were expensive.  I -- they were also, I think,
10:38:08  5    really marketed very much to academic institutions and perhaps
10:38:13  6    not so much to the general public.
10:38:15  7       Q.  So, a person who had recently graduated with a
10:38:20  8    electrical engineering degree might well have owned an Apple
10:38:25  9    Macintosh, right?
10:38:26 10       A.  No, I don't think I would say they might well have
10:38:27 11    owned.  They may have used one, depending on what institution
10:38:33 12    they went to.
10:38:33 13       Q.  Okay.  Well, they were commonly known at least,
10:38:36 14    right?
10:38:36 15       A.  Certainly after the commercial during the Super Bowl,
10:38:39 16    I think they were commonly known.
10:38:41 17       Q.  And that was the Big Brother commercial you're
10:38:44 18    referring to?
10:38:45 19       A.  Yes.
10:38:46 20       Q.  And Apple Macintoshes had SCSI ports so that you
10:38:50 21    could use an external disk drive; is that right?
10:38:53 22       A.  I do not know if that's right or not.  I do not
10:38:55 23    remember what was on the back of those units.
10:38:57 24       Q.  Okay.  Well, certainly SCSI interfaces for external
10:39:01 25    computer drives were available on many platforms, right?
```

Page 85

```
10:39:04  1       A.  I don't know that.  I don't actually know what -- I
10:39:06  2    don't remember what was sitting off the back of those units.
10:39:09  3       Q.  Okay.  Fair enough.  Amigas were another type of
10:39:13  4    computer that was available at the time; is that right?
10:39:15  5       A.  Amigas did exist, yes.
10:39:29  6       Q.  Now, for any given file representing audio, there is
10:39:36  7    some rate at which it will be transferred faster than
10:39:39  8    real-time, right?
10:39:44  9       A.  I -- this question is a little bit vague.  Perhaps
10:39:48 10    you could be more specific for the -- what's going on.
10:39:50 11       Q.  Okay.  Fair enough.  Sure.  In your -- your tutorial,
10:39:52 12    you talked about faster-than-real-time transmission being
10:39:57 13    determined by simply taking the amount of time it takes to
10:40:00 14    transmit a file and comparing that to the amount of time it
10:40:02 15    takes to play back that file and if it's -- if the time
10:40:08 16    required to transfer is less than the time required to play
10:40:11 17    back, then you've transmitted faster than real-time.  Do you
10:40:13 18    remember that?
10:40:14 19       A.  Yes.  That's -- that's an accurate representation of
10:40:16 20    what I said in my tutorial.
10:40:18 21       Q.  Okay.  So, for any given file, there's some
10:40:20 22    transmission rate at which it will be transmitted faster than
10:40:24 23    real-time, correct?
10:40:25 24       A.  According to how I explained it, yes, that's correct.
10:40:32 25       Q.  And there's generally going to be at least an average
```

Page 86

```
10:40:35  1   bit rate associated with playback for a given file. I think
10:40:38  2   that was also something else you explained; is that right?
10:40:41  3       A. Well, we can compute an average bit rate for any
10:40:46  4   digital file that is played back by simply taking the number
10:40:49  5   of bits in a file and dividing it by the length. Now, that
10:40:53  6   may or may not be representative of any particular instant bit
10:40:55  7   rate.
10:40:55  8       Q. Okay. But you can take that average bit rate and so
10:40:59  9   long as the average transmission rate over the whole
10:41:02 10   transmission period is higher than that average bit rate for
10:41:05 11   playback, then, again, the transmission will be faster than
10:41:09 12   real-time, right?
10:41:11 13       A. Well, this goes back to the same equation that we
10:41:14 14   dealt with before. If we take the average rate of the audio
10:41:17 15   file and simply multiply it by the length of the file, we then
10:41:20 16   have our bits and we can, again, then do a computation.
10:41:24 17       Q. So, these are just simple mathematical manipulations
10:41:25 18   of the same underlying numbers, right?
10:41:29 19       A. Yes.
10:41:39 20       Q. So, you would agree that you can take a given file
10:41:44 21   and readily determine whether a given transmission channel, if
10:41:48 22   you know the bit rate for that transmission channel, will be
10:41:53 23   transmitted over that transmission channel faster than
10:41:56 24   real-time, right?
10:41:57 25       A. Well, here you -- you've referred to a file. So, if
```

Page 87

```
10:42:01  1   that file represents some type of information with a temporal
10:42:07  2   duration, then we can certainly compare what we know about
10:42:13  3   that file with the transmission bandwidth.
10:42:16  4       Q. So, for example, if you know the average bit rate for
10:42:20  5   a DVI compressed file is less than 150 kilobytes per second
10:42:27  6   because it can be played back from a CD-ROM, then you would
10:42:30  7   know that if you store it to a hard disk over a -- a I/O
10:42:37  8   channel that will allow you to write to that hard disk, say,
10:42:41  9   at a megabyte per second, that it will be transferred to that
10:42:45 10   hard disk faster than real-time, right?
10:42:48 11       A. Well, these are numerical comparisons; but, you know,
10:42:51 12   the DVI system was not a system to install data on a hard
10:43:00 13   drive. It was a system that was designed to produce
10:43:04 14   multimedia products in the CD-ROMs. It was very explicit
10:43:09 15   about being for training, teaching or sales. And that was a
10:43:13 16   CD-ROM product.
10:43:14 17       Q. Let me just stop you for a moment. DVI was designed
10:43:19 18   to output compressed digital video, correct?
10:43:24 19       A. No --
10:43:25 20           MR. PAYNE: Objection, form.
10:43:26 21       A. -- I don't think that's what DVI was designed to do
10:43:29 22   at all. DVI was a system that was envisioned to allow -- to
10:43:33 23   put -- for example, an example that is given in a tutorial
10:43:40 24   textbook on DVI is to put that book on a CD-ROM. So, to
10:43:50 25   today -- what we might call a multimedia presentation of the
```

Page 88

```
10:43:53  1   book. So, it would contain the text. It might contain some
10:43:59  2   images. It might contain some audio. That was the goal of
10:44:03  3   DVI, was to produce these multimedia products. The goal of
10:44:07  4   DVI was not to produce compressed video.
10:44:10  5       Q. (By Mr. Stephens) Are you confusing DVI with CDI?
10:44:13  6       A. No, I'm not.
10:44:14  7       Q. Okay. So, you're not aware that DVI was done at
10:44:19  8   Sarnoff Laboratories specifically in order to compress motion
10:44:22  9   video so that it could be played back from a CD-ROM? You're
10:44:26 10   not aware of that?
10:44:26 11       A. Well, I think, perhaps, here, then, what I should ask
10:44:29 12   is: When you say "DVI," if you could clarify what you mean by
10:44:33 13   "DVI." Now, what I'm referring to is the DVI system that was
10:44:38 14   marketed by Intel and seen as a hardware and software solution
10:44:47 15   to putting multimedia on personal computers.
10:44:50 16       Q. Have you read about the demonstration that -- that
10:44:54 17   was done by the people who developed DVI at Sarnoff to play
10:44:59 18   back motion video from a CD-ROM in 1987?
10:45:02 19       A. I may have, but I do not recall.
10:45:04 20       Q. Okay. Are you aware of whether or not DVI was
10:45:10 21   capable of outputting compressed digital video that could be
10:45:16 22   played back from a CD-ROM?
10:45:18 23       A. The video compression in DVI that was part of -- let
10:45:22 24   me say, the video compression that was performed off site --
10:45:26 25   this is not something that a home computer user could do -- if
```

Page 89

```
10:45:31  1   a content creator sent the content to a central location,
10:45:40  2   which I believe was Intel, they would get it back on CD in a
10:45:47  3   form that they could then incorporate into their product which
10:45:51  4   was designed to be played back off the CD. So, just to back
10:45:54  5   up just to how we got on the CD thing in the first place, this
10:45:58  6   idea of copying these files from the CD to a hard drive was
10:46:02  7   not something that was envisioned in the scope of DVI. It was
10:46:06  8   not something that DVI, as the entire system with the software
10:46:10  9   and the hardware, taught or even suggested that would be done.
10:46:13 10       Q. I'm not -- I'm not asking about that for the moment.
10:46:16 11   I'm simply asking about whether or not what you got back from
10:46:18 12   Intel when you sent them a video and they sent you back a
10:46:24 13   CD-ROM with compressed video on it was capable of being played
10:46:28 14   back from a CD-ROM?
10:46:29 15       A. My understanding is that it was.
10:46:30 16       Q. Okay. So, it had a bit rate for playback of 150
10:46:38 17   kilobytes per second or less, correct?
10:46:39 18       A. Yes.
10:46:40 19       Q. And, so, if you were able to copy that digital video
10:46:45 20   content from the CD-ROM to a hard drive at a speed of
10:46:48 21   1 megabyte per second, that transfer would happen faster than
10:46:53 22   real-time, correct?
10:46:53 23       A. Well, I could also put the CD in my car and drive a
10:46:59 24   city block and as long as me driving the city block was less
10:47:03 25   time than playing back the video, this transfer also occurred
```

### Page 90

```
10:47:06  1   faster than real-time.  But this is not something that was
10:47:10  2   envisioned or taught or even considered in the DVI system.  It
10:47:14  3   simply was outside of the scope of what was appropriate in
10:47:16  4   terms of operation.
10:47:18  5       Q.  I'm not asking -- I'm not asking about whether it was
10:47:20  6   taught or suggested or anything like that.  I'm just asking
10:47:23  7   about what would happen.  If you were able to copy the video
10:47:26  8   from the CD-ROM to a hard drive at a speed of 1 megabyte per
10:47:30  9   second, would that copy happen faster than real-time?
10:47:40 10       A.  1 megabyte per second is 8 megabits per second.  So,
10:47:43 11   from a file transfer perspective, the time for the file to
10:47:47 12   move, simply crunching the numbers would be less time than
10:47:52 13   that file took to play back.  But, again, this is not within
10:47:55 14   the scope or what was envisioned at all for DVI.
10:47:58 15       Q.  Do you know what format the CD-ROMs that Intel sent
10:48:03 16   back to its customers used?
10:48:07 17       A.  I'm not sure what you mean by "format."
10:48:08 18       Q.  For example, ISO 9600 or something like that?
10:48:11 19       A.  No, I don't know.
10:48:13 20       Q.  Okay.  So, you don't know whether or not what you got
10:48:14 21   back as a CD-ROM was formatted as a file system that could be
10:48:19 22   mounted and the contents copied to a hard drive; is that
10:48:22 23   right?
10:48:23 24       A.  I do not know.
10:48:23 25       Q.  Okay.  If it was, if it was a mountable CD-ROM that
```

### Page 91

```
10:48:27  1   could be mounted like a normal file system, then you could
10:48:29  2   copy the video content like any other file, correct?
10:48:35  3       A.  That's just not something that is even in the realm
10:48:37  4   of DVI so --
10:48:39  5       Q.  I'm not asking about whether it was taught.  I'm
10:48:41  6   asking about whether it -- that is something that would have
10:48:43  7   been possible.  If you could mount the CD-ROM as an ordinary
10:48:47  8   file system like a normal CD-ROM, then one of ordinary skill
10:48:51  9   would be able to copy it to a hard drive, right?
10:48:55 10       A.  I don't -- I don't know what the format was.  So,
10:48:57 11   I -- I don't know if that was possible or not.
10:49:00 12       Q.  Okay.
10:49:01 13       A.  Now, again, you know, they were very uptight about
10:49:03 14   their proprietary compression algorithm.  The point of that --
10:49:10 15   the point of the off-site compression, they even built
10:49:13 16   something into the PC system, which was essentially crummy
10:49:16 17   compression for developers, so they could develop their
10:49:21 18   multimedia product without having to constantly send stuff off
10:49:25 19   and pay for it getting compressed and getting it back such
10:49:25 20   that sort of at the end when they were satisfied with exactly
10:49:28 21   how their system was going to work, they would ship the -- the
10:49:31 22   video that they wanted in their final product off to Intel or
10:49:34 23   whoever the compression house was, if I'm incorrect about
10:49:38 24   Intel, get the compressed stuff back.  Now, that was for the
10:49:40 25   final product, which would then be manufactured.  So, in fact,
```

### Page 92

```
10:49:44  1   I -- I don't know that it would come back in -- in a normal
10:49:46  2   file system format.  I mean, this was for the final
10:49:49  3   production.  These CDs would be burned or stamped or whatever
10:49:53  4   the term is and then distributed or sold.
10:49:56  5       Q.  You just don't know one way or another, though, what
10:49:58  6   the format was, right?
10:49:59  7       A.  I don't.
10:50:00  8       Q.  In a normal CD-ROM format, a typical CD-ROM format
10:50:02  9   would be mountable as a typical file system, right?
10:50:07 10       A.  Again, what's a normal CD-ROM format?
10:50:09 11       Q.  For example, ISO 9600.
10:50:12 12       A.  So, when I stick a CD in a computer, it can be
10:50:14 13   mounted as a file system.  Whether that was the case at that
10:50:18 14   time, with respect to ordinary file system activities, I don't
10:50:20 15   know.
10:50:20 16       Q.  A typical CD, in your experience -- excuse me, a
10:50:24 17   typical CD-ROM as opposed to an audio CD, when you put it into
10:50:28 18   your computer, it's automatically mounted as a file system,
10:50:31 19   right?
10:50:31 20       A.  Not my computers but maybe an ordinary computer, yes.
10:50:33 21       Q.  Do you use a Unix machine?
10:50:35 22       A.  I do.
10:50:36 23       Q.  And it's --
10:50:36 24       A.  Actually, I use three Unix machines that look just
10:50:39 25   like yours.
```

### Page 93

```
10:50:39  1       Q.  Okay.  And you can type "mount" and maybe dash "T ISO
10:50:43  2   9600" and mount it --
10:50:45  3       A.  And mount the system.
10:50:46  4       Q.  -- as an ordinary file system, right?
10:50:48  5       A.  Yes.
10:50:49  6       Q.  Okay.  Oh, incidentally, do you know what UUCP stands
10:50:52  7   for?
10:50:52  8       A.  Yes.  It's Unix to Unix copy protocol.
10:50:57  9       Q.  Okay.  What did Mr. Lang invent?
10:51:12 10       A.  What did Mr. Lang invent?
10:51:15 11       Q.  Yeah, what's his invention?
10:51:17 12       A.  Well, Mr. Lang -- I think this is probably best
10:51:23 13   described and certainly more eloquently than what I'm going to
10:51:27 14   say here in the -- what I think is the very last section of my
10:51:30 15   claim construction report prior to the -- very close to the
10:51:37 16   end of the -- prior to the -- the arguments about the
10:51:39 17   constructions, in that based on an understanding that
10:51:48 18   compression technology and communication technology -- let me
10:51:58 19   just state something here.  Let's remove "the based on"
10:52:01 20   effect.  Compression technology and communication technology
10:52:04 21   to that point for audio and video information had been used to
10:52:11 22   essentially provide digital broadcasting.  And when I say
10:52:17 23   "digital broadcasting," I'm using "broadcasting" in the sense
10:52:20 24   of real-time delivery.  What Mr. Lang understood that was
10:52:32 25   unique was that the combination of having digital information
```

Page 94

and high-speed communication actually allowed one to move beyond the realm of simple real-time delivery to actually what I think we would call today a fast download, that it was possible to decouple, to some extent, as we've been discussing, the transfer time of the information from the playback time of the information.

So, then, Mr. Lang invented -- I hate using legal terms -- an apparatus and a method to -- that essentially provided the capability to do this. Now, of course, there's also a lot of other stuff in there. Editing of this information is one thing that comes to mind, other things which are facilitated, the -- the retransmission of the compressed information.

Q. Okay. But putting the other things to one side for the moment, you would say his invention was -- the recognition that the combination of digital compression and fast transmission allowed you to decouple the transfer playback -- transfer and playback time of an audio or video media file by sending it faster than real-time; is that right?

MR. PAYNE: Objection, form.

Q. (By Mr. Stephens) Did I miss something?

A. Yes. And let me add to that that while -- all of this is being done in the context of units to whom this information is meaningful. Now, what I mean by that is the VCR-ET that is described in the specification has -- in the

Page 95

'995, has the hardware in it in order to not simply receive those bits and transmit them away faster than real-time but also to decompress and make available for, at the very least, viewing or -- viewing in a broad sense, viewing or listening -- by a user and, of course, also -- also editing. But as this -- this device -- these bits have meaning to the device. It's not simply a -- let's contrast it with a satellite relay which can certainly receive the compressed -- if -- if one is transmitting through a satellite, can certainly receive the bits faster than real-time and transmit them away and store them for some amount of time possibly, if we had a special satellite, and then transmit them away; but that satellite has no capability -- those bits are meaningless to that satellite. The bits may as well be, you know, some T1 line that is being routed through the -- through the satellite system or, you know, some large corporation that is leasing -- leasing their own satellite link for high-speed data transmission between two points. Satellite doesn't care what the bits are. Mr. Lang's invention, the bits are meaningful. They're not simply files which may or may not represent any particular type of information.

Q. Let me just -- I just want to make sure I've got your understanding correctly. So, what Mr. Lang invented was the combination of digital compression and fast transmission that allowed you to decouple the transfer and playback time so that

Page 96

you could send an audio or video file faster than real-time; is that right?

MR. PAYNE: Objection, form.

A. I think that's accurate. The realization that one was no longer stuck with real-time delivery.

Q. (By Mr. Stephens) Okay.

A. And I think that was really the -- you know, that -- that was something that, I think, the community really did not foresee, audio and video information had been broadcast, "broadcast" meaning we got it over our television sets or over our radios and, you know, 6:00 news was at 6:00 and that's the way it was and it was this concept that -- that just because you went to digital, you actually could move away from this real-time transmission that I think is -- is an important feature.

Q. Okay. Now, you said something interesting a moment ago. You said you can also transfer a video in your car faster than real-time, right?

A. Ah, yes.

Q. So, you can take the tangible copy of a movie and walk out the door of a video store and get home in less than two hours, typically, right?

A. Not given my experience with Houston traffic but certainly in Ithaca, yes, that is a possibility. Yeah, so, if we go by -- again, going back to my tutorial with the little

Page 97

stopwatch, if you clock the time it takes you to walk or drive home from the video store and that comes in under the time that is printed on the disk in terms of the viewing time, then certainly you have moved that disk in less time than it takes to watch it.

Q. Okay. Otherwise, it would always take you 90 minutes to get home with a 90-minute movie, right?

A. Some people are like that anyway, yes.

Q. What I'm getting at is that the very fact of making a tangible copy of a temporal media product decouples the time required to transfer it from the amount of time required to view it, correct?

A. I -- I think I -- with all the Ts at the beginning, I didn't quite follow you there.

Q. Okay. Would you agree that the simple fact of making a tangible embodiment of a -- of a video --

A. Having a physical copy of it.

Q. -- having a physical copy of that, decouples the time it takes to transfer it from the time it takes to watch it?

A. Well, in a hypothetical situation, yes. With respect to what we're speaking about here in these patents, I don't think that physical transfer -- I would include as anything that -- that falls into faster than real-time.

Q. I understand you're not saying that its transmission is required by this patent. I'm just simply asking, not --

Page 98

```
10:59:33  1   not as a hypothetical matter but as a very practical, real
10:59:36  2   matter, having a physical copy of a video on a tape decouples
10:59:39  3   the amount of time required to transfer it from one place to
10:59:45  4   another place from the amount of time required to watch it,
10:59:48  5   right?
10:59:51  6       A.  Well, you know, I -- I have to say that this -- this
10:59:56  7   concept is -- is actually in a textbook that I had referred to
11:00:00  8   earlier which starts off by saying: "You should never
11:00:02  9   underestimate the bandwidth of a station wagon driving down
11:00:07 10   the freeway that's filled with magnetic tapes in the back."
11:00:11 11   And, you know, I think that this, again, this simply goes back
11:00:13 12   to this concept of the communication link as an abstract
11:00:16 13   entity.  Again, I want to make completely clear I do not think
11:00:21 14   that physical transfer has any relationship whatsoever with
11:00:24 15   this particular group of -- of patents.  But a communication
11:00:27 16   link is bits per second and to get from -- from Point A to
11:00:32 17   Point B.
11:00:33 18       Q.  What's the name of that textbook?
11:00:37 19       A.  That's the Sklar -- I can't tell you what the name
11:00:40 20   is, but the author is S-k-l-a-r.
11:00:43 21       Q.  And that's cited in one of your reports?
11:00:45 22       A.  It's in the claim construction report, yeah.
11:00:47 23       Q.  Okay.  So, that was something that people of skill in
11:00:50 24   the art understood, actually, that physical transfer of tapes
11:00:53 25   is one way to have a high bandwidth transmission, correct?
```

Page 99

```
11:00:58  1       A.  Oh, I don't think that they would consider it a high
11:01:01  2   bandwidth transmission.  I think it's a matter of engineering
11:01:03  3   efficiency.  It's -- you know, what -- what is simply the
11:01:09  4   appropriate solution for what needs to happen?  If somebody
11:01:11  5   has, you know, in the magnetic -- in the magnetic tape
11:01:16  6   example, you know, if you have to get all the information from
11:01:19  7   Point A to Point B, never mind the communication link.
11:01:21  8   Somebody has to physically insert all those tapes and take
11:01:24  9   them out.  So, whereas you may have no issues with the actual
11:01:30 10   physical propagation media, be it -- be it the RF or physical,
11:01:34 11   you may have plenty of bandwidth.  You just don't have
11:01:38 12   somebody who's willing to sit there all day and exchange the
11:01:40 13   tapes.  So, you know, there are many factors which go into how
11:01:45 14   do we try to get information from Point A to Point B.
11:01:50 15       Q.  Okay.  But you'd also agree that the simple fact of
11:01:52 16   having a physical copy of a video on your hard drive decouples
11:01:57 17   the amount of time required to transfer that video to another
11:02:03 18   hard drive, electronically, from the time required to view it,
11:02:08 19   right?
11:02:11 20       A.  I'm not sure there's anything that has to be
11:02:13 21   decoupled.  I mean, you know, files are files; and whatever
11:02:19 22   you do with them is a function of the application and the file
11:02:24 23   and what you happen to be doing with your -- your computer at
11:02:27 24   the time.  So, you know, I'm not even sure there's a
11:02:31 25   relationship here that was coupled that was then decoupled.
```

Page 100

```
11:02:33  1       Q.  Okay.  So, when you're making a copy as opposed to
11:02:37  2   broadcasting for somebody to view it, there really is no
11:02:40  3   coupling of the amount of time required to make a copy to the
11:02:43  4   amount of time required to view, right?
11:02:44  5       A.  Well, make a copy how?
11:02:47  6       Q.  Digitally from one hard drive to another.
11:02:52  7       A.  Well, again, we have discussed transfer rates of
11:03:00  8   drives and that these are independent of what is stored on the
11:03:05  9   drive.  So, from that perspective, moving a file from Point A
11:03:08 10   to Point B is -- is irrelevant as to what the file is.  Now,
11:03:13 11   again, you know, let me go back to emphasize with respect to
11:03:17 12   this invention that, you know, I think an important feature is
11:03:20 13   that these units that are receiving and transmitting away in
11:03:25 14   the -- the Lang patents, the data has meaning to them and, in
11:03:33 15   other words, these -- these units, the data could be played on
11:03:36 16   them.  A simple -- were -- were a compressed audio file
11:03:43 17   randomly sitting on some hard drive moved to some other random
11:03:52 18   hard drive, those bits have no special meaning to the hard
11:03:57 19   drive.  Maybe this goes back to the decoupling.  They're just
11:04:02 20   bits.
11:04:02 21       Q.  Okay.  But that's not in the claims anywhere, right?
11:04:05 22       A.  What's not in the claims?
11:04:07 23       Q.  There's nothing in the claims that say that -- that
11:04:08 24   bits have to have meaning to the devices; is that right?
11:04:12 25       A.  That statement does not appear in the claims, but I
```

Page 101

```
11:04:14  1   read the specification as a whole and I interpret the claims
11:04:18  2   in light of what I read in the specification.  I mean, this is
11:04:21  3   a packaged deal.
11:04:21  4       Q.  Okay.  So, what is it?  What specific language in the
11:04:23  5   claims do you have in mind that means that bits have to have
11:04:26  6   meaning to the device?
11:04:28  7       A.  I don't have any specific language in mind.
11:04:29  8   Although, I have to say I could go back and look at them.  But
11:04:33  9   in terms of reading the specification, the claims go with the
11:04:37 10   specification, I'm considering this as a whole.
11:04:39 11       Q.  All right.  Well, considering it as a whole, is it
11:04:40 12   your opinion that the claims require that the device that
11:04:43 13   practices the claims has to be capable of playing back the
11:04:48 14   audio/video source information?
11:04:51 15       A.  I think that that is certainly a feature that is
11:04:53 16   implied.  Now, whether it becomes a rigid requirement or not,
11:04:56 17   I don't know.  I mean, I have a sense that moving data between
11:05:00 18   two hard drives that just happen to be sitting somewhere is
11:05:05 19   not in the spirit of the claims.
11:05:08 20       Q.  Well, if -- if we talk about the workstation that we
11:05:13 21   were talking about before that you mentioned that a person of
11:05:15 22   ordinary skill in the art might use to debug an algorithm or
11:05:20 23   verify that it worked, that would be able, typically, to
11:05:22 24   decode the audio file we're talking about, right?
11:05:31 25       A.  So -- no, actually, I don't know that any arbitrary
```

Page 102

```
11:05:34  1    workstation would be able to decode an audio file.
11:05:37  2        Q. My question is not about an arbitrary work station.
11:05:39  3    My question is about the work station that the person of
11:05:40  4    ordinary skill in the art is using to verify a particular
11:05:43  5    algorithm.
11:05:44  6        A. I don't know what that workstation is, though. I
11:05:45  7    don't know what's on it. I don't know what they're using.
11:05:48  8    I -- I don't know.
11:05:48  9        Q. Okay. Now, the decoupling that we were talking about
11:06:26 10    with respect to making copies -- actually, let me ask a
11:06:30 11    different question. Have you ever listened to music on
11:06:33 12    cassettes?
11:06:33 13        A. Yes.
11:06:33 14        Q. Do you know how cassettes are manufactured,
11:06:37 15    prerecorded cassettes?
11:06:39 16        A. No.
11:06:40 17        Q. Would it surprise you to learn that they are made by
11:06:42 18    high-speed tape duplicators?
11:06:46 19        A. No.
11:06:47 20        Q. So, that's another example of where -- if what you're
11:06:50 21    doing is copying a medium or copying an audio representation
11:06:55 22    from one medium to another, that you can decouple it from the
11:07:00 23    amount of time required to listen to it, right?
11:07:03 24            MR. PAYNE: Objection, form.
11:07:04 25        A. Again, I'm not sure what the decoupling is.
```

Page 103

```
11:07:08  1        Q. (By Mr. Stephens) Well, it's the decoupling --
11:07:10  2        A. Certainly, if you do a high-speed recording, meaning
11:07:14  3    were one to listen to what was being played as the tape spun
11:07:20  4    about, it would come out sounding like the Chipmunks.
11:07:24  5        Q. That's not what I'm asking about.
11:07:26  6        A. But that's certainly not the speed at which the
11:07:29  7    recording is intended to be listened to.
11:07:31  8        Q. Okay. So, here --
11:07:31  9        A. So, those two things are certainly unequal. Again,
11:07:34 10    decouple is -- is -- I'm not quite sure what that means.
11:07:38 11        Q. Well, it was a phrase you used just a few minutes
11:07:41 12    ago.
11:07:42 13        A. Yes. But in this context, you know, obviously a
11:07:43 14    longer tape is still going to take longer to copy than a
11:07:50 15    shorter tape. I mean, there is still going to be some
11:07:55 16    relationship there.
11:07:55 17        Q. That's the same as a longer file taking longer to
11:07:58 18    copy than a shorter file, right?
11:08:00 19        A. Yes.
11:08:00 20        Q. That has nothing to do with what's in the file, just
11:08:04 21    how big it is, right?
11:08:06 22        A. Yes.
11:08:07 23        Q. Okay. So, I guess what I'm getting at is that as
11:08:10 24    long as you're making a copy and you're not listening to it as
11:08:13 25    you're making the copy, there's really no necessary connection
```

Page 104

```
11:08:16  1    between how long it would take to make the copy and the time
11:08:19  2    required to listen, right?
11:08:22  3        A. That's very much a function of the copying -- the
11:08:24  4    recording technology and the copying technology. So, I mean,
11:08:27  5    I think it's a blanket statement. I don't think that's
11:08:30  6    necessarily true. Certainly in several of the examples we've
11:08:33  7    discussed, it is.
11:08:34  8        Q. Okay. Well, and as a general matter, if your goal is
11:08:38  9    to make a lot of copies, you want to do it faster, wouldn't
11:08:39 10    you agree with that?
11:08:42 11        A. I don't know. I've not actually been in a position
11:08:44 12    where I've had to make a lot of copies of -- of many things.
11:08:48 13    And actually, I could see a situation where the most important
11:08:52 14    thing might be the -- the fidelity of the copies, the quality
11:08:57 15    of what was done so that speed may be one factor; but it
11:09:01 16    certainly would not necessarily, I think, be the only one.
11:09:04 17        Q. Okay. There's always trade-offs in engineering,
11:09:06 18    right, almost always?
11:09:08 19        A. Yes.
11:09:08 20        Q. Okay.
11:09:09 21        A. If -- if they're not tradeoffs, then we have a bad
11:09:12 22    design.
11:09:12 23        Q. But in mass production, it's typical to want to
11:09:16 24    produce things quickly, right?
11:09:18 25        A. I think a good capitalist would agree with you, yes.
```

Page 105

```
11:09:22  1        Q. Okay. So, if your goal is to make a lot of cassettes
11:09:26  2    to distribute music, chances are you want to be able to copy
11:09:29  3    tapes faster than real-time to do that, right?
11:09:32  4        A. You know, I --
11:09:35  5            MR. PAYNE: Objection, form.
11:09:35  6        A. -- I'm not a recording house. So, I -- I -- I really
11:09:37  7    don't want to speculate on what they're trying to do or what
11:09:41  8    they're not trying to do when they're trying to make lots of
11:09:43  9    copies or not. You know, we -- we certainly see a plethora of
11:09:46 10    copies and all kinds of things that come out of China and --
11:09:49 11    and I have no idea how these things are put together, but they
11:09:52 12    certainly keep coming and are apparently being purchased.
11:09:56 13        Q. (By Mr. Stephens) Well, would a person of skill in
11:09:58 14    the art have understood that you could make copies faster than
11:10:02 15    real-time of audio?
11:10:05 16        A. What is "make copies" now? First we were talking
11:10:08 17    about -- I mean, we just talked about, I guess, mass
11:10:11 18    production. So, what -- what do you mean by making a copy,
11:10:14 19    now?
11:10:14 20        Q. Take one audio recording of any kind and then produce
11:10:19 21    an identical or nearly identical copy of it.
11:10:26 22        A. I guess I -- I don't even know -- you know, the
11:10:28 23    person of ordinary skill that I've described is not a
11:10:31 24    manufacturing engineer. This person is a -- a technical
11:10:35 25    person who can develop and understand algorithms.
```

### Page 106

```
11:10:40  1    Q.  What --
11:10:40  2    A.  So, you know, to just -- "copy" is a -- is a term
11:10:44  3  that is very broad at the very least.
11:10:48  4    Q.  Okay.  Well, let me ask you a different question,
11:10:50  5  then.  Would a person of skill in the art have understood tape
11:10:55  6  duplication?
11:11:01  7    A.  "Tape duplication" meaning mass production or what --
11:11:05  8    Q.  Meaning take a copy -- take a tape and make a copy of
11:11:08  9  it.
11:11:10 10    A.  Well, I -- I think that we certainly had dual-deck
11:11:15 11  tape drives at the time.  So, I don't even think one of skill
11:11:17 12  in the art would -- I mean, this was something that was known,
11:11:21 13  I think, in general, consumer electronics, in 1988.
11:11:24 14    Q.  And, in fact, high-speed cassette duplicators were
11:11:29 15  known in the art at the time, right?
11:11:31 16    A.  I don't know that.
11:11:32 17    Q.  Okay.  You just don't know one way or the other?
11:11:33 18    A.  I'm not familiar with high-speed cassette
11:11:35 19  duplicators.
11:11:37 20    Q.  Okay.  In fact, the problem Mr. Lang was trying to
11:11:40 21  solve, as set out in the '995 patent, was how to duplicate
11:11:45 22  video cassettes, right --
11:11:46 23    A.  Yes.
11:11:46 24    Q.  -- one of the problems?
11:11:46 25    A.  Yes.
```

### Page 107

```
11:11:46  1    Q.  So, presumably, a person of ordinary skill in the art
11:11:48  2  directing themselves to the same problem that Mr. Lang was
11:11:51  3  attempting to solve would have had some familiarity with the
11:11:55  4  process of making copies of tapes, correct?
11:11:57  5    A.  A person of skill in the art who was directed to
11:12:00  6  making copies of tapes certainly would be aware that this was
11:12:03  7  a problem.
11:12:04  8    Q.  Okay.  Do you think that a person of skill in the art
11:12:06  9  who was attempting to solve the same problem that Mr. Lang was
11:12:09 10  trying to solve would have known about how cassettes were
11:12:13 11  duplicated at the time for mass markets?
11:12:21 12    A.  Well, okay.  Again, let's clarify what we mean by
11:12:24 13  "skill in the art" here.  I looked at this from the standpoint
11:12:27 14  of designing a system that was put in place.  Now, one problem
11:12:32 15  that was in there was this cassette duplication.  Certainly
11:12:43 16  people who were looking into cassette duplication, I think,
11:12:46 17  yeah, are going to be aware that this was a -- this is a
11:12:48 18  problem that they want to solve.
11:12:51 19    Q.  So, a person looking into tape duplication would
11:12:56 20  likely have been aware that you could duplicate tapes faster
11:12:59 21  than real-time, right?
11:13:01 22         MR. PAYNE:  Objection, form.
11:13:02 23    A.  I just -- I don't know any such person.  So, I just
11:13:04 24  don't know what the world of -- of tape duplication involved
11:13:08 25  at the time.  It's something I'm just not familiar with.
```

### Page 108

```
11:13:11  1    Q.  (By Mr. Stephens) Okay.  Have you looked at any of
11:13:13  2  the tape duplication art in this case?
11:13:16  3    A.  I have looked at everything that was in the file
11:13:22  4  histories.  Now, I may not have a memory of looking at it; but
11:13:26  5  I looked at it.  So, if there was tape duplication material in
11:13:29  6  those file histories, then I read that.
11:13:32  7    Q.  Okay.  But you don't know what the state of the art
11:13:39  8  was with respect to tape duplication at the time that
11:13:42  9  invention of the '995 patent was conceived; is that right?
11:13:47 10    A.  That's right.  Beyond what is actually in the '995
11:13:49 11  patent and whatever I read in the -- if there is anything in
11:13:53 12  the -- in the file histories, I don't know.
11:13:55 13    Q.  Okay.  So, you just can't say whether a person of
11:13:58 14  ordinary skill in the art would have known that making copies
11:14:02 15  faster than real-time was normal in the tape duplication art,
11:14:05 16  right?
11:14:06 17    A.  That's correct.  I don't.  I don't know.
11:14:08 18    Q.  Okay.  Now, you said earlier that Mr. Lang's
11:14:33 19  invention was a combination of digital compression and fast
11:14:37 20  transmission that allowed you to move an audio or video file
11:14:43 21  faster than real-time.
11:14:44 22    A.  I said maybe the realization that that combination
11:14:48 23  allowed you to do that.
11:14:48 24    Q.  Okay.  Mr. Lang was not the first person to have that
11:14:49 25  realization, right?
```

### Page 109

```
11:14:53  1    A.  No, I think he was.
11:14:57  2    Q.  Now, Walter -- you're familiar with the Walter
11:15:00  3  patent, right?
11:15:01  4    A.  Yes.
11:15:01  5    Q.  You've expressed opinions about it in connection with
11:15:03  6  the summary judgment proceedings, right?
11:15:05  7    A.  Yes.
11:15:07  8    Q.  Walter explicitly describes using digital compression
11:15:12  9  and fast transmission to send a compressed digital video file
11:15:18 10  faster than real-time, correct?
11:15:20 11    A.  Walter does send the file -- a file that has been
11:15:27 12  compressed faster than real-time.  Walter is missing key
11:15:35 13  elements that we see in the -- the Burst claims.
11:15:40 14    Q.  Okay.
11:15:41 15    A.  But I do agree, Walter certainly talks about sending
11:15:45 16  a two-hour movie in 31 seconds.
11:15:47 17    Q.  So, with respect to the realization that you could
11:15:48 18  use compression and fast transmission to send an audio/video
11:15:54 19  work faster than real-time, that is spelled out very clearly
11:15:58 20  in Walter, correct?
11:16:01 21    A.  No, I -- I disagree with that.  And I disagree with
11:16:04 22  that because the Lang patents specifically describe how the
11:16:11 23  compression might be done and provide for actually doing it.
11:16:17 24  We have the compressor, decompressor.  We have a system
11:16:21 25  diagram that is given that actually performs this.  Walter
```

Page 110

```
11:16:27  1   tells us that his video files are compressed, but he -- I
11:16:39  2   should say his system does not actually perform that
11:16:44  3   compression.
11:16:44  4        Q.  Okay.  But his -- his patent tells you how to do it,
11:16:50  5   right?
11:16:51  6        A.  Tells you how to do it?  Can you be more specific?
11:16:53  7   To do --
11:16:53  8        Q.  Well, it describes to compress video.  It describes
11:16:57  9   inter-frame differential, pulse code, compression, correct?
11:17:03 10        A.  Walter does mention that, yes.
11:17:04 11        Q.  Now, is that description enough to enable a person of
11:17:08 12   ordinary skill to figure out how to do the kind of compression
11:17:13 13   that's described?
11:17:14 14        A.  I think that that is certainly a sufficient
11:17:17 15   description of the algorithm, but Walter teaches us that he or
11:17:23 16   his system is not actually performing the compression.
11:17:27 17        Q.  Well, that's not true, is it?  In fact, it uses files
11:17:30 18   that he specifically says are compressed in that form.  So,
11:17:33 19   therefore, he teaches you that you need to compress them in
11:17:36 20   that form, correct?
11:17:40 21            MR. PAYNE:  Objection, form.
11:17:42 22        A.  Actually, could I see the Walter patent?
11:17:44 23        Q.  (By Mr. Stephens) Yeah.
11:17:45 24        A.  And, also, if I could just have my second
11:17:47 25   declaration, too --
```

Page 111

```
11:17:49  1        Q.  Sure.
11:17:49  2        A.  -- so I don't waste time flipping around.
11:17:52  3        Q.  All right.  Let's mark your second declaration first.
11:17:55  4   This will be Exhibit 248.
          5            (Exh.248 marked)
11:18:00  6            MR. STEPHENS:  Do you need that, Les; or do you
11:18:01  7   have one of those?
11:18:03  8            MR. PAYNE:  I've got it.  Thanks.
11:18:05  9            MR. STEPHENS:  Sure.  Let me just write on my
11:18:07 10   copy so I don't lose track of the number.  Sorry.  Bear with
11:18:23 11   me just a second here.  These are labeled in a way that's very
11:19:04 12   hard to understand.
11:19:06 13            MR. PAYNE:  Can we just take a one-minute break?
11:19:09 14            MR. STEPHENS:  Yeah, sure.
11:19:09 15            THE VIDEOGRAPHER:  Off the record at 11:19.
         16            (Exh.249 marked)
         17            (Recess taken)
11:23:27 18            THE VIDEOGRAPHER:  Tape 4 to the deposition of
11:23:28 19   Dr. Hemami.  The time is 11:23.  We're back on the record.
11:23:34 20        Q.  (By Mr. Stephens) Okay.  Dr. Hemami, I think before
11:23:38 21   the break, we were talking about Walter; and I asked you
11:23:41 22   whether or not Walter specifically teaches that the files that
11:23:44 23   are being transmitted faster than real-time are compressed.
11:23:51 24        A.  Yes.
11:23:54 25        Q.  And he tells you how to do that, right?
```

Page 112

```
11:23:55  1        A.  He does tell us that -- he mentions an inter-frame
11:24:03  2   differential post-code modulation technique.
11:24:05  3        Q.  Okay.  And I think you mentioned that that
11:24:08  4   description is enough that one of ordinary skill in the art
11:24:11  5   would be able to figure out how to actually make that work,
11:24:14  6   right?
11:24:14  7        A.  Yes.
11:24:15  8        Q.  So, then, the Walter patent, then, tells one of
11:24:19  9   ordinary skill in the art back in 1985 that you could take
11:24:28 10   video, compress it using inter-frame differential pulse-code
11:24:33 11   modulation, store it in memory and transmit it faster than
11:24:39 12   real-time, right?
11:24:41 13            MR. PAYNE:  Objection, form.
11:24:42 14        A.  So, I -- I think I would disagree slightly with how
11:24:46 15   you phrased that.  Walter does not perform the compression.
11:24:54 16   What Walter tells us is that you can take stored, compressed
11:25:00 17   video and transmit that from effectively a cable system head
11:25:07 18   end faster than real-time to what he calls -- what did he call
11:25:13 19   it -- data receiving station, which is essentially a set-top
11:25:17 20   box.
11:25:18 21        Q.  (By Mr. Stephens) Okay.  But you can't store
11:25:20 22   compressed information unless you compress it, right?
11:25:24 23        A.  Well, I disagree with the statement as you have
11:25:28 24   phrased it --
11:25:30 25        Q.  Well, someone has to --
```

Page 113

```
11:25:30  1        A.  -- with the use of "you" --
11:25:32  2        Q.  -- compress it.  Fair enough.
11:25:34  3        A.  Yes.  The data must be compressed in order to have it
11:25:37  4   stored in compressed form.
11:25:39  5        Q.  Okay.  So, a person of ordinary skill reading Walter
11:25:41  6   would understand that in order to perform the methods that are
11:25:44  7   described in the patent, you would have to -- someone would
11:25:49  8   have to compress digital video, right?
11:25:52  9        A.  I -- I think it's -- we can be a little bit stronger
11:25:56 10   than that.  I think one of ordinary skill reading the Walter
11:25:59 11   patent would understand that that someone is not the cable
11:26:05 12   that the -- get the name right here -- the central data
11:26:09 13   station, that that compression occurs outside of the central
11:26:14 14   data station, which is described in detail in the Walter
11:26:19 15   specification.
11:26:20 16        Q.  But it does have to be performed somewhere, right?
11:26:25 17        A.  It does have to be performed somewhere by someone,
11:26:27 18   which is -- that someone is -- is not -- now, it's someone --
11:26:30 19   something.  That something is not the central data station in
11:26:36 20   the Walter specification.
11:26:38 21        Q.  Okay.  But Walter doesn't say you can't perform the
11:26:40 22   compression at the same central data station where you perform
11:26:45 23   other parts of the method, does it?
11:26:49 24        A.  I would argue that Walter is very strong in teaching
11:26:53 25   that the central data station does not perform the
```

Page 114

```
11:26:55  1   compression, and --
11:26:57  2       Q.  Where does --
11:26:58  3       A.  -- I think I've outlined that.
11:26:59  4       Q.  Okay.  Where does he say that?
11:27:05  5       A.  Sorry.  I just want to use the -- so, I think
11:27:17  6   probably the best -- we have extensive use of the term
11:27:23  7   "preprogrammed" throughout the Walter specification.  Now,
11:27:28  8   I've made mention of that in my declaration, and we also
11:27:34  9   have -- Walter gives us a very nice description of the
11:27:42 10   invention, as I mentioned, in Item 40 in Column 2, lines 9
11:27:45 11   through 46.  And in the combination of this continued use of
11:27:52 12   "preprogrammed" in the memory modules and the -- the
11:27:58 13   description of the unit in Column 2 and, for that matter,
11:28:02 14   throughout the rest of the document makes it clear to me that
11:28:08 15   the -- the compression is not performed in the central data
11:28:11 16   station.
11:28:12 17       Q.  Okay.  But he never says that anywhere, does he?  He
11:28:16 18   never says:  "Do not perform the compression in the central
11:28:19 19   data station" or "you can't perform it in the central data
11:28:22 20   station."  There's not -- there's no language to that effect
11:28:24 21   anywhere in the specification, is there?
11:28:28 22           MR. PAYNE:  Objection, form.
11:28:28 23       A.  Those two sentences that you just gave do not appear
11:28:31 24   in the specification --
11:28:33 25       Q.  (By Mr. Stephens)  And there's no language
```

Page 115

```
11:28:34  1   specifically to that effect, even using different words,
11:28:37  2   correct?
11:28:39  3           MR. PAYNE:  I don't -- I don't know if she was
11:28:40  4   finished with her answer.
11:28:41  5           MR. STEPHENS:  I'm sure she's capable of telling
11:28:42  6   me if she wasn't.
11:28:45  7       Q.  (By Mr. Stephens)  It was not my intention to cut you
11:28:47  8   off.
11:28:47  9       A.  So, what did I say?  I said --
11:28:48 10           THE WITNESS:  Can you read my answer, please?
         11           (The record was read as requested.)
11:29:08 12       A.  Okay.  So, let me continue to the end of that
11:29:11 13   sentence.  But "preprogrammed" throughout this and the very
11:29:18 14   clear absence of description of any type of hardware to
11:29:26 15   perform that compression does indicate that it's not in the
11:29:31 16   central data station.
11:29:38 17       Q.  (By Mr. Stephens)  Again, though, there's no language
11:29:41 18   anywhere that expressly says that it's not in the central data
11:29:45 19   station; isn't that right?
11:29:48 20           MR. PAYNE:  Objection, form.
11:29:48 21       Q.  (By Mr. Stephens)  Other than the fact that it's
11:29:49 22   pre -- that the modules are preprogrammed and that it doesn't,
11:29:52 23   in your view, expressly describe hardware for performing
11:29:58 24   compression, is there anything else you would point to as
11:30:00 25   showing that it cannot be done or would not be done in the
```

Page 116

```
11:30:03  1   central data station?
11:30:08  2       A.  So, my arguments for why I feel very strongly that
11:30:12  3   there is no teaching and, in fact, a teaching away of the
11:30:16  4   compression being performed in the central data station are as
11:30:21  5   I have outlined in Item 40, the extensive use of
11:30:24  6   "preprogrammed," the descriptions of the unit which completely
11:30:31  7   omit any reference to compression apparatus or a compressor,
11:30:36  8   decompressor and --
11:30:39  9       Q.  Okay.  Now --
11:30:40 10       A.  Sorry, go --
11:30:41 11       Q.  Are you finished?  I didn't mean to cut you off.
11:30:44 12       A.  Yeah.
11:30:46 13       Q.  Now, you mentioned that one of ordinary skill would
11:30:47 14   be able to implement the compression that Walter discloses.
11:30:52 15   How would one of ordinary skill go about doing that?
11:30:57 16       A.  Now, you're asking this question with respect to
11:31:00 17   Walter or in a vacuum?
11:31:02 18       Q.  No, with somebody reading Walter in 1985.  How would
11:31:04 19   a person of ordinary skill reading Walter in 1985 have gone
11:31:09 20   about implementing the compression that's described in Walter?
11:31:13 21       A.  That depends on essentially their system design
11:31:18 22   constraints.  I mean, we need some constraints in order to put
11:31:22 23   a system together.
11:31:23 24       Q.  Okay.  Assuming no other constraints besides what one
11:31:26 25   of ordinary skill in the art would have known about and what's
```

Page 117

```
11:31:29  1   described in Walter, what's your view of how such a person
11:31:32  2   would go about implementing that compression?
11:31:33  3       A.  Well, I -- I can't -- I can't really answer that
11:31:37  4   question without having some kind of design constraints.  I
11:31:40  5   mean, there are many, many ways in which that compression
11:31:44  6   inter-frame differential pulse-code modulation could be
11:31:48  7   implemented; and the particular application is going to -- and
11:31:55  8   the desires of the -- the customer, for lack of a better word,
11:31:57  9   whoever the system is being designed for, are -- are really
11:32:01 10   going to dictate how that would be done.
11:32:04 11       Q.  Okay.  Could it have been done with a general purpose
11:32:07 12   computer?
11:32:15 13       A.  I'm a little -- again, are we talking about inserting
11:32:19 14   something into the data station or somebody just walks down
11:32:22 15   the street and reads the Walter patent and goes back to their
11:32:25 16   home and says, "Gee, I think I'll do inter-frame differential
11:32:28 17   post-code modulation"?
11:32:31 18       Q.  No.  What I'm talking about is somebody at a -- let's
11:32:32 19   say a large sophisticated cable television organization and
11:32:36 20   read Walter and said, "Hey, this looks pretty cool.  Let's
11:32:39 21   build it.  Let's take a license from Walter, and let's build
11:32:43 22   it.  And let's also say that the boss who made that decision
11:32:46 23   told his team of engineers:  "Use a general purpose computer
11:32:51 24   to do the compression that's described there."  Is that
11:32:54 25   possible?
```

## Page 118

```
11:32:58  1       MR. PAYNE: Objection, form.
11:32:58  2    A. Again, nearly -- nearly anything would be possible.
11:33:02  3  Whether it would be considered a even feasible solution at the
11:33:06  4  time would be another -- another matter. And Walter has given
11:33:16  5  us inter-frame differential post-code modulation and also
11:33:24  6  suggested a compressed data rate. So, with those two things,
11:33:32  7  what an engineer is missing is design constraints that are
11:33:39  8  essentially put in place by, again, the customer, how big does
11:33:44  9  this equipment -- how big should it be, how big can it be,
11:33:49 10  maybe, is a better word, how small would you like it to be,
11:33:52 11  how much power would you like it to consume and how long would
11:33:58 12  you -- what -- what is your upper bound on how long it should
11:34:03 13  take in order to perform the desired operation? Probably in
11:34:09 14  the -- you know, a corollary would be how long are the
11:34:14 15  programs which you intend to run through the compression
11:34:20 16  system, sort of consistent with how long do you want it to
11:34:24 17  take. So, without really having design constraints, it's
11:34:30 18  difficult to say that any particular solution would be a valid
11:34:34 19  solution.
11:34:34 20    Q. (By Mr. Stephens) Okay. Well, let's say that your
11:34:37 21  design constraints are that you only want to use it for
11:34:40 22  3 minute music videos and that you want to be able to compress
11:34:44 23  one or two of those a day to put -- add to your library so
11:34:47 24  that in the course of a few months, you can have a few dozen
11:34:49 25  to be able to load into memory modules so that they could be
```

## Page 119

```
11:34:53  1  transmitted over the system described in Walter. Would --
11:34:56  2  could you do that on a general purpose computer in 1985?
11:35:02  3    A. So, I would need to actually get some specifications
11:35:07  4  for general purpose computer in 1985 and do some computation.
11:35:11  5  I don't want to answer that just off the top of my head.
11:35:14  6    Q. Okay. Fair enough. So, you can't say that it
11:35:16  7  wouldn't, and you can't say that it would right now; is that
11:35:20  8  right?
11:35:20  9    A. Yes. I -- I just -- you know, I -- I don't want to
11:35:23 10  speculate on what particular rates were that I might be
11:35:24 11  correct or incorrect. I'd rather do the correct calculation.
11:35:29 12    Q. Okay. Now, I just want to be clear. Now, you've
11:35:31 13  said that Walter teaches away from actually putting the
11:35:35 14  compressor into the central data station; but you haven't -- I
11:35:38 15  think you've admitted that it does teach compression, though,
11:35:42 16  right?
11:35:42 17    A. Walter certainly mentions that the digital data is
11:35:45 18  compressed, yes.
11:35:46 19    Q. Okay. And then it also teaches storing that
11:35:49 20  compressed digital video in memory, right?
11:35:58 21    A. The compressed digital video is in the memory
11:36:01 22  modules, yes.
11:36:02 23    Q. Okay. And then it also discloses transmitting that
11:36:05 24  compressed digital video that was stored in memory faster than
11:36:09 25  real-time, right?
```

## Page 120

```
11:36:11  1    A. Walter doesn't use those words; but certainly
11:36:14  2  31 seconds for a 2 hour movie, we would call faster than
11:36:19  3  real-time.
11:36:19  4    Q. Okay. And it also discloses receiving that
11:36:22  5  compressed digital video transmission faster than real-time,
11:36:26  6  correct?
11:36:27  7    A. The data receiving station receives the data, yes.
11:36:30  8    Q. Okay. And it discloses storing that compressed
11:36:33  9  digital representation in memory after receiving it, correct?
11:36:39 10    A. Yes.
11:36:39 11    Q. Okay. So, all of those elements are present, right?
11:36:44 12    A. The elements that you have -- using the term
11:36:47 13  "elements" sort of to refer to -- again, I'm thinking back
11:36:50 14  through the -- the claim terms. Walter, we have drawn on two
11:36:55 15  separate locations or entities in order to go through those
11:36:59 16  elements.
11:37:00 17    Q. Okay.
11:37:00 18    A. So --
11:37:01 19    Q. But -- hold on, before you -- I don't mean to cut you
11:37:03 20  off, but -- but we've only drawn on one document; that's
11:37:07 21  right?
11:37:07 22    A. We have only drawn on the Walter patent; but Walter
11:37:10 23  teaches us a central data station, which I -- I describe as a
11:37:15 24  cable head end, and a data receiving station, which is the --
11:37:22 25  what we would call today, I think, the user set-top box. And
```

## Page 121

```
11:37:25  1  the receiving and storing and, for that matter, playback as
11:37:32  2  well occurs at the data receiving station, which is a separate
11:37:37  3  location than the -- the central data station. I think I -- I
11:37:41  4  explained how these -- one of ordinary skill understands that
11:37:45  5  these are two separate locations and would not be considered
11:37:49  6  to be a single entity.
11:37:51  7    Q. Okay. Now, building out a system like this, at least
11:37:54  8  if it covered more than a -- a hotel, let's say, if it covered
11:37:59  9  several neighborhoods, would be very expensive, right?
11:38:02 10    A. I don't know.
11:38:04 11    Q. Well, running optical fibers to homes in several
11:38:08 12  neighborhoods would be expensive, right?
11:38:11 13    A. So, I think that generally I can agree that this
11:38:15 14  would not be a -- it would incur some cost. You know, what
11:38:21 15  the cost is clearly depends on who you hire to run the wire
11:38:25 16  and -- and where you got the wire from and so on.
11:38:27 17    Q. Okay. So, if you were an engineer in 1985 tasked by
11:38:31 18  your cable system customer to develop an actual working
11:38:36 19  version of what's described in Walter, you would first build
11:38:40 20  that in a prototype system, right? You wouldn't go out and
11:38:43 21  pull the -- pull the fiber to dozens of houses before you'd
11:38:48 22  made sure you had it working, correct?
11:38:54 23    A. I actually don't know that that's necessarily the
11:38:57 24  case. You know, I'm not a marketing person; but I've seen
11:39:00 25  plenty of examples where the job is sort of moved to the point
```

Page 122

11:39:05  1  where it's beyond return: "Oh, we've invested so much" --
11:39:07  2    Q. I'm not asking about one --
11:39:07  3    A. -- "we can't possibly go back here." So, no, I don't
11:39:11  4  know that. I don't know that. I could see a scenario where
11:39:14  5  somebody says: "You know, we really need to go practice
11:39:16  6  running these optical fibers first and make sure that we can
11:39:19  7  really do this because, after all, what a shame it would be
11:39:20  8  spend all those engineering manhours on building a prototype
11:39:24  9  when it turns out we can't actually get the optical fiber
11:39:25 10  somewhere."
11:39:28 11    Q. I'm not following you. You -- you're saying you
11:39:30 12  should go ahead and build out the system before you do a
11:39:33 13  prototype because you're not sure you can get the fiber? I'm
11:39:37 14  not following your example.
11:39:38 15    A. I'm -- I'm not saying you should. I'm saying that
11:39:39 16  it -- it is not implausible that -- that somebody might do
11:39:42 17  that.
11:39:43 18    Q. Okay. But certainly it's common engineering practice
11:39:46 19  when building something you've never built before to build a
11:39:49 20  prototype or a breadboard or a brass board, as they're
11:39:53 21  sometimes referred to, to see if you can make it work before
11:39:55 22  you build out a large investment?
11:39:59 23    A. Generally, I think we do have to prototype things
11:40:01 24  before going into production of any sort.
11:40:04 25    Q. Okay.

Page 123

11:40:04  1    A. Now, sometimes the prototype becomes the lone
11:40:07  2  product.
11:40:09  3    Q. Okay. Now, if you're building a prototype, it's
11:40:12  4  typical to do that in a laboratory, right?
11:40:15  5    A. I would say, no, it's not typical. Look at Hewlitt
11:40:18  6  Packard and Apple, I mean, the famous garages, right, so --
11:40:23  7    Q. Well, but if you're a large company, you're normally
11:40:26  8  going to have a place, a building where you do that kind of
11:40:29  9  development work, maybe more than one, right?
11:40:30 10    A. I would agree that large companies may have
11:40:35 11  development -- development facilities.
11:40:39 12    Q. Okay.
11:40:39 13    A. A lot of them farmed it out as well.
11:40:41 14    Q. Okay. Now, if you're going to prototype the system
11:40:44 15  that's described in Walter, you have to have all the elements
11:40:46 16  we talked about, right? You have to have compression of
11:40:49 17  video. You have to have storage in memory. You have to
11:40:51 18  transmission faster than real-time. You have to have
11:40:54 19  receiving and storage in memory. You have to have all those
11:40:57 20  things to make the system described in Walter work, right,
11:41:01 21  somewhere?
11:41:03 22    A. You -- well, you know, the question you asked sort of
11:41:07 23  started off one way and ended up in an inconsistent way. So,
11:41:10 24  first off, let me say, I don't know if anybody ever prototyped
11:41:13 25  this. I have absolutely no idea. But secondly, so -- so,

Page 124

11:41:17  1  having said that, I haven't the foggiest idea what -- what was
11:41:21  2  done, if anything at all, in prototyping the Walter system.
11:41:25  3    Q. I'm not asking about your knowledge of what was
11:41:27  4  actually done.
11:41:27  5    A. But let me also say that -- that, in fact -- you
11:41:35  6  implied that in order to -- your question started off saying:
11:41:39  7  If you were going to prototype this, you'd have to build
11:41:42  8  absolutely everything. And, in fact, no, actually,
11:41:48  9  prototypes -- a prototype is a flexible term. We --
11:41:53 10  prototypes can have all of the components of a system. They
11:41:56 11  can have three components. There might be fake things put in.
11:42:00 12  In particular, let me just mention, that with respect to this
11:42:06 13  system and the fact that the compression is off site, it is
11:42:12 14  certainly -- would certainly be feasible to prototype
11:42:19 15  substantial portions of this system. And depending on what
11:42:23 16  the designers thought were the most difficult parts to design,
11:42:26 17  they may well be exercising, really, hitting on what they
11:42:30 18  think is the toughest thing with random data in the memory
11:42:34 19  modules.
11:42:34 20    Q. Okay. You could do that. But if you wanted to
11:42:36 21  prototype the system as described here, you'd have to have
11:42:41 22  compressed digital video, right?
11:42:45 23    A. So, "prototype the system as described here" means --
11:42:50 24    Q. Means having all the elements that we see in
11:42:52 25  Figure 1.

Page 125

11:43:01  1    A. If one wanted to play back video on one's prototype
11:43:05  2  data receiving station that actually -- no, actually -- having
11:43:17  3  a working -- this system and any system, for that -- maybe I
11:43:21  4  shouldn't say "any." Many systems can be completely exercised
11:43:27  5  in prototype without actually ending up with a complete
11:43:30  6  replica of exactly the system doing exactly what it wanted.
11:43:33  7    Q. I understand all kinds of things are possible. But
11:43:36  8  I'm saying, if you want a prototype of what's shown in
11:43:39  9  Figure 1, you'd need to put all those elements together,
11:43:41 10  right, including the compression that we talked about, which
11:43:44 11  is not shown in Figure 1?
11:43:46 12    A. No, no. It depends what does "prototype" mean, you
11:43:48 13  know. Is -- it depends what we're prototyping. If -- if an
11:43:51 14  engineer's concern is Communications Controller 64 and he or
11:43:59 15  she thinks that, you know, everything else here, I've either
11:44:03 16  already designed or I know of XYZ that I can go buy and put
11:44:08 17  together, then maybe that's what -- that's what's done. I
11:44:12 18  mean, prototype is a -- you know --
11:44:14 19    Q. Okay. Well, let me ask a different question. Are
11:44:17 20  you aware of any practical reason that would prevent you from
11:44:21 21  building everything that's described in Figure 1 in a single,
11:44:25 22  large room?
11:44:30 23    MR. PAYNE: Objection, form.
11:44:32 24    A. This is -- other than the fact that this is just
11:44:36 25  something that from a practical standpoint one typically would

### Page 126

```
11:44:39  1   not do. Certainly if a room were big enough, one could keep
11:44:47  2   inserting things in it until everything was there.
11:44:50  3      Q.  (By Mr. Stephens) And that's also true for a cabinet,
11:44:54  4   right?
11:44:55  5      A.  While true, one would have no motivation whatsoever
11:44:58  6   to put a data receiving station and a central data station in
11:45:02  7   the same cabinet or in the same room.
11:45:05  8      Q.  Okay. Unless you were trying to mock up the entire
11:45:09  9   system and make -- see if you could make it work from end to
11:45:11 10   end. That would be a motivation to do it, wouldn't it?
11:45:15 11      A.  Again, I -- I even disagree that -- that mocking up
11:45:16 12   the system, you would end up with exactly the whole thing put
11:45:19 13   together. That's just -- you know --
11:45:21 14      Q.  Can you point to a specific reason why --
11:45:24 15      A.  Yes.
11:45:24 16      Q.  -- or a specific thing that would be missing, in your
11:45:26 17   view?
11:45:26 18      A.  Well, there may be absolutely no reason to implement
11:45:31 19   some of -- if -- if one is prototyping -- presumably there's
11:45:39 20   for a reason that -- you know, as opposed to just
11:45:40 21   recreational, let's get a patent and build something. And,
11:45:46 22   you know, these are -- people cost money. Equipment costs
11:45:50 23   money. Time is valuable. Designs are put together in
11:45:58 24   prototype so that people can either work out foreseen or
11:46:02 25   unforeseen bugs or optimize options, parameters, be they
```

### Page 127

```
11:46:09  1   hardware or software, control units, whatever, to get the --
11:46:13  2   the system to work. Now, that could require building a
11:46:19  3   full-blown system. It could also require complete emulation
11:46:22  4   or simulation of substantial components of the system and
11:46:26  5   zeroing in on only what's there.
11:46:28  6      Q.  Okay. Is there any engineering problem with building
11:46:33  7   the system described in Figure 1 and a device to -- to
11:46:37  8   compress the video all together in one room? I mean, putting
11:46:45  9   aside whether you'd be motivated to do it, is there anything
11:46:48 10   that would prevent you from doing it?
11:46:50 11      A.  This is such an abstract question, I just don't -- I
11:46:53 12   just don't even feel I can answer this. I mean, who is "you"
11:46:56 13   and how much money does one have and what is the room and why
11:46:59 14   is one doing this and when is this and where am I doing this?
11:47:01 15      Q.  I'm not asking about motivations. I'm not asking
11:47:03 16   about how much it costs. I'm asking about any engineering
11:47:06 17   problems you can identify that would make it difficult or
11:47:09 18   impossible -- or more difficult or impossible to build what's
11:47:12 19   described in Figure 1 together in a single room?
11:47:16 20      A.  So, I think -- I would have to think about that
11:47:19 21   before answering. I mean, I -- I -- I don't want to give you
11:47:25 22   a knee-jerk reaction. Let me just say, I don't think I'm
11:47:32 23   prepared to answer that at this -- this point.
11:47:33 24      Q.  Okay.
11:47:34 25      A.  I've certainly outlined why I don't feel that anybody
```

### Page 128

```
11:47:37  1   has any motivation to do that. I understand that your
11:47:40  2   question is --
11:47:41  3      Q.  Not that.
11:47:41  4      A.  -- not addressing that. At the same time, that is
11:47:47  5   something I just haven't thought about.
11:47:48  6      Q.  Okay. Now, the system that's described in the Walter
11:47:50  7   patent, at least as shown in Figure 1, is for transmitting
11:47:54  8   video in one direction only, right?
11:47:56  9      A.  That's right. The video goes from the central data
11:47:59 10   station to the data receiving station.
11:48:01 11      Q.  Okay. Sort of like an FM radio station, only sends
11:48:07 12   audio in one direction, right, you can't send it back to the
11:48:09 13   station over --
11:48:10 14      A.  Actually, FM sends it in all directions, right, even
11:48:13 15   down into the ground. I think we would say it's a -- it's a
11:48:15 16   one-way transfer.
11:48:17 17      Q.  Okay. Now, taking two one-way systems and putting
11:48:23 18   them together and pointing in opposite directions is something
11:48:26 19   that's been done in electrical engineering in the past, right?
11:48:30 20      A.  Can you give me an example?
11:48:31 21      Q.  Yeah. Radio, I picked that specifically with this in
11:48:35 22   mind. So, you can take radios and put a transmitter in one
11:48:40 23   place and a receiver in another; and that's a one-way system,
11:48:44 24   right?
11:48:44 25      A.  Yes.
```

### Page 129

```
11:48:45  1      Q.  Okay. And you can add a transmitter to the place
11:48:49  2   where you have a receiver and a receiver to the place where
11:48:52  3   you have a transmitter and make it a two-way system, right?
11:48:58  4      A.  Well, with some design and engineering.
11:49:01  5      Q.  Or -- or none at all, right? You can take the -- a
11:49:04  6   duplicate of the system that you created in the first place
11:49:08  7   and simply put the ends in the opposite places and you end up
11:49:11  8   with a two-way system, right?
11:49:13  9      A.  No. If you're both transmitting on the same
11:49:16 10   frequency, that's not really going to work very well.
11:49:18 11      Q.  Fair enough. You might have to change the crystal to
11:49:22 12   modify the frequency?
11:49:23 13      A.  So, we have a little bit of design and -- and various
11:49:26 14   other -- you know, there's also, maybe, a -- a power issue on
11:49:29 15   swapping out signals so --
11:49:31 16      Q.  Okay.
11:49:31 17      A.  There -- you know, I disagree, that you can't just
11:49:32 18   turn something around and say: "Presto. Let's go."
11:49:34 19      Q.  Well, with a physical media, you might be able to,
11:49:37 20   right? You just pull another wire, and suddenly it's two
11:49:40 21   ways?
11:49:40 22      A.  Well, I think we discussed that just pulling another
11:49:44 23   wire sounds good in theory, but in practice --
11:49:47 24      Q.  Unless you're in a single room.
11:49:48 25      A.  Well, or unless you're dealing with a cable that is
```

Page 130

```
11:49:50  1    a -- I mean, there are various examples but --
11:49:53  2        Q.  Okay.  But certainly taking a one-way
11:49:57  3    transmitter/receiver pair and building a two-way system from
11:50:01  4    those is something that was stock and trade for electrical
11:50:04  5    engineers for a century, right?
11:50:07  6            MR. PAYNE:  Objection, form.
11:50:08  7        A.  I really don't -- can you give me another example
11:50:11  8    besides FM and pulling another wire?
11:50:13  9        Q.  (By Mr. Stephens)  Sure.  Ethernet.
11:50:22 10        A.  How?
11:50:23 11        Q.  You have the ability to put a moduled signal on to
11:50:28 12    the medium, the -- the wire; and you have an ability to listen
11:50:32 13    to that -- listen for that on the other end.
11:50:36 14        A.  But it was designed that way from day one.
11:50:38 15        Q.  Okay.
11:50:38 16        A.  It wasn't a one-way system where somebody just said,
11:50:41 17    "Woo hoo, let's now" -- whatever.
11:50:43 18        Q.  Okay.  Well, certainly the same principles, though,
11:50:47 19    apply, right?  I mean, you can --
11:50:49 20        A.  No.  I disagree.  I disagree.  I think that if a
11:50:53 21    system is being inherently designed for two-way communication
11:50:57 22    or -- let's say multi because you brought up Ethernet --
11:51:03 23    multiple use --
11:51:03 24        Q.  So, okay, you think --
11:51:04 25        A.  There are -- there are very different issues.  I
```

Page 131

```
11:51:06  1    mean, the whole -- you know, an issue with Ethernet is -- is:
11:51:09  2    How do all of these users share the carrier?  That is a
11:51:13  3    substantial portion of Ethernet and -- and for that matter,
11:51:16  4    many, many other multiple -- any system that -- that has
11:51:20  5    multiple users, you need -- the system must be designed to
11:51:24  6    deal with that.  I mean, I can think back to the radio from
11:51:27  7    the start, Aloha Radio, where the algorithm was -- everybody
11:51:32  8    just talks at once and, well, if you collide, you keep trying
11:51:35  9    again.  And believe it or not, this --
11:51:35 10        Q.  That's the way Ethernet works today?
11:51:38 11        A.  -- this works.  Yes, yes, exactly, it works.  It's
11:51:40 12    not particularly efficient, but there are better -- there are
11:51:43 13    better techniques for -- I mean, this carrier sends
11:51:45 14    multi-access, which is what we have in Ethernet.  So, I think
11:51:50 15    that -- that, you know, two-way communication is -- is
11:51:55 16    different from one way.  I don't think it's fair to say, well,
11:51:57 17    you can just reverse something and all of a sudden you get
11:52:02 18    two-way.
11:52:02 19        Q.  Well, I guess the Aloha network is a pretty good
11:52:02 20    example for that, right?  I mean, they use conventional
11:52:08 21    transmitter pairs on radio.  You can, anyway, and add to that
11:52:12 22    a little bit of logic to figure out if the channel is already
11:52:16 23    in use.
11:52:17 24        A.  Right, add to that a little bit of logic.  I mean,
11:52:19 25    that's not, oh, let's take these things and run.  I mean,
```

Page 132

```
11:52:22  1    these are all situations where -- you know, I wouldn't not say
11:52:27  2    it's trivial just to grab a bunch of one-way systems and stick
11:52:29  3    it together and have it -- have it function.
11:52:32  4        Q.  But it was something that was frequently done, right.
11:52:35  5    Taking one-way systems and building two-way systems from them
11:52:40  6    is something that's frequently been done in the course of
11:52:43  7    electrical engineering history, right?
11:52:45  8            MR. PAYNE:  Objection, form.
11:52:46  9        A.  I honestly don't know that, and I would not agree to
11:52:50 10    that.  I mean, certainly --
11:52:50 11        Q.  (By Mr. Stephens)  Okay.  Fair enough.
11:52:51 12        A.  -- if you would like to prepare a document and I can
11:52:53 13    read it, you could convince me, perhaps; but I just don't have
11:52:55 14    enough --
11:52:57 15        Q.  Okay.
11:52:58 16        A.  I don't think I believe that.
11:52:58 17        Q.  Fair enough.  But you would agree that electrical
11:52:59 18    engineers, as a matter of their normal practice, take existing
11:53:04 19    solutions and combine those in different ways to solve
11:53:06 20    problems, right, that's what electrical engineers do?
11:53:09 21            MR. PAYNE:  Objection, form.
11:53:11 22        A.  I think the nature of engineering is -- is --
11:53:13 23    considering what's available, how it can be used creatively
11:53:17 24    and what additional stuff, material, as a result of a creative
11:53:23 25    process, either -- and the creative process could be a
```

Page 133

```
11:53:27  1    combination as well.
11:53:28  2        Q.  (By Mr. Stephens)  Okay.  Is there anything that would
11:53:31  3    prevent you from taking the transmitter from the top half of
11:53:37  4    Figure 1 in the Walter patent and combining it with the
11:53:39  5    receiver on the bottom half, putting motivation to one side?
11:53:43  6    If you -- if you were already motivated to do that and someone
11:53:46  7    said, "Put them together," is there anything that would
11:53:49  8    present a difficulty that would make it impossible for you to
11:53:53  9    do that?
11:53:53 10        A.  So, I don't know how big these units are.  I don't
11:53:58 11    know how large the modulators are.  I don't know what
11:54:04 12    protocols are running over those fibers.  Maybe, you know,
11:54:07 13    I -- I -- there are various aspects that have to be addressed,
11:54:10 14    and it's not clear to me that necessarily it's just a
11:54:13 15    straightforward sliding it in.
11:54:16 16        Q.  Okay.  You just don't know one way or another; is
11:54:18 17    that right?
11:54:18 18        A.  I don't know.
11:54:19 19        Q.  Okay.
11:54:34 20            MR. PAYNE:  Do you want to take a quick lunch
11:54:38 21    break or --
11:54:39 22            MR. STEPHENS:  If you guys are hungry.  I know
11:54:40 23    that Dr. Hemami is on Eastern time.  We can take a quick lunch
11:54:43 24    break now.  That's fine.  Why don't we try to keep it as short
11:54:45 25    as we can.
```

### Page 134

```
11:54:47  1         THE VIDEOGRAPHER:  We're off the record at
11:54:47  2   11:54.
          3         (Luncheon recess)
12:27:29  4         THE VIDEOGRAPHER:  Tape 5 of the deposition of
12:27:30  5   Dr. Hemami.  The time is 12:27.  We're back on the record.
12:27:38  6      Q.  (By Mr. Stephens)  Dr. Hemami, did computers in 1985
12:27:40  7   generally have RAM?
12:27:47  8         MR. PAYNE:  Objection, form.
12:27:48  9      A.  I feel like I'm speculating answering this question,
12:27:51 10   but I believe the answer is yes.
12:27:52 11      Q.  (By Mr. Stephens)  Okay.  And what does "RAM" stand
12:27:56 12   for?
12:27:57 13      A.  Random access memory.
12:27:58 14      Q.  What does the "random access" part of that mean?
12:28:04 15      A.  Now, let me clarify.  My interpretation of your
12:28:08 16   question, you've asked me if computers have RAM.  And in
12:28:12 17   particular, computers in 1985 had RAM.  My answer I'm thinking
12:28:17 18   of, I'm answering with respect to semiconductor random access
12:28:21 19   memory, might be called DRAM, dynamic RAM; or SRAM, static
12:28:23 20   RAM.  These semiconductor random access memories provided
12:28:29 21   storage locations where a location might be a byte or two
12:28:35 22   bytes in a word where each individual memory location, the
12:28:42 23   5th byte, the 8th byte, the 19th byte, could be addressed,
12:28:47 24   meaning one could ask the memory to deliver on its output
12:28:52 25   lines precisely the data word, whatever the size of the word
```

### Page 135

```
12:28:56  1   was, that was stored at the particular location that was
12:29:00  2   requested.
12:29:02  3      Q.  And it also meant that that memory location -- the
12:29:08  4   data stored in that memory location would be presented in a
12:29:12  5   very predictable amount of time, right?
12:29:16  6      A.  I'm not sure what you mean by "predictable."
12:29:18  7      Q.  Well, so, for example, a tape would not be random
12:29:21  8   access memory, right?
12:29:25  9      A.  A tape is serial access.
12:29:27 10      Q.  Okay.  And, yet, you can, using many different
12:29:30 11   utilities, request a specific tape block from a tape and
12:29:34 12   retrieve that information, right?
12:29:38 13      A.  If we're talking about digital magnetic tapes which
12:29:41 14   were used as backup devices, particular blocks could be
12:29:45 15   accessed.
12:29:46 16      Q.  Okay.  So, it's not just a matter of being able to
12:29:48 17   present an address and get back a particular set of
12:29:52 18   addressable data?
12:29:53 19      A.  Oh, I'm sorry.  I understand what you're saying.
12:29:57 20   Yes, not only could you access each independent location but
12:30:02 21   these chips typically came with criteria for the maximum read
12:30:05 22   time or write time which applied equally to all locations.
12:30:10 23      Q.  Okay.  And -- and generally the systems were clocked
12:30:16 24   so that the data would actually be read out of the memory in
12:30:18 25   the same amount of time, regardless of which address was being
```

### Page 136

```
12:30:22  1   presented, right?
12:30:23  2      A.  I'm not aware of any asynchronous memories, but that
12:30:28  3   didn't mean that they existed.  A clocked memory, we would
12:30:30  4   have a read -- some number of cycles for read and some number
12:30:34  5   of cycles for write.
12:30:36  6      Q.  And that's generally fixed, right?
12:30:38  7      A.  I don't know what generally -- I -- I don't know.  I
12:30:40  8   haven't reviewed data sheets from RAM in 1985.
12:30:44  9      Q.  Well, regardless of -- of what the data sheet says,
12:30:46 10   the system that it's put into usually would have a fixed
12:30:50 11   amount of time that it would expect the data to become
12:30:52 12   available after, from the time you presented the address,
12:30:55 13   right?
12:30:55 14      A.  I -- I -- I'm not sure I understand the question.
12:30:59 15      Q.  All I'm getting at is that part of the -- part of
12:31:02 16   what it means to be random access is that you get the contents
12:31:07 17   back in the same amount of time regardless of which address
12:31:11 18   you present.
12:31:12 19      A.  Colloquially, yeah.  I think, uh, sure, we can say
12:31:16 20   the same amount of time.  We would -- we would certainly
12:31:17 21   expect the device to behave.  But whether I accessed the first
12:31:22 22   or the 80th location, that that data would appear in the same
12:31:27 23   number of clock cycles on the output lines.
12:31:29 24      Q.  Okay.  Now, general purpose computers are capable of
12:31:33 25   performing any algorithm subject only to constraints on
```

### Page 137

```
12:31:39  1   storage space, right, and time?
12:31:45  2      A.  So, this is a very broad question; but I would not
12:31:46  3   agree with that.  So, let's start off with what is a general
12:31:50  4   purpose computer and in what time frame.
12:31:52  5      Q.  1985.  Why would you not agree with that?
12:31:58  6      A.  So, you said any -- any algorithm -- let me make sure
12:32:02  7   I get all the pieces right -- any algorithm -- and there were
12:32:08  8   some more things there, independent of time, something along
12:32:11  9   those lines.
12:32:11 10      Q.  Allow -- if you don't have time constraints or space
12:32:16 11   constraints.
12:32:16 12      A.  Okay.
12:32:16 13      Q.  Right?  So, it's just a matter of adding more memory
12:32:18 14   and waiting long enough for the output to become available.
12:32:22 15   Part of what it means to be a general purpose computer is that
12:32:24 16   it can perform any algorithm, right?
12:32:28 17      A.  I don't think -- for one, there -- there's certainly
12:32:30 18   analog computers.  There are a lot of turbulent style airflow,
12:32:37 19   water flow simulations that are better solved using analog
12:32:43 20   techniques.  The Air Force maintained analog computers for
12:32:46 21   many times in designing aerodynamics and wings and so on.
12:32:48 22   And, so, I think any --
12:32:49 23      Q.  Let's restrict ourselves to digital algorithms.
12:32:52 24      A.  You know, that's such a broad statement.  I -- I --
12:32:56 25   I'm not sure that that's actually correct.  Certainly I -- it
```

Page 138

12:33:02  1  is easy to envision scenarios where the data that you're
12:33:08  2  processing might have a dynamic range that exceeds the
12:33:13  3  capacity of the computer or the computer simply cannot perform
12:33:17  4  calculations on the data that you're doing without
12:33:21  5  substantially causing problems. Actually, there's an entire
12:33:25  6  field of computer science algorithm design that has to do with
12:33:30  7  solving problems that -- of algorithms that can be written
12:33:34  8  down on paper, but when one goes -- and even here, I'm talking
12:33:39  9  about numerical algorithms -- when one goes to implement them
12:33:43 10  on a computer, the finite precision arithmetic really -- they
12:33:48 11  can't be done. It's a -- it's a -- you know, you can run the
12:33:51 12  algorithm; but the output is meaningless and -- and -- and
12:33:52 13  doesn't -- doesn't mean anything.
12:33:55 14      Q.  Okay. Now, I asked you before about whether or not
12:34:09 15  the algorithm described in Walter could be performed on a
12:34:13 16  general purpose computer and you asked for constraints and
12:34:16 17  then I gave you some and you said you wouldn't be able to
12:34:19 18  answer without doing the calculations and the like, right?
12:34:21 19      A.  So, here, you're referring to -- to the compression
12:34:24 20  algorithm that was mentioned?
12:34:25 21      Q.  That's right.
12:34:27 22      A.  Yes.
12:34:28 23      Q.  Now, if you had enough memory and enough disk space
12:34:30 24  and you weren't concerned about how quickly you were able to
12:34:33 25  perform that algorithm, you would be able to perform that

Page 139

12:34:35  1  algorithm on general purpose computers that were widely
12:34:39  2  available in 1985, right? In other words, you weren't trying
12:34:41  3  to do it in real-time?
12:34:43  4      A.  So, let me say -- I'm not sure that the disk space
12:34:48  5  constraint would necessarily come into play. Certainly
12:34:57  6  subtracting two frames is merely a matter of executing some
12:35:03  7  number of -- of subtractions, the number being generally equal
12:35:08  8  to the number of pixels you have in the -- in the frame, which
12:35:11  9  maybe a reasonable number might be 512 by 512, so half a
12:35:15 10  million per frame. Half a million subtractions, integer
12:35:18 11  subtractions, typically, is something that, given enough time,
12:35:25 12  a general purpose computer could do. Now, I don't know that
12:35:30 13  the disk space would come into play in 1985.
12:35:34 14      Q.  When you say you don't know whether it would come
12:35:35 15  into play, you mean you don't know whether you'd have enough
12:35:38 16  disk space to store video?
12:35:41 17      A.  I'm not even sure in 1985 if one would involve a hard
12:35:44 18  disk with respect to actually trying to do that type of
12:35:49 19  computation.
12:35:50 20      Q.  Okay. So, you might put the video on to a magnetic
12:35:54 21  tape and process it one frame at a time by advancing the
12:35:57 22  magnetic tape, like an IBM, whatever it was, 9 track digital
12:36:02 23  tape?
12:36:02 24      A.  So, that might be one option. Additionally, the
12:36:07 25  digitization equipment could feed directly into the computer.

Page 140

12:36:13  1  You know, I -- I just don't -- I just don't know.
12:36:15  2      Q.  Okay. So, is it fair to say that it's -- it may be
12:36:19  3  possible, you're just not sure, whether the host computer,
12:36:23  4  what's shown as 20 in Figure 1 on Walter, was capable of
12:36:27  5  performing the inter-frame differential post-code modulation
12:36:31  6  compression algorithm described in the Walter patent?
12:36:36  7      A.  So, I don't believe that Walter really gives us any
12:36:39  8  description whatsoever as to what that host computer is. If
12:36:43  9  you have a -- to save time, do -- do you have a particular
12:36:47 10  point --
12:36:48 11      Q.  No, I don't.
12:36:49 12      A.  Okay. Okay. So, actually, let's see -- so, see,
12:36:50 13  just in Column 4, already, we have two paragraphs that refer
12:36:55 14  to host computer. Now, Column 3, preferred embodiment, starts
12:37:02 15  off and mentions host computer; but it doesn't tell us
12:37:08 16  anything about it. So, starting around line 27, we see host
12:37:16 17  computer. Well, host computer is certainly connected to a lot
12:37:34 18  of things, isn't it? We see that a lot.
12:37:37 19           I'll tell you what I'm looking for. I'm looking
12:37:40 20  for to get an understanding of what host computer did besides
12:37:43 21  being connected to all these lines.
12:37:45 22      Q.  Well, I don't -- I'm not aware -- well, go ahead.
12:37:48 23  I'm sorry.
12:37:49 24      A.  Well, I -- I thought that host computer involved
12:37:54 25  directing the instructions as to what the -- a data receiving

Page 141

12:38:00  1  station has requested, but I -- I would prefer to find that
12:38:08  2  than rely on my memory.
12:38:09  3      Q.  Oh, no. I think you're right, that there are places
12:38:12  4  where it's described as, for example, directing the memory
12:38:15  5  to -- and the switching system to connect the memory to the
12:38:21  6  optic fibers -- well, to connect the memory to the laser
12:38:26  7  diodes and then transfer the data over the optical fibers.
12:38:30  8  So, it does describe that sort of thing. I'm just wondering
12:38:33  9  whether you --
12:38:35 10      A.  Well, so, that's -- that's all we're told about host
12:38:38 11  computer, if, indeed, that is all -- I think, hopefully, we
12:38:41 12  agree on that; but I'm not really missing some -- so, if all
12:38:45 13  we're told that that host computer does is -- following a
12:38:48 14  command from host computer. I'm sorry. I see now, line 30 of
12:38:53 15  Column 4, "Communications controller assumes control of fiber
12:38:57 16  optic lines." So -- so, in reading -- finding this and in
12:39:02 17  reading the specification, you know, my understanding of host
12:39:06 18  computer is that host computer is simply a controller for the
12:39:13 19  overall operation of the system. And as such, it may or may
12:39:22 20  not be able to perform the functions that one would expect to
12:39:31 21  be required to run a inter-frame differential pulse-code
12:39:38 22  modulation. So, just to give you an example, it could be a
12:39:42 23  very, very simple microprocessor or even something that we
12:39:48 24  might call a microcontroller, which is a simpler-type unit
12:39:52 25  which is somewhat programmable and can execute various tasks;