### Page 142

```
12:39:56  1   but it's not akin to what we would consider to be the
12:40:02  2   computational heart of either a -- a personal computer or a --
12:40:08  3   a higher-end scientific computation work station.
12:40:12  4       Q.  But it -- it doesn't say that it's a microcontroller,
12:40:15  5   right?
12:40:16  6       A.  All it tells us is that it is host computer so --
12:40:20  7       Q.  Okay.  And you can't say from that description
12:40:21  8   whether or not it's capable of performing the video
12:40:25  9   compression described, correct?
12:40:27 10       A.  From -- from what's described here, I do not know,
12:40:30 11   really, what the computational horsepower of the host computer
12:40:36 12   is.
12:40:36 13       Q.  Okay.  Is it your -- okay.  Never mind.
12:40:43 14           Now, again, looking at Figure 1, I think your
12:40:50 15   declaration says that the memory modules, 24, 26, 28, et
12:40:56 16   cetera, are removable; is that right?
12:41:00 17       A.  Yeah.  And if I can just take a small -- I just want
12:41:03 18   to -- I found a typo yesterday, and I would like to just
12:41:06 19   clarify that.
12:41:07 20       Q.  Okay.
12:41:08 21       A.  I was a little bit overeager in my use of the term
12:41:10 22   "memory module."
12:41:12 23       Q.  Which declaration are you referring to?
12:41:15 24       A.  This is the second one.
12:41:19 25       Q.  Which paragraph?
```

### Page 143

```
12:41:19  1       A.  And, yeah, let me find that.  So, I'll point out that
12:41:26  2   Item 39 correctly states that Walter's central data station
12:41:28  3   stores a single/program in each memory module and -- okay.
12:41:33  4   So, in Item 45 on page 13, I've used the term "memory modules"
12:41:42  5   in Item 45; and what I should have said was "data cells."  So,
12:41:50  6   that's both -- in the first sentence of -- of Item 45 should
12:41:55  7   read "rather uses multiple data cells to store a single
12:42:00  8   program."  And at the very top of -- yeah, you see that,
12:42:05  9   too --
12:42:07 10       Q.  I do.
12:42:08 11       A.  -- of -- of page 14, that's propagated through the --
12:42:10 12   through that item.
12:42:12 13       Q.  Okay.
12:42:12 14       A.  So, I apologize.  I just want to make that point
12:42:15 15   so --
12:42:15 16       Q.  So, while we're there with the "striped," that
12:42:18 17   striping is sort of like you would do in a RAID array?  Is
12:42:22 18   that the way you understand it?
12:42:25 19       A.  Yeah, yeah.  At some level -- I mean, let me say, I'm
12:42:28 20   not -- you know, I'm familiar with RAID peripherally from a
12:42:34 21   long time ago; but the general concept of rather than stacking
12:42:37 22   up the data sequentially in a single storage, we have
12:42:43 23   essentially hopping from -- from device to device.  Now, let
12:42:46 24   me add the caveat that -- that I believe that's as done in
12:42:51 25   RAID; but having not done anything with RAID since about 1994,
```

### Page 144

```
12:42:55  1   I'm a little uncomfortable making a definitive statement as to
12:42:59  2   what RAID does or doesn't do.
12:43:01  3       Q.  Okay.  So, again, though, the question was:  The
12:43:03  4   memory modules are removable, you say, right, in the central
12:43:07  5   data station?
12:43:07  6       A.  Sorry, I'm still back on RAID.  Let me say, I'm
12:43:11  7   definitely not sure what RAID does.  Let's just leave it at
12:43:14  8   that.  Now, I'm sorry, if you could repeat your question.
12:43:15  9       Q.  Okay.  But RAID uses that term "striping"?
12:43:17 10       A.  I -- I don't remember.  So, I was trying to sort out
12:43:20 11   what did I remember, what do I not remember.  And what I
12:43:22 12   remember about RAID is often having an error-correcting disk.
12:43:26 13       Q.  Where did you come with you the word "striping" in
12:43:28 14   your declaration?
12:43:29 15       A.  This is a term I'm familiar with from my history as
12:43:33 16   an electrical engineer.  I don't think I drew on any -- you
12:43:35 17   know, at some point in my life, I learned and understood what
12:43:38 18   striping data across multiple storage entities, for lack of a
12:43:43 19   better word, meant.  And --
12:43:46 20       Q.  And that's where you borrowed it?
12:43:47 21       A.  -- that's where it came from, yes.  Now, that -- what
12:43:47 22   did I -- that may well have come from my interaction with RAID
12:43:50 23   at some point in my career.  I just don't remember its origin.
12:43:55 24       Q.  Okay.  So, again, memory modules in the central data
12:43:58 25   station are removable, right?
```

### Page 145

```
12:44:01  1       A.  Yes.
12:44:01  2       Q.  And -- I mean, at least that's what you say.  I don't
12:44:04  3   see that anywhere in the patent.  Is that fair to say?
12:44:06  4       A.  Yes.  And you -- you clarified that.  And, yes, let
12:44:08  5   me follow that up.  But my -- my reading of the patent with
12:44:12  6   the extensive use of the term "preprogrammed," as we have
12:44:16  7   discussed, says to me that these are -- these are removable
12:44:19  8   modules.  And let me just add that, also, given that Walter
12:44:22  9   doesn't teach any mechanism by which the central data station
12:44:28 10   would receive content, that I -- I took as support of the fact
12:44:36 11   that these modules themselves could be removed and -- and
12:44:40 12   programmed.
12:44:40 13       Q.  So, you -- from the word "preprogrammed" and from the
12:44:43 14   fact that it doesn't describe how you load the information
12:44:45 15   into the modules, you took it to mean that you received them
12:44:51 16   by FedEx or something like that?
12:44:53 17       A.  That would be one option.  They -- you know, courier,
12:44:56 18   somebody could walk them.  We don't know where the compression
12:45:00 19   occurs.
12:45:01 20       Q.  Okay.
12:45:02 21       A.  I am very confident that the compression doesn't
12:45:05 22   occur here.  But other than saying it doesn't occur in the
12:45:08 23   central data station, I -- I don't know where it occurs.
12:45:11 24       Q.  Okay.
12:45:11 25       A.  So, FedEx may not be necessary.
```

Page 146

12:45:17  1   Q. Okay. Now, is there any reason why "preprogram"
12:45:20  2   doesn't simply mean programming before you make the content
12:45:23  3   available for download?
12:45:27  4   A. In the context of the Walter patent, given that there
12:45:34  5   was no mechanism described to get the information on to the
12:45:39  6   central data station or no video jukebox or anything of the
12:45:45  7   sort, that is how I interpreted that "preprogrammed" in this
12:45:54  8   case, in the specification. The way it gets used implies that
12:45:57  9   these are removable. And, you know, I think that -- the way I
12:46:01 10   looked at this was -- "preprogrammed" is -- it's quite a verb.
12:46:07 11   Contrast it with "stored." All right. From the standpoint, I
12:46:10 12   think, of describing the operation of the Walter unit to
12:46:14 13   somebody sitting on the bus next to me, I would say, "Well,
12:46:17 14   see these things? They store the video." But, in fact,
12:46:20 15   Walter does not use that term. Walter specifically uses
12:46:25 16   "preprogrammed" over and over to describe those modules.
12:46:29 17   Q. Well, and he might have been using that to indicate
12:46:32 18   that they're dedicated to a particular program, right?
12:46:37 19   A. Well, from the standpoint that he doesn't give us any
12:46:40 20   mechanism to alter them using a central data station and he
12:46:46 21   also tells us that a single module has a single program, I
12:46:53 22   think that we could call that dedicated.
12:46:56 23   Q. Okay. Well, he does, in fact, give us a way to -- to
12:46:59 24   alter the memory modules in the data receiving station, right?
12:47:05 25   A. The -- the memory modules in the data receiving

Page 147

12:47:08  1   station are the local storage. So, certainly.
12:47:10  2   Q. And it's your opinion, I think you said in your
12:47:12  3   declaration, that that memory module is of the same type
12:47:16  4   that's in the central data station, right?
12:47:19  5   A. I believe that the Walter patent explicitly makes
12:47:23  6   that statement.
12:47:23  7   Q. Okay. Is the memory module in the data receiving
12:47:25  8   station also removable?
12:47:28  9   A. I do not expect that the memory module in the data
12:47:31 10   receiving station is removable.
12:47:32 11   Q. But the patent doesn't say one way or another about
12:47:36 12   any of the memory modules, right, being removable?
12:47:39 13           MR. PAYNE: Objection, form.
12:47:40 14   A. Well, again, upon reading the specification, looking
12:47:44 15   at the preprogramming, the extensive use of the
12:47:47 16   "preprogramming" term --
12:47:49 17   Q. (By Mr. Stephens) Let me just be clear. I'm not --
12:47:50 18   I'm not asking whether or not you concluded based on what it
12:47:54 19   does say, that they're removable. I understand you did. I'm
12:47:55 20   asking about whether it says they're removable anywhere.
12:47:58 21   A. There is no sentence in the patent that says this
12:48:02 22   memory module is removable.
12:48:04 23   Q. Okay. And that's true for both the data receiving
12:48:06 24   station and the central data station, right?
12:48:10 25   A. It is.

Page 148

12:48:10  1   Q. Okay.
12:48:11  2   A. Now, you know, I would like to add that the data
12:48:13  3   receiving station -- again, we'll colloquially use a term for
12:48:16  4   today, a "set top box" -- this is a piece of consumer
12:48:21  5   electronics equipment. One can reasonably anticipate that
12:48:25  6   this piece of equipment is going to sit in some reasonably
12:48:29  7   sized cabinet and that the -- the operator, the customer, is
12:48:35  8   not going to be taking pieces in and out. But I suspect that
12:48:40  9   as today, the -- the companies get somewhat upset if you try
12:48:44 10   to mess around with the inside of your box.
12:48:48 11           On the other hand, the central data station is
12:48:53 12   at the cable head end or certainly at a location which is
12:48:55 13   operated by presumably the cable company; and they have an
12:49:04 14   interest, I think, in -- in providing more than one set of
12:49:07 15   programs for the rest of eternity. So, from the standpoint of
12:49:11 16   these things being preprogrammed elsewhere, this is the
12:49:17 17   mechanism by which they can change their programming.
12:49:21 18   Otherwise we have sort of a video-on-demand system which is a
12:49:25 19   video-to-exhaust system.
12:49:27 20   Q. Is -- is there any engineering obstacle or anything
12:49:31 21   unpredictable about making a memory module in the receiving
12:49:33 22   station removable?
12:49:38 23   A. I'm sorry, the second part was unpredictable. The
12:49:40 24   first part was --
12:49:41 25   Q. Let me just use the word "unpredictable" instead.

Page 149

12:49:44  1   So, is there anything unpredictable about changing the data
12:49:48  2   receiving station to make the memory module there removable as
12:49:52  3   you say the ones in the central data station are?
12:49:55  4           MR. PAYNE: Objection, form.
12:49:55  5   A. I'm sorry, I'm still getting a little hung up on this
12:49:59  6   question. Can I ask you to repeat it one more time?
12:50:00  7   Q. Yeah. Is there any reason why you would not be able
12:50:03  8   to or would expect any unusual engineering difficulties that
12:50:07  9   would make it unpredictable or lead to an unpredictable result
12:50:11 10   if you were to modify the data receiving station to make the
12:50:14 11   memory module removable?
12:50:17 12           MR. PAYNE: Objection, form.
12:50:20 13   A. I don't know what unpredictable mean -- can -- can --
12:50:21 14   let me ask you this. And I'm not trying to be difficult.
12:50:25 15   Maybe it's just the metabolism is kicking in after lunch.
12:50:30 16           Can I ask you to start the question again and
12:50:31 17   pause before you get to the predictable part because I digest
12:50:34 18   the question, and then all of a sudden we're on predictable
12:50:36 19   and I don't know what predictable means and I get hung up and
12:50:37 20   then I've forgotten what the beginning part of the question
12:50:40 21   is. So --
12:50:40 22   Q. (By Mr. Stephens) Okay. Could you modify the data
12:50:43 23   receiving station to make the memory module removable?
12:50:49 24           MR. PAYNE: Objection, form.
12:50:50 25   A. So, I don't know. I mean, for one, I don't know why

### Page 150

```
12:50:52  1    anybody would want to do such a thing.
12:50:54  2        Q.  (By Mr. Stephens) Well, we'll get to that in a
12:50:55  3    second; but if you wanted to, is there any particular
12:50:57  4    engineering difficulty in doing that?
12:50:59  5        A.  I don't know. I don't know. That depends on how the
12:51:02  6    system is designed.
12:51:05  7        Q.  Okay. Well, if it was designed so that they fit in
12:51:10  8    the same kinds of sockets that they did in the central data
12:51:11  9    station, presumably it would be doable, right?
12:51:14 10        A.  Well, actually, we already have a very different
12:51:17 11    setup from simply looking at the memory modules. I mean, I --
12:51:22 12    I believe -- and I think I said this and I hope I'm not
12:51:25 13    misspeaking when I say that Walter tells us that the memory
12:51:28 14    module is of the same type, but the memory module as shown in
12:51:33 15    Figure 1 in 102 has both inputs and an output and also a
12:51:40 16    little computer control input. The memory modules in the
12:51:45 17    central data station that we see in the upper left-hand corner
12:51:49 18    have one -- single arrows coming out of them. We don't see
12:51:55 19    input data going into those.
12:51:56 20        So, this already, even though the memory module
12:51:59 21    itself may be of the same type, says to me that these are
12:52:03 22    integrated into their respective positions in a different
12:52:10 23    manner.
12:52:10 24        Q.  Do you have any reason to believe that it would be
12:52:14 25    anything other than a straightforward exercise to make the
```

### Page 151

```
12:52:16  1    memory modules the data receiving station removable?
12:52:21  2        A.  What is a straightforward exercise?
12:52:24  3        Q.  Simple matter of ordinary day-to-day engineering
12:52:26  4    judgment, not involving the exercises of unusual creativity.
12:52:31  5        A.  I think it would involve the exercise of unusual
12:52:35  6    creativity to make the memory module in the data receiving
12:52:39  7    station removable.
12:52:41  8        Q.  I'm not --
12:52:42  9        A.  I see absolutely no reason --
12:52:43 10        Q.  Again, I'm specifically asking you not to answer
12:52:45 11    about motivation. I'm asking you, if you were asked to do so,
12:52:48 12    if you were asked to make it removable, do you have any reason
12:52:52 13    to believe that it would require anything other than ordinary
12:52:55 14    day-to-day engineering activities to do that?
12:53:00 15        A.  What are --
12:53:02 16            MR. PAYNE: Objection, form.
12:53:02 17        A.  -- ordinary engineering day-to-day activities? I
12:53:05 18    mean, I can envision --
12:53:05 19        Q.  (By Mr. Stephens) Saying: I'm going to put a socket
12:53:07 20    on this board instead of soldering it to the board. Is
12:53:16 21    anything else required?
12:53:18 22        A.  One needs a socket, one needs to understand why would
12:53:20 23    one want to --
12:53:22 24        Q.  I'm not asking about motivation.
12:53:24 25        A.  -- increase the cost, increase the complexity --
```

### Page 152

```
12:53:24  1        Q.  I'm not asking -- I'm specifically not asking about
12:53:26  2    motivation. I'm asking about doing it. If you're instructed
12:53:29  3    to do it, all you have to do is say: I'm going to put a
12:53:31  4    socket on there instead of soldering it to the board, right?
12:53:35  5            MR. PAYNE: Objection, form.
12:53:38  6        A.  I don't even know if a socket exists for these
12:53:41  7    things.
12:53:41  8        Q.  (By Mr. Stephens) Do you know what they were?
12:53:42  9        A.  So, I -- that is a potential --
12:53:43 10        Q.  Do you know what these memory chips are?
12:53:45 11        A.  And we are told that they are recirculating shift
12:53:47 12    registers.
12:53:48 13        Q.  And what is that? Is that a chip that you could go
12:53:50 14    out and buy?
12:53:51 15        A.  Well, Walter has not given us a specific part; and I
12:53:54 16    do not know if there were integrated units of these things
12:53:59 17    available.
12:53:59 18        Q.  Okay. But you could fabricate one using DRAM,
12:54:02 19    correct?
12:54:06 20        A.  No. I don't think one would fabricate one using
12:54:10 21    DRAM.
12:54:11 22        Q.  I'm not asking whether you would.
12:54:11 23        A.  No. I don't --
12:54:13 24        Q.  I'm saying you could.
12:54:13 25        A.  No.
```

### Page 153

```
12:54:14  1        Q.  Why not?
12:54:15  2        A.  Because DRAM is a random access memory technique --
12:54:23  3    technology. As we discussed or as I mentioned specifically
12:54:27  4    when I was talking about semiconductor RAM, each individual
12:54:30  5    piece --
12:54:31  6        Q.  Okay. Go ahead.
12:54:32  7        A.  -- location needs to be addressed.
12:54:34  8        Q.  Okay.
12:54:34  9        A.  Now, if I start off with a DRAM and I want to make
12:54:40 10    this a recirculating shift register --
12:54:41 11        Q.  No, I'm not asking you to change the DRAM into a
12:54:44 12    recirculating shift register. I'm saying it's pretty simple
12:54:47 13    to design a circuit that functions as a recirculating shift
12:54:52 14    register using DRAM as the storage component, correct?
12:54:54 15        A.  I disagree that it's simple.
12:54:54 16        Q.  Well, let me -- let me give you a very specific
12:54:57 17    example. So, if you create a address generator that simply
12:55:01 18    makes the address change by one location with every clock
12:55:05 19    pulse that you apply and use that to change the place where
12:55:10 20    memory is stored and retrieved from, you can generate -- you
12:55:13 21    can turn a DRAM into a recirculating shift register in
12:55:18 22    function by doing that, right?
12:55:19 23        A.  You used the word "simply," and I completely disagree
12:55:26 24    that this is a simple operation.
12:55:26 25        Q.  Okay. I --
```

Page 154

12:55:26  1    A.  For one, one of ordinary skill would never, would not
12:55:28  2  do this.  This is starting off with a system that is overly
12:55:32  3  complex for what is needed and then having to design logic
12:55:36  4  that sits on top of it or in conjunction with it.
12:55:40  5    Q.  Is a counter -- is a counter a complex circuit?
12:55:43  6    A.  Given that the recirculating shift register does not
12:55:46  7  require the random access, the DRAM already has all of the
12:55:50  8  write and read lines and apparatus on it to do the access
12:55:56  9  We're essentially, then, designing more circuitry to bypass
12:56:02 10  that --
12:56:02 11    Q.  Look --
12:56:02 12    A.  -- and on top of it, then, I have to actually route
12:56:06 13  the output of my DRAM to the input.
12:56:09 14    Q.  Okay.  Sorry to interrupt --
12:56:09 15    A.  Now I have capacitance issues.
12:56:11 16    Q.  You keep changing my question.  I'm not asking you
12:56:14 17  about motivation.  I'm asking you about whether it's something
12:56:16 18  that's easy to do if you're instructed to do it.
12:56:19 19    A.  I don't think it's easy.
12:56:20 20    Q.  So, it's not easy to make a counter that would
12:56:23 21  increment the address with each clock pulse; is that right?
12:56:30 22  Is that your testimony?
12:56:30 23    A.  I'm starting off with a recirculating shift register.
12:56:33 24    Q.  No.  I'm not.  I'm starting out -- I'm asking you
12:56:34 25  whether --

Page 155

12:56:34  1    A.  No, no, no.  I'm going to compare to that, okay?
12:56:36  2  Bear with me.  I have a recirculating shift register --
12:56:39  3    Q.  I would bear with you, but your counsel has severely
12:56:42  4  limited the amount of time we have.  So, I can't allow you to
12:56:45  5  go off on these lectures.
12:56:46  6        MR. PAYNE:  What do you mean I've limited?
12:56:49  7        MR. STEPHENS:  We're going to stop at 2:00
12:56:50  8  o'clock, right?
12:56:51  9        MR. PAYNE:  Yes.
12:56:51 10        MR. STEPHENS:  Okay.
12:56:51 11        MR. PAYNE:  Right.
12:56:52 12        MR. STEPHENS:  That's severely limiting.
12:56:53 13        MR. PAYNE:  Well, wait a second.  You
12:56:55 14  specifically agreed to that.
12:56:57 15        MR. STEPHENS:  Right.
12:56:58 16        MR. PAYNE:  Had you wanted more time, you should
12:56:59 17  have told me.
12:57:02 18        MR. STEPHENS:  I'm going to ask for more time
12:57:03 19  because you instructed her not to answer a key question.
12:57:05 20        MR. PAYNE:  One question, Garland?  Give me a
12:57:07 21  break, please.
12:57:08 22        MR. STEPHENS:  A key question.
12:57:09 23        MR. PAYNE:  Please, Garland.
12:57:09 24    Q.  (By Mr. Stephens) Okay.  Well, whatever.  We don't
12:57:10 25  have much time.  So, I'm going to ask you not to give me

Page 156

12:57:13  1  long -- long answers to simple questions, if you can avoid it.
12:57:18  2  I -- I'm not -- I'm not questioning whether you're intending
12:57:23  3  to do it the way it's done.  I'm not saying that because I
12:57:26  4  don't believe that you are.  I'm simply saying we don't have
12:57:30  5  much time and I have a lot of material to cover so I'm asking
12:57:32  6  you, please, to answer the question I'm asking and not give me
12:57:35  7  long answers.
12:57:36  8    A.  Just so you know, as I told Les, this is the relaxing
12:57:38  9  part the day because I have to fly later.  So...
12:57:42 10    Q.  Okay.  I fly a hundred thousand miles a year.  I can
12:57:46 11  definitely relate to that.  Well, no, I've flown a hundred
12:57:48 12  thousand miles --
12:57:48 13    A.  I'm sorry.
12:57:49 14    Q.  -- as of last month.
12:57:51 15    A.  I'm sorry.
12:57:52 16    Q.  Okay.  So, is it a difficult thing to design a
12:57:55 17  counter?
12:57:56 18    A.  In the abstract, designing a counter -- well, it
12:58:00 19  depends who you're speaking to.  To one of ordinary skill as
12:58:04 20  described in my various reports, I think designing a counter
12:58:10 21  is easy.
12:58:12 22    Q.  Okay.  And you could use a counter to make a DRAM
12:58:15 23  function as a recirculating shift register from the outside,
12:58:20 24  right?  In other words, it would look like a recirculating
12:58:26 25  shift register to the circuits that interface with it; is that

Page 157

12:58:29  1  right?
12:58:30  2    A.  I would say that while one of ordinary skill would
12:58:33  3  not do that -- and I'll cease the pontificating for the rest
12:58:39  4  of it -- certainly we could put a recirculating shift register
12:58:42  5  in a black box and have another black box with DRAM and
12:58:47  6  associated circuitry and wiring and potential other stuff to
12:58:51  7  deal with excess capacitance.  And to the outside observer,
12:58:55  8  the inputs and the outputs would be identical.
12:58:58  9    Q.  Okay.  Now, if you were tasked with replacing the --
12:59:07 10  replacing FedEx for distributing video to central data
12:59:11 11  stations, you could simply use the system described in
12:59:19 12  Figure 1, right?  In other words, you could -- at the place
12:59:26 13  you compressed the video --
12:59:29 14    A.  I have to ask you to start over.  I'm completely
12:59:32 15  lost.
12:59:33 16    Q.  Okay.
12:59:33 17    A.  So, first off, let me say that I didn't say that
12:59:35 18  FedEx was -- I said that was one option.
12:59:39 19    Q.  I think you said courier or -- well --
12:59:40 20    A.  Courier could be foot or bicycle, too.
12:59:41 21    Q.  Okay.  So, if you were out to replace the manual
12:59:44 22  delivery of the chips, you could use the system described in
12:59:49 23  Figure 1 to do that, right?
12:59:50 24    A.  I do not see how that would happen.  I'm not
12:59:53 25  following you.

Page 158

12:59:53  1    Q. Well, if my point is to get video from Point A to
12:59:57  2  Point B, I can use the system in Figure 1 to do that, right?
13:00:04  3    A. A courier could deliver video from -- let's just
13:00:13  4  stick to, you know, Figure 1. So, suppose that we have some
13:00:15  5  other location which either requires a FedEx courier or some
13:00:19  6  type of mechanical transport. To use the system in Figure 1
13:00:29  7  would require that first the central data station have
13:00:37  8  receiving capabilities which it doesn't have; and secondly,
13:00:44  9  the origin, the location of the compression would need to have
13:00:53 10  transmission facilities. And we don't know anything about the
13:00:59 11  location that does the compression. So, even writing that
13:01:02 12  off, our central data station does not have reception
13:01:06 13  capabilities. We're not -- that's lacking as described in the
13:01:11 14  specification.
13:01:11 15    Q. Okay. So, I just want to go back to the courier for
13:01:15 16  a moment. So, the manual delivery of the chips that you
13:01:19 17  described was intended to --
13:01:23 18    A. Module.
13:01:23 19    Q. I'm sorry, modules, memory modules -- was intended to
13:01:27 20  transport compressed video from the place it's compressed to
13:01:30 21  the central data station, right?
13:01:33 22    A. Yes. We could call the compression location where
13:01:36 23  that preprogramming occurs, yes.
13:01:39 24    Q. Okay. So, the reason for using that courier is to
13:01:42 25  move the video, the compressed video, from the place where

Page 159

13:01:46  1  compression occurs to the central data station where it would
13:01:48  2  be installed in the system, right?
13:01:49  3    A. It has to get there somehow.
13:01:52  4    Q. Okay. So, given that problem of moving video from
13:01:56  5  one place to another, a possible solution to that problem is
13:02:02  6  the system shown in Figure 1, right? It does move video from
13:02:06  7  the central data station to the data receiving station, right?
13:02:12  8    A. The latter half of your question, it does move video
13:02:16  9  from the central data station to the data receiving stations,
13:02:19 10  correct. Maybe I can ask you to clarify a little bit exactly
13:02:22 11  how that would be used in conjunction with the compression
13:02:25 12  location.
13:02:26 13    Q. Okay. So, if you were to locate the apparatus we see
13:02:30 14  at the central data station, a copy of it, at the place where
13:02:33 15  you did the compression and put a copy of the data receiving
13:02:37 16  station at the central data station, you could then replace
13:02:41 17  the courier by transmitting the compressed video from the
13:02:47 18  place where the compression occurred to the data receiving
13:02:49 19  station, right?
13:02:50 20    A. So, effectively what you've described is almost a
13:02:53 21  tiered system.
13:02:55 22    Q. Yes.
13:02:55 23    A. A second tier system. So, I -- I worked on video on
13:03:01 24  demand in 1994; and there certainly was no discussion of
13:03:09 25  having the video server itself be a receiving station as well

Page 160

13:03:16  1  from another level of servers.
13:03:18  2    Q. Look, I'm not asking about that. I'm simply asking
13:03:20  3  about whether you could use the system designed in Figure 1 to
13:03:25  4  transport video from the place where compression occurs to the
13:03:28  5  central data station?
13:03:31  6    A. I -- I don't know that the place where compression
13:03:36  7  occurs would have such a system.
13:03:38  8    Q. But if they didn't, this is one way to solve the
13:03:41  9  problem of getting video from the central data -- from the
13:03:44 10  place where compression occurs to the central data station,
13:03:48 11  right?
13:03:48 12    A. This is a video-on-demand cable system,
13:03:55 13  video-on-demand system for use -- it's called a cable
13:03:58 14  provider. The problem that this addresses is very, very
13:04:03 15  different from the problem of a location needing to transfer
13:04:12 16  or transmit all of what it's producing to a single location.
13:04:18 17    Q. But it could be used for that, right? And, in fact,
13:04:25 18  all that's shown in Figure 1 is transporting it to a single
13:04:30 19  location, right?
13:04:34 20    A. All that's shown as opposed to --
13:04:37 21    Q. Well, there's only one receiving station shown in
13:04:40 22  Figure 1, right?
13:04:41 23    A. So, you're contrasting that with having multiple
13:04:43 24  receiving stations?
13:04:44 25    Q. Yeah.

Page 161

13:04:46  1    A. I guess I don't see how that's relevant to --
13:04:48  2    Q. Well, you said it's -- it's designed to solve a
13:04:52  3  different problem, but what's shown in Figure 1 is
13:04:55  4  transporting video from one location to one other location,
13:04:57  5  right?
13:05:01  6    A. Walter teaches us a system for use in a
13:05:04  7  video-on-demand scenario. The point of, for example, the
13:05:08  8  call-back line is so that different users can request whatever
13:05:17  9  video they want, that being the purpose of video-on-demand.
13:05:20 10  You watch Shrek, and I watch Monsters, Inc. To say that this
13:05:26 11  is simply a point-to-point delivery system because Figure 1
13:05:31 12  only shows one data receiving station, I think, is a
13:05:34 13  misrepresentation of what is -- what this patent addresses.
13:05:39 14    Q. I'm not asking about whether that -- that it's
13:05:42 15  limited to a point-to-point transmission system. It could be
13:05:44 16  used for a point-to-point transmission system, correct?
13:05:53 17    A. It's extreme overkill, at best, for a point-to-point
13:05:56 18  transmission system.
13:05:58 19    Q. Okay. Well, it could also be used for broader
13:06:00 20  distribution, right? And I think that's your point, that it
13:06:03 21  is, in fact, designed for broader distribution of compressed
13:06:08 22  video, right?
13:06:09 23    A. What's described is a central data station that can
13:06:11 24  serve a variety of users. This is not the same scenario as a
13:06:18 25  single compression location needing to transmit this

Page 162

```
13:06:22  1  information to a single end point.
13:06:25  2     Q.  Now, you said that the central data station is like a
13:06:30  3  cable head end, right?
13:06:32  4     A.  I'm using this colloquially so...
13:06:35  5     Q.  But most cable systems have lots of head ends, right?
13:06:39  6     A.  Well, it depends what we call the "head end" so...
13:06:43  7     Q.  Most cable systems have lots of things that those
13:06:46  8  cable systems refer to as the head end, right?
13:06:49  9     A.  Yeah.  And let me -- you know, what I have in mind is
13:06:52 10  the single Time Warner unit address, really, building in
13:06:59 11  Ithaca.  Yeah, the central data station is at some -- some
13:07:04 12  location that can access many users so that many users can
13:07:08 13  access it.
13:07:08 14     Q.  And most cable systems in the Eighties have multiple
13:07:12 15  communities that they served and each community had its own
13:07:15 16  cable head end, right?
13:07:16 17     A.  That, I don't know.  I don't know how cable systems
13:07:17 18  were configured in the Eighties.
13:07:18 19     Q.  It's certainly true today, right?
13:07:20 20     A.  I don't actually know how cable systems are
13:07:22 21  configured today.
13:07:22 22     Q.  Okay.  So, you just pulled the cable head end idea
13:07:26 23  out of your head -- I'm just trying to understand how you
13:07:28 24  decided that the central data station would be located in the
13:07:31 25  cable head end.
```

Page 163

```
13:07:31  1     A.  Well, because colloquially, I -- I would like to
13:07:36  2  delineate between using these as -- okay.
13:07:37  3         When I write these declarations in my reports, I
13:07:42  4  am attempting, I hope, to write these things in a manner that
13:07:46  5  people who are not tremendously technical can understand; and
13:07:57  6  let me just clarify something here.  And my understanding of
13:08:01  7  cable head end, which I think is a general person's
13:08:06  8  understanding of cable head end, is a location which can
13:08:09  9  branch out and serve multiple users.
13:08:14 10     Q.  Okay.  And are those often connected to other
13:08:16 11  locations?  So, just, for example, cable head ends often will
13:08:21 12  have satellite down link, right?
13:08:23 13     A.  Cable head ends, yes, I would agree with that.  They
13:08:27 14  do receive information, yes.
13:08:28 15     Q.  And they receive it so that they can retransmit it to
13:08:30 16  their subscribers, right?
13:08:33 17     A.  Yes.
13:08:34 18     Q.  And a typical cable operator like Time Warner will
13:08:38 19  possess many head ends, right?
13:08:47 20     A.  I was not using the term head end as one or many.
13:08:49 21  I'm -- I'm using that term from the standpoint of from a --
13:08:59 22  let's use Walter's term -- data receiving station, that data
13:09:03 23  is going to come from some central location where there are --
13:09:07 24  there is equipment located designed to appropriately get the
13:09:11 25  material to the data receiving station.
```

Page 164

```
13:09:14  1     Q.  And those places, those central data stations have to
13:09:19  2  get their content from somewhere, right?
13:09:22  3     A.  Well, in the case of Walter, we see the central data
13:09:26  4  station has these memory modules which are installed in the
13:09:29  5  case of, for example, the -- the Time Warner building in
13:09:34  6  Ithaca, they certainly have cable receivers.
13:09:38  7     Q.  Okay.
13:09:38  8     A.  I'm sorry, satellite receivers.
13:09:40  9     Q.  So, the normal way to do it is electronically rather
13:09:44 10  than sending things by courier to the cable head end, right?
13:09:49 11         MR. PAYNE:  Objection, form.
13:09:50 12     A.  I don't know what's normal in distribution these
13:09:53 13  days.
13:09:53 14     Q.  (By Mr. Stephens)  Okay.  And you don't know what was
13:09:55 15  normal in 1985, right?
13:09:56 16     A.  In terms of cable head ends, that's correct.
13:09:59 17     Q.  Okay.  So, you don't know whether a cable operator
13:10:05 18  would have been motivated to use the same kind of system that
13:10:07 19  we see in Walter to distribute video to its cable head ends,
13:10:12 20  right?
13:10:15 21         MR. PAYNE:  Objection, form.
13:10:15 22     A.  So, I would like to see, I guess, a diagram of the
13:10:20 23  type of cable system that you're referring to with what's
13:10:22 24  called head end in order to answer that.
13:10:26 25     Q.  (By Mr. Stephens)  So, you just don't know without
```

Page 165

```
13:10:27  1  having more information; is that right?
13:10:29  2     A.  Yes.
13:10:47  3     Q.  Okay.  Would a person of ordinary skill in the
13:10:50  4  Eighties have understood that you could use a disk drive in
13:10:52  5  place of the memory modules in Walter?
13:10:55  6     A.  I missed the very beginning verb.  Did you say "would
13:10:59  7  a"?
13:10:59  8     Q.  Would a person of ordinary skill in the art in 1985
13:11:02  9  have understood that you could use a disk drive in place of
13:11:05 10  the memory module described in Walter?
13:11:08 11     A.  I think that one of ordinary skill would have
13:11:09 12  understood that you would not use a disk drive in place of the
13:11:12 13  memory modules.
13:11:15 14     Q.  Why?
13:11:15 15     A.  So, first off, Walter has explicitly taught us that
13:11:19 16  those are recirculating shift registers.  But outside of that,
13:11:24 17  those units had particular speed requirements in order to get
13:11:33 18  the data out at the speeds required for the -- the --
13:11:38 19  transmission.  And, in fact, Walter specifically talks about
13:11:42 20  doing the setup of the data cells to somewhat reduce those
13:11:46 21  rates a little bit.  And I do not believe that that data could
13:11:53 22  have been accessed quickly enough using hard drives with the
13:12:01 23  speeds that they had available in the Eighties.
13:12:05 24     Q.  But you -- in other words you might not be able with
13:12:07 25  a single magnetic disk drive to get it out fast enough to send
```

Page 166

```
13:12:11  1   a two-hour movie in 31 seconds; is that right?
13:12:13  2       A.  Well, a single magnetic disk drive is certainly not a
13:12:16  3   recirculating shift register.
13:12:16  4       Q.  No, I'm --
13:12:16  5       A.  But yes.
13:12:19  6       Q.  -- I'm specifically asking about if you replaced the
13:12:21  7   recirculating shift register with a disk drive.
13:12:25  8       A.  If you replaced a recirculating shift register with a
13:12:25  9   disk drive -- first off, let me note that Walter states that
13:12:34 10   the compressed data rate is, if I remember correctly, 44
13:12:38 11   megabits per second.  So, we see that on Column 7 around
13:12:44 12   line 39.  So, given the size of single disk drives in the
13:12:50 13   Eighties, which I don't have on the tip of my tongue, but I am
13:12:54 14   certain would not be able to store more than several seconds
13:12:58 15   of video -- so, from the standpoint that we're -- Walter is
13:13:02 16   referring to a two-hour movie, I think one of ordinary skill
13:13:07 17   would understand that.
13:13:15 18       Q.  So, you -- it's your testimony that disk drives
13:13:18 19   weren't big enough to store a two-hour movie at that data
13:13:22 20   rate; is that right?
13:13:23 21       A.  Well, at 44 megabits per second, two hours is 7,200
13:13:28 22   seconds.  And actually, we can do the multiplication here, 31
13:13:38 23   seconds times 10,400 megabits per second.  So, this gives
13:13:41 24   us 300 -- 300 megabits, and I don't believe in the
13:13:51 25   mid Eighties there were 300 megabit single magnetic drives.
```

Page 167

```
13:13:55  1       Q.  Okay.  But you could stripe disk drives together in a
13:13:59  2   RAID array to get that size, right?
13:14:08  3       A.  Can you give me a little bit more details about what
13:14:10  4   you mean by RAID?  I think I mentioned --
13:14:14  5       Q.  Redundant --
13:14:14  6       A.  Yeah, I understand what Redundant Arrays of -- I'll
13:14:17  7   let you finish that.
13:14:18  8       Q.  I think it's variously called Inexpensive Disks or
13:14:22  9   something else, which I don't remember.
13:14:25 10       A.  So, my familiarity with RAID also came from when I
13:14:28 11   worked on video on demand, which was in 1994.  So, all the
13:14:32 12   nuances involved in -- in something specific known as RAID, I
13:14:37 13   don't -- I'm uncomfortable answering.  I would agree that one
13:14:42 14   could assemble a large group of disk drives such that the sum
13:14:47 15   of the capacity was 300 megabits.
13:14:50 16       Q.  And it was known that you could stripe data across
13:14:53 17   them and to increase the I/O, the data rate, at which you
13:14:57 18   could read them, right?
13:14:58 19       A.  I don't know for a fact that that was known in the
13:15:01 20   mid Eighties, but I think it's reasonable to expect that it
13:15:03 21   was.
13:15:04 22       Q.  Okay.  And if your only concern was to send it
13:15:08 23   quickly but maybe not send it in 31 seconds, you could use a
13:15:13 24   RAID array of disks in 1985 to store digital video and send it
13:15:19 25   faster than real-time over the optical network described in
```

Page 168

```
13:15:21  1   Walter, right?
13:15:25  2       A.  I don't know that that would be possible in that one
13:15:31  3   would have a substantial issue in coordinating what I expect
13:15:36  4   to be a fairly large number of drives.  I mean, we're not
13:15:39  5   talking, like, five drives here to get 300 megabits.
13:15:42  6       Q.  Do you know how many drives would be required?
13:15:46  7       A.  I am sure it would be at least double digit; but,
13:15:49  8   again, I just don't have those disk capacities on the tip of
13:15:53  9   my tongue right now.  So, I'd rather not do some hypothetical
13:15:57 10   calculation which may or may not.  But I am confident that it
13:16:00 11   would be double digit and possibly even over a hundred.  So,
13:16:04 12   having said that, the data could certainly be stored.  One
13:16:12 13   could have the fiber optic lines, but there's still a matter
13:16:17 14   of getting the data off and coordinating it, for lack of a
13:16:23 15   better way to put it, in such a manner that it can be
13:16:28 16   appropriately multiplexed and packaged for transmission over
13:16:35 17   the fiber optic links as taught.
13:17:09 18       Q.  Now, earlier today we were talking about audio
13:17:12 19   compression and you said that a person of ordinary skill in
13:17:18 20   the art would have been aware of statistical characteristics
13:17:22 21   of audio and the way human ear processes audio information,
13:17:28 22   right?
13:17:28 23       A.  Yes.
13:17:28 24       Q.  Now, humans hear audio in a way that makes them more
13:17:40 25   sensitive to lower frequencies across the human hearing range;
```

Page 169

```
13:17:44  1   is that right?  Or maybe I should say more finely able to
13:17:49  2   distinguish between tones at lower frequencies?
13:17:53  3       A.  That's very well put.  Yes.  We essentially have a
13:17:57  4   filter bank in our ears, and the bandwidths of the lower
13:18:00  5   frequency channels are narrower.  So, therefore, if we have
13:18:04  6   two tones that are some distance apart, they may fall into
13:18:08  7   separate channels and we can delineate that.  Where if we move
13:18:13  8   them up to higher frequencies, they may fall within a single
13:18:14  9   filter bandwidth.
13:18:14 10       Q.  And that's reflected in the way musical instruments
13:18:18 11   are configured in octaves, right?
13:18:24 12       A.  I think that's a philosophical question.  I don't --
13:18:27 13   I don't know even what configured for a musical instrument
13:18:32 14   means.
13:18:33 15       Q.  Well, for example, you've referred to the keys on a
13:18:36 16   piano keyboard as being in different octaves, right?
13:18:41 17       A.  Yes, but that -- okay.
13:18:44 18       Q.  And an octave in ordinary acoustical meaning refers
13:18:49 19   to doubling frequency.  If you move up one octave, you double
13:18:53 20   the frequency?
13:18:54 21       A.  Oh, okay.  Now I understand what you're saying.  So,
13:18:56 22   I would say that, yeah, our -- as humans, our representation
13:19:00 23   of music or acoustical information is tied in with -- with our
13:19:04 24   hearing sensitivity, yeah.  That statement, I -- that I just
13:19:08 25   said, I would -- I would agree with.
```

Case 3:06-cv-00019-MHP   Document 157-9   Filed 09/06/2007   Page 8 of 18

Sheila Hememi  -  9/4/07

44 (Pages 170 to 173)

## Page 170

13:19:10   1   Q. Okay. And, so, the entire human hearing frequency
13:19:14   2   range from 10,000 hertz to 20,000 hertz is really just the top
13:19:18   3   octave; is that right?
13:19:23   4   A. Now, let's delineate -- octaves are terms that we use
13:19:29   5   as humans to describe music. With respect to the ear, we
13:19:34   6   refer to what are called critical bands. And the critical
13:19:40   7   bands are effectively -- there's no one single answer for
13:19:43   8   exactly where the edges of the critical bands are. I think
13:19:47   9   there's sort of general agreement, but specifically people can
13:19:51  10   move them around a little bit -- is the critical bands that we
13:19:54  11   refer to that actually serve as the frequency delineations in
13:20:00  12   the ear. Now --
13:20:01  13   Q. How many critical bands are there?
13:20:04  14   A. I don't know how many critical bands there are, but
13:20:07  15   to map the critical band back to your question or the area
13:20:10  16   that you talked about between 10,000 and 20,000, I do not know
13:20:16  17   whether there are critical boundaries, critical band
13:20:21  18   boundaries in that range or not.
13:20:24  19   Q. Do you know approximately how many critical bands
13:20:26  20   there are?
13:20:30  21   A. They're on the order of tens -- "tens" meaning order
13:20:33  22   of magnitude so --
13:20:35  23   Q. But not a hundred, right?
13:20:36  24   A. Not a hundred, no.
13:20:39  25   Q. Do you know offhand statistically how much musical

## Page 171

13:20:44   1   information is represented in a band from 10,000 to 20,000
13:20:48   2   hertz?
13:20:49   3   A. So, can you clarify what you mean by "statistically"
13:20:52   4   and how much --
13:20:52   5   Q. If you take a large sample of popular music, how much
13:20:56   6   information content, how much power relative to the entire
13:21:02   7   signal is being delivered in that band from 10 to 20
13:21:06   8   kilohertz.
13:21:07   9   A. Okay. So, now we've, okay, clarified with respect to
13:21:09  10   power.
13:21:10  11       So, were we to take, say, eight FM radio
13:21:17  12   stations, hopefully one of which would include classical
13:21:21  13   music, and average out, essentially do a histogram for power
13:21:26  14   across various frequency bands, I don't know what that
13:21:28  15   histogram would look like at -- let me just emphasize that it
13:21:33  16   is important to average. We can't take a single piece of
13:21:36  17   music and say that it's -- or any audio content, a symbol
13:21:39  18   crash, and say that it's representative for the symbol class
13:21:41  19   as a whole.
13:21:42  20   Q. Well, let me just give you an example of personal
13:21:43  21   experience. I have a rather elaborate stereo system that has,
13:21:49  22   in part, a sort of frequency analyzer display which I can
13:21:52  23   watch while I'm listening to music; and I see very little
13:21:56  24   content above 13 kilohertz ever -- do you have any reason to
13:22:01  25   disagree with that -- over the type of music that I listen to.

## Page 172

13:22:05   1   A. You know, I have to say that I have no idea what unit
13:22:10   2   you have, how it is computing, how much it should light up of
13:22:14   3   those, what type of preprocessing or signal conditioning
13:22:18   4   they're doing, whether that is reflecting what your graphic
13:22:22   5   equalizer settings are or not. So, I -- I would not like to
13:22:25   6   make any type of guess based on what you've just told me.
13:22:29   7   Q. Do you have any reason to believe that it -- do you
13:22:35   8   have any reason to disbelieve the proposition that I'm making
13:22:38   9   that there is relatively little musical content above 13
13:22:43  10   kilohertz?
13:22:43  11   A. Well, I'll make two comments. One is I don't know
13:22:46  12   what "relatively little" is; and secondly, I do believe that
13:22:52  13   the standard that exists for digitizing audio for compact
13:22:56  14   disks was designed by smart people and it is a reasonable
13:23:02  15   standard and the fact that they sample at 44.1 kilohertz,
13:23:08  16   which would be twice of the highest frequency of 22.05, I
13:23:13  17   believe that decision was made on sound engineering
13:23:15  18   principles. And if they really believed that, indeed, we
13:23:19  19   needed to -- we could get away with cutting off at 13.5 or 15
13:23:24  20   or 17, that we would have that because the end result means
13:23:29  21   that we would -- this goes back to our storage. We would have
13:23:33  22   more data on a compact disk.
13:23:34  23   Q. Is it fair to say, though, that that decision does
13:23:37  24   not mean that information is uniformly distributed across the
13:23:42  25   audio spectrum?

## Page 173

13:23:44   1   A. Information is certainly not, in the content of any
13:23:47   2   type of audio with the exception of white noise, uniformly
13:23:52   3   distributed across the audio spectrum.
13:23:55   4   Q. Okay. And in fact, it is concentrated in the bands
13:23:57   5   in which human speech is also concentrated, right?
13:24:05   6   A. I have a particular plot in mind from one of my
13:24:08   7   lectures, but I honestly don't remember the axes so well. So,
13:24:12   8   I'm a little hesitant to nail it down to that, but I will say
13:24:15   9   that certainly in terms of our sensitivity, we have -- on a
13:24:19  10   log/log plot, we have a peak that goes up at frequencies below
13:24:25  11   10 kilohertz and then falls off. And I'll just add, we have
13:24:29  12   an extreme sensitivity at a high frequency range which is
13:24:33  13   where babies scream. It's true.
13:24:34  14   Q. And what is that frequency?
13:24:37  15   A. I think that's around 7,000 hertz, but it's very,
13:24:39  16   very clear on the plot.
13:24:42  17   Q. We need to change the tape. So, let's take a very
13:24:44  18   brief break.
13:24:45  19       THE VIDEOGRAPHER: Off the record at 1:24.
           20       (Recess taken)
13:27:00  21       THE VIDEOGRAPHER: This is the deposition of
13:27:22  22   Dr. Hemami. The time is 1:27. We're back on the record.
13:27:27  23   Q. (By Mr. Stephens) Dr. Hemami, if you were to take
13:27:29  24   Claim 1 of the '995 patent completely apart from the
13:27:33  25   disclosure of the specification or the drawings --

Merrill Legal Solutions
www.merrillcorp.com                                    1-888-513-9800

Page 174

13:27:38  1    A. Could I just see the patent? I don't want to go on
13:27:40  2  my memory of the claim.
13:27:50  3    Q. All right. Just a second.
13:28:04  4        This has previously been marked as Exhibit 1.
13:28:13  5        MR. STEPHENS: Les, I'm assuming you've got
13:28:13  6  that?
13:28:14  7        MR. PAYNE: Yeah, thanks.
13:28:15  8    A. Okay.
13:28:16  9    Q. (By Mr. Stephens) If you took Claim 1, would you be
13:28:17 10  able to build that -- a person of ordinary skill in the art,
13:28:21 11  would they have been able to build that just based on what
13:28:25 12  they knew as a person of ordinary skill in the art?
13:28:28 13        MR. PAYNE: Wait, this is a -- is this an
13:28:30 14  enablement question?
13:28:33 15        MR. STEPHENS: No. It's actually about Walter;
13:28:33 16  so, bear with me.
13:28:40 17        MR. PAYNE: Can you repeat --
13:28:41 18    Q. (By Mr. Stephens) So, let me -- let me just ask the
13:28:41 19  question differently. Would a person of ordinary skill in the
13:28:45 20  art in 1985, if they were presented with Claim 1 of the '995
13:28:48 21  patent and the disclosure of Walter been able to build what's
13:28:51 22  claimed?
13:28:56 23    A. Okay. I'm going to repeat this to make sure I
13:28:59 24  understand this. This person has Walter.
13:29:02 25    Q. Yes.

Page 175

13:29:03  1    A. And this person has just the text of Claim 1 from the
13:29:09  2  '995 patent?
13:29:11  3    Q. That's right.
13:29:20  4    A. Well, my first off-the-cuff remark is that Walter
13:29:25  5  hasn't given us any compression means.
13:29:29  6    Q. Okay. So, let me ask it slightly differently then.
13:29:33  7  Let's look only at the functions for the means-plus-function
13:29:37  8  claims.
13:29:38  9    A. Let me also add, we don't have any random access
13:29:41 10  storage means. So -- okay. So, you would like me to look
13:29:43 11  just at what's going on --
13:29:44 12    Q. Right.
13:29:45 13    A. -- not the thing itself.
13:29:46 14    Q. Right. I'm not asking you to perform the 112
13:29:48 15  analysis. If you'd just look at the functions that are
13:29:50 16  recited.
13:29:50 17    A. I don't know what that means.
13:29:52 18    Q. Fair enough. If you just look at the -- the
13:29:53 19  functions that are recited and you take a person of ordinary
13:29:56 20  skill in the art that has that list of functions in Claim 1
13:30:00 21  and Walter, would they have enough information to build
13:30:04 22  Claim 1?
13:30:26 23    A. I guess I'm not exactly -- I mentioned that Walter
13:30:28 24  doesn't give us any compression mechanism. Walter doesn't
13:30:32 25  teach us that anything in Figure 1 is a compressor, and --

Page 176

13:30:43  1    Q. Looks like --
13:30:45  2    A. -- I've mentioned that --
13:30:48  3    Q. Okay. Go ahead.
13:30:49  4    A. I don't know what the host -- I don't know enough
13:30:50  5  about the host computer to say whether it was capable of doing
13:30:53  6  that or not.
13:30:55  7    Q. I think your misapprehending my question a little
13:30:56  8  bit. I'm not asking whether all the elements in Claim 1 are
13:31:00  9  present in Walter. I'm asking whether if you had the
13:31:03 10  information in Walter, would you be able to build what's in
13:31:05 11  Claim 1 if you were looking at Claim 1 so it tells you you
13:31:09 12  need something to do compression and it tells you you need
13:31:12 13  random access memory. With that and the knowledge of a person
13:31:15 14  of ordinary skill in the art and Walter, would you be able to
13:31:22 15  build what's in Claim 1?
13:31:28 16    A. I -- I -- I genuinely do not understand the question.
13:31:35 17    Q. Well, so, for example, when it talks about a means
13:31:42 18  for compressing audio/video source information, Walter
13:31:47 19  describes an algorithm for doing that, right?
13:31:51 20    A. Walter mentions an algorithm for compression of
13:31:55 21  video.
13:31:56 22    Q. Okay. And random access storage means is something
13:31:59 23  that people of ordinary skill in the art were very familiar
13:32:02 24  with in the mid Eighties, right?
13:32:06 25    A. Random access storage would have been known to one of

Page 177

13:32:10  1  skill.
13:32:11  2    Q. Okay. And Walter describes a way of outputting
13:32:16  3  audio/video information over an optical fiber faster than
13:32:20  4  real-time, right?
13:32:27  5    A. Walter describes -- in fact, most of the stuff in the
13:32:31  6  central data station is to get the data onto the fiber optic
13:32:36  7  lines.
13:32:36  8    Q. Okay. So, is there anything that's in Claim 1 that
13:32:40  9  you would not be able to figure out how to do if you had
13:32:45 10  Claim 1 and the disclosure of Walter?
13:32:50 11        THE REPORTER: I'm sorry, "disclosure of" --
13:32:53 12        MR. STEPHENS: Of Walter in 1985.
13:32:54 13    A. Well, Claim 1 also requires an input means.
13:33:00 14    Q. (By Mr. Stephens) Okay.
13:33:00 15    A. And I look at Walter and we've discussed that our
13:33:11 16  central data station does not have an input means.
13:33:13 17    Q. But the receiving station does, right?
13:33:16 18    A. The receiving station does receive.
13:33:19 19    Q. So, if you need an input means, the -- the structures
13:33:23 20  for creating one are described in Walter, right?
13:33:32 21    A. Walter -- there are two other things here, and I
13:33:34 22  think I'm still not exactly understanding what it is you're
13:33:37 23  asking me. Claim 1 starts off with an audio/video transceiver
13:33:42 24  apparatus. So, we have an apparatus, not two apparatii or --
13:33:48 25    Q. Okay.

Page 178

1  A.  -- or two central -- two separate locations.
2  Q.  So, you're looking at Claim 1; and it tells you, you
3  want them both in a transceiver, you're trying to build a
4  transceiver.  Walter has both a transmitter and a receiver.
5  Now, according to you, it doesn't disclose or suggest putting
6  them together into one box, but Claim 1 does, right?  So, if
7  you had Claim 1 and the disclosure of Walter, you'd have a
8  transmitter and you'd have a receiver and you could combine
9  them in a way to make a transceiver, right?
10  A.  So, at the risk of sounding as if I'm trying to
11  agitate you -- and I'm truly not; this is a genuine legal
12  question -- isn't this a classical case of hindsight?  I have
13  ingredients in a box -- --
14  Q.  It absolutely is, yes.
15  A.  -- that I didn't intent to --
16  Q.  I'm saying, you have the claim.
17  A.  -- put together and --
18  Q.  So, I'm asking you, if you have that hindsight, if
19  you have the claim, do you have all the technology that you
20  need to build it?  So, yes, I agree with you.  This is
21  hindsight I'm asking you to engage in.
22  A.  Well, again, we don't -- we don't have -- Walter has
23  given us a compression algorithm.  Walter -- Walter has said
24  the data is compressed using this algorithm.  Walter has not
25  given us any mechanism by which --

Page 179

1  Q.  Now, you told the Court --
2  A.  -- that could be done.
3  Q.  -- in the -- in the tutorial that a system designer
4  wouldn't be so concerned with the details of that because the
5  system designer would understand that there were a variety of
6  ways to implement a compression algorithm once you had it,
7  right?
8  A.  Yes.
9  Q.  You mentioned, like, an ASIC and a -- maybe you
10  mentioned a field programmable gate array.  I forget, but you
11  mentioned a number of different approaches?
12  A.  Yes, that's correct.
13  Q.  Okay.  So, a person of ordinary skill looking at
14  Claim 1 and looking at Walter would understand those ways
15  would be available to them to implement the algorithm
16  described in Walter, right?
17  A.  I think in the -- in the -- this goes back to could
18  we do this on a computer.  In the abstract, an algorithm,
19  provided that it can be implemented, is -- one has options to
20  do that, yes, that's certainly true.
21  Q.  And those options were understood to persons of
22  ordinary skill, right?
23  A.  One would hope, yes.
24  Q.  Okay.  So, is there anything in Claim 1 that would
25  not be enabled by Walter, if -- again, if you had the benefit

Page 180

1  of hindsight and you were looking at the claim?
2  A.  Well -- --
3      MR. PAYNE:  Objection, form.
4  A.  -- I feel like I'm still missing something; but let
5  me say, I look at Walter.  First off, I want a single
6  apparatus.
7  Q.  (By Mr. Stephens)  Okay.  And the claim tells you
8  that, single apparatus?
9  A.  And I don't see that in Walter.  The --
10  Q.  But -- but could you build it, given the disclosure
11  of Walter and the suggestion from the claim?
12  A.  Well, let me work through the four elements.
13  Q.  Okay.
14  A.  So, okay, we have our apparatus requirement.  Input
15  means:  So, I look at Walter and Walter as a data receiving
16  station certainly has input means.  The signal gets on it
17  through the fiber optic.  Compression means:  Now, I think I'm
18  still confused about what's going on here, but one of ordinary
19  skill certaintily understands -- would understand, as we just
20  discussed, that this thing could be implemented in a variety
21  of ways, which doesn't really pertain to what Walter provides
22  us with other than a single -- an algorithm.
23  Q.  But that algorithm would be enough to create the
24  compression means of the claim, right?
25  A.  I feel like that might be a legal question, and I

Page 181

1  don't know how to answer that.
2  Q.  Okay.  I'm just talking about the function.
3  A.  So --
4  Q.  So, there is an algorithm that is present in Walter
5  for compressing audio/video source information; and one of
6  ordinary skill would be able to built it based on the
7  disclosure in Walter.  I think you've already said that,
8  right?
9  A.  Okay.  Yeah, let's not use the word "means" there.
10  Q.  Okay.
11  A.  Okay.  Random access storage means:  Walter does
12  not -- not only does Walter not have random access but, as I
13  have mentioned in my declaration, I believe that Walter
14  actually gives us a specific alternative.  The system is
15  designed around using these recirculating shift registers.  We
16  talked a little bit, had a disagreement as to whether one
17  would want to create such a thing from a DRAM or a random
18  access.  So, while random access storage would be known to one
19  of skill, I think looking at Walter, random access storage is
20  not something that one of skill would understand would be
21  appropriate given the system, so, just simply looking at what
22  we have available in Walter.
23  Q.  Okay.  But, again, a person of ordinary skill in the
24  art would know about RAM, right, so when they read it in the
25  claim, they'd know what it is?

Page 182

```
13:38:44  1      A.  They would certainly have an understanding of what
13:38:46  2   random access referred to.
13:38:47  3      Q.  And they would know that you could store video,
13:38:49  4   compressed video in random access memory, right?
13:38:52  5      A.  I don't know if compressed video was stored in random
13:38:56  6   access memory at that time.  I -- I don't know.
13:38:59  7      Q.  Certainly it was done in the process of compressing
13:39:01  8   it on a computer, correct?
13:39:02  9      A.  Well, actually, I don't know that either.  I mean,
13:39:05 10   for one, what do we call compressed video?  Is it a portion of
13:39:08 11   a bit stream?  Is it the whole thing?  If we are using the RAM
13:39:12 12   as a buffer, do we call that storage or do we call it a
13:39:16 13   buffer?  I think one of skill would not necessarily say that
13:39:19 14   passing through a buffer would be storage.
13:39:22 15      Q.  Okay.  So, I just -- I just need an answer.  Would a
13:39:24 16   person of ordinary still, then, looking at the claim and
13:39:26 17   having Walter available be enabled to store video in random
13:39:32 18   access memory by that combination?
13:39:35 19      A.  Okay.  So, I think that be enabled has a legal
13:39:36 20   meaning --
13:39:36 21      Q.  Oh --
13:39:37 22      A.  -- and I'm a little bit uncomfortable with that --
13:39:38 23      Q.  -- forget -- forget about the word "enabled."
13:39:39 24          Would they have enough knowledge at their
13:39:42 25   disposal in 1985 to do what the claim requires with respect to
```

Page 183

```
13:39:45  1   random access storage?
13:39:48  2      A.  They would understand what random access storage was,
13:39:51  3   and certainly the claim is suggesting that the compressed
13:39:55  4   video be put in the random access storage.  So, from that
13:40:00  5   standpoint, they at least have the planting of an idea.
13:40:04  6      Q.  And is there any -- anything else they would need in
13:40:05  7   order to be able to actually build something that did that?
13:40:09  8      A.  Well, yeah.  Let me -- we're still on --
13:40:11  9      Q.  Okay.  Keep going.
13:40:12 10      A.  -- I think I have -- output means is right because I
13:40:14 11   think that --
13:40:15 12      Q.  No, you're right.
13:40:16 13      A.  -- we did random access.
13:40:18 14          Okay.  So, output means.  So, again, looking at
13:40:24 15   Walter, we see that the central data station does provide a
13:40:32 16   mechanism by which the stored video in the memory modules,
13:40:38 17   which are not random access, can be transmitted from the
13:40:41 18   central data station to the data receiving station.
13:40:46 19      Q.  Okay.  And that can be done faster than real-time so
13:40:48 20   that you're compressed representation would have an associated
13:40:52 21   time period shorter than the time period associated with
13:40:56 22   real-time representation, right?
13:40:57 23      A.  That's what Walter -- Walter tells us that we have 31
13:41:00 24   seconds to get a two-hour movie.
13:41:03 25      Q.  Okay.  So, given the suggestion in the patent about
```

Page 184

```
13:41:05  1   random access memory, is there anything else that you would
13:41:09  2   need in order to be able to do it; or is the suggestion
13:41:12  3   enough?
13:41:15  4      A.  I'm not sure what you mean by --
13:41:16  5      Q.  Do what the claim requires.  In other words --
13:41:24  6      A.  I'm still not sure I understand what you're asking.
13:41:26  7      Q.  -- random access storage coupled to compression for
13:41:29  8   storing a time compressed representation.  So, would a person
13:41:32  9   of ordinary skill in 1985 who had that suggestion along with
13:41:37 10   the rest of the claim be able to build a random access storage
13:41:41 11   means that stored the compressed video as we've talked about?
13:41:48 12      A.  Okay.  Can you repeat that again?
13:41:50 13      Q.  Yes.  Would a person in 1985 looking at the claim
13:41:54 14   language that talks about a random access storage coupled to
13:41:57 15   the compression for storing a time compressed representation,
13:42:01 16   would they be able to build such a random access storage
13:42:06 17   device?
13:42:10 18      A.  Well, I think certainly they could go with a bunch of
13:42:14 19   chips and set them off.  Now, again, you know, Walter doesn't
13:42:17 20   give us any compression means.  So, this is all very nebulous,
13:42:20 21   right?  We've got some way that some system designer is going
13:42:23 22   to implement the compression means.  Can that be interfaced to
13:42:27 23   random access storage means?  I guess that depends on how they
13:42:31 24   implement the compression means.
13:42:31 25      Q.  Okay.  But if you were -- if your boss handed you
```

Page 185

```
13:42:34  1   Claim 1 and said "Go implement it" and here's a piece of known
13:42:38  2   technology, Walter, in 1985, you'd be able to do that, right?
13:42:42  3   You, meaning a person of ordinary skill in the art.
13:42:50  4      A.  I think that -- I don't know, would be able to do
13:42:54  5   that, given Walter.  It's not clear to me that Walter would be
13:42:58  6   the only thing that one would need --
13:43:00  7      Q.  Well, no.  You'd have the other resources that a
13:43:02  8   person of ordinary skill would have at the time.
13:43:09  9      A.  And it's not clear to me that there would not
13:43:11 10   necessarily have to be some creativity in getting everything
13:43:16 11   to work.  I mean, let's face it.  If building things was so
13:43:22 12   easy, we'd have a lot more engineers in the world and probably
13:43:25 13   a lot better design systems around us.  What I'm trying to --
13:43:32 14   what I'm trying to say here is, I don't think that if one had
13:43:36 15   all of these units in a box, legal box, one could just pull
13:43:40 16   them out and interconnect and in the course of an afternoon be
13:43:43 17   done.
13:43:43 18      Q.  No --
13:43:43 19      A.  And then say, "Well, okay.  So, I also have to do a
13:43:46 20   compression means and a random access storage means."
13:43:49 21          I think that it would -- you know, it would
13:43:51 22   require some work.  This is a nontrivial operation.  And it
13:43:55 23   may require some -- some unique design elements which, you
13:43:57 24   know, I don't think I could foresee, given the ten minutes
13:44:02 25   we've been talking about this but --
```

Page 186

13:44:02  1    Q. So, there's nothing you could point to that you would
13:44:05  2  say, "Ah, I see a problem here that, you know, really takes
13:44:08  3  something from the disclosure in Lang to solve"?
13:44:11  4    A. Well, I don't see anything immediately, but my
13:44:16  5  experience, which I don't think is unique, is that sometimes
13:44:19  6  we get -- we have to get into a problem a little bit to truly
13:44:24  7  understand that -- what the issues are. And certainly from
13:44:28  8  experience, the issue that arise are more often than not not
13:44:32  9  the ones that were anticipated at the beginning of a design
13:44:36 10  process.
13:44:37 11    Q. And sometimes you don't find that so you try and
13:44:38 12  build it, right?
13:44:39 13    A. That's right. That's right.
13:44:41 14    Q. Okay. But sitting here now, you can't identify
13:44:43 15  anything, right?
13:44:44 16    A. Certainly not in the short time period, you know.
13:44:47 17  I'm sure that on the plane something will smack me upside the
13:44:49 18  face.
13:44:51 19    Q. Okay. Now, I'd like to move on a little bit since we
13:44:53 20  don't have much time and there's a whole lot more in your
13:44:57 21  declarations. Now, one thing I noticed in your declarations
13:45:01 22  is that you don't anywhere say that Kramer fails to disclose
13:45:05 23  transmitting audio data faster than real-time. Is that right?
13:45:09 24  Is that your recollection?
13:45:12 25    A. I have not made that statement, but I firmly believe

Page 187

13:45:15  1  that to be true.
13:45:17  2    Q. Okay. And why do you believe that?
13:45:20  3      MR. PAYNE: Hold on a second. You're outside
13:45:21  4  the scope of the declaration by your own admission.
13:45:25  5      MR. STEPHENS: She opined about Kramer. If
13:45:27  6  you're going to direct her not to answer questions about
13:45:29  7  Kramer, you go right ahead. Are you going to do that?
13:45:32  8      MR. PAYNE: That question, she's not going to
13:45:32  9  answer. Your -- by your own admission, you're beyond the
13:45:35 10  scope of the declaration.
13:45:37 11      MR. STEPHENS: That is -- her -- the scope of
13:45:38 12  her declaration includes Kramer which she admits she's
13:45:39 13  studied. If you're going to -- you're directing her not to
13:45:41 14  answer?
13:45:41 15      MR. PAYNE: I tell you what, if you're going
13:45:41 16  to --
13:45:42 17      MR. STEPHENS: Les, this is simple. Are you
13:45:42 18  going to --
13:45:42 19      MR. PAYNE: Go ahead.
13:45:43 20      MR. STEPHENS: Okay. Then I'm going to go
13:45:45 21  ahead.
13:45:45 22      MR. PAYNE: If you want to do that --
13:45:46 23      MR. STEPHENS: All right. So, stop wasting my
13:45:48 24  time. Make your objection. I'm going to keep using the
13:45:50 25  precious time that I have.

Page 188

13:45:51  1    Q. (By Mr. Stephens) Why, Dr. Hemami, do you believe
13:45:55  2  that Kramer does not disclose transmitting audio information
13:45:58  3  faster than real-time?
13:45:59  4    A. So, I read Allen Gersho's explanation, and I believe
13:46:05  5  that to be completely correct.
13:46:08  6    Q. So, you believe that it has a hundred subband
13:46:09  7  decoders; is that right?
13:46:11  8    A. I believe that Mr. Kramer did not necessarily
13:46:16  9  understand subband coding very well, that he used four
13:46:20 10  decoders in the figures and that he believed that he needed a
13:46:26 11  large number of subband decoders for the implementation.
13:46:29 12    Q. But he doesn't anywhere disclose a large number of
13:46:33 13  subband decoders, right?
13:46:34 14    A. He mentions a hundred.
13:46:35 15    Q. No, he does not anywhere. If you can identify it,
13:46:39 16  tell me.
13:46:39 17    A. The number 100 is in the specification.
13:46:41 18    Q. Yeah. It says that -- that -- and I'll read it to
13:46:44 19  you. Bear with me one moment here. Dig through this stack of
13:47:03 20  papers here.
13:47:04 21    A. You're going to find your lost exhibit tags.
13:47:27 22    Q. I know.
13:47:28 23       It says: "This output will be at a speed much
13:47:29 24  faster, at least 100 times, than that required for actual
13:47:33 25  sound reproduction." Okay. And then later it says that "the

Page 189

13:47:39  1  decoder can read the data at the required slower reproduction
13:47:44  2  rate by taking, for example, only one out of every 100 bits of
13:47:48  3  information presented to it at a time."
13:47:50  4       Those are the only two times that the number 100
13:47:54  5  appears with respect to the transmission of data; and there
13:47:59  6  are only four decoders, subband decoders shown.
13:48:04  7    A. Yes.
13:48:05  8    Q. So, when it says: "This output will be at a speed
13:48:09  9  much faster than that required for actual sound reproduction,
13:48:12 10  it's your testimony that that's just wrong; is that right?
13:48:15 11    A. Yes.
13:48:15 12    Q. Okay. Now, in Kepley, Kepley also discloses sending
13:48:27 13  voicemail messages faster than real-time, right?
13:48:32 14    A. Can I -- can I have a copy of Kepley, please?
13:48:35 15    Q. Yeah. Here's Exhibit 250.
         16       (Exh.250 marked)
13:48:37 17      MR. STEPHENS: Do you have that, Les?
13:48:39 18      MR. PAYNE: Yes. Thanks. Objection to form.
13:48:44 19    Q. (By Mr. Stephens) And you'll see in here in the
13:49:21 20  summary invention in Column 2, line 63, it says that the
13:49:25 21  wideband transmission facility of this computer data file
13:49:29 22  transmission can be executed faster than a real-time voice
13:49:34 23  message transmission. Do you see that?
13:49:35 24      MR. PAYNE: Where -- where -- what column? Do
13:49:35 25  you -- what line?

Page 190

13:49:35  1           MR. STEPHENS: Column 2, line 63.
13:49:38  2       A.  Yes.
13:49:38  3       Q.  (By Mr. Stephens) It talking about transferring a
13:49:40  4   data file containing voicemail messages, right?
13:49:44  5       A.  It's not clear to me that single data file has
13:49:48  6   messages, but --
13:49:48  7       Q.  Well, it says the "message transfer capability
13:49:51  8   includes the transmission of an in-depth header, containing
13:49:55  9   for example the name of the message... and the telephone
13:49:57 10   number of the message sender and the message recipient, along
13:50:01 11   with the recorded message."
13:50:02 12       A.  Right. So, I think that's a single message.
13:50:05 13       Q.  Okay. I see. I -- I understand. Then it says, the
13:50:08 14   "intermessage service system communication efficiently uses
13:50:13 15   transmission capacity by performing the message transfer as a
13:50:15 16   computer-to-computer data file transfer over high speed data
13:50:20 17   lines which provides error correction capability." Then it
13:50:23 18   says: "If a wideband transmission facility is available, this
13:50:28 19   computer data file transmission can be executed faster than a
13:50:31 20   realtime voice message transmission."
13:50:35 21       A.  Yes.
13:50:35 22       Q.  Right?
13:50:36 23           Now, that explicitly describes sending a
13:50:38 24   voicemail message in less time than it takes to listen to it,
13:50:41 25   right?

Page 191

13:50:41  1       A.  I think it gives a hypothetical. If a wideband
13:50:46  2   transmission facility is available, then this is possible.
13:50:49  3       Q.  Okay. So -- so, it does suggest doing it, right?
13:50:54  4       A.  I guess if that's a suggestion, then yes. It
13:50:58  5   certainly poses a hypothetical that if A, then B.
13:51:01  6       Q.  Now, AT&T is the assignee of this patent, right?
13:51:06  7       A.  Yes.
13:51:07  8       Q.  And AT&T was in the business of providing wideband
13:51:10  9   transmission facilities at the time, right?
13:51:13 10       A.  So, providing to who? What -- can you --
13:51:19 11       Q.  To business customers.
13:51:20 12       A.  And how are you defining wideband?
13:51:25 13       Q.  Lots of bits per second.
13:51:31 14       A.  So, wideband actually has some meaning which did
13:51:38 15   refer to some things and didn't refer to others. So, that's
13:51:40 16   why I asked what wideband is.
13:51:43 17       Q.  Okay. Well, let's assume for the moment that it
13:51:45 18   means a primary rate interface ISDN connection.
13:51:50 19       A.  Okay.
13:51:51 20       Q.  Now, a primary rate interface ISDN connection had
13:51:55 21   enough capacity to send the compressed voice message described
13:52:01 22   in the portion we were just reading faster than real-time,
13:52:05 23   right?
13:52:06 24       A.  Yes.
13:52:07 25       Q.  And that's also true for the D channel of the primary

Page 192

13:52:11  1   rate interface, ISDN connection, right?
13:52:15  2           MR. PAYNE: Objection, form.
13:52:16  3       A.  No, I don't think that's correct.
13:52:18  4       Q.  (By Mr. Stephens) It was 64 kilobits per second, you
13:52:20  5   testified earlier?
13:52:21  6       A.  The D channel was 64 kilobit per second.
13:52:24  7       Q.  Okay.
13:52:24  8       A.  But the D channel is a signaling channel for use by
13:52:28  9   the provider, and those D channels, both in basic rate
13:52:33 10   interface and in primary RAM interface, regardless of the
13:52:36 11   D channel bandwidth, did provide the capability for a data
13:52:42 12   link. So, essentially the provider in this case, AT&T, could
13:52:48 13   steal some of their signaling bandwidth for a data capability;
13:52:52 14   but the default rate of that data capability was 9.6 kilobits
13:53:00 15   per second.
13:53:01 16       Q.  In basic rate.
13:53:03 17       A.  In both.
13:53:03 18       Q.  Okay. And is it your testimony that the document you
13:53:07 19   cited in connection with your declaration says that about
13:53:09 20   both?
13:53:09 21       A.  Yes.
13:53:11 22       Q.  Okay. That specific portion that you cited also says
13:53:14 23   that the default profile includes rate negotiation, right?
13:53:19 24       A.  Now, for that, I would like to see the document.
13:53:22 25       Q.  Okay. Bear with me a second.

Page 193

13:54:32  1           Well, rather than search through my documents
13:54:35  2   which I've had trouble having well organized because of the
13:54:38  3   weekend, would you agree that if -- and I'm asking you to
13:54:41  4   assume for the moment that it does -- the basic profile in the
13:54:44  5   document you cited specifies the rate negotiation is a part of
13:54:46  6   the profile, that you would not be limited to the 9600 bits
13:54:52  7   per second in the D channel that you described in your
13:54:55  8   declaration?
13:54:55  9       A.  So, I don't know what the rate negotiation -- what
13:54:59 10   that refers to; and I would -- I would prefer to go read some
13:55:04 11   of the standards documents in greater detail to understand
13:55:07 12   exactly what that refers to.
13:55:09 13       Q.  Okay. But -- so, sitting here now, you don't know
13:55:11 14   whether you, in fact, would be limited in that default profile
13:55:14 15   to 9600 bits per second?
13:55:16 16       A.  The default profile is 9600 bits per second, and
13:55:20 17   Kepley teaches us to use an LAPD profile and gives us -- gives
13:55:25 18   me no reason to believe that there should be any deviation
13:55:29 19   from that.
13:55:30 20       Q.  Well, he does give you reason to believe it because
13:55:32 21   he says that the transmission is faster than real-time; and
13:55:35 22   according to you, that means it has to be more than 9600 bits
13:55:39 23   per second, right?
13:55:39 24       A.  He didn't say it was faster than real-time. He says,
13:55:41 25   if a wideband transmission facility is available, it can be

### Page 194

13:55:46  1  executed faster than real-time. And, in fact, I -- I believe,
13:55:53  2  in reading the specification and trying to understand it, that
13:56:00  3  it was not an accident that 9.6 was mentioned in Column 13
13:56:06  4  because I think that we -- we all agree that Kepley refers to
13:56:14  5  compression of speech to 16 kilobits per second. So,
13:56:18  6  certainly this 9.6 is a little bit of a strange number to show
13:56:23  7  up here in Column 13.
13:56:25  8      Q.  Unless the silence compression actually worked to
13:56:28  9  reduce the 16 to 9.6 rather than not working at all as you
13:56:32 10  claim, correct?
13:56:33 11      A.  I do not believe that the silence compression would
13:56:36 12  reduce the data rate from 16 to 9.6.
13:56:39 13      Q.  Now, AT&T was the world leader in voice compression,
13:56:45 14  you said, at the time, right?
13:56:47 15      A.  I did.
13:56:48 16      Q.  And the -- some of the documents that you cited as
13:56:51 17  authoritative evidence on silence compression were AT&T
13:56:54 18  studies, right?
13:56:55 19      A.  Indeed they were. That's why I felt very comfortable
13:56:57 20  citing them.
13:56:59 21      Q.  Okay. So, AT&T would have known whether silence
13:57:01 22  compression would work or not, right?
13:57:04 23      A.  I do believe that there were people there who would
13:57:06 24  be knowledgeable in that, yes.
13:57:08 25      Q.  Okay.

### Page 195

13:57:09  1      A.  Whether Mr. Kepley was one of them or not -- does he
13:57:11  2  have other inventors -- I don't know. I certainly don't know
13:57:14  3  any of these names in association with any of the speech
13:57:17  4  coding work that I've seen out of there.
13:57:19  5      Q.  So, AT&T, had they wanted to, in their -- in the
13:57:24  6  system described in the Kepley patent, could clearly have
13:57:27  7  provided enough bandwidth to transfer the message files faster
13:57:32  8  than real-time, correct?
13:57:36  9          MR. PAYNE: Objection, form.
13:57:37 10      A.  Provided to who?
13:57:38 11      Q.  (By Mr. Stephens) To the user of the system described
13:57:40 12  in the Kepley patent.
13:57:45 13      A.  I don't know that it's clear that they could have
13:57:46 14  provided that or not.
13:57:47 15      Q.  Why did -- why was there a protocol header included
13:57:50 16  in the message format as we see in Figure 6?
13:58:01 17      A.  Why was there a protocol header included in
13:58:04 18  the message --
13:58:05 19      Q.  Is that a protocol header? Is that -- is that a
13:58:08 20  portion of the message that specifies the protocols involved?
13:58:11 21      A.  So, Figure 6 -- let me not make up words. Let me
13:58:15 22  read what Kepley has said because I think the description is
13:58:20 23  very nice.
13:58:25 24      Q.  If you look at the -- the brief description of the
13:58:28 25  drawings in Column 4, it says, "Figures 4 to 6 illustrate

### Page 196

13:58:32  1  various message formats."
13:58:36  2      A.  Yeah, but I think he has -- what I'm looking for is
13:58:40  3  the part in the specification where he describes the -- the
13:58:46  4  protocols which I think is -- is done quite nicely. I --
13:58:52  5          MR. PAYNE: Garland, we're going to have to wrap
13:58:54  6  it up here.
13:58:55  7          MR. STEPHENS: All right.
13:58:56  8      A.  Just give me --
13:58:59  9      Q.  (By Mr. Stephens) Well, let me just withdraw the
13:59:01 10  question because I don't want to waste the last two minutes on
13:59:04 11  searching through the specifications since we clearly don't
13:59:07 12  have enough time that we need to.
13:59:08 13      A.  Isn't it amazing how the material always disappears
13:59:11 14  when you need it most?
13:59:12 15      Q.  The system in Kepley specifically used UUCP to
13:59:15 16  transfer the voice messages, right?
13:59:18 17      A.  Yeah, we see UUCP as one of the headers in Figure 6.
13:59:21 18      Q.  Okay. Now, the fact that there is a protocol header
13:59:25 19  suggests that the message format could be used for different
13:59:28 20  protocols, right?
13:59:31 21      A.  I guess I'm not sure I understand your question.
13:59:34 22      Q.  Well, you wouldn't need to specify the protocol in
13:59:37 23  the message unless you sometimes used other protocols, right?
13:59:43 24          MR. PAYNE: Objection, form.
13:59:44 25      A.  I think we are miscommunicating. I -- I don't

### Page 197

13:59:51  1  believe that Kepley puts the protocol header -- I'm sorry,
13:59:55  2  the -- I don't believe Kepley includes information about the
13:59:59  3  protocol in the message, if I'm interpreting what you asked
14:00:03  4  me --
14:00:03  5      Q.  (By Mr. Stephens) Okay.
14:00:03  6      A.  -- correctly.
14:00:04  7      Q.  So, it's your testimony, then, that the -- the header
14:00:06  8  is just information required by the protocol, not something
14:00:10  9  specifying the protocol; is that right?
14:00:12 10      A.  Yes, yes. Now I understand. Yes. It's my testimony
14:00:15 11  that the -- this is header information associated with the
14:00:19 12  protocols. We can think of it as -- as wrapping the message
14:00:22 13  in various envelopes where the -- each envelope is a different
14:00:27 14  color depending on who is going to carry it from one point to
14:00:30 15  the next point.
14:00:30 16      Q.  And that's part of the OSI protocol stack, right?
14:00:34 17      A.  Yes.
14:00:34 18      Q.  Very much like the TCP proto -- IP protocol stack,
14:00:36 19  right?
14:00:38 20      A.  Yes.
14:00:38 21      Q.  And that protocol stack is designed so that you can't
14:00:41 22  change the protocol at a particular layer without affecting
14:00:45 23  the protocols above or below it in some cases, right?
14:00:49 24      A.  I don't know that that's why OSI put these -- I'm not
14:00:55 25  sure I agree with that statement, that that's why these things

Page 198

14:00:58  1   were designed.
14:00:58  2       Q.  What is your understanding?
14:01:00  3       A.  Well, protocols -- I think I have a nicer definition
14:01:04  4   in -- in perhaps one of my declarations -- essentially allow
14:01:11  5   reliable exchange of information.
14:01:13  6       Q.  Let me withdraw that question because --
14:01:15  7           MR. PAYNE:  Yeah, we're going to have to wrap it
14:01:17  8   up.  It's 2:00.  She's got to get to the airport.
14:01:20  9           MR. STEPHENS:  Okay.  A couple more questions,
14:01:22 10   and then I'll stop.
14:01:24 11       Q.  (By Mr. Stephens)  So, UUCP, you testified before, was
14:01:28 12   Unix to Unix copy protocol right?
14:01:30 13       A.  Yes.
14:01:30 14       Q.  So, Kepley clearly discloses storing voice messages
14:01:39 15   as files on a disk system and transferring them using a
14:01:47 16   computer file transfer protocol, correct?
14:01:52 17       A.  UUCP does mean Unix to Unix copy protocol, and we see
14:01:57 18   this protocol in the stack.  So, in that they are using a
14:02:02 19   protocol that was designed for computer communication, that --
14:02:06 20   that is correct.
14:02:08 21       Q.  Okay.
14:02:09 22           MR. PAYNE:  All right.  Let's --
14:02:11 23           MR. STEPHENS:  One last question.
14:02:14 24       Q.  (By Mr. Stephens)  Now, in Figure 2, the database
14:02:21 25   processor interface, do you see that?

Page 199

14:02:24  1       A.  Item 290.
14:02:25  2       Q.  Yeah.
14:02:26  3       A.  Yeah.
14:02:27  4       Q.  That is designed to be able to support simultaneous
14:02:31  5   voice messages going -- multiple simultaneous voice messages
14:02:37  6   being transferred into the database processor; is that right?
14:02:40  7       A.  Off the top of my head without verifying and going
14:02:43  8   back through the patent for exactly where 290 is described, I
14:02:47  9   don't know what that was designed to do.  So, I'm -- I don't
14:02:50 10   want to agree to that statement.
14:02:52 11       Q.  Okay.  But it would need to be able to send messages
14:02:55 12   into the database processor fast enough to support
14:03:00 13   simultaneous voicemails being left into the system, right?
14:03:03 14       A.  I -- I don't know that the system was designed that
14:03:05 15   way.
14:03:05 16       Q.  Well, it has multiple voice ports, right?
14:03:08 17           MR. PAYNE:  All right.  Let's -- let's wrap it
14:03:10 18   up.  She's got to go to the airport.  We can -- we can talk
14:03:13 19   about --
14:03:13 20       Q.  (By Mr. Stephens)  Would you agree with that
14:03:15 21   statement?
14:03:16 22       A.  It has multiple voice ports, but I -- I don't know
14:03:18 23   how it handles multiple messages.  I mean, we are also told
14:03:25 24   that the feature processor stores one message per subscriber.
14:03:31 25           MR. STEPHENS:  Okay.  We'll stop here.

Page 200

14:03:31  1           THE VIDEOGRAPHER:  Off the record at 2:03.
         2   (Deposition adjourned at 2:03 p.m.)

Page 201

            CHANGES AND SIGNATURE
    PAGE LINE  CHANGE              REASON

Page 202

1
2
3
4
5
6
7
8    I declare under penalty of perjury that the
9    foregoing is true and correct.
10
11            _____
12            SHEILA HEMAMI
13
14
15    SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned
16    authority, by the witness, SHEILA HEMAMI, on this the
17    _____ day of _____, _____.
18
19            _____
20            NOTARY PUBLIC IN AND FOR
21            THE STATE OF _____
22
23    My Commission Expires: _____
24
25

Page 203

1    STATE OF TEXAS
     COUNTY OF HARRIS
2            REPORTER'S CERTIFICATE
3    I, Dana Richardson, a Certified Shorthand Reporter
4    in and for the State of Texas, do certify that this
5    deposition transcript is a true record of the testimony
6    given by the witness named herein, after said witness
7    was duly sworn by me. The witness was requested to
8    review the deposition.
9    I further certify that I am neither attorney or
10   counsel for, related to, nor employed by any parties to
11   the action in which this testimony is taken and,
12   further, that I am not a relative or employee of any
13   counsel employed by the parties hereto or financially
14   interested in the action.
15   I further certify that the amount of time used by
     each party at the deposition is as follows:
16
     Mr. Garland T. Stephens - 04:42
17
     SUBSCRIBED AND SWORN TO under my hand and seal of
18   office on this the _____ day of _____,
     _____
19
20   _____
21   Dana Richardson, CSR
     Texas CSR 5386
22   Expiration: 12/31/07
     Merrill Legal Solutions, Firm No. 210
23   315 Capitol, Suite 100
     Houston, Texas 77002
24   Phone (713) 426-0400
     Fax (713) 426-0600
25

Page 203

STATE OF TEXAS
COUNTY OF HARRIS

REPORTER'S CERTIFICATE

I, Dana Richardson, a Certified Shorthand Reporter in and for the State of Texas, do certify that this deposition transcript is a true record of the testimony given by the witness named herein, after said witness was duly sworn by me. The witness was requested to review the deposition.

I further certify that I am neither attorney or counsel for, related to, nor employed by any parties to the action in which this testimony is taken and, further, that I am not a relative or employee of any counsel employed by the parties hereto or financially interested in the action.

I further certify that the amount of time used by each party at the deposition is as follows:

Mr. Garland T. Stephens - 04:42

SUBSCRIBED AND SWORN TO under my hand and seal of office on this the ___6___ day of September, 2007.

_Dana Richardson_

Dana Richardson, CSR
Texas CSR 5386
Expiration: 12/31/07
Merrill Legal Solutions, Firm No. 210
315 Capitol, Suite 100
Houston, Texas 77002
Phone (713) 426-0400
Fax (713) 426-0600