# Exhibit D

Dockets.Justia.com

1   MATTHEW D. POWERS (Bar No. 104795)
    matthew.powers@weil.com
2   GARLAND T. STEPHENS (admitted N.D.C.A.,
    Texas Bar No. 24053910)
3   garland.stephens@weil.com
    NICHOLAS A. BROWN (Bar No. 198210)
4   nicholas.brown@weil.com
    WEIL, GOTSHAL & MANGES LLP
5   Silicon Valley Office
    201 Redwood Shores Parkway
6   Redwood Shores, CA  94065
    Telephone: (650) 802-3000
7   Facsimile: (650) 802-3100

8   Attorneys for Plaintiff
    APPLE COMPUTER, INC.
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13  APPLE COMPUTER, INC.,                    Case No. C 06-0019 MHP

14              Plaintiff,                   **MANUAL FILING NOTIFICATION**

15       v.                                  EXHIBITS D AND O TO THE
                                             DECLARATION OF NICHOLAS A.
16  BURST.COM, INC.,                         BROWN IN SUPPORT OF APPLE
                                             COMPUTER, INC.'S REPLY IN
17              Defendant.                    SUPPORT OF ITS SECOND MOTION
                                             FOR SUMMARY JUDGMENT OF
18                                           INVALIDITY

19                                           Date:  September 18, 2007
                                             Time:  2:00 p.m.
20                                           Hon. Marilyn Hall Patel

21                                           Complaint Filed:  January 4, 2006
                                             Trial Date:  February 26, 2008
22
                                             **FILED UNDER SEAL**
23

24       **THIS ENVELOPE CONTAINS MATERIALS SUBJECT TO A STIPULATED
         PROTECTIVE ORDER ENTERED IN THIS ACTION.  IT IS NOT TO BE OPENED
25       NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE PUBLIC,
         EXCEPT BY ORDER OF THE COURT.**
26

27

28

MANUAL FILING NOTIFICATION                                     Case No. C 06-0019 MHP

1

2

### MANUAL FILING NOTIFICATION

<u>Regarding:</u>

3

4

EXHIBITS D and O to the Declaration of Nicholas A. Brown in Support of Apple

5

Computer, Inc.'s Reply in Support of its Second Motion for Summary Judgment of Invalidity

6

[Transcript of the deposition of Richard Lang, taken on July 23, 2003, in Burst.com v. Microsoft

7

Corp., Case NO. 02-2090 (District of Maryland)].

8

This filing is in paper or physical form only, and is being maintained in the case

file in the Clerk's office.

9

10

If you are a participant on this case, this filing will be served in hard-copy shortly.

11

For information on retrieving this filing directly from the court, please see the

12

court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

13

This filing was not efiled for the following reason(s):

14

___    Voluminous Document (PDF file size larger than efiling system allowances)

15

___    Unable to Scan Documents

16

___    Physical Object (description): _____

17

_____

18

___    Non Graphical/Textual Computer file (audio, video, etc.) on CD or other media

19

_XX    Item Under Seal

20

___    Conformance with the Judicial Conference Privacy Policy (General Order 53)

21

___    Other (description): _____

22

_____

23

Dated:    September 7, 2007                    WEIL, GOTSHAL & MANGES LLP

24

By: _____/s/_____

25

Leeron G. Kalay
Attorney for Plaintiff
Apple Computer, Inc.

26

27

28

MANUAL FILING NOTIFICATION                                            Case No. C 06-0019 MHP

2