# Exhibit G

Dockets.Justia.com

## Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
 2       NORTHERN DISTRICT OF CALIFORNIA
 3          SAN FRANCISCO DIVISION
 4
 5
 6  APPLE COMPUTER, INC.,
 7     Plaintiff and Counterdefendant,
 8     vs.      Case No. 3:06-CV-00019 MHP
 9  BURST.COM, INC.,
10     Defendant and Counterclaimant,
11                 /
12  AND RELATED COUNTERCLAIMS.
13
14         DEPOSITION OF KANE KRAMER
15      CONFIDENTIAL - ATTORNEYS' EYES ONLY
16          TUESDAY, AUGUST 7, 2007
17             PAGES 1 to 299
18
19  REPORTED BY: LOUISE MARIE SOUSOURES, CSR NO. 3575
20         Certified LiveNote Reporter
21
22
23            CONFIDENTIAL
24          ATTORNEYS EYES ONLY
25
```

## Page 2

```
 1              APPEARANCES
 2
 3
 4  FOR PLAINTIFF AND COUNTERDEFENDANT:
 5     WEIL, GOTSHAL & MANGES LLP
 6     BY: NICHOLAS BROWN,
 7         ATTORNEY AT LAW
 8     201 Redwood Shores Parkway
 9     Redwood Shores, CA 94065
10     (650) 802-3000
11     nicholas.brown@weil.com
12
13
14
15  FOR DEFENDANT AND COUNTERCLAIMANT:
16     HEIM, PAYNE & CHORUSH LLP
17     BY: ERIC J. ENGER,
18         ATTORNEY AT LAW
19     6710 Chase Tower
20     600 Travis
21     Houston, TX 77002
22     (713) 221-2000
23     eenger@hpcllp.com
24
25
```

## Page 3

```
           A P P E A R A N C E S
              (Continued)


THE VIDEOGRAPHER:
   DAN MOTTAZ VIDEO PRODUCTIONS, LLC
   BY: STEVE LEFTWICH
   182 Second Street, Suite 202
   San Francisco, CA 94105
   (415) 624-1300



ALSO PRESENT: JAYNA WHITT
```

## Page 4

```
              INDEX


EXAMINATION BY:                    PAGE
MR. ENGER                           7
MR. BROWN                          278



EXHIBITS:                          PAGE
362  E-mail dated Wednesday, 20 June 2007    24
363  Subpoena in a civil case                28
364  U.S. patent No. 4,667,088               57
365  Hand-drawn document                    162
366  Document entitled "IXI-the first MP3   162
     player"
367  Document production Nos. KRAMER 00475  183
     to 476
368  Document production Nos. KRAMER 00346  226
     to 347
369  Document production Nos. KRAMER 00012  229
     to 170
370  Document production Nos. KRAMER 00172  255
     to 174
371  Document production No. KRAMER 00184   268
```

Page 117

1  what other device?
2      A. Well, it could be from a memory store which,
3  if you like, would be a computer store, which has the
4  information on it or it could be at a distant
5  location, it would be the same type of memory store,
6  but would distribute or deliver the data.
7      Q. So you would be recording from a memory
8  store or a computer store and what would you be
9  recording onto?
10     A. Onto the -- onto the card.
11     Q. Does that section that we just discussed,
12 column 4, lines 6 through 8, refer to any other type
13 of recording other than recording from a memory store
14 or computer store to a portable storage card?
15     A. Those three lines don't, no.
16     Q. Now, it says that that type of recording
17 from a memory store or computer store to an external
18 storage, portable storage card can take a very short
19 time, correct?
20     A. Correct, yes.
21     Q. How long is a very short time?
22     A. It would be very hard to be descriptive
23 about the short time because it would totally depend
24 on the length of the track concerned.
25     If it was a long playing album, it would

Page 118

1  clearly take longer than a single.
2      Typically we mention, I think, we mention
3  somewhere, column 4, line 24, the output will be at a
4  speed much faster at least one hundred times than
5  that required for actual sound reproduction.
6      So typically it could be a hundred times as
7  fast.
8      Q. Does very short time mean a hundred times as
9  fast?
10     MR. BROWN: Objection.
11     Go ahead.
12     THE WITNESS: Okay. It may not do if the
13 means for delivery of the data could be faster or
14 slower unit, but that's not the intention. The
15 intention is at least a hundred times.
16     Obviously, digital data can be transferred
17 very fast, so -- we say at least a hundred times.
18 BY MR. ENGER:
19     Q. So the very --
20     A. At the very least, yes.
21     Q. So a very short time, whenever it talks
22 about in column 4, lines 6 through 8, is talking
23 about at least a hundred times faster than required
24 for actual sound reproduction?
25     A. No. It doesn't say that.

Page 119

1      Actually in that particular part, it
2  actually just says a very short time, quickly.
3      So for example, if someone were buying an
4  album, they would not have to, say, expect to wait
5  the 45 minutes of the playing time of the album but
6  would expect it to be in a matter of minutes, you
7  know, seconds.
8      Q. So a very short time means a matter of
9  minutes or seconds?
10     A. Well, it wouldn't be a matter of minutes if
11 you had only had one minute of the music you were
12 transferring. You would have been very specific
13 about the amount of time and look at the data
14 transfer rate and speed of output in order to be able
15 to assess how long that actually would be.
16     Q. Does your patent tell you to look at the bit
17 rates and the transmission length of the song in
18 order to determine what constitutes a very short
19 time?
20     A. No, it doesn't.
21     Q. So a very short period of time could be one
22 minute?
23     MR. BROWN: Objection.
24     THE WITNESS: It wouldn't -- beg your
25 pardon.

Page 120

1      Wouldn't be a short period of time, one
2  minute. If the music only played for 30 seconds,
3  that would be double real time.
4      Only something which is shorter than real
5  time could be described as shorter than real time.
6  BY MR. ENGER:
7      Q. So whenever it says which can take a very
8  short time, that really means shorter than the amount
9  of time it would take to play the song?
10     A. Correct.
11     Q. Where does it teach you that a very short
12 time has to be less time than would be required for
13 actual sound reproduction?
14     A. Can you repeat that question, please?
15     MR. ENGER: Could you read back the
16 question, please?
17     (The record was read by the Reporter.)
18     MR. BROWN: Objection.
19     THE WITNESS: Line 24, the output would be
20 at a speed much faster, at least a hundred times,
21 than that required for actual sound reproduction,
22 column 4, line 24.
23 BY MR. ENGER:
24     Q. I thought you testified earlier that the
25 very short period of time referred to in column 4,

Page 197

1  MK4 that was used to transmit digital audio data to a
2  computer?
3      A. Proprietary multi-pin plug.
4      Q. The same multi-pin port in which digital
5  audio was input?
6      A. No, another one but just another plug,
7  another socket and plug.
8      Q. Do you have any of the MK4 prototypes in
9  your possession?
10     A. Unfortunately not.
11     Q. Does anyone have any of the MK4 prototypes
12 in their possession?
13     A. Nobody has any of the prototypes in their
14 possession, unfortunately.
15     Q. What happened to the -- all the prototypes
16 including the MK4 prototype?
17     A. They were all delivered to a firm of
18 solicitors for safekeeping to the benefit of the
19 shareholders of the company.
20     The solicitors moved offices after four
21 years and threw them away without contacting me.
22     Q. How fast was the digital audio sent from the
23 bubble memory through the multi-pin output port to an
24 external computer?
25     A. How fast was it sent from the bubble memory

Page 198

1  to the outside computer? It was very -- it was
2  quick. And again, there was an article which has got
3  the interface speed in it.
4      And I can't remember what that -- there's a
5  lot of zeroes involved, I remember that, I can't
6  remember the speed, amount of kilohertz.
7      Q. Was the article published?
8      A. Yes.
9      Q. In what publication?
10     A. I can't recall, but I'm sure I will be able
11 to produce it. We may have it here now.
12     It's not one of these, I can see that.
13     Q. Does the article document transmitting from
14 the MK4 to an external computer over the multi-pin
15 port?
16     A. I don't think it goes into that kind of
17 detail, no.
18     What it does is it gives me the optical
19 interface, it refers to the optical interface speed
20 which when using optical at the current time, the
21 transceiver optical speed which actually was very
22 fast at the time, but nevertheless that was its
23 limitation as opposed to if it was going through hard
24 wired means which had the potential to be faster.
25     In other words, the optical interface,

Page 199

1  according to its capability, speed of the optical
2  interface could sort of squeeze, slow it down -- it
3  would be its limitation.
4      Q. Was the functionality you've just described
5  where you transmit compressed digital audio
6  information from the MK4 to an external computer via
7  the multi-pin output port on the back of the MK4 ever
8  publicly displayed or shown to anyone?
9      A. I think the answer's yes, but just to
10 confirm, could you please repeat the question?
11         (The record was read by the Reporter.)
12         THE WITNESS: Okay. No. It would have been
13 shown to people, but not in a sort of in a big public
14 way.
15 BY MR. ENGER:
16     Q. Was the MK4 ever sold to anyone?
17     A. No.
18     Q. Was it ever offered for sale to anyone?
19     A. No.
20     Q. What publications was the MK4 described in?
21     A. Well, many of these publications I hadn't
22 seen since the day they came out and have only
23 recently been found, some of them not even by me.
24     I had a couple of assistants help me search
25 out the information and anything that looked like

Page 200

1  anything to do with this project got thrown into the
2  box. Much of this information in here, I haven't
3  read in 20 years. I can't recall exactly which
4  article was which, but I can remember, you know,
5  articles about particular aspects of the thing.
6      Q. Tell me about the MK5 prototype and what
7  functionality it had that was different from the MK4
8  or any of the other previous MK prototypes.
9      A. Okay. The MK5 was our first prototype --
10 our first preproduction prototype or our only
11 preproduction prototype.
12     That in every respect was a finished
13 product. All the circuit boards inside had now been
14 produced with company name on it and everything was
15 sort of finished, if you like.
16     And it had much, much more sophisticated
17 software and editing software. You could slip one
18 track in relation to another, you could synchronize
19 it to a time code so you could synchronize it with
20 video.
21     So if you were video editing, for example,
22 you could provide your video editing with sort of
23 solid state digital sound tracks.
24     It took a multitude of cards. You could
25 treat the cards as an array so it could either

201

1   take -- sort of treat them as one continuous sort
2   of -- you could play back from the three cards as if
3   it was one. You could use it all as one piece of
4   memory or could split it up into more tracks.
5       And slightly more sophisticated, as I say,
6   you could slip tracks to each other, do
7   multi-function edits, punch in and punch out at
8   different edit points and you could transfer
9   information from one card to another digitally so
10  that you were bypassing the analog so you could just
11  literally put one card in, put another card in, dump
12  information from one to the other and put it out.
13      Q. What documentation do you have that
14  discusses the editing functionality of the MK5?
15      A. I have the company accounts that were lodged
16  with company's house which are public record
17  describes the activities and the business of the
18  company and the year.
19      Also I have a business plan which
20  describes -- which was distributed and we obtained 60
21  shareholders from it.
22      Q. This is the 1984 business plan or a
23  different business plan?
24      A. It would be the 1984 business plan would be
25  describing that.

202

1       Q. When did you come up with the MK5?
2       A. Well, they're all built between sort of '82
3   and '84.
4       Q. When was the MK5 first built?
5       A. I think I'd have to refer to our minutes of
6   the meetings of the company, which accurately
7   describes exactly what part we were at and exactly
8   what process.
9       It's very well minuted during all that
10  period, but, you know, from memory, I can't be
11  that -- I can't remember that specifically, you know,
12  it's 22 years ago.
13      Q. Was the MK5 created prior to the 1984
14  business plan?
15      A. As I say, I can't recall the date without
16  checking the records, but there is accurate records
17  of the exact time. I believe it may have been around
18  then, but from the point you actually start building
19  the prototype to the point that prototype is actually
20  ready to present to people, having a box on the table
21  which has certain functionality and writing software
22  and growing the functionality, you know, we didn't
23  decide to make it on a Monday and obviously it was
24  ready on a Tuesday.
25      It was over a period of time.

203

1       That progress of the development of the
2   project is minuted in the company minutes.
3       Q. What input ports did the MK5 had?
4       A. It had all of the ones mentioned previously.
5       Q. Was it able to receive both analog audio at
6   real time speeds through the canon jack -- through
7   the canon and the jack?
8       A. Correct, yes.
9       Q. And it was able to receive digital
10  information through the multi-pin input port?
11      A. Yes, and output, yeah.
12      Q. Did it have the ability to compress analog
13  audio information into digital form?
14      A. Yes, it did.
15      Q. Did it have internal storage capabilities?
16      A. Internal when the cartridge was plugged into
17  it, yes.
18      Q. If the cartridge was unplugged from the
19  machine, did it have storage capability?
20      A. Well, you didn't have a player if you
21  unplugged it, but yes, if you took it out, it
22  couldn't -- in the same way if you unplug the memory
23  in a -- any device, once you take the memory out, it
24  can't remember.
25      So obviously it was an integral part of the

204

1   system. It wasn't a complete system without the
2   memory in. Once the memory was in, you had a
3   complete system.
4       Q. So the only memory for the MK5 was found in
5   these external cards?
6       A. Well, they were internal, they were plugged
7   in.
8       Q. They were removable?
9       A. Removable, yes.
10      Q. What was the storage capability of each
11  card?
12      A. I'm pretty certain it was three and a half
13  minutes.
14      Q. So whenever all three cards were plugged in,
15  you would have ten minutes or so of audio?
16      A. Yes.
17      Q. And then was the compressed digital audio
18  output through the multi-pin port to an external
19  computer?
20      A. Was the -- sorry, can you please repeat
21  that?
22      Q. Was the compressed digital audio found on
23  the bubble memory cards then output through the
24  multi-pin output port to an external computer similar
25  to the functionality described with the MK4?

### 205

1   A. By the -- not exactly. By MK5, had to have
2   been a number of MK5s, had more than one.
3       You could then have plugged -- excuse me,
4   the digital output port from one machine into another
5   machine and backwards the other way to create an
6   array of machines that would behave as if they were
7   one to increase their overall ability and tracks and
8   timing.
9   Q. How many MK5s were produced?
10  A. One.
11  Q. So it was not possible to transfer digital
12  audio music from the multi-pin output port of one MK5
13  to another MK5 because only one existed?
14  A. Yes, it was, because you could output from
15  one card the information from the digital output port
16  and plug and wire it back into itself and input into
17  another card of the device or you could do it
18  internally but that's how we knew it could work.
19  Q. You could transmit it from one MK5 back to
20  the same MK5?
21  A. Yeah. You could do it internally or you
22  could do it with a loop was the way of proving it.
23  You could take your top card and put it down to the
24  bottom, for example.
25  Q. Since there was only one MK5, you don't

### 206

1   know -- you've never tested whether you could
2   transfer from one MK5 to another MK5?
3   A. Yes, we could do that because if you output
4   the data from card number one through the digital
5   output data and bring it back in through an input
6   port and send it to card number 3, you know it's
7   working.
8   Q. Was the circumstance you described, where
9   you send from one MK1 -- I'm sorry, from one MK5 to
10  another MK5 ever tested?
11  A. I don't recall whether or not we tried it
12  with MK4 or not. I just don't recall.
13  Q. There was only one MK5 so you couldn't
14  transmit from one MK5 to a second MK5, correct?
15  A. The MK5 actually behaved, could behave as
16  three independent units within the one box.
17      So when you were transmitting from one card,
18  it acted and behaved completely independently from
19  how it was coming out of that system from how it
20  would -- so if you've got a card and all of your
21  configuration and system to operate that card and
22  then you've got a second card and you've got a third
23  card slot, you could -- they would be treated
24  independently unless you made them work as one.
25      So we didn't need to build another prototype

### 207

1   in order to prove that one part of the system could
2   output its information and take it back in into
3   another part of the system.
4   Q. So you could simulate sending information
5   from a MK5 to another external device, but since
6   there was only one MK5, it was physically impossible
7   to actually transmit data from one MK5 to another
8   MK5?
9   A. We did -- you asked before, and you just
10  reminded me, you asked before about did we transmit
11  data to and from a computer and we did because we
12  were doing tests with a view to music downloading at
13  the time.
14  Q. When did those tests occur whenever you
15  transmitted information from a MK5 to an external
16  computer?
17  A. In the region of about 1986.
18  Q. Did anyone observe you performing these
19  tests?
20  A. I would think quite a number of people would
21  have seen us demonstrating it, yes.
22  Q. Who would have seen these demonstrations?
23  A. All of our shareholders, for example.
24  Q. And this occurred in the United Kingdom?
25  A. That's where we built the prototype, yeah.

### 208

1   Q. Did you ever demonstrate the functionality
2   where you could transfer data from MK5 to an external
3   computer in the United States?
4   A. No.
5   Q. Did you ever sell a MK5?
6   A. We took orders.
7   Q. Did you ever sell a MK5?
8      MR. BROWN: Objection.
9      THE WITNESS: Yes, but we didn't deliver.
10  BY MR. ENGER:
11  Q. So you had a contract but you never
12  transferred the MK5 to any -- any other person's
13  possession?
14  A. Correct.
15  Q. Did you ever offer the MK5 for sale?
16  A. Yes.
17  Q. When did you offer the MK5 for sale?
18  A. Again, the exact dates I would have -- are
19  well-documented, but again, I think it was
20  approximately 1986.
21  Q. Are there any sales invoices or the like
22  that would show these orders for the MK5?
23  A. There are or there were, but not in my
24  possession.
25     They have never been in my possession.

277

1  computer information.
2  BY MR. ENGER:
3      Q. Referring to column 6, lines 31 to 33?
4      A. That's a part of it. I'm going to read a
5  bit further on.
6          I can't see it, but I know that it's in our
7  British patent and it's been published.
8          So I think there's some differences in some
9  of the patents that were granted when going through
10 the sort of process of grant and various objections
11 that might be made.
12         I'm -- I can't see it in here.
13     Q. With reference to this '088 patent, your
14 American patent, it doesn't specifically talk about
15 video, does it?
16     A. I can't see a reference to the word video in
17 here, other than this reference to synchronizing with
18 video.
19     Q. Synchronizing audio with video?
20     A. Synchronizing audio with video where it
21 would be clocked and run in synchronicity with a
22 video player, for example, for doing sound tracks or
23 something like that for a film.
24     Q. But your '088 patent doesn't teach receiving
25 video, compressing it, storing it and transmitting it

278

1  away faster than real time, does it?
2      A. Well, apparently this -- it would appear
3  that this -- this granted patent is more limited than
4  the British patent.
5      Q. So the answer is no?
6      A. It would appear to be, unless I've missed
7  it, but I don't imagine I've missed and you've missed
8  it.
9          MR. ENGER: Pass the witness.
10         MR. BROWN: What number are we at?
11         THE REPORTER: 373.
12         (Exhibit No. 373 was marked.)
13         EXAMINATION BY MR. BROWN:
14     Q. Mr. Kramer, we've marked as Exhibit 373 a
15 copy of what appears to be a news article.
16         Can you tell me what Exhibit 373 is?
17     A. It's an article which appeared in the Sunday
18 Times newspaper in the innovation section.
19     Q. Can you tell me what date it appeared in
20 that paper?
21     A. 14th of September, 1986.
22     Q. And can you tell me what the article is?
23     A. It's basically an article showing James and
24 I with IXI on our shoulders and basically talks about
25 the system and how two British entrepreneurs unveils

279

1  the most radical system yet.
2      Q. Is the system, the IXI system pictured in
3  the picture there, one of the prototypes you
4  described earlier?
5          MR. ENGER: Objection, leading.
6          THE WITNESS: Yes.
7  BY MR. BROWN:
8      Q. Which prototype is it?
9      A. It's the MK5, preproduction prototype.
10     Q. How can you tell it's the MK5?
11     A. It's the only one which had the screen on
12 it, the larger screen on the left-hand side.
13     Q. Was the MK5 that's pictured there capable of
14 transmitting compressed audio information from one of
15 the cards in it to another faster than real time?
16         MR. ENGER: Objection, leading.
17         THE WITNESS: Yes, it was.
18 BY MR. BROWN:
19     Q. Was the MK5 system that's pictured in this
20 article capable of transmitting from one MK5 unit to
21 another MK5 unit faster than real time?
22         MR. ENGER: Objection, leading, calls for
23 speculation and improper foundation.
24         THE WITNESS: I think I -- I explained
25 earlier that the MK5 system could transfer data from

280

1  one card to another or by the means that we were able
2  to test would have been able to have transmitted data
3  to and from another identical unit.
4  BY MR. BROWN:
5      Q. The data that you're referring to, can you
6  explain what kind of data it could transfer?
7      A. It could transfer digital data from one
8  system to another at high speed.
9      Q. When you say high speed, was that faster
10 than real time?
11     A. Yes, very much faster than real time, at
12 least a hundred times faster than real time.
13     Q. And was the digital data compressed?
14     A. Yes, it was.
15     Q. Was it -- did it represent audio
16 information?
17     A. Yes, it did.
18     Q. Is the system that's pictured in this
19 article, the MK5 prototype, what you showed to United
20 Artists and Universal Studios?
21     A. Yes, it is.
22     Q. You testified earlier about the trip you
23 made to the United States where you met with
24 Universal Studios and United Artists amongst others.
25         Do you remember what year it was that you

299

1    I, LOUISE MARIE SOUSOURES, duly authorized to
2    administer oaths pursuant to Section 2093(b) of the
3    California Code of Civil Procedure, do hereby
4    certify: That the witness in the foregoing deposition
5    was by me duly sworn to testify the truth in the
6    within-entitled cause; that said deposition was taken
7    at the time and place therein cited; that the
8    testimony of the said witness was reported by me and
9    was hereafter transcribed under my direction into
10   typewriting; that the foregoing is a complete and
11   accurate record of said testimony; and that the
12   witness was given an opportunity to read and correct
13   said deposition and to subscribe the same.
14       Should the signature of the witness not be
15   affixed to the deposition, the witness shall not have
16   availed himself or herself of the opportunity to sign
17   or the signature has been waived.
18       I further certify that I am not of counsel,
19   nor attorney for any of the parties in the foregoing
20   deposition and caption named, nor in any way
21   interested in the outcome of the cause named in said
22   caption.
23       DATED: *August 21*, 2007
24
25   *Louise Marie Sousoures*