# Exhibit O

Dockets.Justia.com

1  MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
2  GARLAND T. STEPHENS (admitted N.D.C.A.,
Texas Bar No. 24053910)
3  garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
4  nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
5  Silicon Valley Office
201 Redwood Shores Parkway
6  Redwood Shores, CA  94065
Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  Attorneys for Plaintiff
APPLE COMPUTER, INC.
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12

| 13 APPLE COMPUTER, INC., | Case No. C 06-0019 MHP |
|---|---|
| 14           Plaintiff, | **MANUAL FILING NOTIFICATION** |
| 15      v. | EXHIBITS D AND O TO THE DECLARATION OF NICHOLAS A. BROWN IN SUPPORT OF APPLE COMPUTER, INC.'S REPLY IN SUPPORT OF ITS SECOND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY |
| 16 BURST.COM, INC., | |
| 17           Defendant. | |
| 18 | |
| 19 | Date:  September 18, 2007
Time:  2:00 p.m.
Hon. Marilyn Hall Patel |
| 20 | |
| 21 | Complaint Filed:  January 4, 2006
Trial Date:  February 26, 2008 |
| 22 | |
| 23 | **FILED UNDER SEAL** |

24       **THIS ENVELOPE CONTAINS MATERIALS SUBJECT TO A STIPULATED
         PROTECTIVE ORDER ENTERED IN THIS ACTION.  IT IS NOT TO BE OPENED
25       NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE PUBLIC,
                     EXCEPT BY ORDER OF THE COURT.**

26

27

28

MANUAL FILING NOTIFICATION                                           Case No. C 06-0019 MHP

**MANUAL FILING NOTIFICATION**

Regarding:

EXHIBITS D and O to the Declaration of Nicholas A. Brown in Support of Apple Computer, Inc.'s Reply in Support of its Second Motion for Summary Judgment of Invalidity [Transcript of the deposition of Richard Lang, taken on July 23, 2003, in Burst.com v. Microsoft Corp., Case NO. 02-2090 (District of Maryland)].

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reason(s):

___    Voluminous Document (PDF file size larger than efiling system allowances)

___    Unable to Scan Documents

___    Physical Object (description): _____

_____

___    Non Graphical/Textual Computer file (audio, video, etc.) on CD or other media

_XX_   Item Under Seal

___    Conformance with the Judicial Conference Privacy Policy (General Order 53)

___    Other (description): _____

_____

Dated:   September 7, 2007              WEIL, GOTSHAL & MANGES LLP

                                        By:  _____/s/_____
                                             Leeron G. Kalay
                                             Attorney for Plaintiff
                                             Apple Computer, Inc.