MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
GARLAND T. STEPHENS (admitted N.D.C.A.,
Texas Bar No. 24053910)
garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant. | Case No. C 06-0019 MHP <br><br> MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5 TO SEAL DOCUMENTS <br><br> Hon. Marilyn Hall Patel <br><br> Complaint Filed: January 4, 2006 <br> Trial Date: February 26, 2008 |

MISCELLANEOUS ADMINISTRATIVE REQUEST
PURSUANT TO CIVIL LOCAL RULES 7-10 & 79-5 TO
SEAL DOCUMENTS

Case No. C 06-0019 MHP

Apple Computer, Inc. ("Apple") hereby requests, pursuant to Civil Local Rules 7-10 and 79-5, an Order sealing Exhibits D and O to the Declaration Nicholas A. Brown in Support of Apple Computer, Inc.'s Reply in Support of its Second Motion for Summary Judgment of Invalidity, lodged with the Court on September 6, 2007.  Specifically, **Exhibit D** is a true and correct copy of the transcript of the deposition of Richard Lang, taken on July 23, 2003, in the matter of *Burst.com v. Microsoft Corp.*, Case No. 02-2090 (District of Maryland); **Exhibit O** is a true and correct copy deposition of Earl Mincer in *Apple, Inc. v. Burst.com, Inc.* Civil No. C 06-0019 MHP taken on July 20, 2007.

The forgoing exhibits are lodged with the Declaration of Nicholas A. Brown in Support of Apple Computer, Inc.'s Reply in Support of its Second Motion for Summary Judgment of Invalidity.  Pursuant to a stipulated protective order filed with this Court on September 15, 2006, parties may designate documents as Confidential Counsel's Eyes Only.  The Protective Order requires that, when so designated, such materials are to be filed with the Court under seal.  *Id*. at ¶ 14.  **Exhibit D** and **Exhibit O** have been designated as Confidential Outside Attorneys' Eyes Only by Burst.com, Inc.  *See* Kalay Decl. in Support of Apple's Miscellaneous Administrative Request.

Accordingly, this narrowly-tailored request to seal is only for material for which good cause to seal has been established.  A Proposed Order has been filed and served herewith.

Dated:   September 7, 2007                         WEIL, GOTSHAL & MANGES LLP

By: _____*/s/*_____
Leeron G. Kalay
Attorney for Plaintiff
Apple Computer, Inc.