1    MATTHEW D. POWERS (Bar No. 104795)
     matthew.powers@weil.com
2    GARLAND T. STEPHENS (admitted N.D.C.A.,
     Texas Bar No. 24053910)
3    garland.stephens@weil.com
     NICHOLAS A. BROWN (Bar No. 198210)
4    nicholas.brown@weil.com
     WEIL, GOTSHAL & MANGES LLP
5    Silicon Valley Office
     201 Redwood Shores Parkway
6    Redwood Shores, CA  94065
     Telephone: (650) 802-3000
7    Facsimile: (650) 802-3100

8    Attorneys for Plaintiff
     APPLE COMPUTER, INC.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13   APPLE COMPUTER, INC.,                    Case No. C 06-0019 MHP

14                    Plaintiff,              DECLARATION OF LEERON G.
                                              KALAY IN SUPPORT OF
15          v.                                MISCELLANEOUS ADMINISTRATIVE
                                              REQUEST PURSUANT TO CIVIL
16   BURST.COM, INC.,                         LOCAL RULES 7-10 AND 79-5 TO
                                              SEAL DOCUMENTS
17                    Defendant.
                                              Hon. Marilyn Hall Patel
18
                                              Complaint Filed:  January 4, 2006
19                                            Trial Date:  February 26, 2008

20

21

22

23

24

25

26

27

28

KALAY DECL. ISO MISC. ADMINISTRATIVE REQUEST
PURSUANT TO CIVIL LOCAL RULES 7-10 & 79-5 TO                    Case No. C 06-0019 MHP
SEAL DOCUMENTS

1  I, Leeron G. Kalay, declare:

2        1.     I am a member of the Bar of this Court and an attorney with the law firm of

3  Weil, Gotshal & Manges LLP, counsel of record for Apple Computer, Inc. in the above-captioned

4  matter.   I submit this declaration based on personal knowledge and following a reasonable

5  investigation.   If called upon as a witness, I could competently testify to the truth of each

6  statement herein.

7        2.     A stipulated protective order was filed with the Court on September 15,

8  2006, which states in part that parties may designate documents as Confidential Counsel's Eyes

9  Only.  The protective order requires that, when so designated, such materials are to be filed with

10  the Court under seal. *Id.* at ¶ 14.

11        3.     **Exhibits D** and **O** lodged with the Declaration Nicholas A. Brown in

12  Support of Apple Computer, Inc.'s Reply in Support of its Second Motion for Summary

13  Judgment of Invalidity have been designated as Confidential by Burst.com, Inc.

14        I declare under penalty of perjury under the laws of the United States of America

15  that the foregoing is true and correct.

16        Executed on September 6, 2007, at Houston, Texas.

17        WEIL, GOTSHAL & MANGES LLP

18

19        By: _____
                  */s/*
                Leeron G. Kalay

20

21

22

23

24

25

26

27

28