1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  GARLAND T. STEPHENS (admitted N.D.C.A.,
   Texas Bar No. 24053910)
3  NICHOLAS A. BROWN (Bar No. 198210)
   nicholas.brown@weil.com
4  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
5  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
6  Telephone:  (650) 802-3000
   Facsimile:  (650) 802-3100
7
   Attorneys for Plaintiff
8  APPLE COMPUTER, INC.

9  FLOYD G. SHORT (WA Bar No. 21632 – *Admitted Pro Hac Vice*)
10 fshort@susmangodfrey.com
   SUSMAN GODFREY, L.L.P.
11 1201 Third Avenue, Suite 3800
   Seattle, WA  98101-3000
12 Telephone:  (206) 516-3880
   Facsimile:  (206) 516-3883
13
   ROBERT J. YORIO (Bar No. 93178)
14 ryorio@carrferrell.com
   COLBY B. SPRINGER (Bar No. 214868)
15 cspringer@carrferrell.com
   CARR & FERRELL LLP
16 2200 Geng Road
   Palo Alto, CA  94303
17 Telephone:  (650) 812-3400
   Facsimile:  (650) 812-3444
18
   Attorneys for Defendant
19 BURST.COM, INC.

20                    UNITED STATES DISTRICT COURT

21                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 22  APPLE COMPUTER, INC., | Case No. C 06-0019 MHP |
| 23              Plaintiff, | BURST.COM, INC.'S AND APPLE COMPUTER, INC.'S MISCELLANEOUS |
| 24       v. | ADMINISTRATIVE REQUEST TO BRING INTO THE FEDERAL |
| 25  BURST.COM, INC., | COURTHOUSE CERTAIN EQUIPMENT AND MATERIALS FOR PURPOSES OF |
| 26              Defendant. | HEARING ON SUMMARY JUDGMENT MOTION |

27
28

BURST.COM'S AND APPLE COMPUTER'S MISC. ADMIN.
REQ. TO BRING CERTAIN EQUIPMENT AND MATERIALS                    Case No. C 06-0019 MHP
FOR PURPOSES OF SUMMARY JUDGMENT HEARING                         SV1:\278582\01\5yy#01!.DOC\15096.0006

1  Plaintiff Apple Computer, Inc. and defendant Burst.com, Inc. hereby request permission to bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, and set up in the courtroom of the Honorable Marilyn Hall Patel certain electronic equipment and other materials for use at a Summary Judgment Hearing set for September 18, 2007. The equipment and materials will include an ELMO document camera, video projector, projection screen, miscellaneous cables and power cords, and laptop and desktop computers and related equipment.

Pursuant to General Order 45, section X(B), counsel for Apple Computer, Inc. attests under penalty of perjury that counsel for Burst.com, Inc. concurs in the filing of this stipulation.

| | |
|---|---|
| Dated: September 10, 2007 | WEIL, GOTSHAL & MANGES LLP |
| | By: _____/s/ Nicholas A. Brown_____ |
| | Nicholas A. Brown |
| | Attorneys for Plaintiff |
| | Apple Computer, Inc. |
| Dated: September 10, 2007 | CARR & FERRELL LLP |
| | By: _____/s/ Robert J. Yorio_____ |
| | Robert J. Yorio |
| | Attorneys for Defendant |
| | Burst.com, Inc. |