| | |
|---|---|
| 1 | MATTHEW D. POWERS (Bar No. 104795) |
| | matthew.powers@weil.com |
| 2 | GARLAND T. STEPHENS (admitted N.D.C.A., |
| | Texas Bar No. 24053910) |
| 3 | NICHOLAS A. BROWN (Bar No. 198210) |
| | nicholas.brown@weil.com |
| 4 | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| 5 | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| 6 | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |
| 7 | |
| | Attorneys for Plaintiff |
| 8 | APPLE COMPUTER, INC. |
| 9 | FLOYD G. SHORT (WA Bar No. 21632 – *Admitted Pro Hac Vice*) |
| 10 | fshort@susmangodfrey.com |
| | SUSMAN GODFREY, L.L.P. |
| 11 | 1201 Third Avenue, Suite 3800 |
| | Seattle, WA 98101-3000 |
| 12 | Telephone: (206) 516-3880 |
| | Facsimile: (206) 516-3883 |
| 13 | |
| 14 | ROBERT J. YORIO (Bar No. 93178) |
| | ryorio@carrferrell.com |
| | COLBY B. SPRINGER (Bar No. 214868) |
| 15 | cspringer@carrferrell.com |
| | CARR & FERRELL LLP |
| 16 | 2200 Geng Road |
| | Palo Alto, CA 94303 |
| 17 | Telephone: (650) 812-3400 |
| | Facsimile: (650) 812-3444 |
| 18 | |
| | Attorneys for Defendant |
| 19 | BURST.COM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., | Case No. C 06-0019 MHP |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING BURST.COM, INC.'S AND APPLE COMPUTER, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING INTO THE FEDERAL COURTHOUSE CERTAIN EQUIPMENT AND MATERIALS FOR PURPOSES OF HEARING ON SUMMARY JUDGMENT MOTION |
| v. | |
| BURST.COM, INC., | |
| Defendant. | |

[PROPOSED] ORDER GRANTING BURST.COM'S AND
APPLE COMPUTER'S MISC. ADMIN. REQ. TO BRING                    Case No. C 06-0019 MHP
CERTAIN EQUIPMENT AND MATERIALS                                SV1:\278585\01\5yyh01!.DOC\15096.0006

Dockets.Justia.com

IT IS HEREBY ORDERED:

At 9:00 a.m. or anytime thereafter on September 18, 2007 plaintiff Apple Computer, Inc. and defendant Burst.com, Inc., by and through its counsel of record, may bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, and set up in the courtroom of the Honorable Marilyn Hall Patel certain electronic equipment and other materials for use at a Summary Judgment Hearing set for September 18, 2007.

The equipment and materials to be brought into the courthouse will include:

(a) LCD video monitors

(b) ELMO document camera

(c) Video Projector

(d) Distribution amplifier

(e) Da-Lite deluxe 12' screen

(f) Miscellaneous cables carts, carts and power cords

(g) Laptop and desktop computers and related equipment

Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and to take such steps as reasonably necessary to facilitate the foregoing activity.

IT IS SO ORDERED.

Dated: 9/11/2007                    By: _____
                                         HON. MARILYN H. PATEL

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Marilyn H. Patel]*