MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
GARLAND STEPHENS (admitted N.D.C.A.,
Texas Bar No. 24053910)
garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., | Case No. C 06-0019 MHP |
| Plaintiff, | **DECLARATION OF NICHOLAS A. BROWN IN SUPPORT OF PLAINTIFF APPLE COMPUTER INC.'S MOTION TO STRIKE THE DECLARATIONS OF DRS. GERSHO AND HEMAMI, AND RICHARD LANG** |
| v. | |
| BURST.COM, INC., | |
| Defendant. | |
| | Hon. Marilyn Hall Patel |
| | Complaint Filed: January 4, 2006<br>Trial Date: February 26, 2008 |

BROWN DECL. ISO APPLE'S MOTION TO
STRIKE DECLARATIONS OF DRS. GERSHO
AND HEMAMI AND RICHARD LANG                                          Case No. C 06-0019 MHP

Dockets.Justia.com

1   I, Nicholas A. Brown, declare:

2   1.  I am a member of the State Bar of California and an attorney with the law firm of Weil, Gotshal and Manges LLP, counsel of record for Apple Computer, Inc. in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2.  Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the deposition of Allen Gersho, taken September 11, 2007.

3.  Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the transcript of the deposition of Sheila Hemami, taken September 4, 2007.

4.  Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the transcript of the deposition of Richard Lang, taken January 9, 2007.

5.  Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the transcript of the deposition of Richard Lang, taken July 26, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of September, 2007, at Redwood Shores, California

*/s/ Nicholas Brown*

Nicholas A. Brown

BROWN DECL. ISO APPLE'S MOTION TO
STRIKE DECLARATIONS OF DRS. GERSHO
AND HEMAMI AND RICHARD LANG       1                      Case No. C 06-0019 MHP