# Exhibit C

1  MATTHEW D. POWERS (Bar No. 104795)
    matthew.powers@weil.com
2  GARLAND T. STEPHENS (admitted N.D.C.A.,
    Texas Bar No. 24053910)
3  garland.stephens@weil.com
    NICHOLAS A. BROWN (Bar No. 198210)
4  nicholas.brown@weil.com
    WEIL, GOTSHAL & MANGES LLP
5  Silicon Valley Office
    201 Redwood Shores Parkway
6  Redwood Shores, CA  94065
    Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  Attorneys for Plaintiff
    APPLE COMPUTER, INC.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

| 13 | APPLE COMPUTER, INC., | Case No. C 06-0019 MHP |
|---|---|---|
| 14 | Plaintiff, | **MANUAL FILING NOTIFICATION** |
| 15 | v. | EXHIBITS C AND D TO THE DECLARATION OF NICHOLAS A. BROWN IN SUPPORT OF APPLE COMPUTER, INC.'S MOTION TO STRIKE THE DECLARATIONS OF DRS. GERSHO AND HEMAMI, AND RICHARD LANG |
| 16 | BURST.COM, INC., | |
| 17 | Defendant. | |
| 18 | | |
| 19 | | Date:  September 18, 2007<br>Time:  2:00 p.m.<br>Hon. Marilyn Hall Patel |
| 20 | | |
| 21 | | Complaint Filed:  January 4, 2006<br>Trial Date:  February 26, 2008 |
| 22 | | |
| 23 | | **FILED UNDER SEAL** |

24         **THIS ENVELOPE CONTAINS MATERIALS SUBJECT TO A STIPULATED
            PROTECTIVE ORDER ENTERED IN THIS ACTION.  IT IS NOT TO BE OPENED
25          NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE PUBLIC,
                          EXCEPT BY ORDER OF THE COURT.**
26

27

28


# MANUAL FILING NOTIFICATION

<u>Regarding:</u>

EXHIBITS C and D to the Declaration of Nicholas A. Brown in Support of Apple Computer, Inc.'s Motion to Strike the Declarations of Drs. Gersho and Hemami, and Richard Lang [excerpts of the transcript of the deposition of Richard Lang, taken January 9, 2007 and July 26, 2007.]

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

_____

___ Non Graphical/Textual Computer file (audio, video, etc.) on CD or other media

_XX_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

___ Other (description): _____

_____

Dated:   September 16, 2007           WEIL, GOTSHAL & MANGES LLP

By:   _____*/s/Leeron Kalay*_____
Leeron G. Kalay
Attorney for Plaintiff
Apple Computer, Inc.