# Exhibit D

Dockets.Justia.com

1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  GARLAND T. STEPHENS (admitted N.D.C.A.,
   Texas Bar No. 24053910)
3  garland.stephens@weil.com
   NICHOLAS A. BROWN (Bar No. 198210)
4  nicholas.brown@weil.com
   WEIL, GOTSHAL & MANGES LLP
5  Silicon Valley Office
   201 Redwood Shores Parkway
6  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  Attorneys for Plaintiff
   APPLE COMPUTER, INC.
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13  APPLE COMPUTER, INC.,              | Case No. C 06-0019 MHP

14              Plaintiff,             | **MANUAL FILING NOTIFICATION**

15        v.                          | EXHIBITS C AND D TO THE
                                       | DECLARATION OF NICHOLAS A.
16  BURST.COM, INC.,                   | BROWN IN SUPPORT OF APPLE
                                       | COMPUTER, INC.'S MOTION TO
17              Defendant.             | STRIKE THE DECLARATIONS OF
                                       | DRS. GERSHO AND HEMAMI, AND
18                                     | RICHARD LANG

19                                     | Date:  September 18, 2007
                                       | Time:  2:00 p.m.
20                                     | Hon. Marilyn Hall Patel

21                                     | Complaint Filed:  January 4, 2006
                                       | Trial Date:  February 26, 2008
22
                                       | **FILED UNDER SEAL**
23

24        **THIS ENVELOPE CONTAINS MATERIALS SUBJECT TO A STIPULATED
          PROTECTIVE ORDER ENTERED IN THIS ACTION.  IT IS NOT TO BE OPENED
25        NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE PUBLIC,
                    EXCEPT BY ORDER OF THE COURT.**
26

27

28

## MANUAL FILING NOTIFICATION

Regarding:

EXHIBITS C and D to the Declaration of Nicholas A. Brown in Support of Apple Computer, Inc.'s Motion to Strike the Declarations of Drs. Gersho and Hemami, and Richard Lang [excerpts of the transcript of the deposition of Richard Lang, taken January 9, 2007 and July 26, 2007.]

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reason(s):

___    Voluminous Document (PDF file size larger than efiling system allowances)

___    Unable to Scan Documents

___    Physical Object (description): _____

_____

___    Non Graphical/Textual Computer file (audio, video, etc.) on CD or other media

_XX_    Item Under Seal

___    Conformance with the Judicial Conference Privacy Policy (General Order 53)

___    Other (description): _____

_____

Dated:   September 16, 2007          WEIL, GOTSHAL & MANGES LLP


By: _____*/s/Leeron Kalay*_____
Leeron G. Kalay
Attorney for Plaintiff
Apple Computer, Inc.