1   MATTHEW D. POWERS (Bar No. 104795)
     matthew.powers@weil.com
2   GARLAND T. STEPHENS (admitted N.D.C.A.,
     Texas Bar No. 24053910)
3   garland.stephens@weil.com
     NICHOLAS A. BROWN (Bar No. 198210)
4   nicholas.brown@weil.com
     WEIL, GOTSHAL & MANGES LLP
5   Silicon Valley Office
     201 Redwood Shores Parkway
6   Redwood Shores, CA 94065
     Telephone: (650) 802-3000
7   Facsimile: (650) 802-3100

8   Attorneys for Plaintiff
     APPLE COMPUTER, INC.
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13   APPLE COMPUTER, INC.,             Case No. C 06-0019 MHP

14           Plaintiff,                   [PROPOSED] ORDER GRANTING
                                                MISCELLANEOUS ADMINISTRATIVE
15      v.                              REQUEST PURSUANT TO CIVIL
                                                LOCAL RULES 7-10 AND 79-5 TO
16   BURST.COM, INC.,                      SEAL DOCUMENTS

17           Defendant.                  Hon. Marilyn Hall Patel

18                                               Complaint Filed: January 4, 2006
                                              Trial Date: February 26, 2008
19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
MISCELLANEOUS ADMINISTRATIVE                            Case No. C 06-0019 MHP
REQUEST

As set forth in plaintiff Apple Computer, Inc.'s Miscellaneous Administrative Request Pursuant to Civil Local Rules 7-10 and 79-5 to Seal Documents (hereinafter "Apple's Miscellaneous Administrative Request"), Apple Computer, Inc. lodged with the Court the following documents in connection with Plaintiff Apple Computer, Inc.'s Motion to Strike the Declarations of Drs. Gersho and Hemami and Richard Lang.

Exhibit C to the Declaration of Nicholas A. Brown in Support of Apple Computer, Inc.'s Motion to Strike the Declarations of Drs. Gersho and Hemami and Richard Lang.

Exhibit D to the Declaration of Nicholas A. Brown in Support of Apple Computer, Inc.'s Motion to Strike the Declarations of Drs. Gersho and Hemami and Richard Lang.

Having considered Apple Computer, Inc.'s Miscellaneous Administrative Request, and good cause appearing,

IT IS HEREBY ORDERED that Exhibits C and D to the Declaration of Nicholas A. Brown in Support of Apple Computer, Inc.'s Motion to Strike the Declarations of Drs. Gersho and Hemami and Richard Lang are to be filed under seal.

Dated:

                                              The Honorable Marilyn Hall Patel
                                              U.S. District Court Judge