MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
GARLAND T. STEPHENS (admitted N.D.C.A.,
Texas Bar No. 24053910)
garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant. | Case No. C 06-0019 MHP <br><br> DECLARATION OF LEERON G. KALAY IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5 TO SEAL DOCUMENTS <br><br> Hon. Marilyn Hall Patel <br><br> Complaint Filed: January 4, 2006 <br> Trial Date: February 26, 2008 |

KALAY DECL. ISO MISC. ADMINISTRATIVE REQUEST
PURSUANT TO CIVIL LOCAL RULES 7-10 & 79-5 TO
SEAL DOCUMENTS

Case No. C 06-0019 MHP

I, Leeron G. Kalay, declare:

1. I am a member of the Bar of this Court and an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Apple Computer, Inc. in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. A stipulated protective order was filed with the Court on September 15, 2006, which states in part that parties may designate documents as Confidential Counsel's Eyes Only. The protective order requires that, when so designated, such materials are to be filed with the Court under seal. *Id.* at ¶ 14.

3. **Exhibits C** and **D** lodged with the Declaration Nicholas A. Brown in Support of Apple Computer, Inc.'s Motion to Strike the Declarations of Drs. Gersho and Hemami, and Richard Lang have been designated as Confidential by Burst.com, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 16, 2007, at Redwood Shores, California.

WEIL, GOTSHAL & MANGES LLP

By: */s/ Leeron G. Kalay*
      Leeron G. Kalay

KALAY DECL. ISO MISC. ADMINISTRATIVE REQUEST
PURSUANT TO CIVIL LOCAL RULES 7-10 & 79-5 TO
SEAL DOCUMENTS    2    Case No. C 06-0019 MHP