MATTHEW D. POWERS (Bar No. 104795)
Email: matthew.powers@weil.com
GARLAND T. STEPHENS (Admitted NDCA, Texas Bar No. 24053910)
Email: garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
Email: nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>BURST.COM, INC.,<br><br>        Defendant. | Case No. C 06-0019 MHP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF APPLE COMPUTER, INC.'S MOTION TO STRIKE THE DECLARATIONS OF DRS. GERSHO AND HEMAMI, AND RICHARD LANG**<br><br>Date: TBD<br>Time: TBD<br>Hon. Marilyn Hall Patel<br><br>Complaint Filed: January 4, 2006<br>Trial Date: February 26, 2008 |

[PROPOSED] ORDER GRANTING MOTION TO STRIKE
THE DECLARATIONS OF DRS. GERSHO AND HEMAMI,
AND RICHARD LANG                      Case No. C 06-0019 MHP

The Court, having considered the papers submitted in connection with Apple's Motion to Strike the Declarations of Drs. Gersho and Hemami and Richard Lang,

HEREBY ORDERS that the motion to strike the declarations of Drs. Gersho and Hemami and Richard Lang is granted.

Dated:

By: _____
    Hon. Marilyn Hall Patel
    U.S. District Court Judge