# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: September 18, 2007

Case No.   C 06-0019  MHP                Judge: MARILYN H. PATEL

Title: APPLE COMPUTER -v- BURST.COM INC

Attorneys:  Plf: Matthew Power, Nicholas Brown, Garland Stevens
            Dft: Erik Enger, Robert Yoria, V Randall Gard,

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVicker

## PROCEEDINGS

1)  Plaintiff's Motion for Summary Judgment re Invalidity

2)

3)

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Motion deemed submitted; Court to issue order;