| | |
|---|---|
| 1 | MATTHEW D. POWERS (Bar No. 104795) |
| | matthew.powers@weil.com |
| 2 | GARLAND STEPHENS (admitted N.D.C.A., |
| | Texas Bar No. 24053910) |
| 3 | garland.stephens@weil.com |
| 4 | NICHOLAS A. BROWN (Bar No. 198210) |
| | nicholas.brown@weil.com |
| 5 | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| 6 | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| 7 | Telephone: (650) 802-3000 |
| 8 | Facsimile: (650) 802-3100 |

Attorneys for Plaintiff
APPLE COMPUTER, INC.

LESLIE V. PAYNE
(TX Bar No. 0784736-*Pro Hac Vice*)
lpayne@hpcllp.com
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, TX 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

*(additional attorneys listed on signature page)*

Attorneys for Defendant/Counterclaimant
BURST.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE COMPUTER, INC., | Case No. C 06-00019 MHP |
| Plaintiff/Counterdefendant, | **JOINT STIPULATION ALLOWING APPLE TO FILE AN AMENDED ANSWER** |
| v. | Complaint filed: January 4, 2006 |
| BURST.COM, INC., | Trial Date: February 26, 2008 |
| Defendant/Counterclaimant. | Hon. Marilyn Hall Patel |

JOINT STIPULATION ALLOWING APPLE TO FILE AN
AMENDED ANSWER      1      Case No. 06-CV-00019 MHP
SV1:\279219\02\5ZG302!.DOC\15096.0006

In accordance with Federal Rule of Civil Procedure 15(a), the undersigned hereby stipulate to allow plaintiff Apple Computer, Inc. to file the attached amended answer to defendant Burst.com, Inc.'s amended counterclaim.

Dated:  September 19, 2007      WEIL, GOTSHAL & MANGES LLP

By:  _____/s/_____
Nicholas A. Brown
Attorneys for Plaintiff
APPLE COMPUTER, INC.

Dated:  September 19, 2007      By:  _____/s/_____
LESLIE V. PAYNE
(TX Bar No. 0784736- Pro Hac Vice)
lpayne@hpcllp.com
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, TX  77002
(713) 221-2000 Tel.


PARKER C. FOLSE III
(WA Bar No. 24895-Pro Hac Vice)
pfolse@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington  98101-3000
(206) 516-3880 Tel.


SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.

|   |   |
|---|---|
| 1 | MICHAEL F. HEIM |
|   | (TX Bar No. 9380923-Pro Hac Vice) |
| 2 | mheim@hpcllp.com |
|   | HEIM, PAYNE & CHORUSH, L.L.P. |
| 3 | 600 Travis Street, Suite 6710 |
|   | Houston, TX 77002 |
| 4 | (713) 221-2000 Tel. |
| 5 |   |
|   | ROBERT J. YORIO (CA Bar No. 93178) |
| 6 | ryorio@carrferrell.com |
|   | V. RANDALL GARD (CA Bar No. 151677) |
| 7 | rgard@carrferrell.com |
|   | COLBY B. SPRINGER (CA Bar No 214868) |
| 8 | cspringer@carrferrell.com |
|   | CARR & FERRELL LLP |
| 9 | 2200 Geng Road |
|   | Palo Alto, CA 94303 |
| 10 | (650) 812-3400 Tel. |
| 11 |   |
|   | Attorneys for Defendant |
| 12 | BURST.COM, INC. |

Lines 13–28: (blank)