MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
GARLAND T. STEPHENS (admitted N.D.C.A.,
Texas Bar No. 24053910)
garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br>   Plaintiff, <br><br> v. <br><br> BURST.COM, INC., <br><br>   Defendant. | Case No. C 06-0019 MHP <br><br> [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5 TO SEAL DOCUMENTS <br><br> Hon. Marilyn Hall Patel <br><br> Complaint Filed: January 4, 2006 <br> Trial Date: February 26, 2008 |

[PROPOSED] ORDER GRANTING
MISCELLANEOUS ADMINISTRATIVE
REQUEST

Case No. C 06-0019 MHP

1  As set forth in plaintiff Apple Computer, Inc.'s Miscellaneous Administrative Request Pursuant to Civil Local Rules 7-10 and 79-5 to Seal Documents (hereinafter "Apple's Miscellaneous Administrative Request"), Apple Computer, Inc. lodged with the Court the following documents in connection with Plaintiff Apple Computer, Inc.'s Motion to Strike the Declarations of Drs. Gersho and Hemami and Richard Lang.

Exhibit C to the Declaration of Nicholas A. Brown in Support of Apple Computer, Inc.'s Motion to Strike the Declarations of Drs. Gersho and Hemami and Richard Lang.

Exhibit D to the Declaration of Nicholas A. Brown in Support of Apple Computer, Inc.'s Motion to Strike the Declarations of Drs. Gersho and Hemami and Richard Lang.

Having considered Apple Computer, Inc.'s Miscellaneous Administrative Request, and good cause appearing,

IT IS HEREBY ORDERED that Exhibits C and D to the Declaration of Nicholas A. Brown in Support of Apple Computer, Inc.'s Motion to Strike the Declarations of Drs. Gersho and Hemami and Richard Lang are to be filed under seal.

Dated: 9/19/2007

_____
The Honorable Marilyn H. Patel

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST          2          Case No. C 06-0019 MHP