1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  GARLAND STEPHENS (admitted N.D.C.A.,
   Texas Bar No. 24053910)
3  garland.stephens@weil.com
4  NICHOLAS A. BROWN (Bar No. 198210)
   nicholas.brown@weil.com
5  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
6  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
7  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
8
9  Attorneys for Plaintiff
   APPLE COMPUTER, INC.
10
   LESLIE V. PAYNE
11 (TX Bar No. 0784736-*Pro Hac Vice*)
   lpayne@hpcllp.com
12 HEIM, PAYNE & CHORUSH, L.L.P.
   600 Travis Street, Suite 6710
13 Houston, TX  77002
14 Telephone:  (713) 221-2000
   Facsimile:  (713) 221-2021
15
   *(additional attorneys listed on signature page)*
16
   Attorneys for Defendant/Counterclaimant
17 BURST.COM, INC.

18                          UNITED STATES DISTRICT COURT
19                         NORTHERN DISTRICT OF CALIFORNIA
20                              SAN FRANCISCO DIVISION

| | |
|---|---|
| 21  APPLE COMPUTER, INC., | Case No. C 06-00019 MHP |
| 22              Plaintiff/Counterdefendant, | **JOINT STIPULATION ALLOWING APPLE TO FILE AN AMENDED ANSWER** |
| 23         v. | |
| 24  BURST.COM, INC., | Complaint filed: January 4, 2006<br>Trial Date:      February 26, 2008 |
| 25 | |
| 26              Defendant/Counterclaimant. | Hon. Marilyn Hall Patel |
| 27 | |
| 28 | |

JOINT STIPULATION ALLOWING APPLE TO FILE AN                    1                              Case No. 06-CV-00019 MHP
AMENDED ANSWER
SV1:\279219\02\5ZG302!.DOC\15096.0006

In accordance with Federal Rule of Civil Procedure 15(a), the undersigned hereby stipulate to allow plaintiff Apple Computer, Inc. to file the attached amended answer to defendant Burst.com, Inc.'s amended counterclaim.

Dated:  September 19, 2007        WEIL, GOTSHAL & MANGES LLP

By: _____/s/_____
    Nicholas A. Brown
    Attorneys for Plaintiff
    APPLE COMPUTER, INC.

Dated:  September 19, 2007        By: _____/s/_____
    LESLIE V. PAYNE
    (TX Bar No. 0784736- Pro Hac Vice)
    lpayne@hpcllp.com
    HEIM, PAYNE & CHORUSH, L.L.P.
    600 Travis Street, Suite 6710
    Houston, TX  77002
    (713) 221-2000 Tel.

    PARKER C. FOLSE III
    (WA Bar No. 24895-Pro Hac Vice)
    pfolse@susmangodfrey.com
    SUSMAN GODFREY, L.L.P.
    1201 Third Avenue, Suite 3800
    Seattle, Washington  98101-3000
    (206) 516-3880 Tel.

    SPENCER HOSIE (CA Bar No. 101777)
    shosie@hosielaw.com
    BRUCE WECKER (CA Bar No. 078530)
    bwecker@hosielaw.com
    HOSIE McARTHUR LLP
    One Market, 22nd Floor
    San Francisco, CA 94105
    (415) 247-6000 Tel.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MICHAEL F. HEIM
(TX Bar No. 9380923-Pro Hac Vice)
mheim@hpcllp.com
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, TX  77002
(713) 221-2000 Tel.

ROBERT J. YORIO (CA Bar No. 93178)
ryorio@carrferrell.com
V. RANDALL GARD (CA Bar No.  151677)
rgard@carrferrell.com
COLBY B. SPRINGER (CA Bar No 214868)
cspringer@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
(650) 812-3400 Tel.

Attorneys for Defendant
BURST.COM, INC.

9/20/2007

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION ALLOWING APPLE TO FILE AN AMENDED ANSWER          3          Case No. 06-CV-00019 MHP