PARKER C. FOLSE III (WA Bar No. 24895 – *Pro Hac Vice*)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 – *Pro Hac Vice*)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 – *Pro Hac Vice*)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880 Tel.
(206) 516-3883 Fax
(additional attorneys listed on signature page)

Attorneys for Defendant/Counterclaimant
BURST.COM, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE COMPUTER, INC.,<br><br>　　　　Plaintiff/Counterdefendant,<br><br>　　v.<br><br>BURST.COM, INC.,<br><br>　　　　Defendant/Counterclaimant. | CASE NO. C06-00019 MHP |

**STIPULATED REQUEST FOR ORDER CHANGING TIME**

Pursuant to Local Rule 6-2, the parties hereby stipulate to extend the time for Burst.com, Inc., to file its answer to Apple Computer, Inc.'s, Amended Answer to Burst's Amended Counterclaim and Counterclaim for Declaratory Judgment, from October 1, 2007, through and including October 9, 2007.  The extension of time is requested to allow Burst additional time to fully consider and respond to Apple's newly asserted counterclaims.  Time has been extended for Burst to respond to Apple's Complaint for Declaratory Judgment; to continue the case management conference set for April 3, 2006, to May 8, 2006; for Apple to respond to Burst's Amended Answer and Counterclaim; for Burst to respond to Apple's Motions for Summary Judgment of Non-Infringement and of Invalidity Based on Kramer and AT&T Patents; to revise the Scheduling Order;

to reset hearings on Apple's First and Second Motions for Summary Judgment; and for Apple's Reply to Burst's Opposition to Apple's Second Motion for Summary Judgment. The requested time modification will have not effect on the schedule of the case.

Dated October 1, 2007                        SUSMAN GODFREY, L.L.P.

/s/ Ian B. Crosby
PARKER C. FOLSE III (WA Bar No. 24895- Admitted Pro Hac Vice)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461- Admitted Pro Hac Vice)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632- Admitted Pro Hac Vice)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington  98101-3000
(206) 516-3880 Tel.
(206) 516-3883 Fax

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

MICHAEL F. HEIM (TX Bar No. 9380923- Admitted Pro Hac Vice)
LESLIE V. PAYNE (TX Bar No. 0784736- Admitted Pro Hac Vice)
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, TX  77002
(713) 221-2000 Tel.
(713) 221.2021 Fax

ROBERT J. YORIO (CA Bar No. 93178)
V. RANDALL GARD (CA Bar No.  151677)
COLBY B. SPRINGER (CA Bar No. 214868)

```
                              CARR & FERRELL LLP
                              2200 Geng Road
                              Palo Alto, CA  94303
                              (650) 812-3400 Tel.
                              (650) 812-3444 Fax

                              ATTORNEYS FOR DEFENDANT
                              BURST.COM, INC.

Dated October 1, 2007         WEIL, GOTSHAL & MANGES, L.L.P.

                              /s/ Nicholas A. Brown
                              ─────────────────────────────
                              MATTHEW D. POWERS (Bar No. 104795)
                              matthew.powers@weil.com
                              GARLAND T. STEPHENS (admitted N.D.C.A.,
                              Texas Bar No. 24053910)
                              garland.stephens@weil.com
                              NICHOLAS A. BROWN (Bar No. 198210)
                              nicholas.brown@weil.com
                              WEIL, GOTSHAL & MANGES LLP
                              Silicon Valley Office
                              201 Redwood Shores Parkway
                              Redwood Shores, CA 94065
                              Telephone: (650) 802-3000
                              Facsimile: (650) 802-3100

                              ATTORNEYS FOR PLAINTIFF AND
                              COUNTERDEFENDANT
                              APPLE COMPUTER, INC.
```

PURSUANT TO STIPULATION, IT IS SO ORDERED, this 3rd day of October, 2007.

─────────────────────────────
Marilyn Hall Patel, United States District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel]*