PARKER C. FOLSE III (WA Bar No. 24895 – Pro Hac Vice)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 – Pro Hac Vice)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632 – Pro Hac Vice)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880 Tel.
(206) 516-3883 Fax

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax
(additional attorneys listed on signature page)

Attorneys for Defendant/Counterclaimant
BURST.COM, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant/Counterclaimant. | CASE NO. C06-00019 MHP <br><br> **BURST.COM, INC.'S, ANSWER TO APPLE COMPUTER, INC.'S, AMENDED COUNTERCLAIM FOR DECLARATORY JUDGMENT** <br><br> **JURY TRIAL DEMANDED** |

**BURST.COM, INC.'S ANSWER TO APPLE COMPUTER, INC.'S, AMENDED COUNTERCLAIM FOR DECLARATORY JUDGMENT**

Defendant Burst.com, Inc. ("Burst") replies to the amended counterclaim for declaratory judgment on U.S. Patents Nos. 4,963,995 (the "'995 patent"), 5,057,932 (the "'932 patent"), 5,164,839 (the "'839 patent"), 5,995,705 (the "'705 patent"), asserted by Plaintiff Apple Computer, Inc. ("Apple") in Apple's "Amended Answer to Burst.com, Inc.'s Amended Counterclaim and Counterclaim for Declaratory Judgment" (Docket No. 171), as follows:

1-48.    Paragraphs 1 through 48 do not assert claims to which a response is required except to the extent later realleged in support of Apple's Counterclaims.  Paragraphs 1-31 set forth admissions, denials, and affirmative defenses in reply to the counterclaim asserted in Burst's "Amended Answer and Counterclaim" (Docket No. 42), but do not set forth affirmative allegations of fact, and therefore do not require reply.  In the alternative, to the extent that the admissions, denials, and affirmative defenses set forth in paragraphs 1-31 constitute "allegations" in support of Apple's counterclaim, Burst replies by re-alleging and adopting by reference the entirety of Burst's Counterclaim, Prayer for Relief, and Demand for Jury Trial, and by denying all of Apple's affirmative defenses.

32.    Denied.

33.    To the extent this paragraph accurately quotes deposition transcripts and/or documents, Burst admits that the transcripts and/or documents so state.  In all other respects, denied.

34.    To the extent this paragraph accurately quotes deposition transcripts and/or documents, Burst admits that the transcripts and/or documents so state.  In all other respects, denied.

35.    Denied.

36.    Denied.

37.    To the extent this paragraph accurately quotes deposition transcripts and/or documents, Burst admits that the transcripts and/or documents so state.  Burst admits that the EPO rejected the then-pending claims of Burst's Application No. 90 902 741.9 in an Office Action dated April 22, 1994.  In all other respects, denied.

38.    To the extent this paragraph accurately quotes deposition transcripts and/or documents, Burst admits that the transcripts and/or documents so state.  Burst admits that Lang and Hein were aware of the rejections in the EPO.  In all other respects, denied.

39.    To the extent this paragraph accurately quotes deposition transcripts and/or documents, Burst admits that the transcripts and/or documents so state.  Burst admits that Lang and Hein first disclosed Walter to the PTO in an Information Disclosure Statement on May 6, 1991.  In all other respects, denied.

1    40.    To the extent this paragraph accurately quotes deposition transcripts and/or
2 documents, Burst admits that the transcripts and/or documents so state. In all other respects, denied.

3    41.    To the extent this paragraph accurately quotes deposition transcripts and/or
4 documents, Burst admits that the transcripts and/or documents so state. Burst is without knowledge
5 of and on that basis denies the allegations regarding the development, capabilities, and public
6 demonstration of DVI. In all other respects, denied.

7    42.    To the extent this paragraph accurately quotes deposition transcripts and/or
8 documents, Burst admits that the transcripts and/or documents so state. Burst admits that it was
9 attempting to build a prototype of its system around September 1990. Burst admits that it adopted
10 DVI for use in its prototypes. In all other respects, denied.

11    43.    Burst is without knowledge of and on that basis denies the allegations regarding the
12 development and publicization of DVI years before the Burst patents were filed. In all other
13 respects, denied.

14    44.    Burst is without knowledge of and on that basis denies the allegations regarding
15 nondisclosure of printed publications describing DVI technology that was in development and
16 displayed to the public before the filing of the Burst patents. In all other respects, denied.

17    45.    Burst admits that in an Office Action dated April 22, 1994 for Application No. 90 902
18 741.9, the EPO cited and discussed prior art references including IEEE Transactions on Consumer
19 Electronics, "1988 International Conference on Consumer Electronics, Part 1", 34 (1988) August,
20 No. 3, New York, U.S., pages 838-845; Hildering et al.: "Programmable Compact Disk Picture
21 Memory and Video Processing System" ("Hildering"); EP-A-0 283 727 ("Parker"); and EP-A-0 082
22 077 ("Gremillet EP"). In all other respects denied.

23    46.    Denied.
24    47.    Denied.
25    48.    Denied.

ANSWER TO AMENDED COUNTERCLAIM FOR
DECLARATORY JUDGMENT                 3                CASE NO. C-06-00019 MHP

49. Paragraph 49 restates, realleges, and incorporates by referece the allegations set forth in paragraphs 1 through 48. In response, Burst restates, realleges, and incorporates by reference its responses to paragraphs 1 through 48.

50. Burst admits that Apple counterclaims against Burst for declaratory judgment, and that declaratory judgment is a remedy contemplated in the patent laws of the United States and the Federal Rules of Civil Procedure, including Title 35 of the United States Code; 28 U.S.C. §§ 1331, 1338(a), 2201, 2202; and Fed. R. Civ. P. 13. Burst denies that Apple is entitled to the remedy sought.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Burst denies that Apple is entitled to any relief from Burst and in particular to any of the relief requested in paragraphs 1 through 6 of Apple's Prayer for Relief.

Dated October 9, 2007.                    SUSMAN GODFREY, L.L.P.

/s/ Ian B. Crosby
PARKER C. FOLSE III
  (WA Bar No. 24895- Admitted Pro Hac Vice)
pfolse@susmangodfrey.com
IAN B. CROSBY
  (WA Bar No. 28461- Admitted Pro Hac Vice)
icrosby@susmangodfrey.com
FLOYD G. SHORT
  (WA Bar No. 21632- Admitted Pro Hac Vice)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880 Tel.
(206) 516-3883 Fax

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105

```
                              (415) 247-6000 Tel.
                              (415) 247-6001 Fax

                              MICHAEL F. HEIM
                                (TX Bar No. 9380923 - Admitted Pro Hac Vice)
                              LESLIE V. PAYNE
                                (TX Bar No. 0784736 - Admitted Pro Hac Vice)
                              HEIM, PAYNE & CHORUSH, L.L.P.
                              600 Travis Street, Suite 6710
                              Houston, TX  77002
                              (713) 221-2000 Tel.
                              (713) 221.2021 Fax

                              ROBERT J. YORIO (CA Bar No. 93178)
                              V. RANDALL GARD (CA Bar No. 151677)
                              COLBY B. SPRINGER (CA Bar No. 214868)
                              CARR & FERRELL LLP
                              2200 Geng Road
                              Palo Alto, CA  94303
                              (650) 812-3400 Tel.
                              (650) 812-3444 Fax

                              ATTORNEYS FOR DEFENDANT
                              BURST.COM, INC.
```

ANSWER TO AMENDED COUNTERCLAIM FOR
DECLARATORY JUDGMENT                    5                    CASE NO. C-06-00019 MHP

**CERTIFICATE OF SERVICE**

I hereby certify that on the date written above, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants. I further certify that a true and correct copy of this document was sent via U.S. first-class mail, postage pre-paid to all non-CM/ECF participants.

                                                          /s/ Ian B. Crosby
                                                          Ian B. Crosby