1 | PARKER C. FOLSE III (WA Bar No. 24895 – Pro Hac Vice)
  | pfolse@susmangodfrey.com
2 | IAN B. CROSBY (WA Bar No. 28461 – Pro Hac Vice)
  | icrosby@susmangodfrey.com
3 | FLOYD G. SHORT (WA Bar No. 21632 – Pro Hac Vice)
  | fshort@susmangodfrey.com
4 | SUSMAN GODFREY, L.L.P.
  | 1201 Third Avenue, Suite 3800
5 | Seattle, Washington 98101-3000
  | (206) 516-3880 Tel.
6 | (206) 516-3883 Fax

7 | SPENCER HOSIE (CA Bar No. 101777)
  | shosie@hosielaw.com
8 | BRUCE WECKER (CA Bar No. 078530)
  | bwecker@hosielaw.com
9 | HOSIE McARTHUR LLP
  | One Market, 22nd Floor
10 | San Francisco, CA 94105
   | (415) 247-6000 Tel.
11 | (415) 247-6001 Fax
   | (additional attorneys listed on signature page)
12 |
   | Attorneys for Defendant/Counterclaimant
13 | BURST.COM, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| APPLE COMPUTER, INC., | CASE NO. C06-00019 MHP |
|---|---|
| Plaintiff/Counterdefendant, | **STIPULATED REQUEST FOR AN ORDER CHANGING TIME** |
| v. | **JURY TRIAL DEMANDED** |
| BURST.COM, INC., | |
| Defendant/Counterclaimant. | |

**STIPULATED REQUEST FOR ORDER CHANGING TIME**

Pursuant to Local Rule 6-2, the parties hereby stipulate to extend the following case deadlines:

| DATE/DEADLINE | EVENT |
|---|---|
| **October 16, 2007** | **Disclosure of expert witnesses, service of reports, and production of documents regarding expert testimony in response to disclosures regarding burden-of-proof experts (FRCP 26(a)(2))** |
| **October 29, 2007** | **Deadline for filing dispositive motions** |
| **November 19, 2007** | **Due date for responses to dispositive motions** |

STIPULATED REQUEST FOR ORDER CHANGING TIME                                         CASE NO. C-06-00019 MHP

| **November 30, 2007** | **Due date for reply briefs in support of dispositive motions** |
|---|---|
| **December 7, 2007** | **Deadline by which all experts must be produced for deposition** |
| **December 7, 2007** | **Deadline for completing all expert discovery** |

The extension of time is requested to allow Burst additional time to fully respond to Dr. Wicker's report on invalidity, for the convenience of the experts and attorneys in scheduling expert depositions, and to allow adequate time for briefing dispositive motions thereafter. Time has been extended for Burst to respond to Apple's Complaint for Declaratory Judgment; to continue the case management conference set for April 3, 2006, to May 8, 2006; for Apple to respond to Burst's Amended Answer and Counterclaim; for Burst to respond to Apple's Motions for Summary Judgment of Non-Infringement and of Invalidity Based on Kramer and AT&T Patents; to revise the Scheduling Order; to reset hearings on Apple's First and Second Motions for Summary Judgment; for Apple's Reply to Burst's Opposition to Apple's Second Motion for Summary Judgment; and for Burst to file its answer to Apple's Amended Answer to Burst's Amended Counterclaim and Counterclaim for Declaratory Judgment. The requested time modifications will have no effect on the remaining schedule of the case.

Dated October 12, 2007.                    SUSMAN GODFREY, L.L.P.

/s/ Ian B. Crosby
PARKER C. FOLSE III
  (WA Bar No. 24895- Admitted Pro Hac Vice)
pfolse@susmangodfrey.com
IAN B. CROSBY
  (WA Bar No. 28461- Admitted Pro Hac Vice)
icrosby@susmangodfrey.com
FLOYD G. SHORT
  (WA Bar No. 21632- Admitted Pro Hac Vice)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington  98101-3000
(206) 516-3880 Tel.
(206) 516-3883 Fax

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP

```
                              One Market, 22nd Floor
                              San Francisco, CA 94105
                              (415) 247-6000 Tel.
                              (415) 247-6001 Fax

                              MICHAEL F. HEIM
                                (TX Bar No. 9380923 - Admitted Pro Hac Vice)
                              LESLIE V. PAYNE
                                (TX Bar No. 0784736 - Admitted Pro Hac Vice)
                              HEIM, PAYNE & CHORUSH, L.L.P.
                              600 Travis Street, Suite 6710
                              Houston, TX  77002
                              (713) 221-2000 Tel.
                              (713) 221.2021 Fax

                              ROBERT J. YORIO (CA Bar No. 93178)
                              V. RANDALL GARD (CA Bar No.  151677)
                              COLBY B. SPRINGER (CA Bar No. 214868)
                              CARR & FERRELL LLP
                              2200 Geng Road
                              Palo Alto, CA  94303
                              (650) 812-3400 Tel.
                              (650) 812-3444 Fax

                              ATTORNEYS FOR DEFENDANT
                              BURST.COM, INC.

Dated October 12, 2007        WEIL, GOTSHAL & MANGES, L.L.P.

                              /s/ Nicholas A. Brown
                              MATTHEW D. POWERS (Bar No. 104795)
                              matthew.powers@weil.com
                              GARLAND T. STEPHENS (admitted N.D.C.A.,
                              Texas Bar No. 24053910)
                              garland.stephens@weil.com
                              NICHOLAS A. BROWN (Bar No. 198210)
                              nicholas.brown@weil.com
                              WEIL, GOTSHAL & MANGES LLP
                              Silicon Valley Office
                              201 Redwood Shores Parkway
                              Redwood Shores, CA 94065
                              Telephone: (650) 802-3000
                              Facsimile: (650) 802-3100

                              ATTORNEYS FOR PLAINTIFF AND
                              COUNTERDEFENDANT
                              APPLE COMPUTER, INC.
```

PURSUANT TO STIPULATION, IT IS SO ORDERED, this ___ day of October, 2007.

_____
Marilyn Hall Patel, United States District Judge