UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendants. | Case No. 3:06-cv-00019 MHP <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

RECEIVED OCT X 4 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

FILED OCT 1 2 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Elizabeth Stotland Weiswasser, an active member in good standing of the bar of the Southern District of New York, whose business address and telephone number is: 767 Fifth Avenue, New York, NY 10153, Telephone Number: (212) 310 8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Apple Computer, Inc.

IT IS HEREBY ORDERED that the applicant is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this case are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/11/07

_____
UNITED STATES DISTRICT JUDGE

APPLICATION OF ELIZABETH STOTLAND WEISWASSER
TO APPEAR PRO HAC VICE

Case No. 3:06-CV-00019 MHP