MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
GARLAND T. STEPHENS (admitted N.D.C.A.,
Texas Bar No. 24053910)
garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000

ELIZABETH S. WEISWASSER (Admitted N.D.C.A.
NY Bar No. EW-0736)
elizabeth.weiswasser@weil.com
JENNIFER H. WU (Admitted N.D.C.A.
NY Bar No. JW-1201)
jennifer.wu@weil.com
WEIL, GOTSHAL & MANGES LLP
New York Office
767 Fifth Avenue
New York, NY  10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> BURST.COM, INC., <br><br> Defendant. | Case No. C 06-0019 MHP <br><br> **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO CHANGE THE SUMMARY JUDGMENT SCHEDULE** <br><br> Date:  December 17, 2007 <br> Time:  2:00 p.m. <br> Hon. Marilyn Hall Patel <br><br> Complaint Filed:  January 4, 2006 <br> Trial Date:  February 26, 2008 |

The Court, having considered the papers submitted in connection with Apple's Motion To Change The Summary Judgment Schedule,

HEREBY ORDERS that the motion is granted.  The three summary judgment motions Apple filed on October 29, 2007 are deemed withdrawn without prejudice.  The summary judgment schedule in the case is reset as follows:

| Date | Event |
|---|---|
| 11/21/07 | File Summary Judgment Motions |
| 12/12/07 | Deadline to file Opposition Briefs |
| 12/28/07 | Deadline to file Reply Briefs |
| 1/14/08 | Summary Judgment Hearing |

Dated: November 15, 2007

By: _____
Hon. 
Judge Marilyn H. Patel

IT IS SO ORDERED

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO CHANGE THE SUMMARY JUDGMENT SCHEDULE

1

No. C 06-0019 MHP
SV1:\283532\01\62rw01!.DOC\15096.0006