MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
GARLAND T. STEPHENS (admitted N.D.C.A.,
Texas Bar No. 24053910)
garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000

Attorneys for Plaintiff APPLE COMPUTER, INC.


PARKER C. FOLSE, III
(WA Bar No. 24895-*Pro Hac Vice*)
pfolse@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone:  (206) 516-3860
Facsimile:  (206) 516-3883

*(additional attorneys listed on signature page)*

Attorneys for Defendant and Counterclaimant BURST.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC., | Case No. C 06-0019 MHP |
| Plaintiff, | **JOINT MOTION TO VACATE CASE SCHEDULE DUE TO SETTLEMENT** |
| v. | |
| BURST.COM, INC., | Complaint Filed: January 4, 2006 |
| Defendant. | Trial Date: February 26, 2008 |

The parties jointly submit this Miscellaneous Administrative Request to notify the Court that the parties have signed a binding settlement agreement, and to jointly request that the Court vacate all deadlines in the case. The parties expect to dismiss the case shortly pursuant to the terms of the settlement.

Dated:   November 21, 2007          WEIL, GOTSHAL & MANGES LLP

By:   /s/
Nicholas A. Brown
Attorney for Plaintiff
Apple Computer, Inc.

Dated:   November 21, 2007          HOSIE McARTHUR LLP

By:   /s/ (by permission)
Bruce Wecker
Attorney for Defendants
Burst.com, Inc.

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

PARKER C. FOLSE III (WA Bar No. 24895 - Admitted Pro Hac Vice)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 - Admitted Pro Hac Vice)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632- Admitted Pro Hac Vice)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington  98101-3000

1  
2  (206) 516-3880 Tel.  
(206) 516-3883 Fax  

3  MICHAEL F. HEIM (TX Bar No. 9380923 - Admitted Pro Hac Vice)  
4  LESLIE V. PAYNE (TX Bar No. 0784736 - Admitted Pro Hac Vice)  
5  HEIM, PAYNE & CHORUSH, L.L.P.  
6  600 Travis Street, Suite 6710  
Houston, TX  77002  
7  (713) 221-2000 Tel.  
8  (713) 221.2021 Fax  

9  ROBERT J. YORIO (CA Bar No. 93178)  
10  V. RANDALL GARD (CA Bar No. 151677)  
COLBY B. SPRINGER (CA Bar No. 214868)  
11  CARR & FERRELL LLP  
2200 Geng Road  
12  Palo Alto, CA  94303  
13  (650) 812-3400 Tel.  
(650) 812-3444  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28