MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
GARLAND T. STEPHENS (admitted N.D.C.A.,
Texas Bar No. 24053910)
garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff and Counterdefendant
APPLE COMPUTER, INC.

PARKER C. FOLSE, III
(WA Bar No. 24895-*Pro Hac Vice*)
pfolse@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone:  (206) 516-3860
Facsimile:  (206) 516-3883

*(additional attorneys listed on signature page)*

Attorneys for Defendant and Counterclaimant
BURST.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE, INC.,<br><br>         Plaintiff and<br>         Counterdefendant,<br><br>     v.<br><br>BURST.COM, INC.,<br><br>         Defendant and<br>         Counterclaimant. | Case No. 06-CV-00019 MHP<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

The undersigned parties, through their respective counsel, hereby stipulate to dismissal of the above-captioned case as follows:

1. All claims and counterclaims are dismissed with prejudice.

2. Each party shall bear its own costs of suit and attorneys' fees.

Dated: December 3, 2007                          Respectfully submitted,

                                       /s/ Nicholas A. Brown
MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
GARLAND T. STEPHENS (admitted N.D.C.A., Texas Bar No. 24053910)
garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff and Counterdefendant
APPLE COMPUTER, INC.

                                       /s/ Bruce Wecker
PARKER C. FOLSE III (WA Bar No. 24895 - Admitted Pro Hac Vice)
pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 - Admitted Pro Hac Vice)
icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632- Admitted Pro Hac Vice)
fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
   1201 Third Avenue, Suite 3800
   Seattle, Washington 98101-3000
   (206) 516-3880 Tel.
   (206) 516-3883 Fax

SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
   bwecker@hosielaw.com
HOSIE McARTHUR LLP
   One Market, 22nd Floor

|  |  |
|---|---|
| 1 | San Francisco, CA 94105 |
| 2 | (415) 247-6000 Tel. |
|   | (415) 247-6001 Fax |
| 3 | MICHAEL F. HEIM (TX Bar No. 9380923 - Admitted Pro Hac Vice) |
| 4 | LESLIE V. PAYNE (TX Bar No. 0784736 - Admitted Pro Hac Vice) |
| 5 | HEIM, PAYNE & CHORUSH, L.L.P. |
|   | 600 Travis Street, Suite 6710 |
| 6 | Houston, TX 77002 |
|   | (713) 221-2000 Tel. |
| 7 | (713) 221.2021 Fax |

ROBERT J. YORIO (CA Bar No. 93178)
V. RANDALL GARD (CA Bar No. 151677)
COLBY B. SPRINGER (CA Bar No. 214868)
CARR & FERRELL LLP
  2200 Geng Road
  Palo Alto, CA 94303
  (650) 812-3400 Tel.
  (650) 812-3444

Attorneys For Defendant
BURST.COM, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

_____
The Honorable Marilyn Hall Patel
United States District Court Judge

---

**STIPULATION AND ORDER OF DISMISSAL**         2                        Case No. 06-CV-00019 MHP