MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
GARLAND T. STEPHENS (admitted N.D.C.A.,
Texas Bar No. 24053910)
garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff and Counterdefendant
APPLE COMPUTER, INC.

PARKER C. FOLSE, III
(WA Bar No. 24895-*Pro Hac Vice*)
pfolse@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone:  (206) 516-3860
Facsimile:  (206) 516-3883

*(additional attorneys listed on signature page)*

Attorneys for Defendant and Counterclaimant
BURST.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE, INC.,<br><br>　　　　Plaintiff and<br>　　　　Counterdefendant,<br><br>　　v.<br><br>BURST.COM, INC.,<br><br>　　　　Defendant and<br>　　　　Counterclaimant. | Case No. 06-CV-00019 MHP<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

The undersigned parties, through their respective counsel, hereby stipulate to dismissal of the above-captioned case as follows:

1. All claims and counterclaims are dismissed with prejudice.

2. Each party shall bear its own costs of suit and attorneys' fees.

Dated: December 3, 2007                    Respectfully submitted,

                                              /s/ Nicholas A. Brown
MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
GARLAND T. STEPHENS (admitted N.D.C.A., Texas Bar No. 24053910)
garland.stephens@weil.com
NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff and Counterdefendant
APPLE COMPUTER, INC.


                                              /s/ Bruce Wecker
PARKER C. FOLSE III (WA Bar No. 24895 - Admitted Pro Hac Vice)
  pfolse@susmangodfrey.com
IAN B. CROSBY (WA Bar No. 28461 - Admitted Pro Hac Vice)
  icrosby@susmangodfrey.com
FLOYD G. SHORT (WA Bar No. 21632- Admitted Pro Hac Vice)
  fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
  1201 Third Avenue, Suite 3800
  Seattle, Washington  98101-3000
  (206) 516-3880 Tel.
  (206) 516-3883 Fax

SPENCER HOSIE (CA Bar No. 101777)
  shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
  bwecker@hosielaw.com
HOSIE McARTHUR LLP
  One Market, 22nd Floor

1     San Francisco, CA 94105
    (415) 247-6000 Tel.
2     (415) 247-6001 Fax

3     MICHAEL F. HEIM (TX Bar No. 9380923 - Admitted Pro Hac Vice)
4     LESLIE V. PAYNE (TX Bar No. 0784736 - Admitted Pro Hac Vice)
5     HEIM, PAYNE & CHORUSH, L.L.P.
    600 Travis Street, Suite 6710
    Houston, TX 77002
6     (713) 221-2000 Tel.
    (713) 221.2021 Fax
7

8     ROBERT J. YORIO (CA Bar No. 93178)
    V. RANDALL GARD (CA Bar No. 151677)
    COLBY B. SPRINGER (CA Bar No. 214868)
9     CARR & FERRELL LLP
    2200 Geng Road
10     Palo Alto, CA 94303
    (650) 812-3400 Tel.
11     (650) 812-3444

12     Attorneys For Defendant
    BURST.COM, INC.

13

14 PURSUANT TO STIPULATION, IT IS SO ORDERED.

15 Dated: 12/4/2007

16     _____
17     The Honorable
    United States

IT IS SO ORDERED
Judge Marilyn H. Patel

**STIPULATION AND ORDER OF DISMISSAL**      2      Case No. 06-CV-00019 MHP